# Attachment B



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D C. 20460
Office of Environmental Justice and External Civil Rights

December 13, 2023

Ruth Ann Norton
Green & Healthy Homes Initiative Inc.

RE: 2023 Environmental Justice EPA-R-OEJECR-OCS-23-03
Environmental Justice Thriving Communities Grantmaking Program, Green & Healthy Homes Initiative Inc.

Dear Ruth Ann Norton,

Congratulations! Your organization has been selected to receive an EPA award under the FY 2023 Environmental Justice Funding Opportunity (opportunity # EPA-R-OEJECR-OCS-23-03). Your organization has been selected to receive approximately $50,000,000 in grant funding to serve as the EPA Region 3 Grantmaker providing access to subgrant funding to potential subgrant applicants and issuing and administering subgrants to subgrantees throughout EPA Region 3. NOTE: 11 organizations are being selected to serve as EJ Thriving Communities Grantmakers. Please note that this is NOT an official award document, and only EPA's Office of Grants and Debarment can issue an award offer to you. If you wish to be considered for award, you are required to do the following:

**Workplan Negotiation Discussion:** During the coming weeks, your assigned EPA Project Officer(s) will have multiple discussions with your organization via conference call, Zoom, or Microsoft Teams. During these calls we will go over your budget, workplan, performance measures, and activity timeline. You will be contacted shortly to set up the date and time for the initial discussion. As previously stated, it will be necessary to have multiple calls to finalize negotiations.

Failure to respond timely during the negotiation period may result in your project no longer being considered for an award.

If you have any questions, please feel free to contact Marisa Valdez at valdez.marisa@epa.gov; or 202-940-6233 or Jacob Burney at burney.jacob@epa.gov

**Burney, Jacob**
Digitally signed by Burney, Jacob
Date: 2023.12.13 11:30:57 -05'00'

Regards,
Jacob Burney
Division Director
Grants Management Division
Office of Environmental Justice and External Civil Rights