Attachment F

**From:** Sherwood, Kelly <Sherwood.Kelly@epa.gov>
**Sent:** Saturday, February 22, 2025 7:45:03 AM
**To:** Ruth Ann Norton <ranorton@ghhi.org>
**Cc:** Davies, Vanessa <Davies.Vanessa@epa.gov>; Gontarek, Grace <Gontarek.Grace@epa.gov>; RTPFC-Grants <RTPFC-Grants@epa.gov>; Abbey Cofsky <ACofsky_@ghhi.org>
**Subject:** [EXTERNAL] Termination of EPA Assistance Award: 5N-95341301

## This message originated outside of GHHI.

RE: Termination of EPA Assistance Award
Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

Please carefully review the assistance agreement and the terms and conditions.

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Lisa White, Region 3, at white.lisa@epa.gov

Sincerely,

Kelly Sherwood
Acting Grants Management Officer
215-814-5163
Sherwood.kelly@epa.gov

Attachments:
Official EPA Award Document
Termination Memo