# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

GREEN & HEALTHY HOMES
INITIATIVE, INC., *et al.*,

    *Plaintiffs*,

v.

ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

    *Defendants*

Case No. 25-cv-1096-ABA

## ORDER

After a teleconference on this same date, it is ORDERED that:

1. The motion for leave to file excess pages (ECF No. 3) is GRANTED;

2. The motion for an expedited briefing schedule (ECF No. 4) is GRANTED IN PART and DENIED IN PART. The following deadlines shall apply to Plaintiffs' motion for preliminary injunction (ECF No. 2):

    a. the government's response deadline: **April 16, 2025**;

    b. Plaintiffs' reply deadline: **April 23, 2025**; and

    c. on **April 29, 2025 at 1:00 p.m.** the Court will hold a hearing on the motion for preliminary injunction in Courtroom 7D of the Edward A. Garmatz Courthouse.

Date: April 7, 2025

                                                     /s/
                                        Adam B. Abelson
                                        United States District Judge