IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, Inc., *et al.*, | * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | No. 25-cv-1096 (ABA) |
| ENVIRONMENTAL PROTECTION, AGENCY, *et al.*, | * * * | |
| DEFENDANTS. | * ****** | |

## ORDER

Upon consideration of Plaintiffs' motion for a preliminary injunction and the opposition thereto, and in consideration of the Parties' oral arguments, it is this _____ day of _____, 2025, hereby ORDERED that the motion is DENIED.

_____
Adam B. Abelson
United States District Judge