**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, INC., *et al.*, | * |
| | * |
| Plaintiffs, | * Case No. 1:25-cv-01096-ABA |
| v. | * |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants, the United States Environmental Protection Agency ("EPA") and EPA Administrator Lee Zeldin, by and through undersigned counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Molissa H. Farber and Megan L. Micco, Assistant United States Attorneys for that District, hereby file a certified copy of the Administrative Record in this case.

Dated:  May 13, 2025                    Respectfully submitted,

                                        Kelly O. Hayes
                                        United States Attorney

                                        By:    _/s/  Megan L. Micco_____
                                        Molissa H. Farber (Bar No. 802255)
                                        Megan L. Micco (Bar No. 20936)
                                        Assistant United States Attorneys
                                        U.S. Attorney's Office, District of Maryland
                                        36 S. Charles Street, Suite 400
                                        Baltimore, Maryland  21201
                                        Telephone: (410) 209-4800
                                        Molissa.Farber@usdoj.gov
                                        Megan.Micco@usdoj.gov

                                        *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2025, a copy of the foregoing Notice

of Filing of Administrative Record and accompanying document was served electronically on all

parties receiving service via CM/ECF in this case.

                                        _/s/  Megan L. Micco_____
                                        Megan L. Micco (Bar No. 20936)
                                        Assistant United States Attorney