**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | Case No. 1:25-cv-01096-ABA |
| v. | * | |
| | * | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>CERTIFICATION</u>

I, Daniel Coogan, Deputy Assistant Administrator for Infrastructure and Extramural Resources in the Office of Mission Support, United States Environmental Protection Agency ("<u>EPA</u>"), hereby certify to the best of my knowledge and belief that the documents attached hereto constitute the administrative record with respect to this litigation.  For purposes of convenience and efficiency, EPA also provides the table below, which lists all available documents and other materials comprising the administrative record in the matters under review in this case.

I hereby certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __12th__ day of May, 2025.

DANIEL
COOGAN

Digitally signed by DANIEL COOGAN
Date: 2025.05.12 21:40:23 -04'00'

Daniel Coogan
Deputy Assistant Administrator for Infrastructure and Extramural Resources
Office of Mission Support
United States Environmental Protection Agency

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | Case No. 1:25-cv-01096-ABA |
| v. | * | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ADMINISTRATIVE RECORD INDEX

| Document | Date (if any) | Bates Number Range |
|---|---|---|
| **Documents Relevant to All Plaintiffs** | | |
| Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) Request for Applications (RFA) – Initial Announcement | February 23, 2023 | EPA 000001 – EPA 000055 |
| EPA General Terms and Conditions (effective October 1, 2023) | | EPA 000056 – EPA 000097 |
| EPA General Terms and Conditions (effective October 1, 2024) | | EPA 000098 – EPA 000141 |
| Email chain ending with Kathryn Loving:  "RE: Loving, Kathryn shared "contract_details" with you" | February 11–20, 2025 | EPA 000142 – EPA 000148 |
| Email from Melissa Wise:  "List of Grant Terminations - 2/20" | February 20, 2025 | EPA 000149 |
| Standard Operating Procedures for Unilateral Grant Terminations Under 2 CFR 200.340 | February 20, 2025 | EPA 000150 – EPA 000158 |
| Email chain ending with Melissa Wise: "ACTION REQUIRED by COB TodayY (sic): RE:  List of Grant Terminations - 2/20" | February 20–21, 2025 | EPA 000159 – EPA 000160 |
| Attachment (1 of 1) to February 20, 2025 and February 21, 2025 emails from Melissa Wise: "Termination List February 20 Batch 1" | | EPA 000161 – EPA 000163 |
| Email chain ending with Melissa Wise: "Termination Memo" | February 20–21, 2025 | EPA 000164 – EPA 000165 |

| | | |
|---|---|---|
| Attachment (1 of 1) to February 21, 2025 email from Melissa Wise: "Termination_Memo_Template_Feb21"[1] | | EPA 000166 – EPA 000167 |
| Email from Melissa Wise: "ACTION REQUIRED: Grant Cancellations/Terminations (Due 4/25) | April 17, 2025 | EPA 000168 |
| Attachment (1 of 1) to April 17, 2025 email from Melissa Wise: "April_14_Terminations_Grants not on March 10" | | EPA 000169 – EPA 000298 |
| Email string ending with Phillip Schindel: "Termination of Remaining Grants from March 10 and April 14 Lists (post-October 1 Awards)" | April 17–28, 2025 | EPA 000299 – EPA 000300 |
| Attachment (1 of 1) to April 28, 2025 email from Phillip Schindel: "Termination_Memo_Template_Final"[2] | | EPA 000301 – EPA 000302 |
| **Documents Relevant to Plaintiff Green & Healthy Homes Initiative, Inc.** | | |
| Cooperative Agreement: Initial Award | May 3, 2024 | EPA 000303 – EPA 000315 |
| Workplan #1 - $8M | | EPA 000316 – EPA 000345 |
| Grant Budget Workplan #1 | | EPA 000346 – EPA 000348 |
| Cooperative Agreement: Subsequent Award | September 4, 2024 | EPA 000349 – EPA 000374 |
| Assistance Amendment: Subsequent Award | October 29, 2024 | EPA 000375 – EPA 000399 |
| Workplan #2 - $52M | | EPA 000400 – EPA 000424 |
| Grant Budget Workplan #2 | | EPA 000425 – EPA 000488 |
| Assistance Amendment: Subsequent Award | December 27, 2024 | EPA 000489 – EPA 000513 |
| Quarterly Progress Report – Workplan 1 - $8M | December 31, 2024 | EPA 000514 – EPA 000530 |

---

[1] This document exists within EPA's records as a Word (*e.g.*, .doc or .docx) file with a template date field. However, the Court's CM/ECF filing system cannot accept Word files. Accordingly, for purposes of compiling and filing this administrative record pursuant to the Court's May 6, 2025 Order (ECF No. 29), EPA converted this document into PDF format to comply with the CM/ECF filing system requirements. Conversion of the document to PDF resulted in the template date field updating to the date of conversion, *i.e.*, May 9, 2025 . In its Word file version, this document is dated February 21, 2025.

[2] This document exists within EPA's records as a Word (*e.g.*, .doc or .docx) file with a template date field. However, the Court's CM/ECF filing system cannot accept Word files. Accordingly, for purposes of compiling and filing this administrative record pursuant to the Court's May 6, 2025 Order (ECF No. 29), EPA converted this document into PDF format to comply with the CM/ECF filing system requirements. Conversion of the document to PDF resulted in the template date field updating to the date of conversion, *i.e.*, May 9, 2025. In its Word file version, this document is dated April 28, 2025.

| | | |
|---|---|---|
| Quarterly Progress Report – Workplan 2 - $52M | December 31, 2024 | EPA 000531 – EPA 000551 |
| Quarterly Progress Report – Workplan 1 - $8M | March 31, 2025 | EPA 000552 – EPA 000572 |
| Email from Kelly Sherwood:  "Termination of EPA Assistance Award:  5N-95341301" | February 22, 2025 | EPA 000573 |
| Attachment (1 of 2) to February 22, 2025 email from Kelly Sherwood:  "OMB Form 95341301-1(4)" | | EPA 000574 – EPA 000579 |
| Attachment (2 of 2) to February 22, 2025 email from Kelly Sherwood: "Termination_Memo_5N95341301" | | EPA 000580 – EPA 000581 |
| Email from Kenneth Rose:  "Termination of EPA Assistance Award 5N-95341401 to Green & Healthy Homes Initiative Inc." | May 1, 2025 | EPA 000582 |
| Attachment (1 of 2) to May 1, 2025 email from Kenneth Rose:  "OMB Form 95341401-3" | | EPA 000583 – EPA 000588 |
| Attachment (2 of 2) to May 1, 2025 email from Kenneth Rose: "Termination_Memo_5N95341401" | | EPA 000589 – EPA 000590 |
| **Documents Relevant to Plaintiff The Minneapolis Foundation** | | |
| Cooperative Agreement: Initial Award | June 24, 2024 | EPA 000591 – EPA 000605 |
| Budget: Initial Award | | EPA 000606 – EPA 000639 |
| Work Plan:  Initial Award | | EPA 000640 – EPA 000666 |
| Cooperative Agreement: Subsequent Award | September 30, 2024 | EPA 000667 – EPA 000693 |
| Assistance Amendment: Subsequent Award | December 20, 2024 | EPA 000694 – EPA 000723 |
| Budget: Subsequent Award | | EPA 000724 – EPA 000766 |
| Work Plan: Subsequent Award | | EPA 000767 – EPA 000810 |
| Quarterly Report – TCGM Grant 1: April 1– September 30, 2024 | February 3, 2025 | EPA 000811 – EPA 000825 |
| Quarterly Report – TCGM Grant 1: October 1– December 31, 2024 | February 3, 2025 | EPA 000826 – EPA 000840 |
| Quarterly Report – TCGM Grant 2: October 1, 2024–December 31, 2024 | April 30, 2025 | EPA 000841 – EPA 000854 |
| Quarterly Report – TCGM Grant 1: January 1, 2025–March 31, 2025 | April 30, 2025 | EPA 000855 – EPA 000871 |
| Quarterly Report – TCGM Grant 2: January 1, 2025–March 31, 2025 | April 30, 2025 | EPA 000872 – EPA 000886 |
| Email from Robert Fields: "Termination of EPA Assistance Award: 5N_00E0368201 MINNEAPOLIS FOUNDATION" | February 21, 2025 | EPA 000887 – EPA 000888 |

| | | |
|---|---|---|
| Attachment (1 of 2) to February 21, 2025 email from Robert Fields: "EPA_5N_00E03682-1" | | EPA 000889 – EPA 000896 |
| Attachment (2 of 2) to February 21, 2025 email from Robert Fields: "Termination of EPA Assistance Agreement 5N00E03682-1 under 2 CFR 200.340"[3] | | EPA 000897 – EPA 000898 |
| Email from Robert Fields: "Termination of EPA Assistance Award: 5N01E03682-2 and Minneapolis Foundation" | May 1, 2025 | EPA 000899 |
| Attachment (1 of 2) to May 1, 2025 email from Robert Fields: "Termination of EPA Assistance Agreement 5N00E03682-2 under 2 CFR 200.340"[4] | | EPA 000900 – EPA 000901 |
| Attachment (2 of 2) to May 1, 2025 email from Robert Fields: "EPA_5N_00E03682-2" | | EPA 000902 – EPA 000908 |
| **Documents Relevant to Plaintiff Philanthropy Northwest** | | |
| Cooperative Agreement: Initial Award | June 14, 2024 | EPA 000909 – EPA 000921 |
| Workplan for Initial Award | | EPA 000922 – EPA 000938 |
| Initial $8M Budget Narrative Revised 5/16/2024 | | EPA 000939 – EPA 000945 |
| Initial $8M Budget | | EPA 000946 – EPA 000970 |
| Assistance Amendment | December 20, 2024 | EPA 000971 – EPA 000992 |
| Workplan for Subsequent Award | | EPA 000993 – EPA 001005 |
| Budget for Subsequent Award | | EPA 001006 – EPA 001018 |
| Quarterly Report – Initial Award: March 1, 2024 – August 31, 2024 | October 1, 2024 | EPA 001019 – EPA 001031 |
| Quarterly Report – Initial Award: September 1, 2024 – December 31, 2024 | January 31, 2025 | EPA 001032 – EPA 001045 |
| Quarterly Report – Initial Award: January 1, 2025 – March 31, 2025 | April 30, 2025 | EPA 001046 – EPA 001059 |

[3] This document exists within EPA's records as a Word (*e.g.*, .doc or .docx) file with a template date field. However, the Court's CM/ECF filing system cannot accept Word files. Accordingly, for purposes of compiling and filing this administrative record pursuant to the Court's May 6, 2025 Order (ECF No. 29), EPA converted this document into PDF format to comply with the CM/ECF filing system requirements. Conversion of the document to PDF resulted in the template date field updating to the date of conversion, *i.e.*, May 8, 2025. In its Word file version, this document is dated February 21, 2025.

[4] This document exists within EPA's records as a Word (*e.g.*, .doc or .docx) file with a template date field. However, the Court's CM/ECF filing system cannot accept Word files. Accordingly, for purposes of compiling and filing this administrative record pursuant to the Court's May 6, 2025 Order (ECF No. 29), EPA converted this document into PDF format to comply with the CM/ECF filing system requirements. Conversion of the document to PDF resulted in the template date field updating to the date of conversion, *i.e.*, May 8, 2025. In its Word file version, this document is dated May 1, 2025.

| | | |
|---|---|---|
| Quarterly Report – Subsequent Award: January 1, 2025 – March 31, 2025 | | EPA 001060 – EPA 001076 |
| Email from Andrea Manion: "Termination of EPA Assistance Award:  5N 02J63801 Philanthropy Northwest" | February 22, 2025 | EPA 001077 |
| Attachment (1 of 2) to February 22, 2025 email from Andrea Manion:  "Termination Memo 5N 02J63801 Feb22" | | EPA 001078 – EPA 001079 |
| Attachment (2 of 2) to February 22, 2025 email from Andrea Manion:  "OMB Form 02J63801-1" | | EPA 001080 – EPA 001085 |
| Email from Andrea Manion:  "Termination of EPA Assistance Award 5N-02J63901 Philanthropy Northwest" | May 8, 2025 | EPA 001086 |
| Attachment (1 of 2) to May 8, 2025 email from Andrea Manion:  "5N-02J63901 Termination Memo" | | EPA 001087 – EPA 001088 |
| Attachment (2 of 2) to May 8, 2025 email from Andrea Manion:  "OMB Form 02J63901-2" | | EPA 001089 – EPA 001093 |

| | |
|---|---|
| **AGENCY:** | **U. S. ENVIRONMENTAL PROTECTION AGENCY (EPA)** |
| | **Office of Environmental Justice and External Civil Rights (OEJECR)** |
| **TITLE:** | **Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)** |
| **ACTION:** | **REQUEST FOR APPLICATIONS (RFA)** |
| **TYPE:** | **INITIAL ANNOUNCEMENT** |

**FUNDING OPPORTUNITY NO: EPA-R-OEJECR-OCS-23-03**

**ASSISTANCE LISTING NO. 66.615**

| | | |
|---|---|---|
| **DATES:** | **ANNOUNCEMENT DATE:** | February 23, 2023 |
| | **CLOSING DATE:** | May 31, 2023 |

**DEADLINE:** Application packages must be submitted on or before **May 31, 2023, at 11:59 PM (Eastern Time)** through Grants.gov. Applications received after the closing date and time will not be considered for funding.

**Note -** Prior to naming a contractor (including consultants) or subrecipient in your application as a "partner", please carefully review Section IV.d, "Contracts and Subawards", of EPA's Announcement Clauses that are incorporated by reference in this announcement (See Section I.G). EPA expects recipients of funding to comply with competitive procurement contracting requirements as well as EPA's rule on Participation by Disadvantaged Business Enterprises in EPA Programs in 40 CFR Part 33. The Agency does not accept justifications for sole source contracts for services or products available in the commercial marketplace based on a contractor's role in preparing an application.


# FUNDING ANNOUNCEMENT CONTENTS BY SECTION

I.      **Funding Opportunity Description**
II.     **Award Information**
III.    **Eligibility Information**
IV.     **Application and Submission Information**
V.      **Application Review Information**
VI.     **Award Administration Information**
VII.    **Agency Contacts**
VIII.   **Other Information /Appendices**
        ▪ Optional EJ TCGM Itemized Budget Sheet Template

EPA 000001

# I. FUNDING OPPORTUNITY DESCRIPTION

### A. <u>Executive Orders and Definitions</u>

EPA is issuing this solicitation to request applications for the design and management of a new Environmental Justice (EJ) competitive pass-through program where EPA will competitively select multiple pass-through entities to provide grant funds via subawards to community-based nonprofit organizations and other eligible subrecipient groups representing underserved and disadvantaged communities.   The definition of the term *Pass-through entity* in 2 CFR 200.1 provides that a pass-through entity is a non-Federal entity that provides a subaward to a subrecipient to carry out part of a federal program. The EPA provides extensive guidance to pass-through entities in the EPA Subaward Policy and related materials available on the EPA internet website.

EPA plans to award cooperative agreement(s) to pass-through entities (referred to as **<u>Grantmakers</u>** by the program) who will collaborate with EPA to design and build their own processes to receive and evaluate competitive community project applications from communities for **EJ Thriving Communities Subgrant activities**. These activities consist of assessment, planning, and/or project development activities addressing local environmental and/or public health issues. Grantmakers will provide **EJ Thriving Communities Subgrants** (i.e., subawards) to **<u>Eligible Subrecipients</u>**.

For regulatory purposes, the "Subgrants" referred to in this Notice of Funding Opportunity will be *Subawards* consistent with the definition of that term in 2 CFR 200.1 and comply with EPA's Subaward Policy. Grantmakers will be *Pass-through entities* as that term is defined in 2 CFR 200.1 and used throughout 2 CFR Parts 200 and 1500 as well as EPA's Subaward Policy. Eligible Subrecipients are those entities who are eligible to receive pass-through grant funding from a Grantmaker. These awards will help transform disadvantaged and underserved communities into healthy, thriving communities capable of addressing the environmental and public health challenges they have historically faced, as well as current and future challenges. Additionally, these awards are part of the Federal Partnership supporting the Thriving Communities Network initially funded through the environmental Consolidated Appropriations Act of 2022.

This competition is being launched in order to meet the goals and objectives of two Executive Orders (EO 14008 and EO 13985) issued by the Biden Administration that demonstrate the EPA's and Administration's commitment to achieving environmental justice and embedding environmental justice into Agency programs.

Executive Order 14008, Tackling the Climate Crisis at Home and Abroad, issued on January 27, 2021, affirmed the Administration's commitment to advancing environmental justice (EJ) by

creating the Justice40 Initiative. The Justice40 Initiative[1] establishes a goal that 40% of the overall benefits of certain federal investments—including those in climate change; clean energy and energy efficiency; clean transit; affordable and sustainable housing; training and workforce development; the remediation and reduction of legacy pollution; and the development of critical clean water infrastructure—flow to disadvantaged communities[2].  In addition, Section 219 of the Executive Order stressed that environmental and economic justice are key considerations to factor into governmental decision-making and that transforming disadvantaged communities—historically marginalized, underserved, and overburdened—into healthy, thriving communities, and undertaking robust actions to mitigate climate change while preparing for the impacts of climate change across rural, urban, and Tribal areas are governmental priorities. The Executive Order also called for making environmental justice part of Agency missions by developing programs, policies, and activities to address the disproportionately high and adverse human health, environmental, climate-related and other cumulative impacts on disadvantaged communities, as well as the accompanying economic challenges of such impacts.

Complementing Executive Order 14008, is Executive Order 13985, Advancing Racial Equity And Support For Underserved Communities Through The Federal Government, issued on January 20, 2021, which stated that the federal government should pursue a comprehensive approach to advancing equity for all, including people of color and others who have been historically underserved, marginalized, and adversely affected by persistent poverty and inequality

"Environmental justice", which is the common theme of these two Executive Orders, is defined by the EPA as the *fair treatment* and *meaningful involvement* of all people regardless of race, color, national origin, or income with respect to the development, implementation, and enforcement of environmental laws, regulations, and policies. *Fair treatment* means that no one group of people, including racial, ethnic, or socioeconomic groups, should bear a disproportionate share of the negative environmental consequences resulting from industrial, municipal, and commercial operations or the execution of federal, state, local, and tribal environmental programs and policies.

*Meaningful involvement* means that:

- People have an opportunity to participate in decisions about activities that may affect their environment and/or health;
- The public's contribution can influence the regulatory agency's decision;
- Community concerns will be considered in the decision-making process; and
- Decision makers will seek out and facilitate the involvement of those potentially affected.

---

[1]  Further information on J40 can be found in OMB's interim implementation guidance for the Justice40 Initiative (M-21-28).

[2] [2] EPA is currently in the process of defining the term "disadvantaged communities."

EPA 000003

The underserved and disadvantaged communities for which these projects are focused on include, as defined by Executive Order 13985, "populations sharing a particular characteristic, as well as geographic communities, that have been systematically denied a full opportunity to participate in aspects of economic, social, and civic life…". This includes communities such as Black, Latino, and Indigenous and Native American persons, Asian Americans and Pacific Islanders and other persons of color; children, the elderly, members of religious minorities; lesbian, gay, bisexual, transgender, and queer (LGBTQ+) persons; persons with disabilities; persons who live in rural areas; and persons otherwise adversely affected by persistent poverty or inequality. For purposes of this RFA, "underserved communities" also includes "environmentally overburdened communities" (that is, communities adversely and disproportionately affected by environmental, climate and human health harms and risks including remote, rural, and urban communities), and disadvantaged communities.

**Community-based Nonprofit Organizations (CBOs)**

For this RFA, the EJ Grants program defines a "community-based nonprofit organization" (CBO) as a *public or private nonprofit organization that supports and/or represents a community and/or certain populations within a community through engagement, education, and other related services provided to individual community residents and community stakeholders. A "community" can be characterized by a particular geographic area and/or by the relationships among members with similar interests and can be characterized as part of a broader national or regional community where organizations can be focused on the needs of urban, rural, and/or tribal areas, farmworkers, displaced workers, children with high levels of lead, people with asthma, subsistence fishers, and other similar groups.*

## B. Background and Objectives

The mission of the EPA is to protect human health and the environment for all people with an emphasis on assisting those communities adversely and disproportionately affected by environmental, climate, and human health harms and risks. Under the Consolidated Appropriations Act, 2022, and the Consolidated Appropriations Act, 2023, EPA received significant investments for environmental justice and in the health, equity, and resilience of these, and all communities, to address past, current, and future environmental health and justice challenges. Additionally, the 2022 Inflation Reduction Act (IRA) created the Environmental and Climate Justice block grant program in section 138 of the Clean Air Act (CAA) and provided EPA with $2.8 billion in grant funding for the program for projects to benefit disadvantaged communities. To maximize these significant investments, new and innovative strategies and approaches for issues such as community engagement and participation in environmental programs, equitable distribution of financial resources, capacity-building and outreach, and technical assistance and training to enhance access to financial assistance[3] opportunities and promote effective grants management and performance, are necessary. This is especially true for underserved and disadvantaged communities that have, and continue to be, plagued by environmental pollution and health, and environmental justice, challenges.

---

[3] Financial assistance includes grants and cooperative agreements. Cooperative agreements will be awarded under this RFA, but the terms are used interchangeably in the RFA.

EPA 000004

One such strategy is to alleviate much of the burden the federal grants process places on small, resource-constrained **community-based nonprofit organizations (CBOs)** supporting underserved communities and marginalized populations.  The federal grants registration and application submission process can be a significant barrier to entry for those communities and CBOs who are most in need.  Additionally, the awards process (i.e., the time it takes for a successful federal applicant to actually receive the funding) can be very time-consuming in which the awarded funding may not be made available to grantees for 6 months or more. Underserved communities and organizations need access to funds and resources quickly, and a lengthy awards process can significantly impact the long-term sustainability of a CBO. By increasing the access CBOs have to funding, as well as reducing the burden of the federal grants application process, underserved communities will be better positioned to advance and address environmental justice issues nationwide. This will lead to progress towards achieving the objectives of Executive Orders 13985 and 14008.

Historically, underserved communities have been disproportionately burdened by environmental hazards and health consequences and have faced environmental and energy justice challenges. These communities are often exposed to unhealthy land uses, poor air and water quality, dilapidated housing that leads to lead exposure, and other environmental threats that drive health disparities. Many of these communities are also surrounded by social inequities such as job insecurity, underemployment, linguistic isolation, underperforming schools, noise pollution, crowded homes, face high energy burden or fossil fuel dependence, and lack access to healthy foods and transportation. In addition, they often lack adequate resources and experience to navigate complex Federal grant application and award making processes and have been limited in their ability to have meaningful access to, and participation in, governmental decision-making processes that affect them, including those relating to environmental health and justice. The combination of environmental risks and social inequities creates a cumulative, disproportionate impact that hinders optimal environmental health and justice particularly for these communities.

Consistent with EPA's mission and Administration priorities, including those set forth in Executive Orders 13985 and 14008, and using funding available for environmental justice, and other potential funding as available and appropriate, EPA is seeking applications from eligible entities as described in Section III to become an Environmental Justice Thriving Communities Grantmaker.  EPA is making available up to approximately **$550 million** total for the EJ TCGM program.  EPA expects to make up to 11 awards for the Grantmakers.

**History of EJ Small Grants Program** - The EJ Small Grants program (assistance listing 66.604) is the Agency's longest standing environmental justice grants program specifically designed to address the needs of underserved communities and marginalized groups through the provision of direct funding to address local environmental and/or public health issues impacting communities.  Historically, the Agency has managed the EJ Small Grants directly which necessitated that grassroots groups and capacity-constrained organizations navigate the federal SAM.gov and Grants.gov process to apply for small funds.  EPA has determined that a pass-through model will be a more effective approach to providing smaller funding amounts to communities for the initial development of their environmental justice projects.  The pass-through model removes the requirement of applying through the federal grants process and decreases the amount of time it takes to award federal funds.  The competition to select the pass-

EPA 000005

through entities (Grantmakers) is issued under assistance listing 66.615, Environmental Justice Thriving Communities Grantmaking Program.  Moving forward, much of the assessment, planning, and project development work formerly conducted under the EJ Small Grants program will now be managed by the Grantmakers under the new EJ Thriving Communities Subgrants program.

**EJ Small Grants Program → New EJ Thriving Communities Subgrants Program** - The Grantmakers will design and manage the new EJ Thriving Communities Subgrants program, in collaboration with EPA, as a pass-through competitive subaward program.  The Agency provides extensive guidance to pass-through entities in the EPA Subaward Policy and related materials.  EPA will award cooperative agreements with Grantmakers who will collaborate with EPA to design and build their own processes to receive and evaluate competitive community project applications from communities for EJ Thriving Communities Subgrants for projects and capacity building efforts addressing local environmental and public health issues.

The EJ Thriving Communities Subgrant application process will be separate from the federal grants application process.  Applications for the Grantmaker awards should include a clear description of the proposed streamlined process for competitively receiving, evaluating, selecting and awarding subgrants, working with EPA to monitor performance as well as a plan for managing these transactions in compliance with regulatory requirements. EPA will evaluate applicant proposals describing this process under the Section V evaluation factors.

The pass-through entities (Grantmakers) that administer the cooperative agreement and subgrants will be accountable to EPA for proper expenditure of the funds, reporting on the overall progress and deliverables of the program, providing regular status reports and updates on the progress of all subgrants and will serve as the main point of contact for all subrecipients. As provided in 2 CFR 200.332, subrecipients are accountable to the pass-through entity for completing workplan and project deliverables including proper use of EPA funding.  Subrecipients receiving an EJ Thriving Communities Subgrant will also be expected to provide regular project reports to their Grantmaker which will be shared with EPA.  EJ Thriving Communities Subgrants will be available for three distinct phases of community-readiness:  Phase I subgrants will be for one-year up to $150,000 assessment projects, Phase II subgrants will be for 1-2 year up to $250,000 planning projects, and Phase III subgrants are for two-year up to $350,000 project development projects. Applications should address how these phases will be carried out.

<span style="color:red">**NOTE:**  This RFA is **not** for applicants to apply for an EJ Small Grant directly from EPA.  This RFA is a competition to select the pass-through entities who will manage their own EJ Thriving Communities Subgrants program in collaboration with EPA over the next 3 years.  Those applicants seeking funds to conduct a community project in a specific community may **not** apply to this competition.</span>

**Priority for applications from Minority-Serving Institutions (MSIs)** - EPA recognizes the important and historic role Minority-Serving Institutions (MSIs) serve in supporting communities, especially underserved communities around the nation.  For this reason, EPA strongly encourages all eligible applicants identified in Section III, including Minority Serving

-6-

EPA 000006

Institutions (MSIs), as well as university business schools and business programs, to apply to become a Grantmaker under this opportunity.

For purposes of this RFA, the following are considered MSIs:

1. Historically Black Colleges and Universities, as defined by the Higher Education Act (20 U.S.C. § 1061(2)). A list of these schools can be found at Historically Black Colleges and Universities.
2. Tribal Colleges and Universities (TCUs), as defined by the Higher Education Act (20 U.S.C. § 1059c(b)(3) and (d)(1)). A list of these schools can be found at American Indian Tribally Controlled Colleges and Universities.
3. Hispanic-Serving Institutions (HSIs), as defined by the Higher Education Act (20 U.S.C. § 1101a(a)(5)). A list of these schools can be found at Hispanic-Serving Institutions.
4. Asian American and Native American Pacific Islander-Serving Institutions; (AANAPISIs), as defined by the Higher Education Act (20 U.S.C. § 1059g(b)(2)). A list of these schools can be found at Asian American and Native American Pacific Islander-Serving Institutions; and
5. Predominately Black Institutions (PBIs), as defined by the Higher Education Act of 2008, 20 U.S.C. 1059e(b)(6). A list of these schools can be found at Predominately Black Institutions.


The Grantmakers will be responsible for the following key activities and applicants should address them in their applications:

1) Designing a competitive application submission and evaluation process for community projects addressing local environmental and public health issues. The process must include an open call for applications where applicants can submit applications by established deadlines. The process should include a range of submission options including approaches accessible to communities and CBOs without reliable access to internet services and significantly minimize the burden on applying entities (as compared to the federal grant application process). The process should minimize the "time to award" for entities selected to receive subaward funding and the competitive application process should be up and running as quickly as possible. **NOTE** –As part of EPA's substantial involvement, EPA staff may collaborate with Grantmakers on the preliminary design of the submission and evaluation process, the development of evaluation criteria, and, where capacity allows, EPA staff may, at the request of the Grantmakers, be included as reviewers of applications. However, the final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the pass-through entity, rather than by EPA, provided statutory, regulatory, and Subaward Policy requirements are met.
2) Developing communications plans and conducting outreach activities (e.g., hosting conference calls and webinars and conducting in-person outreach events to notify communities) to reach all disadvantaged and underserved communities to the maximal extent practical, especially urban, rural, and remote communities. Outreach activities should be focused on making potential Eligible subrecipients aware of the availability of the EJ Thriving Communities Subgrant funding, deadlines for submitting applications, tutorials to understand the application and subawards process, and opportunities to ask

EPA 000007

questions. Applicants should also describe the processes and approaches to coordinate directly with the Regional and/or National Environmental Justice Thriving Communities Technical Assistance Centers (TCTACs), Brownfields Technical Assistance Centers, and EPA Environmental Finance Centers as it relates to outreach and communications.

3) Developing an efficient subgrant process to make funds available to selected applicants quickly, monitoring progress of fund expenditures in compliance with federal regulations, terms and conditions of cooperative agreements, and ensuring that all funds received by the pass-through entities are expended within the 3-year project period per the requirements of section 138(b)(1) of the CAA.

4) Designing and implementing a project management process, in collaboration with EPA, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

5) Providing technical support to subrecipients to assist in data collection, tracking, evaluation, and reporting of information in alignment with achieving project outputs and outcomes. Applicants should consider including plans to coordinate with the Environmental Justice Thriving Communities Technical Assistance Centers (TCTACs) to help address technical support and assistance needs of subrecipients.

6) Managing the subgrant application in-take processes, evaluations, subgrants awarding process, subgrant oversight/management and project tracking for communities and/or subgrant funding recipients in one or more Geographic Areas. Details defining the Geographic Areas mentioned above are provided in Section I.D.4.

7) Developing an approach to the Grantmaker role demonstrating participatory governance where one or more community-based nonprofit organizations is involved in the design and decision-making of the subgrants program. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide advice on the development of the subaward process. The participatory governance framework should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subgrants program do not have relationships with organizations competing for subgrants or receiving noncompetitive funding that create actual or apparent conflicts of interest. Note that Grantmakers may compensate representatives of community-based organizations who participate in the governance process with stipends to the extent permissible in EPA's Guidance on Participant Support Costs.

8) Developing an approach, after discussions with the EPA project officer, to provide a limited number of noncompetitive EJ Thriving Communities Subgrants for severely capacity-constrained communities and CBOs where these entities can receive funding and support from the Grantmakers without submitting a competitive application. The applicant's approach will include determining criteria to identify these severely capacity-constrained communities and CBOs. Grantmakers, rather than EPA, will select all subrecipients.

9) Disseminating EJ Thriving Communities Subgrant project results, feedback, and success stories through publicly available means.

10) Collaboratively working with EPA environmental justice staff, federal technical assistance providers (such as the Environmental Justice Thriving Communities Technical Assistance Centers), the Environmental Finance Centers, Technical Assistance for

EPA 000008

Brownfields) and other federal grants programs to provide guidance and support to communities seeking to address longstanding environmental injustices impacting their communities.

11) Other activities the successful applicant proposes to carry out and EPA agrees to fund that further the purpose of this Funding Opportunity.

EPA will make awards to up to 11 Grantmakers that coordinate nationwide coverage to provide support and funding opportunities to **Eligible Subrecipients** (i.e., those entities who are eligible to receive an EJ Thriving Communities Subgrant from a Grantmaker). The Grantmakers will serve as the contact for Eligible Subrecipients interested in applying for EJ Thriving Communities Subgrants and will be the contact for subrecipients of the EJ Thriving Communities Subgrants. As stated above, EJ Thriving Communities Subgrants will be available for three distinct phases:

Phase I = Assessment projects for up to $150,000 for a one-year project period
Phase II = Planning projects for up to $250,000 for a 1-2 year project period, and
Phase III = Project Development projects for up to $350,000 for a two-year project period.

Eligible Subrecipients are as follows:
- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Puerto Rico
- US Territories
- Freely Associated States (FAS) – including local governmental entities and local non-profit organizations in the Federated States of Micronesia, the Republic of the Marshall Islands, and Palau

Ineligible Subrecipients include:
- Individuals
- For profit businesses
- State governments

**The Grantmakers will manage three phases of EJ Thriving Communities Subgrants**

Applicants must address all three phases in their applications. Phase I, Phase II, and Phase III Subgrants may address a wide range of environmental issues and consist of a variety of project types including (but not limited to) the following:

EPA 000009

- Air quality & asthma
- Fence line air quality monitoring
- Monitoring of effluent discharges from industrial facilities
- Water quality & sampling
- Small cleanup projects
- Improving food access to reduce vehicle miles traveled
- Stormwater issues and green infrastructure
- Lead and asbestos contamination
- Pesticides and other toxic substances
- Healthy homes that are energy/water use efficient and not subject to indoor air pollution
- Illegal dumping activities, such as education, outreach, and small-scale clean-ups
- Emergency preparedness and disaster resiliency
- Environmental job training for occupations that reduce greenhouse gases and other air pollutants
- Environmental justice training for youth

Applicants who do not intend to make subawards under all three phases must include an explanation describing the reasoning behind the decision to focus on a subset of phases.

**Phase I: Assessment**
Communities must gather information, assess, and understand the problem(s) before they can thoroughly develop a plan and then implement those plans to address and eventually resolve the problem(s). The Phase I EJ Thriving Communities Subgrants (managed by the Grantmakers) will be available for severely capacity-constrained community-based organizations and/or "entry-level" applicants to assist them during the initial steps of their work to address specific issues impacting them locally by conducting assessments of environmental and public health concerns. Typically, Phase I EJ Thriving Communities Subgrants will be for up to $150,000 each for a one-year project period.  Phase I projects can address multiple environmental issues (e.g., air quality, water contamination, toxic substances, etc.). The following is a list of the types of activities which may be considered by the Grantmakers for Phase I EJ Thriving Communities Subgrants. It is provided for illustrative purposes only and is not all inclusive.

- research (that is incidental to the project design)
- sampling
- testing
- monitoring
- investigations
- surveys and studies
- public education

**Fixed Amount Subawards for Phase I and Noncompetitive Subawards** - Successful Grantmakers may, but are not required to, use fixed amount subawards to fund all or part of the $150,000 Phase I competitive planning subawards and must use fixed amount subawards for any noncompetitive $75,000 subawards provided to **severely** capacity-constrained community based nonprofit organizations with limited capacity to carry out Federally

-10-

funded projects. (See Section I.D.1.c of the RFA for more details on the noncompetitive fixed amount subawards).

As provided in 2 CFR 200.1 *Fixed amount awards* are a type of subaward:

[U]nder which . . . a pass-through entity provides a specific level of support without regard to actual costs incurred under the [subaward]. This type of [subaward] reduces some of the administrative burden and record-keeping requirements for both the [subrecipient] . . . [and] pass-through entity. Accountability is based primarily on performance and results.

Additional information on fixed amount awards is available in 2 CFR 200.201(b) and 2 CFR 200.333. Section 9.0 of EPA's Subaward Policy describes types of fixed amount subawards that EPA will approve. For example, EPA may approve fixed amount awards for training, community meetings or report development that are funded on a milestone completion or unit price basis. Note also that subawards for Phase I competitive planning subawards may be structured to include fixed amount components (e.g., per trainee fees for completed training courses or lump sum payments to conduct community meetings) and cost reimbursement payments for subrecipient program staff compensation as long as the fixed amounts do not duplicate payments made on a cost-reimbursement basis.

Applicants should describe what types of activities they will allow subrecipients to carry out under fixed amount subawards and their approach to pricing those agreements. EPA Project Officers will work with successful applicants to facilitate approval for fixed amount subawards, the process for which can be found in section E of EPA's Subaward Frequent Questions. Any EPA cooperative agreement that includes fixed amount subawards will include a term and condition that specifies the regulatory requirements that EPA has waived pursuant to 2 CFR 200.102(c).

**Phase II: Planning**

The Phase II EJ Thriving Communities Subgrants (managed by the Grantmakers) will be available for community-based organizations and other Eligible Subrecipients who already have a strong understanding of their local environmental and/or public health issues and are ready to formulate a community-wide plan to address those issues. Developing key cooperative partnerships with community stakeholders is an essential part of developing a community-wide plan and later implementing that plan. Therefore, partnership development will be a key aspect of the Phase II subgrants. Typically, a Phase II EJ Thriving Communities Subgrant will be for up to $250,000 each for a 1 to 2-year project period. Phase II project activities can address multiple environmental issues (e.g., air quality, water contamination, toxic substances) and should also include plan formulation and partnership development activities to address those environmental issues. The following is a list of the types of activities which may be considered by the Grantmakers for a Phase II EJ Thriving Communities Subgrant. It is provided for illustrative purposes only and is not all inclusive.

- Planning
- Partnership-building

EPA 000011

- Public outreach and education
- Coordination with community stakeholders to address environmental issues
- Training activities for community organizations and community members
- Projects and activities to spur community involvement (e.g., cleanups of vacant lots)
- Smaller land purchases and acquisitions that require less than half of the total amount of subgrant funding

## Phase III: Project Development

The Phase III EJ Thriving Communities Subgrants (managed by the Grantmakers) will be available for community-based nonprofit organizations and other Eligible Subrecipients who already have a strong understanding of their local environmental and/or public health issues, have already formulated a community-wide plan addressing those issues, and/or are now ready to develop the technical aspects of the project (i.e., implement the project on the ground). Developing key cooperative partnerships with community stakeholders is an essential part of developing a community-wide plan and later implementing that plan. Therefore, partnership development will be a key aspect of the Phase III subgrants as well. Typically, a Phase III EJ Thriving Communities Subgrant will be for up to $350,000 each for a 2-year project period. Phase III projects can address multiple environmental issues (e.g., air quality, water contamination, toxic substances). The following is a list of the types of activities which may be considered by the Grantmakers for a Phase III EJ Thriving Communities Subgrant. It is provided for illustrative purposes only and is not all inclusive.

- Project Development
- Blueprints for construction or cleanup projects, schematics, and technical development
- Work to get permits in place directly related to an environmental project
- Smaller land purchases and acquisitions that require less than half of the total amount of subgrant funding
- Implementation of project plans
- Public outreach and education

To find the latest information about the EJ TCGM program, visit the following link:

https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-grantmaking-program

## C. Authority

Congress provided EPA with both funding and expanded authority to further environmental justice through financial assistance programs in the Consolidated Appropriations Act, 2022 (Public Law 117-103) and Consolidated Appropriation Act, 2023 (Public Law 117-238), which provided funding for environmental justice implementation and training grants. EPA has statutory authority to award cooperative agreements to eligible entities to stand-up programs and

EPA 000012

processes to build the capacity of underserved communities and CBOs. EPA interprets the term "training" in these statutes to include capacity building activities such as technical assistance.

Additionally, in the IRA Congress codified the Environmental and Climate Justice Block grant program at CAA 138 and appropriated $2.8 billion for grants authorized by CAA 138(b). Eligible activities are described in CAA 138(b)(2) and include: (A) community-led air and other pollution monitoring, prevention, and remediation, and investments in low- and zero-emission and resilient technologies and related infrastructure and workforce development that help reduce greenhouse gas emissions and other air pollutants; (B) mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events; (C) climate resiliency and adaptation; (D) reducing indoor toxics and indoor air pollution; or (E) facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes. EPA interprets the term "community-led air and other pollution monitoring, prevention and remediation . . ." in CAA 138(b)(2)(A) to allow EPA to fund activities to address water pollution, drinking water contamination, pesticide contamination, toxic substance contamination, solid and hazardous waste contamination, and hazardous substance contamination as well as air pollution.

### D. Responsibilities of the EJ Thriving Communities Grantmakers

The awards under this RFA will be for the pass-through subgrant program in which the EPA will award cooperative agreements for up to 11 pass-through entities (known as Grantmakers) who will collaborate with EPA to design application in-take, community outreach, application evaluation, subawards, and project tracking processes for projects proposed by Eligible Subrecipients for EJ Thriving Communities Subgrants for community projects and capacity-building efforts for CBOs. Grantmakers will make final decisions. Consistent with the objectives of this RFA, applicants should describe in their applications and workplan (See Section IV), and will be evaluated based on, the quality of their plans to carry out an EJ Thriving Communities Subgrant program. Eligible Subrecipients, especially from underserved communities and urban, rural, and remote communities, will be made aware of, and can access, the redesigned application, subaward, and project management processes. Applicants will also be evaluated on their plan and approach for competing the subawards to ensure it is designed to result in awards to a diverse group of subrecipients to meet the objectives of this RFA. Applicants are strongly encouraged to include the following activities, and any others they deem relevant, in their applications to meet the objectives of this RFA:

### 1.  Development of Application Submission, Evaluation, and Subgrant  Processes

Applicants should describe their plan and approach to make funds available to Eligible Subrecipients, particularly from underserved communities, communities in urban, remote and rural areas, and those with the highest degree of burden and capacity constraints, as well as increasing awareness of the existence of the Grantmaker and the availability of EJ Thriving

EPA 000013

Communities Subgrants. Information disseminated through outreach efforts should include at a minimum:

   a. Designing a competitive application submission and evaluation process for community projects addressing local environmental and public health issues. The process should include an open call for applications on a "rolling basis" where applicants can submit applications when the applicants are ready. The process should be accessible to communities and CBOs without reliable access to internet services and significantly reduce the burden on applying entities (as compared to the federal grants process).

   b. Development of an efficient subgrants process. Overall, the application, evaluation, and subgrant processes should minimize the "time to award" for entities selected to receive subaward funding. **EJ TCGM applicants should design their subaward process so that the average time it takes for applications to be submitted, evaluated, and awarded is under 6 months (at a minimum).** This timeframe will greatly benefit under-resourced CBOs and in some cases may be the difference between a CBO remaining in operation or dissolving. Additionally, the Grantmakers must develop a plan to ensure that all funds awarded to them are expended within 36 months of receipt of the initial award as required by CAA 138(b)(1) which limits project periods to 3 years. Thus, each applicant to the EJ TCGM program should make clear how they propose to make their subaward process efficient and effective in getting the maximal amount of funding to communities within the required timeframe. **NOTE** - For applicants applying to be a Regional Grantmaker (see geographic coverage details in Section I.D.4), the application **must** demonstrate that a minimum of 80% of the total funds proposed to be awarded to the Regional Grantmaker pass through to Eligible Subrecipients. Any application or submitted budget for a Regional Grantmaker award that does not demonstrate this 80% requirement will be deemed ineligible. This requirement does not apply for those applicants applying to be a National Grantmaker, as the National Grantmaker has additional coordination responsibilities in addition to subaward capabilities.

   c. Reserving a limited number of noncompetitive EJ Thriving Communities Subgrants for severely capacity-constrained communities and CBOs where these entities can receive funding and support from a Grantmaker without submitting a competitive application. These noncompetitive small subawards should be for a fixed amount of $75,000 each and should be awarded in compliance with Section 9.0 of EPA's Subaward Policy which describes types of fixed amount subawards that EPA will approve. As provided in the EPA Subaward Policy, EPA staff will not direct, recommend, or suggest that pass-through entities provide subawards to particular entities.

   d. Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that an Eligible Small Subrecipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance for the Grantmaker or a shorter interval as deemed appropriate by the pass-through entity.

EPA 000014

## 2. **Communications Planning and Outreach Activities**

Applicants should demonstrate how they will provide substantive communication and conduct outreach to Eligible Subrecipients from underserved communities, communities in remote and rural areas, and community stakeholders with the highest degree of burden and capacity constraints to facilitate their full participation in the new EJ Thriving Communities Subgrants Program. This should include describing the process and approach to coordinate directly with the Regional and/or national EJ Thriving Communities Technical Assistance Center (TCTAC). Communications and outreach activities may include:

    a. Hosting pre-application conference calls, webinars, and/or in-person meetings accessible to all underserved communities to the maximum extent practicable, especially urban, rural, and remote communities, making them aware of the availability of the EJ Thriving Communities Subgrant funding, deadlines for submitting applications, guidance to aid in understanding the Grantmaker's application and subawards process, and to give potential Eligible Subrecipients opportunities to ask questions.

    b. Developing mass mailers, online listservs, websites, printed materials, as well as conducting site visits and/or in-person workshops to communicate the goals and availability of the EJ Thriving Communities Subgrant funding.

    c. Ensuring communications and communication materials are available in multiple languages reflective of the needs in the target service area. Applicants should describe how they will provide translation and other interpretive services to make the information and funding available to those not fluent in English or that have limited English proficiency.

    d. Any other outreach and communications activities the Grantmaker believes will be effective in facilitating the participation of underserved communities, urban, rural and remote communities, and capacity constrained CBOs in funding programs for environmental justice and in the environmental decision-making process.

## 3. **Development of a Project Management Tracking and Reporting System**

Applicants should describe their plan, approach, and process for project management including oversight for funding subrecipients and a system to track all projects and subrecipients of subaward funding and manage the subawards in compliance with the requirements specified in 2 CFR 200.332 and EPA's Establishing and Managing Subawards Term and Condition. Appendix D of EPA's Subaward Policy provides an optional template for a subaward agreement that meets regulatory requirements. Applicants should include a plan to develop a sophisticated system to monitor progress for each funding subrecipient and relay this information to EPA as required by the reporting terms and conditions of their EPA award. Additionally, applicants should describe their plan for subrecipient reporting, including how frequently reports will be required, the level of detail and format of those reports, and how those reports will be submitted by subrecipients. Applicants should also identify a process for engaging EPA assistance should any subrecipient require additional technical support to meet project deadlines or achieve progress. Applicants

-15-

should prioritize the goals of reducing burden on subrecipients while still providing reasonable and quality oversight as they are developing their plans for subrecipient reporting.

**4. Grantmaker Geographic Coverage**

As stated in Sections I and II, EPA intends to award up to 11 cooperative agreements under this RFA for up to approximately $50 million each to be funded incrementally over a 3-year period of performance. EPA plans to award approximately 10 Regional Grantmaker awards and one nationwide award to a National Grantmaker who will provide coordination services for the Regional Grantmakers and fill gaps in coverage. Applicants can submit up to two applications under this RFA as long as each application is for a different Geographic Area, e.g., one for Regional Geographic Area #1 and one for Regional Geographic Area #2. Applicants may also submit one application for a Regional Geographic Area and another application for the National Geographic Area. Each application must be separately submitted through www.grants.gov. If an applicant submits more than two applications, EPA staff will contact the applicant to identify which two applications EPA will consider. If an applicant submits two applications and is selected for two awards, EPA may, if appropriate, combine those selections into one award (See Section VI.D). Any questions about submitting multiple applications should be directed to the contact identified in Section VII prior to application submission. The geographic areas are:

- **Regional Geographic Area #1** includes *EPA Region 1* (CT, ME, MA, NH, RI, VT, and 10 tribal nations)
- **Regional Geographic Area #2** includes EPA *Region 2* (NJ, NY, PR, VI, and 8 federally recognized Indian Nations)
- **Regional Geographic Area #3** includes *EPA Region 3* (DE, DC, MD, PA, VA, WV, and 7 federally recognized tribes)
- **Regional Geographic Area #4** includes *EPA Region 4* (AL, FL, GA, KY, MS, NC, SC, TN, and 6 tribes)
- **Regional Geographic Area #5** includes *EPA Region 5* (IL, IN, MI, MN, OH, WI, and 35 tribes)
- **Regional Geographic Area #6** includes EPA *Region 6* (AR, LA, NM, OK, TX, and 66 tribal nations)
- **Regional Geographic Area #7** includes *EPA Region 7* (IA, KS, NE, MO, and 9 tribal nations)
- **Regional Geographic Area #8** includes *EPA Region 8* (CO, MT, ND, SD, UT, WY, and 28 Tribal Nations)
- **Regional Geographic Area #9** includes *EPA Region 9* (AZ, CA, HI, NV, American Samoa, Commonwealth of the Northern Mariana Islands, Federated States of Micronesia, Guam, Marshall Islands, Republic of Palau, and 148 tribes)
- **Regional Geographic Area #10** includes *EPA Region 10* (AK, ID, OR, WA, and 271 native tribes)
- **National Geographic Area**

EPA 000016

Applicants should design an approach to ensure that EJ Thriving Communities Subgrants are available to Eligible Subrecipients throughout the entire geographic area they are applying under, including to rural and remote areas.

Please note that the amount of funding provided to selected applicants will be commensurate with the level and amount of EJ Thriving Communities Subgrants to be provided under the award. Those selected applicants providing less EJ Thriving Communities Subgrants may receive lower amounts of funding than recipients providing greater amounts or serving a larger geographic area. **NOTE** - All applicants are encouraged to submit a project budget of $50 million.

**Applications for National Geographic Area Coverage –** EPA is also interested in receiving applications for Grantmakers who will provide a number of subgrants nationwide to fill gaps and potential needs that other Grantmakers may not have the ability to cover. This nationwide service may especially be necessary in areas of the country where it may be more difficult to reach communities through more traditional channels. Potential areas of concern are remote areas of Alaska, rural areas of the U.S. Territories, areas along the US-Mexico Border, and remote parts of the contiguous United States. In addition to demonstrating how they will provide EJ Thriving Communities Subgrants to areas of the country where gaps may occur, applicants interested in being a National Grantmaker should demonstrate how they will coordinate services amongst the 10 Regional Grantmakers. These coordination services should include plans and approaches for project management, including oversight for funding subrecipients and a system to coordinate project tracking and reporting efforts between the Regional Grantmakers, National Grantmaker, and EPA. National applicants should have the ability to identify patterns related to community needs across regional geographic areas, synthesize best practices for all regional Grantmakers, and develop tools, databases, platforms, and/or clearinghouses to facilitate connecting Eligible Subrecipients to their Regional Grantmaker. Applicants for National Grantmaker awards may also propose approaches (e.g., periodic virtual meetings) to coordinate services by the Regional Grantmakers to promote consistency and achieve efficiencies, as well as provide common services such as training, technical assistance, and outreach tools to the 10 Regional Grantmakers.

Applicants selected for award in a particular geographic area may also provide with EPA's approval EJ Thriving Communities Subgrants to Eligible Subrecipients in other geographical areas. For example, a recipient may provide a subgrant to a CBO in a remote area outside its geographic area if it is uniquely qualified or has unique insight in working with that remote community, as determined by the EPA Project Officer. The final scope of work that EPA's Project Officer negotiates with successful applicants will specify the terms under which recipients may provide subgrants outside of their geographic areas.

Accordingly, it is expected that there will be multiple awards resulting from this competition and providing assistance outside of the geographic area of an award may be necessary. Applicants should describe how they would provide coverage outside the geographic area of their award, collaborate with other Grantmakers and federal, state, and local grant and subgrant programs to avoid duplication of effort, and share best practices among Grantmakers to maximize the value of the EJ Thriving Communities Subgrants provided to Eligible Subrecipients as envisioned by

EPA 000017

this RFA. This may include such things as including links on their Grantmaker website to help prospective and existing Eligible Subrecipients determine which Grantmaker to access, and how to do so. Additionally, as provided in EPA's General Terms and Conditions "Copyrighted Material and Data" (a link to which can be found in Section VI of EPA's solicitation provisions-see Section I.G), EPA may authorize all Grantmakers to use copyrighted works or other data developed with Agency funds by other Grantmakers when such use promotes efficient and effective use of Federal grant funds.

**REMINDER** - For applicants applying to be a Regional Grantmaker, the application **must** demonstrate that a minimum of 80% of the total funds proposed to be awarded to the Regional Grantmaker pass through to Eligible Subrecipients. Any application or submitted budget for a Regional Grantmaker award that does not demonstrate this 80% requirement will be deemed ineligible. This requirement does not apply for those applicants applying to be a National Grantmaker, as the National Grantmaker has additional coordination responsibilities in addition to subaward capabilities.

5. **Grantmaker Results, Success Stories, and Feedback**

To facilitate program effectiveness, applicants should describe an approach for documenting and measuring the success of their role as a pass-through entity (Grantmaker) and the success of the subrecipients receiving EJ Thriving Communities Subgrants. Grantmakers may include information on success stories attesting to the accessibility of the subaward application process, the ease of use to submit an application, the outreach conducted to make communities aware of the program, aggregated environmental and public health improvements, and more. A success story is generally one that demonstrates a subrecipient's project that successfully addresses longstanding environmental justice issues in a community.

Applicants should also describe an approach for seeking feedback on their Grantmaker from Eligible Subrecipients and prospective subrecipients, that includes their satisfaction with the Grantmaker and the subgrant program, ideas on ways to make the Grantmaker and subaward process more effective and what steps the applicant will take to address the feedback to improve their role as a pass-through entity. Applicants should make a concerted effort to obtain relevant feedback on their role as a Grantmaker from underserved communities and communities in urban, rural, and remote areas.

**Note about Surveys** - If the applicant intends to use EPA funds to develop and administer surveys or other information collections subject to 5 CFR Part 1320 for feedback, compliance with the OMB regulations implementing Paperwork Reduction Act (PRA) by EPA will be necessary.  Compliance with the OMB PRA regulations will require a considerable amount of time.  Therefore, EPA strongly encourages applicants to obtain other sources of funds to develop and administer surveys related to their Grantmaker activities.

**E.  Ineligible Activities**

-18-

The following are examples of ineligible activities under the awards to be made from this RFA[4]
- Lobbying as restricted in 2 CFR 200.450.
- Legal advice, services, or representation
- Travel for federal employees
- Costs for other activities that are unallowable under 2 CFR Part 200, Subpart E.

## F. EPA Strategic Plan Linkage and Anticipated Outputs, Outcomes and Performance Measures

This announcement supports key priorities of the Administration as detailed in Executive Order 13985 signed by President Biden on January 20, 2021 titled, ***Advancing Racial Equity and Support for Underserved Communities Through the Federal Government***, and Executive Order 14008 signed by President Biden on January 27, 2021, titled ***Tackling the Climate Crisis at Home and Abroad***. Specifically, the projects selected under this RFA will support the federal government's efforts to advance racial equity and environmental justice, address health outcome disparities, and support underserved communities.

In addition, pursuant to Section 6a of EPA Order 5700.7, "Environmental Results under EPA Assistance Agreements," (see https://www.epa.gov/grants/epa-order-57007a1-epas-policy-environmental-results-under-epa-assistance-agreements), EPA must link assistance agreements to the Agency's Strategic Plan. EPA's current Strategic Plan for 2022-2026 is available at: https://www.epa.gov/planandbudget/strategicplan.

The activities to be funded under this RFA support the FY 2022-2026 EPA Strategic Plan. Awards made under this RFA will support Goal 2 (Take Decisive Action to Advance Environmental Justice and Civil Rights), Objective 2.1, (Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels) of the Strategic Plan which states that: *"Building Community Capacity and Climate Resilience and Maximizing Benefits to Overburdened and Underserved Communities: EPA will increase support for community-led action by providing unprecedented investments and benefits directly to communities with environmental justice concerns and by integrating equity throughout Agency programs."* Applicants should explain in their application how their Grantmaker proposal will further this goal and objective and they will be evaluated on this under the evaluation criteria in Section V.A.

EPA Order 5700.7 also requires that applicants adequately describe environmental outputs and outcomes to be achieved under assistance agreements. An important aspect of the EJ TCGM program will be to document the capacity built and other changes achieved by both the subrecipients and the Grantmakers themselves, including sharing information about subrecipient successes and lessons learned, as well as the ability of the Grantmakers to respond to and meet the needs of communities most impacted by environmental injustices. Organizations applying to be Grantmakers must incorporate program evaluation activities from the outset of their program

---

[4] This is not an exhaustive list of ineligible activities. All activities receiving EPA and DOE funding are subject to requirements for cost allowability in applicable regulations including limitations on consultant fees in 2 CFR Part 1500. Additionally, only activities described in the EPA approved scope of work are eligible for funding.

EPA 000019

design and implementation to meaningfully document and measure their progress towards meeting project goals. Specific statements must be included that describe the environmental results of the proposed project in terms of well-defined outputs and, to the maximum extent practicable, well-defined outcomes that will demonstrate how the project will contribute to the goals and objectives described above.

1. **Outputs.**  The term "output" means an environmental activity, effort, and/or associated work product related to an environmental goal and objective that will be produced or provided over a period or by a specified date. Outputs may be quantitative or qualitative but must be measurable during an assistance agreement funding period. Examples of expected outputs from projects may include the following:

   - The total number of Phase I applications received annually
   - The total number of Phase II applications received annually
   - The total number of Phase III applications received annually
   - The total number of subawards made annually, including geographic distribution throughout the Regional Geographic Area and/or National Geographic Area
   - Documented outreach efforts (e.g., webinars, in-person workshops, conference presentations) undertaken by an Grantmaker to make Eligible Subrecipients, especially in underserved communities and communities in urban, remote and rural areas aware of their services, including geographic distribution throughout the Regional Geographic Area and/or National Geographic Area
   - Methods and tools developed by a Grantmaker to ensure that their subaward program is accessible to Eligible Subrecipients, especially in underserved communities and communities in remote and rural areas.
   - Reports on feedback received from those who submit EJ Thriving Communities Subgrant applications and those who receive a subaward to improve the efficiency and effectiveness of the Grantmaker's subaward program.
   - Reports on program oversight, management and evaluations for measuring the success of a Grantmaker in meeting the objectives of this RFA as described above.
   - Number of improvements made to an Grantmaker's subaward program based on feedback from Eligible Subrecipients.
   - Aggregated environmental and/or public health improvements in Regional Geographic Area serviced by the Grantmaker.
   - Any other appropriate and relevant outputs identified by applicants that contribute to the objectives of this RFA.

2. **Outcomes.**  The term "outcome" means the result, effect or consequence that will occur from carrying out an environmental program or activity that relates to an environmental or programmatic goal or objective. Outcomes may be environmental, behavioral, health-related, or programmatic in nature; must be quantitative; and may not necessarily be achievable within an assistance agreement funding period. Additionally, outcomes should be organized by expected time period (short-term, intermediate, and long-term). Short-term outcomes refer

EPA 000020

to changes in knowledge or attitudes and usually occur during the project period. Intermediate outcomes refer to changes in behaviors and actions due to the knowledge acquired and are usually measured within several months after the end of the project. Long-term outcomes refer to changes in conditions and are measured a year or several years after project completion. Short-term, intermediate, and long-term outcomes are related and build on one another. EPA encourages recipients to identify outcomes wherever possible because they lead to environmental and/or public health improvement more clearly than outputs. Examples of expected outcomes from projects may include the following:

- Increase in number of residents who know how to access local air quality information
- Increase in number of communities who have access to reliable data specifically about the environment issues impacting their community
- Increase in number of communities with a community-wide plan in place to tackle environmental and public health issues
- Increase in partnerships between community stakeholders
- The reduction of waterborne pollutants in local waterbodies and/or increase in fish populations.
- The increased ongoing communication to the underserved communities resulting in measurable risk reduction related to a specific environmental issue and communities' participation directly in that risk reduction.
- Improved public health (e.g., lead, asthma, etc.) in community through taking actions that reduce exposure to environmental risks
- Increased greenspace, green infrastructure and/or approaches to address extreme weather and flooding

1. **Short-term** (change in knowledge) – Increase in number of residents that know about indoor asthma triggers (during project)

2. **Intermediate** (change in behavior) – Increase in number of residents that install and routinely check their home indoor air monitor (6 - 12 months after project)

3. **Long-term** (change in conditions) – Reduction in asthma rates among community residents (2+ years after project)

3. **Performance Measurement Plan.** Applicants should describe how they plan to track and monitor their project performance and progress throughout the performance period including their success in meeting the expected outputs and outcomes. Outputs and outcomes are critical components of an applicant's overall plan for measuring their project's performance. Applicants will be evaluated on the quality of their overall performance measurement plan including the proposed outputs, outcomes, and associated timeframes for achieving those results. Generally, higher quality performance measurement plans include specific target metrics where possible for both outputs and outcomes. The applicant's performance measurement plan will help gather insights, will be the mechanism to track successful progress, output and outcome strategies, and will provide the basis for developing lessons learned to inform future recipients.

EPA 000021

The following questions are also useful to consider when developing output and outcome measures of quantitative and qualitative results:

- What are the measurable short term and longer term results the Grantmaker will achieve?
- How will the Grantmaker track "time-to-award" and maximize efficiency to make subawards?
- How does the Grantmaker measure progress in achieving the expected results (including outputs and outcomes) and how will the approach use resources effectively and efficiently?
- How will the Grantmaker provide project management and oversight on funded subaward projects? How will EPA be informed and involved?
- Are the projected outputs and outcomes specific and detailed? Are specific target measures included where possible?  Are target measures reasonable and achievable within the project period and for the funding amount?

**G. Additional Provisions for Applicants Incorporated into the Announcement**

Additional provisions that apply to sections III, IV, V, and VI of this RFA and/or awards made under this RFA, can be found at EPA Announcement Clauses. These provisions are important for applying to this RFA and applicants must review them when preparing applications for this RFA. If you are unable to access these provisions electronically at the website above, please contact the EPA point of contact listed in this RFA (usually in Section VII) to obtain the provisions.

## II. AWARD INFORMATION (back to *Contents by Section*)

### A.  Funding Availability

EPA anticipates awarding a total of approximately $550 million in funding under this RFA. EPA expects to make up to 11 incrementally funded awards with periods of performance of three years with total funding of approximately up to $50 million per award, with up to approximately $16.5 million budgeted for each year.  There will be one award for each Regional Geographic Area detailed in Section I.D.4 plus one award for a National Grantmaker.  Depending on funding availability, the quality of applications, satisfactory progress, and other applicable considerations. The specific number of awards and the amounts may vary from these estimates. For example, if an applicant submits two applications, one for Regional Geographic Area #1 and one for Regional Geographic Area #2 and is selected for award to cover both geographic areas, then EPA may combine both awards into one award to that single entity.

For application submission purposes, applicants should prepare budgets for up to $50 million over three years with up to approximately $16.5 million budgeted for each year. The amount of incremental funding available in subsequent years will depend on funding availability, satisfactory progress, and other applicable considerations with the understanding that EPA's Project Officer will negotiate the amount of the final budget based on these considerations.

EPA 000022

## B. **Number, Type, and Period of Performance of Anticipated Awards**

It is anticipated that up to 11 awards will be incrementally funded under this RFA, one for reach Geographic Area. The awards for selected proposals will be in the form of cooperative agreements because the EJ TCGM program requires substantial involvement and interaction between the applicant and EPA. Although EPA will negotiate precise terms and conditions relating to substantial involvement as part of the award process, the anticipated substantial federal involvement for these projects may include:

- Collaboration on the development of Evaluation Criteria to be used to evaluate applications from Eligible Subrecipients although Grantmakers will make the final decisions.
- EPA staff participation in competitive selection panels or reviewing proposal submissions at the request of Grantmakers to the extent permissible in section 10.0(b) of the EPA Subaward Policy
- Close monitoring of the recipient's performance to verify the results proposed by the applicant;
- Collaboration during the performance of the scope of work;
- In accordance with the Procurement Standards in 2 CFR Part 200, review of proposed procurements;
- Reviewing qualifications of key personnel (EPA will not select employees or contractors employed by the award recipient); and
- Review and comment on the content of printed or electronic publications and/or education, outreach and training tools and materials prepared (the final decision on the content of reports rests with the recipient).
- EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables

EPA does not have the authority to select employees or contractors employed by the recipient or subrecipients. The final decision on the content of reports rests with the recipient.

Applicants should plan for the period of performance of three years with awards to begin on **November 1, 2023**. All awards are subject to the availability of funds, the quality of the applications submitted, and other applicable considerations.

In appropriate circumstances, EPA reserves the right to partially fund applications by funding discrete portions of the proposed projects. If EPA decides to partially fund an application, it will do so in a manner that does not prejudice any applicant or affect the basis upon which the application was evaluated and selected for award, thereby maintaining the integrity of the competition and selection process.

EPA also reserves the right to make additional awards under this RFA, consistent with Agency policy and guidance, if additional funding becomes available after the original selections are made. Any additional selections for awards will be made no later than 6 months after the original selection decisions. Additional and future funding for awards under this RFA is contingent on the availability of future appropriations.

EPA 000023

## III. ELIGIBILITY INFORMATION (back to *Contents by Section*)
**Note: Additional provisions that apply to this section can be found at EPA Announcement Clauses.**

### A. Eligible Applicants

The entities eligible to apply under this assistance listing and serve as an EJ Thriving Communities Grantmaker are as follows:

- a community-based nonprofit organization (includes philanthropic organizations and community foundations); or

- a partnership of community-based nonprofit organizations*

- a partnership between*— a federally recognized tribal government and a community-based nonprofit organization

- a partnership between*— an institution of higher education and a community-based nonprofit organization;

### B. Partnerships

Below are several terms defining the multiple relationships that will be managed through the Grantmaker awards. Applicants should use these terms in their applications to define the types of relationships and collaborations that will play a part in their work as a Grantmaker:

- **Statutory Partnerships***: For the purposes of the Environmental and Climate Justice Block Grants programs authorized by section 138 of the Clean Air Act and other funding available under this RFA, a "statutory partnership" is defined as a formal relationship between two or more community based nonprofit organizations (CBOs), or between an Indian tribe and a CBO…or between an institution of higher education and a CBO that is memorialized in writing and is legally binding under applicable law. This formal relationship must include a subaward to a partnering CBO. Therefore, an applying organization that is not itself a community-based nonprofit organization must provide a subaward to one or more community-based nonprofit organization(s) to be eligible to receive a Grantmaker award.

  The statutory partnership agreement must be signed by both parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement. For purposes of this RFA, the direct recipient of the EPA funds must be a CBO, federally recognized tribe, or institution of higher education and the

-24-

CBO partners must receive the funds from the direct recipient as subawards if the CBO will not be the direct recipient of funding from EPA. Thus, a statutory partnership must include a subaward agreement from the direct recipient of EPA funds to the partnering CBO(s). As a policy matter, the statutory partnership agreement must also at a minimum specify the roles and responsibilities of each statutory partner (direct recipient and subrecipient) in the overall project.

The statutory partnership agreement must be documented in the application with a **signed Letter of Commitment** from the community-based nonprofit organization who will receive funding directly from EPA or the subaward. Additionally, signed Letters of Commitment from the partnering CBO(s) must indicate a subaward agreement is planned to establish the statutory partnership. The statutory partnership agreement must also at a minimum specify other roles and responsibilities of each partner, including how the priority environmental and public health issues of the disadvantaged communities being served by the partnership are identified and selected for projects and activities, as well as the role of community leaders in the decision-making processes and implementation of the proposed Grantmaker projects for funding. **NOTE –** Applicants are not required to include the final statutory partnership agreement as a part of their initial application but must include the necessary details as expressed above if a subaward is present. EPA will require that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to award.  Multiple statutory partnerships with CBOs are encouraged.

- **Collaborative Pass-through Relationships**: These relationships are subawards to other nonprofits (non-CBOs), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership (as defined above). The Grantmaker will utilize these collaborative pass-through relationships to assist in the direct development and implementation of the EJ Thriving Communities Subgrants program.  Subawards to local governmental entities and hospitals to assist the Grantmaker in its outreach to local communities is an example of these types of collaborative pass-through relationships. **NOTE-** These collaborative pass-through relationships are not the same as the EJ Thriving Communities Subgrants that each Grantmaker will make directly to Eligible Subrecipients throughout the 3-year project period.  The subgrants are denoted with the term subgrants and are for the explicit purpose of Eligible Subrecipients performing direct work in communities addressing Assessment (Phase I), Planning (Phase II), and/or Project Development (Phase III) needs.

- **Procurement Relationships:** These relationships are for the acquisition of goods and services from for-profit firms and individual consultants.  All procurement relationships must be established in compliance with the competitive requirements in 2 CFR Part 200 and 2 CFR Part 1500 as interpreted in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements.

- **Program Participants**: These are individuals receiving stipends, travel assistance or subsidies/rebates for purchasing services/products for environmental stewardship.

EPA 000025

Workshop participants and focus groups are examples of program participants as are representatives of community-based organizations who participate in the governance process described above.

- **Collaborative In-Kind Relationships**: These relationships are agreements between entities to cooperate to achieve common goals/objectives that do not involve transfers of EPA funds.

For this RFA, the EJ Grants program defines a "community-based nonprofit organization" (CBO) as a *public or private nonprofit organization that supports and/or represents a community and/or certain populations within a community through engagement, education, and other related services provided to individual community residents and community stakeholders. A "community" can be characterized by a particular geographic area and/or by the relationships among members with similar interests and can be characterized as part of a broader national or regional community where organizations can be focused on the needs of urban, rural, and/or tribal areas, farmworkers, displaced workers, children with high levels of lead, people with asthma, subsistence fishers, and other similar groups.*

Consistent with the definition of *Nonprofit organization at* 2 CFR 200.1, the term "nonprofit organization means any corporation, trust, association, cooperative, or other organization that is operated mainly for scientific, educational, service, charitable, or similar purpose in the public interest and is not organized primarily for profit; and uses net proceeds to maintain, improve, or expand the operation of the organization. ***Institutions of Higher Education* as defined in 2 CFR 200.1 may only apply for funding in statutory partnership with one or more community-based nonprofit organizations as required by section 138(b)(3) of the Clean Air Act.** For-profit colleges, universities, trade schools, and hospitals are ineligible. Eligible nonprofit organizations may, but are not required to be, exempt from taxation under section 501 of the Internal Revenue Code. Workforce Investment Boards and organized Labor Unions that meet these criteria may be eligible community-based nonprofit organizations if they qualify based on criteria specified in the Notice of Funding Opportunity.

Nonprofit organizations described in Section 501(c)(4) of the Internal Revenue Code that engage in lobbying activities as defined in Section 3 of the Lobbying Disclosure Act of 1995 are not eligible to apply. For-profit organizations or proprietary trade schools are also not eligible to apply.

The following entities are **INELIGIBLE** to receive an award to be a Grantmaker (i.e., pass-through entity) under this RFA:

- state and local governments and their agencies and instrumentalities;

- US Territories and possessions

- hospitals;

-26-

EPA 000026

- quasi-governmental entities (e.g., water districts, utilities);[5]
- for-profit businesses
- International organizations
- Individuals

## C. Cost Sharing or Matching Funds

No cost-sharing or matching is required as a condition of eligibility under this competition.

## D. Threshold Eligibility Criteria

All applications must meet the eligibility requirements described in Sections III.A., B., C., and D. to be considered eligible for award. Applicants deemed ineligible for funding consideration as a result of the threshold eligibility review will be notified within 15 calendar days of the ineligibility determination.

1. Applications must substantially comply with the application submission instructions and requirements set forth in Section IV of this RFA or else they will be rejected. However, where a page limit is expressed in Section IV with respect to the application or parts thereof, pages in excess of the page limitation will not be reviewed. In addition to any page limitations, applicants are advised that readability is of paramount importance and should take precedence with respect to such things as font type and size.

2. Initial applications must be submitted through Grants.gov as stated in Section IV of this RFA (except in the limited circumstances where another mode of submission is specifically allowed for as explained in Section IV) on or before the application submission deadline published in Section IV of this RFA. Applicants are responsible for following the submission instructions in Section IV of this RFA to ensure that their application is properly and timely submitted. Please note that applicants experiencing technical issues with submitting through Grants.gov should follow the instructions provided in the Section IV.A grants.gov instructions, which includes both the requirement to contact Grants.gov and email a full application to EPA prior to the deadline.

3. Applications submitted outside of Grants.gov will be deemed ineligible without further consideration unless the applicant can clearly demonstrate that it was due to EPA mishandling or technical problems associated with Grants.gov or SAM.gov. An applicant's failure to timely submit their application through Grants.gov because they did not timely or properly register in SAM.gov or Grants.gov will not be considered an acceptable reason to consider a submission

---

[5] Generally, a quasi-governmental entity is one that: (1) has a close association with the government agency, but is not considered a part of the government agency; (2) was created by the government agency, but is exempt from certain legal and administrative requirements imposed on government agencies; or (3) was not created by the government agency but performs a public purpose and is significantly supported financially by the government agency.

EPA 000027

outside of Grants.gov. Applicants should confirm receipt of their application with Jacob Burney, Burney.Jacob@epa.gov as soon as possible after submission —failure to do so may result in your application not being reviewed

**DO NOT WAIT!  Register in SAM.gov and Grants.gov as soon as possible.  Finalizing these registrations could take a month or more. You do <u>not</u> want a late registration to prevent you from being able to properly and timely submit your application through Grants.gov.**

4. Applications must be written in English only. Applications written in languages other than English will be deemed ineligible for funding.

5. **Minimum Percentage of Funds that must pass through to Communities**:  For an application for a Regional Geographic Area to be deemed eligible, it must demonstrate that a minimum of 80% of the total funds proposed to be awarded to the Grantmaker pass through to Eligible Subrecipients. Any Regional Geographic Area application and/or related submitted budget that does not demonstrate this will be deemed ineligible. For example, a $50 million award must have a minimum of $40 million budgeted for Eligible Subrecipients. **Subaward funds must be accounted for in the "Other Costs" budget category.**

**NOTE –** For applications submitted for the National Geographic Area Grantmaker, the 80% minimum percentage of funds passing through to communities is **<u>not</u>** applicable. The National Grantmaker will be responsible for coordination services amongst all regional Grantmakers, as well as providing a number of subgrants to fill gaps.  Therefore, it is in EPA's interest to allow those applying to be National Grantmakers to utilize more flexibility in how they allocate their proposed funding between subawards and coordination services.

5. Ineligible Activities: If an application is submitted that includes any ineligible tasks or activities, including but not limited to those described in Section I.E, that portion of the application will be ineligible for funding and may, depending on the extent to which it affects the application, render the entire application ineligible for funding. Subawards made to 501(c)(4) nonprofit organizations that lobby are not allowed.

6. Each application must be for one of the geographic areas listed in Section I and should include coverage for the **<u>entire</u>** geographic area. Applications that do not address one of the geographic areas or address more than one geographic area will be deemed ineligible.

7. Multiple Applications: Applicants can submit up to two applications under this RFA so long as each application is separately submitted and is for a different geographic area(s) (e.g., an applicant cannot submit two applications for geographic area 1). If an applicant submits more than 2 applications, EPA staff will contact the applicant to identify which 2 applications EPA will consider. Notwithstanding the above, an applicant may be a partner on another application from another eligible organization.

8. Applicants must address all three phases of subgrants in their applications as described in I.B. Applicants who do not intend to make subgrants under all three phases must include an explanation describing the reasoning behind the decision to focus on a subset of phases.

## IV. APPLICATION AND SUBMISSION INFORMATION (back to *Contents by Section*)

**Note: Additional provisions that apply to this section can be found at EPA Announcement Clauses.**

### A. Requirement to Submit through Grants.gov and Limited Exception Procedures

1. Requirement to Submit Through Grants.gov and Limited Exception Procedures
Applicants must apply electronically through Grants.gov under this RFA based on the grants.gov instructions below. If your organization has no access to the internet or access is very limited, you may request an exception from applying through Grants.gov for the remainder of this calendar year by following the procedures outlined here. Please note that your request must be received at least 15 calendar days before the application due date to allow enough time to negotiate alternative submission methods. Issues with submissions with respect to this RFA only are addressed in section 3, *Technical Issues with Submission,* below.

2. Submission Instructions
a. SAM.gov (System for Award Management) Registration Instructions

Organizations applying to this funding opportunity must have an active SAM.gov registration. If you have never done business with the Federal Government, you will need to register your organization in SAM.gov. If you do not have a SAM.gov account, then you will need to create an account using login.gov[6] to complete your SAM.gov registration. SAM.gov registration is FREE. The process for entity registration includes obtaining an Unique Entity ID (UEI), a 12-character alphanumeric ID assigned an entity by SAM.gov, and requires assertions, representations and certifications, and other information about your organization. Please review the Entity Registration Checklist for details on this process.

If you have done business with the Federal Government previously, you can check your entity status using your government issued UEI to determine if your registration is active. SAM.gov requires you renew your registration every 365 days to keep it active.

Please note that SAM.gov registration is different than obtaining a UEI only.  Obtaining an UEI only validates your organization's legal business name and address. Please review the Frequently Asked Question on the difference for additional details.

Organizations should ensure that their SAM.gov registration includes a current e-Business

---

[6] Login.gov a secure sign in service used by the public to sign into Federal Agency systems including SAM.gov and Grants.gov. For help with login.gov accounts you should visit http://login.gov/help.

EPA 000029

(EBiz) point of contact name and email address. The EBiz point of contact is critical for Grants.gov Registration and system functionality.

Contact the Federal Service Desk for help with your SAM.gov account, to resolve technical issues or chat with a help desk agent: (866) 606-8220. The Federal Service desk hours of operation are Monday – Friday 8am – 8pm ET.

b. Grants.gov Registration Instructions
Once your SAM.gov account is active, you must register in Grants.gov. Grants.gov will electronically receive your organization information, such as e-Business (EBiz) point of contact email address and UEI. Organizations applying to this funding opportunity must have an active Grants.gov registration. Grants.gov registration is FREE. If you have never applied for a federal grant before, please review the Grants.gov Applicant Registration instructions. As part of the Grants.gov registration process, the EBiz point of contact is the only person that can affiliate and assign applicant roles to members of an organization.  In addition, at least one person must be assigned as an Authorized Organization Representative (AOR). Only person(s) with the AOR role can submit applications in Grants.gov. Please review the Intro to Grants.gov-Understanding User Roles and Learning Workspace – User Roles and Workspace Actions for details on this important process.

Please note that this process can take a month or more for new registrants. Applicants must ensure that all registration requirements are met in order to apply for this opportunity through Grants.gov and should ensure that all such requirements have been met well in advance of the application submission deadline.

Contact Grants.gov for assistance at 1-800-518-4726 or support@grants.gov to resolve technical issues with Grants.gov. Applicants who are outside the U.S. at the time of submittal and are not able to access the toll-free number may reach a Grants.gov representative by calling 606-545-5035. The Grants.gov Support Center is available 24 hours a day 7 days a week, excluding federal holidays.

c. Application Submission Process
To begin the application process under this RFA, go to Grants.gov and click the red "Apply" button at the top of the view grant opportunity page associated with this opportunity.

The electronic submission of your application to this RFA must be made by an official representative of your organization who is registered with Grants.gov and is authorized to sign applications for Federal financial assistance. If the submit button is grayed out, it may be because you do not have the appropriate role to submit in your organization. Contact your organization's EBiz point of contact or contact Grants.gov for assistance at 1-800-518-4726 or support@grants.gov

Applicants need to ensure that the Authorized Organization Representative (AOR) who submits the application through Grants.gov and whose UEI is listed on the application is an AOR for the applicant listed on the application. Additionally, the UEI listed on the

EPA 000030

application must be registered to the applicant organization's SAM.gov account. If not, the application may be deemed ineligible.

Application Submission Deadline
Your organization's AOR must submit your complete application package electronically to EPA through Grants.gov no later than **May 31, 2023**, at 11:59 PM ET. Please allow for enough time to successfully submit your application and allow for unexpected errors that may require you to resubmit.

Applications submitted through Grants.gov will be time and date stamped electronically. Please note that successful submission of your application through Grants.gov does not necessarily mean your application is eligible for award. Any application submitted after the application deadline time and date deadline will be deemed ineligible and not be considered.

3.Technical Issues with Submission

If applicants experience technical issues during the submission of an application that they are unable to resolve, follow these procedures **before** the application deadline date:

a. Contact the Grants.gov Support Center **before** the application deadline date.

b. Document the Grants.gov ticket/case number.

c. Send an email with **EPA-OEJECR-OCS-23-03** in the subject line to burney.jacob@epa.gov **before** the application deadline time and include the following information:
1. Grants.gov ticket/case number(s)
2. Description of the issue
3. The entire application package in PDF format

Without this information, EPA may not be able to consider applications submitted outside of Grants.gov. Any application submitted after the application deadline will be deemed ineligible and **not** be considered.

Please note that successful submission through Grants.gov or email does not necessarily mean your application is eligible for award.

EPA will make decisions concerning acceptance of each application submitted outside of Grants.gov on a case-by-case basis. EPA will only consider accepting applications that were unable to submit through Grants.gov due to Grants.gov or relevant SAM.gov system issues or for unforeseen exigent circumstances, such as extreme weather interfering with internet access. Failure of an applicant to submit the application prior to the application submission deadline time and date because they did not properly or timely register in SAM.gov or Grants.gov is not an acceptable reason to justify acceptance of an application outside of Grants.gov.

4. Application Materials

-31-

**The following forms and documents are required under this RFA:**

**Mandatory Documents:**

1. Application for Federal Assistance (SF-424)
2. Budget Information for Non-Construction Programs (SF-424A)
3. EPA Key Contacts Form 5700-54
4. EPA Form 4700-4 Preaward Compliance Review Report (Please see these Useful Tips for completing this form)
5. Project Narrative Attachment Form: Use this to submit your Workplan, prepared as described in Section IV.B below. Please note the page limit that applies to the Workplan identified below.
6. Use the Other Attachments Form for the following additional mandatory documents:

- Itemized Budget Sheet (See below in Section IV.B.2 and optional template in Appendix A)
- Partnership Letters of Commitment (unless you are proposing a project with no partners) (See Section IV.B.1 below)
- Resumes of the Project Manager (PM) and other key personnel (See Section IV.B.3 below)
- Sample Draft EJ Thriving Communities Subgrant Project Proposal Guidance Sheet

Note: The "Other Attachments Form" is listed under the mandatory documents but should be used to attach both the mandatory documents listed above in 6 as well as any optional documents under 6.

**B. <u>Content and Form of Application Submission</u>**

The forms and documents required as part of the application submission are described in Section IV.A above.  Below are the instructions for the Workplan and several other application documents.

**1. Workplan:** The Workplan is one of the most important parts of the application package and describes the work to be performed during the performance period. Under this RFA, applicants must submit a Workplan for a federal award that addresses how the applicant's Grantmaker will meet the objectives of this RFA, perform the activities and provide the services described in Section I of the RFA (the Eligible Services), and ensure that it addresses the evaluation criteria in Section V.A and any applicable threshold eligibility criteria in Section III.  The Workplan must not exceed (25) single-spaced typewritten pages and be on letter size pages (8 1/2 X 11 inches). Any pages beyond twenty-five (25) pages will not be read by the review panel. It is recommended that applicants use a standard font (e.g., Times New Roman, Calibri, and Arial) and a 12-point font size. While these guidelines establish the acceptable type size requirements, applicants are advised that readability is of paramount importance and should take precedence in selection of an appropriate font for use in the application. Other attachments such as resumes, partnership letters, itemized budget template, sample draft subaward recipient proposal templates, and information on endowment size and/or yearly

EPA 000032

organizational budget can be submitted as attachments and are not included in the 25-page Workplan limit.

Workplans must address the information described above.  Make sure they also include the following information which is part of the 25-page Workplan page limit:

**a. Project Summary Page –** Recommended not to exceed one page and include:
- Project Title
- Project Geographic Area-See Section I.D.4
- Applicant Information (name, address, main contact information)
- Brief Description of Applicant Organization -- Provide a brief description of the applicant's organization, including its mission and key ongoing projects/activities in which it is involved.
- Is your organization a qualifying Minority Serving Institution? (Yes/No) See Section III.A.
- List of Community-based Nonprofit Partners (if applicable)
- Project Abstract -- Brief description of the main objective, activities, and outputs/outcomes of the project, including the specific geographic areas of focus.

**b. Partnerships, Collaborations, Participatory Governance, and Letters of Commitment (See evaluation factor V.A.1.c)**

Given the nature of this program and the requirements under CAA 138, partnerships and collaborations with other interested stakeholders in performance of the project will likely be necessary and, for certain entities, required to carry out the role of an Grantmaker.  If an applicant is eligible without partners and believes they can effectively serve in the role of a Grantmaker without partners, then they must be able to convincingly demonstrate in their application how they can effectively perform the role of a Grantmaker without any partners or collaboration.

All letters of commitment for partnerships and collaborations must be submitted by the applicant with its application package by the submission deadline.  The letters of commitment must be included as other attachments in the grants.gov application package (Section IV.A) and are not subject to the 25-page workplan limit. The letters of commitment should include information about the role and activities each partner will play in establishment and operation of the Grantmaker as well as any resources the partner will provide. The letters of commitment must be signed by the partnering organizations. Do not include generic letters of support or recommendation. Regardless of the source, generic letters of support will not be considered in evaluating applications. If no letters of commitment are included, then it will be assumed the applicant has no partners and they must demonstrate how they can effectively perform the project and operate as an Grantmaker without partners or collaboration.

For-profit organizations are not eligible for subawards under this grant program but may receive procurement contracts. Any contracts for services or products funded with EPA financial

EPA 000033

assistance must be awarded under the competitive procurement procedures of 2 CFR Part 200 and/or 2 CFR Part 1500, as applicable. The regulations at 2 CFR 1500.10 contain limitations on the extent to which EPA funds may be used to compensate individual consultants. Refer to the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements for guidance on competitive procurement requirements and consultant compensation. **Do not name a procurement contractor (including a consultant) as a "partner" or otherwise in your application unless the contractor has been selected in compliance with competitive procurement requirements.**

Note: If you intend to fund a named or unnamed partner's participation in the project your application must describe how the proposed financial transaction complies with applicable requirements in 2 CFR Part 200, EPA's Subaward Policy, the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements or EPA Guidance on Participant Support Costs.  Note that naming a contractor (including a consultant) as a "partner" does not relieve the applicant from complying with competitive procurement requirements.  EPA does not accept sole source contract justifications for professional services (including environmental consulting services and consulting services on preparing grant applications) that are available in the commercial marketplace.

### c. Schedule of Activities

Applicants are strongly encouraged to include a table in the application to represent the timeframes for the initiation and completion of project activities. See Criteria 2.a. in Section V.

### d. Past Performance

Submit a list of federally and/or non-federally funded assistance agreements that your organization performed within the last three years. Assistance agreements include grants and cooperative agreements, but not contracts. **NOTE –** The funding amount of each assistance agreement, as well as the purpose of each assistance agreement should be included. **Applicants are encouraged to list agreements similar in size, scope, and/or purpose to the Grantmaker awards**. List no more than 5 agreements. For the agreements you list, describe:

 i. Whether, and how, you were able to successfully complete and manage those agreements and

 ii. Your history of meeting the reporting requirements under those agreements including whether you adequately and timely reported on your progress towards achieving the expected outputs and outcomes of those agreements (and if not, explain why not) and whether you submitted acceptable final technical reports under the agreements.

In evaluating applicants under these factors in Section V.A, EPA will consider the information provided by the applicant and may also consider relevant information from other sources, including information from EPA files and from current/prior grantors (e.g., to verify and/or supplement the information provided by the applicant). If your organization does not have any available past performance experience related to federal and/or non-federal assistance agreements, you should state this explicitly in your application (e.g., *Our organization has no*

EPA 000034

*past grants experience*.) Including this statement will ensure you receive a neutral score for these factors (a neutral score is half of the total points available in a subset of possible points). However, if you do not provide any response for these items, you may receive a score of 0 for these factors.

**2. Itemized Budget Template (Optional template available in Appendix A):**  Provide a detailed budget and estimated funding amount for each project component/activity.  Identify the requested federal dollars. Applicants should budget for up to $50 million total with approximately $16.5 million per year over 3 years. Keep in mind that EPA reserves the right to partially fund applications by funding discrete portions of the proposed projects. Clearly explain how the funds will be used. Applicants must itemize costs related to personnel, fringe benefits, contractual costs, travel, equipment, supplies, other direct costs, indirect costs, and total costs. All subaward funding, including a minimum of 80% of total funding allocated for Eligible Subrecipients, should be located under the "other" category (this requirement is not applicable for those applying to be National Grantmakers). This section provides an opportunity for narrative description of the budget or aspects of the budget such as other costs and contractual costs. Provide itemized costs with sufficient detail for EPA to determine the reasonableness and allowability of costs for each workplan component/activity. Where necessary, your itemized budget sheet should include a budget narrative to make it clear how you determined/calculated the costs for each budget category.

In accordance with 2 CFR 200.414(f), recipients that do not have a current negotiated indirect cost rate under 10% are eligible for a de minimis rate of 10% of modified total direct costs for all Federal awards. Please see EPA's IDC Policy: https://www.epa.gov/sites/default/files/2021-04/documents/indirect-cost-policy-for-recipients-of-epa-assistance-agreements.pdf for full details.  Note that as provided in 2 CFR 200.332 subrecipients who do not have current negotiated indirect cost rates may also use the 10% rate but that pass-through entities may not force subrecipients to use the 10% rate rather than their negotiated rate.

Total estimated costs in the itemized budget template should reflect <u>federal funding only</u>. Applicants are permitted to attach the itemized budget template as an "Other Attachment" to their application and it will not count against the 25-page workplan limit.  Applicants will not be penalized if they choose not to use the budget template.

**3. Resumes of the Project Manager (PM) and Other Key Personnel:** Applicants should attach a resume or curricula vitae (CV) for the PM and other key personnel named on the Key Contacts List. These are not subject to the Workplan page limit although individual resumes should <u>not</u> exceed 2 pages in length.

**4. Sample Draft EJ Thriving Communities Subgrant Project Proposal Guidance Sheet**: Applicants should attach a sample draft project proposal guidance sheet to illustrate what information may be requested from potential subrecipient applicants for projects. These are not subject to the Workplan page limit and total guidance sheet should <u>not</u> exceed 10 pages in length. **NOTE** - Page length of subrecipient proposals will likely depend on which phase of

subgrants the Eligible Subrecipient is applying for. For example, Eligible Subrecipients applying for Phase I (Assessment - 150,000) subgrants will likely have shorter proposals than those applying for the Phase III (Project Development - $350,000) subgrants.

### C.  Pre-Application Webinars and Frequently Asked Questions

Applicants are invited to participate in webinars with EPA to address questions about the Grantmaker Program and this RFA. Interested persons may access the webinars listed in the table below. Additional information including a Frequently Asked Questions (FAQs) document, webinar links, and webinar recordings can be found at the following website: https://www.epa.gov/environmentaljustice/environmental-justice-communities-pass-through-funder-program

Currently, as shown in the table below, there will be two webinars in November 2022.  Webinar dates and times may be subject to change, so please refer to the web links in this section to have the most up-to-date information:

| Date | Time (Eastern Time) | Zoom Webinar Information |
|---|---|---|
| March 16, 2023 (EJ TCGM Live Webinar) | 2:00pm - 4:00pm ET | **Zoom Webinar Format** - Applicants may ask general questions about this RFA. Additional information about the structure of this webinar and log-in information can be found at the link below: https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-grantmaking-program |

A recording of the webinar will be posted at the link above along with presented materials. If necessary, EPA may schedule additional webinars. In accordance with EPA's Assistance Agreement Competition Policy (EPA Order 5700.5A1), EPA staff will not meet with individual applicants to discuss draft applications, provide informal comments on draft applications, or provide advice to applicants on how to respond to ranking criteria.

Applicants are responsible for the contents of their applications. However, consistent with the provisions in the announcement, EPA will respond to questions from individual applicants regarding threshold eligibility criteria, administrative issues related to the submission of the application, and requests for clarification about the announcement. In addition, EPA will respond to questions about whether a proposed project appears to meet the criteria for eligibility for consideration for these awards.

## V.  APPLICATION REVIEW INFORMATION (back to *Contents by Section*)

EPA 000036

**Note: Additional provisions that apply to this section can be found at EPA Announcement Clauses.**

### A. Merit Evaluation Criteria

Eligible applications that pass the threshold eligibility review described in Section III.C will be reviewed and scored by a review panel(s) comprised of EPA staff and subject matter experts using the criterion below. The maximum total number of points is 100. Please note that certain sections are worth more points than others.

Applicants must ensure that their Workplan and application materials address the evaluation criteria below. Applications will be scored based on how well they address the following ranking criteria:

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| 1.0 | **Program Objectives** Under this criterion, applications will be evaluated based on the extent and quality to which they address program objectives (Section I of the RFA) by demonstrating: | | **44** |
| | | | |

EPA 000037

| a. | **Program Design: Community Application In-take and Evaluation Processes** | How well the applicant designs the processes described in Section I of the RFA to operate as a Grantmaker. This includes evaluating:<br><br>• The applicant's plan and approach for designing competitive community application in-take and evaluation processes and ensuring those processes include submission options accessible to all Eligible Subrecipients throughout the entire geographic area covered.  Applicants should describe how they plan to compete and evaluate applications received for both the Phase I (Assessment), Phase II (Planning), and Phase III (Project Development) subgrants.  Applicants should also describe how they will make clear the three different phases of subgrants available to Eligible Subrecipients. Applicants should describe their plan to provide an open call for applications where Eligible Subrecipients can submit applications to the pass-through entity when they are ready.  **(8 points)**<br><br>• The applicant's plan and approach to develop a timely and efficient subaward process where all EJ Thriving Communities Subgrants can be awarded to selected subrecipients efficiently and effectively. **(4 points)**<br><br>• The applicant's approach to managing awarded subawards including developing a Project Management Tracking and Reporting System for all subrecipient funding and projects and ensuring that subawards are managed in compliance with 2 CFR 200.332 and EPA's Establishing and Managing Subawards General Term and Condition. **(4 points)**<br><br>• How the applicant will obtain, and incorporate as appropriate, feedback from Eligible Subrecipients and prospective subrecipients including those from underserved communities, including urban, rural and remote communities on the effectiveness of the pass-through entity and ways to improve the subaward program **(2 points)**<br><br>• How the applicant will make the subaward process described in Section I accessible to those not fluent in English **(2 points)** | 20 |

EPA 000038

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| b. | **Outreach to Underserved, Urban, Rural, Remote, Tribal and Capacity Constrained Communities throughout the Geographic Area** | The applicant's approach for ensuring that the subaward process described in Section I is accessible to underserved communities, communities in urban, remote and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area (see Section I.4.D) the applicant is applying to cover. This includes evaluating the quality and extent of the applicant's plan and approach for making these communities and community stakeholders aware of the existence of the Grantmaker and the subgrants program, how to access them, and how the program can be used to address local environmental and public health issues impacting underserved communities and marginalized populations throughout the Geographic Area. Applicants will also be evaluated on their plan to ensure that subgrants are equitably distributed and on their plan for ensuring that diversity, equity, inclusion, and accessibility (DEIA) are highly prioritized elements in their outreach plans. **(6 points)**<br><br>**NOTE:** Under this criterion an applicant will only score well if they demonstrate how all the entities described above, including communities in urban, rural and remote areas, will be made aware of the Grantmaker and the subgrants program and how to access them. Applications that focus on outreach and accessibility solely to, for example, underserved communities in metropolitan areas, will not score as well as applications that address all the communities and community stakeholders identified above. | 6 |

EPA 000039

| c. | **Partnerships / Collaboration / Participatory Governance / Letters of Commitment** | How the proposed project for the Grantmaker includes collaboration with one or more community-based nonprofit organization partners (where required by the IRA statute) and other partners to operate an efficient and effective subgrants program to meet the objectives of this RFA and address environmental justice challenges facing Eligible Subrecipients and specifically underserved communities and communities in urban, rural, and remote areas throughout the Geographic Area. Applicants will be evaluated on the degree to which their proposed Grantmaker application demonstrates <u>participatory governance</u> where one or more community-based nonprofit organizations is involved in the design and decision-making of the subgrants program. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subgrants process subject to policies that prevent actual or apparent conflicts of interest in the selection of subrecipients. This criteria will evaluate the planned roles of each partner listed in the application, how each partner will contribute to the effectiveness of the project**,** what resources and/or expertise each partner brings to the project**,** how the partner has a vested interest in working with this partnership (other than just getting income from a sub-award or contract), and the strength of the overall participatory governance approach. **(6 points)**<br><br>Eligible Applicants who do not propose partnerships or collaborations with others will be evaluated based on how well they demonstrate that they can effectively and efficiently perform the project and operate a pass-through subaward program on their own without any collaborating partners.<br><br>The quality of the letters of commitment submitted with the application. The letters will be evaluated with respect to whether they explain the partners' role with the Grantmaker and how it contributes towards the effectiveness of the pass-through subgrants program, what resources (funding, in-kind, technical assistance, support, expertise, etc.) the partners are bringing to the effort, how their participation will be financed, their interest in the pass-through subgrants program, and their expertise/experience in helping underserved communities and communities in urban, rural and remote areas.  Generic letters of support that do not commit an organization or individual to specific activities will not be evaluated. **(2 points)** | 8 |

EPA 000040

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| | | **NOTE** - If no letters are submitted and the applicant proposes to perform the activities of the Grantmaker without any partners, they will be evaluated based on how well they demonstrate that they can effectively and efficiently perform the project and operate a pass-through subgrants program on their own without partners. | |
| d. | **Applicant's Historical Connection to Underserved Communities throughout the Geographic Area** | The applicant will be evaluated on:<br><br>• Their past and current work, collaborations, and relationships with underserved communities and communities in urban, rural and remote areas throughout the Geographic Area to address community challenges. The description should include some of the results of those efforts, and any current programs and initiatives the applicant is currently involved with to address the concerns of underserved communities and populations. **(4 points)** | 4 |
| e. | **Noncompetitive Fixed Amount Subawards and Limiting number of subawards to a single entity** | The applicant will be evaluated on:<br><br>• Their plan to reserve a limited number of fixed amount subawards for severely capacity constrained Eligible Subrecipients who may not be able to submit competitive grant applications. Applicants should describe the scope of these projects and the types of activities that these subawards will fund **(2 points)**<br><br>• Policies and procedures they plan to develop that will limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a certain time period with the goal being to achieve the highest diversity and number of different subrecipients possible **(2 points)** | 4 |

EPA 000041

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| f. | **Project Linkages** | The extent and quality to which the proposed project activities support and advance EPA Strategic Plan Goal 2 (Take Decisive Action to Advance Environmental Justice and Civil Rights), Objective 2.1, (Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels) **(2 points)**<br><br>Refer to link Below:<br>https://www.epa.gov/planandbudget/strategicplan | 2 |

EPA 000042

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| 2. | **Project Activities / Milestone Schedule / Detailed Itemized Budget Sheet and Budget Narrative** Under this criterion, applications will be evaluated based on the extent and quality to which they: | | **14** |
| a. | Schedule of Activities | Provide a clearly articulated and realistic schedule, including timeframes to initiate and perform project activities, and describe the plan and approach for establishing the subaward program to ensure that the Eligible Subrecipients, especially underserved communities and communities in rural and remote areas, will be able to start applying for EJ Thriving Communities Subgrants and receiving funds as expeditiously as possible following award of the pass-through entity's cooperative agreement. **(4 points)** Including a table in the application to represent the timeframes for the initiation and completion of project activities is strongly recommended. | 4 |

EPA 000043

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| b. | Detailed Itemized Budget Sheet, Budget Narrative, and Cost Effectiveness of Budget/Project | Demonstrate the reasonableness of the budget and allowability of the costs for each component/activity of the project. In addition, EPA will evaluate the cost effectiveness of the budget/project in terms of maximizing to the greatest extent practicable the delivery of funding and assistance to Eligible Subrecipients and prospective subrecipients, and specifically to underserved communities and communities in urban, rural and remote areas. **(10 points)**<br><br>**NOTE –** A minimum of 80% of total EPA funding for Regional Grantmaker applications must be subawarded to Eligible Subrecipients. If an applicant does not meet this threshold, then the application will be deemed ineligible. This percentage requirement does **not** apply to those applicants applying to be a National Grantmaker.<br><br>*Applicants are permitted to attach the itemized budget sheet as an "Other Attachment" to their application so it will not count against the 25-page workplan limit. However, the budget narrative should be included in the body of the 25-page workplan and provide clear, explanatory detail about the itemized costs in the attached budget sheet. Both the itemized budget sheet and budget narrative should be specific and clear.* | 10 |
| 3. | **Environmental Justice Results— Outputs, Outcomes, and Performance Measurement Plan.** Under this criterion, applications will be evaluated based on the extent and quality to which: | | **6** |
| a. | Environmental Justice Results- Outputs/ Outcomes | The applicant describes an effective plan for tracking and measuring their progress in achieving the expected project outcomes and outputs including those identified in Section I, and the expected project outputs and outcomes identified in the application are effective in achieving the program objectives listed in Section I of the RFA. **(6 points)** | 6 |
| 4. | **Programmatic Capability** Under this criterion, applications will be evaluated based on the applicant's ability to successfully complete and manage the proposed project considering: | | **24** |

EPA 000044

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| a. | Organizational experience (of the applying organization) | Their organizational experience related to performing the activities described in Section I, or similar activities. The description should include any past instances where the applying organization stood up and/or managed their own Federal, State, or Tribal subaward program or similar programs funded privately. The description should include how long those programs lasted, as well as the results and effectiveness of those programs. | 12 |
| b. | Staff Experience / Qualifications | Whether they demonstrate they have the resources and staff (e.g., project manager and other key personnel) with the knowledge, expertise, and skills to efficiently and effectively establish and operate the pass-through subaward program | 6 |
| c. | Expenditure of Awarded Grant Funds | Their approach, procedures, and controls for ensuring that subgrants will be awarded to subrecipients in a timely and efficient manner <u>and</u> that all grant funds awarded to the Grantmaker will also be expended in a timely and efficient manner while ensuring all costs are eligible and allowable. All funds must be expended within the statutorily mandated 3-year performance period. The applicant should provide a comprehensive description of what systems they currently have and/or will develop to move funding through their accounting systems and to Eligible Subrecipients quickly and in compliance with EPA's <u>Subaward Policy and the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down General Term and Condition of EPA Financial Assistance Agreements</u>. | 6 |
| **5.** | **Past Performance**<br>Under this criterion, applicants will be evaluated based on their ability to successfully complete and manage the proposed project based on their past performance with respect to the agreements listed by the applicant in the Workplan as required under Section IV.B. | | **12** |

EPA 000045

| Criteria | Category | Evaluation Criteria | Total Points 100 |
|---|---|---|---|
| a. | List of Federally funded and/or Non-federally funded Assistance Agreements and Reporting History | Applicants will be evaluated based on their ability to successfully complete and manage the proposed project taking into account their:<br><br>• Past performance in successfully completing and managing the assistance agreements identified in response to Section IV.B. **(6 points)**<br><br>• History of meeting the reporting requirements under the assistance agreements identified in response to Section IV.B including whether the applicant submitted acceptable final technical reports under those agreements and the extent to which the applicant adequately and timely reported on their progress towards achieving the expected outputs and outcomes under those agreements and if such progress was not being made whether the applicant adequately reported why not. **(6 points)**<br><br>NOTE - The focus of this criterion is on the applicant's past performance, not that of any partners, subrecipients, contractors, etc. who may be assisting the applicant with performance of the project as a Grantmaker. In evaluating applicants under these factors, EPA will consider the information provided by the applicant and may also consider relevant information from other sources, including information from EPA files and from current/prior grantors. **If you do not have any relevant or available past performance related to federal or non-federal grants, you should state this explicitly in your application (e.g., our organization has no relevant past grants experience.)** Including this statement will ensure you receive a neutral score for these factors (a neutral score is half of the total points available in a subset of possible points). Failure to include this statement may result in your receiving a score of receive a score of 0 for these factors. | 12 |

## B. Review and Selection Process

Applications will be reviewed and scored under the following process:

EPA 000046

**1. Threshold Eligibility Review Process** – All applications will be evaluated for eligibility using the threshold eligibility criteria described in Section III.C by EPA Office of Environmental Justice and External Civil Rights (OEJECR) staff.

**2. Review Panel and Evaluation Process** –Review panel(s) will review, score, and rank all eligible applications that pass the threshold eligibility review based on the merit evaluation criteria listed above. The review panel(s) will include EPA staff and may include external subject matter experts. After the evaluation process, the review panel(s) may participate in a conference call with subject matter experts before final selection recommendations, rankings, and evaluation results are presented to the Selection Official from OEJECR. The purpose of this call is to provide an opportunity for the review panel(s) to incorporate expertise outside of the reviewer panel. Any changes to the evaluations or scoring as a result of the call will be documented and will only be based on the evaluation criteria above.

**3. Final Selection Process and Other Factors** – The review panel will present final rankings and selection recommendations to the Selection Official, who will then make the final selections for award. In addition to this information, the Selection Official may also consider any of the following "other factors" in making final selection decisions from among the high-ranking applications:

- Priority for applications from Minority Serving Institutions (MSIs)
- EPA and OEJECR Programmatic Priorities.
- Availability of funds.

Accordingly, in making the final funding decisions, the Selection Official will consider the review panel rankings and recommendations, subject matter experts' input based on their call with the review panel(s) and may also consider the other factors identified above including input from other government agencies and departments as described above. The "other factors" may only be considered by the Selection Official when determining final selections after the scoring and ranking process is complete.

### C.  Anticipated Announcements and Award Dates

Below is a tentative schedule of important dates for the EJ TCGM program and this RFA. Please note that the dates are tentative and subject to change.

| Date | Activity |
|---|---|
| February 23, 2023 | RFA issued and open competition period begins. |
| March 16, 2023 | Pre-application Assistance Webinar |
| May 31, 2023 | Open competition closes. Applications must be submitted through Grants.gov on or before 11:59 p.m. (ET) on May 31, 2023. Applications received after this date will not be reviewed. |
| June 2023 | EPA will review applications for threshold eligibility purposes (Section III). Ineligible applicants will be notified via email with details regarding ineligibility. Notification to ineligible applicants will be sent via email to the |

EPA 000047

| | contact identified on the submitted SF424 providing brief explanations on the reason(s) for ineligibility. Ineligible applicants may request a debriefing within 15 days of receipt of the correspondence (See debriefing and disputes clause in Section VI.l and m of the EPA Announcement Clauses referenced in Section I.G.) |
|---|---|
| July '23 – Sep. '23 | EPA review panel(s) review, score, and rank eligible applications. EPA will make the final selections for awards. All applicants will be notified of the selection results by mail and/or email. |
| October 2023 | OEJECR will release a national announcement for selections. |
| Oct. '23 – Nov. '23 | Headquarters/Regional offices will request any additional application documentation from selected applicants. Awards will be made by headquarters and/or regional grant offices as determined to be appropriate. |
| Nov. '23 – Dec. '23 | Post-award coordination calls with awardees/selectees to coordinate Grantmaker coverage |

# VI.  AWARD ADMINISTRATION INFORMATION (back to *Contents by Section*)

**Note: Additional provisions that apply to this section can be found at EPA Announcement Clauses.**

## A.  Award Notices

EPA anticipates notification of selected applicants will be made via telephone or electronic or postal mail by the end of September 2023. The notification will be sent to the original signer of the application or the project contact listed in the application. This notification, which informs the applicant that its application has been selected and is being recommended for award, is not an authorization to begin work. The official notification of an award will be made by the appropriate EPA Award Official. Applicants are cautioned that only a grants officer is authorized to bind the Government to the expenditure of funds; selection does not guarantee an award will be made. For example, statutory authorization, funding or other issues discovered during the award process may affect the ability of EPA to make an award to an applicant. The award notice, signed by an EPA grants officer, is the authorizing document and will be provided through electronic or postal mail.

The successful applicant may be requested to prepare and submit additional documents and forms which must be approved by EPA before the grant can officially be awarded. The time between notification of selection and award of a grant can take up to 90 days or longer.

## B.  Administrative and National Policy Requirements

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR, Parts 200 and 1500. EPA also has programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

EPA 000048

A listing and description of general EPA regulations applicable to the award of assistance agreements may be viewed at: https://www.epa.gov/grants/epa-policies-and-guidance-grants.

## C.  Reporting and Plans

### 1.  Progress Report/Final Report Requirement.

The applicant's project manager will be required to submit quarterly progress reports for each 12-month reporting period throughout the duration of the agreement to update the EPA Project Officer on project progress. The project manager will also be required to have, at a minimum, quarterly calls/meetings with the EPA Project Officer to discuss progress. Precise terms and conditions, including frequency of calls/meetings, will be negotiated by EPA staff as part of the award process. The project manager will also be required to submit a Final Technical Report for EPA approval within 120 days after the end of the 12-month project period. A Financial Status Report is also required and will be described in the award agreement. The EPA may collect, review, and disseminate those final reports that can serve as models for future projects. Many applicants may find it useful to document their progress using various media. This may include, but is not limited to the use of videos, blogs and other forms of social media.

### 2.  Justice40 Reporting

The activities to be performed under the awards are expected to contribute to the President's goal that 40% of the overall project benefits flow to disadvantaged communities (the Justice40 Initiative - See Section I.A). Recipients, therefore, will be expected to report on certain metrics to demonstrate to what extent the activities contribute to the 40% goal. The award will include appropriate terms and conditions to this effect.

### 3.  Quality Assurance – Management Plans (QMP) and Project Plans (QAPP)

**Quality Management Plan** (QMP): To ensure that environmental information and data is collected within EPA guidelines, the recipient may need to complete a Quality Management Plan. The applying organization would need to provide training and oversight of quality assurance. This may include writing quality assurance project plans for subawardees or ensuring that subawardees are trained and can effectively manage environmental data collection within EPA guidelines. The QMP requires that the recipient (i.e., the Grantmaker), provide technical assistance, training, and oversight for quality assurance.
**Quality Assurance Project Plans** (QAPP): Quality assurance is sometimes applicable to assistance projects (see 2 CFR 1500.12). Quality assurance requirements apply to the collection of environmental data. Environmental data are any measurements or information that describe environmental processes, location, or conditions; ecological or health effects and consequences; or the performance of environmental technology. Environmental data include information collected directly from measurements, produced from models, and compiled from other sources, such as databases or literature. Once the award is made, if a Quality

EPA 000049

Assurance Project Plan is required for the project, the applicant will have to draft a QAPP prior to beginning work on the project. You must reserve time and financial resources in the beginning of your project in order to prepare your QAPP and include the cost for developing your QAPP in your Detailed Budget. Selected applicants cannot begin data collection until EPA approves the QAPP. **NOTE** - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements.

**D**. **Combining Applications Into One Award**

If an applicant submits multiple applications under this competition, and is selected for multiple awards, EPA may award a single assistance agreement that combines the separate applications.

## VII.  AGENCY CONTACTS   (back to *Contents by Section*)

| Main Contacts | Email | Phone |
|---|---|---|
| *Office of Environmental Justice and External Civil Rights* | | |
| Jacob Burney, OEJECR, EJ Grants Division Director | Burney.Jacob@epa.gov | 202-564-2907 |

## VIII.  OTHER INFORMATION AND APPENDICES (back to *Contents by Section*)

A – Optional Grantmaker Detailed Itemized Budget Sheet Template

EPA 000050

**APPENDIX A**

# Optional Grantmaker Detailed Itemized Budget Sheet Template

*Note—EPA provides detailed guidance on how to characterize costs for budgeting purposes as well as a budget detail example in the agency's Interim General Budget Development Guidance for Applicants and Recipients of EPA Financial Assistance. For a sample Itemized Budget Sheet refer to: https://www.epa.gov/grants/rain-2019-g02*

| Year 1 of 3 | Description | Total |
|---|---|---|
| Personnel | | |
| Fringe Benefits | | |
| Travel | | |
| Equipment | | |
| Supplies | | |
| Contractual | | |
| Other (including subawards) | | |
| Indirect Charges<br><br>(Note that as provided in the definition of *Modified total direct costs* in 2 CFR 200.1 indirect cost rates | | |

EPA 000051

| may only be applied to the first $25,000 of subawards.) | | |
|---|---|---|
| | | Total Year 1 Budgeted Costs = $16,500,000 |

| Year 2 of 3 | Description | Total |
|---|---|---|
| Personnel | | |
| Fringe Benefits | | |
| Travel | | |
| Equipment | | |
| Supplies | | |
| Contractual | | |
| Other (including subawards) | | |

EPA 000052

| Indirect Charges (Note that as provided in the definition of *Modified total direct costs* in 2 CFR 200.1 indirect cost rates may only be applied to the first $25,000 of subawards.) | | |
| --- | --- | --- |
| | | Total Year 2 Budgeted Costs = $16,500,000 |

| Year 3 of 3 | Description | Total |
| --- | --- | --- |
| Personnel | | |
| Fringe Benefits | | |
| Travel | | |
| Equipment | | |
| Supplies | | |
| Contractual | | |
| Other (including subawards) | | |

EPA 000053

| | | |
|---|---|---|
| Indirect Charges<br><br>(Note that as provided in the definition of *Modified total direct costs* in 2 CFR 200.1 indirect cost rates may only be applied to the first $25,000 of subawards.) | | |
| | | Total Year 3 Budgeted Costs = $17,000,000 |

| Overall Combined Budget (All Years) | Description | Total |
|---|---|---|
| Personnel | | |
| Fringe Benefits | | |
| Travel | | |
| Equipment | | |
| Supplies | | |
| Contractual | | |

EPA 000054

|  |  |  |
|---|---|---|
| Other (including subawards) |  |  |
| Indirect Charges<br><br>(Note that as provided in the definition of *Modified total direct costs* in 2 CFR 200.1 indirect cost rates may only be applied to the first $25,000 of subawards.) |  |  |
|  |  | Total Budgeted Costs (All Years) = $50,000,000 |

EPA 000055

## Environmental Protection Agency
# General Terms and Conditions
*Effective October 1, 2023*

**Revision History:**

The Environmental Protection Agency's General Terms and Conditions ***are published and become effective October 1st at the start of the federal fiscal year.*** Any additions, revisions, or changes to the terms and conditions after October 1 will be summarized below.

| T&C Number | Effective Date | Description of Changes |
|---|---|---|
| #48 | October 23, 2023 | Implements new Office of Management and Budget (OMB) guidance on the Buy America preference for infrastructure projects. |
| #5 | January 12, 2024 | Removed the customer service line for Research Triangle Park Finance Center (RTPFC). |
| #8 | May 21, 2024 | Added clarifying guidance on Subawards to Federal Agencies. |
| #33 | May 21, 2024 | Updated in accordance with 40 CFR 26 and EPA Order 1000.17A for human subjects research. |

**Table of Contents**

Preface ........................................................................................................................ 2

Financial Information .................................................................................................. 3

Selected Items of Cost ................................................................................................ 5

Reporting and Additional Post-Award Requirements ............................................... 10

Programmatic General Terms and Conditions ........................................................... 25

Public Policy Requirements ....................................................................................... 33

**Preface**

1. **Introduction**
   (a) The recipient and any sub-recipient must comply with the applicable EPA general terms and conditions outlined below. These terms and conditions are in addition to the assurances and certifications made as part of the award and terms, conditions, and restrictions reflected on the official assistance award document. Recipients **must** review their official award document for additional administrative and programmatic requirements. Failure to comply with the general terms and conditions outlined below and those directly reflected on the official assistance award document may result in enforcement actions as outlined in 2 CFR 200.339 and 2 CFR 200.340.
   (b) If the EPA General Terms and Conditions have been revised, EPA will update the terms and conditions when it provides additional funding (incremental or supplemental) prior to the end of the period of performance of this agreement. The recipient must comply with the revised terms and conditions after the effective date of the EPA action that leads to the revision. Revised terms and conditions do not apply to the recipient's expenditures of EPA funds or activities the recipient carries out prior to the effective date of the EPA action. EPA will inform the recipient of revised terms and conditions in the action adding additional funds.

2. **Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards**
   This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 and 2 CFR Part 1500. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the Environmental Protection Agency adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the Environmental Protection Agency (EPA) policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of 2 CFR 200.110(a) and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

   **2.1 Effective Date and Incremental or Supplemental Funding.** Consistent with the OMB Frequently Asked Questions at https://cfo.gov/cofar on Effective Date and Incremental Funding, any new funding through an amendment (supplemental or incremental) on or after December 26, 2014, and any unobligated balances (defined at 2 CFR 200.1) remaining on the award at the time of the amendment, will be subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements (2 CFR Parts 200 and 1500).

3. **Termination**
   Consistent with 2 CFR 200.340, EPA may unilaterally terminate this award in whole or in part:
   (a) If a recipient fails to comply with the terms and conditions of the award including statutory or regulatory requirements; or

**(b)** If the award no longer effectuates the program goals or agency priorities. Situations in which EPA may terminate an award under this provision include when:

    **i.**  EPA obtains evidence that was not considered in making the award that reveals that specific award objective(s) are ineffective at achieving program goals and EPA determines that it is in the government's interest to terminate the award;

    **ii.**  EPA obtains evidence that was not considered in making the award that causes EPA to significantly question the feasibility of the intended objective(s) of the award and EPA determines that it is in the government's interest to terminate the award;

    **iii.**  EPA determines that the objectives of the award are no longer consistent with funding priorities for achieving program goals.

**Financial Information**

**4. Reimbursement Limitation**

EPA's financial obligations to the recipient are limited by the amount of federal funding awarded to date as reflected on the award document. If the recipient incurs costs in anticipation of receiving additional funds from EPA, it does so at its own risk. See 2 CFR 1500.9.

**5. Automated Standard Application Payments (ASAP) and Proper Payment Draw Down**

**Electronic Payments.** Recipients must be enrolled or enroll in the Automated Standard Application for Payments (ASAP) system to receive payments under EPA financial assistance agreements unless:

- EPA grants a recipient-specific exception;
- The assistance program has received a waiver from this requirement;
- The recipient is exempt from this requirement under 31 CFR 208.4; or,
- The recipient is a fellowship recipient pursuant to 40 CFR Part 46.

EPA will not make payments to recipients until the ASAP enrollment requirement is met unless the recipients fall under one of the above categories. Recipients may request exceptions using the procedures below but only EPA programs may obtain waivers. To enroll in ASAP, complete the ASAP Initiate Enrollment Form located at: https://www.epa.gov/financial/forms and email it to rtpfc-grants@epa.gov or mail it to:

US Environmental Protection Agency
RTP-Finance Center (Mail Code AA216-01)
4930 Page Rd.
Durham, NC 27711

Under this payment mechanism, the recipient initiates an electronic payment request online via ASAP, which is approved or rejected based on the amount of available funds authorized by EPA in the recipient's ASAP account. Approved payments are credited to the account at the financial institution of the recipient organization set up by the recipient during the ASAP enrollment process. Additional information concerning ASAP and enrollment can be obtained by contacting the EPA

Research Triangle Park Finance Center (RTPFC), at rtpfc-grants@epa.gov, or by visiting: https://www.fiscal.treasury.gov/asap/.

EPA will grant exceptions to the ASAP enrollment requirement only in situations in which the recipient demonstrates to EPA that receiving payment via ASAP places an undue administrative or financial management burden on the recipient or EPA determines that granting the waiver is in the public interest. Recipients may request an exception to the requirement by following the procedures specified in RAIN-2018-G06-R.

**Proper Payment Drawdown (for recipients other than states)**

(a) As required by 2 CFR 200.305(b), the recipient must draw funds from ASAP only for the minimum amounts needed for actual and immediate cash requirements to pay employees, contractors, subrecipients or to satisfy other obligations for allowable costs under this assistance agreement. The timing and amounts of the drawdowns must be as close as administratively feasible to actual disbursements of EPA funds. Disbursement within 5 business days of drawdown will comply with this requirement and the recipient agrees to meet this standard when performing this award.

(b) Recipients may not retain more than 5% of the amount drawn down, or $1,000 whichever is less, 5 business days after drawdown to materially comply with the standard. Any EPA funds subject to this paragraph that remain undisbursed after 5 business days must be fully disbursed within 15 business days of draw down or be returned to EPA.

(c) If the recipient draws down EPA funds in excess of that allowed by paragraph b., the recipient must contact rtpfc-grants@epa.gov for instructions on whether to return the funds to EPA. Recipients must comply with the requirements at 2 CFR 200.305(b)(8) and (9) regarding depositing advances of Federal funds in interest bearing accounts.

(d) Returning Funds: Pay.gov is the preferred mechanism to return funds. It is free, secure, paperless, expedient, and does not require the recipient/vendor to create an account. Contact RTPFC-Grants at rtpfc-grants@epa.gov to obtain complete instructions. Additional information is available at the Pay.gov website. Information on how to repay EPA via check is available at https://www.epa.gov/financial/makepayment. Instructions on how to return funds to EPA electronically via ASAP are available at https://www.fiscal.treasury.gov/asap/.

(e) Failure on the part of the recipient to materially comply with this condition may, in addition to EPA recovery of the un-disbursed portions of the drawn down funds, lead to changing the payment method from advance payment to a reimbursable basis. EPA may also take other remedies for noncompliance under 2 CFR 200.208 and/or 2 CFR 200.339.

(f) If the recipient believes that there are extraordinary circumstances that prevent it from complying with the 5-business day disbursement requirement throughout the performance period of this agreement, recipients may request an exception to the requirement by following the procedures specified in RAIN-2018-G06-R. EPA will grant exceptions to the 5-business day disbursement requirement only if the recipient demonstrates that compliance places an undue

EPA 000059

administrative or financial management burden or EPA determines that granting the exception is in the public interest.

**Proper Payment Drawdown for State Recipients**

In accordance with 2 CFR 200.305(a), payments are governed by Treasury-State Cash Management Improvement Act (CMIA) agreements and default procedures codified at 31 CFR Part 205, Subparts A and B and Treasury Financial Manual (TFM) 4A-2000, "Overall Disbursing Rules for All Federal Agencies" unless a program specific regulation (e.g. 40 CFR 35.3160 or 40 CFR 35.3560) provides otherwise. Pursuant to 31 CFR Part 205, *Subpart A—Rules Applicable to Federal Assistance Programs Included in a Treasury-State Agreement,* States follow their Treasury-State CMIA Agreement for major Federal programs listed in the agreement. For those programs not listed as major in the Treasury-State agreement, the State follows the default procedures in 31 CFR Part 205, *Subpart B—Rules Applicable to Federal Assistance Programs Not Included in a Treasury-State Agreement,* which directs State recipients to draw-down and disburse Federal financial assistance funds in anticipation of immediate cash needs of the State for work under the award. States must comply with 2 CFR 200.302(a) in reconciling costs incurred and charged to EPA financial assistance agreements at time of close out unless a program specific regulation provides otherwise.

**Selected Items of Cost**

6. **Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment**
   This term and condition implements 2 CFR 200.216 and is effective for obligations and expenditures of EPA financial assistance funding on or after 8/13/2020.

   As required by 2 CFR 200.216, EPA recipients and subrecipients, including borrowers under EPA funded revolving loan fund programs, are prohibited from obligating or expending loan or grant funds to procure or obtain; extend or renew a contract to procure or obtain; or enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. As described in Public Law 115-232, section 889, covered telecommunications equipment is telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities).

   Recipients, subrecipients, and borrowers also may not use EPA funds to purchase:
   (a) For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities).
   (b) Telecommunications or video surveillance services provided by such entities or using such equipment.

EPA 000060

(c) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

Consistent with 2 CFR 200.471, costs incurred for telecommunications and video surveillance services or equipment such as phones, internet, video surveillance, and cloud servers are allowable except for the following circumstances:

(a) Obligating or expending EPA funds for covered telecommunications and video surveillance services or equipment or services as described in 2 CFR 200.216 to:

  (1) Procure or obtain, extend or renew a contract to procure or obtain;

  (2) Enter into a contract (or extend or renew a contract) to procure; or

  (3) Obtain the equipment, services, or systems.

Certain prohibited equipment, systems, or services, including equipment, systems, or services produced or provided by entities identified in section 889, are recorded in the System for Award Management exclusion list.

## 7. Consultant Cap

EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule, available at: https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/, to be adjusted annually. This limit applies to consultation services of designated individuals with specialized skills who are paid at a daily or hourly rate. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices).

Information on how to calculate the maximum daily rate and the daily pay limitation is available at the Office Of Personnel Management's Fact Sheet: How to Compute Rates of Pay and Fact Sheet: Expert and Consultant Pay. Specifically, to determine the maximum daily rate, follow these steps:

  (1) Divide the Level IV salary by 2087 to determine the hourly rate. Rates must be rounded to the nearest cent, counting one-half cent and over as the next higher cent (e.g., round $18.845 to $18.85).

  (2) Multiply the hourly rate by 8 hours. The product is the maximum daily rate.

Contracts and subcontracts with firms for services that are awarded using the procurement requirements in Subpart D of 2 CFR Part 200 are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See 2 CFR 1500.10.

EPA 000061

8. **Establishing and Managing Subawards**

If the recipient chooses to pass funds from this assistance agreement to other entities, the recipient must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy.

**Subawards to Federal Agencies – Clarity on Applicable EPA Terms and Conditions:** If the subrecipient is federal agency, the only provisions of the EPA General Terms and Conditions implementing 2 CFR Part 200 on subawards that apply are: (1) the requirement for the federal agency to obtain a Unique Entity Identifier (UEI) in accordance with 2 CFR Part 25 as described in Item 3 below and (2) the requirement for the recipient to report on first-tier subawards as described in EPA General Term and Condition 15.1, "Reporting of first tier subawards."

As provided within 2 CFR 200.101(a)(2), all other provisions of 2 CFR Part 200, Subparts A through E, do not apply to subawards with federal agencies. Transactions between the recipient and the federal agency subrecipient will be governed by the federal agency subrecipient's cost reimbursement agreement with the recipient.

As a pass-through entity, the recipient agrees to:

1) Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

   (a) For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities unless the EPA- approved budget and work plan for this agreement contain a precise description of such subawards.

   (b) Stipends and travel assistance for trainees (including interns) and similar individuals who are not are not employees of the pass-through entity must be classified as participant support costs rather than subawards as provided in 2 CFR 200.1 *Participant support costs*, 2 CFR 200.1 *Subaward*, and EPA's Guidance on Participant Support Costs.

   (c) Subsidies, rebates and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as *Participant support costs* as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2) Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(a). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3) Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(a)(1). Subrecipients are not required to complete full System for Award Management (SAM) registration to obtain a UEI. Information regarding obtaining a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and

in EPA's General Term and Condition "**System for Award Management and Universal Identifier Requirements"** of the pass-through entity's agreement with the EPA.

4) Ensure that subrecipients are aware that they are subject to the same requirements as those that apply to the pass-through entity's EPA award as required by 2 CFR 200.332(a)(2). These requirements include, among others:

  (a) Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

  (b) Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition pass-through entity's agreement with EPA entitled **"Reporting Subawards and Executive Compensation."**

  (c) Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled **"Consultant Fee Cap."**

  (d) EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "**Management Fees**."

  (e) The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants).

EPA provides general information on other statutes, regulations, and Executive Orders on the Grants internet site at https://www.epa.gov/grants/epa-subaward-cross-cutter-requirements. Many Federal requirements are agreement or program specific, and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5) Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6) Establish and follow a system for evaluating subrecipient risks of noncompliance with Federal statutes, regulations and the terms and conditions of the subaward as required by 2 CFR 200.332(b) and document the evaluation. Risk factors may include:

  (a) Prior experience with same or similar subawards

  (b) Results of previous audits;

  (c) Whether new or substantially changed personnel or systems, and;

  (d) Extent and results of Federal awarding agency or the pass-through entity's monitoring

7) Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(c). Examples of additional requirements authorized by 2 CFR 200.208 include:

  (a) Requiring payments as reimbursements rather than advance payments;

  (b) Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;

(c) Requiring additional, more detailed financial reports;

(d) Requiring additional project monitoring;

(e) Requiring the non-Federal entity to obtain technical or management assistance, and

(f) Establishing additional prior approvals

8) Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(d) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9) Establish and maintain an accounting system which ensures compliance with the $25,000 limitation at 2 CFR 200.1, Modified Total Direct Costs, if applicable, on including subaward costs in *Modified Total Direct Costs* for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

10) Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11) Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12) Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

13) Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14) Establish and maintain a system under 2 CFR 200.332(d)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15) As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects.

By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

**EPA 000064**

9. **Management Fees**

Management Fees or similar charges in excess of the direct costs and approved indirect rates are not allowable. The term "management fees or similar charges" refers to expenses added to the direct costs in order to accumulate and reserve funds for ongoing business expenses; unforeseen liabilities; or for other similar costs which are not allowable under this assistance agreement. Management fees or similar charges may not be used to improve or expand the project funded under this agreement, except to the extent authorized as a direct cost of carrying out the scope of work.

10. **Federal Employee Costs**

The recipient understands that none of the funds for this project (including funds contributed by the recipient as cost sharing) may be used to pay for the travel of Federal employees or for other costs associated with Federal participation in this project unless a Federal agency will be providing services to the recipient as authorized by a Federal statute.

11. **Foreign Travel**

**EPA policy requires that all foreign travel must be approved by its Office of International and Tribal Affairs.** The recipient agrees to obtain prior EPA approval before using funds available under this agreement for international travel unless the trip(s) are already described in the EPA approved budget for this agreement. Foreign travel includes trips to Mexico and Canada but does not include trips to Puerto Rico, the U.S. Territories or possessions. Recipients that request post-award approval to travel frequently to Mexico and Canada by motor vehicle (e.g., for sampling or meetings) may describe their proposed travel in general terms in their request for EPA approval. Requests for prior approval must be submitted to the Project Officer for this agreement.

12. **The Fly America Act and Foreign Travel**

The recipient understands that all foreign travel **funded under this assistance agreement** must comply with the Fly America Act. All travel must be on U.S. air carriers certified under 49 U.S.C. Section 40118, to the extent that service by such carriers is available even if foreign air carrier costs are less than the American air carrier.

13. **Union Organizing**

Grant funds may not be used to support or oppose union organizing, whether directly or as an offset for other funds.

**Reporting and Additional Post-Award Requirements**

14. **System for Award Management and Universal Identifier Requirements**

14.1     **Requirement for System for Award Management (SAM)** Unless exempted from this requirement under 2 CFR 25.110, the recipient must maintain current information in the SAM. This includes information on the recipient's immediate and highest-level owner and subsidiaries, as well as on all the recipient's predecessors that have been

awarded a Federal contract or Federal financial assistance within the last three years, if applicable, until the submittal of the final financial report required under this award or receipt of the final payment, whichever is later. This requires that the recipient reviews and updates the information at least annually after the initial registration, and more frequently if required by changes in the information or another award term.

**14.2**    **Requirement for Unique Entity Identifier.** If the recipient is authorized to make subawards under this award, the recipient:

**a.**    Must notify potential subrecipients that no entity (see definition in paragraph 14.3 of this award term) may receive a subaward unless the entity has provided its Unique Entity Identifier.

**b.**    May not make a subaward to an entity unless the entity has provided its Unique Entity Identifier. Subrecipients are not required to obtain an active SAM registration but must obtain a Unique Entity Identifier.

**14.3**    **Definitions.** For the Purpose of this award term:

**a.**    **System for Award Management (SAM)** means the Federal repository into which an entity must provide information required for the conduct of business as a recipient. Additional information about registration procedures may be found at the SAM Internet site: https://www.sam.gov/SAM/.

**b.**    **Unique Entity Identifier** means the identifier assigned by SAM to uniquely identify business entities

**c.**    **Entity** includes non-Federal entities as defined as 2 CFR 200.1 and also includes all of the following:

**14.3.c.1.**    A foreign organization;

**14.3.c.2.**    A foreign public entity;

**14.3.c.3.**    A domestic for-profit organization; and

**14.3.c.4.**    A domestic or foreign for-profit organization; and

**14.3.c.5.** A Federal agency.

**d.**    **Subaward** is defined at 2 CFR 200.1

**e.**    **Subrecipient** is defined at 2 CFR 200.1

## 15. Reporting Subawards and Executive Compensation

**15.1**    **Reporting of first tier subawards.**

**a.**    **Applicability**. Unless the recipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report each action that obligates $30,000 or more in Federal funds for a subaward to a non-Federal entity or Federal agency (see definitions in paragraph 15.5 of this award term).

**b.**    **Where and When to Report.** (1) The recipient must report each obligating action described in paragraph 15.1.a of this award term at the System for Award Management (SAM.gov) (2) For subaward information, report no later than the end of the month following the month in which the obligation was made. (For example, if the obligation was made on any date during the month of November

of a given year, the obligation must be reported by no later than December 31 of that year.)

    c. **What to Report.** The recipient must report the information about each obligating action as described in the submission instructions available at: https://www.sam.gov/SAM/.

**15.2**    **Reporting Total Compensation of Recipient Executives.**

    a. **Applicability and What to Report.** The recipient must report total compensation for each of their five most highly compensated executives for the preceding completed fiscal year, if:

        **15.2.a.1.** The total Federal funding authorized to date under this award is $30,000 or more;

        **15.2.a.2.** In the preceding fiscal year, the recipient received: (i.) 80 percent or more of their annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); (ii.) and $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

        **15.2.a.3.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: http:// www.sec.gov/answers/execomp.htm.)

    b. **Where and When to Report.** The recipient must report executive total compensation described in paragraph 15.2.a of this award term: (i.) As part of the registration System for Award Management profile available at https://www.sam.gov/SAM/ (ii.) By the end of the month following the month in which this award is made, and annually thereafter.

**15.3**    **Reporting Total Compensation of Subrecipient Executives.**

    a. **Applicability and What to Report**. Unless exempt as provided in paragraph 15.4. of this award term, for each first-tier non-Federal entity subrecipient under this award, the recipient shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

        **15.3.a.1.** In the subrecipient's preceding fiscal year, the subrecipient received: (i.) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and (ii.) $25,000,000 or more in annual gross revenues from Federal

EPA 000067

procurement contracts (and subcontracts), and Federal financial assistance subject to the Transparency Act (and subawards); and

**15.3.a.2.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: http:// www.sec.gov/answers/execomp.htm.)

    **b.** **Where and When to Report.** The recipient must report subrecipient executive total compensation described in paragraph 15.3.a. of this award term:

**15.3.b.1.** To the recipient.

**15.3.b.2.** By the end of the month following the month during which the recipient makes the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (i.e., between October 1 and 31), the recipient must report any required compensation information of the subrecipient by November 30 of that year.

**15.4**      **Exemptions**

    **a.** If, in the previous tax year, the recipient had gross income, from all sources, under $300,000, the recipient is exempt from the requirements to report:

**15.4.a.1.** (i) subawards, and (ii) the total compensation of the five most highly compensated executives of any subrecipient.

**15.5**      **Definitions.** For purposes of this award term:

    **a.** **Federal Agency** means a Federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C 552(f).

    **b.** **Non-Federal entity** means all of the following, as defined in 2 CFR Part 25: (i.) A Governmental organization, which is a State, local government, or Indian tribe; (ii.) A foreign public entity; (iii.) A domestic or foreign nonprofit organization; and (iv.) A domestic or foreign for-profit organization.

    **c.** **Executive** means officers, managing partners, or any other employees in management positions.

    **d.** **Subaward:**

**15.5.d.1.** This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

**15.5.d.2.** The term does not include procurement of property and services needed to carry out the project or program (for further explanation, see 2 CFR 200.331).

**15.5.d.3.** A subaward may be provided through any legal agreement, including an agreement that the recipient or a subrecipient considers a contract.

EPA 000068

    **e. Subrecipient** means a non-Federal entity or Federal agency that:

        **15.5.e.1.** Receives a subaward from the recipient under this award; and

        **15.5.e.2.** Is accountable to the recipient for the use of the Federal funds provided by the subaward.

    **f. Total compensation** means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

        **15.5.f.1.** Salary and bonus.

        **15.5.f.2.** Awards of stock, stock options and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

        **15.5.f.3.** Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives and are available generally to all salaried employees.

        **15.5.f.4.** Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

        **15.5.f.5.** Above-market earnings on deferred compensation which is not tax-qualified.

        **15.5.f.6.** Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites, or property) for the executive exceeds $10,000.

## 16. Recipient Integrity and Performance Matters – Reporting of Matters Related to Recipient Integrity and Performance

**16.1 General Reporting Requirement**

If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient during that period of time must maintain the currency of information reported to the System for Award Management (SAM) that is made available in the designated integrity and performance system (currently the responsibility/qualification information) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

**16.2 Proceedings About Which You Must Report**

EPA 000069

Submit the information required about each proceeding that:

    **a.** Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

    **b.** Reached its final disposition during the most recent five-year period; and

    **c.** Is one of the following:

        **16.2.c.1.** A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

        **16.2.c.2.** A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

        **16.2.c.3.** An administrative proceeding, as defined in paragraph 5. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

        **16.2.c.4.** Any other criminal, civil, or administrative proceeding if:

            **16.2.c.4.1.** It could have led to an outcome described in paragraph 16.2.c.1, 16.2.c.2, or 16.2.c.3 of this award term and condition;

            **16.2.c.4.2.** It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

            **16.2.c.4.3.** The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

**16.3**    **Reporting Procedures**

Enter in SAM Entity Management area the information that SAM requires about each proceeding described in paragraph 2 of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM because you were required to do so under Federal procurement contracts that you were awarded.

**16.4**    **Reporting Frequency**

During any period of time when you are subject to the requirement in paragraph 16.1 of this award term and condition, you must report proceedings information through SAM for the most recent five-year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

**16.5**    **Definitions**

For purposes of this award term and condition:

    **a.** Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.,* Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract

EPA 000070

Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

**b.** Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

**c.** Total value of currently active grants, cooperative agreements, and procurement contracts includes –

**16.5.c.1.** Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

**16.5.c.2.** The value of all expected funding increments under a Federal award and options, even if not yet exercised.

## 17. Federal Financial Reporting (FFR)

Pursuant to 2 CFR 200.328 and 2 CFR 200.344, EPA recipients must submit the Federal Financial Report (SF-425) at least annually and no more frequently than quarterly. EPA's standard reporting frequency is annual unless an EPA Region has included an additional term and condition specifying greater reporting frequency within this award document. EPA recipients must submit the SF-425 no later than 30 calendar days after the end of each specified reporting period for quarterly and semi-annual reports and 90 calendar days for annual reports. Final reports are due no later than 120 calendar days after the end date of the period of performance of the award. Extension of reporting due dates may be approved by EPA when requested and justified by the recipient. The FFR form is available on the internet at: https://www.epa.gov/grants/sf-425-federal-financial-report. All FFRs must be submitted to the Research Triangle Park Finance Center (RTPFC) via email at rtpfc-grants@epa.gov or mail it to:

US Environmental Protection Agency
RTP-Finance Center (Mail Code AA216-01)
4930 Page Rd.
Durham, NC 27703

The RTPFC will make adjustments as necessary, to obligated funds after reviewing and accepting a final Federal Financial Report. Recipients will be notified and instructed by EPA if they must complete any additional forms for the closeout of the assistance agreement.

## 18. Indirect Cost Rate Agreements

This term and condition provides requirements for recipients using EPA funds for indirect costs and applies to all EPA assistance agreements unless there are statutory or regulatory limits on IDCs. See also EPA's Indirect Cost Policy for Recipients of EPA Assistance Agreements (IDC Policy).

In order for the assistance agreement recipient to use EPA funding for indirect costs, the IDC category of the recipient's assistance agreement award budget must include an amount for IDCs and at least one of the following must apply:

- With the exception of "exempt" agencies and Institutions of Higher Education as noted below, all recipients must have one of the following current (not expired) IDC rates, including IDC rates that have been extended by the cognizant agency:
  - Provisional
  - Final
  - Fixed rate with carry-forward
  - Predetermined
  - 10% *de minimis* rate of modified total direct costs authorized by [2 CFR 200.414(f)](2 CFR 200.414(f))
  - EPA-approved use of an expired fixed rate with carry-forward on an exception basis, as detailed in section 6.4.a. of the IDC Policy
- "Exempt" state of local governmental departments or agencies are agencies that receive up to and including $35,000,000 in Federal funding per the department or agency's fiscal year and must have an IDC rate proposal developed in accordance with 2 CFR Part 200, Appendix VII, with documentation maintained and available for audit.
- Institutions of Higher Education must use the IDC rate in place at the time of award for the life of the assistance agreement (unless the rate was provisional at time of award, in which case the rate will change once it becomes final). As provided by 2 CFR Part 200, Appendix III(C)(7), the term "life of the assistance agreement", means each competitive segment of the project. Additional information is available in the regulation.

IDCs incurred during any period of the assistance agreement that are not covered by the provisions above are not allowable costs and must not be drawn down by the recipient. Recipients may budget for IDCs if they have submitted a proposed IDC rate to their cognizant Federal agency or requested an exception from EPA under subsection 6.4 of the IDC Policy. However, recipients may not draw down IDCs until their rate is approved, if applicable, or EPA grants an exception. IDC drawdowns must comply with the indirect rate corresponding to the period during which the costs were incurred.

This term and condition does not govern indirect rates for subrecipients or recipient procurement contractors under EPA assistance agreements. Pass-through entities are required to comply with 2 CFR 200.332(a)(4)(i) and (ii) when establishing indirect cost rates for subawards.

### 19. Audit Requirements

In accordance with [2 CFR 200.501(a)](2 CFR 200.501(a)), the recipient hereby agrees to obtain a single audit from an independent auditor, if their organization expends $750,000 or more in total Federal funds in their fiscal year for that year.

The recipient must submit the form SF-SAC and a Single Audit Report Package within 9 months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent

auditor. The SF-SAC and a Single Audit Report Package MUST be submitted using the Federal Audit Clearinghouse's Internet Data Entry System available at: https://facides.census.gov/.

For complete information on how to accomplish the single audit submissions, the recipient will need to visit the Federal Audit Clearinghouse Web site: https://facweb.census.gov/

## 20. Closeout Requirements
Reports required for closeout of the assistance agreement must be submitted in accordance with this agreement. Submission requirements and frequently asked questions can also be found at: https://www.epa.gov/grants/frequent-questions-about-closeouts

## 21. Suspension and Debarment
Recipient shall fully comply with Subpart C of 2 C.F.R. Part 180 entitled, "Responsibilities of Participants Regarding Transactions Doing Business With Other Persons," as implemented and supplemented by 2 C.F.R. Part 1532. Recipient is responsible for ensuring that any lower tier covered transaction, as described in Subpart B of 2 C.F.R. Part 180, entitled "Covered Transactions," and 2 C.F.R. § 1532.220, includes a term or condition requiring compliance with 2 C.F.R. Part 180, Subpart C. Recipient is responsible for further requiring the inclusion of a similar term and condition in any subsequent lower tier covered transactions. Recipient acknowledges that failing to disclose the information required under 2 C.F.R. § 180.335 to the EPA office that is entering into the transaction with the recipient may result in the delay or negation of this assistance agreement, or pursuance of administrative remedies, including suspension and debarment. Recipients may access the System for Award Management (SAM) exclusion list at https://sam.gov/SAM/ to determine whether an entity or individual is presently excluded or disqualified.

## 22. Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law
This award is subject to the provisions contained in an appropriations act(s) which prohibits the Federal Government from entering into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee to any corporation having a delinquent Federal tax liability or a felony conviction under any Federal law, unless the agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government. A "corporation" is a legal entity that is separate and distinct from the entities that own, manage, or control it. It is organized and incorporated under the jurisdictional authority of a governmental body, such as a State or the District of Columbia. A corporation may be a for-profit or non-profit organization.

As required by the appropriations act(s) prohibitions, the Government will not enter into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee with any corporation that — (1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority

responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or (2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

By accepting this award, the recipient represents that it is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and it is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

Alternatively, by accepting this award, the recipient represents that it disclosed unpaid Federal tax liability information and/or Federal felony conviction information to the EPA. The recipient may accept this award if the EPA Suspension and Debarment Official has considered suspension or debarment of the corporation based on tax liabilities and/or Federal felony convictions and determined that suspension or debarment is not necessary to protect the Government's interests.

If the recipient fails to comply with this term and condition, EPA will annul this agreement and may recover any funds the recipient has expended in violation of the appropriations act(s) prohibition(s). The EPA may also pursue other administrative remedies as outlined in 2 CFR 200.339 and 2 CFR 200.340 and may also pursue suspension and debarment.

**23. Disclosing Conflict of Interest**

23.1    **For Award to Non-Federal Entities and Individuals (other than states and fellowship recipients under 40 CFR Part 46)**

As required by 2 CFR 200.112, EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy. The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental and incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grants Specialist will respond to any such disclosure within 30 calendar days.

EPA's COI Policy requires that recipients have systems in place to address, resolve and disclose to EPA COIs described in sections 4.0(b), (c) and/or (d) of the COI Policy that affect any contract or subaward regardless of amount funded under this award. The recipient's COI Point of Contact for the award must disclose any COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of the discovery of the potential COI and their approach for resolving the COI.

EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COI's described in section 4.0(b)(c) and (d) of the COI Policy regardless of the amount of the transaction. Recipients who are pass-through entities as defined at 2 CFR 200.1 must require that subrecipients being considered for or receiving subawards disclose COI to the pass-through entities in a manner that, at a minimum, is in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. Pass-through entities must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that recipients and subrecipients disclose COI's that are discovered under their systems for addressing and resolving COI. If recipients or subrecipients do not discover a COI, they do not need to advise EPA or the pass-through entity of the absence of a COI.

Upon notice from the recipient of a potential COI and the approach for resolving it, the Agency will then make a determination regarding the effectiveness of these measures within 30 days of receipt of the recipient's notice unless a longer period is necessary due to the complexity of the matter. Recipients may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. Failure to disclose a COI may result in cost disallowances.

Disclosure of potential COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate 2 CFR 200.318(c)(1) or (2), provided the recipient notifies EPA of measures the recipient or subrecipient has taken to eliminate, neutralize or mitigate the conflict of interest when making the disclosure.

**23.2**     **For Awards to States Including State Universities that are State Agencies or Instrumentalities**

As required by 2 CFR 200.112, EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at: https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy. The posted version of EPA's COI Policy is applicable to new funding

(initial awards, supplemental, incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grants Specialist will respond to any such disclosure within 30 calendar days.

States including state universities that are state agencies and instrumentalities receiving funding from EPA are only required to disclose subrecipient COI as a pass-through entity as defined by 2 CFR 200.1. Any other COI are subject to state laws, regulations, and policies. EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COIs described in section 4.0(b)(c) and (d) of the COI Policy that arise after EPA made the award regardless of the amount of the transaction. States who are pass-through entities as defined at 2 CFR 200.1 must require that subrecipients being considered for or receiving subawards disclose COI to the state in a manner that, as a minimum, in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. States must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that subrecipients disclose COI's to state pass-through entities that are discovered under their systems for addressing, resolving, and disclosing COI. If subrecipients do not discover a COI, they do not need to advise state pass-through entities of the absence of a COI.
Upon receiving notice of a potential COI and the approach for resolving it, the Agency will make a determination regarding the effectiveness of these measures within 30 days of receipt of the state's notice of a subrecipient COI unless a longer period is necessary due to the complexity of the matter. States may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. A subrecipient's failure to disclose a COI to the state and EPA may result in cost disallowances.

Disclosure of potential subrecipient COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate 2 CFR 200.318(c)(1) or (2), provided the subrecipient has taken measures that EPA and the state agree eliminate, neutralize or mitigate the conflict of interest.

EPA 000076

**24. Transfer of Funds**

**24.1 Transfer of Funds**

**Applicable to all assistance agreements other than Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total project costs exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

**(1)** As provided at 2 CFR 200.308(f), the recipient must obtain prior approval from EPA's Grants Management Officer if the cumulative amount of funding transfers among direct budget categories or programs, functions and activities exceeds 10% of the total budget. Recipients must submit requests for prior approval to the Grant Specialist and Grants Management Officer with a copy to the Project Officer for this agreement.

**(2)** Recipients must notify EPA's Grant Specialist and Project Officer of cumulative funding transfers among direct budget categories or programs, functions and activities that do not exceed 10% of the total budget for the agreement. Prior approval by EPA's Grant Management Officer is required if the transfer involves any of the items listed in 2 CFR 200.407 that EPA did not previously approve at time of award or in response to a previous post-award request by the recipient.

**24.2 Post-Award Changes for Continuing Environmental Program Grants**

**Applicable to Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total project costs exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

To determine if a post-award change in work plan commitments is significant and requires prior written approval for the purposes of 40 CFR §35.114(a) or 40 CFR §35.514(a), the recipient agrees to consult the EPA Project Officer (PO) before making the change. The term work plan commitments is defined at 40 CFR §35.102. If the PO determines the change is significant, the recipient cannot make the change without prior written approval by the EPA Award Official or Grants Management Officer.

The recipient must obtain written approval from the EPA Award Official prior to transferring funds from one budget category to another if the EPA Award Official determines that such transfer significantly changes work plan commitment(s). All transfers must be reported in required performance reports. In addition, unless approved with the budget at the time of award, Continuing Environmental Program (CEP) recipients must also obtain prior written approval from the EPA Award Official or Grants Management Officer to use EPA funds for directly charging compensation for administrative and clerical personnel under 2 CFR 200.413(c) and the General Provisions for Selected Items of Cost allowability at 2 CFR 200.420 through 2 CFR 200.476 as supplemented by EPA's Guidance on Selected Items of Cost. The recipient is not required to obtain prior written approval from the EPA Award Official for other items requiring prior EPA approval listed in 2 CFR §§ 200.407.

EPA 000077

25. **Electronic/Digital Signatures on Financial Assistance Agreement Form(s)/Document(s)**

Throughout the life of this assistance agreement, the recipient agrees to ensure that any form(s)/document(s) required to be signed by the recipient and submitted to EPA through any means including but not limited to hard copy via U.S. mail or express mail, hand delivery or through electronic means such as e-mail are: (1) signed by the individual identified on the form/document, and (2) the signer has the authority to sign the form/document for the recipient. Submission of any signed form(s)/document(s) is subject to any provisions of law on making false statements (e.g., 18 U.S.C. 1001).

26. **Extension of Project/Budget Period Expiration Date**

EPA has not exercised the waiver option to allow automatic one-time extensions for non-research grants under 2 CFR 200.308(e)(2). Therefore, if a no-cost time extension is necessary to extend the period of availability of funds, the recipient must submit a written request to the EPA prior to the budget/project period expiration dates. **The written request must include:** a justification describing the need for additional time, an estimated date of completion, and a revised schedule for project completion including updated milestone target dates for the approved workplan activities. In addition, if there are overdue reports required by the general, administrative, and/or programmatic terms and conditions of this assistance agreement, the recipient must ensure that they are submitted along with or prior to submitting the no-cost time extension request.

27. **Utilization of Disadvantaged Business Enterprises**

**General Compliance, 40 CFR, Part 33**

The recipient agrees to comply with the requirements of EPA's Disadvantaged Business Enterprise (DBE) Program for procurement activities under assistance agreements, contained in 40 CFR, Part 33.

The following text provides updates to 40 CFR, Part 33 based upon the associated class exception or highlights a requirement.

1) **EPA MBE/WBE CERTIFICATION, 40 CFR, Part 33, Subpart B**
   EPA no longer certifies entities as Minority-Owned Business Entities (MBEs) or Women-Owned Business Entities (WBEs) pursuant to a class exception issued in October 2019. The class exception was authorized pursuant to the authority in 2 CFR, Section 1500.4(b).

2) **SIX GOOD FAITH EFFORTS, 40 CFR, Part 33, Subpart C**
   Pursuant to 40 CFR Section 33.301, the recipient agrees to make good faith efforts whenever procuring construction, equipment, services and supplies under an EPA financial assistance agreement, and to require that sub-recipients, loan recipients, and prime contractors also comply. Records documenting compliance with the six good faith efforts shall be retained. The specific six good faith efforts can be found at: 40 CFR Section 33.301 (a)-(f).

   However, in EPA assistance agreements that are for the benefit of Native Americans, the recipient must solicit and recruit Native American organizations and Native American-owned

economic enterprises and give them preference in the award process prior to undertaking the six good faith efforts (40 CFR Section 33.304). If recruiting efforts are unsuccessful, the recipient must follow the six good faith efforts.

3) **CONTRACT ADMINISTRATION PROVISIONS, 40 CFR, Section 33.302**

The recipient agrees to comply with the contract administration provisions of 40 CFR Section 33.302 (a)-(d) and (i).

4) **BIDDERS LIST, 40 CFR Section 33.501(b) and (c)**

Recipients of a Continuing Environmental Program Grant or other annual reporting grant, agree to create and maintain a bidders list. Recipients of an EPA financial assistance agreement to capitalize a revolving loan fund also agree to require entities receiving identified loans to create and maintain a bidders list if the recipient of the loan is subject to, or chooses to follow, competitive bidding requirements. Please see 40 CFR Section 33.501 (b) and (c) for specific requirements and exemptions.

5) **FAIR SHARE OBJECTIVES, 40 CFR, Part 33, Subpart D**

In June 2023, EPA reinstated the requirements under 40 CFR, Part 33, Subpart D. Unless the recipient is exempted from these requirements as outlined in 40 CFR 33.411, the recipient agrees to submit fair share objectives for EPA approval within 120 days of acceptance of this award, and, once approved, apply them to procurements under this award in accordance with Subpart D. See RAIN-2023-G02 for information on EPA's reinstatement of the fair share objectives.

6) **MBE/WBE REPORTING, 40 CFR, Part 33, Subpart E**

When required, the recipient agrees to complete and submit a "MBE/WBE Utilization Under Federal Grants and Cooperative Agreements" report (EPA Form 5700-52A) on an annual basis. The current EPA Form 5700-52A can be found at the EPA Grantee Forms Page at https://www.epa.gov/system/files/documents/2021-08/epa_form_5700_52a.pdf .

Reporting is required for assistance agreements where funds are budgeted for procuring construction, equipment, services and supplies (including funds budgeted for direct procurement by the recipient or procurement under subawards or loans in the "Other" category) with a cumulative total that exceed the Simplified Acquisition Threshold (SAT) (currently, $250,000 however the threshold will be automatically revised whenever the SAT is adjusted; See 2 CFR Section 200.1), including amendments and/or modifications. When reporting is required, all procurement actions are reportable, not just the portion which exceeds the SAT.

**Annual reports are due by October 30th of each year. Final reports are due 120 days after the end of the project period.**

This provision represents an approved exception from the MBE/WBE reporting requirements as described in 40 CFR Section 33.502.

7) **MBE/WBE RECORDKEEPING, 40 CFR, Part 33, Subpart E**

EPA 000079

The recipient agrees to comply with all recordkeeping requirements as stipulated in 40 CFR Part 33, Subpart E including creating and maintain a bidders list, when required. Any document created as a record to demonstrate compliance with any requirements of 40 CFR Part 33 must be maintained pursuant to the requirements stated in this Subpart.

**Programmatic General Terms and Conditions**

### 28. Sufficient Progress

EPA will measure sufficient progress by examining the performance required under the workplan in conjunction with the milestone schedule, the time remaining for performance within the project period and/or the availability of funds necessary to complete the project. EPA may terminate the assistance agreement for failure to ensure reasonable completion of the project within the project period.

### 29. Copyrighted Material and Data

In accordance with 2 CFR 200.315, EPA has the right to reproduce, publish, use and authorize others to reproduce, publish and use copyrighted works or other data developed under this assistance agreement for Federal purposes.

Examples of a Federal purpose include but are not limited to: (1) Use by EPA and other Federal employees for official Government purposes; (2) Use by Federal contractors performing specific tasks for [i.e., authorized by] the Government; (3) Publication in EPA documents provided the document does not disclose trade secrets (e.g. software codes) and the work is properly attributed to the recipient through citation or otherwise; (4) Reproduction of documents for inclusion in Federal depositories; (5) Use by State, tribal and local governments that carry out delegated Federal environmental programs as "co-regulators" or act as official partners with EPA to carry out a national environmental program within their jurisdiction and; (6) Limited use by other grantees to carry out Federal grants provided the use is consistent with the terms of EPA's authorization to the other grantee to use the copyrighted works or other data.

Under Item 6, the grantee acknowledges that EPA may authorize another grantee(s) to use the copyrighted works or other data developed under this grant as a result of:

- The selection of another grantee by EPA to perform a project that will involve the use of the copyrighted works or other data, or
- Termination or expiration of this agreement.

In addition, EPA may authorize another grantee to use copyrighted works or other data developed with Agency funds provided under this grant to perform another grant when such use promotes efficient and effective use of Federal grant funds.

### 30. Patents and Inventions

Rights to inventions made under this assistance agreement are subject to federal patent and licensing regulations, which are codified at Title 37 CFR Part 401 and Title 35 USC Sections 200-212.

EPA 000080

Pursuant to the Bayh-Dole Act (set forth in 35 USC 200-212), EPA retains the right to a worldwide, nonexclusive, nontransferable, irrevocable, paid-up license to practice the invention owned by the assistance agreement holder, as defined in the Act. To streamline the invention reporting process and to facilitate compliance with the Bayh-Dole Act, the recipient must utilize the Interagency Edison extramural invention reporting system at https://www.nist.gov/iedison. Annual utilization reports must be submitted through the system. The recipient is required to notify the Project Officer identified on the award document when an invention report, patent report, or utilization report is filed at https://www.nist.gov/iedison. EPA elects not to require the recipient to provide a report prior to the close-out of a funding agreement listing all subject inventions or stating that there were none.

In accordance with Executive Order 12591, as amended, government owned and operated laboratories can enter into cooperative research and development agreements with other federal laboratories, state and local governments, universities, and the private sector, and license, assign, or waive rights to intellectual property "developed by the laboratory either under such cooperative research or development agreements and from within individual laboratories."

**31. Acknowledgement Requirements for Non-ORD Assistance Agreements**

The recipient agrees that any reports, documents, publications, or other materials developed for public distribution supported by this assistance agreement shall contain the following statement: "This project has been funded wholly or in part by the United States Environmental Protection Agency under assistance agreement (number) to (recipient). The contents of this document do not necessarily reflect the views and policies of the Environmental Protection Agency, nor does the EPA endorse trade names or recommend the use of commercial products mentioned in this document."

Recipients of EPA Office of Research Development (ORD) research awards must follow the acknowledgement requirements outlined in the research T&Cs available at: https://www.nsf.gov/awards/managing/rtc.jsp. In accordance with the Research Terms and Conditions Overlay to the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards (Uniform Guidance), 2 CFR §200, recipients of EPA ORD research must abide by the research T&Cs.

**32. Electronic and Information Technology Accessibility**

Recipients are subject to the program accessibility provisions of Section 504 of the Rehabilitation Act, codified in 40 CFR Part 7, which includes an obligation to provide individuals with disabilities reasonable accommodations and an equal and effective opportunity to benefit from or participate in a program, including those offered through electronic and information technology ("EIT"). In compliance with Section 504, EIT systems or products funded by this award must be designed to meet the diverse needs of users (e.g., U.S. public, recipient personnel) without barriers or diminished function or quality. Systems shall include usability features or functions that accommodate the needs of persons with disabilities, including those who use assistive technology.

EPA 000081

At this time, the EPA will consider a recipient's websites, interactive tools, and other EIT as being in compliance with Section 504 if such technologies meet standards established under Section 508 of the Rehabilitation Act, codified at 36 CFR Part 1194. While Section 508 does not apply directly to grant recipients, we encourage recipients to follow either the 508 guidelines or other comparable guidelines that concern accessibility to EIT for individuals with disabilities.

Recipients may wish to consult the latest Section 508 guidelines issued by the U.S. Access Board or W3C's Web Content Accessibility Guidelines (WCAG) 2.0 (see https://www.access-board.gov/about/policy/accessibility.html).

## 33. Human Subjects

Human subjects research is any activity that meets the regulatory definitions of both research AND human subject. Research is a systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge. Human subject means a living individual about whom an investigator (whether professional or student) conducting research: (i) Obtains information or biospecimens through intervention or interaction with the individual, and uses, studies, or analyzes the information or biospecimens; or (ii) Obtains, uses, studies, analyzes, or generates identifiable private information or identifiable biospecimens 40 CFR 26.102(e)(l).

No research involving human subjects shall be conducted under this agreement without prior written approval of the EPA Human Subject Research Review Official (HSRRO) to proceed with that research. If engaged in human subjects' research as part of this agreement, the recipient agrees to comply with all applicable provisions of EPA Regulation 40 CFR 26 (Protection of Human Subjects). This includes, at Subpart A, the Basic Federal Policy for the Protection of Human Research Subjects, also known as the Common Rule. It also includes, at Subparts B, C, and D, prohibitions and additional protections for children, nursing women, pregnant women, and fetuses in research conducted or supported by EPA.

The recipient further agrees to comply with EPA's procedures for oversight of the recipient's compliance with 40 CFR 26, as given in EPA Order 1000.17A (Policy and Procedures on Protection of Human Research Subjects in EPA Conducted or Supported Research). As per this order, no human subject may be involved in any research conducted under this assistance agreement, including recruitment, until the research has been approved or determined to be exempt by the EPA HSRRO after review of the approval or exemption determination of the Institutional Review Board(s) (IRB(s)) with jurisdiction over the research under 40 CFR 26.

For HSRRO approval, the recipient must forward to the Project Officer: (1) copies of all documents upon which the IRB(s) with jurisdiction based their approval(s) or exemption determination(s), (2) copies of the IRB approval or exemption determination letter(s), (3) copy of the IRB-approved consent forms and subject recruitment materials, if applicable, and (4) copies of all supplementary IRB correspondence.

Following the initial approvals indicated above, the recipient must, as part of the annual report(s), provide evidence of continuing review and approval of the research by the IRB(s) with jurisdiction, as required by 40 CFR 26.109(e). Materials submitted to the IRB(s) for their continuing review and approval are to be provided to the EPA HSRRO via the Project Officer upon IRB approval. During the course of the research, investigators must promptly report any unanticipated problems involving risk to subjects or others according to requirements set forth by the IRB. In addition, any event that is significant enough to result in the removal of the subject from the study should also be reported to the EPA HSRRO via the Project Officer, even if the event is not reportable to the IRB of record.

## 34. Animal Subjects

The recipient agrees to comply with the Animal Welfare Act of 1966 (P.L. 89-544), as amended, 7 USC 2131- 2156. Recipient also agrees to abide by the "U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training." (Federal Register 50(97): 20864-20865. May 20,1985). The nine principles can be viewed at https://olaw.nih.gov/policies-laws/phs-policy.htm. For additional information about the Principles, the recipient should consult the *Guide for the Care and Use of Laboratory Animals,* prepared by the Institute of Laboratory Animal Resources, National Research Council.

## 35. Light Refreshments and/or Meals

**(a) APPLICABLE TO ALL AGREEMENTS EXCEPT STATE CONTINUING ENVIRONMENTAL PROGRAMS (AS DESCRIBED BELOW):**

Unless the event(s) and all of its components are described in the approved workplan, the recipient agrees to obtain prior approval from EPA for the use of grant funds for light refreshments and/or meals served at meetings, conferences, training workshops and outreach activities (events). The recipient must send requests for approval to the EPA Project Officer and include:

**(1)** An estimated budget and description for the light refreshments, meals, and/or beverages to be served at the event(s)

**(2)** A description of the purpose, agenda, location, length, and timing for the event, and

**(3)** An estimated number of participants in the event and a description of their roles

Costs for light refreshments and meals for recipient staff meetings and similar day-to-day activities are not allowable under EPA assistance agreements.

Recipients may address questions about whether costs for light refreshments, and meals for events may be allowable to the recipient's EPA Project Officer; however, the Agency Award Official or Grant Management Officer will make final determinations on allowability. Agency policy prohibits the use of EPA funds for receptions, banquets and similar activities that take place after normal business hours unless the recipient has provided a justification that has been expressly approved by EPA's Award Official or Grants Management Officer.

EPA funding for meals, light refreshments, and space rental may not be used for any portion of an event where alcohol is served, purchased, or otherwise available as part of the event or meeting, even if EPA funds are not used to purchase the alcohol.

Note: U.S. General Services Administration regulations define light refreshments for morning, afternoon, or evening breaks to include, but not be limited to, coffee, tea, milk, juice, soft drinks, donuts, bagels, fruit, pretzels, cookies, chips, or muffins. (41 CFR 301-74.7)

**(b)  FOR STATE CONTINUING ENVIROMENTAL PROGRAM GRANT RECIPIENTS EXCLUDING STATE UNIVERSITIES:**

If the state maintains systems capable of complying with federal grant regulations at 2 CFR 200.432 and 2 CFR 200.438, EPA has waived the prior approval requirements for the use of EPA funds for light refreshments and/or meals served at meetings, conferences, and training, as described above. The state may follow its own procedures without requesting prior approval from EPA. However, notwithstanding state policies, EPA funds may not be used for (1) evening receptions, or (2) other evening events (with the exception of working meetings). Examples of working meetings include those evening events in which small groups discuss technical subjects on the basis of a structured agenda or there are presentations being conducted by experts. EPA funds for meals, light refreshments, and space rental may not be used for any portion of an event (including evening working meetings) where alcohol is served, purchased, or otherwise available as part of the event or meeting, even if EPA funds are not used to purchase the alcohol.

By accepting this award, the state is certifying that it has systems in place (including internal controls) to comply with the requirements described above.

## 36. Tangible Personal Property

**36.1** Reporting pursuant to 2 CFR 200.312 and 2 CFR 200.314, property reports, if applicable, are required for Federally-owned property in the custody of a non-Federal entity upon completion of the Federal award or when the property is no longer needed. Additionally, upon termination or completion of the project, residual unused supplies with a total aggregate fair market value exceeding $5,000 not needed for any other Federally-sponsored programs or projects must be reported. For Superfund awards under Subpart O, refer to 40 CFR 35.6340 and 40 CFR 35.6660 for property reporting requirements. Recipients should utilize the Tangible Personal Property Report form series (SF-428) to report tangible personal property.

**36.2 Disposition**

**36.2.1.  Most Recipients.** Consistent with 2 CFR 200.313, unless instructed otherwise on the official award document, this award term, or at closeout, the recipient may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

**36.2.2.  State Agencies.** Per 2 CFR 200.313(b), state agencies may manage and dispose of equipment acquired under this assistance agreement in accordance with state laws and procedures.

**36.2.3.  Superfund Recipients.** Equipment purchased under Superfund projects is subject to specific disposal options in accordance with 40 CFR Part 35.6345.

## 37. Dual Use Research of Concern (DURC)

The recipient agrees to conduct all life science research* in compliance with *EPA's Order on the Policy and Procedures for Managing Dual Use Research of Concern* (EPA DURC Order) and *United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern (iDURC Policy).* If the recipient is an institution within the United States that receives funding through this agreement, or from any other source, the recipient agrees to comply with the iDURC Policy if they conduct or sponsor research involving any of the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If the institution is outside the United States and receives funding through this agreement to conduct or sponsor research involving any of those same agents or toxins, the recipient agrees to comply with the iDURC Policy. The recipient agrees to provide any additional information that may be requested by EPA regarding DURC and iDURC. The recipient agrees to immediately notify the EPA Project Officer should the project use or introduce use of any of the agents or toxins identified in the iDURC Policy. The recipient's Institution/Organization must also comply with USG iDURC policy and EPA DURC Order and will inform the appropriate government agency if funded by such agency of research with the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If privately funded the recipient agrees to notify the National Institutes of Health at DURC@od.nih.gov.

* "*Life Sciences Research,*" for purposes of the EPA DURC Order, and based on the definition of research in 40 CFR §26.102(d), is a systematic investigation designed to develop or contribute to generalizable knowledge involving living organisms (e.g., microbes, human beings, animals, and plants) and their products. EPA does not consider the following activities to be research: routine product testing, quality control, mapping, collection of general-purpose statistics, routine monitoring and evaluation of an operational program, observational studies, and the training of scientific and technical personnel. [Note: This is consistent with Office of Management and Budget Circular A-11.]

## 38. Research Misconduct

In accordance with 2 CFR 200.329, the recipient agrees to notify the EPA Project Officer in writing about research misconduct involving research activities that are supported in whole or in part with EPA funds under this project. EPA defines research misconduct as fabrication, falsification, or plagiarism in proposing, performing, or reviewing research, or in reporting research results [65 FR 76262. I], or ordering, advising or suggesting that subordinates engage in research misconduct. The recipient agrees to:

(1)  Immediately notify the EPA Project Officer who will then inform the EPA Office of Inspector General (OIG) if, at any time, an allegation of research misconduct falls into one of the categories listed below:

   A.  Public health of safety is at risk
   B.  Agency resources or interests are threatened
   C.  Circumstances where research activities should be suspended
   D.  There is a reasonable indication of possible violations of civil or criminal law
   E.  Federal action is required to protect the interests of those involved in the investigation
   F.  The research entity believes that the inquiry or investigation may be made public prematurely so that appropriate steps can be taken to safeguard evidence and protect the rights of those involved
   G.  Circumstances where the research community or public should be informed. [65 FR 76263.III]

(2)  Report other allegations to the OIG when they have conducted an inquiry and determined that there is sufficient evidence to proceed with an investigation. [65 FR 76263. III]

## 39. Scientific Integrity Terms and Conditions

The recipient agrees to comply with EPA's Scientific Integrity Policy when conducting, supervising, and communicating science and when using or applying the results of science. For purposes of this award condition scientific activities include, but are not limited to, computer modelling, economic analysis, field sampling, laboratory experimentation, demonstrating new technology, statistical analysis, and writing a review article on a scientific issue. The recipient agrees to:

### 39.1 Scientific Products

**39.1.1.**  Produce scientific products of the highest quality, rigor, and objectivity, by adhering to applicable EPA information quality guidelines, quality policy, and peer review policy.

**39.1.2.**  Prohibit all recipient employees, contractors, and program participants, including scientists, managers, and other recipient leadership, from suppressing, altering, or otherwise impeding the timely release of scientific findings or conclusions.

**39.1.3.**  Adhere to EPA's Peer Review Handbook, 4th Edition, for the peer review of scientific and technical work products generated through EPA grants or cooperative agreements which, by definition, are not primarily for EPA's direct use or benefit.

### 39.2 Scientific Findings

**39.2.1.**  Require that reviews regarding the content of a scientific product that are conducted by the project manager and other recipient managers and the broader management chain be based only on scientific quality considerations, e.g., the methods used are clear and appropriate, the presentation of results and conclusions is impartial.

**39.2.2.**  Ensure scientific findings are generated and disseminated in a timely and transparent manner, including scientific research performed by employees, contractors, and program participants, who assist with developing or applying the results of scientific activities.

**39.2.3.**  Include, when communicating scientific findings, an explication of underlying assumptions, accurate contextualization of uncertainties, and a description of the probabilities associated with both optimistic and pessimistic projections, if applicable.

**39.2.4.** Document the use of independent validation of scientific methods.

**39.2.5.** Document any independent review of the recipient's scientific facilities and testing activities, as occurs with accreditation by a nationally or internationally recognized sanctioning body.

**39.2.6.** Make scientific information available online in open formats in a timely manner, including access to data and non-proprietary models.

**39.3 Scientific Misconduct**

**39.3.1.** Prohibit intimidation or coercion of scientists to alter scientific data, findings, or professional opinions or non-scientific influence of scientific advisory boards. In addition, recipient employees, contractors, and program participants, including scientists, managers, and other leadership, shall not knowingly misrepresent, exaggerate, or downplay areas of scientific uncertainty.

**39.3.2.** Prohibit retaliation or other punitive actions toward recipient employees who uncover or report allegations of scientific and research misconduct, or who express a differing scientific opinion. Employees who have allegedly engaged in scientific or research misconduct shall be afforded the due process protections provided by law, regulation, and applicable collective bargaining agreements, prior to any action. Recipients shall ensure that all employees and contractors of the recipient shall be familiar with these protections and avoid the appearance of retaliatory actions.

**39.3.3.** Require all recipient employees, contractors, and program participants to act honestly and refrain from acts of research misconduct, including publication or reporting, as described in EPA's Policy and Procedures for Addressing Research Misconduct, Section 9.C. Research misconduct does not include honest error or differences of opinion. While EPA retains the ultimate oversight authority for EPA-supported research, grant recipients conducting research bear primary responsibility for prevention and detection of research misconduct and for the inquiry, investigation, and adjudication of research misconduct alleged to have occurred in association with their own institution.

**39.3.4.** Take the actions required on the part of the recipient described in EPA's Policy and Procedures for Addressing Research Misconduct, Sections 6 through 9, when research misconduct is suspected or found.

**39.4 Additional Resources**

For more information about the Scientific Integrity Policy, an introductory video can be accessed at: https://youtu.be/FQJCy8BXXq8. A training video is available at: https://youtu.be/Zc0T7fooot8.

**40. Post-Award Disclosure of Current and Pending Support on Research Grants**

The recipient is required to notify EPA if there has been a change in support for the principal investigator and/or major co-investigators listed on EPA Key Contacts Form, EPA Form 5700-54, since submission of its application or the last reporting period in the performance report. If there has been a change, the recipient must report the change within 30 calendar days to the EPA Project Officer. The information should also be included in the next due performance report. EPA may consult with the Principal Investigator and the Authorized Representative, to determine the impact

of the new information on the EPA-funded research grant and, where necessary, take appropriate action.

If the recipient discovers that an investigator on an active EPA research grant failed to disclose current and pending support information or provided inaccurate information as part of the proposal submission process, it must provide the revised current and pending support information to the EPA Project Officer within 30 calendar days of the identification of the undisclosed or inaccurate current and pending support information.

**Public Policy Requirements**

**41. Civil Rights Obligations**

This term and condition incorporates by reference the signed assurance provided by the recipient's authorized representative on: 1) EPA Form 4700-4, "Preaward Compliance Review Report for All Applicants and Recipients Requesting EPA Financial Assistance"; and 2) Certifications and Representations in Sam.gov or Standard Form 424D, as applicable.

These assurances and this term and condition obligate the recipient to comply fully with applicable civil rights statutes and implementing federal and EPA regulations.

**(a) Statutory Requirements**

   i.  In carrying out this agreement, the recipient must comply with:

     **1)** Title VI of the Civil Rights Act of 1964, which prohibits discrimination based on race, color, and national origin, including limited English proficiency (LEP), by entities receiving Federal financial assistance.

     **2)** Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination against persons with disabilities by entities receiving Federal financial assistance; and

     **3)** The Age Discrimination Act of 1975, which prohibits age discrimination by entities receiving Federal financial assistance.

   ii.  If the recipient is an education program or activity (e.g., school, college, or university) or if the recipient is conducting an education program or activity under this agreement, it must also comply with:

     **1)** Title IX of the Education Amendments of 1972, which prohibits discrimination on the basis of sex in education programs and activities operated by entities receiving Federal financial assistance. For further information about your compliance obligations regarding Title IX, see 40 CFR Part 5 and https://www.justice.gov/crt/title-ix

   iii.  If this agreement is funded with financial assistance under the Clean Water Act (CWA), the recipient must also comply with:

     **1)** Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in CWA-funded programs or activities.

**(b) Regulatory Requirements**

   i.  The recipient agrees to comply with all applicable EPA civil rights regulations, including:

EPA 000088

1) For Title IX obligations, 40 C.F.R. Part 5; and
2) For Title VI, Section 504, Age Discrimination Act, and Section 13 obligations, 40 CFR Part7.
3) For statutory and national policy requirements, including those prohibiting discrimination and those described in Executive Order 13798 promoting free speech and religious freedom, 2 CFR 200.300.
4) As noted on the EPA Form 4700-4 signed by the recipient's authorized representative, these regulations establish specific requirements including maintaining compliance information, establishing grievance procedures, designating a Civil Rights Coordinator, and providing notices of non-discrimination.

(c) **TITLE VI – LEP, Public Participation and Affirmative Compliance Obligation**

   i.  As a recipient of EPA financial assistance, you are required by Title VI of the Civil Rights Act to provide meaningful access to LEP individuals. In implementing that requirement, the recipient agrees to use as a guide the Office of Civil Rights (OCR) document entitled "Guidance to Environmental Protection Agency Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Persons." The guidance can be found at:

https://www.federalregister.gov/documents/2004/06/25/04-14464/guidance-to-environmental-protection-agency-financial-assistance-recipients-regarding-title-vi.

  ii.  If the recipient is administering permitting programs under this agreement, the recipient agrees to use as a guide OCR's Title VI Public Involvement Guidance for EPA Assistance Recipients Administering Environmental Permitting Programs. The Guidance can be found at: https://www.govinfo.gov/content/pkg/FR-2006-03-21/pdf/06-2691.pdf.

 iii.  In accepting this assistance agreement, the recipient acknowledges it has an affirmative obligation to implement effective Title VI compliance programs and ensure that its actions do not involve discriminatory treatment and do not have discriminatory effects even when facially neutral. The recipient must be prepared to demonstrate to EPA that such compliance programs exist and are being implemented or to otherwise demonstrate how it is meeting its Title VI obligations.

## 42. Drug-Free Workplace

The recipient organization of this EPA assistance agreement must make an ongoing, good faith effort to maintain a drug-free workplace pursuant to the specific requirements set forth in Title 2 CFR Part 1536 Subpart B. Additionally, in accordance with these regulations, the recipient organization must identify all known workplaces under its federal awards and keep this information on file during the performance of the award.

Those recipients who are individuals must comply with the drug-free provisions set forth in Title 2 CFR Part 1536 Subpart C.

The consequences for violating this condition are detailed under Title 2 CFR Part 1536 Subpart E. Recipients can access the Code of Federal Regulations (CFR) Title 2 Part 1536 at www.ecfr.gov/.

EPA 000089

**43. Hotel-Motel Fire Safety**

Pursuant to USC 2225a, the recipient agrees to ensure that all space for conferences, meetings, conventions, or training seminars funded in whole or in part with federal funds complies with the protection and control guidelines of the Hotel and Motel Fire Safety Act (PL 101-391, as amended). Recipients may search the Hotel-Motel National Master List at https://apps.usfa.fema.gov/hotel/ to see if a property is in compliance, or to find other information about the Act.

**44. Lobbying Restrictions**

**a) This assistance agreement is subject to lobbying restrictions as described below. Applicable to all assistance agreements:**

 **i.** The chief executive officer of this recipient agency shall ensure that no grant funds awarded under this assistance agreement are used to engage in lobbying of the Federal Government or in litigation against the U.S. unless authorized under existing law. The recipient shall abide by the Cost Principles available at 2 CFR Part 200 which generally prohibits the use of federal grant funds for litigation against the U.S. or for lobbying or other political activities.

 **ii.** The recipient agrees to comply with Title 40 CFR Part 34, New Restrictions on Lobbying. The recipient shall include the language of this provision in award documents for all subawards exceeding $100,000 and require that subrecipients submit certification and disclosure forms accordingly.

 **iii.** In accordance with the Byrd Anti-Lobbying Amendment, any recipient who makes a prohibited expenditure under Title 40 CFR Part 34 or fails to file the required certification or lobbying forms shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such expenditure.

 **iv.** Contracts awarded by a recipient shall contain, when applicable, the anti-lobbying provision as stipulated in the Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards.

 **v.** By accepting this award, the recipient affirms that it is not a nonprofit organization described in Section 501(c)(4) of the Internal Revenue Code of 1986 as required by Section 18 of the Lobbying Disclosure Act; or that it is a nonprofit organization described in Section 501(c)(4) of the Code but does not and will not engage in lobbying activities as defined in Section 3 of the Lobbying Disclosure Act. Nonprofit organizations exempt from taxation under section 501(c)(4) of the Internal Revenue Code that engage in lobbying activities are ineligible for EPA subawards.

**b) Applicable to assistance agreements when the amount of the award is over $100,000:**

 **i.** By accepting this award, the recipient certifies, to the best of its knowledge and belief that:

  **1)** No Federal appropriated funds have been or will be paid, by or on behalf of the recipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan,

the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, or any employee of a Member of Congress in connection with this Federal grant or cooperative agreement, the recipient shall complete and submit the linked Standard Form -- LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

3) The recipient shall require that the language of this certification be included in the award documents for all subawards exceeding $100,000 at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

ii. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each failure.

## 45. Recycled Paper

When directed to provide paper documents, the recipient agrees to use recycled paper and double-sided printing for all reports which are prepared as a part of this agreement and delivered to EPA. This requirement does not apply to reports prepared on forms supplied by EPA.

## 46. Resource Conservation and Recovery Act

Consistent with goals of section 6002 of RCRA (42 U.S.C. 6962), State and local institutions of higher education, hospitals and non-profit organization recipients agree to give preference in procurement programs to the purchase of specific products containing recycled materials, as identified in 40 CFR Part 247.

Consistent with section 6002 of RCRA (42 U.S.C. 6962) and 2 CFR 200.323, State agencies or agencies of a political subdivision of a State and its contractors are required to purchase certain items made from recycled materials, as identified in 40 CFR Part 247, when the purchase price exceeds $10,000 during the course of a fiscal year or where the quantity of such items acquired in the course of the preceding fiscal year was $10,000 or more. Pursuant to 40 CFR 247.2 (d), the recipient may decide not to procure such items if they are not reasonably available in a reasonable period of time; fail to meet reasonable performance standards; or are only available at an unreasonable price.

## 47. Trafficking in Persons

a) **Provisions applicable to a recipient that is a private entity.**

i. The recipient, the recipient's employees, subrecipients under this award, and subrecipients' employees may not –

      1) Engage in severe forms of trafficking in persons during the period of time that the award is in effect;

      2) Procure a commercial sex act during the period of time that the award is an effect; or

      3) Use forced labor in performance of the award or subawards under the award.

    ii. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if the recipient or a subrecipient that is a private entity –

      1) Is determined to have violated a prohibition in paragraph a of this award term; or

      2) Has an employee who is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph a of this award term through conduct that is either –

        a. Associated with performance under this award; or

        b. Imputed to the recipient or subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, ''OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Non- procurement),'' as implemented by our Agency at 2 CFR Part 1532.

**b) Provision applicable to a recipient other than a private entity.** EPA may unilaterally terminate this award, without penalty, if a subrecipient that is a private entity –

    i. Is determined to have violated an applicable prohibition in paragraph a. of this award term; or

    ii. Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph a of this award term through conduct that is either

      1) Associated with performance under this award; or

      2) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, ''OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement),'' as implemented by EPA at 2 CFR Part 1532.

**c) Provisions applicable to any recipient**

    i. The recipient must inform the EPA immediately of any information received from any source alleging a violation of a prohibition in paragraph a of this award term.

    ii. Our right to terminate unilaterally that is described in paragraph a and b:

      1) Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

      2) Is in addition to all other remedies for noncompliance that are available to us under this award.

    iii. The recipient must include the requirements of paragraph a of this award term in any subaward made to a private entity.

**d) Definitions.** For purposes of this award term:

    i. "Employee" means either:

    1) An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

    2) Another person engaged in the performance of the project or program under this award and not compensated by you including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

ii. "Forced Labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

iii. "Private Entity"

    1) Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR 175.25.

    2) Includes:

        a. A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CFR 175.25(b).

        b. A for-profit organization

iv. "Severe forms of trafficking in persons," ''commercial sex act,'' and ''coercion'' have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

## 48. Build America, Buy America – Required Use of American Iron, Steel, Manufactured Products, and Construction Materials (effective October 23, 2023, and forward)

*Buy America Preference*. Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for an infrastructure project unless:

**(1)** All iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

**(2)** All manufactured products used in the project are produced in the United States— this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard that meets or exceeds this standard has been established under applicable law or regulation for determining the minimum amount of domestic content of the manufactured product; and

**(3)** All construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The construction material standards are listed below.

***Incorporation into an infrastructure project.*** The Buy America Preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America Preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project, but are not an integral part of the structure or permanently affixed to the infrastructure project.

***Categorization of articles, materials, and supplies.*** An article, material, or supply should only be classified into one of the following categories: (i) Iron or steel products; (ii) Manufactured products; (iii) Construction materials; or (iv) Section 70917(c) materials. An article, material, or supply should not be considered to fall into multiple categories. In some cases, an article, material, or supply may not fall under any of the categories listed in this paragraph. The classification of an article, material, or supply as falling into one of the categories listed in this paragraph must be made based on its status at the time it is brought to the work site for incorporation into an infrastructure project. In general, the work site is the location of the infrastructure project at which the iron, steel, manufactured products, and construction materials will be incorporated.

***Application of the Buy America Preference by category.*** An article, material, or supply incorporated into an infrastructure project must meet the Buy America Preference for only the single category in which it is classified.

***Determining the cost of components for manufactured products***. In determining whether the cost of components for manufactured products is greater than 55 percent of the total cost of all components, use the following instructions:

> **(a)** For components purchased by the manufacturer, the acquisition cost, including transportation costs to the place of incorporation into the manufactured product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or
> **(b)** For components manufactured by the manufacturer, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (a), plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the manufactured product.

***Construction material standards.*** The Buy America Preference applies to the following construction materials incorporated into infrastructure projects. Each construction material is followed by a standard for the material to be considered "produced in the United States." Except as specifically provided, only a single standard should be applied to a single construction material.

**(1)** Non-ferrous metals. All manufacturing processes, from initial smelting or melting through final shaping, coating, and assembly, occurred in the United States.

**(2)** Plastic and polymer-based products. All manufacturing processes, from initial combination of constituent plastic or polymer-based inputs, or, where applicable, constituent composite materials, until the item is in its final form, occurred in the United States.

**(3)** Glass. All manufacturing processes, from initial batching and melting of raw materials through annealing, cooling, and cutting, occurred in the United States.

**(4)** Fiber optic cable (including drop cable). All manufacturing processes, from the initial ribboning (if applicable), through buffering, fiber stranding and jacketing, occurred in the United States. All manufacturing processes also include the standards for glass and optical fiber, but not for non-ferrous metals, plastic and polymer-based products, or any others.

**(5)** Optical fiber. All manufacturing processes, from the initial preform fabrication stage through the completion of the draw, occurred in the United States.

**(6)** Lumber. All manufacturing processes, from initial debarking through treatment and planing, occurred in the United States.

**(7)** Drywall. All manufacturing processes, from initial blending of mined or synthetic gypsum plaster and additives through cutting and drying of sandwiched panels, occurred in the United States.

**(8)** Engineered wood. All manufacturing processes from the initial combination of constituent materials until the wood product is in its final form, occurred in the United States.

*Waivers.* When supported by rationale provided in IIJA §70914, the recipient may submit a waiver request in writing to EPA. Recipients should request guidance on the submission instructions of an EPA waiver request from the EPA Project Officer for this agreement. A list of approved EPA waivers (general applicability and project specific) is available on the EPA Build America, Buy America website.

EPA may waive the application of the Buy America Preference when it has determined that one of the following exceptions applies:

**(1)** applying the Buy America Preference would be inconsistent with the public interest;

**(2)** the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

**(3)** the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

For questions regarding the Build America, Buy America Act requirements for this assistance agreement or to determine if there is an approved waiver in place, please contact the EPA Project Officer for this agreement.

*Definitions.* For legal definitions and sourcing requirements, the recipient must consult the EPA Build America, Buy America website, 2 CFR Part 184, and the Office of Management and Budget's (OMB)

Memorandum M-24-02 Implementation Guidance on Application of Buy America Preference in Federal Financial Assistance Programs for Infrastructure.

**49. Required Certifications and Consequences of Fraud**

Per 2 CFR 200.415(a) Required Certifications, to assure that expenditures are proper and in accordance with the terms and conditions of the Federal award and approved project budgets, the financial reports or vouchers requesting payment under the agreement will include a certification that must be signed by an official who is authorized to legally bind the recipient which reads as follows:

"By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812)."

**50. Reporting Waste, Fraud and Abuse**

Consistent 2 CFR 200.113, the recipient and any subrecipients must report, in a timely manner, any violations of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting this award to the EPA Project Officer and the EPA Office of Inspector General (OIG) Hotline. The methods to contact the OIG hotline are (1) online submission via the EPA OIG Hotline Complaint Form; (2) email to OIG_Hotline@epa.gov; (3) phone 1-888-546-8740; or (4) mail directed to Environmental Protection Agency, Office of Inspector General, 1200 Pennsylvania Avenue, N.W. (2410T), Washington, DC 20460.

To support awareness of the OIG hotline, recipients and/or subrecipients receiving an EPA award or subaward of $1,000,000 or more must display EPA OIG Hotline posters in facilities where the work is performed under the grant. EPA OIG Hotline posters may be downloaded or printed or may be obtained by contacting the OIG at 1- 888-546-8740. Recipients and subrecipients need not comply with this requirement if they have established a mechanism, such as a hotline, by which employees may report suspected instances of improper conduct and have provided instructions that encourage employees to make such reports.

**51. Whistleblower Protections**

This award is subject is to whistleblower protections, including the protections established at 41 U.S.C. 4712 providing that an employee of the recipient or a subrecipient may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a covered person or body information that the employee reasonably believes is evidence of gross mismanagement of a Federal grant or subaward, a gross waste of Federal funds, an abuse of authority relating to a Federal grant or subaward, a substantial and specific danger to public health or safety, or a violation

of law, rule, or regulation related to a Federal grant or subaward. These covered persons or bodies include:

    **a.**  A member of Congress or representative of a committee of Congress.

    **b.**  An Inspector General.

    **c.**  The Government Accountability Office.

    **d.**  A Federal employee responsible for contract or grant oversight or management at the relevant agency.

    **e.**  An authorized official of the Department of Justice or other law enforcement agency.

    **f.**  A court of grand jury.

    **g.**  A management official or other employee of the contractor, subcontractor, or grantee who has the responsibility to investigate, discover, or address misconduct.

Consistent with 41 U.S.C. 4712(d), the recipient and subrecipients shall inform their employees in writing, in the predominant language of the workforce or organization, of employee whistleblower rights and protections under 41 U.S.C. 4712. Additional information about whistleblower protections, including protections for such employees may be found at the EPA Office of Inspector General's Whistleblower Protection page.

## 52. Access to Records

In accordance with 2 CFR 200.337, EPA and the EPA Office of Inspector General (OIG) have the right to access any documents, papers, or other records, including electronic records, of the recipient and subrecipient which are pertinent to this award in order to make audits, examinations, excerpts, and transcripts. This right of access also includes timely and reasonable access to the recipient and subrecipient's personnel for the purpose of interview and discussion related to such documents. This right of access shall continue as long as the records are retained.

Environmental Protection Agency

# General Terms and Conditions

*Effective October 1, 2024*

**Revision History:**

The Environmental Protection Agency's General Terms and Conditions ***are published and become effective October 1st at the start of the federal fiscal year.*** Any additions, revisions, or changes to the terms and conditions after October 1 will be summarized below.

| T&C Number | Effective Date | Description of Changes |
|---|---|---|
| #41 | 4/26/2025 | Added a new T&C on the procurement of synthetic nucleic acids and benchtop nucleic acid synthesis equipment. |
| #18 | 11/26/2024 | Added language on the de minimis rate for grants amended to incorporate the October 2024 Revisions to 2 CFR Part 200. |
| | | |

**Table of Contents**

Preface .................................................................................................................................................. 2

Financial Information ............................................................................................................................ 3

Selected Items of Cost ......................................................................................................................... 5

Reporting and Additional Post-Award Requirements ....................................................................... 10

Programmatic General Terms and Conditions .................................................................................. 25

Public Policy Requirements ............................................................................................................... 34

**Preface**

1. **Introduction**
   (a) These terms and conditions are in addition to the assurances and certifications made as part of the award and terms, conditions, and restrictions reflected on the official assistance award document. Recipients **must** review their official award document for additional administrative and programmatic requirements. Failure to comply with the general terms and conditions outlined below and those directly reflected on the official assistance award document may result in enforcement actions as outlined in 2 CFR 200.339 and 2 CFR 200.340.
   (b) If the EPA General Terms and Conditions have been revised, EPA will update the terms and conditions when it provides additional funding (incremental or supplemental) prior to the end of the period of performance of this agreement. The recipient must comply with the revised terms and conditions after the effective date of the EPA action that leads to the revision. Revised terms and conditions do not apply to the recipient's expenditures of EPA funds or activities the recipient carries out prior to the effective date of the EPA action. EPA will inform the recipient of revised terms and conditions in the action adding additional funds.

2. **Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards**
   This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 and 2 CFR Part 1500. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the EPA adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the EPA policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of 2 CFR 200.110(a) and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

3. **Termination**
   Consistent with 2 CFR 200.340, EPA may terminate this award in part or its entirety:
   (a) If a recipient or subrecipient fails to comply with the terms and conditions of the award, including statutory or regulatory requirements;
   (b) With the consent of the recipient when both the recipient and the EPA agree upon the termination conditions, which include the effective date and, in the case of partial termination, the portion to be terminated;
   (c) If a recipient sends the EPA a written notification of the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated; however, if the EPA determines that the remaining portion of the Federal award will not accomplish the

purposes for which the Federal award was made, the EPA may terminate the award in its entirety; or

**(d)** Pursuant to the programmatic terms and conditions specified in the Federal award.

**Financial Information**

4. **Reimbursement Limitation**

   EPA's financial obligations to the recipient are limited by the amount of federal funding awarded to date as reflected on the award document. If the recipient incurs costs in anticipation of receiving additional funds from EPA, it does so at its own risk. See 2 CFR 1500.9.

5. **Automated Standard Application Payments (ASAP) and Proper Payment Draw Down**

   **Electronic Payments.** Recipients must be enrolled or enroll in the Automated Standard Application for Payments (ASAP) system to receive payments under EPA financial assistance agreements unless:
   - EPA grants a recipient-specific exception;
   - The assistance program has received a waiver from this requirement;
   - The recipient is exempt from this requirement under 31 CFR 208.4; or,
   - The recipient is a fellowship recipient pursuant to 40 CFR Part 46.

   EPA will not make payments to recipients until the ASAP enrollment is completed or if recipients fall under one of the above categories. EPA's Research Triangle Park Finance Center (RTPFC) will initiate the ASAP enrollment based on the key contact information on the grant application. The "payee" on the key contacts form will receive an email from ASAP indicating the steps required for completing the enrollment. Recipients may request exceptions using the procedures below.

   Under this payment mechanism, the recipient initiates an electronic payment request online via ASAP, which is approved or rejected based on the amount of available funds authorized by EPA in the recipient's ASAP account. Approved payments are credited to the account at the financial institution of the recipient organization set up by the recipient during the ASAP enrollment process.

   Additional information concerning ASAP and enrollment can be obtained by contacting the EPA RTPFC, at rtpfc-grants@epa.gov, or by visiting: https://www.fiscal.treasury.gov/asap/.

   EPA will grant exceptions to the ASAP enrollment requirement only in situations in which the recipient demonstrates to EPA that receiving payment via ASAP places an undue administrative or financial management burden on the recipient or EPA determines that granting the waiver is in the public interest. Recipients may request an exception to the requirement by following the procedures specified in RAIN-2018-G06-R.

   **Proper Payment Drawdown (for recipients other than states)**

   **(a)** As required by 2 CFR 200.305(b), the recipient must draw funds from ASAP only for the minimum amounts needed for actual and immediate cash requirements to pay employees, contractors, subrecipients or to satisfy other obligations for allowable costs under this assistance agreement. The timing and amounts of the drawdowns must be as close as administratively

feasible to actual disbursements of EPA funds. Disbursement within 5 business days of drawdown will comply with this requirement and the recipient agrees to meet this standard when performing this award.

**(b)** Recipients may not retain more than 5% of the amount drawn down, or $1,000 whichever is less, 5 business days after drawdown to materially comply with the standard. Any EPA funds subject to this paragraph that remain undisbursed after 5 business days must be fully disbursed within 15 business days of draw down or be returned to EPA.

**(c)** If the recipient draws down EPA funds in excess of that allowed by paragraph b., the recipient must contact rtpfc-grants@epa.gov for instructions on whether to return the funds to EPA. The recipient  must comply with the requirements at 2 CFR 200.305(b)(11)  regarding depositing advances of Federal funds in interest bearing accounts.

**(d)** Returning Funds: Pay.gov is the preferred mechanism to return funds. It is free, secure, paperless, expedient, and does not require the recipient//vendor to create an account. Contact RTPFC-Grants at rtpfc-grants@epa.gov to obtain complete instructions. Additional information is available at the Pay.gov website. Information on how to repay EPA via check is available at https://www.epa.gov/financial/makepayment. Instructions on how to return funds to EPA electronically via ASAP are available at https://www.fiscal.treasury.gov/asap/.

**(e)** Failure on the part of the recipient to materially comply with this condition may, in addition to EPA recovery of the un-disbursed portions of the drawn down funds, lead to changing the payment method from advance payment to a reimbursable basis. EPA may also take other remedies for noncompliance under 2 CFR 200.208 and/or 2 CFR 200.339.

**(f)** If the recipient believes that there are extraordinary circumstances that prevent it from complying with the 5-business day disbursement requirement throughout the performance period of this agreement, recipients  may request an exception to the requirement by following the procedures specified in RAIN-2018-G06-R. EPA will grant exceptions to the 5-business day disbursement requirement only if the recipient demonstrates that compliance places an undue administrative or financial management burden or EPA determines that granting the exception is in the public interest. EPA will grant exceptions to the 5-business day disbursement requirement only if the recipient demonstrates that compliance places an undue administrative or financial management burden or EPA determines that granting the exception is in the public interest.

**Proper Payment Drawdown for State Recipients**

In accordance with 2 CFR 200.305(a), payments are governed by Treasury-State Cash Management Improvement Act (CMIA) agreements and default procedures codified at 31 CFR Part 205, Subparts A and B and Treasury Financial Manual (TFM) 4A-2000, "Overall Disbursing Rules for All Federal Agencies" unless a program specific regulation (e.g. 40 CFR 35.3160 or 40 CFR 35.3560) provides otherwise. Pursuant to 31 CFR Part 205, *Subpart A—Rules Applicable to Federal Assistance Programs Included in a Treasury-State Agreement,* States follow their Treasury-State CMIA Agreement for major Federal programs listed in the agreement. For those programs not listed as major in the Treasury-State agreement, the State follows the default procedures in 31 CFR Part 205, Subpart B— Rules Applicable to Federal Assistance Programs Not Included in a Treasury-State Agreement, which directs State recipients to draw-down and disburse Federal financial assistance funds in anticipation

of immediate cash needs of the State for work under the award. States must comply with 2 CFR 200.302(a) in reconciling costs incurred and charged to EPA financial assistance agreements at time of close out unless a program specific regulation provides otherwise.

**Selected Items of Cost**

6. **Prohibition on Certain Telecommunications and Video Surveillance Service Equipment or Services**
   As required by 2 CFR 200.216, EPA recipients and subrecipients, including borrowers under EPA-funded revolving loan fund programs, are prohibited from obligating or expending Federal loan or grant funds to procure or obtain covered telecommunications equipment or services; extend or renew a contract to procure or obtain covered telecommunications equipment or services; or enter into a contract (or extend or renew a contract) to procure or obtain covered telecommunications equipment or services. As described in section 889 of Public Law 115-232, "covered telecommunications equipment or services" means any of the following:
   1. Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);
   2. For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
   3. Telecommunications or video surveillance services provided by such entities or using such equipment;
   4. Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

   Pursuant to 2 CFR 200.216(c), "covered telecommunications equipment or services" also include systems that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Consistent with 2 CFR 200.471, costs incurred for telecommunications and video surveillance services or equipment such as phones, internet, video surveillance, and cloud servers are allowable except for the following circumstances:
   (a) Obligating or expending EPA funds for covered telecommunications and video surveillance services or equipment or services as described in 2 CFR 200.216 to:
       (1) Procure or obtain, extend or renew a contract to procure or obtain;
       (2) Enter into a contract (or extend or renew a contract) to procure; or
       (3) Obtain the equipment, services, or systems.

EPA 000102

Certain prohibited equipment, systems, or services, including equipment, systems, or services produced or provided by entities identified in section 889 of Public Law 115-232, are recorded in the System for Award Management exclusion list.

**7. Consultant Cap**

EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule, available at: https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/, to be adjusted annually. This limit applies to consultation services of designated individuals with specialized skills who are paid at a daily or hourly rate. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices).

Information on how to calculate the maximum daily rate and the daily pay limitation is available at the Office Of Personnel Management's Fact Sheet: How to Compute Rates of Pay and Fact Sheet: Expert and Consultant Pay. Specifically, to determine the maximum daily rate, follow these steps:

**(1)** Divide the Level IV salary by 2087 to determine the hourly rate. Rates must be rounded to the nearest cent, counting one-half cent and over as the next higher cent (e.g., round $18.845 to $18.85).

**(2)** Multiply the hourly rate by 8 hours. The product is the maximum daily rate.

Contracts and subcontracts with firms for services that are awarded using the procurement requirements in Subpart D of 2 CFR Part 200 are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See 2 CFR 1500.10.

**8. Establishing and Managing Subawards**

If the recipient chooses to pass funds from this assistance agreement to other entities, the recipient must comply with applicable subaward provisions of 2 CFR Part 200 and the EPA Subaward Policy.

As a pass-through entity, the recipient agrees to:

**1.** Select subrecipients and conduct subaward competitions, as appropriate, using a system that properly differentiates between subrecipients and procurement contractors consistent with the differentiating characteristics explained in 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

**2.** Verify that the potential subrecipient is not excluded or disqualified in accordance with the verification methods provided in 2 CFR 180.300, such as confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

**3.** Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(b). EPA has developed a

template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

4. Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier" (UEI). The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(b). Subrecipients are not required to complete full System for Award Management (SAM.gov) registration to obtain a UEI. Information regarding obtaining a UEI is available at the System for Award Management (SAM.gov) Internet site: http://www.sam.gov/SAM/and in the General Condition of the pass-through entity's agreement with EPA entitled **"System for Award Management and Universal Identifier Requirements"** T&C of the pass-through entity's agreement with the EPA.

5. Ensure that subrecipients are aware of the requirements that apply to the subaward, including those that flow down from the recipient, as required by 2 CFR 200.332(b) and monitor the activities of the subrecipient to ensure compliance with these requirements per 2 CFR 200.332(e). These requirements include, among others:

   a. Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable, including provisions protecting free speech, religious liberty, public welfare, and the environment per 2 CFR 200.300(a), as well as regulations, including 2 CFR 200.300(b) prohibiting discrimination based on sex, sexual orientation, or gender identity.

   b. Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition pass-through entity's agreement with EPA entitled **"Reporting Subawards and Executive Compensation."**

   c. Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled **"Consultant Fee Cap."**

   d. EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "**Management Fees**."

   e. The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants) and Domestic preferences for procurements at 2 CFR 200.322.

   f. Other statutes, regulations and Executive Orders that may apply to subawards are described at Information on Requirements that Pass-Through Entities must "Flow Down" to Subrecipients. Many Federal requirements are agreement- or program-specific, and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

6. Establish and follow a system for evaluating subrecipient fraud risk and risk of noncompliance with a subaward to determine the appropriate monitoring described at 2

CFR 200.332(c) and consider whether, based on the evaluation of risk, additional monitoring tools may be useful as described in 2 CFR 200.332(f). When evaluating a subrecipient's risk, a pass-through entity should consider:

   **a.**  The subrecipient's prior experience with same or similar subawards;

   **b.**  Results of previous audits, including considering whether the subrecipient receives a Single Audit, in accordance with 2 CFR Part 200, Subpart F and the extent to which the same or similar subawards have been audited as a major program;

   **c.**  Whether the subrecipient has new personnel or new or substantially change systems, and

   **d.**  The extent and results of any Federal agency monitoring (for example, if the subrecipient also receives Federal awards directly from the Federal agency).

**7.** Establish and follow a process for deciding whether to implement specific conditions in subawards based on risk factors, as described in 2 CFR 200.208, and notify EPA of the specific conditions as required by 2 CFR 200.332(d). Examples of specific conditions, per 2 CFR 200.208, may include:

   **a.**  Requiring payments as reimbursements rather than advance payments;

   **b.**  Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance;

   **c.**  Requiring additional or more detailed financial reports;

   **d.**  Requiring additional or project monitoring;

   **e.**  Requiring the recipient or subrecipient to obtain technical or management assistance; or

   **f.**  Establishing additional prior approvals.

**8.** Establish and follow a system for monitoring subrecipient performance that includes the elements required at 2 CFR 200.332(e), such as reviewing financial and performance reports, and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

**9.** Ensure that a subrecipient provides a plan for and takes corrective action on all significant developments that negatively affect the subaward. Per 2 CFR 200.332(e)(2), significant developments include Single Audit findings related to the subaward, other audit findings, site visits, and written notifications from a subrecipient of adverse conditions that will impact their ability to meet the milestones or objectives of the subaward.

**10.** Establish and maintain an accounting system which ensures compliance with the $50,000 limitation at 2 CFR 200.1, *Modified Total Direct Costs*, if applicable, on including subaward costs in *Modified Total Direct Costs* for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

**11.** Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA) prior to awarding a subaward to a foreign or international organization or a subaward to be performed in a foreign country, even if that subaward is described in a

proposed scope of work.

12. Obtain prior written approval from the EPA's Award Official for any subawards or subaward activities that are not described in the approved work plan in accordance with 2 CFR 200.308. As provided in 2 CFR 200.308(f)(6), recipients must obtain prior approval to change a named subrecipient from the EPA Award Official if the pass-through entity described the original subrecipient's qualifications and/or performance history in the competitive application. Recipients must contact their Project Officer to begin the prior approval process.

13. Obtain prior written approval from the EPA's Award Official before awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

14. Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

15. Verify that the subrecipient is audited, as applicable, per 2 CFR part 200, Subpart F, and establish and maintain a system under 2 CFR 200.332(g) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to the Federal award from the recipient. The recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are either reimbursed or offset with allowable costs, regardless of whether the recipient recovers those costs from the subrecipient.

16. As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. Recipients should consult with their EPA Project Officer regarding how to obtain EPA approval.

By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 16 above or will refrain from making subawards until the systems are designed and implemented.

**Subawards to Federal Agencies – Clarity on Applicable EPA Terms and Conditions:** If the subrecipient is a Federal agency, the only provisions of the EPA General Terms and Conditions implementing 2 CFR Part 200 on subawards that apply are: (1) the requirement for the Federal agency to obtain a Unique Entity Identifier (UEI) in accordance with 2 CFR Part 25 as described in Item 4 above and (2) the requirement for the recipient to report on first-tier subawards as described in EPA General Term and Condition 15.1, "Reporting of first tier subawards."

As provided within 2 CFR 200.101(a)(2), all other provisions of 2 CFR Part 200, Subparts A through E, do not apply to subawards with federal agencies. Transactions between the recipient and the

Federal agency subrecipient will be governed by the Federal agency subrecipient's cost reimbursement agreement with the recipient.

9. **Management Fees**

Management Fees or similar charges in excess of the direct costs and approved indirect rates are not allowable. The term "management fees or similar charges" refers to expenses added to the direct costs in order to accumulate and reserve funds for ongoing business expenses; unforeseen liabilities; or for other similar costs which are not allowable under this assistance agreement. Management fees or similar charges may not be used to improve or expand the project funded under this agreement, except to the extent authorized as a direct cost of carrying out the scope of work.

10. **Federal Employee Costs**

The recipient understands that none of the funds for this project (including funds contributed by the recipient as cost sharing) may be used to pay for the travel of Federal employees or for other costs associated with Federal participation in this project unless a Federal agency will be providing services to the recipient as authorized by a Federal statute.

11. **Foreign Travel**

**EPA policy requires that all foreign travel must be approved by its Office of International and Tribal Affairs.** The recipient agrees to obtain prior EPA approval before using funds available under this agreement for international travel unless the trip(s) are already described in the EPA approved budget for this agreement. Foreign travel includes trips to Mexico and Canada but does not include trips to Puerto Rico, the U.S. Territories or possessions. Recipients that request post-award approval to travel frequently to Mexico and Canada by motor vehicle (e.g., for sampling or meetings) may describe their proposed travel in general terms in their request for EPA approval. Requests for prior approval must be submitted to the Project Officer for this agreement.

12. **The Fly America Act and Foreign Travel**

The recipient understands that all foreign travel **funded under this assistance agreement** must comply with the Fly America Act. All travel must be on U.S. air carriers certified under 49 U.S.C. Section 40118, to the extent that service by such carriers is available even if foreign air carrier costs are less than the American air carrier.

13. **Union Organizing**

Grant funds may not be used to support or oppose union organizing, whether directly or as an offset for other funds.

**Reporting and Additional Post-Award Requirements**

14. **System for Award Management and Universal Identifier Requirements**

EPA 000107

**14.1**     **Requirement for System for Award Management (SAM)** Unless exempted from this requirement under 2 CFR 25.110, the recipient must maintain current and active registrationSAM.gov. The recipient's registration must always be current and active until it submits all final reports required under this Federal award or receive the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.

**14.2**     **Requirement for Unique Entity Identifier (UEI).** If the recipient is authorized to make subawards under this award, the recipient:

    **a.**  Must notify potential subrecipients that no entity may receive a subaward unless the entity has provided its UEI to the recipient.

    **b.**  Must not make a subaward to an entity unless the entity has provided its UEI. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.

**14.3**     **Definitions.** For the Purpose of this award term:

    **a.**  **System for Award Management (SAM.gov)** means the Federal repository into which an entity must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at: https://www.sam.gov).

    **b.**  **Unique Entity Identifier** means the universal identifier assigned by SAM.gov to uniquely identify an entity.

    **c.**  **Entity** is defined at 2 CFR 25.400 and includes all of the following types as defined in 2 CFR 200.1:

        **1)**  Non-federal entity,

        **2)**  Foreign organization;

        **3)**  Foreign public entity;

        **4)**  Domestic for-profit organization; and

        **5)**  Federal agency.

    **d.**  **Subaward** has the meaning given in 2 CFR 200.1

    **e.**  **Subrecipient** has the meaning given in 2 CFR 200.1

**15. Reporting Subawards and Executive Compensation**

**15.1**     **Reporting of first tier subawards.**

    **a.**  **Applicability**. Unless the recipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report each action that obligates $30,000 or more in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000.

   **b. Reporting Requirements.** (1) The entity or Federal agency must report each subaward described in paragraph 15.1.a of this award term to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at https://www.fsrs.gov. (2) For subaward information, report no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on any date during the month of November of a given year, the obligation must be reported by no later than December 31 of that year.)

**15.2**    **Reporting Total Compensation of Recipient Executives.**

   **a. Applicability.** The recipient must report the total compensation for each of its five most highly compensated executives for the preceding completed fiscal year, if:

   **15.2.a.1.** The total Federal funding authorized to date under this award is $30,000 or more;

   **15.2.a.2.** In the preceding fiscal year, the recipient received: (i.) 80 percent or more of their annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act); (ii.) and $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

   **15.2.a.3.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: http:// www.sec.gov/answers/execomp.htm.)

   **b. Reporting Requirements.** The recipient must report executive total compensation described in paragraph 15.2.a of this award term: (i.) As part of the recipient's registration profile at https://www.sam.gov/SAM/ (ii.) No later than the end of the month following the month in which this award is made, and annually thereafter (For example if this award was made on any date of November in a given year, the executive total compensation must be reported by no later than December 31 of that year.)

**15.3**    **Reporting Total Compensation of Subrecipient Executives.**

   **a. Applicability.** Unless a first-tier subrecipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

   **15.3.a.1.** The total federal funding authorized to date under the subaward equals or exceeds $30,000; and

   **15.3.a.2.** In the subrecipient's preceding fiscal year, the subrecipient received: (i.) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards subject to the Transparency Act; and (ii.)

$25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

**15.3.a.3.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: http:// www.sec.gov/answers/execomp.htm.)

    **b.** **Reporting Requirements.** Subrecipients must report their executive total compensation described in paragraph 15.3.a. of this award term to the recipient. The recipient is required to submit this information to FSRS at http:///www.fsrs.gov no later than the end of the month following the month in which the subaward was made. (For example, if a subaward was made on any date during the month of October of a given year, the subaward must be reported no later than November 30 of that year).

**15.4**    **Exemptions**

    **a.** If, in the previous tax year, the recipient had gross income, from all sources, under $300,000, the recipient is exempt from the requirements to report:

**15.4.a.1.** (i) subawards, and (ii) the total compensation of the five most highly compensated executives of any subrecipient.

**15.5**    **Definitions.** For purposes of this award term:

    **a.** **Entity:** includes:

(1) whether for profit or nonprofit: (i) A corporation; (ii) An association; (iii) A partnership; (iv) A limited liability company; (v) A limited liability partnership; (vi) A sole proprietorship; (vii) Any other legal business entity; (viii) Another grantee or contractor that is not excluded by subparagraph (2); and (ix) Any State or locality. (2) It does not include: (i) An individual recipient of Federal financial assistance; or (ii) A Federal employee.

    **b.** **Executive** means an officer, managing partner, or any other employee holding a management position.

    **c.** **Subaward:** has the meaning given in 2 CFR 200.1

    **d.** **Subrecipient** has the meaning given in 2 CFR 200.1.

    **e.** **Total compensation** means the cash and noncash dollar value an executive earns during the recipient's or subrecipient's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2)).

## 16. Recipient Integrity and Performance Matters – Reporting of Matters Related to Recipient Integrity and Performance

**16.1**    **General Reporting Requirement**

EPA 000110

If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient during that period of time must maintain the currency of information reported to SAM.gov that is made available in the designated integrity and performance system (currently the responsibility/qualification information) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

**16.2**  **Proceedings About Which You Must Report**

Submit the information required about each proceeding that:

**a.**  Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

**b.**  Reached its final disposition during the most recent five-year period; and

**c.**  Is one of the following:

**16.2.c.1.**  A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

**16.2.c.2.**  A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

**16.2.c.3.**  An administrative proceeding, as defined in paragraph 5. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

**16.2.c.4.**  Any other criminal, civil, or administrative proceeding if:

**16.2.c.4.1.**  It could have led to an outcome described in paragraph 16.2.c.1, 16.2.c.2, or 16.2.c.3 of this award term and condition;

**16.2.c.4.2.**  It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

**16.2.c.4.3.**  The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

**16.3**  **Reporting Procedures**

Enter in SAM.gov Entity Management area the information that SAM.gov requires about each proceeding described in paragraph 2 of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.

**16.4** **Reporting Frequency**

During any period of time when you are subject to the requirement in paragraph 16.1 of this award term and condition, you must report proceedings information through SAM.gov for the most recent five-year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

**16.5** **Definitions**

For purposes of this award term and condition:

**a.** Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.,* Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

**b.** Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

**c.** Total value of currently active grants, cooperative agreements, and procurement contracts includes –

**16.5.c.1.** Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

**16.5.c.2.** The value of all expected funding increments under a Federal award and options, even if not yet exercised.

**17. Federal Financial Reporting (FFR)**

Pursuant to 2 CFR 200.328 and 2 CFR 200.344, EPA recipients must submit the Federal Financial Report (SF-425) at least annually and no more frequently than quarterly. EPA's standard reporting frequency is annual unless an EPA Region has included an additional term and condition specifying greater reporting frequency within this award document in accordance with 2 CFR 200.208. EPA recipients must submit the SF-425 no later than 30 calendar days after the conclusion of each specified reporting period for quarterly and semi-annual reports and 90 calendar days for annual reports. Final reports are due no later than 120 calendar days after the conclusion of the period of performance of the award. Extension of reporting due dates may be approved by EPA when requested and justified by the recipient. The FFR form is available on the internet at: https://www.epa.gov/grants/sf-425-federal-financial-report. All FFRs must be submitted to the Research Triangle Park Finance Center (RTPFC) via email at rtpfc- grants@epa.gov or mail it to:

US Environmental Protection Agency
RTP-Finance Center (Mail Code AA216-01)
4930 Page Rd.
Durham, NC 27703

The RTPFC will make adjustments as necessary, to obligated funds after reviewing and accepting a final Federal Financial Report. Recipients will be notified and instructed by EPA if they must complete any additional forms for the closeout of the assistance agreement.

**18. Indirect Cost Rate Agreements**

This term and condition provides requirements for recipients using EPA funds for indirect costs and applies to all EPA assistance agreements unless there are statutory or regulatory limits on IDCs. See also EPA's Indirect Cost Policy for Recipients of EPA Assistance Agreements (IDC Policy).

In order for the assistance agreement recipient to use EPA funding for indirect costs, the IDC category of the recipient's assistance agreement award budget must include an amount for IDCs and at least one of the following must apply:

- With the exception of "exempt" agencies and Institutions of Higher Education as noted below, all recipients must have one of the following current (not expired) IDC rates, including IDC rates that have been extended by the cognizant agency:
  - Provisional
  - Final
  - Fixed rate with carry-forward
  - Predetermined
  - Grants awarded before October 1, 2024 - 10% de minimis rate of modified total direct costs authorized by 2 CFR 200.414(f)
  - Grants awarded on or after October 1, 2024 – up to a 15% de minimis rate of modified total direct costs authorized by 2 CFR 200.414(f)
  - Grants amended to incorporate the October 2024 Revisions to 2 CFR 200 – up to a 15% de minimis rate of modified total direct costs authorized by 2 CFR 200.414(f), effective as of the date of the amendment and going forward, cannot be applied retroactively
  - EPA-approved use of an expired fixed rate with carry-forward on an exception basis, as detailed in section 6.4.a. of the IDC Policy
- "Exempt" state of local governmental departments or agencies are agencies that receive up to and including $35,000,000 in Federal funding per the department or agency's fiscal year and must have an IDC rate proposal developed in accordance with 2 CFR Part 200, Appendix VII, with documentation maintained and available for audit.
- Institutions of Higher Education must use the IDC rate(s) on the approved rate agreement in place at the time of award during the life of the assistance agreement (unless the rate was provisional at time of award, in which case the rate will change once it becomes final). As provided by 2 CFR Part 200, Appendix III(C)(7), the term "life of the assistance agreement",

means each competitive segment of the project. If negotiated rate agreements do not extend through the life of the Federal award at the time of the initial award, then the negotiated rate for the last year of the Federal award must be extended through the end of the award. Additional information is available in the regulation.

IDCs incurred during any period of the assistance agreement that are not covered by the provisions above are not allowable costs and must not be drawn down by the recipient. Recipients may budget for IDCs if they have submitted a proposed IDC rate to their cognizant Federal agency, or requested an exception from EPA under subsection 6.4 of the IDC Policy. However, recipients may not draw down IDCs until their rate is approved, if applicable, or EPA grants an exception. IDC drawdowns must comply with the indirect rate corresponding to the period during which the costs were incurred.  If the recipient's indirect cost rate has not been finalized within one year after the period of performance ends, the EPA Grants Management Officer is authorized to close the recipient's award using their most recently negotiated rate per 2 CFR 200.344(h).
This term and condition does not govern indirect rates for subrecipients or recipient procurement contractors under EPA assistance agreements. Pass-through entities are required to comply with 2 CFR 200.332(b)(4)(i) and (ii) when establishing indirect cost rates for subawards.

## 19. Audit Requirements
In accordance with 2 CFR 200.501(a), the recipient hereby agrees to obtain a single audit from an independent auditor, if their organization expends $1,000,000 or more in total Federal funds in their fiscal year for that year.

The recipient must submit a single audit report within 9 months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent auditor. The single audit report MUST be submitted using the Federal Audit Clearinghouse available at: https://fac.gov/.

For complete information on how to accomplish the single audit submissions, the recipient will need to visit the Federal Audit Clearinghouse Web site: https://fac.gov/

## 20. Closeout Requirements
Reports required for closeout of the assistance agreement must be submitted in accordance with this agreement. Submission requirements and frequently asked questions can also be found at: https://www.epa.gov/grants/frequent-questions-about-closeouts

## 21. Suspension and Debarment
Recipient shall fully comply with Subpart C of 2 C.F.R. Part 180 entitled, "Responsibilities of Participants Regarding Transactions Doing Business With Other Persons," as implemented and supplemented by 2 C.F.R. Part 1532. Recipient is responsible for ensuring that any lower tier covered transaction, as described in Subpart B of 2 C.F.R. Part 180, entitled "Covered Transactions," and 2 C.F.R. § 1532.220, includes a term or condition requiring compliance with 2 C.F.R. Part 180, Subpart C. Recipient is responsible for further requiring the inclusion of a similar term and condition

EPA 000114

in any subsequent lower tier covered transactions. Recipient acknowledges that failing to disclose the information required under 2 C.F.R. § 180.335 to the EPA office that is entering into the transaction with the recipient may result in the delay or negation of this assistance agreement, or pursuance of administrative remedies, including suspension and debarment. Recipients may access the SAM.gov exclusion list at https://sam.gov/SAM/ to determine whether an entity or individual is presently excluded or disqualified.

**22. Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law**

This award is subject to the provisions contained in an appropriations act(s) which prohibits the Federal Government from entering into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee to any corporation having a delinquent Federal tax liability or a felony conviction under any Federal law, unless the agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government. A "corporation" is a legal entity that is separate and distinct from the entities that own, manage, or control it. It is organized and incorporated under the jurisdictional authority of a governmental body, such as a State or the District of Columbia. A corporation may be a for-profit or non-profit organization.

As required by the appropriations act(s) prohibitions, the Government will not enter into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee with any corporation that — (1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or (2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

By accepting this award, the recipient represents that it is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and it is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

Alternatively, by accepting this award, the recipient represents that it disclosed unpaid Federal tax liability information and/or Federal felony conviction information to the EPA. The recipient may accept this award if the EPA Suspension and Debarment Official has considered suspension or

debarment of the corporation based on tax liabilities and/or Federal felony convictions and determined that suspension or debarment is not necessary to protect the Government's interests.

If the recipient fails to comply with this term and condition, EPA will annul this agreement and may recover any funds the recipient has expended in violation of the appropriations act(s) prohibition(s). The EPA may also pursue other administrative remedies as outlined in 2 CFR 200.339 and 2 CFR 200.340 and may also pursue suspension and debarment.

### 23. Disclosing Conflict of Interest

#### 23.1    For Awards to Recipients, Subrecipients, and Individuals (other than states and fellowship recipients under 40 CFR Part 46)

As required by 2 CFR 200.112, EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy. The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental and incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grant Specialist will respond to any such disclosure within 30 calendar days.

EPA's COI Policy requires that recipients have systems in place to address, resolve and disclose to EPA COIs described in sections 4.0(b), (c) and/or (d) of the COI Policy that affect any contract or subaward regardless of amount funded under this award. The recipient's COI Point of Contact for the award must disclose any COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of the discovery of the potential COI and their approach for resolving the COI.

EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COI's described in section 4.0(b)(c) and (d) of the COI Policy regardless of the amount of the transaction. Recipients who are pass-through entities as defined at 2 CFR 200.1 must require that subrecipients being considered for or receiving subawards disclose COI to the pass-through entities in a manner that, at a minimum, is in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. Pass-through entities must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that recipients and subrecipients disclose COI's that are discovered under their systems for addressing and resolving COI. If recipients or subrecipients do not discover a COI, they do not need to advise EPA or the pass-through entity of the absence of a COI.

EPA 000116

Upon notice from the recipient of a potential COI and the approach for resolving it, the Agency will then make a determination regarding the effectiveness of these measures within 30 days of receipt of the recipient's notice unless a longer period is necessary due to the complexity of the matter. Recipients may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. Failure to disclose a COI may result in cost disallowances.

Disclosure of potential COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate 2 CFR 200.318(c)(1) or (2), provided the recipient notifies EPA of measures the recipient or subrecipient has taken to eliminate, neutralize or mitigate the conflict of interest when making the disclosure.

**23.2    For Awards to States Including State Universities that are State Agencies or Instrumentalities**

As required by 2 CFR 200.112, EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at: https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy. The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental, incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grants Specialist will respond to any such disclosure within 30 calendar days.

States including state universities that are state agencies and instrumentalities receiving funding from EPA are only required to disclose subrecipient COI as a pass-through entity as defined by 2 CFR 200.1. Any other COI are subject to state laws, regulations, and policies. EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COIs described in section 4.0(b)(c) and (d) of the COI Policy that arise after EPA made the award regardless of the amount of the transaction. States who are pass-through entities as defined at 2 CFR 200.1 must require that subrecipients being considered for or receiving subawards disclose COI to the state in a manner that, as a minimum, in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. States must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that subrecipients disclose COI's to state pass-through entities that are discovered under their systems for addressing, resolving, and disclosing COI. If subrecipients

do not discover a COI, they do not need to advise state pass-through entities of the absence of a COI.

Upon receiving notice of a potential COI and the approach for resolving it, the Agency will make a determination regarding the effectiveness of these measures within 30 days of receipt of the state's notice of a subrecipient COI unless a longer period is necessary due to the complexity of the matter. States may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. A subrecipient's failure to disclose a COI to the state and EPA may result in cost disallowances.

Disclosure of potential subrecipient COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate 2 CFR 200.318(c)(1) or (2), provided the subrecipient has taken measures that EPA and the state agree eliminate, neutralize or mitigate the conflict of interest.

## 24. Transfer of Funds

### 24.1 Transfer of Funds

**Applicable to all assistance agreements other than Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total award exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

(1) As provided at 2 CFR 200.308(i), the recipient must obtain prior approval from EPA's Grants Management Officer if the cumulative amount of funding transfers among direct budget categories or programs, functions and activities exceeds 10% of the total budget, as last approved by EPA, including cost share. Recipients must submit requests for prior approval to the Grant Specialist and Grants Management Officer with a copy to the Project Officer for this agreement.

(2) Recipients must notify EPA's Grant Specialist and Project Officer of cumulative funding transfers among direct budget categories or programs, functions and activities that do not exceed 10% of the total budget for the agreement. Prior approval by EPA's Grants Management Officer is required if the transfer involves any of the items listed in 2 CFR 200.407 that EPA did not previously approve at time of award or in response to a previous post-award request by the recipient.

### 24.2 Post-Award Changes for Continuing Environmental Program Grants

**Applicable to Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total project costs exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

To determine if a post-award change in work plan commitments is significant and requires prior written approval for the purposes of 40 CFR §35.114(a) or 40 CFR §35.514(a), the recipient agrees to consult the EPA Project Officer (PO) before making the change. The term work plan commitments is defined at 40 CFR §35.102. If the PO determines the change is significant, the

recipient cannot make the change without prior written approval by the EPA Award Official or Grants Management Officer.

The recipient must obtain written approval from the EPA Award Official prior to transferring funds from one budget category to another if the EPA Award Official determines that such transfer significantly changes work plan commitment(s). All transfers must be reported in required performance reports. In addition, unless approved with the budget at the time of award, Continuing Environmental Program (CEP) recipients must also obtain prior written approval from the EPA Award Official or Grants Management Officer to use EPA funds for directly charging compensation for administrative and clerical personnel under 2 CFR 200.413(c) and the General Provisions for Selected Items of Cost allowability at 2 CFR 200.420 through 2 CFR 200.476 as supplemented by EPA's Guidance on Selected Items of Cost. The recipient is not required to obtain prior written approval from the EPA Award Official for other items requiring prior EPA approval listed in 2 CFR 200.407.

**25. Electronic/Digital Signatures on Financial Assistance Agreement Form(s)/Document(s)**
Throughout the life of this assistance agreement, the recipient agrees to ensure that any form(s)/document(s) required to be signed by the recipient and submitted to EPA through any means including but not limited to hard copy via U.S. mail or express mail, hand delivery or through electronic means such as e-mail are: (1) signed by the individual identified on the form/document, and (2) the signer has the authority to sign the form/document for the recipient. Submission of any signed form(s)/document(s) is subject to any provisions of law on making false statements (e.g., 18 U.S.C. 1001).

**26. Extension of Project/Budget Period Expiration Date**
EPA has not exercised the waiver option to allow automatic one-time extensions for non-research grants under 2 CFR 200.308(g)(2). Therefore, if a no-cost time extension is necessary to extend the period of availability of funds, the recipient must submit a written request to the EPA at least 10 calendar days before the conclusion of the period of performance as required by 2 CFR 200.308(f)(10). **The written request must include:** a justification describing the need for additional time, an estimated date of completion, and a revised schedule for project completion including updated milestone target dates for the approved workplan activities. In addition, if there are overdue reports required by the general, administrative, and/or programmatic terms and conditions of this assistance agreement, the recipient must ensure that they are submitted along with or prior to submitting the no-cost time extension request.

**27. Utilization of Disadvantaged Business Enterprises**
**General Compliance, 40 CFR, Part 33**
The recipient agrees to comply with the requirements of EPA's Disadvantaged Business Enterprise (DBE) Program for procurement activities under assistance agreements, contained in 40 CFR, Part 33.

The following text provides updates to 40 CFR Part 33 based upon the associated class exception or highlights a requirement.

1) **EPA MBE/WBE CERTIFICATION, 40 CFR, Part 33, Subpart B**

   EPA no longer certifies entities as Minority-Owned Business Entities (MBEs) or Women-Owned Business Entities (WBEs) pursuant to a class exception issued in October 2019. The class exception was authorized pursuant to the authority in 2 CFR, Section 1500.4(b).

2) **SIX GOOD FAITH EFFORTS, 40 CFR, Part 33, Subpart C**

   Pursuant to 40 CFR Section 33.301, the recipient agrees to make good faith efforts whenever procuring construction, equipment, services and supplies under an EPA financial assistance agreement, and to require that sub-recipients, loan recipients, and prime contractors also comply. Records documenting compliance with the six good faith efforts shall be retained. The specific six good faith efforts can be found at: 40 CFR Section 33.301 (a)-(f).

   However, in EPA assistance agreements that are for the benefit of Native Americans, the recipient must solicit and recruit Native American organizations and Native American-owned economic enterprises and give them preference in the award process prior to undertaking the six good faith efforts (40 CFR Section 33.304). If recruiting efforts are unsuccessful, the recipient must follow the six good faith efforts.

3) **CONTRACT ADMINISTRATION PROVISIONS, 40 CFR, Section 33.302**

   The recipient agrees to comply with the contract administration provisions of 40 CFR Section 33.302 (a)-(d) and (i).

4) **BIDDERS LIST, 40 CFR Section 33.501(b) and (c)**

   Recipients of a Continuing Environmental Program Grant or other annual reporting grant, agree to create and maintain a bidders list. Recipients of an EPA financial assistance agreement to capitalize a revolving loan fund also agree to require entities receiving identified loans to create and maintain a bidders list if the recipient of the loan is subject to, or chooses to follow, competitive bidding requirements. Please see 40 CFR Section 33.501 (b) and (c) for specific requirements and exemptions.

5) **FAIR SHARE OBJECTIVES, 40 CFR, Part 33, Subpart D**

   Recipients must negotiate with the appropriate EPA Award Official, or their designee, fair share objectives/goals for MBE and WBE participation in procurement under financial assistance agreements. The recipient is exempted if this agreement meets one or more of the exemptions outlined in 40 CFR 33.411.

   Applicability of Fair Share Objectives:
   - If the total dollar amount of the agreement or all the recipient's EPA agreements in a fiscal year is $250,000 or more.
   - The applicable MBE/WBE fair share objectives/goals are those negotiated with EPA for the State-lead environmental entity where the majority of the procurement activity will occur. This applies unless the recipient has been specially identified, to the year in which the procurement activity occurred.

The negotiated fair share objectives/goals are located at: https://www.epa.gov/grants/fair-share-objectives

By accepting this financial assistance agreement, the recipient is accepting the fair share objectives/goals negotiated with the State-lead environmental entity and attests to the fact that they are purchasing the same or similar construction, supplies, services, and equipment, in the same or similar relevant geographic buying market.

**Negotiating Fair Share Objectives/Goals, 40 CFR, Section 33.404**
The recipient has the option to negotiate their own MBE/WBE fair share objectives/goals. If the recipient elects to negotiate their own MBE/WBE fair share objectives/goals, the recipient agrees to submit the proposed MBE/WBE fair share objectives/goals with the supporting availability analysis or disparity study, of qualified MBEs and WBEs in their relevant geographic buying market for construction, services, supplies, and equipment, to the Regional MBE/WBE Coordinator within 120 days of their acceptance of the assistance agreement. EPA will respond to the proposed fair share objective/goals within 30 days of receiving the submission. Failure to respond within this time frame may be considered an agreement by EPA to the fair share objectives/goals submitted by the recipient. MBE and WBE fair share objectives/goals must be agreed upon by the recipient and EPA before funds may be expended for procurement under the recipient's assistance agreement.


In accordance with 40 CFR, Part 33, Subpart D, established fair share objectives/goals remain in effect for three fiscal years unless there are significant changes to the data supporting the fair share objectives. The recipient is required to follow requirements as outlined in 40 CFR Part 33, Subpart D when renegotiating the fair share objectives/goals.

**Fair Share Objectives/Goals of Loan Recipients**
As a recipient of an EPA financial assistance agreement to capitalize revolving loan funds, the recipient agrees to either apply their fair share objectives/goals negotiated with EPA to identified loans using a substantially similar relevant geographic market or negotiate separate fair share objectives with their identified loan recipients. These separate fair share objectives/goals must be based on demonstrable evidence of the availability of MBEs and WBEs in accordance with 40 CFR, Part 33, Subpart D.
The recipient agrees that if procurements will occur over more than one year, the recipient may choose to apply the fair share objectives/goals in place either for the year in which the identified loan is awarded or for the year in which the procurement action occurs. The recipient must specify this choice in the financial assistance agreement or incorporate it by reference therein.

The recipient is not required to apply the fair share objectives requirements to an entity receiving an identified loan of $250,000 or less or to an entity receiving more than one identified loan with a combined total of $250,000 or less in any one fiscal year.

6) **MBE/WBE REPORTING, 40 CFR, Part 33, Subpart E**

When required, the recipient agrees to complete and submit a "MBE/WBE Utilization Under Federal Grants and Cooperative Agreements" report (EPA Form 5700-52A) on an annual basis. The current EPA Form 5700-52A can be found at the EPA Grantee Forms Page at https://www.epa.gov/system/files/documents/2021-08/epa_form_5700_52a.pdf .

Reporting is required for assistance agreements where funds are budgeted for procuring construction, equipment, services and supplies (including funds budgeted for direct procurement by the recipient or procurement under subawards or loans in the "Other" category) with a cumulative total that exceed the Simplified Acquisition Threshold (SAT) (currently, $250,000 however the threshold will be automatically revised whenever the SAT is adjusted; See 2 CFR Section 200.1), including amendments and/or modifications. When reporting is required, all procurement actions are reportable, not just the portion which exceeds the SAT.

**Annual reports are due by October 30th of each year. Final reports are due 120 days after the conclusion of the period of performance.**

This provision represents an approved exception from the MBE/WBE reporting requirements as described in 40 CFR Section 33.502.

7) **MBE/WBE RECORDKEEPING, 40 CFR, Part 33, Subpart E**

The recipient agrees to comply with all recordkeeping requirements as stipulated in 40 CFR Part 33, Subpart E including creating and maintain a bidders list, when required. Any document created as a record to demonstrate compliance with any requirements of 40 CFR Part 33 must be maintained pursuant to the requirements stated in this Subpart.


**Programmatic General Terms and Conditions**

28. **Sufficient Progress**

EPA will measure sufficient progress by examining the performance required under the workplan in conjunction with the milestone schedule, the time remaining for performance within the project period and/or the availability of funds necessary to complete the project. EPA may terminate the assistance agreement for failure to ensure reasonable completion of the project within the project period.

29. **Copyrighted Material and Data**

In accordance with 2 CFR 200.315, EPA has the right to reproduce, publish, use and authorize others to reproduce, publish and use copyrighted works or other data developed under this assistance agreement for Federal purposes. This includes the right to require recipients and subrecipients to make such works available through agency-designated public access repositories.

Examples of a Federal purpose include but are not limited to: (1) Use by EPA and other Federal employees for official Government purposes; (2) Use by Federal contractors performing specific tasks for [i.e., authorized by] the Government; (3) Publication in EPA documents provided the document does not disclose trade secrets (e.g. software codes) and the work is properly attributed to the recipient through citation or otherwise; (4) Reproduction of documents for inclusion in Federal depositories; (5) Use by State, Tribal and local governments that carry out delegated Federal environmental programs as "co-regulators" or act as official partners with EPA to carry out a national environmental program within their jurisdiction and; (6) Limited use by other recipients to carry out Federal grants provided the use is consistent with the terms of EPA's authorization to the other recipient to use the copyrighted works or other data.

Under Item 6, the recipient acknowledges that EPA may authorize another recipient(s) to use the copyrighted works or other data developed under this grant as a result of:

- The selection of another recipient by EPA to perform a project that will involve the use of the copyrighted works or other data, or
- Termination or expiration of this agreement.

In addition, EPA may authorize another recipient to use copyrighted works or other data developed with Agency funds provided under this grant to perform another grant when such use promotes efficient and effective use of Federal grant funds.

### 30. Patents and Inventions

Rights to inventions made under this assistance agreement are subject to federal patent and licensing regulations, which are codified at Title 37 CFR Part 401 and Title 35 USC Sections 200-212.

Pursuant to the Bayh-Dole Act (set forth in 35 USC 200-212), EPA retains the right to a worldwide, nonexclusive, nontransferable, irrevocable, paid-up license to practice the invention owned by the assistance agreement holder, as defined in the Act. To streamline the invention reporting process and to facilitate compliance with the Bayh-Dole Act, the recipient must utilize the Interagency Edison extramural invention reporting system at https://www.nist.gov/iedison. Annual utilization reports must be submitted through the system. The recipient is required to notify the Project Officer identified on the award document when an invention report, patent report, or utilization report is filed at https://www.nist.gov/iedison. EPA elects not to require the recipient to provide a report prior to the close-out of a funding agreement listing all subject inventions or stating that there were none.

In accordance with Executive Order 12591, as amended, government owned and operated laboratories can enter into cooperative research and development agreements with other federal laboratories, state and local governments, universities, and the private sector, and license, assign, or waive rights to intellectual property "developed by the laboratory either under such cooperative research or development agreements and from within individual laboratories."

**31. Acknowledgement Requirements for Non-ORD Assistance Agreements**

The recipient agrees that any reports, documents, publications, or other materials developed for public distribution supported by this assistance agreement shall contain the following statement: "This project has been funded wholly or in part by the United States Environmental Protection Agency under assistance agreement (number) to (recipient). The contents of this document do not necessarily reflect the views and policies of the Environmental Protection Agency, nor does the Environmental Protection Agency endorse trade names or recommend the use of commercial products mentioned in this document, as well as any images, video, text, or other content created by generative artificial intelligence tools, nor does any such content necessarily reflect the views and policies of the Environmental Protection Agency."

Recipients of EPA Office of Research Development (ORD) research awards must follow the acknowledgement requirements outlined in the research T&Cs available at: https://www.nsf.gov/awards/managing/rtc.jsp. In accordance with the Research Terms and Conditions Overlay to the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards (Uniform Guidance), 2 CFR §200, recipients of EPA ORD research must abide by the research T&Cs.

**32. Electronic and Information Technology Accessibility**

Recipients are subject to the program accessibility provisions of Section 504 of the Rehabilitation Act, codified in 40 CFR Part 7, which includes an obligation to provide individuals with disabilities reasonable accommodations and an equal and effective opportunity to benefit from or participate in a program, including those offered through electronic and information technology ("EIT"). In compliance with Section 504, EIT systems or products funded by this award must be designed to meet the diverse needs of users (e.g., U.S. public, recipient personnel) without barriers or diminished function or quality. Systems shall include usability features or functions that accommodate the needs of persons with disabilities, including those who use assistive technology. At this time, the EPA will consider a recipient's websites, interactive tools, and other EIT as being in compliance with Section 504 if such technologies meet standards established under Section 508 of the Rehabilitation Act, codified at 36 CFR Part 1194. While Section 508 does not apply directly to grant recipients, we encourage recipients to follow either the 508 guidelines or other comparable guidelines that concern accessibility to EIT for individuals with disabilities.

Recipients may wish to consult the latest Section 508 guidelines issued by the U.S. Access Board or W3C's Web Content Accessibility Guidelines (WCAG) 2.0 (see https://www.access-board.gov/about/policy/accessibility.html).

**33. Human Subjects**

Human subjects research is any activity that meets the regulatory definitions of both research AND human subject. Research is a systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge. Human subject means a living individual about whom an investigator (whether professional or student) conducting research:

(i) Obtains information or biospecimens through intervention or interaction with the individual, and uses, studies, or analyzes the information or biospecimens; or (ii) Obtains, uses, studies, analyzes, or generates identifiable private information or identifiable biospecimens 40 CFR 26.102(e)(l).

No research involving human subjects shall be conducted under this agreement without prior written approval of the EPA Human Subject Research Review Official (HSRRO) to proceed with that research. If engaged in human subjects' research as part of this agreement, the recipient agrees to comply with all applicable provisions of EPA Regulation 40 CFR 26 (Protection of Human Subjects). This includes, at Subpart A, the Basic Federal Policy for the Protection of Human Research Subjects, also known as the Common Rule. It also includes, at Subparts B, C, and D, prohibitions and additional protections for children, nursing women, pregnant women, and fetuses in research conducted or supported by EPA.

The recipient further agrees to comply with EPA's procedures for oversight of the recipient's compliance with 40 CFR 26, as given in EPA Order 1000.17A (Policy and Procedures on Protection of Human Research Subjects in EPA Conducted or Supported Research). As per this order, no human subject may be involved in any research conducted under this assistance agreement, including recruitment, until the research has been approved or determined to be exempt by the EPA HSRRO after review of the approval or exemption determination of the Institutional Review Board(s) (IRB(s)) with jurisdiction over the research under 40 CFR 26.

For HSRRO approval, the recipient must forward to the Project Officer: (1) copies of all documents upon which the IRB(s) with jurisdiction based their approval(s) or exemption determination(s), (2) copies of the IRB approval or exemption determination letter(s), (3) copy of the IRB-approved consent forms and subject recruitment materials, if applicable, and (4) copies of all supplementary IRB correspondence.

Following the initial approvals indicated above, the recipient must, as part of the annual report(s), provide evidence of continuing review and approval of the research by the IRB(s) with jurisdiction, as required by 40 CFR 26.109(e). Materials submitted to the IRB(s) for their continuing review and approval are to be provided to the EPA HSRRO via the Project Officer upon IRB approval. During the course of the research, investigators must promptly report any unanticipated problems involving risk to subjects or others according to requirements set forth by the IRB. In addition, any event that is significant enough to result in the removal of the subject from the study should also be reported to the EPA HSRRO via the Project Officer, even if the event is not reportable to the IRB of record.

## 34. Animal Subjects

The recipient agrees to comply with the Animal Welfare Act of 1966 (P.L. 89-544), as amended, 7 USC 2131- 2156. Recipient also agrees to abide by the "U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training." (Federal Register 50(97): 20864-20865. May 20,1985). The nine principles can be viewed at https://olaw.nih.gov/policies-laws/phs-policy.htm. For additional information about the Principles,

EPA 000125

the recipient should consult the *Guide for the Care and Use of Laboratory Animals,* prepared by the Institute of Laboratory Animal Resources, National Research Council.

**35. Light Refreshments and/or Meals**

(a) **APPLICABLE TO ALL AGREEMENTS EXCEPT STATE CONTINUING ENVIRONMENTAL PROGRAMS (AS DESCRIBED BELOW):**

Unless the event(s) and all of its components are described in the approved workplan, the recipient agrees to obtain prior approval from EPA for the use of grant funds for light refreshments and/or meals served at meetings, conferences, training workshops and outreach activities (events). The recipient must send requests for approval to the EPA Project Officer and include:

(1) An estimated budget and description for the light refreshments, meals, and/or beverages to be served at the event(s)

(2) A description of the purpose, agenda, location, length, and timing for the event, and

(3) An estimated number of participants in the event and a description of their roles

Costs for light refreshments and meals for recipient staff meetings and similar day-to-day activities are not allowable under EPA assistance agreements.

Recipients may address questions about whether costs for light refreshments, and meals for events may be allowable to the recipient's EPA Project Officer; however, the Agency Award Official or Grant Management Officer will make final determinations on allowability. Agency policy prohibits the use of EPA funds for receptions, banquets and similar activities that take place after normal business hours unless the recipient has provided a justification that has been expressly approved by EPA's Award Official or Grants Management Officer.

EPA funding for meals, light refreshments, and space rental may not be used for any discrete portion of an event or meeting, such as a reception, banquet, or another similar entertainment-oriented activity, where alcohol is served, purchased, or otherwise available as part of the discrete portion of the event or meeting, even if EPA funds are not used to purchase the alcohol. This restriction does not prohibit a recipient from using its own funds, private donations, or separate fees charged to the meeting attendees (that are not program income) for discrete portions of events or meetings, such as receptions, banquets, or another similar entertainment-oriented activity where alcohol is served.

Note: U.S. General Services Administration regulations define light refreshments for morning, afternoon, or evening breaks to include, but not be limited to, coffee, tea, milk, juice, soft drinks, donuts, bagels, fruit, pretzels, cookies, chips, or muffins. (41 CFR 301-74.7)

(b) **FOR STATE CONTINUING ENVIROMENTAL PROGRAM GRANT RECIPIENTS EXCLUDING STATE UNIVERSITIES:**

If the state maintains systems capable of complying with federal grant regulations at 2 CFR 200.432 and 2 CFR 200.438, EPA has waived the prior approval requirements for the use of EPA funds for

light refreshments and/or meals served at meetings, conferences, and training, as described in paragraph (a) above. The state may follow its own procedures without requesting prior approval from EPA. However, notwithstanding state policies, EPA funds may not be used for (1) Meetings (e.g. routine staff meetings) that do not meet the definition of "Conference" in 2 CFR 200.432, (2) evening receptions, or (2) other evening events (with the exception of working meetings). Examples of working meetings include those evening events in which small groups discuss technical subjects on the basis of a structured agenda or there are presentations being conducted by experts. EPA funds for meals, light refreshments, and space rental may not be used for any portion of an event (including evening working meetings) where alcohol is served, purchased, or otherwise available as part of the event or meeting, even if EPA funds are not used to purchase the alcohol.

By accepting this award, the state is certifying that it has systems in place (including internal controls) to comply with the requirements described above.

## 36. Tangible Personal Property

### 36.1 Reporting

Pursuant to 2 CFR 200.312 and 2 CFR 200.314, property reports, if applicable, are required for Federally-owned property in the custody of a recipient or subrecipient upon completion of the Federal award or when the property is no longer needed. Additionally, upon termination and completion of the project, residual unused supplies with a total aggregate fair market value exceeding $10,000 not needed for any other Federally-funded programs or projects must be reported. For Superfund awards under Subpart O, refer to 40 CFR 35.6340 and 40 CFR 35.6660 for property reporting requirements. Recipients should utilize the Tangible Personal Property Report form series (SF-428) to report tangible personal property.

### 36.2 Disposition

**36.2.1.  Most Recipients or Subrecipients.** Consistent with 2 CFR 200.313, unless instructed otherwise on the official award document, this award term, or at closeout, the recipient or subrecipient, including a subrecipient of a State or an Indian Tribe, may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

**36.2.2.  State Agencies.** Per 2 CFR 200.313(b), recipients that are State agencies must manage and dispose of equipment acquired under this assistance agreement in accordance with state laws and procedures.

**36.2.3.  Indian Tribes.** Per 2 CFR 200.313(b), recipients that are Indian Tribes must manage and dispose of equipment acquired under this assistance agreement in accordance with tribal laws and procedures. If such laws and procedures do not exist, Indian Tribes, unless instructed otherwise on the official award document or at closeout, may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

**36.2.4. Superfund Recipients.** Equipment purchased for Superfund projects under Subpart O is subject to specific disposal options in accordance with 40 CFR Part 35.6345.

37. **Dual Use Research of Concern (DURC)**

The recipient agrees to conduct all life science research[*] in compliance with *EPA's Order on the Policy and Procedures for Managing Dual Use Research of Concern* (EPA DURC Order) and *United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern (iDURC Policy).* If the recipient is an institution within the United States that receives funding through this agreement, or from any other source, the recipient agrees to comply with the iDURC Policy if they conduct or sponsor research involving any of the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If the institution is outside the United States and receives funding through this agreement to conduct or sponsor research involving any of those same agents or toxins, the recipient agrees to comply with the iDURC Policy. The recipient agrees to provide any additional information that may be requested by EPA regarding DURC and iDURC. The recipient agrees to immediately notify the EPA Project Officer should the project use or introduce use of any of the agents or toxins identified in the iDURC Policy. The recipient's Institution/Organization must also comply with USG iDURC policy and EPA DURC Order and will inform the appropriate government agency if funded by such agency of research with the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If privately funded the recipient agrees to notify the National Institutes of Health at DURC@od.nih.gov.

* "*Life Sciences Research,*" for purposes of the EPA DURC Order, and based on the definition of research in 40 CFR §26.102(d), is a systematic investigation designed to develop or contribute to generalizable knowledge involving living organisms (e.g., microbes, human beings, animals, and plants) and their products. EPA does not consider the following activities to be research: routine product testing, quality control, mapping, collection of general-purpose statistics, routine monitoring and evaluation of an operational program, observational studies, and the training of scientific and technical personnel. [Note: This is consistent with Office of Management and Budget Circular A-11.]

38. **Research Misconduct**

In accordance with 2 CFR 200.329, the recipient and subrecipient agree to notify the EPA Project Officer in writing about research misconduct involving research activities that are supported in whole or in part with EPA funds under this project. EPA defines research misconduct as fabrication, falsification, or plagiarism in proposing, performing, or reviewing research, or in reporting research results [65 FR 76262. I], or ordering, advising or suggesting that subordinates engage in research misconduct. The recipient agrees to:

**(1)** Immediately notify the EPA Project Officer who will then inform the EPA Office of Inspector General (OIG) if, at any time, an allegation of research misconduct falls into one of the categories listed below:

    **A.** Public health of safety is at risk

    **B.** Agency resources or interests are threatened

EPA 000128

    **C.** Circumstances where research activities should be suspended

    **D.** There is a reasonable indication of possible violations of civil or criminal law

    **E.** Federal action is required to protect the interests of those involved in the investigation

    **F.** The research entity believes that the inquiry or investigation may be made public prematurely so that appropriate steps can be taken to safeguard evidence and protect the rights of those involved

    **G.** Circumstances where the research community or public should be informed. [65 FR 76263.III]

**(2)** Report other allegations to the OIG when they have conducted an inquiry and determined that there is sufficient evidence to proceed with an investigation. [65 FR 76263. III]

## 39. Scientific Integrity Terms and Conditions

The recipient agrees to comply with EPA's Scientific Integrity Policy when conducting, supervising, and communicating science and when using or applying the results of science. For purposes of this award condition scientific activities include, but are not limited to, computer modelling, economic analysis, field sampling, laboratory experimentation, demonstrating new technology, statistical analysis, and writing a review article on a scientific issue. The recipient agrees to:

### 39.1 Scientific Products

**39.1.1.** Produce scientific products of the highest quality, rigor, and objectivity, by adhering to applicable EPA information quality guidelines, quality policy, and peer review policy.

**39.1.2.** Prohibit all recipient employees, contractors, and program participants, including scientists, managers, and other recipient leadership, from suppressing, altering, or otherwise impeding the timely release of scientific findings or conclusions.

**39.1.3.** Adhere to EPA's Peer Review Handbook, 4th Edition, for the peer review of scientific and technical work products generated through EPA grants or cooperative agreements which, by definition, are not primarily for EPA's direct use or benefit.

### 39.2 Scientific Findings

**39.2.1.** Require that reviews regarding the content of a scientific product that are conducted by the project manager and other recipient managers and the broader management chain be based only on scientific quality considerations, e.g., the methods used are clear and appropriate, the presentation of results and conclusions is impartial.

**39.2.2.** Ensure scientific findings are generated and disseminated in a timely and transparent manner, including scientific research performed by employees, contractors, and program participants, who assist with developing or applying the results of scientific activities.

**39.2.3.** Include, when communicating scientific findings, an explication of underlying assumptions, accurate contextualization of uncertainties, and a description of the probabilities associated with both optimistic and pessimistic projections, if applicable.

**39.2.4.** Document the use of independent validation of scientific methods.

**39.2.5.** Document any independent review of the recipient's scientific facilities and testing activities, as occurs with accreditation by a nationally or internationally recognized sanctioning body.

EPA 000129

**39.2.6.**  Make scientific information available online in open formats in a timely manner, including access to data and non-proprietary models.

**39.3 Scientific Misconduct**

**39.3.1.**  Prohibit intimidation or coercion of scientists to alter scientific data, findings, or professional opinions or non-scientific influence of scientific advisory boards. In addition, recipient employees, contractors, and program participants, including scientists, managers, and other leadership, shall not knowingly misrepresent, exaggerate, or downplay areas of scientific uncertainty.

**39.3.2.**  Prohibit retaliation or other punitive actions toward recipient employees who uncover or report allegations of scientific and research misconduct, or who express a differing scientific opinion. Employees who have allegedly engaged in scientific or research misconduct shall be afforded the due process protections provided by law, regulation, and applicable collective bargaining agreements, prior to any action. Recipients shall ensure that all employees and contractors of the recipient shall be familiar with these protections and avoid the appearance of retaliatory actions.

**39.3.3.**  Require all recipient employees, contractors, and program participants to act honestly and refrain from acts of research misconduct, including publication or reporting, as described in EPA's Policy and Procedures for Addressing Research Misconduct, Section 9.C. Research misconduct does not include honest error or differences of opinion. While EPA retains the ultimate oversight authority for EPA-supported research, grant recipients conducting research bear primary responsibility for prevention and detection of research misconduct and for the inquiry, investigation, and adjudication of research misconduct alleged to have occurred in association with their own institution.

**39.3.4.**  Take the actions required on the part of the recipient described in the EPA's Policy and Procedures for Addressing Research Misconduct, Sections 6 through 9, when research misconduct is suspected or found.

**39.4 Additional Resources**

For more information about the Scientific Integrity Policy, an introductory video can be accessed at: https://youtu.be/FQJCy8BXXq8. A training video is available at: https://youtu.be/Zc0T7fooot8.

**40. Post-Award Disclosure of Current and Pending Support on Research Grants**

The recipient is required to notify EPA if there has been a change in support for senior/key persons since submission of its application or the last reporting period in the performance report. If there has been a change, the recipient must report the change within 30 calendar days to the EPA Project Officer. The information should also be included in the next due performance report. If there has been a change, submit a revised current and pending support form (see 'EPA Current and Pending Support'). Senior/key persons must certify that the information contained in the updated current and pending support form is current, accurate, and complete. For additional details on what information needs to be disclosed, please see NSTC Pre-award and Post-award disclosures Relating to the Biographical Sketch and Current and Pending (Other) Support at NSTC Research Security Subcommittee NSPM-33 Implementation Guidance Disclosure Requirements & Standardization.

EPA may consult with the Lead/Contact PI and the Authorized Organization Representative (AOR), if necessary, to determine the impact of the new information on the EPA-funded research grant and, where necessary, take appropriate action.

If the recipient discovers that a senior/key person on an active EPA grant failed to disclose current and pending support information or provided inaccurate information as part of the proposal submission process, it must submit a revised current and pending support form (see 'EPA Current and Pending Support') to the EPA Project Officer within 30 calendar days of the identification of the undisclosed or inaccurate current and pending information.

41. **Procurement of Synthetic Nucleic Acids and Benchtop Nucleic Acid Synthesis Equipment**
    Beginning on April 26, 2025, the recipient must procure synthetic nucleic acids and benchtop nucleic acid synthesis equipment, as defined in the 2024 Office of Science and Technology Policy (OSTP) Framework for Nucleic Acid Synthesis Screening (Framework), from providers or manufacturers that attest to adhering to the Framework. The attestation may be posted on a public website or provided directly to the recipient upon request. The recipient must include this requirement in all lower tier agreements (for example subrecipients or subcontractors).

**Public Policy Requirements**

42. **Civil Rights Obligations**
    This term and condition incorporates by reference the signed assurance provided by the recipient's authorized representative on: 1) EPA Form 4700-4, "Preaward Compliance Review Report for All Applicants and Recipients Requesting EPA Financial Assistance"; and 2) Certifications and Representations in SAM.gov or Standard Form 424D, as applicable.

    These assurances and this term and condition obligate the recipient to comply fully with applicable civil rights statutes and implementing federal and EPA regulations.
    (a) **Statutory Requirements**
      i.   In carrying out this agreement, the recipient must comply with:
        1) Title VI of the Civil Rights Act of 1964, which prohibits discrimination based on race, color, and national origin, by entities receiving Federal financial assistance.
        2) Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination against persons with disabilities by entities receiving Federal financial assistance; and
        3) The Age Discrimination Act of 1975, which prohibits age discrimination by entities receiving Federal financial assistance.
      ii.  If the recipient is an education program or activity (e.g., school, college, or university) or if the recipient is conducting an education program or activity under this agreement, it must also comply with:
        1) Title IX of the Education Amendments of 1972, which prohibits discrimination on the basis of sex in education programs and activities operated by entities receiving Federal

financial assistance. For further information about your compliance obligations regarding Title IX, see https://www.justice.gov/crt/title-ix

   iii.   If this agreement is funded with financial assistance under the Clean Water Act (CWA), the recipient must also comply with:

     1)  Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in CWA-funded programs or activities.

**(b)  Regulatory Requirements**

   i.   The recipient agrees to comply with all applicable EPA civil rights regulations, including:

     1)  For Title IX obligations, 40 C.F.R. Part 5; and

     2)  For Title VI, Section 504, Age Discrimination Act, and Section 13 obligations, 40 C.F.R Part7.

        **Note that for financial assistance awarded to any entity, including any subrecipient, in the State of Louisiana,** pursuant to a permanent injunction issued by the U.S. District Court for the Western District of Louisiana, EPA will not impose any disparate-impact or cumulative-impact-analysis requirements under Title VI of the Civil Rights Act of 1964 in any pre-award assurances or terms and conditions accompanying the application for and receipt of this grant award.

     3)  The statutory and national policy requirements at 2 CFR 200.300(a).

     4)  For Federal awards that are subject to a Federal statute prohibiting discrimination based on sex, the Federal agency or pass-through entity must ensure that the award is administered in a way that does not unlawfully discriminate based on sexual orientation or gender identity consistent with the Supreme Court's reasoning in *Bostock v Clayton County*, 140 S. Ct. 1731 (2020), in accordance with 2 CFR 200.300.

     5)  As noted on the EPA Form 4700-4 signed by the recipient's authorized representative, these regulations establish specific requirements as applicable, including, but not limited to collecting, maintaining, and providing upon request compliance information, establishing grievance procedures, designating a Civil Rights Coordinator, and providing notices of non-discrimination.

**(c)  Title VI – Limited English Proficiency (LEP), Public Participation and Affirmative Compliance Obligation**

   i.   As a recipient of EPA financial assistance, you are required by Title VI of the Civil Rights Act to take reasonable steps to provide meaningful access to LEP individuals. In implementing that requirement, the recipient may refer to the EPA document entitled "Guidance to Environmental Protection Agency Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Persons." The Guidance can be found at: https://www.federalregister.gov/documents/2004/06/25/04-14464/guidance-to-environmental-protection-agency-financial-assistance-recipients-regarding-title-vi.

   ii.   If the recipient is administering permitting programs under this agreement, the recipient may refer to EPA's "Title VI Public Involvement Guidance for EPA Assistance Recipients Administering Environmental Permitting Programs." The Guidance can be found at: https://www.govinfo.gov/content/pkg/FR-2006-03-21/pdf/06-2691.pdf.

    iii.    In accepting this assistance agreement, the recipient acknowledges it has an affirmative obligation to implement effective federal civil rights compliance programs, as required by EPA's nondiscrimination regulations at 40 C.F.R. Parts 5 and 7, and ensure that it does not discriminate in its programs and activities in violation of federal civil rights laws and regulations. The recipient must be prepared to demonstrate to EPA that such compliance programs exist and are being implemented, or to otherwise demonstrate how it is meeting its federal civil rights obligations. For further assistance on civil rights compliance, the recipient may refer to the EPA document entitled, "Civil Rights Guidance on Procedural Safeguards: Requirements and Best Practices." The Guidance can be found at: www.epa.gov/system/files/documents/2024-08/civil-rights-guidance-on-procedural-safeguards-august-2024.pdf.

### 43. Drug-Free Workplace

The recipient organization of this EPA assistance agreement must make an ongoing, good faith effort to maintain a drug-free workplace pursuant to the specific requirements set forth in Title 2 CFR Part 1536 Subpart B. Additionally, in accordance with these regulations, the recipient organization must identify all known workplaces under its federal awards and keep this information on file during the performance of the award.

Those recipients who are individuals must comply with the drug-free provisions set forth in Title 2 CFR Part 1536 Subpart C.

The consequences for violating this condition are detailed under Title 2 CFR Part 1536 Subpart E. Recipients can access the Code of Federal Regulations (CFR) Title 2 Part 1536 at www.ecfr.gov/.

### 44. Hotel-Motel Fire Safety

Pursuant to U.S.C. 2225a, the recipient agrees to ensure that all space for conferences, meetings, conventions, or training seminars funded in whole or in part with federal funds complies with the protection and control guidelines of the Hotel and Motel Fire Safety Act (PL 101-391, as amended). Recipients may search the Hotel-Motel National Master List at https://apps.usfa.fema.gov/hotel/ to see if a property is in compliance, or to find other information about the Act.

### 45. Lobbying Restrictions

**a)** **This assistance agreement is subject to lobbying restrictions as described below. Applicable to all assistance agreements:**

    i.    The chief executive officer of this recipient agency shall ensure that no grant funds awarded under this assistance agreement are used to engage in lobbying of the Federal Government or in litigation against the U.S. unless authorized under existing law. The recipient shall abide by the Cost Principles available at 2 CFR Part 200 which generally prohibits the use of federal grant funds for litigation against the U.S. or for lobbying or other political activities.

    ii.    The recipient agrees to comply with Title 40 CFR Part 34, New Restrictions on Lobbying. The recipient shall include the language of this provision in award documents for all

subawards exceeding $100,000 and require that subrecipients submit certification and disclosure forms accordingly.

iii. In accordance with the Byrd Anti-Lobbying Amendment, any recipient who makes a prohibited expenditure under Title 40 CFR Part 34 or fails to file the required certification or lobbying forms shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such expenditure.

iv. Contracts awarded by a recipient shall contain, when applicable, the anti-lobbying provision as stipulated in the contract provisions provided in  Appendix II to Part 200.

v. By accepting this award, the recipient affirms that it is not a nonprofit organization described in Section 501(c)(4) of the Internal Revenue Code of 1986 as required by Section 18 of the Lobbying Disclosure Act; or that it is a nonprofit organization described in Section 501(c)(4) of the Code but does not and will not engage in lobbying activities as defined in Section 3 of the Lobbying Disclosure Act. Nonprofit organizations exempt from taxation under section 501(c)(4) of the Internal Revenue Code that engage in lobbying activities are ineligible for EPA subawards.

b) **Applicable to assistance agreements when the amount of the award is over $100,000:**

i. By accepting this award, the recipient certifies, to the best of its knowledge and belief that:

1) No Federal appropriated funds have been or will be paid, by or on behalf of the recipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, or any employee of a Member of Congress in connection with this Federal grant or cooperative agreement, the recipient shall complete and submit the linked Standard Form -- LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

3) The recipient shall require that the language of this certification be included in the award documents for all subawards exceeding $100,000 at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

ii. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each failure.

**46. Recycled Paper**

When directed to provide paper documents, the recipient agrees to use recycled paper and double-sided printing for all reports which are prepared as a part of this agreement and delivered to EPA. This requirement does not apply to reports prepared on forms supplied by EPA.

**47. Resource Conservation and Recovery Act**

Consistent with goals of section 6002 of RCRA (42 U.S.C. 6962), State and local institutions of higher education, hospitals and non-profit organization recipients agree to give preference in procurement programs to the purchase of specific products containing recycled materials, as identified in 40 CFR Part 247.

    **a)** Consistent with section 6002 of RCRA (42 U.S.C. 6962) and 2 CFR 200.323, the recipient or subrecipient that is a State agency or agency of a political subdivision of a State and its contractors are required to purchase certain items made from recycled materials, as identified in 40 CFR Part 247, when the purchase price exceeds $10,000 during the course of a fiscal year or where the quantity of such items acquired in the course of the preceding fiscal year was $10,000 or more. Pursuant to 40 CFR 247.2(d), the recipient or subrecipient may decide not to procure such items if they are not reasonably available in a reasonable period of time; fail to meet reasonable performance standards; or are only available at an unreasonable price.

    **b)** The recipient or subrecipient should, to the greatest extent practicable and consistent with law, purchase, acquire, or use products and services that can be reused, refurbished, or recycled; contain recycled content, are biobased, or are energy and water efficient; and are sustainable. This may include purchasing compostable items and other products and services that reduce the use of single-use plastic products per Executive Order 14057, section 101, Policy.

**48. Trafficking in Persons**

    **a) Provisions applicable to a recipient that is a private entity receiving funds under the award.**

        **i.** The recipient, the recipient's employees, subrecipients under this award, and subrecipients' employees may not engage in:

            **1)** Severe forms of trafficking in persons

            **2)** The procurement of a commercial sex act during the period of time that this award or any subaward is in effect;

            **3)** The use forced labor in the performance of this award or any subaward; or

            **4)** Acts that directly support or advance trafficking in persons, including the following acts:

                **i.** Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

                **ii.** Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

EPA 000135

  **A.** Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreements; or

  **B.** The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

 **iii.** Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

 **iv.** Charging recruited employees a placement or recruitment fee; or

 **v.** Providing or arranging housing that fails to meet the host country's housing and safety standards.

**ii.** EPA may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

 **1)** Is determined to have violated a prohibition in paragraph 47.a.i. of this award term; or

 **2)** Has an employee that is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph 47.a.i. of this award term through conduct that is either:

  **i.** Associated with the performance under this award; or

  **ii.** Imputed to the recipient or subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, ''OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Non- procurement),'' as implemented by EPA at 2 CFR Part 1532.

**b)** **Provision applicable to a recipient other than a private entity.** EPA may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:

 **i.** Is determined to have violated an applicable prohibition in paragraph 47.a.i. of this award term; or

 **ii.** Has an employee that is determined to have violated a prohibition in paragraph 47.a.i. of this award term through conduct that is either:

  **1)** Associated with the performance under this award; or

  **2)** Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, ''OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement),'' as implemented by EPA at 2 CFR Part 1532.

**c)** **Provisions applicable to any recipient**

 **i.** The recipient must inform the EPA and the EPA's Office of Inspector General immediately of any information received from any source alleging a violation of a prohibition in paragraph 47.a.i. of this award term.

 **ii.** The EPA's right to terminate unilaterally that is described in paragraphs 47.a. and 47.b.:

EPA 000136

          1) Implements the requirements of 22 U.S.C. Chapter 78, and

          2) Is in addition to all other remedies for noncompliance that are available to the EPA under this award.

    iii. The recipient must include the requirements of paragraph 47.a.1. of this award term in any subaward made to a private entity.

    iv. If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).

**d) Definitions.** For purposes of this award term:

    i. "Employee" means either:

          1) An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

          2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

    ii. "Private Entity" means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1

    iii. The terms "severe forms of trafficking in persons," ''commercial sex act,'' "sex trafficking," "Abuse or threatened abuse of law or legal process," ''coercion,'' "debt bondage," and involuntary servitude" have the meanings given at section 103 of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. 7102).

## 49. Build America, Buy America – Required Use of American Iron, Steel, Manufactured Products, and Construction Materials (effective October 23, 2023, and forward)

***Buy America Preference***. Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for an infrastructure project unless:

**(1)** All iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

**(2)** All manufactured products used in the project are produced in the United States— this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard that meets or exceeds this standard has been established under applicable law or regulation for determining the minimum amount of domestic content of the manufactured product; and

**(3)** All construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The construction material standards are listed below.

***Incorporation into an infrastructure project***. The Buy America Preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America Preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project, but are not an integral part of the structure or permanently affixed to the infrastructure project.

***Categorization of articles, materials, and supplies***. An article, material, or supply should only be classified into one of the following categories: (i) Iron or steel products; (ii) Manufactured products; (iii) Construction materials; or (iv) Section 70917(c) materials. An article, material, or supply should not be considered to fall into multiple categories. In some cases, an article, material, or supply may not fall under any of the categories listed in this paragraph. The classification of an article, material, or supply as falling into one of the categories listed in this paragraph must be made based on its status at the time it is brought to the work site for incorporation into an infrastructure project. In general, the work site is the location of the infrastructure project at which the iron, steel, manufactured products, and construction materials will be incorporated.

***Application of the Buy America Preference by category***. An article, material, or supply incorporated into an infrastructure project must meet the Buy America Preference for only the single category in which it is classified.

***Determining the cost of components for manufactured products***. In determining whether the cost of components for manufactured products is greater than 55 percent of the total cost of all components, use the following instructions:

    **(a)** For components purchased by the manufacturer, the acquisition cost, including transportation costs to the place of incorporation into the manufactured product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

    **(b)** For components manufactured by the manufacturer, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (a), plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the manufactured product.

***Construction material standards***. The Buy America Preference applies to the following construction materials incorporated into infrastructure projects. Each construction material is followed by a

standard for the material to be considered "produced in the United States." Except as specifically provided, only a single standard should be applied to a single construction material.

**(1)** Non-ferrous metals. All manufacturing processes, from initial smelting or melting through final shaping, coating, and assembly, occurred in the United States.

**(2)** Plastic and polymer-based products. All manufacturing processes, from initial combination of constituent plastic or polymer-based inputs, or, where applicable, constituent composite materials, until the item is in its final form, occurred in the United States.

**(3)** Glass. All manufacturing processes, from initial batching and melting of raw materials through annealing, cooling, and cutting, occurred in the United States.

**(4)** Fiber optic cable (including drop cable). All manufacturing processes, from the initial ribboning (if applicable), through buffering, fiber stranding and jacketing, occurred in the United States. All manufacturing processes also include the standards for glass and optical fiber, but not for non-ferrous metals, plastic and polymer-based products, or any others.

**(5)** Optical fiber. All manufacturing processes, from the initial preform fabrication stage through the completion of the draw, occurred in the United States.

**(6)** Lumber. All manufacturing processes, from initial debarking through treatment and planing, occurred in the United States.

**(7)** Drywall. All manufacturing processes, from initial blending of mined or synthetic gypsum plaster and additives through cutting and drying of sandwiched panels, occurred in the United States.

**(8)** Engineered wood. All manufacturing processes from the initial combination of constituent materials until the wood product is in its final form, occurred in the United States.

*Waivers.* When supported by rationale provided in IIJA §70914, the recipient may submit a waiver request in writing to EPA. Recipients should request guidance on the submission instructions of an EPA waiver request from the EPA Project Officer for this agreement. A list of approved EPA waivers (general applicability and project specific) is available on the EPA Build America, Buy America website.

EPA may waive the application of the Buy America Preference when it has determined that one of the following exceptions applies:

**(1)** applying the Buy America Preference would be inconsistent with the public interest;

**(2)** the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

**(3)** the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

For questions regarding the Build America, Buy America Act requirements for this assistance agreement or to determine if there is an approved waiver in place, please contact the EPA Project Officer for this agreement.

EPA 000139

*Definitions.* For legal definitions and sourcing requirements, the recipient must consult the EPA Build America, Buy America website, 2 CFR Part 184, and the Office of Management and Budget's (OMB) Memorandum M-24-02 Implementation Guidance on Application of Buy America Preference in Federal Financial Assistance Programs for Infrastructure.

## 50. Required Certifications and Consequences of Fraud

Per 2 CFR 200.415(a), financial reports must include a certification that must be signed by an official who is authorized to legally bind the recipient which reads as follows:

"By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812)."

As outlined in 2 CFR 200.415(b), subrecipients of all tiers under the Federal award must certify to the pass-through entity whenever applying for funds, requesting payment, and submitting financial reports as follows:

"I certify to the best of my knowledge and belief that the information provided herein is true, complete, and accurate. I am aware that the provision of false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil, or administrative consequences including, but not limited to violations of U.S. Code Title 18, Sections 2, 1001, 1343 and Title 31, Sections 3729-3730 and 3801-3812."

The certifications must be maintained in accordance with the record retention requirements at 2 CFR 200.334.

## 51. Reporting Waste, Fraud and Abuse

Consistent with 2 CFR 200.113, the recipient and any subrecipients of this award must promptly report in writing whenever there is credible evidence of the commission of a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code or a violation of the civil False Claims Act (31 U.S.C. 3729-3733) to the EPA Project Officer, the pass-through entity (if applicable), and the EPA Office of Inspector General (OIG). The methods to contact the EPA OIG are (1) online submission via the EPA OIG Hotline Complaint Form; (2) email to OIG_Hotline@epa.gov; (3) phone 1-888-546-8740; or (4) mail directed to Environmental Protection Agency, Office of Inspector General, 1200 Pennsylvania Avenue, N.W. (2410T), Washington, DC 20460.

To support awareness of the OIG hotline, recipients and/or subrecipients receiving an EPA award or subaward of $1,000,000 or more must display EPA OIG Hotline posters in facilities where the work is

performed under the grant. EPA OIG Hotline posters may be downloaded or printed or may be obtained by contacting the OIG at 1- 888-546-8740. Recipients and subrecipients need not comply with this requirement if they have established a mechanism, such as a hotline, by which employees may report suspected instances of improper conduct and have provided instructions that encourage employees to make such reports.

Recipients and subrecipients are also required to report matters related to recipient integrity and performance in accordance with Appendix XII to 2 CFR Part 200.

**52. Whistleblower Protections**

This award is subject is to whistleblower protections, including the protections established at 41 U.S.C. 4712 and 2 CFR 200.217 providing that an employee of the recipient or subrecipient may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a person or body described in paragraph (a)(2) of 41 U.S.C. 4712 information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or grant, a gross waste of Federal funds, an abuse of authority relating to a Federal contract, grant, or subaward, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract), grant. These covered persons or bodies include:

  **a.** A member of Congress or representative of a committee of Congress.
  **b.** An Inspector General.
  **c.** The Government Accountability Office.
  **d.** A Federal employee responsible for contract or grant oversight or management at the relevant agency.
  **e.** An authorized official of the Department of Justice or other law enforcement agency.
  **f.** A court of grand jury.
  **g.** A management official or other employee of the contractor, subcontractor, or grantee who has the responsibility to investigate, discover, or address misconduct.

Consistent with 41 U.S.C. 4712(d), the recipient and subrecipients must inform their employees in writing, in the predominant language of the workforce or organization, of employee whistleblower rights and protections under 41 U.S.C. 4712. Additional information about whistleblower protections, including protections for such employees may be found at the EPA Office of Inspector General's Whistleblower Protection page.

**53. Access to Records**

In accordance with 2 CFR 200.337, EPA, the pass-through entity, the EPA Office of Inspector General (OIG), and the Comptroller General of the United States have the right to access any records of the recipient and subrecipient pertinent to this award, to perform audits, execute site visits, or for any other official use. This right of access also includes timely and reasonable access to the recipient and subrecipient's personnel for the purpose of interview and discussion related to such documents or the Federal award in general. This right of access shall continue as long as the records are retained.

From: Loving, Kathryn
To: Vineis, Travis; Killian, Erica; Jeffries, Erica; Coenen, Daniel
Cc: Corlett, Thomas; Hanson, Paige (Catherine); Vaselkiv, Molly
Subject: RE: Loving, Kathryn shared "contract_details" with you
Date: Thursday, February 20, 2025 11:12:53 AM
Attachments: image001.png
image001.png
image002.png
image003.png
image004.png

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole ; Loving, Kathryn
**Cc:** Corlett, Thomas ; Hanson, Paige (Catherine); Vaselkiv, Molly
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been included. Not sure this gets us up to the 18 total still,

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/13/2026 | Program not in line with administration priorities; 66.300- Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024; No notice and comment required; 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 | $6,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC-BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | 6/3/2023 |
| 2/13/2026 | Program not in line with administration priorities; 66.611- Environmental Justice subawards | Signed before July 1, 2024; No notice and comment required; 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 | $6,000,000 | $639,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.

ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHH'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.96 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $159,000 = 54.50% X $200,000.

SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHH'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.

SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $76,000 = $76,000 X 100%.

SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $76,000 = $76,000 X 100%.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS PRE-APPLICATION PROCESS. THE EXPECTED OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | 5/3/2024 |
| 2/13/2026 | Program not in line with administration priorities; 66.611- Environmental Justice subawards | Signed before July 1, 2024; No notice and comment required; 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02X03601_6800 | 02X03601 | $6,000,000 | $691,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE, AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP, CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; | 6/14/2024 |

| Date Cancellation Process Started | Rationale | Terms and Conditions (TAC) | URL | Financial Account Indentifier Number (FAIN) | Award Amount | Total Obligated Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name | Description | Date Signed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/13/2025 | Program not in line with agency's environmental priorities; 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00D03662_6800 | 00D03662 | $6,000,002 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A NATIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NON-COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL DELIVER TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES. [full description continues] | 6/24/2024 |

| Date | Basis | Notice | URL | Award No. | Amount | Disbursed | Remaining | Recipient | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | STATE UNIVERSITY FOUNDATION | |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96314201_6800 | 96314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION | 6/7/2023 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 | 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY | 6/1/2023 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00D3430_6800 | 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA | 7/3/2023 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00D3431_6800 | 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP | 8/18/2023 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I1501_6800 | 00I1501 | $91,832.00 | | $3,906,168.00 | MONTANA STATE UNIVERSITY | 6/14/2024 |

| Date | Category | Authority | Link | Award No. | Amount | Amount | Amount | Recipient | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI issues. Wasteful. | Signed before July 1, 2024. No notice and comment required. 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95336201_6800 | 95336201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES | 3/18/2024 |
| 2/11/2025 | Environmental justice work; DEI issues. Wasteful. | Signed before July 1, 2024. No notice and comment required. 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98786701_6800 | 98786701 | $72,910.10 | | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. | 3/27/2024 |
| 2/11/2025 | Environmental justice work; DEI issues. Wasteful. | Signed before July 1, 2024. No notice and comment required. 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95334801_6800 | 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. | 4/6/2024 |
| 2/11/2025 | Environmental justice work; DEI issues. Wasteful. | Signed before July 1, 2024. No notice and comment required. 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_03D03124_6800 | 03D03124 | $500,000 | $67,497.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. | 4/27/2024 |

| Date | Reason | Notice | Award Link | Award No. | Amount | Total | Recipient | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/11/2025 | | | | | | $500,000 | EARTH CARE INTERNATIONAL | DESCRIPTION THE AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)... | 4/29/2024 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91501_6800 | 98T91501 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS | DESCRIPTION THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS... | 4/29/2024 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02256601_6800 | 02256601 | $500,000 | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. | DESCRIPTION THE AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS ASSOCIATION... | 4/30/2024 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00A01436_6800 | 00A01436 | $500,000 | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC | DESCRIPTION THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP)... | 5/2/2024 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91201_6800 | 98T91201 | $500,000 | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT | DESCRIPTION THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA)... | 5/3/2024 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required. 2 CFR 200.340(a)(2) (2003). | | 02F50601 | $500,000 | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. | [dense illegible description text] | 5/8/2024 |

Travis Voyles
C: (202) 767-0596

**From:** Killian, Cole
**Sent:** Sunday, February 16, 2025 4:06 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corbett, Thomas <Corbett.Thomas@epa.gov>; Hanson, Page (Catherine)
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Yes, I've just populated the "Total Outlayed Amount (est)" and "Remaining (est)" columns for the Feb 13 grants.

Looking forward to the next set!

Best,

Cole

---

Travis Voyles
C: (202) 767-0596

**From:** Killian, Cole
**Sent:** Sunday, February 16, 2025 11:52 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corbett, Thomas <Corbett.Thomas@epa.gov>; Hanson, Page (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

On the 2/13 grants reviewed, can you add the remaining amount of the grant? That would be helpful to see that information moving forward like it was presented on the 2/11 grants.

Hope to have another set (contracts and grants) coming y'alls way soon.

---

Travis Voyles
C: (202) 767-0596

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:44 AM
**To:** Corbett, Thomas <Corbett.Thomas@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corbett, Thomas <Corbett.Thomas@epa.gov>; Hanson, Page (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,

Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:16 PM
**To:** Loving, Kathryn.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

And below is the best batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name | Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. | BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH-T&M FFP HYBRID CALL ORDER FOR OEJCR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,301,407.48 | $70,132,340.16 | $64,666,805.16 | $53,262,802.32 |
| 2/11/2025 | 68HERH23F0227 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJCR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. | THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,821.10 | $3,206,754.60 | $750,000.00 | $6,145,821.10 |
| 2/11/2025 | 68HE0F24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training All employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPITAL RESOURCES & CONCEPTS INC | | $238,292.84 | $43,000.00 | $43,000.00 | $195,292.84 |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste. Should be insourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA, Office of Research and Development (ORD) is collaborating with Region 1 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one | PEGASUS TECHNICAL SERVICES, INC | | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | | | | | | |
| 2/11/2025 | 68HERH23P0327 | No-notice required. Term for convenience. FAR 52.249 | Waste. Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. | TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $106,255.27 | $106,255.27 | $64,533.82 | $43,721.45 |
| 2/11/2025 | 68HERC23P0042 | No-notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. | | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| 2/11/2025 | 68HERH24P0143 | No-notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING, LLC | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |
| 2/11/2025 | 68HERC23P0428 | No-notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $865,889 | $865,889 | $865,889 | 0 |
| 2/11/2025 | 68HERH24P0409 | No-notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC | CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to pull 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that has cancelled part of earlier today.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we are already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on! I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you so much!! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly gut check those details.

Otherwise he liked the process and agrees that we'll be able to quickly move through renewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for a great look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



Loving, Kathryn invited you to edit a file

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

contract_details

This invite will only work for you and people with existing access.

Privacy Statement
This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

| From: | Wise, Melissa |
|---|---|
| To: | Brown, Devon; Schindel, Phillip; Tocci, Brian F.; Rose, Kenneth; Sherwood, Kelly; Shelmon, Shantel; Sykes, Karen; Fields, Robert; Dolan, Sheila; Watkins, Christopher; Rawls, Whitney; Hulstein, Sarah; Seeger, Lindsay; Truong, Carolyn; Mendiola, Angela; Johnson, Peggy D.; Manion, Andrea |
| Cc: | Segovia, Theresa; Johnson, Arthur; McManus, Catharine; Eubanks, Kristy; Sanders, Amy; Stanton, MaryA; Krehbiel, Ben; McCluney, Lance; Drake, Kerry; Chung, Angela; Coogan, Daniel; Tsing-Choy, Kathy; Jones-Peeler, Meshell; Gulamali, Adil; Sylvester, Kenneth |
| Subject: | List of Grant Terminations - 2/20 |
| Date: | Thursday, February 20, 2025 6:26:40 PM |
| Attachments: | image001.png<br>Termination List_February 20 Batch 1.xlsx |
| Importance: | High |

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared.  Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



**SOP-2025-G01**

**Title:** Standard Operating Procedures for Unilateral Grant Terminations under 2 CFR 200.340

**Effective Date:** February 20, 2025

**Revision Dates:** March 12, 2025; March 24, 2025

**Applicable Roles:** Grant Specialists, Grant Management Officers, Award Officials

**General Information:** These Standard Operating Procedures are applicable to any assistance agreement subject to EPA General Terms and Conditions effective August 13, 2020 and all subsequent updates.

This action is both an Amendment and a Termination Notification under 2 CFR 200.341, meaning that it must be signed by an EPA Decision Official (generally an EPA Award Official/Grants Management Officer), and cannot be delegated.

SOP-2024-G01 Awarding Official delegation list:

**Awarding Officials**

'✓' indicates delegated awards official(s) by region.

| Region | GMO/Branch Manager (BM) | MSDD/SRO |
|--------|--------------------------|----------|
| Region 1 | | ✓ |
| Region 2 | ✓ (GMO *de-obligations/decreases only* < $1M) | ✓ |
| Region 3 | ✓ (BM < $5M) | ✓ (> $5M) |
| Region 4 | ✓ (GMO) | |
| Region 5 | ✓ (GMO) (BM) | |
| Region 6 | ✓ (GMO < $5M) | ✓ (> $5M) |
| Region 7 | ✓ (GMO) | |
| Region 8 | ✓ (GMO) | |
| Region 9 | ✓ (GMO) | |
| Region 10 | ✓ (GMO, BM, Tribal Grant Section Manager) | |
| OGD HQ | ✓ (GMO, BM, Division Director) | |

**Procedures:**
- GMO staff review the cited reason or regulation for termination against terms and conditions of the award and the regulations specifically applicable to the award. If there is not alignment, GMO staff alerts management to address.
- Providing that there is alignment between the reason and applicability to the award, the Grants Specialists prepares a termination amendment for signature by the Award Official.
- GMO staff notify the recipient via email and proceed to close the file.

**The Change Request (CR) and Amendment Process – Grant Specialist (GS)**

To prepare the amendment for signature, the GS performs the following actions:

A. Initiate a Change Request for "General Amendment Requiring Signature"



1

B.   Document and type on the "Details" of the CR as follows:

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

C.   Generate Amendment award document

Click "Workflow Task" and "Create Amendment" to create draft award document.



D.   Section 2: Record Type and Funding Pkg. Date
   - Select "F – No Cost Amendment."



   - Enter "Funding Pkg. Date."



E.   Section 5: Budget and Project End Date

GS changes the END DATE of the Budget Period and Project Period to conform with the date of the termination action.



EPA 000151

F.   Section 6: Competition (for Competitive grants)

GS selects "OTHER" if NGGS requires Section 6 to be completed.



G.   Funding Sections DO NOT Change (leave as is).
   - Section 5 – Budget and Project Cost
   - Section 10 – Award Amount
   - Section 11 – Approved Budget – Please re-enter #12. Total Approved Assistance Amount.

| 11. Total (Share: Recipient 0.00 % Federal 100.00 %.) | | $10,000,000 |
| --- | --- | --- |
| Admin Override Share Recip: ___ % Clear | Please re-enter the Total Approved Assistance Amount. This is system required. | |
| Admin Override Share Federal: ___ % Clear | | |
| * 12. Total Approved Assistance Amount | | $10,000,000 |
| 13. Program Income | | $0 |
| 14. Total EPA Amount Awarded This Action | | $0 |

H.   Section 12: Administrative and Programmatic Conditions

Please add and pick the following National Administrative terms and conditions.



3

EPA 000152

**Select Administrative Conditions**

Please choose the applicable Administrative Conditions for this document from the list.

National

- [ ] Administrative Terms and Conditions - National (Update Effective 10/01/2023)
- [ ] FY25 Administrative Terms and Conditions - National (Effective 10/01/2024)
- [ ] Louisiana Title VI Term and Condition - New Awards or Funding Amendments
- [ ] Unilateral Termination (Effective 01/20/2025)

Cancel    OK

**Unilateral Termination**

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. The Federal Financial Reporting (FFR) General Terms and Condition is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final performance report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

4

b. Explanations on why established outputs/outcomes were not met; and

c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

EPA 000154

**The Email Communication to the Recipient**

Please use this text language to send to the EPA Grant Recipient for Termination.

**SUBJECT:** Termination of EPA Assistance Award: [INSERT the Grant Number and Applicant Name]

**BODY of the TEXT:** [Copy this text to send email to the EPA Grant Recipient]

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact **{Name of SRO} Region {#} Senior Resource Official at {SRO email}**.

Sincerely, [NAME]
Grants Management Officer
[phone]
[email]

Attachments:
Official EPA Award Document

Termination Memo

EPA 000155

**Closing the Award in NGGS Post Award Tracking – Section 5**

This is a non-standard closeout. The GS will not be waiting for receipt of reports before proceeding to code the agreement as "FT - Assistance Terminated by EPA Before Completion."

Instead, in Section 5 – Closeout Information, answer **"N/A"** and type in the Comment field, **"This agreement is terminated."** for the following questions:

- GS confirms Final FFR received and processed; grant financially closed.
- The Final Technical Report has been received by the PO.
- The Project Officer Closeout Certification has been completed by the PO and submitted to the grants office.
- Have all required DBE forms been received?
- All Indirect Costs have been received.



Screenshot example:

**Closeout Final NGGS Step – Workflow Task**

Click "Workflow Task" and "Close Grant."



Select close grant code "FT – Assistance Terminated by EPA Before Completion."

EPA 000156



**Report and Manual Tracking Requirement**

There is a report available that will summarize "FT" grants.

Outside of NGGS, Grants Management Officers (GMOs) will need to separately track receipt of final closeout documents like the final technical report and reconciliation of the Federal Financial Report, SF-425. Closeout documents are to be uploaded to the E-Grant File:

- Official EPA Award Document
- Termination Memo
- Final Technical Report
- Final Federal Financial Report, SF-425

**Final Step**

When the grant is terminated in NGGS, **please send an email to Kathy Tsing-Choy (Tsing-Choy.Kathy@epa.gov) and cc: Melissa Wise (Wise.Melissa@epa.gov)** for tracking purposes.

EPA 000157

**REFERENCE**

EPA General Terms and Conditions Effective August 13, 2020 and all subsequent updates.

3. Termination

Consistent with 2 CFR 200.340, EPA may unilaterally terminate this award in whole or in part:

a. if a recipient fails to comply with the terms and conditions of the award including statutory or regulatory requirements; or

b. if the award no longer effectuates the program goals or agency priorities. Situations in which EPA may terminate an award under this provision include when:

(i) EPA obtains evidence that was not considered in making the award that reveals that specific award objective(s) are ineffective at achieving program goals and EPA determines that it is in the government's interest to terminate the award;

(ii) EPA obtains evidence that was not considered in making the award that causes EPA to significantly question the feasibility of the intended objective(s) of the award and EPA determines that it is in the government's interest to terminate the award;

(iii) EPA determines that the objectives of the award are no longer consistent with funding priorities for achieving program goals.

2 CFR 200 Subpart D https://www.ecfr.gov/current/title-2/part-200/subpart-D. This reference applies to grant awarded effective 10/01/2024 and/or grants General Terms and Conditions updated effective 10/01/2024.

EPA 000158

| From: | Wise, Melissa |
|---|---|
| To: | Brown, Devon; Schindel, Phillip; Tocci, Brian F.; Rose, Kenneth; Sherwood, Kelly; Shelmon, Shantel; Sykes, Karen; Fields, Robert; Dolan, Sheila; Watkins, Christopher; Rawls, Whitney; Hulstein, Sarah; Seeger, Lindsay; Truong, Carolyn; Mendiola, Angela; Johnson, Peggy D.; Manion, Andrea |
| Cc: | Segovia, Theresa; Johnson, Arthur; McManus, Catharine; Eubanks, Kristy; Sanders, Amy; Stanton, MaryA; Krehbiel, Ben; McCluney, Lance; Drake, Kerry; Chung, Angela; Coogan, Daniel; Tsing-Choy, Kathy; Jones-Peeler, Meshell; Gulamali, Adil; Sylvester, Kenneth |
| Subject: | ACTION REQUIRED by COB TodaY: RE: List of Grant Terminations - 2/20 |
| Date: | Friday, February 21, 2025 12:56:17 PM |
| Attachments: | Termination List_February 20 Batch 1.xlsx |
| | image001.png |
| Importance: | High |

Good afternoon, GMOs,

I am writing to alert you that the deadline for completing all grant terminations on the attached list is **COB today**.

I anticipate receipt of the Termination Memo within the next couple of hours.  Please hold on sending the email notification until I send you the Termination Memo which should be attached to the email notification as a cover.  You can and should work on everything else up to the point of sending the email.

Please follow all steps in the Grant Termination SOP provided yesterday.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, February 20, 2025 6:27 PM
**To:** Brown, Devon Brown.Devon@epa.gov; Schindel, Phillip Schindel.Phillip@epa.gov; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** List of Grant Terminations - 2/20

**Importance:** High

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared.  Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



| Grant Awarded? Yes or No | Program Code | Grant Family | Project Cost (EPA + Cost Share) | Cumulative Award Amount | Awarding Region Code | AAShip |
|---|---|---|---|---|---|---|
| Yes | XJ | 84061101 | $10,000,000 | $8,000 | EPA HQ | OEJECR |
| Yes | 51 | 00A01436 | $500,000 | $500,000 | EPA R1 | R01 |
| Yes | 5N | 02J63801 | $8,000,000 | $8,000,000 | EPA R10 | R10 |
| Yes | 5B | 02J56601 | $500,000 | $500,000 | EPA R10 | R10 |
| Yes | 5N | 95341301 | $8,000,000 | $8,000,000 | EPA R3 | R03 |
| Yes | XJ | 95314201 | $12,000,000 | $12,000,000 | EPA R3 | R03 |
| Yes | 5B | 95334801 | $500,000 | $500,000 | EPA R3 | R03 |
| Yes | 5B | 95338201 | $500,000 | $500,000 | EPA R3 | R03 |
| Yes | XJ | 13746681 | $13,000,000 | $11,000,000 | EPA R4 | R04 |
| Yes | 5B | 03D03124 | $500,000 | $500,000 | EPA R4 | R04 |
| Yes | 5N | 00E03682 | $8,000,000 | $8,000,000 | EPA R5 | R05 |
| Yes | XJ | 00E03450 | $10,000,000 | $8,000,000 | EPA R5 | R05 |
| Yes | XJ | 00E03451 | $10,000,000 | $4,000,000 | EPA R5 | R05 |
| Yes | 5B | 02F50601 | $500,000 | $500,000 | EPA R6 | R06 |
| Yes | 5B | 02F50801 | $500,000 | $500,000 | EPA R6 | R06 |
| Yes | XJ | 96701501 | $10,000,000 | $8,000,000 | EPA R7 | R07 |
| Yes | XJ | 00I10501 | $10,000,000 | $7,000,000 | EPA R8 | R08 |
| Yes | XJ | 98T65801 | $9,999,999 | $8,100,000 | EPA R9 | R09 |
| Yes | 5B | 98T88701 | $500,000 | $500,000 | EPA R9 | R09 |
| Yes | 51 | 98T91201 | $500,000 | $500,000 | EPA R9 | R09 |
| Yes | 51 | 98T91501 | $500,000 | $500,000 | EPA R9 | R09 |

EPA 000161

| Project Start Date | Project End Date | Project Title | Application Name | Applicant State | Assistance Listing Code |
|---|---|---|---|---|---|
| 6/1/2023 | 3/31/2028 | Environmental Justice T | Institute for Sustaina | VT | 66.309 |
| 5/1/2024 | 4/30/2026 | Green Jobs Corps: Grow | New Haven Ecology F | CT | 66.306 |
| 3/1/2024 | 2/28/2027 | Northwest Network for E | Philanthropy Northwe | WA | 66.615 |
| 4/1/2024 | 3/31/2027 | Creating Equitable and I | Oregon Coast Visitor | OR | 66.306 |
| 5/1/2024 | 4/30/2027 | TCGM Initial Award - Gre | Green & Healthy Hom | MD | 66.615 |
| 7/1/2023 | 6/30/2028 | Mid-Atlantic-Thriving Co | National Wildlife Fed | VA | 66.309 |
| 5/1/2024 | 4/30/2027 | Hunting Park Communit | Nueva Esperanza Inc | PA | 66.306 |
| 2/1/2024 | 1/31/2027 | Building Community Res | Appalachian Voices | NC | 66.306 |
| 9/1/2023 | 4/30/2028 | Community Investment | Deep South Center fc | LA | 66.309 |
| 2/1/2024 | 1/31/2027 | Environmental Justice C | Parks Alliance of Loui | KY | 66.306 |
| 4/1/2024 | 3/31/2027 | The Minneapolis Founda | Minneapolis Foundat | MN | 66.615 |
| 6/1/2023 | 5/31/2028 | Community Developme | Regents of the Univer | MN | 66.309 |
| 6/1/2023 | 5/31/2028 | EPA Region V Environme | BIG, NFP | IL | 66.309 |
| 5/1/2024 | 4/30/2027 | Vulnerable to Vibrant: S | Black united Fund of | TX | 66.306 |
| 4/1/2024 | 3/31/2027 | Justice in the Air: The Pa | Earth Care Internatio | NM | 66.306 |
| 4/1/2023 | 3/31/2028 | Environmental Justice T | Wichita State Univers | KS | 66.309 |
| 5/1/2024 | 4/30/2029 | Mountains and Plains Th | Montana State Unive | MT | 66.309 |
| 6/1/2023 | 5/30/2028 | Special Purpose Activiti | San Diego State Univ | CA | 66.309 |
| 3/1/2024 | 2/28/2026 | Inflation Reduction Act - | Bayview Hunters Poir | CA | 66.306 |
| 4/1/2024 | 3/31/2027 | Inflation Reduction Act - | Council for Native Ha | HI | 66.306 |
| 5/1/2024 | 4/30/2027 | Inflation Reduction Act - | The Friendship House | CA | 66.306 |

**Assistance Listing Description**

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

| | |
|---|---|
| **From:** | Wise, Melissa |
| **To:** | Brown, Devon; Schindel, Phillip; Tocci, Brian F.; Rose, Kenneth; Sherwood, Kelly; Shelmon, Shantel; Sykes, Karen; Fields, Robert; Dolan, Sheila; Watkins, Christopher; Rawls, Whitney; Hulstein, Sarah; Seeger, Lindsay; Truong, Carolyn; Mendiola, Angela; Johnson, Peggy D.; Manion, Andrea; Lloyd, Keva; Phillips, Lashaun |
| **Cc:** | Segovia, Theresa; Johnson, Arthur; McManus, Catharine; Eubanks, Kristy; Sanders, Amy; Stanton, MaryA; Krehbiel, Ben; McCluney, Lance; Drake, Kerry; Chung, Angela; Coogan, Daniel; Tsing-Choy, Kathy; Jones-Peeler, Meshell; Gulamali, Adil; Sylvester, Kenneth |
| **Subject:** | Termination Memo |
| **Date:** | Friday, February 21, 2025 3:12:09 PM |
| **Attachments:** | Termination_Memo_Template_Feb21.docx<br>image001.png |
| **Importance:** | High |

Good afternoon, GMOs,

Here is the final/cleared Termination Memo that should be attached to the email notification.

GMOs:

- Copy/paste email language from Grant Termination SOP to compose the email
- Complete/attach the Termination Memo to the email
- Attach Amendment from NGGS to the email

You are now clear to complete all terminations by COB today.  Please let me know if you have any questions.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, February 20, 2025 6:27 PM
**To:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>

**Subject:** List of Grant Terminations - 2/20
**Importance:** High

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared.  Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

May 9, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement [Grant Number] under 2 CFR 200.340

**FROM:**    EPA Award Official

**TO:**    FirstName LastName, Title
Office (Recipient Authorized Organization Representative (AOR))

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [insert Grant Number] awarded to [recipient organization]. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement [INSERT Grant Number] is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)

- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

EPA 000166

As part of this termination, EPA is waiving the following closeout reports:

- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [email address of the DDO], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [email address of EPA Award Official] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc: FirstName LastName (EPA Grant Specialist)
(EPA Project Officer)
(Grantee Program Manager)

EPA 000167

| From: | Wise, Melissa |
|---|---|
| To: | OMS-OGD-GMOs Only |
| Cc: | Regional Mission Support Division - Directors; Regional Mission Support Division - Deputy Directors; Coogan, Daniel; Talbert-Duarte, Angelia; Askew, Wendel; Gulamali, Adil; Jennette, Vonda; Puglisi, Peter; Tsing-Choy, Kathy; Sylvester, Kenneth |
| Subject: | ACTION REQUIRED: Grant Cancellations/Terminations (Due 4/25) |
| Date: | Thursday, April 17, 2025 4:44:47 PM |
| Attachments: | April_14_Terminations_Grants not on March_10.xlsx<br>image001.png<br>image002.png |
| Importance: | High |

Good afternoon GMOs,

We have received direction from leadership to cancel/terminate the grants (attached) by **Friday, 4/25**.

Please update your work progress in the tab labelled "Grant Terminations April 14" in the spreadsheet here: ☐ SharePoint drive.

**\*\* IMPORTANT\*\* - GMOs, please verify the data in Column H of the SharePoint file. While OGD has made every attempt to ensure the accuracy of the Yes/No designation, we ask you to please verify.**

If there are any questions about the SharePoint file, please direct them to Kathy Tsing-Choy. If you have any other questions, please let me know.

Thank you,
Melissa

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911



| Assistance Listing Code | Program Code | Grant Family | Grant No | Award Date | Award Fiscal Year | Most Recent Amendment or Award Date PRE or Post Oct 1 |
|---|---|---|---|---|---|---|
| 66.110 | HC | 00A01131 | 00A01131-2 | 09/26/2024 | 2024 | Pre Oct 1 2024 |
| 66.110 | HC | 00A01132 | 00A01132-1 | 08/23/2024 | 2024 | Pre Oct 1 2024 |
| 66.110 | HC | 00A01148 | 00A01148-0 | 08/05/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 83950201 | 83950201-4 | 07/15/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 83950301 | 83950301-2 | 07/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84000501 | 84000501-2 | 06/07/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84000601 | 84000601-3 | 06/20/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84000701 | 84000701-2 | 06/20/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84000801 | 84000801-3 | 06/04/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84001101 | 84001101-2 | 06/28/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84001301 | 84001301-2 | 06/30/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84002701 | 84002701-4 | 05/16/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84002901 | 84002901-4 | 12/19/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84003101 | 84003101-3 | 07/11/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84003201 | 84003201-3 | 05/08/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84004501 | 84004501-3 | 05/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84008301 | 84008301-4 | 07/30/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84008501 | 84008501-3 | 08/09/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84008601 | 84008601-4 | 09/16/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84008801 | 84008801-3 | 07/15/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84019801 | 84019801-2 | 03/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84019901 | 84019901-3 | 01/29/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84020001 | 84020001-3 | 03/13/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84020101 | 84020101-4 | 03/10/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84020201 | 84020201-3 | 06/14/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84020401 | 84020401-2 | 05/31/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84020501 | 84020501-2 | 06/03/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84020601 | 84020601-3 | 06/12/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84020701 | 84020701-2 | 06/07/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84020801 | 84020801-3 | 03/13/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84020901 | 84020901-3 | 03/10/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84021901 | 84021901-1 | 02/09/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84022101 | 84022101-2 | 02/19/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84023201 | 84023201-2 | 06/21/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84023401 | 84023401-2 | 11/20/2024 | 2025 | Post Oct 1 |

| 66.509 | RD | 84023601 | 84023601-3 | 07/05/2024 | 2024 | Pre Oct 1 2024 |
|--------|----|----------|------------|-----------|------|----------------|
| 66.509 | RD | 84023701 | 84023701-2 | 06/07/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84023801 | 84023801-2 | 06/11/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84024001 | 84024001-1 | 07/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84024101 | 84024101-2 | 05/31/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84024601 | 84024601-1 | 08/06/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84025601 | 84025601-2 | 06/24/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84025701 | 84025701-2 | 07/02/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84025801 | 84025801-3 | 07/30/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84025901 | 84025901-3 | 07/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84026001 | 84026001-2 | 04/01/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84032501 | 84032501-2 | 10/11/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84036301 | 84036301-1 | 01/28/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84042201 | 84042201-1 | 03/11/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84042401 | 84042401-0 | 04/20/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84042501 | 84042501-1 | 02/03/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84042601 | 84042601-1 | 02/21/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84042702 | 84042702-1 | 12/18/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84043101 | 84043101-1 | 01/29/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84045001 | 84045001-0 | 07/08/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84045101 | 84045101-1 | 06/13/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84045201 | 84045201-0 | 07/13/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84045301 | 84045301-0 | 07/05/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84045401 | 84045401-1 | 06/18/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84045501 | 84045501-1 | 05/28/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84045601 | 84045601-0 | 07/12/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84045701 | 84045701-0 | 07/19/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84045801 | 84045801-2 | 06/13/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84045901 | 84045901-0 | 07/18/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84046001 | 84046001-1 | 06/29/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84046301 | 84046301-0 | 07/15/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84046401 | 84046401-1 | 01/06/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84046501 | 84046501-1 | 03/24/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84046601 | 84046601-2 | 03/13/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84046701 | 84046701-0 | 08/10/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84047101 | 84047101-1 | 06/28/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84047201 | 84047201-0 | 08/02/2022 | 2022 | Pre Oct 1 2024 |

| 66.509 | RD | 84047301 | 84047301-3 | 04/30/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84047401 | 84047401-1 | 07/06/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84047501 | 84047501-1 | 06/02/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84047601 | 84047601-1 | 07/07/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84047701 | 84047701-1 | 03/27/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84047801 | 84047801-0 | 07/25/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84047901 | 84047901-1 | 06/09/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84048001 | 84048001-1 | 06/22/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84048101 | 84048101-1 | 06/15/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84048201 | 84048201-0 | 08/10/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84048301 | 84048301-1 | 06/22/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84048401 | 84048401-1 | 03/13/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84048501 | 84048501-0 | 08/03/2022 | 2022 | Pre Oct 1 2024 |
| 66.509 | RD | 84048601 | 84048601-1 | 03/11/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84053401 | 84053401-0 | 03/24/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84053501 | 84053501-0 | 03/21/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84055401 | 84055401-0 | 04/28/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84055501 | 84055501-0 | 06/05/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84055601 | 84055601-0 | 06/22/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84055701 | 84055701-1 | 09/28/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84055801 | 84055801-0 | 06/27/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84055901 | 84055901-0 | 08/04/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84056201 | 84056201-0 | 07/25/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84056301 | 84056301-0 | 05/01/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84056401 | 84056401-0 | 06/09/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84056501 | 84056501-0 | 05/31/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84056601 | 84056601-1 | 01/07/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84056701 | 84056701-2 | 12/04/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84059901 | 84059901-0 | 06/14/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84061601 | 84061601-1 | 11/19/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84061701 | 84061701-1 | 07/19/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84061801 | 84061801-1 | 06/13/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84061901 | 84061901-0 | 07/31/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84062301 | 84062301-1 | 12/16/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84062401 | 84062401-0 | 06/21/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84062501 | 84062501-1 | 02/05/2025 | 2025 | Post Oct 1 |

| 66.509 | RD | 84062601 | 84062601-1 | 01/07/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84062701 | 84062701-0 | 07/05/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84063001 | 84063001-1 | 10/10/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84063101 | 84063101-1 | 10/09/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84063201 | 84063201-0 | 07/13/2023 | 2023 | Pre Oct 1 2024 |
| 66.509 | RD | 84084001 | 84084001-0 | 08/07/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84084601 | 84084601-0 | 12/13/2024 | 2025 | Post Oct 1 |
| 66.509 | RD | 84084701 | 84084701-0 | 01/30/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84084901 | 84084901-0 | 01/30/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84085101 | 84085101-0 | 01/16/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84085201 | 84085201-1 | 01/07/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84094501 | 84094501-0 | 08/14/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84094901 | 84094901-0 | 07/31/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095001 | 84095001-0 | 08/13/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095101 | 84095101-0 | 09/04/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095201 | 84095201-0 | 07/18/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095401 | 84095401-0 | 08/21/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095501 | 84095501-0 | 07/16/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095601 | 84095601-0 | 08/28/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095701 | 84095701-0 | 07/30/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84095801 | 84095801-0 | 08/19/2024 | 2024 | Pre Oct 1 2024 |
| 66.509 | RD | 84111701 | 84111701-0 | 01/13/2025 | 2025 | Post Oct 1 |
| 66.509 | RD | 84111801 | 84111801-0 | 01/29/2025 | 2025 | Post Oct 1 |
| 66.510 | X3 | 83947101 | 83947101-6 | 06/27/2024 | 2024 | Pre Oct 1 2024 |
| 66.510 | X3 | 84003501 | 84003501-7 | 08/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.510 | X3 | 84003701 | 84003701-5 | 08/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.510 | X3 | 84018201 | 84018201-4 | 08/19/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 83948101 | 83948101-3 | 06/20/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 83948401 | 83948401-6 | 08/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 83997801 | 83997801-4 | 02/04/2025 | 2025 | Post Oct 1 |
| 66.511 | CR | 84008001 | 84008001-3 | 06/07/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84008101 | 84008101-4 | 01/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84008102 | 84008102-0 | 01/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84008201 | 84008201-2 | 07/10/2023 | 2023 | Pre Oct 1 2024 |
| 66.511 | CR | 84024501 | 84024501-2 | 02/26/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84024701 | 84024701-2 | 01/24/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84024801 | 84024801-1 | 08/26/2024 | 2024 | Pre Oct 1 2024 |

| 66.511 | CR | 84025201 | 84025201-3 | 02/21/2024 | 2024 | Pre Oct 1 2024 |
|--------|-----|----------|------------|------------|------|----------------|
| 66.511 | CR | 84033801 | 84033801-6 | 12/03/2024 | 2025 | Post Oct 1 |
| 66.511 | CR | 84042801 | 84042801-0 | 06/17/2022 | 2022 | Pre Oct 1 2024 |
| 66.511 | CR | 84042901 | 84042901-1 | 05/31/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84043001 | 84043001-2 | 06/11/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84046101 | 84046101-0 | 08/03/2022 | 2022 | Pre Oct 1 2024 |
| 66.511 | CR | 84046201 | 84046201-0 | 07/27/2022 | 2022 | Pre Oct 1 2024 |
| 66.511 | CR | 84048701 | 84048701-0 | 07/27/2022 | 2022 | Pre Oct 1 2024 |
| 66.511 | CR | 84060401 | 84060401-1 | 08/22/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84060501 | 84060501-2 | 08/20/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84060601 | 84060601-1 | 07/25/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84060701 | 84060701-1 | 07/25/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84064501 | 84064501-1 | 01/07/2025 | 2025 | Post Oct 1 |
| 66.511 | CR | 84065301 | 84065301-0 | 11/06/2024 | 2025 | Post Oct 1 |
| 66.511 | CR | 84068101 | 84068101-2 | 09/10/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84082401 | 84082401-0 | 08/07/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84082601 | 84082601-0 | 07/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84082701 | 84082701-0 | 07/31/2024 | 2024 | Pre Oct 1 2024 |
| 66.511 | CR | 84082801 | 84082801-0 | 08/01/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84040701 | 84040701-4 | 05/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84040801 | 84040801-2 | 06/14/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84041001 | 84041001-3 | 04/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84041401 | 84041401-2 | 05/15/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84041501 | 84041501-2 | 05/21/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84056901 | 84056901-1 | 05/22/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84057001 | 84057001-1 | 07/25/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84057301 | 84057301-1 | 07/24/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84057801 | 84057801-1 | 07/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84058101 | 84058101-1 | 06/14/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84058201 | 84058201-2 | 11/04/2024 | 2025 | Post Oct 1 |
| 66.516 | SU | 84058401 | 84058401-1 | 06/18/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84058501 | 84058501-2 | 03/17/2025 | 2025 | Post Oct 1 |
| 66.516 | SU | 84067901 | 84067901-0 | 12/20/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84068201 | 84068201-0 | 12/15/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84068301 | 84068301-0 | 11/28/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84068401 | 84068401-0 | 01/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84068501 | 84068501-0 | 12/20/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84068601 | 84068601-0 | 12/07/2023 | 2024 | Pre Oct 1 2024 |

| 66.516 | SU | 84086401 | 84086401-0 | 02/06/2024 | 2024 | Pre Oct 1 2024 |
|--------|----|----------|------------|------------|------|----------------|
| 66.516 | SU | 84086501 | 84086501-0 | 11/30/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84086601 | 84086601-0 | 12/11/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84086701 | 84086701-0 | 12/06/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84086801 | 84086801-0 | 11/16/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84086901 | 84086901-0 | 12/19/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84087101 | 84087101-0 | 11/28/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84087201 | 84087201-0 | 12/07/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84087302 | 84087302-0 | 11/20/2024 | 2025 | Post Oct 1 |
| 66.516 | SU | 84087401 | 84087401-0 | 12/14/2023 | 2024 | Pre Oct 1 2024 |
| 66.516 | SU | 84112901 | 84112901-0 | 02/21/2025 | 2025 | Post Oct 1 |
| 66.516 | SU | 84113401 | 84113401-0 | 01/30/2025 | 2025 | Post Oct 1 |
| 66.516 | SV | 84038501 | 84038501-1 | 07/11/2023 | 2023 | Pre Oct 1 2024 |
| 66.516 | SV | 84041801 | 84041801-1 | 09/17/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SV | 84042001 | 84042001-1 | 02/26/2025 | 2025 | Post Oct 1 |
| 66.516 | SV | 84082301 | 84082301-0 | 08/28/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SV | 84083001 | 84083001-0 | 08/09/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SV | 84083101 | 84083101-0 | 08/21/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SV | 84083201 | 84083201-0 | 09/03/2024 | 2024 | Pre Oct 1 2024 |
| 66.516 | SV | 84083301 | 84083301-0 | 08/09/2024 | 2024 | Pre Oct 1 2024 |
| 66.611 | PI | 84076101 | 84076101-0 | 09/05/2024 | 2024 | Pre Oct 1 2024 |
| 66.611 | PI | 84076601 | 84076601-1 | 02/27/2025 | 2025 | Post Oct 1 |
| 66.615 | 5N | 84082001 | 84082001-0 | 09/11/2024 | 2024 | Pre Oct 1 2024 |
| 66.615 | 5N | 84082901 | 84082901-0 | 12/27/2024 | 2025 | Post Oct 1 |
| 66.615 | 5N | 84084101 | 84084101-0 | 07/16/2024 | 2024 | Pre Oct 1 2024 |
| 66.615 | 5N | 84084201 | 84084201-0 | 01/08/2025 | 2025 | Post Oct 1 |
| 66.615 | 5N | 95341401 | 95341401-2 | 12/27/2024 | 2025 | Post Oct 1 |
| 66.615 | 5N | 96265601 | 96265601-0 | 09/04/2024 | 2024 | Pre Oct 1 2024 |
| 66.615 | 5N | 96265602 | 96265602-0 | 01/15/2025 | 2025 | Post Oct 1 |
| 66.615 | 5N | 00A01511 | 00A01511-1 | 09/23/2024 | 2024 | Pre Oct 1 2024 |
| 66.615 | 5N | 00A01512 | 00A01512-0 | 01/03/2025 | 2025 | Post Oct 1 |
| 66.615 | 5N | 00I50001 | 00I50001-0 | 07/30/2024 | 2024 | Pre Oct 1 2024 |
| 66.615 | 5N | 00I50002 | 00I50002-1 | 12/19/2024 | 2025 | Post Oct 1 |
| 66.615 | 5N | 01E03682 | 01E03682-1 | 12/20/2024 | 2025 | Post Oct 1 |
| 66.615 | 5N | 02F5550A | 02F5550A-0 | 06/25/2024 | 2024 | Pre Oct 1 2024 |

| 66.615 | 5N | 02F5550B | 02F5550B-0 | 12/18/2024 | 2025 | Post Oct 1 |
|--------|-----|----------|-----------|-----------|------|-----------|
| 66.615 | 5N | 02J63901 | 02J63901-1 | 12/20/2024 | 2025 | Post Oct 1 |
| 66.615 | 5N | 98T97501 | 98T97501-2 | 10/16/2024 | 2025 | Post Oct 1 |
| 66.615 | 5N | 98T97502 | 98T97502-1 | 12/12/2024 | 2025 | Post Oct 1 |
| 66.716 | X8 | 00A00782 | 00A00782-3 | 07/08/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 00A01093 | 00A01093-0 | 09/15/2022 | 2022 | Pre Oct 1 2024 |
| 66.716 | X8 | 00A01146 | 00A01146-0 | 09/25/2023 | 2023 | Pre Oct 1 2024 |
| 66.716 | X8 | 00A01541 | 00A01541-0 | 09/16/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 00E03596 | 00E03596-0 | 09/29/2023 | 2023 | Pre Oct 1 2024 |
| 66.716 | X8 | 02D23922 | 02D23922-1 | 08/16/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 02F49101 | 02F49101-1 | 12/04/2024 | 2025 | Post Oct 1 |
| 66.716 | X8 | 03D28624 | 03D28624-0 | 02/06/2025 | 2025 | Post Oct 1 |
| 66.716 | X8 | 83996902 | 83996902-6 | 08/27/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84000401 | 84000401-5 | 08/28/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84005001 | 84005001-5 | 07/03/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84013701 | 84013701-5 | 04/01/2025 | 2025 | Post Oct 1 |
| 66.716 | X8 | 84019401 | 84019401-5 | 08/20/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84035801 | 84035801-5 | 01/29/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84066001 | 84066001-3 | 08/01/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84067801 | 84067801-2 | 02/25/2025 | 2025 | Post Oct 1 |
| 66.716 | X8 | 84083401 | 84083401-0 | 07/30/2024 | 2024 | Pre Oct 1 2024 |
| 66.716 | X8 | 84093501 | 84093501-0 | 09/06/2024 | 2024 | Pre Oct 1 2024 |
| 66.957 | 5G | 84094001 | 84094001-2 | 01/16/2025 | 2025 | Post Oct 1 |
| 66.957 | 5G | 84094201 | 84094201-2 | 01/17/2025 | 2025 | Post Oct 1 |
| 66.957 | 5G | 84096001 | 84096001-1 | 12/20/2024 | 2025 | Post Oct 1 |
| 66.960 | 5J | 84093901 | 84093901-1 | 12/20/2024 | 2025 | Post Oct 1 |
| 66.960 | 5J | 84094101 | 84094101-1 | 12/20/2024 | 2025 | Post Oct 1 |
| 66.960 | 5J | 84094301 | 84094301-1 | 12/19/2024 | 2025 | Post Oct 1 |
| 66.960 | 5J | 84094401 | 84094401-1 | 12/19/2024 | 2025 | Post Oct 1 |
| 66.960 | 5J | 84096101 | 84096101-1 | 12/20/2024 | 2025 | Post Oct 1 |

| Cumulative Award | Project Period Cost | Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount |
|---|---|---|---|---|
| $39,945.00 | $39,945.00 | $39,945.00 | $39,945.00 | $0.00 |
| $40,000.00 | $40,000.00 | $40,000.00 | $21,353.86 | $18,646.14 |
| $39,545.00 | $61,554.00 | $39,545.00 | $5,344.45 | $34,200.55 |
| $849,811.00 | $849,811.00 | $849,811.00 | $849,811.00 | $0.00 |
| $849,988.00 | $849,988.00 | $849,988.00 | $795,147.95 | $54,840.05 |
| $799,667.00 | $799,667.00 | $799,667.00 | $553,599.76 | $246,067.24 |
| $798,234.00 | $798,234.00 | $798,234.00 | $759,749.00 | $38,485.00 |
| $784,743.00 | $784,743.00 | $784,743.00 | $687,819.92 | $96,923.08 |
| $400,000.00 | $400,000.00 | $400,000.00 | $356,649.53 | $43,350.47 |
| $796,885.00 | $796,885.00 | $796,885.00 | $559,440.17 | $237,444.83 |
| $799,699.00 | $799,699.00 | $799,699.00 | $772,121.12 | $27,577.88 |
| $790,441.00 | $790,441.00 | $790,441.00 | $787,304.74 | $3,136.26 |
| $799,999.00 | $799,999.00 | $799,999.00 | $751,677.64 | $48,321.36 |
| $790,352.00 | $790,352.00 | $790,352.00 | $790,352.00 | $0.00 |
| $799,993.00 | $799,993.00 | $799,993.00 | $796,855.32 | $3,137.68 |
| $798,193.00 | $798,193.00 | $798,193.00 | $798,193.00 | $0.00 |
| $999,999.00 | $999,999.00 | $999,999.00 | $980,864.39 | $19,134.61 |
| $687,660.00 | $687,660.00 | $687,660.00 | $646,519.21 | $41,140.79 |
| $999,670.00 | $999,670.00 | $999,670.00 | $827,722.64 | $171,947.36 |
| $999,377.00 | $999,377.00 | $999,377.00 | $931,531.68 | $67,845.32 |
| $1,345,022.00 | $1,345,022.00 | $1,345,022.00 | $671,715.23 | $673,306.77 |
| $1,217,193.00 | $1,217,193.00 | $1,217,193.00 | $1,087,529.05 | $129,663.95 |
| $1,350,000.00 | $1,350,000.00 | $1,350,000.00 | $1,207,396.99 | $142,603.01 |
| $1,340,704.00 | $1,340,704.00 | $1,340,704.00 | $1,124,043.21 | $216,660.79 |
| $1,349,566.00 | $1,349,566.00 | $1,336,404.00 | $1,120,378.93 | $216,025.07 |
| $749,887.00 | $749,887.00 | $749,887.00 | $618,340.60 | $131,546.40 |
| $744,262.00 | $744,262.00 | $744,262.00 | $551,426.55 | $192,835.45 |
| $449,213.00 | $449,213.00 | $449,213.00 | $440,342.30 | $8,870.70 |
| $337,616.00 | $337,616.00 | $337,616.00 | $331,756.99 | $5,859.01 |
| $1,342,099.00 | $1,342,099.00 | $1,342,099.00 | $884,004.60 | $458,094.40 |
| $1,341,123.00 | $1,341,123.00 | $1,341,123.00 | $1,089,515.65 | $251,607.35 |
| $1,894,823.00 | $1,894,823.00 | $1,894,823.00 | $1,811,867.08 | $82,955.92 |
| $1,899,906.00 | $1,899,906.00 | $1,899,906.00 | $1,359,109.17 | $540,796.83 |
| $549,919.00 | $549,919.00 | $549,919.00 | $514,761.76 | $35,157.24 |
| $548,537.00 | $548,537.00 | $548,537.00 | $547,670.61 | $866.39 |

| | | | | |
|---|---|---|---|---|
| $544,763.00 | $544,763.00 | $544,763.00 | $387,332.97 | $157,430.03 |
| $549,000.00 | $549,000.00 | $549,000.00 | $180,251.02 | $368,748.98 |
| $547,899.00 | $547,899.00 | $547,899.00 | $474,075.89 | $73,823.11 |
| $999,846.00 | $999,846.00 | $999,846.00 | $836,069.37 | $163,776.63 |
| $999,995.00 | $999,995.00 | $999,995.00 | $875,461.19 | $124,533.81 |
| $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $523,820.68 | $476,179.32 |
| $1,239,980.00 | $1,239,980.00 | $1,239,980.00 | $945,579.98 | $294,400.02 |
| $1,240,000.00 | $1,240,000.00 | $1,240,000.00 | $967,457.14 | $272,542.86 |
| $1,239,241.00 | $1,239,241.00 | $1,239,241.00 | $1,016,410.47 | $222,830.53 |
| $1,239,655.00 | $1,239,655.00 | $1,239,655.00 | $1,135,618.37 | $104,036.63 |
| $1,239,813.00 | $1,239,813.00 | $1,239,813.00 | $970,785.74 | $269,027.26 |
| $549,940.00 | $549,940.00 | $549,940.00 | $412,671.77 | $137,268.23 |
| $992,464.00 | $992,464.00 | $992,464.00 | $712,929.92 | $279,534.08 |
| $799,660.00 | $799,660.00 | $799,660.00 | $489,312.18 | $310,347.82 |
| $399,464.00 | $399,464.00 | $399,464.00 | $363,929.62 | $35,534.38 |
| $800,000.00 | $800,000.00 | $800,000.00 | $487,004.12 | $312,995.88 |
| $798,825.00 | $798,825.00 | $798,825.00 | $456,686.14 | $342,138.86 |
| $576,683.00 | $576,683.00 | $576,683.00 | $81,254.14 | $495,428.86 |
| $799,833.00 | $799,833.00 | $799,833.00 | $663,637.97 | $136,195.03 |
| $750,000.00 | $750,000.00 | $750,000.00 | $618,725.09 | $131,274.91 |
| $750,000.00 | $750,000.00 | $750,000.00 | $475,625.55 | $274,374.45 |
| $749,999.00 | $749,999.00 | $749,999.00 | $634,573.23 | $115,425.77 |
| $750,000.00 | $750,000.00 | $750,000.00 | $330,548.03 | $419,451.97 |
| $746,154.00 | $746,154.00 | $746,154.00 | $593,964.81 | $152,189.19 |
| $750,000.00 | $750,000.00 | $750,000.00 | $357,024.28 | $392,975.72 |
| $725,481.00 | $725,481.00 | $725,481.00 | $607,610.27 | $117,870.73 |
| $749,926.00 | $749,926.00 | $749,926.00 | $380,389.39 | $369,536.61 |
| $599,999.00 | $599,999.00 | $599,999.00 | $417,166.92 | $182,832.08 |
| $598,487.00 | $598,487.00 | $598,487.00 | $478,636.71 | $119,850.29 |
| $599,998.00 | $599,998.00 | $599,998.00 | $414,386.02 | $185,611.98 |
| $1,999,998.00 | $1,999,998.00 | $1,999,998.00 | $1,002,933.71 | $997,064.29 |
| $742,000.00 | $742,000.00 | $742,000.00 | $331,224.20 | $410,775.80 |
| $741,864.00 | $741,864.00 | $741,864.00 | $282,390.57 | $459,473.43 |
| $741,054.00 | $741,054.00 | $741,054.00 | $549,102.90 | $191,951.10 |
| $740,014.00 | $740,014.00 | $740,014.00 | $471,742.80 | $268,271.20 |
| $1,294,249.00 | $1,294,249.00 | $1,294,249.00 | $618,796.65 | $675,452.35 |
| $1,350,000.00 | $1,350,000.00 | $1,350,000.00 | $748,110.49 | $601,889.51 |

| | | | | |
|---|---|---|---|---|
| $1,349,997.00 | $1,349,997.00 | $1,349,997.00 | $381,269.27 | $968,727.73 |
| $1,344,622.00 | $1,344,622.00 | $1,344,622.00 | $479,776.73 | $864,845.27 |
| $1,350,000.00 | $1,350,000.00 | $1,350,000.00 | $682,659.23 | $667,340.77 |
| $1,349,990.00 | $1,349,990.00 | $1,349,990.00 | $611,118.97 | $738,871.03 |
| $1,350,000.00 | $1,350,000.00 | $1,350,000.00 | $915,969.49 | $434,030.51 |
| $1,350,000.00 | $1,350,000.00 | $1,350,000.00 | $698,107.08 | $651,892.92 |
| $1,324,131.00 | $1,324,131.00 | $1,324,131.00 | $633,604.79 | $690,526.21 |
| $1,349,151.00 | $1,349,151.00 | $1,349,151.00 | $887,735.10 | $461,415.90 |
| $1,330,536.00 | $1,330,536.00 | $1,330,536.00 | $562,457.16 | $768,078.84 |
| $1,350,000.00 | $1,350,000.00 | $1,350,000.00 | $779,129.08 | $570,870.92 |
| $1,267,559.00 | $1,267,559.00 | $1,267,559.00 | $890,666.50 | $376,892.50 |
| $1,349,979.00 | $1,349,979.00 | $1,349,979.00 | $338,150.39 | $1,011,828.61 |
| $1,349,998.00 | $1,349,998.00 | $1,349,998.00 | $816,640.34 | $533,357.66 |
| $1,349,999.00 | $1,349,999.00 | $1,349,999.00 | $689,553.56 | $660,445.44 |
| $739,381.00 | $739,381.00 | $739,381.00 | $480,334.94 | $259,046.06 |
| $732,045.00 | $732,045.00 | $732,045.00 | $344,372.45 | $387,672.55 |
| $2,499,579.00 | $2,499,579.00 | $2,499,579.00 | $714,784.88 | $1,784,794.12 |
| $1,120,313.00 | $1,120,313.00 | $1,120,313.00 | $404,741.35 | $715,571.65 |
| $649,492.00 | $649,492.00 | $649,492.00 | $202,577.56 | $446,914.44 |
| $1,125,000.00 | $1,125,000.00 | $1,125,000.00 | $228,717.68 | $896,282.32 |
| $649,328.00 | $649,328.00 | $649,328.00 | $275,651.60 | $373,676.40 |
| $649,998.00 | $649,998.00 | $649,998.00 | $572,351.17 | $77,646.83 |
| $1,111,418.00 | $1,111,418.00 | $1,111,418.00 | $313,156.52 | $798,261.48 |
| $1,125,000.00 | $1,125,000.00 | $1,125,000.00 | $501,232.82 | $623,767.18 |
| $1,124,999.00 | $1,124,999.00 | $1,124,999.00 | $497,397.61 | $627,601.39 |
| $1,124,999.00 | $1,124,999.00 | $1,124,999.00 | $443,055.32 | $681,943.68 |
| $991,796.00 | $991,796.00 | $991,796.00 | $301,654.22 | $690,141.78 |
| $1,124,959.00 | $1,124,959.00 | $1,124,959.00 | $321,265.48 | $803,693.52 |
| $1,362,435.00 | $1,362,435.00 | $1,362,435.00 | $519,905.91 | $842,529.09 |
| $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $270,397.32 | $1,729,602.68 |
| $1,845,583.00 | $1,845,583.00 | $1,845,583.00 | $341,180.56 | $1,504,402.44 |
| $1,991,613.00 | $1,991,613.00 | $1,991,613.00 | $591,442.61 | $1,400,170.39 |
| $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $546,411.30 | $1,453,588.70 |
| $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $217,851.65 | $782,148.35 |
| $998,049.00 | $998,049.00 | $998,049.00 | $430,692.92 | $567,356.08 |
| $999,831.00 | $999,831.00 | $999,831.00 | $134,377.87 | $865,453.13 |

EPA 000178

| | | | | |
|---|---|---|---|---|
| $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $423,933.06 | $576,066.94 |
| $594,550.00 | $594,550.00 | $594,550.00 | $266,994.76 | $327,555.24 |
| $1,898,738.00 | $1,898,738.00 | $1,898,738.00 | $225,558.91 | $1,673,179.09 |
| $1,896,439.00 | $1,896,439.00 | $1,896,439.00 | $532,116.63 | $1,364,322.37 |
| $1,900,000.00 | $1,900,000.00 | $1,900,000.00 | $468,029.54 | $1,431,970.46 |
| $1,499,979.00 | $1,499,979.00 | $1,499,979.00 | $0.00 | $1,499,979.00 |
| $500,000.00 | $2,000,000.00 | $500,000.00 | $57,975.16 | $442,024.84 |
| $500,000.00 | $2,000,000.00 | $500,000.00 | $0.00 | $500,000.00 |
| $500,000.00 | $1,922,240.00 | $500,000.00 | $10,564.22 | $489,435.78 |
| $500,000.00 | $1,999,998.00 | $500,000.00 | $601.62 | $499,398.38 |
| $778,982.00 | $1,986,840.00 | $778,982.00 | $20,686.89 | $758,295.11 |
| $1,599,999.00 | $1,599,999.00 | $1,599,999.00 | $106,425.25 | $1,493,573.75 |
| $1,599,998.00 | $1,599,998.00 | $1,599,998.00 | $69,506.02 | $1,530,491.98 |
| $1,598,849.00 | $1,598,849.00 | $1,598,849.00 | $0.00 | $1,598,849.00 |
| $1,558,555.00 | $1,558,555.00 | $1,558,555.00 | $0.00 | $1,558,555.00 |
| $1,599,522.00 | $1,599,522.00 | $1,599,522.00 | $25,603.13 | $1,573,918.87 |
| $800,051.00 | $800,051.00 | $800,051.00 | $4,193.12 | $795,857.88 |
| $1,600,000.00 | $1,600,000.00 | $1,600,000.00 | $16,601.32 | $1,583,398.68 |
| $1,600,000.00 | $1,600,000.00 | $1,600,000.00 | $11,899.47 | $1,588,100.53 |
| $1,600,000.00 | $1,600,000.00 | $1,600,000.00 | $0.00 | $1,600,000.00 |
| $1,600,000.00 | $1,600,000.00 | $1,600,000.00 | $36,937.80 | $1,563,062.20 |
| $157,667.00 | $1,500,000.00 | $157,667.00 | $0.00 | $157,667.00 |
| $157,667.00 | $1,500,000.00 | $157,667.00 | $60,700.96 | $96,966.04 |
| $1,565,289.00 | $4,711,887.00 | $1,565,289.00 | $1,261,864.27 | $303,424.73 |
| $2,001,771.00 | $3,051,084.00 | $2,001,771.00 | $1,415,317.83 | $586,453.17 |
| $1,974,786.00 | $3,051,084.00 | $1,974,786.00 | $1,408,496.57 | $566,289.43 |
| $665,000.00 | $996,109.00 | $665,000.00 | $540,725.53 | $124,274.47 |
| $1,984,400.00 | $2,599,323.00 | $1,984,400.00 | $1,884,687.30 | $99,712.70 |
| $1,609,241.00 | $17,064,746.00 | $1,609,241.00 | $1,510,727.90 | $98,513.10 |
| $800,000.00 | $800,000.00 | $800,000.00 | $611,715.31 | $188,284.69 |
| $1,599,954.00 | $2,173,052.00 | $1,599,954.00 | $1,556,368.32 | $43,585.68 |
| $937,555.00 | $1,987,361.00 | $937,554.28 | $937,554.28 | $0.00 |
| $646,865.00 | $859,655.00 | $646,865.00 | $639,898.80 | $6,966.20 |
| $1,609,344.00 | $2,317,963.00 | $1,609,344.00 | $1,481,479.29 | $127,864.71 |
| $1,497,907.00 | $2,262,882.00 | $1,497,907.00 | $796,965.98 | $700,941.02 |
| $1,498,000.00 | $1,872,500.00 | $1,498,000.00 | $863,257.44 | $634,742.56 |
| $1,658,232.00 | $2,095,415.00 | $1,658,232.00 | $762,040.12 | $896,191.88 |

EPA 000179

| | | | | |
|---|---|---|---|---|
| $1,498,000.00 | $1,982,460.00 | $1,498,000.00 | $749,458.04 | $748,541.96 |
| $4,034,188.00 | $4,484,659.00 | $4,034,188.00 | $3,466,693.05 | $567,494.95 |
| $248,180.00 | $248,180.00 | $248,180.00 | $182,744.54 | $65,435.46 |
| $250,000.00 | $250,000.00 | $250,000.00 | $145,182.30 | $104,817.70 |
| $250,000.00 | $250,000.00 | $250,000.00 | $235,811.97 | $14,188.03 |
| $3,246,000.00 | $4,057,500.00 | $3,246,000.00 | $1,404,562.37 | $1,841,437.63 |
| $3,245,999.00 | $4,089,329.00 | $3,245,999.00 | $1,442,949.76 | $1,803,049.24 |
| $1,000,000.00 | $1,250,000.00 | $1,000,000.00 | $349,973.03 | $650,026.97 |
| $2,250,000.00 | $2,895,209.00 | $2,250,000.00 | $642,946.88 | $1,607,053.12 |
| $2,289,299.00 | $3,074,103.00 | $2,289,299.00 | $904,807.05 | $1,384,491.95 |
| $2,237,169.00 | $2,796,462.00 | $2,237,169.00 | $830,020.35 | $1,407,148.65 |
| $2,222,997.00 | $2,879,858.00 | $2,222,997.00 | $846,606.03 | $1,376,390.97 |
| $809,901.00 | $3,497,580.00 | $809,901.00 | $317,096.47 | $492,804.53 |
| $74,489.00 | $2,496,517.00 | $74,489.00 | $0.00 | $74,489.00 |
| $1,194,662.00 | $2,938,673.00 | $1,194,662.00 | $353,747.22 | $840,914.78 |
| $2,374,999.00 | $2,972,025.00 | $2,374,999.00 | $16,535.50 | $2,358,463.50 |
| $2,350,211.00 | $2,937,765.00 | $2,350,211.00 | $245,679.51 | $2,104,531.49 |
| $2,038,572.00 | $2,564,565.00 | $2,038,572.00 | $65,859.47 | $1,972,712.53 |
| $2,374,575.00 | $3,643,378.00 | $2,374,575.00 | $2,296.74 | $2,372,278.26 |
| $25,000.00 | $25,000.00 | $25,000.00 | $24,973.06 | $26.94 |
| $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |
| $24,971.00 | $24,971.00 | $24,971.00 | $24,767.72 | $203.28 |
| $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |
| $24,982.00 | $24,982.00 | $24,982.00 | $9,270.61 | $15,711.39 |
| $24,131.00 | $24,131.00 | $24,131.00 | $24,131.00 | $0.00 |
| $24,999.00 | $24,999.00 | $24,999.00 | $24,893.95 | $105.05 |
| $25,000.00 | $25,000.00 | $25,000.00 | $24,349.24 | $650.76 |
| $25,000.00 | $25,000.00 | $25,000.00 | $13,306.63 | $11,693.37 |
| $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |
| $24,982.00 | $24,982.00 | $24,982.00 | $23,048.22 | $1,933.78 |
| $25,000.00 | $25,000.00 | $25,000.00 | $215.33 | $24,784.67 |
| $24,958.00 | $24,958.00 | $24,958.00 | $8,446.26 | $16,511.74 |
| $75,000.00 | $75,000.00 | $75,000.00 | $7,578.14 | $67,421.86 |
| $75,000.00 | $75,000.00 | $75,000.00 | $28,792.98 | $46,207.02 |
| $75,000.00 | $75,000.00 | $75,000.00 | $10,301.52 | $64,698.48 |
| $74,999.00 | $74,999.00 | $74,999.00 | $57,409.14 | $17,589.86 |
| $75,000.00 | $75,000.00 | $75,000.00 | $75,000.00 | $0.00 |
| $75,000.00 | $75,000.00 | $75,000.00 | $50,338.13 | $24,661.87 |

| | | | | |
|---|---|---|---|---|
| $74,881.00 | $74,881.00 | $74,881.00 | $35,463.97 | $39,417.03 |
| $75,000.00 | $75,000.00 | $75,000.00 | $8,426.39 | $66,573.61 |
| $75,000.00 | $75,000.00 | $75,000.00 | $7,107.98 | $67,892.02 |
| $75,000.00 | $75,000.00 | $75,000.00 | $31,606.07 | $43,393.93 |
| $75,000.00 | $75,000.00 | $75,000.00 | $36,349.82 | $38,650.18 |
| $74,809.00 | $74,809.00 | $74,809.00 | $26,803.53 | $48,005.47 |
| $75,000.00 | $75,000.00 | $75,000.00 | $13,943.77 | $61,056.23 |
| $74,999.00 | $74,999.00 | $74,999.00 | $31,779.99 | $43,219.01 |
| $73,089.00 | $73,089.00 | $73,089.42 | $5,686.85 | $67,402.57 |
| $75,000.00 | $75,000.00 | $75,000.00 | $48,287.24 | $26,712.76 |
| $75,000.00 | $75,000.00 | $75,000.00 | $0.00 | $75,000.00 |
| $75,000.00 | $75,000.00 | $75,000.00 | $0.00 | $75,000.00 |
| $99,998.00 | $99,998.00 | $99,998.00 | $52,359.35 | $47,638.65 |
| $100,000.00 | $100,000.00 | $100,000.00 | $92,741.69 | $7,258.31 |
| $100,000.00 | $100,000.00 | $100,000.00 | $65,498.09 | $34,501.91 |
| $99,933.00 | $99,933.00 | $99,933.00 | $7,858.37 | $92,074.63 |
| $100,000.00 | $100,000.00 | $100,000.00 | $14,743.86 | $85,256.14 |
| $100,000.00 | $100,000.00 | $100,000.00 | $1,437.80 | $98,562.20 |
| $98,870.00 | $98,870.00 | $98,870.00 | $30,932.13 | $67,937.87 |
| $99,998.00 | $99,998.00 | $99,998.00 | $99,998.00 | $0.00 |
| $36,322.00 | $36,322.00 | $36,322.00 | $9,369.80 | $26,952.20 |
| $40,000.00 | $40,000.00 | $40,000.00 | $34,725.00 | $5,275.00 |
| $12,000,000.00 | $12,000,000.00 | $12,000,000.00 | $2,305,053.45 | $9,694,946.55 |
| $48,000,000.00 | $48,000,000.00 | $48,000,000.00 | $168,425.63 | $47,831,574.37 |
| $25,000,000.00 | $25,000,000.00 | $25,000,000.00 | $2,766,147.79 | $22,233,852.21 |
| $95,000,000.00 | $95,000,000.00 | $95,000,000.00 | $230,643.29 | $94,769,356.71 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $36,762.52 | $51,963,237.48 |
| $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $839,000.77 | $7,160,999.23 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $1.00 | $51,999,999.00 |
| $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $1,226,531.56 | $6,773,468.44 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $0.00 | $52,000,000.00 |
| $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $1,928,878.32 | $6,071,121.68 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $795.15 | $51,999,204.85 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $0.00 | $52,000,000.00 |
| $4,917,247.00 | $4,917,247.00 | $4,917,247.00 | $151,045.25 | $4,766,201.75 |

| | | | | |
|---|---|---|---|---|
| $55,082,753.00 | $55,082,753.00 | $55,082,753.00 | $0.00 | $55,082,753.00 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $27,133.89 | $51,972,866.11 |
| $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $992,798.58 | $7,007,201.42 |
| $52,000,000.00 | $52,000,000.00 | $52,000,000.00 | $0.00 | $52,000,000.00 |
| $24,999.00 | $31,245.00 | $24,999.00 | $22,673.05 | $2,325.95 |
| $29,000.00 | $29,000.00 | $29,000.00 | $26,963.18 | $2,036.82 |
| $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $0.00 |
| $29,000.00 | $29,000.00 | $29,000.00 | $5,000.00 | $24,000.00 |
| $40,000.00 | $40,000.00 | $40,000.00 | $27,602.00 | $12,398.00 |
| $55,261.00 | $55,261.00 | $55,261.00 | $22,076.03 | $33,184.97 |
| $39,560.00 | $39,560.00 | $39,560.00 | $7,013.51 | $32,546.49 |
| $39,997.00 | $39,997.00 | $39,997.00 | $4,972.50 | $35,024.50 |
| $2,199,472.00 | $2,199,472.00 | $2,199,472.61 | $1,936,327.83 | $263,144.78 |
| $2,030,150.00 | $2,500,000.00 | $2,030,150.00 | $1,896,113.33 | $134,036.67 |
| $780,000.00 | $975,000.00 | $780,000.00 | $726,885.73 | $53,114.27 |
| $800,000.00 | $800,000.00 | $800,000.00 | $706,547.52 | $93,452.48 |
| $4,800,000.00 | $6,000,000.00 | $4,800,000.00 | $3,344,547.82 | $1,455,452.18 |
| $415,733.00 | $3,050,000.00 | $415,733.00 | $203,092.00 | $212,641.00 |
| $3,000,000.00 | $15,000,000.00 | $3,000,000.00 | $1,083,432.07 | $1,916,567.93 |
| $2,135,000.00 | $10,000,000.00 | $2,135,000.00 | $1,198,199.13 | $936,800.87 |
| $1,000,000.00 | $3,000,000.00 | $1,000,000.00 | $324,187.77 | $675,812.23 |
| $300,000.00 | $1,105,000.00 | $300,000.00 | $79,371.06 | $220,628.94 |
| $6,970,000,000.00 | $6,970,000,000.00 | $6,970,000,000.00 | $6,970,000,000.00 | $0.00 |
| $5,000,000,000.00 | $5,000,000,000.00 | $5,000,000,000.00 | $5,000,000,000.00 | $0.00 |
| $2,000,000,000.00 | $2,000,000,000.00 | $2,000,000,000.00 | $2,000,000,000.00 | $0.00 |
| $2,290,000,000.00 | $2,290,000,000.00 | $2,290,000,000.00 | $2,290,000,000.00 | $0.00 |
| $940,000,000.00 | $940,000,000.00 | $940,000,000.00 | $940,000,000.00 | $0.00 |
| $1,870,000,000.00 | $1,870,000,000.00 | $1,870,000,000.00 | $1,870,000,000.00 | $0.00 |
| $500,000,000.00 | $500,000,000.00 | $500,000,000.00 | $500,000,000.00 | $0.00 |
| $400,000,000.00 | $400,000,000.00 | $400,000,000.00 | $400,000,000.00 | $0.00 |

| Budget Period Start Date | Budget Period End Date | Awarding Region Code | AAship | Assistance Listing Code | Assistance Listing Description |
|---|---|---|---|---|---|
| 10/01/2023 | 09/30/2025 | EPA R1 | R01 | 66.110 | Healthy Communities Grant Program |
| 10/01/2023 | 06/30/2026 | EPA R1 | R01 | 66.110 | Healthy Communities Grant Program |
| 04/01/2024 | 03/31/2026 | EPA R1 | R01 | 66.110 | Healthy Communities Grant Program |
| 08/01/2019 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2019 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2020 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 06/01/2021 | 05/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 06/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 06/01/2021 | 05/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 06/01/2021 | 05/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2021 | 06/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |

| 09/01/2021 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2021 | 03/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2021 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 07/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2021 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 01/01/2022 | 12/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 03/01/2022 | 02/28/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 05/01/2022 | 04/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 05/01/2022 | 04/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 05/01/2022 | 04/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 05/01/2022 | 04/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/16/2023 | 04/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 05/01/2022 | 04/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2022 | 09/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2022 | 09/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2022 | 09/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2022 | 09/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 01/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 12/01/2022 | 11/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |

| 02/01/2023 | 01/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
|---|---|---|---|---|---|
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 02/01/2023 | 01/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 12/01/2022 | 11/30/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2022 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 04/01/2023 | 03/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 04/01/2023 | 03/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 05/01/2023 | 04/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2023 | 06/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2023 | 06/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 06/01/2023 | 05/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2023 | 09/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2023 | 08/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 06/01/2023 | 05/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2023 | 06/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2023 | 06/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2023 | 06/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 07/01/2023 | 06/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2023 | 07/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2023 | 09/30/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 11/01/2023 | 10/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2023 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2023 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |

| | | | | | |
|---|---|---|---|---|---|
| 09/01/2023 | 08/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2023 | 09/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 12/01/2023 | 11/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2023 | 08/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 08/01/2024 | 07/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 01/01/2025 | 12/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 02/01/2025 | 01/31/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 02/01/2025 | 01/31/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 02/01/2025 | 01/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 12/01/2024 | 11/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2024 | 08/31/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2024 | 08/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2024 | 09/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 12/01/2024 | 11/30/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2024 | 09/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2024 | 08/31/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2024 | 08/31/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2024 | 09/30/2027 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2024 | 08/31/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 09/01/2024 | 08/31/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 03/01/2025 | 02/29/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 03/01/2025 | 02/29/2028 | EPA HQ | ORD | 66.509 | Science to Achieve Results (STAR) Program |
| 10/01/2019 | 09/30/2025 | EPA HQ | ORD | 66.510 | Surveys-Studies-Investigations and Special |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.510 | Surveys-Studies-Investigations and Special |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.510 | Surveys-Studies-Investigations and Special |
| 05/01/2021 | 04/30/2026 | EPA HQ | ORD | 66.510 | Surveys-Studies-Investigations and Special |
| 05/01/2019 | 04/30/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2019 | 08/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 05/01/2020 | 04/30/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/10/2022 | 08/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2020 | 08/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 10/01/2021 | 09/30/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2021 | 07/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2021 | 07/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |

| 09/01/2021 | 08/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 04/01/2022 | 07/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2022 | 08/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2022 | 08/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2022 | 08/31/2025 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 08/01/2024 | 07/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 08/01/2023 | 07/31/2026 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 11/16/2023 | 11/15/2028 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 11/01/2024 | 10/30/2029 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 03/01/2024 | 02/28/2027 | EPA HQ | OLEM | 66.511 | Office of Research and Development Conso |
| 08/01/2024 | 07/31/2027 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2024 | 08/31/2027 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 09/01/2024 | 08/31/2027 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 08/01/2024 | 07/31/2027 | EPA HQ | ORD | 66.511 | Office of Research and Development Conso |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 07/01/2022 | 06/30/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 09/30/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 03/01/2024 | 02/28/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |

| | | | | | |
|---|---|---|---|---|---|
| 02/01/2024 | 01/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/06/2024 | 12/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 01/01/2024 | 12/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 03/01/2025 | 02/28/2027 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 03/01/2025 | 02/28/2027 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/01/2023 | 07/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 11/01/2022 | 10/31/2025 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 03/01/2023 | 02/28/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 09/01/2024 | 08/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 09/01/2024 | 08/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 09/01/2024 | 08/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 09/01/2024 | 08/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 09/01/2024 | 08/31/2026 | EPA HQ | ORD | 66.516 | P3 Award: National Student Design Compet |
| 08/16/2024 | 12/31/2025 | EPA HQ | OA | 66.611 | Environmental Policy and Innovation Grants |
| 12/01/2023 | 11/30/2025 | EPA HQ | OA | 66.611 | Environmental Policy and Innovation Grants |
| 02/01/2024 | 01/31/2027 | EPA HQ | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 01/01/2025 | 12/31/2027 | EPA HQ | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 02/01/2024 | 01/31/2027 | EPA HQ | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 01/01/2025 | 12/31/2027 | EPA HQ | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 08/01/2024 | 07/31/2027 | EPA R3 | R03 | 66.615 | Environmental Justice Communities Pass-th |
| 05/01/2024 | 04/30/2027 | EPA R2 | R02 | 66.615 | Environmental Justice Communities Pass-th |
| 01/02/2025 | 01/01/2028 | EPA R2 | R02 | 66.615 | Environmental Justice Communities Pass-th |
| 02/01/2024 | 01/31/2027 | EPA R1 | R01 | 66.615 | Environmental Justice Communities Pass-th |
| 01/01/2025 | 12/31/2027 | EPA R1 | R01 | 66.615 | Environmental Justice Communities Pass-th |
| 03/01/2024 | 02/28/2027 | EPA R8 | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 01/01/2025 | 12/31/2027 | EPA R8 | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 10/01/2024 | 09/30/2027 | EPA R5 | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 07/15/2024 | 07/14/2027 | EPA R6 | R06 | 66.615 | Environmental Justice Communities Pass-th |

| | | | | | |
|---|---|---|---|---|---|
| 01/01/2025 | 12/31/2027 | EPA R6 | R06 | 66.615 | Environmental Justice Communities Pass-th |
| 11/01/2024 | 10/31/2027 | EPA R10 | OEJECR | 66.615 | Environmental Justice Communities Pass-th |
| 05/20/2024 | 05/19/2027 | EPA R9 | R09 | 66.615 | Environmental Justice Communities Pass-th |
| 01/06/2025 | 01/05/2028 | EPA R9 | R09 | 66.615 | Environmental Justice Communities Pass-th |
| 10/01/2021 | 09/30/2025 | EPA R1 | R01 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 01/09/2023 | 12/31/2025 | EPA R1 | R01 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 02/01/2024 | 03/02/2026 | EPA R1 | R01 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 10/01/2024 | 12/31/2026 | EPA R1 | R01 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 06/01/2024 | 09/30/2025 | EPA R5 | R05 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 07/01/2022 | 06/30/2025 | EPA R4 | R04 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 02/01/2024 | 07/30/2025 | EPA R6 | R06 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 10/01/2024 | 09/30/2025 | EPA R4 | R04 | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 09/01/2021 | 09/30/2025 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 03/31/2021 | 03/30/2026 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 10/01/2020 | 09/30/2025 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 10/01/2020 | 09/30/2025 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 09/01/2021 | 08/31/2026 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 03/01/2022 | 02/28/2027 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 08/01/2023 | 07/31/2028 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 03/01/2024 | 02/28/2029 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 08/01/2024 | 09/01/2029 | EPA HQ | OECA | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 07/01/2024 | 06/30/2029 | EPA HQ | OCSPP | 66.716 | RESEARCH, DEVELOPMENT, MONITOR |
| 04/01/2024 | 06/30/2029 | EPA HQ | OA | 66.957 | Greenhouse Gas Reduction Fund Grant Pro |
| 04/01/2024 | 06/30/2027 | EPA HQ | OA | 66.957 | Greenhouse Gas Reduction Fund Grant Pro |
| 04/01/2024 | 06/30/2031 | EPA HQ | OA | 66.957 | Greenhouse Gas Reduction Fund Grant Pro |
| 04/01/2024 | 06/30/2030 | EPA HQ | OA | 66.960 | Greenhouse Gas Reduction Fund: Clean Co |
| 04/01/2024 | 06/30/2030 | EPA HQ | OA | 66.960 | Greenhouse Gas Reduction Fund: Clean Co |
| 04/01/2024 | 06/30/2030 | EPA HQ | OA | 66.960 | Greenhouse Gas Reduction Fund: Clean Co |
| 04/01/2024 | 03/31/2030 | EPA HQ | OA | 66.960 | Greenhouse Gas Reduction Fund: Clean Co |
| 07/01/2024 | 06/30/2030 | EPA HQ | OA | 66.960 | Greenhouse Gas Reduction Fund: Clean Co |

| Applicant Name | Applicant State | UEI |
|---|---|---|
| UNIVERSITY OF MASSACHUSETTS LOWELL | MA | LTNVSTJ3R6D5 |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 |
| MYSTIC RIVER WATERSHED ASSOCIATION, INC. | MA | JF37EM7RLJM5 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA AT RIVERSIDE | CA | MR5QC5FCAVH5 |
| OREGON STATE UNIVERSITY | OR | MZ4DYXE1SL98 |
| Massachusetts Institute of Technology | MA | E2NYLCDML6V1 |
| University of Wisconsin - Madison | WI | LCLSJAGTNZQ7 |
| The Regents of the University of CA - Riverside | CA | MR5QC5FCAVH5 |
| Colorado State University- Sponsored Programs | CO | LT9CXX8L19G1 |
| University of Maryland - Office of Research Adminstration | MD | NPU8ULVAAS23 |
| Columbia R2 - Trustees of Columbia University in NYC dba Columbia Un | NY | F4N1QNPB95M4 |
| Purdue University Sponsored Program Services | IN | YRXVL4JYCEF5 |
| WOODS HOLE OCEANOGRAPHIC INSTITUTION | MA | GFKFBWG2TV98 |
| Vanderbilt University | TN | GTNBNWXJ12D5 |
| TEXAS A & M UNIVERSITY | TX | JF6XLNB4CDJ5 |
| University of Florida | FL | NNFQH1JAPEP3 |
| SAN JOSE STATE UNIVERSITY RESEARCH FOUNDATION | CA | LJBXV5VF2BT9 |
| Oklahoma State University | OK | NNYDFK5FTSX9 |
| Water Research Foundation | CO | NHEJRRT1QRN7 |
| Board of Trustees University of Illinois - Urbana-Champaign | IL | Y8CWNJRCNN91 |
| Emory University | GA | S352L5PJLMP8 |
| Florida International University | FL | Q3KCVK5S9CP1 |
| The Johns Hopkins University | MD | FTMTDMBR29C7 |
| North Carolina A&T State University | NC | SKH5GMBR9GL3 |
| New York University | NY | NX9PXMKW5KW8 |
| UNIVERSITY OF CALIFORNIA, SAN DIEGO | CA | UYTTZT6G9DT1 |
| Washington University | MO | L6NFUM28LQM5 |
| WORCESTER POLYTECHNIC INSTITUTE | MA | HJNQME41NBU4 |
| Regents of the University of Colorado | CO | SPVKK1RC2MZ3 |
| UNIVERSITY OF CALIFORNIA, DAVIS | CA | TX2DAGQPENZ5 |
| Board of Regents of the Nevada System of Higher Education | NV | WLDGTNCFFJZ3 |
| The University of North Carolina at Chapel Hill dba Office of Contracts an | NC | D3LHU66KBLD5 |
| Research Triangle Institute | NC | JJHCMK4NT5N3 |
| THE REGENTS OF THE UNIVERSITY OF COLORADO | CO | SPVKK1RC2MZ3 |
| UofWA - University of Washington | WA | HD1WMN6945W6 |

EPA 000190

| | | |
|---|---|---|
| nsohe6262 - Nevada System of Higher Education | NV | MV1JFXA4S621 |
| Regents of the University of Colorado | CO | SPVKK1RC2MZ3 |
| Portland State University | OR | H4CAHK2RD945 |
| THE LELAND STANFORD JUNIOR UNIVERSITY | CA | HJD6G4D6TJY5 |
| The Ohio State University | OH | DLWBSLWAJWR1 |
| GEORGIA TECH RESEARCH CORP | GA | EMW9FC8J3HN4 |
| Regents of the University of Michigan | MI | GNJ7BBP73WE9 |
| UNIVERSITY OF CALIFORNIA IRVINE | CA | MJC5FCYQTPE6 |
| Tulane University | LA | XNY5ULPU8EN6 |
| Cape Cod Commission - Barnstable County | MA | SM2ZMLDPQXG3 |
| Water Research Foundation | CO | NHEJRRT1QRN7 |
| Regents of the University of California, The | CA | GS3YEVSS12N6 |
| Colorado State University | CO | LT9CXX8L19G1 |
| UNIVERSITY OF CALIFORNIA, DAVIS | CA | TX2DAGQPENZ5 |
| The Regents of the University of California - San Diego | CA | UYTTZT6G9DT1 |
| Virginia Polytechnic Institute and State University | VA | QDE5UHE5XD16 |
| University Of California, Los Angeles | CA | RN64EPNH8JC6 |
| The Regents of the University of CA - Riverside | CA | MR5QC5FCAVH5 |
| The University of North Carolina at Chapel Hill dba Office of Contracts an | NC | D3LHU66KBLD5 |
| Texas A&M | TX | JF6XLNB4CDJ5 |
| The Research Foundation for SUNY obo Univ of Buffalo | NY | LMCJKRFW5R81 |
| Georgia Tech Research Corporation | GA | EMW9FC8J3HN4 |
| University of Georgia Research Foundation Inc | GA | NMJHD63STRC5 |
| RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YOR | NY | FWY1FX3THXC5 |
| UNIVERSITY OF MASS AT BOSTON | MA | CGCDJ24JJLZ1 |
| Purdue University | IN | YRXVL4JYCEF5 |
| University of Houston | TX | QKWEF8XLMTT3 |
| University of North Carolina at Chapel Hill | NC | D3LHU66KBLD5 |
| Wayne State University | MI | M6K6NTJ2MNE5 |
| MedUniSC - Medical University of South Carolina | SC | NHV3GTWSALA7 |
| The Regents of the University of CA - Berkeley | CA | GS3YEVSS12N6 |
| Regents of the University of Minnesota | MN | KABJZBBJ4B54 |
| Univ of Wisconsin System-UN of WI-Madison dba Research & Sponsore | WI | LCLSJAGTNZQ7 |
| University of Texas at Austin | TX | V6AFQPN18437 |
| Curators of the University of Missouri | MO | SZPJL5ZRCLF4 |
| The Ohio State University | OH | DLWBSLWAJWR1 |
| Drexel University | PA | XF3XM9642N96 |

EPA 000191

| | | |
|---|---|---|
| THE RAND CORPORATION | CA | YY46Q97AEZA8 |
| The Research Foundation of CUNY/York College | NY | S742ULFT5GK3 |
| Physicians, Scientists, and Engineers for Sustainable and Healthy Energy | CA | SAWBHCZ8EHK1 |
| Puerto Rico Science, Technology & Research Trust | PR | L8TAZ4K6S4L7 |
| University of Maryland - Office of Research Adminstration | MD | NPU8ULVAAS23 |
| Stanford University | CA | HJD6G4D6TJY5 |
| University of Alaska - Anchorage | AK | DZFJT2KH9C43 |
| Trustees of Boston University | MA | FBYMGMHW4X95 |
| The Regents of the University of CA - SF | CA | KMH5K9V7S518 |
| Iowa State University | IA | DQDBM7FGJPC5 |
| UofWA - University of Washington | WA | HD1WMN6945W6 |
| UNIVERSITY OF CALIFORNIA, DAVIS | CA | TX2DAGQPENZ5 |
| Emory University | GA | S352L5PJLMP8 |
| The Medical College of Wisconsin, Inc. | WI | E8VWJXMMUQ67 |
| Drexel University | PA | XF3XM9642N96 |
| University of North Carolina at Chapel Hill | NC | D3LHU66KBLD5 |
| Texas Tech University | TX | EGLKRQ5JBCZ7 |
| The Ohio State University | OH | DLWBSLWAJWR1 |
| Portland State University | OR | H4CAHK2RD945 |
| University of Maine | ME | PB3AJE5ZEJ59 |
| Virginia Polytechnic Institute and State University | VA | QDE5UHE5XD16 |
| AZ Board of Regents-Arizona State University | AZ | NTLHJXM55KZ6 |
| University of Massachusetts | MA | VGJHK59NMPK9 |
| The Regents of the University of CA - Los Angeles | CA | RN64EPNH8JC6 |
| Michigan Technological University | MI | GKMSN3DA6P91 |
| Research Triangle Institute | NC | JJHCMK4NT5N3 |
| Board of Trustees University of Illinois - Urbana-Champaign | IL | Y8CWNJRCNN91 |
| Green Umbrella | OH | LYLTAY7K4ZH9 |
| University of Wisconsin - Madison | WI | LCLSJAGTNZQ7 |
| County of Los Angeles dba Dept of Public Works | CA | ZLJUW5L9K685 |
| CARNEGIE MELLON UNIVERSITY | PA | U3NKNFLNQ613 |
| OKLAHOMA STATE UNIVERSITY | OK | NNYDFK5FTSX9 |
| Virginia Polytechnic Institute and State University | VA | QDE5UHE5XD16 |
| Regents of the University of California, The | CA | GS3YEVSS12N6 |
| University of Wisconsin - Madison | WI | LCLSJAGTNZQ7 |
| University of Delaware | DE | T72NHKM259N3 |

| | | |
|---|---|---|
| THE REGENTS OF THE UNIVERSITY OF COLORADO | CO | SPVKK1RC2MZ3 |
| University of Miami | FL | RQMFJGDTQ5V3 |
| UNIVERSITY OF OKLAHOMA | OK | GY8NMUZQXVS7 |
| UofWA - University of Washington | WA | HD1WMN6945W6 |
| Florida State University | FL | JF2BLNN4PJC3 |
| ClarksonU2 - CLARKSON UNIVERSITY | NY | SL2PF6R7MRN1 |
| Regents of the University of California, The | CA | GS3YEVSS12N6 |
| UNIVERSITY OF MASS AT BOSTON | MA | CGCDJ24JJLZ1 |
| Colorado State University | CO | LT9CXX8L19G1 |
| PHYSICIANS, SCIENTISTS, AND ENGINEERS FOR SUSTAINABLE A | CA | SAWBHCZ8EHK1 |
| TEMPLE UNIVERSITY-OF THE COMMONWEALTH SYSTEM OF HIGH | PA | QD4MGHFDJKU1 |
| t6438 - RECTOR & VISITORS OF THE UNIVERSITY OF VIRGINIA | VA | JJG6HU8PA4S5 |
| UNIVERSITY OF MAINE SYSTEM | ME | PB3AJE5ZEJ59 |
| UNIVERSITY OF UTAH | UT | LL8GLEVH6MG3 |
| PLEASANT POINT INDIAN RESERVATION | ME | CNEPNDCBL877 |
| UNIVERSITY OF ILLINOIS | IL | Y8CWNJRCNN91 |
| TEMPLE UNIVERSITY-OF THE COMMONWEALTH SYSTEM OF HIGH | PA | QD4MGHFDJKU1 |
| TEXAS TECH UNIVERSITY SYSTEM | TX | EGLKRQ5JBCZ7 |
| MICHIGAN STATE UNIVERSITY | MI | R28EKN92ZTZ9 |
| TEXAS A&M ENGINEERING EXPERIMENT STATION | TX | QD1MX6N5YTN4 |
| t4553 - RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF | NY | NHH3T1Z96H29 |
| ARIZONA STATE UNIVERSITY | AZ | NTLHJXM55KZ6 |
| CARNEGIE MELLON UNIVERSITY | PA | U3NKNFLNQ613 |
| ASSOCIATION OF SCHOOLS AND PROGRAMS OF PUBLIC HEALTH | DC | NNEGB6K2JAE5 |
| AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE | DC | ZGKVAM2JVKG2 |
| AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE | DC | ZGKVAM2JVKG2 |
| THE ASSOCIATION OF STATE AND TERRITORIAL HEALTH OFFICIA | VA | Q4PDHB7J12R8 |
| OREGON STATE UNIVERSITY | OR | MZ4DYXE1SL98 |
| NATIONAL ACADEMY OF SCIENCES | DC | PKFJZHG2MLG9 |
| UNIVERSITY OF MASS AT BOSTON | MA | CGCDJ24JJLZ1 |
| University of Georgia Research Foundation Inc | GA | NMJHD63STRC5 |
| Trustees of Indiana University | IN | YH86RTW2YVJ4 |
| North Carolina State University | NC | U3NVH931QJJ3 |
| Purdue University | IN | YRXVL4JYCEF5 |
| Water Research Foundation | CO | NHEJRRT1QRN7 |
| The Johns Hopkins University | MD | FTMTDMBR29C7 |
| VIRGINIA INSTITUTE OF MARINE SCIENCE | VA | XGE9T6KCMSR4 |

| | | |
|---|---|---|
| Michigan State University | MI | R28EKN92ZTZ9 |
| University of North Carolina at Chapel Hill dba Office of Contracts and Gr | NC | D3LHU66KBLD5 |
| Duke University | NC | TP7EK8DZV6N5 |
| EMORY UNIVERSITY | GA | S352L5PJLMP8 |
| Silent Spring Institute | MA | CTH5KGL78E65 |
| Iowa State University | IA | DQDBM7FGJPC5 |
| THE WATER RESEARCH FOUNDATION | CO | NHEJRRT1QRN7 |
| Board of Trustees University of Illinois - Urbana-Champaign | IL | Y8CWNJRCNN91 |
| MICHIGAN STATE UNIVERSITY | MI | R28EKN92ZTZ9 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA | MN | KABJZBBJ4B54 |
| GEORGIA TECH RESEARCH CORP | GA | EMW9FC8J3HN4 |
| University of Texas at Austin | TX | V6AFQPN18437 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA | MN | KABJZBBJ4B54 |
| UNIVERSITY OF CINCINNATI | OH | DZ4YCZ3QSPR5 |
| BATTELLE MEMORIAL INSTITUTE | OH | F125YU6SWK59 |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA | NE | HTQ6K6NJFHA6 |
| OREGON STATE UNIVERSITY | OR | MZ4DYXE1SL98 |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | JBQ9M3PLFDP5 |
| THE WATER RESEARCH FOUNDATION | CO | NHEJRRT1QRN7 |
| Embry-Riddle Aeronautical University | FL | U5MMBAC9XAM5 |
| Montclair State University | NJ | CM4TTRKFCLF9 |
| Western Kentucky University | KY | U5GMACGETKJ1 |
| Manhattan Co - Manhattan College | NY | YCBNNNTCW9F1 |
| New Jersey Institute of Technology | NJ | SGBMHQ7VXNH5 |
| Purdue University | IN | YRXVL4JYCEF5 |
| The University of Texas at Dallas | TX | EJCVPNN1WFS5 |
| SIU Board of Trustees | IL | Y28BEBJ4MNU7 |
| GEORGETOWN UNIVERSITY | DC | TF2CMKY1HMX9 |
| UNIVERSITY OF ALABAMA AT BIRMINGHAM | AL | YND4PLMC9AN7 |
| NORTH DAKOTA STATE UNIVERSITY | ND | EZ4WPGRE1RD5 |
| University of Alabama at Birmingham | AL | YND4PLMC9AN7 |
| University of Maryland ES | MD | LNUBJQ26R2M5 |
| Old Dominion University Research Foundation | VA | DSLXBD7UWRV6 |
| SUNY at Binghamton | NY | NQMVAAQUFU53 |
| New Jersey Institute of Technology | NJ | SGBMHQ7VXNH5 |
| Board of Regents of the Nevada System of Higher Education | NV | WLDGTNCFFJZ3 |
| FashionIT - Fashion Institute of Technology | NY | Z5LQE3L4RKH8 |
| Queens University of Charlotte | NC | F7F3RPLJ5G21 |

| | | |
|---|---|---|
| Worcester Polytechnic Institute | MA | HJNQME41NBU4 |
| University of Connecticut | CT | WNTPS995QBM7 |
| New Jersey Institute of Technology | NJ | SGBMHQ7VXNH5 |
| University of Central Florida | FL | RD7MXJV7DKT9 |
| Fort Lewis College | CO | G595XDTMK443 |
| Widener University | PA | GP1SKG5MFH79 |
| The University of Tennessee | TN | LXG4F9K8YZK5 |
| MercerUniv - The Corporation of Mercer University | GA | FKLCLQFBA463 |
| UNIVERSITY OF FLORIDA | FL | NNFQH1JAPEP3 |
| University of Maryland - Office of Research Adminstration | MD | NPU8ULVAAS23 |
| Clem U - Clemson University | SC | H2BMNX7DSKU8 |
| MIAMI UNIVERSITY | OH | T6J6AF3AM8M8 |
| University of Alabama in Huntsville | AL | HB6KNGVNJRU1 |
| AtlanticUniv - Florida Atlantic University | FL | Q266L2NDAVP1 |
| Southern Illinois University | IL | Y28BEBJ4MNU7 |
| GEORGIA SOUTHERN UNIVERSITY RESEARCH & SERVICE FOUND | GA | FL4AUYLFP7E8 |
| UNIVERSITY OF WISCONSIN SYSTEM | WI | LCLSJAGTNZQ7 |
| UNIVERSITY OF MISSOURI SYSTEM | MO | SZPJL5ZRCLF4 |
| BALL STATE UNIVERSITY | IN | KDP6QKY6QLM1 |
| MICHIGAN STATE UNIVERSITY | MI | R28EKN92ZTZ9 |
| University of Texas at Austin | TX | V6AFQPN18437 |
| ASSOCIATION OF ENVIRONMENTAL AND RESOURCE ECONOMIST | FL | T5K4Z8333XJ9 |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES | VT | J1DEYVM9BXE8 |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 |
| RESEARCH TRIANGLE INSTITUTE | NC | JJHCMK4NT5N3 |
| GREEN & HEALTHY HOMES INITIATIVE INC | MD | HYQKKGCH7XZ5 |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 |
| FORDHAM UNIVERSITY | NY | ECESTN2SSVH1 |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 |
| HEALTH RESOURCES IN ACTION, INC. | MA | FPD3JRJ61WJ2 |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 |
| JSI RESEARCH & TRAINING INSTITUTE INC | MA | LKTNULLR6FL6 |
| MINNEAPOLIS FOUNDATION | MN | FVP7MYH59L76 |
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 |

EPA 000195

| | | |
|---|---|---|
| TEXAS SOUTHERN UNIVERSITY | TX | HYYJJ5ZP7CR9 |
| PHILANTHROPY NORTHWEST | WA | CFDJSA2KV151 |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 |
| SOCIAL AND ENVIRONMENTAL ENTREPRENEURS (SEE), INC. | CA | VCAASEEZRM59 |
| UNIVERSITY OF MASSACHUSETTS | MA | VGJHK59NMPK9 |
| New England Vegetable Growers Association | MA | MCFEDGGM2L53 |
| New England Vegetable Growers Association | MA | MCFEDGGM2L53 |
| CAPE COD CRANBERRY GROWERS ASSOCIATION | MA | S68CCQWJPLT3 |
| Minnesota Chippewa Tribe - White Earth Band | MN | GR1MGDM3ZSV7 |
| GA Dept of Agriculture | GA | M72GGCJ56UV8 |
| TEXAS A&M AGRILIFE EXTENSION SERVICE | TX | DM2CDWR8LAG3 |
| UNIVERSITY OF FLORIDA | FL | NNFQH1JAPEP3 |
| Colorado State University | CO | LT9CXX8L19G1 |
| AssFarmOpp - ASSOCIATION OF FARMWORKER OPPORTUNITY PR | DC | CUVBCBFKQY96 |
| NORTHERN ARIZONA UNIVERSITY | AZ | MXHAS3AKPRN1 |
| ZENDER ENVIRONMENTAL HEALTH & RESEARCH GROUP CO | AK | SJNJJQVEK5R9 |
| UNIVERSITY OF CALIFORNIA, DAVIS | CA | TX2DAGQPENZ5 |
| Organization for Econ Cooperation and Development | FC | Y8HGVB2KLC53 |
| EXTENSION FOUNDATION | MO | DNZBHAA5N4G3 |
| OREGON STATE UNIVERSITY | OR | MZ4DYXE1SL98 |
| THE NATIONAL ASSOCIATION OF STATE DEPARTMENTS OF AGRIC | VA | NJ1MEA6Z8HF1 |
| ASSOCIATION OF AMERICAN PESTICIDE CONTROL OFFICIALS INC | MT | C7TDYNTWXDK4 |
| cuf9294 - Climate United Fund | MD | XKVHSKHU4PP6 |
| COALITION FOR GREEN CAPITAL | DC | MEV6KLB5LAL7 |
| pfci0631 - POWER FORWARD COMMUNITIES, INC | MD | G1YAE6AFNDN4 |
| ofn4924 - OPPORTUNITY FINANCE NETWORK | PA | K1KWVDXJ74G1 |
| jcfi8514 - Justice Climate Fund, Inc. | DC | X9W4FCT6QND5 |
| ii8929 - INCLUSIV, INC | NY | JZDQKLMKMUJ3 |
| accc6423 - APPALACHIAN COMMUNITY CAPITAL CORPORATION | VA | PH2LMVJXK7K6 |
| ncni3773 - NATIVE CDFI NETWORK INC | NE | XBNTFRPLNED4 |

| Applicant Type | Project Title |
| --- | --- |
| State Institution of Higher Learning | Craft Beverage Sector Alternatives Performance Validation for New Engla |
| Not for Profit | Expanding the Healthy Air Network Across New England |
| Not for Profit | Mystic Wicked Cool Ambassadors |
| State Institution of Higher Learning | Skeletal Teratogenicity of Chemicals |
| State Institution of Higher Learning | Predictive Assay of Toxicity in Fish |
| Private University | Leveraging Experiments for Chemical Mechanisms |
| State Institution of Higher Learning | Parameterization of N2O5 Heterogeneous Chemistry |
| State Institution of Higher Learning | Scalable Chemical Mechanisms of Emerging Sources |
| State Institution of Higher Learning | Mechnisms for Secondary Organic Aerosol from VOCs |
| State Institution of Higher Learning | A Diagnostic Package for Chemical Mechanisms- Terms and conditions- |
| Private University | Automated Model Reduction for Chemical Mechanisms- Terms and Conc |
| Private University | Integrated BB Barrier &ndash; Computational Model |
| Not for Profit | TK screening of zebrafish cytochrome P450 |
| Private University | Measuring Toxicokinetics for Organ-on-Chip Devices |
| State Institution of Higher Learning | Integrating Chips with Rapid Analytics |
| State Institution of Higher Learning | Vulnerable Coastal Communities Resilience to PFAS |
| Not for Profit | Evaluating Agricultural Management Practices in Monterey Bay |
| State Institution of Higher Learning | Recovery and Reuse of Plant Nutrients for Harmful Algal Blooms. |
| Not for Profit | Mainstream Deammonification with Biological Phosphorus Removal |
| State Institution of Higher Learning | System to Capture/Recover Tile Drainage Nutrients |
| Private University | Community-Oriented Strategies to Estimate Childrens Soil and Dust Inges |
| State Institution of Higher Learning | Innovative Methodology Based on a Non-targeted Screening Approach C |
| Private University | INnovations to Generate Estimates of childrens Soil/dust inTake (INGEST |
| State Institution of Higher Learning | Soil/Dust Ingestion for Children: A Modeling and Data Collection Approac |
| Private University | Developmental, Behavioral and Environmental Determinants of Infant Du |
| State Institution of Higher Learning | Development of a Data-Driven Model for Assessing Benefits and Risks o |
| Private University | Developing Microbial Biocontainment Strategies and their Assessment M |
| Private University | Microbial Community Models for Measuring Survival and Persistence of S |
| State Institution of Higher Learning | EcoGenoRisk : Identifying Potential Ecological Risks Posed by a Novel G |
| State Institution of Higher Learning | Optimizing Use of Novel Chemicals to Assess Childrens Dust Ingestion F |
| State Institution of Higher Learning | An integrative Approach for Estimating Childrens Soil and Dust Ingestion |
| State Institution of Higher Learning | UNC Center for Early Life Exposures And Neurotoxicity (UNC CLEAN) |
| Not for Profit | Connecting Early Life Chemical Stressors and Caregiving Environment to |
| State Institution of Higher Learning | Informing School Decision-Making during Wildfire Events: Evaluation of I |
| State Institution of Higher Learning | School Resilience to Wildland Smoke and Outdoor Sources of Fine and U |

| | |
|---|---|
| State Institution of Higher Learning | Development, Implementation and Evaluation of Stakeholder-Driven Wild |
| State Institution of Higher Learning | Assessing the Transport of Wildfire-Generated Particulate Matter Into Ho |
| State Institution of Higher Learning | Household Atmospheric Dynamics under Elevated Smoke (HADES): Holi |
| Private University | Evaluating the Effectiveness of Reducing Wildfire Smoke Exposure and H |
| State Institution of Higher Learning | Enhancing Communication to Reduce Health Risks of Wildland Fire Smo |
| State Institution of Higher Learning | Integrated Communication and Intervention Strategies to Reduce Exposu |
| State Institution of Higher Learning | Developing Surrogate-Based Crediting Frameworks For Virus Control Th |
| State Institution of Higher Learning | A Cross-Regional, Cross-Laboratory Investigation of Viral Pathogens and |
| Private University | Novel Quantitative Methods for Indigenous Viruses in Wastewater: Impro |
| County | Human Virus And Viral Surrogates As Measures Of Water Reuse Potenti |
| Not for Profit | Advancing Safety and Reliability to Protect Public Health: Identifying Qua |
| State Institution of Higher Learning | A Community-Aligned Plan for Effective Communication of Wildland Fire |
| State Institution of Higher Learning | Smoke-Ready Communities: Creating and Sustaining Air Quality Informat |
| State Institution of Higher Learning | Assessing Toxic VOC Exposures with GC-CF-IMS |
| State Institution of Higher Learning | Real-Time Analysis of Aerosol-Phase Plastic Additives in a Coastal Marin |
| State Institution of Higher Learning | Enabling Real-time, Low-cost Measurement of Hazardous Air Pollutants |
| State Institution of Higher Learning | Development of a reference method for open-path remote sensing of air t |
| State Institution of Higher Learning | Mapping Urban Emissions of Sub-10 nm Particles Using a Mobile Platfor |
| State Institution of Higher Learning | Development of High-Resolution Chemical Ionization Mass Spectrometry |
| State Institution of Higher Learning | A Tiered Hybrid Experimental-Computational Strategy for Rapid Risk Ass |
| Not for Profit | Assessment of Neurotoxicity of Mixtures of PFAS and other Neuroactive |
| State Institution of Higher Learning | High-Throughput Lung Damage and Inflammation Assessment of Polyard |
| State Institution of Higher Learning | Development of a Quantitative Adverse Outcome Pathway (qAOP) Netwo |
| State Institution of Higher Learning | Innovative Approach to Assess the Effect of Metal Mixtures From Infant M |
| State Institution of Higher Learning | Whole Animal New Approach Methodologies for Predicting Developmenta |
| State Institution of Higher Learning | Protein Binding Affinity as the Driver for Studying Polyfluoroalkyl Substan |
| State Institution of Higher Learning | Oral Toxicity Assessment of PAH Mixtures Using an In Vitro 3D Cell Cult |
| State Institution of Higher Learning | Wildfire Smoke Mixtures Toxicity Testing |
| State Institution of Higher Learning | Assessment of Underlying Molecular Mechanisms Promoting Adipogenic |
| State Institution of Higher Learning | Developing an Integrated Framework for Evaluating Toxicity of Real-Life C |
| State Institution of Higher Learning | Developing Tools and Resources to Enable Economic, Institutional, and T |
| State Institution of Higher Learning | Investigating the Distribution and Value of Water Quality benefits Along th |
| State Institution of Higher Learning | Valuing Water Quality Improvements in Nationwide Ecosystems: Total Va |
| State Institution of Higher Learning | Estimating the Missing Benefits of Water Quality by Nesting Recreation D |
| State Institution of Higher Learning | Valuing Water Quality Improvements in Heartland Reservoirs |
| State Institution of Higher Learning | Analysis of Climate Change Related Chemical and Non-Chemical Stresso |
| Private University | Understanding Pediatric Susceptibility Across Temperature and Environm |

EPA 000198

| | |
|---|---|
| Not for Profit | Health and High Water: Health Impacts of Increased Rainfall on Families |
| State Institution of Higher Learning | Studying Air Pollution-Health-Climate Interactions for People of Color in S |
| Not for Profit | Contra Costa Climate, Air Pollution, and Pregnancy Study |
| Not for Profit | Community Based Research to Address Cumulative Health Effects of Dro |
| State Institution of Higher Learning | Septic to Sewer |
| Private University | Advancing Sanitation Justice |
| State Institution of Higher Learning | Development of a Community-Centered Tool for Assessing Health Impac |
| Private University | Advancing Community Resilience to Cumulative Climate Impacts in the M |
| State Institution of Higher Learning | Partnering for Resilient Opportunities To Eliminate Cumulative Toxic  Hea |
| State Institution of Higher Learning | Building Adaptive Capacity to Climate Change in Alaska Native Communi |
| State Institution of Higher Learning | The Duwamish Valley Research Coordination Network: Building Capacity |
| State Institution of Higher Learning | Early Life Vulnerability to Climate-driven Wildfire Events on Pregnancy ar |
| Private University | Leveraging Community Knowledge to Understand and Map the Health Im |
| Private University | Leveraging a Public School District and Schoolyard Spaces to Confront C |
| Private University | Culinary Home Empowerment for Food Waste Prevention and Minimizatic |
| State Institution of Higher Learning | Preventing Consumer Food Waste: Developing and Evaluating Househol |
| State Institution of Higher Learning | Quantification and Modeling of Perchlorate Impacts from Fireworks on Dr |
| State Institution of Higher Learning | FLEETS for All: Facilitating Local Electrified Energy and Transportation S |
| State Institution of Higher Learning | Environmental Justice Impacts Across The Life Cycle Of Energy Storage |
| State Institution of Higher Learning | The Role of State Networks in Advancing Community-Initiated and -Enga |
| State Institution of Higher Learning | Deliberative Valuation and Integrated Modeling to Accelerate Equitable D |
| State Institution of Higher Learning | Environmental justice implications of public transit electrification and char |
| State Institution of Higher Learning | Community-Engaged Co-Design for a Just and Sustainable Energy Trans |
| State Institution of Higher Learning | Community Health and Air Quality Implications of Refinery Retrofits and F |
| State Institution of Higher Learning | Drivers of Energy Service Transitions and Impacts on Well-Being in Fore: |
| Not for Profit | Renewable Energy, Environmental Justice, and Public Wellbeing (RENEV |
| State Institution of Higher Learning | Evaluating the Environmental, Behavioral, and Financial Benefits of Elect |
| Not for Profit | Evaluating the Environmental, Behavioral, and Financial Benefits of Elect |
| State Institution of Higher Learning | Integrated Portable Raman and Electrochemical NanoSystem (I-PRENS) |
| County | LID Surface Water-Groundwater Interaction Study |
| Private University | Protecting Water Quality during Enhanced Aquifer Recharge |
| State Institution of Higher Learning | Development of Innovative Monitoring and Analysis Strategies for Rural E |
| State Institution of Higher Learning | Risk and Performance Evaluation of Enhanced Aquifer Recharge in the C |
| State Institution of Higher Learning | Next-Generation Landfill Monitoring: A Multi-Scale Approach to Measurin |
| State Institution of Higher Learning | Analysis of Continuous Monitoring Data with Inverse Atmospheric Models |
| State Institution of Higher Learning | Evaluation and Control of Emissions from MSW Landfills: Direct Measure |

| | |
|---|---|
| State Institution of Higher Learning | Integrating Measurements Across Platforms to Feasibly Assess Emissio |
| Private University | Integrating Multi-Source Data for Landfill Methane Emission Quantificatio |
| State Institution of Higher Learning | Children&rsquo;s Environmental Health Center in U.S. Southern Great Pl |
| State Institution of Higher Learning | Integrating and Informing Actionable Agricultural Community Tools (II-AC |
| State Institution of Higher Learning | The Bioecological Center for Rural Children&rsquo;s Health (BeRCH) |
| Private University | Multimodal Nanosensor for Field Detection and Degradation of PFAS Co |
| State Institution of Higher Learning | Developing Effective Assessment Approaches for Cumulative Impacts an |
| State Institution of Higher Learning | Community-Driven Assessment of Cumulative Impacts on Health, Food, a |
| State Institution of Higher Learning | Achieving Change for Cumulative Impacts on Neighborhoods (ACCION I |
| Not for Profit | Mixed-Methods Cumulative Impacts Research and Health Analysis to Info |
| State Institution of Higher Learning | Community-Based Research in Hispanic Neighborhoods for Sustainable |
| State Institution of Higher Learning | Novel, Bio-Enabled Strategies to Prevent Per and Polyfluoralkyl Substanc |
| State Institution of Higher Learning | Developing Integrated Mitigation Strategies to Help Farmers Reduce PFA |
| State Institution of Higher Learning | PFAS in Land-applied Biosolids in Agricultural Settings: A Mechanistic Ur |
| Indian Tribe | PFAS Accumulation in Finfish and Shellfish Species within the Coastal an |
| State Institution of Higher Learning | Plant Uptake and Mitigation of PFAS Associated with Sewage Effluent an |
| State Institution of Higher Learning | Investigating the Effects of Irrigation Water, Compost and Biosolid Qualiti |
| State Institution of Higher Learning | Evaluating and Mitigating Bioaccumulation of PFAS in Plant, Mammalian, |
| State Institution of Higher Learning | Comprehensive evaluation of fate, transport, bioaccumulation and manag |
| State Institution of Higher Learning | PFAS-MAPS: PFAS Mitigation and Monitoring in Amended Plant Systems |
| Not for Profit | Practical Management of PFAS Contaminated Agricultural Soil Using an |
| State Institution of Higher Learning | Discovering Reaction Pathways and Designing Processes for a Sustainal |
| Private University | High-Throughput Method Development to Acquire Chemical Data Needed |
| Not for Profit | ASPPH/EPA Fellowship Program |
| Not for Profit | AAAS/EPA Fellowship Program |
| Not for Profit | AAAS/EPA Fellowship Program |
| Not for Profit | To Foster Partnership Efforts Among The States and Territories on Multi- |
| State Institution of Higher Learning | Systematic Evaluation of the Toxicity of PFAS |
| Not for Profit | EPA NAS-NRC Research Associateship Program |
| State Institution of Higher Learning | Community Assess of Env Health Risks-Vieques PR |
| State Institution of Higher Learning | Improved Methods to Manage PFASs in Rural Areas |
| State Institution of Higher Learning | Predicting and Communicating PFAS Exposure Risks from Rural Private |
| State Institution of Higher Learning | Predicting and Communicating PFAS Exposure Risks from Rural Private |
| State Institution of Higher Learning | Evaluating PFAS Occurrence and Fate in Rural Water Supplies to Inform |
| Not for Profit | Unregulated Organic Chemicals in Biosolids: Prioritization, Fate and Risk |
| Private University | Fate and Transport of Unregulated Organic Contaminants in Biosolids - D |
| State Institution of Higher Learning | Elucidating The Occurrence of Known and Emerging Chemical Contamin |

| | |
|---|---|
| State Institution of Higher Learning | Assessing Biosolid Treatment Processes On Environmental Fate And Pla |
| State Institution of Higher Learning | Convergence Science in Environmental Health (COSINE) |
| Private University | Multimedia Measurement of PFAS in the Residential Environment: Evalua |
| Private University | PFAS Exposure Pathways in the Atlanta African American Birth Cohort |
| Not for Profit | PFAS-HOME: Characterizing Residential PFAS Exposure Pathways amo |
| State Institution of Higher Learning | Accelerating Technical and Community Readiness for Beneficial Water R |
| Not for Profit | Unlocking the Nationwide Potential of Water Reuse |
| State Institution of Higher Learning | Development of a Wastewater Hierarchical Sentinel Site Identification for |
| State Institution of Higher Learning | Winning the Race Against Competing Risks: Optimizing Drinking Water D |
| State Institution of Higher Learning | Innovations in Sampling, (Bio)analytical Chemistry, and Analytics to Chara |
| State Institution of Higher Learning | Integrated Water Microbiome and Disinfection Byproducts Monitoring and |
| State Institution of Higher Learning | Co-DOWN: Consortium on Disinfection By-Products and Opportunistic Pa |
| State Institution of Higher Learning | Work on Aquatic Toxicology and Ecology Research (CTP-WATER) |
| State Institution of Higher Learning | Environmental Research Training Program for Students in Engineering a |
| Not for Profit | Environmental Monitoring and Remediation Technology Assessment Initia |
| State Institution of Higher Learning | A Multistate Study to Establish A Risk Assessment Framework for the AM |
| State Institution of Higher Learning | Prevalence, Abundance, and Fate of Antibiotics, Antibiotic-Resistant Bac |
| State Institution of Higher Learning | Understanding The Role of Wastewter Treatment for Mitgating Antimicrob |
| Not for Profit | Quantifying Wastewater Sources of Antibiotic Resistance to Aquatic and |
| Private University | Using Stationary and Mobile Low-cost Sensors to Assess Air Quality |
| State Institution of Higher Learning | Microwave Irradiation-Enabled Household On-Site Regeneration of Activa |
| State Institution of Higher Learning | An Experimental Study to Develop Affordable Non-Invasive Radon Mitiga |
| Private University | Recycling of Asphalt Pavements Using Environmentally Benign Recycling |
| State Institution of Higher Learning | Open Source, Networked Sensors for Lead Monitoring |
| State Institution of Higher Learning | Implementation of Cost-Effective Techniques for the Monitoring &amp; Re |
| State Institution of Higher Learning | MINTS: Multi-scale Intelligent Sensing |
| State Institution of Higher Learning | Physicochemical Degradation of Microplastics |
| Private University | Enhanced Detection and Removal of GenX from Water Supplies |
| State Institution of Higher Learning | Urban Water Pollution Extent and Impact on the Village Creek in Birmingh |
| State Institution of Higher Learning | Three-Way Removal of Per- and Polyfluoroalkyl Substances from High-S |
| State Institution of Higher Learning | Modelling Outdoor Comfort with UAV-based Digitization Technique and a |
| State Institution of Higher Learning | Natural Approach in Antifouling Protection: Remedy for Safer Water for F |
| Not for Profit | Production of Lithium Carbonate from Geothermal Brine by Selective Extr |
| Not for Profit | Sensor on Wheels (SOW): A Field-Deployable Environmental Pathogen D |
| State Institution of Higher Learning | 2D MoS2-Based Field Effect Transistor Sensors for Airborne PFAS Dete |
| State Institution of Higher Learning | Understanding and Predicting Disparities in Organic Contaminant Levels |
| State Institution of Higher Learning | Developing Reusable and Antiviral Face Masks from Plastic Waste |
| Private University | Biodiesel Production from Ethanol and Glycerol: a Living Laboratory for S |

| | |
|---|---|
| Private University | 3D-Printed Floating Photocatalyst Structures that Mimic Natural Objects t |
| State Institution of Higher Learning | 100% Compostable Packaging Film |
| State Institution of Higher Learning | Zirconium-Modified Mica Coupled with Nanobubbles for Enhanced Phosp |
| State Institution of Higher Learning | Solar-Driven Photodegradation of MC-LR Using a Novel Au-Decorated N |
| State Institution of Higher Learning | An Open-Source Droplet Digital PCR (ddPCR) System for the Rapid and |
| Private University | Developing Geopolymer Cement using Sewage Sludge Ash as Precursor |
| State Institution of Higher Learning | Cellulose-Metal Organic Frameworks Hybrid Adsorbent for PFAS Remov |
| Private University | Navigating the Food-Energy-Water Nexus through the Conversion of Foo |
| State Institution of Higher Learning | Biochar-Enabled Platform for Enhanced Destruction and Defluorination o |
| State Institution of Higher Learning | Enhancement of Per- and Polyfluoroalkyl Substances (PFAS)-Contamina |
| State Institution of Higher Learning | Electrochemical Process for Recovering Nitrogen and Phosphorus from S |
| State Institution of Higher Learning | Development of a Simple Enzyme Inhibition Biosensor for Lead in Drinkin |
| State Institution of Higher Learning | Low-cost Household Water Filter for PFAS Removal |
| State Institution of Higher Learning | Single-Stage Process for Biogas Purification |
| State Institution of Higher Learning | Harmful Algal Blooms Early Mitigation By Magnetic Photocatalysts |
| State Institution of Higher Learning | Optimization and Deployment of Biofilters with Ultra-High Surface Media f |
| State Institution of Higher Learning | Smartphone-Based Colorimetric Lead Sensor for Household Detection |
| State Institution of Higher Learning | Evaluation of a Hybrid Filtration/AOP Membrane Process for Point of Use |
| State Institution of Higher Learning | Phase II: Removal of Microplastics from a Domestic Wastewater Treatme |
| State Institution of Higher Learning | Elimination of Microplastics and Per- and Polyfluoroalkyl Substances (PF. |
| State Institution of Higher Learning | Environmental Economics Research - Retrospective Research on Benefi |
| Not for Profit | AERE Summer Conferences - Supplemental Funding |
| Not for Profit | Initial EJ Thriving Communities Grantmaking Program (EJ TCGM) - Natio |
| Not for Profit | Institute for Sustainable Communities Nat'l GM - Subsequent Award |
| Not for Profit | Research Triangle Institute (RTI) - Grantmaker - Initial Award |
| Not for Profit | RTI Thriving Communities Grantmaker: Subsequent Award |
| Not for Profit | TCGM Subsequent Award - Green &amp; Healthy Homes Initiative will ac |
| Private University | Flourishing in Community: Fordham in Community Environmental Justice |
| Private University | Grantmaker - Subsequent Award |
| Not for Profit | Grantmaking to Build Sustained EJ Capacity and Networks Across EPA F |
| Not for Profit | Grantmaker - Subsequent Award |
| Not for Profit | Mountains and Plains Environmental Justice Grants Hub |
| Not for Profit | EJ-TCGM Subsequent Award - Mountains and Plains Environmental Just |
| Not for Profit | Environmental Justice Thriving Communities Grantmaker Program (EJ T |
| State Institution of Higher Learning | Texas Southern University Bullard Center Environmental Justice Thriving |

| | |
|---|---|
| State Institution of Higher Learning | EJ-TCGM Subsequent Award - Region 6 The Bullard Center for Environm |
| Not for Profit | Northwest Network for Environmental Justice-Subsequent Award |
| Not for Profit | Inflation Reduction Act - Environmental Justice Thriving Communities |
| Not for Profit | Inflation Reduction Act - Environmental Justice Thriving Communities |
| State Institution of Higher Learning | Developing best-use patterns for postemergence herbicide applications ir |
| Not for Profit | Grower Outreach and Education: Sprayer Calibration and Support of IPM |
| Not for Profit | Funds for New England Vegetable Management Grower Guide |
| Not for Profit | Advancing IPM Research, Education, and Worker Safety for Massachuse |
| Indian Tribe | White Earth Wild Rice and Surface Water Sampling |
| State | Research, Development, Monitoring, Public Education, Outreach, Trainin |
| State Institution of Higher Learning | Texas School Integrated Pest Management (IPM), 30 years and counting |
| State Institution of Higher Learning | Research, Development, Monitoring, Public Education, Outreach, Trainin |
| State Institution of Higher Learning | The Pesticide Regulatory Education Program (PREP) Network |
| Not for Profit | AFOP's National Farmworker Training Program |
| State Institution of Higher Learning | Tribal Pesticide Program Council Technical Support |
| Not for Profit | National Tribal Toxics Council (NTTC) Technical Support |
| State Institution of Higher Learning | Pesticide Educational Resources Collaborative 2.0 (PERC 2.0) |
| Foreign Recipient | OECD Work on the Environment, Health and Safety Program, Including E |
| Not for Profit | Empowered Up: A Comprehensive PSEFMP Promoting Efficiency and Er |
| State Institution of Higher Learning | National Pesticide Information Center at Oregon State University (NPIC@ |
| Not for Profit | Pesticide Inspector Residential Training, Administered by National State I |
| Not for Profit | STATE-FIFRA ISSUES RESEARCH AND EVALUATION GROUP: THE |
| Not for Profit | GGRF NCIF: Climate United |
| Not for Profit | GGRF NCIF: The Coalition for Green Capital Fund |
| Not for Profit | GGRF NCIF: Power Forward Communities&rsquo; NCIF Application to C |
| Not for Profit | GGRF CCIA: Community Lenders CLIMB: Clean Lending Investment Mo |
| Not for Profit | GGRF CCIA: Expanding Green Lending Capacity in Historically Underser |
| Not for Profit | GGRF CCIA: Inclusiv Clean Communities Investment Accelerator |
| Not for Profit | GGRF CCIA: Green Bank for Appalachia, Energy Communities, and Und |
| Not for Profit | GGRF CCIA: Building Capacity for Native CDFIs to Deploy Clean Energy |

**OMB Project Description**

The purpose of this cooperative agreement is to provide funding to the UMass Toxic Use Reduction Institute (TU

The purpose of this cooperative agreement is to provide funding to Health Resources in Action to conduct their &

The purpose of this cooperative agreement is to provide funding to Mystic River Watershed Association to condu

The objectives of this study are to osteogenically differentiate hESCs with concomitant chemical exposure. Detri

Immortalized cell lines will be developed to investigate three objectives: 1) Develop assays complementary to fis

The primary outcome of this project will be the development of a general, scalable approach towards the constru

The project will update the chemical mechanisms related to dinitrogen pentoxide (N2O5) chemistry in the CMAQ

The primary outcomes of this project will be improvement of data and tools used for generating explicit and detai

The goal of the proposed research is to improve the chemical mechanism representation of secondary organic a

The objective of the proposed project is to develop a diagnostic software package, based on machine learning, t

The primary outcome of this research will be the development of an algorithm and associated tool to generate ac

The project will determine the bidirectional permeability of marker compounds to determine the permeation of 50

This project will determine the metabolic activities of key xenobiotic-metabolizing enzymes in transgenic knockou

This project will fill a fundamental gap on organ-on-a-chip toxicity screening devices to assess how chemical to c

This project will establish methods within a risk-based decision framework for using new approach methodologie

This project aims to understand how flooding caused by hurricanes influences distribution of PFAS and how soc

The proposed project will demonstrate the effectiveness of farm runoff treatment systems in reducing nutrient dis

The project aims to develop a novel technology that will prevent harmful algal blooms in watering ponds. The res

This project proposes to improve full-scale applications of shortcut nitrogen removal processes by increasing nit

..

The goal of this project is to understand and mitigate the current and possible future soil heavy metal and metall

This project aims to implement an innovative methodology based on non-targeted screening approach to identify

Researchers will assess dust and soil exposures for children ages six months to six years via macro-and micro-a

Researchers will perform studies to quantify dust loading on children&rsquo;s hands and indoor home surfaces a

This project will elucidate determinants of indoor dust ingestion in 6- to 24-month-old infants. Researchers will te

This project will develop a robust, data-driven modeling framework that will accurately predict the outcome of a p

This project will evaluate biocontainment of Genetically Engineered Microbes  (GEMs) in environmental systems

The overarching goal of this project is to understand, predict, and control the relationships between natural soil n

This proposal focuses on developing an ecological risk assessment for the release of a full synthetic microbial c

Researchers will apply new technologies in both dust and urine analysis to determine child-specific dust ingestio

This research seeks to develop an innovative integrative approach, which fuses analytical, computational, obser

Researchers will use longitudinal study data and urine samples from children to examine the impacts of early life

The overarching objective of this Center is to make causal linkages between cumulative environmental exposure

The goal of the project is to inform public health guidance on if (based on school and nearby home characteristic

The purpose of the proposed research is to enhance existing efforts taking place in Washington state to identify

The goal of the project is to increase wildfire smoke risk mitigation in rural communities northern Nevada through

The goal of the project is to assess practical and effective approaches to reduce indoor exposure to particulate r

The overall objective of this research is to conduct field and laboratory research to enable accurate modeling of

The purpose of the proposed research is to study the effectiveness of several methods of smoke exposure redu

The goal of the research is to decrease smoke exposures and associated health impacts from prescribed burn e

The project goals are to 1) evaluate an integrated strategy containing both interventions and communications to

The purpose of this research is to expand the current understanding of virus fate during wastewater treatment an

The purpose of this project is to address public health concerns about human viral pathogens in treated wastewa

The  purpose of this project is to better understand virus attenuation in wastewater and water treatment systems

The purpose of this study is to identify decentralized wastewater technologies and municipal treatment unit proce

The purpose of this project is to improve public health protection through the development of quantitative data or

The purpose of proposed research is to identify the most effective data sources and dissemination strategies for

The purpose of the project is to create a communication infrastructure in Colorado for air quality information that

The purpose of the proposed research is to develop a portable, small, lightweight, low-power instrument for near

This goal of this project to develop and improve a method for online detection and quantification of several unde

The goal of the proposed research is to develop, characterize, and demonstrate a novel technique for a low-cost

The goal of the proposed research is to develop an open-source reference instrument and methodology for oper

The goal of the proposed research is to design, demonstrate, and validate a mobile platform for quantification an

The goal of the proposed research is to combine state-of-the-art online high-resolution chemical ionization mass

The overall goal of this project is to ensure timely risk-based assessment of mixtures and unknown variable com

The purpose of this project is to Integrate In Vito and In Silico High throughput testing with In Vivo tests using a z

The purpose of this project is to develop a new approach methodology (NAM) based on high-throughput in vitro

The purpose of this project is to develop a quantitative adverse outcome pathway (qAOP) network with advance

The purpose of this project is to establish a platform to quantify intrauterine exposure to metal mixtures and dete

The purpose of this project is to provide a novel, effects-based approach for screening contaminant mixtures for

The purpose of this project is to use a combination of in silico, in vitro, and in vivo tools to test the overarching hy

The purpose this study is to design and engineer an in vitro 3D cell culture integrated into a flow-cell bioreactor t

The purpose of this project is to understand how individual chemicals in wildlife smoke induce in vitro responses

The purpose of this project is to examine chemical mixtures of increasing complexity for their deviations from exp

The purpose of this project is to improve how real-life exposure to multiple chemicals is considered in toxicity ass

This project will strategically combine applied research, decision-support innovations, and public engagement to

The goal of the proposed research is to develop a non-market valuation survey administered to residents along t

The study seeks to provide insight on the extent of the market, willingness to pay (WTP), and distance decay in

This project focuses on developing models to determine the impacts of water quality changes on property values

The focus of this proposed project is to study willingness to pay (WTP) for water quality improvements in Midwes

The goal of this project is to analyze the impact of climate change-related chemical and non-chemical stressor e

The goal of this research project is to identify community stressors and resilience-enhancing assets that shape r

The goal of the research is to examine relationships among basement indoor air quality, air pathogens and conta

The goal of the project is to engage S.E. Queens residents in the measurements of key air pollutants (NO2, O3,

The goal of this research is to investigate the relationship between wildfire smoke exposure during pregnancy an

The overarching goal of this research is to engage small communities that are reliant on small water supply syste

The goal of the project is to research and bring environmental justice-focused strategies to mitigate septic failure

The overarching goal of the proposed project is to advance the theory and practice of sanitation justice (equitabl

The goal of the project is to fill scientific data gaps that are essential for developing community-centered tools to

The goal of the project is to build community-level resilience against increased air and water pollution due to clim

The goal of the project is to understand the cascading impacts of recurrent and prolonged wildfire smoke exposu

The goal of this project is to assess the relationships between diverse climate-induced concerns related to water

The goal of this project is to identify and expand community water and soil testing programs by integrating histor

The goal of the project is to identify which populations are most impacted by wildfire-associated air pollution expo

The goal of the project is to understand the cumulative health impacts of chemical and non-chemical exposures

The goal of the project is to leverage the Milwaukee Public Schools district personnel and facilities to build comm

The proposed research investigates a highly innovative and scalable approach to strengthen consumers&rsquo;

This project aims to evaluate a set of household food waste prevention interventions researchers have develope

This project aims to evaluate the relative impacts of perchlorate from fireworks on surface drinking water source

The goal is to address air pollution and subsequent health impacts while considering the challenges for energy, i

The purpose of this project is to inform how energy transitions can be improved to be more attentive to environm

The goal is to understand the role of statewide Local Energy Action Networks (LEANs) in supporting and advanc

The purpose of this project is to accelerate decarbonization of the electrical grid by delivering information and to

The goal of this project is to develop a framework for evaluating changes in neighborhood air pollution distributio

The goal of this research is to understand how social and institutional factors drive individual and household elec

This project will leverage the natural experiment afforded by a recent oil refinery closure in northern CA, state-of

The goal is to analyze impacts of current energy systems and pathways for energy transitions that enhance well-

The goal of the project is to characterize the environmental, public health, economic, and environmental justice (

The purpose of this project is to develop an energy-justice model for freight vehicle electrification in an urban env

The goals of this project are to 1) investigate how electrifying and weatherizing homes reduces energy usage, w

The purpose of the project is to develop a portable Raman and electrochemical nanosystem (I-PRENS) to be de

The objective of this project aims to research the effectiveness of stormwater best management practices (BMP

The purpose of this project is to develop a geochemical compatibility framework for enhanced aquifer recharge (

This project aims to evaluate several methods of modification of rural basins to enhance recharge while monitori

The objective of this project is to develop a web-based decision support tool to guide communities, agencies, an

The goal of the project is to develop and demonstrate an integrated multi-scale and multi-sensor approach that v

The purpose of this project is to demonstrate and standardize existing inverse modeling and spatial mapping me

The goal of the project is to evaluate the accuracy of new emissions estimation methodologies for emissions of r

The overarching goal is to assess the performance and feasibility tradeoffs of integrating measurements across

The purpose of this project is to improve the use of low-cost sensors and ambient air monitoring to better quantif

The goal of this project is to develop a center to characterize the environmental stressors that affect children's s

The purpose of this project is to develop an exposome based approach that characterizes chemical and non-che

The purpose of this project is to develop a transdisciplinary approach to evaluate and mitigate the cumulative he

The project will develop and validate nanosensing technology integrated with a nano-remediation platform to mo

The purpose of this project is to create comprehensive cumulative impact indices that encompass the effects of

The goal of this project it to develop a mixed methods approach for collecting environmental, social, food, and he

The goal of this project is to elucidate the policy-making process to mitigate environmental exposures and elevat

This research project aims to fill existing gaps in cumulative burden analysis, including air and water pollution bu

The goals of the project are to examine the cumulative exposure to chemical and non-chemical stressors in Hisp

The goal of this project is to understand how and to what degree contamination of farmland by PFAS can bioacc

The overall goal of this project is to equip farmers with a set of integrated and scalable PFAS mitigation strategie

The goal of this project is to understand the sewage sludge treatment processes contributing to PFAS partitionin

The objective of this project is to assess local watersheds and food sources in the Peskotomuhkati (Passmaquo

The goal of this project is to enhance the understanding of Per- and polyfluoroalkyl substances (PFAS) uptake a

The goal of this project is to examine the baseline PFAS levels in typical supplies and resources for urban farmin

This project will evaluate the bioavailability of per- and polyfluoroalkyl substances (PFAS) in agricultural environr

The goals of this project are to evaluate the fate, transport, and bioaccumulation of Per- and Polyfluoroalkyl subs

The goals of this project are to comprehensively understand PFAS uptake and bioaccumulation in plants across

This project aims to test the overarching hypothesis that proper engineering control will allow continued and ben

This project will develop new models, methods, and software tools for discovering and designing novel reaction

This project aims to develop a predicted reaction network using experimental and computational data generated

The purpose of this cooperative agreement is to provide training opportunities within EPA Program Offices for e

The project&rsquo;s aim is to foster scientifically informed, evidence-based policy and practice by involving scier

The project&rsquo;s aim is to foster scientifically informed, evidence-based policy and practice by involving scier

To address environmental health problems faced by State and Territorial Health Agencies (STHA). ASTHO&rsq

The project proposes to study the toxicity of a large collection of volatile and non-volatile PFASs (Per and Polyflu

.

This research will address Viequenses' health concerns by facilitating residents' greater understanding about an

The objective of the project is to develop improved and cost-effective treatment trains with advanced technologie

The objective of this project is to develop a model using machine-learned Bayesian networks to analyze data sar

The objective of this project is to develop a model using machine-learned Bayesian networks to analyze data sar

The objective of this project is to combine field, laboratory and modeling activities to analyze biosolids and per ar

The purpose of the proposed research is to produce a prioritized list of unregulated organic chemicals (UOCs) th

The purpose of this research is to 1) characterize the occurrence, fate, and transport of biosolid-associated orga

The purpose of the proposed research is to use a series of controlled lab experiments and field investigations to

The purpose of this research is to (1) fill the knowledge gaps on the occurrence, fate, transport, and plant uptake

The Convergence Science in Environmental Health program will undertake trans-disciplinary research collaborat

The goal of the proposed research is to address per- and polyfluoroalkyl substances (PFAS) exposure via indoo

The goal of the proposed research is to address per- and polyfluoroalkyl substances (PFAS) exposure via indoo

The goal of the proposed research is to better characterize important exposure pathways of Per- and poly-fluoro

The objective of this project is to accelerate water reuse adoption in rural communities by increasing technical ar

This project aims to enhance water technology innovation and water resources information availability to advanc

Future pandemics will require that wastewater surveillance for potentially harmful pathogens such as SARS-CoV

The goal of this project is to better understand and predict occurrence of disinfection byproducts, opportunistic p

This application proposes a highly innovative project to assess the tradeoffs between opportunistic pathogens (O

The overall goals of this project are to develop an integrated framework to quantitatively monitor the drinking wat

This project aims to achieve a nationwide study of the prevalence of opportunistic pathogens, their free-living ar

The goal of the project is to bolster the pipeline of environmental scientists who are dedicated to chemical risk m

The goal of this project is to provide unique educational opportunities for the next generation of Science, Techno

EPA is soliciting applications from qualified (non-profit) entities that have an interest and experience in conductir

The purpose of the project is to establish a risk assessment framework that can estimate human health risks bas

The purpose of the project is to quantify the fate of antibiotic-resistant bacteria (ARB), genes (ARGs) and antibic

The purpose of this project is to quantify the effectiveness of wastewater treatment on the removal and/or select

The purpose of this project is to characterize exposure potentials of antibiotic resistant bacteria (ARB) and antibi

The objective of the project is to improve the accessibility of air quality sensors, increase the number of air qualit

The goal of this project is to develop and optimize microwave irradiation enabled thermal destruction of PFAS sc

The objective of the project is to investigate enhancing indoor air quality by researching alternative radon mitigat

The objective of the project is to develop and demonstrate the effectiveness of environmentally benign recycling ag

The objective of the project is to conduct research to increase the sensitivity of a previously proposed sensor tha

The purpose of this project is to monitor indoor concentrations of particulate matter, volatile organic compounds

The purpose of this project is to build a network of low-cost calibrated air quality sensors that can be distributed a

The purpose of the project is to measure the release of microplastics from synthetic textiles during washing and

The purpose of the project is to develop a more effective and sustainable method for detection and removal of C

The purpose of the project is to analyze the movement of pollutants around the Village Creek River, study the vu

Landfill leachate is one of the major sources of per- and polyfluoroalkyl substances (PFAS) to the environment. T

The purpose of this project is to create a tracking system that combines heat and air pollution effects at the near

The purpose of this project is to demonstrate the efficacy of natural extracts formulations in antifouling protection

The goal of this project is to design and develop a novel method to efficiently extract lithium from a geothermal b

The goal of this project is to develop a field-deployable, rapid, sensitive, and affordable Sensor on Wheels (SOW

This project will develop a novel design for electronic sensors that detect airborne per-/poly-fluoroalkyl substance

The goal of this project is to improve and utilize PROTEX, an advanced computational model, to investigate the

The goal of this project is to develop an antiviral reusable face mask concept from recycled polystyrene and disc

This project will develop and design a novel biodiesel reaction system that converts discarded cooking oil into bic

This project aims to design a sustainable and affordable strategy to treat harmful algal blooms (HABs) using sun

The goal of the project is to develop a cost effective, environmentally friendly food packaging system which will r

The goal of this project is to develop an integrated treatment system that couples novel sorbents with oxygen na

This project aims to develop a cost-effective method to degrade harmful algal blooms (HABs) such as microcyst

The goal of this project is to develop and validate an open-source Droplet Digital Polymerase Chain Reaction (d

This project aims to use sewage sludge ash (SSA), an industrial byproduct from wastewater treatment, to develo

The goal of this project is to develop an innovative cellulose-metal organic frameworks (Cello-MOFs) hybrid adso

The goal of this project is to evaluate the environmental performance of second-generation biofuels produced via

The purpose of this project is to develop a novel biochar-based treatment platform to deconstruct and defluorina

The goal of this project is to improve upon anaerobic digestion technology with the addition of carbon materials t

The goal of this project is to develop a novel approach of concomitant stabilization of fresh source-separated uri

The goal of this project is to design a simple, single-use test strip made of an enzymatic biosensor that can be us

The purpose of this project is to develop and demonstrate an innovative, cost-effective technological solution for

The overarching goal of this research is to develop an alternative upgrading technique capable of integrating (i.e

The purpose of this project is to develop a &ldquo;smart&rdquo; strategy to mitigate harmful algal blooms (HABs

The goal of the project is to optimize and test the biofiltration module in order to understand the mechanisms cor

The goal of the project is to develop an affordable and easy-to-use sensor for highly selective and sensitive dete

The goal of the project is to create highly active catalysts for Fenton like reactions with tunable surface charge fo

The goal of the project is to address the need for a better understanding of the presence and removal of micropl

The goal of the project is to significantly reduce the water and oil resistant coating on fully biodegradable coated

Recipient proposes to examine the ex post benefits, costs and distributional impacts of the Safe Drinking  Water

The primary objectives of the project are to conduct scientific gatherings of researchers, students, policy practitio

The purpose of this funding is to provide the Initial Award of $12,000,000 to the Institute for Sustainable Commu

This agreement provides funding under the Inflation Reduction Act (IRA) to the Institute for Sustainable Commur

The purpose of the Environmental Protection Agency's (EPA) Thriving Communities Grantmaking Program ( EJ

Research Triangle institute (RTI) will utilize the Subsequent Award totaling $95,000,000 in EJ TCGM funding to s

This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Home

This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit or

This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit or

This funding will provide the initial award of $8,000,000 to the recipient, HRA &ndash; Health Resources in Actio

This agreement provides funding under the Inflation Reduction Act (IRA) to Health Resources in Action (HRA). T

The agreement provides funding to JSI Research and Training Institute Inc. Specifically, the recipient will establi

This agreement provides funding under the Inflation Reduction Act (IRA) to JSI Research &amp; Training Institu

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation.  The re

This agreement provides an initial funding of $4,917,247 to Texas Southern University under the Inflation Reduc

This agreement provides funding under the Inflation Reduction Act (IRA) to Texas Southern University. The recip

OEJECR is providing within-scope supplemental funding to address additional Quality Assurance (QA) costs as

This agreement provides funding under the Inflation Reduction Act (IRA) to Social and Environmental Entrepren

This agreement provides funding to Social and Environmental Entrepreneurs (S.E.E.). The recipient is a Regiona

Per your application request dated July 16, 2021, this Grant Agreement is being award Federal funding in the am

The project will develop and post to the Web posted short duration sprayer calibration videos that will cover 4 typ

The New England Vegetable Growers' Association Incorporated serves a facilitative role in the development of &

The Cape Cod Cranberry Growers&rsquo; Association (CCCGA) is one of the oldest farmers&rsquo; organizatio

The White Earth Pesticides Program is implementing a comprehensive Quality Management Program Plan (QM

This action approves an award in the amount of $55,261 to Georgia Department of Agriculture to provide implem

This award provides financial and technical support to Texas A&amp;M AgriLife Extension Services-Integrated F

This action approves an award in the amount of $39,997 to the University of Florida (UF) to develop a new aqua

This Project focuses on four primary objectives: training, networking, leveraged learning, and evaluation. This Pr

The Association of Farmworker Opportunity Programs (AFOP) has been an advocate for migrant and seasonal f

This project will provide training, technical support and outreach, with associated activities, to the Tribal Pesticid

The purpose of the National Tribal Toxics Council (NTTC) Technical Support grant is to promote tribal and EPA

The purpose of this project is to 1) advance the safe use of pesticides and minimize the misuse of pesticides by

The work by the grantee will entail work on the mutual acceptance of data and other instruments for cooperation

The agreement provides funding to the Extension Foundation. Specifically, the recipient will administer a nationa

The recipient, Oregon State University (OSU), will administer the National Pesticide Information Center (NPIC) p

The purpose of this project, the PIRT program, is to provide pesticide educational training to inspectors and staf

The purpose of the State FIFRA Issues Research and Evaluation Group (SFIREG) is to identify, evaluate and re

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate United (CU). The recipient w

This agreement provides funding under the Inflation Reduction Act (IRA) to Coalition for Green Capital (CGC). T

This agreement provides funding under the Inflation Reduction Act (IRA) to Power Forward Communities (PFC).

This agreement provides funding under the Inflation Reduction Act (IRA) to Opportunity Finance Network (OFN)

This agreement provides funding under the Inflation Reduction Act (IRA) to Justice Climate Fund, Inc. The recip

This agreement provides funding under the Inflation Reduction Act (IRA) to Inclusiv. The recipient will provide fu

This agreement provides funding under the Inflation Reduction Act (IRA) to Appalachian Community Capital Cor

This agreement provides funding under the Inflation Reduction Act (IRA) to Native CDFI Network (NCN).  The re

&quot;&ldquo;Expanding the Healthy Air Network Across New England&quot; project. These funds will be used to p

uct their Mystic Wicked Cool Ambassadors program. These funds will be used to conduct meaningfully engage with

mental effects of the chemical will be evaluated based on a reduction in matrix mineralization (as a surrogate of ske

h early life stage and larval growth for a euryhaline model 2) Quantify internal exposure concentrations of model pes

ction of chemical mechanisms that reproduce the key properties and reactivities of organic compounds. The specif

air quality model and use the improved CMAQ model to investigate the influence of N2O5 chemistry on NOx, ozon

iled chemical mechanisms.  Specific focus of this work will be on atmospheric chemistry of air pollutants from emerg

erosol (SOA) formation from oxygenated volatile organic compounds (VOCs) in biomass burning and volatile chem

o identify the key elements of a chemical mechanism to aid the future development of air quality models (AQMs); as

ccurate and simplified chemical mechanisms used in air quality models. Specific focus of this work will be on the gas

known environmental toxicants. They will integrate a human cell-based model of the Blood-Brain Barrier to measur

ut zebrafish, often used in toxicity assessments. Parent and primary metabolite profiles for top hit compounds will be

device substrate contact affect their toxicokinetics. A Quantitative Structure-Property Relationship (QSPR) model wi

s (NAMs) by integrating new biological (i.e. tissue chips), analytical, and computational modeling methods for data-

ietal factors can exacerbate impacts of PFAS exposure. Researchers will characterize PFAS species diversity and

scharges to coastal waterways and provide a blueprint for scaling-up treatment systems within two key agricultural v

search involves the synthesis of eight candidate magnesium-aluminum oxide and magnesium-iron oxide sorbent me

rite availability for anaerobic ammonium oxidizing bacteria (anammox) in mainstream systems. With the opportunity

oid and other chemical contaminant exposure among children in West Atlanta by estimating children&rsquo;s soil in

y specific tracers of dust and soil exposure. Researchers will combine this with relevant information on children&rsq

activity pattern and tracer studies. Researchers will create a novel, integrated toolset based on major innovations in

and will also deliver a household dust survey to families for analysis of key variables influencing dust loading on chil

st if the frequency and characteristics of indoor dust and non-dust mouthing events change with age and motor dev

recision guided synthetic sterile insect technique (pgSIT) technology aimed to eliminate the Aedes aegypti mosquito

s and generate a novel GEM kill switch relevant to bioremediation. Consistent with the statutory authorities above, th

nicrobial communities (SMCs) and genetically engineered microbes (GEMs). Specifically, this project will apply curr

ell (a subset of all synbio organisms) into an environmental matrix by developing the bioinformatic tool EcoGenoRis

n rates, under an experimental design that includes multiple geographic and socioeconomic status (SES) groups. K

vational, and statistical methods, to estimate dust/soil ingestion rates of children aged 6 months through 6 years wit

e exposure to phthalates. The study will evaluate exposures in relation to neurobehavior development with attention

es, caregiving environments in early childhood, and changes in neurodevelopment for preschoolers. The study will c

s) and when (i.e., at what Air Quality Index (AQI) or PM2.5 concentration levels) schools should close during wildfir

n the development, implementation, and evaluation of stakeholder-driven monitoring and messaging. Researchers w

matter (PM) of outdoor wildland fire origin in single-family housing in the western U.S. The project will conduct field s

interventions intended to reduce indoor woodsmoke exposures. The project will improve understanding of outdoor t

ction. The recipient will conduct a two-year longitudinal randomized controlled trial of 265 San Francisco Bay Area r

events. Main output of the research is a risk communication toolkit that can be used to 1) facilitate communication to

reduce wildland fire pollution exposure; 2) establish that targeted intervention can be used to effectively reduce exp

nd develop surrogate-based crediting frameworks for unit processes that have largely been uncredited or under-cre

ater for non-potable reuse across the United States. Activities include identifying a suite of viral pathogens and surro

s through the development of new quantitative tools with novel surrogates to improve sensitivity, reduce analysis tur

esses capable of removing human enteric viruses to allow safe reuse of the treated wastewater and to evaluate the

n the removal of human enteric viruses by treatment processes where wastewater is the source water. Researchers

communicating wildfire smoke exposure risks and the drivers of the disconnect that exists between scientists and c

(a) enhances the available information about air quality, (b) develops targeted messaging that reaches individuals b

real-time speciation and quantification of volatile organic compounds (VOCs), including hazardous air pollutants (H

t way of measuring organic hazardous air pollutants (HAPs) with high sensitivity and selectivity and at high time res

ration, validation, and QA/QC of open-path optical remote sensing (OP-ORS) monitoring of volatile organic compou

spectrometers (HR-ToF-CIMS) together with novel air- and particle-phase sampling techniques to increase unders

position or biological substances (UVCBs) that ensures human health protection from the toxicity of known and unk

Zebrafish model in order to evaluate the neurotoxicity of mixtures of Per- and Polyfluoroalkyl Substances (PFAS), an

d mixtures risk assessment for assessing developmental neurotoxicity (DNT) of per- and polyfluoroalkyl substance

ypothesis that binding of per- and polyfluoroalkyl substances (PFAS) to hemoglobin is a physiological signal for pred

o conduct the toxicological assessment of environmental polycyclic aromatic hydrocarbon (PAH) mixtures that can b

that group according to biological pathways and inform mixtures-based joint toxicities that overlap with in vivo pulm

lower barriers to widespread adoption of enhanced aquifer recharge (EAR) and unlock its potential to provide multi

the Mississippi River to evaluate how benefits vary across socioeconomic and geographic scales and populations o

representative watersheds within each of the nine ecoregions of the US. The project also seeks to develop data an

s by studying three larger, somewhat understudied bodies of water including Puget Sound, Long Island Sound, and

stern reservoirs. Researchers will be measuring linkages between water quality and provision of ecosystem services

exposures on personal health outcomes of residents living in underserved communities. Specifically, the project will a

elationships between climate change-related exposures [heat, ozone (O3), fine particulate matter (PM2.5)] and chil

EPA 000212

aminants, basement moisture, daily rainfall extremes, housing and neighborhood conditions, and cumulative health i

SO2, PM2.5, toxic metals and PFAS), through community-based participatory research (CBPR), increasing their un

d the health of the newborn baby and mother, as well as to provide education and other preventive solutions to und

ems and empower them to identify strategies that sustain water quality, quantity, and accessibility and provide resili

es in coastal communities under the environmental conditions of rising sea levels and increased flooding.

e access, agency, and adaptive capacity for sanitation infrastructure) amidst intensifying climate stressors for marg

assess health impacts of wildfire smoke exposure, climate change, and social disparities in rural tribal and aging co

ure on health and well-being of the residents in underserved communities in conjunction with other relevant environ

r infrastructure and water quality and their effects on health in Alaska Native communities. The project aims to build

ical data with local knowledge and the community goals and assets, and facilitate decision-making for targeting futu

osures and determine whether these exposures increase risk for adverse birth and child neurodevelopmental outco

exacerbated by climate change among the most vulnerable communities in Atlanta and to develop suitable interven

munity resilience against adverse impacts of climate change on air pollution levels and reduce environmental health

; motivation, opportunity, and ability to reduce food waste by adapting professional culinary education interventions t

s and groundwater drinking sources across the US by measuring perchlorate at six sites (two rivers, three lakes, an

mobility, accessibility, and equitability in fifteen underserved communities in the Columbus Metropolitan Area (CMA)

ental justice and community concerns by improving the understanding of the environmental justice impacts through

cing renewable energy and energy efficiency (REE) in underserved communities, with community-engaged state an

ols that empower community-based environmental organizations to identify and advocate for renewable energy proj

ns arising from alternative future scenarios for public transportation and electricity generation, utilizing an atmosphe

ctrification decisions in underserved communities and how these factors affect environmental co-benefits of energy-

-the-science air quality modeling, and a unique dataset of ambient air pollution monitoring data to quantify the impac

-being through improved public health, economic opportunity, and energy justice outcomes with a focus on underser

nvironmental justice community that is responsive to community needs while advancing science in air quality, public h

hile providing energy security, ameliorating the indoor air quality of residential dwellings, and improving comfort and

eployed for onsite detection and degradation of neonicotinoid pesticides in rural drinking water supplies in Alabama's

s) used for Enhanced Aquifer Recharge (EAR) to better understand the quantity and quality of urban stormwater re

(EAR) suitability assessments that evaluates contaminant (metals, salts, pesticides) mobilization from source waters

will allow landfills to more effectively monitor emissions at lower cost and be used to quantify the emissions impact o

ethods for identifying hotspots of methane and other health impacting gases released from landfills and to monitor a

methane and hazardous air pollutants from landfills and provide guidance on their use when calculating annual emis

EPA 000213

measurement platforms to assess emissions and mitigation of methane and volatile organic compounds (VOCs) fr

alth consequences of chemical and psychosocial stressors to children's health through a community driven particip

chemical and non-chemical stressors at the community level throughout the state to advance environmental health

ealth data which will be used to evaluate changes in contaminant exposure from climate change stressors.

te resident voices to address legacy pollutants and ongoing contaminants that result in negative health outcomes.

rdens, and to better inform locally-tailored policies and strategies to mitigate environmental health disparities in sele

anic environmental justice neighborhoods; implement and evaluate a practical and effective intervention program to

es, targeting key points of PFAS transfer, to reduce the risks associated with producing forages, milk, and meat on F

ddy) homelands for PFAS accumulation. This research aims to identify and mitigate PFAS contamination in Tribal li

nd accumulation in plants grown in subsurface tile-drained fields irrigated with rural sewage effluent, explore the ph

ments,  research PFAS transport into secondary animal products, and identify previously uncharacterized sources o

stances (PFAS) in a crop-livestock farm that utilizes biosolid land application. The project also aims to quantify PFA

various nutrient condition, to advance strategies for PFAS remediation in biosolids/soil, minimize PFAS uptake by p

eficial use of biosolids on agricultural soil and that this practice can sustain marketable and PFAS-free products from

networks and processes that are essential for transforming the US chemicals industry toward greater sustainability

by the work to describe the environmental lifecycle of persistent biological transformation products (TP) of chemica

arly career public health professionals who have graduated from ASPPH-member, Council on Education for Public I

ntists and engineers from a broad range of disciplines, backgrounds and career stages to contribute their research,

ntists and engineers from a broad range of disciplines, backgrounds and career stages to contribute their research,

uo;s work will cover various areas that advance the priorities of both ASTHO and EPA, including, but not limited to v

uroalkyl Substances) with the zebrafish assay and conduct developmental immunotoxicity studies as well as create

d control over testing, evaluation, quantification, and mitigation of toxic substances in Vieques. The overall goal is to

es for the removal of PFASs (per and polyfluoroalkyl substances) from drinking water, wastewater and biosolids for

mples to predict per- and polyfluoroalkyl substances (PFASs) contamination sources and create fate-and-transport

mples to predict per- and polyfluoroalkyl substances (PFASs) contamination sources and create fate-and-transport

nd polyfluoroalkyl substances (PFAS) contamination, PFAS fate and transport from agricultural irrigation, the occur

nat have the greatest potential to pose elevated risks to human health and the environment, and standard rapid ass

nic compounds (BOCs) after land application of biosolids; 2) model BOC exposures and perform hazard and risk a

optimize treatment processes and reduce contaminant levels in U.S. biosolids and receiving soils. The three prima

EPA 000214

e of pharmaceuticals and personal care products (PPCPs) and per- and polyfluoroalkyl substances (PFASs) at the r

tions with investigators of EPA&rsquo;s Public Health &amp; Integrated Toxicology Division laboratories. These stu

r environments by evaluating PFAS in a residential environment and estimating its contribution to total PFAS exposu

r environments by evaluating PFAS in multiple residential media and estimating its contribution to total PFAS expos

alkyl substances (PFAS) among vulnerable groups, in impacted communities, and in the general population.

and community readiness. The general hypothesis is that community readiness for water reuse in small systems can

e clean and safe water reuse goals at a national scale. The research objectives and approach align development of

/-2 (the virus that causes COVID-19) be deployed quickly and effectively and with results that can be applied locally

athogens and the associated health risk tradeoffs posed by them in drinking water distribution systems (DWDS) ac

OPs) and disinfection by-products (DBPs) and develop strategies for limiting exposure to both classes of water conta

ter microbiome, including waterborne pathogens (WPs) and disinfection byproducts (DBPs), and holistically manage

noebae vectors, and regulated and unregulated disinfection byproducts across a wide variety of sizes and types of o

anagement and water quality protection by providing authentic trainee research experiences with EPA scientists in

ology, Engineering and Mathematics (STEM) on emerging topics in the field of environmental engineering and scien

g assessments or tests of new or existing environmental monitoring and remediation technologies for identifying an

sed on measurements of antibiotic resistant bacteria (ARB) and antibiotic resistant genes (ARGs) in source waters

tics in wastewater treatment utilities across the U.S. 40 wastewater treatment facilities representing varied geograp

ion of antimicrobial resistant bacteria and genes. The project will evaluate the process for removing antimicrobial re

otic resistant genes (ARGs) and create a comprehensive risk assessment modeling framework tailored to the uniqu

y observations, and increase the spatial resolution of air quality sensors using low-cost sensors (LCSs). This will be

rbed on activated carbon, and validate the long-term strategy of PFAS removal in drinking water. This project offers

ion systems for building operation and maintenance. The study aims at finding the significant impact of building occ

gents in the recycling and reclaiming process of asphalt pavement. An emphasis will be placed on environmentally b

t shows promise for providing continuous measurement of lead levels in premise plumbing. The project will be deve

(VOCs), carbon dioxide ($CO_2$), ozone ($O_3$), and airborne pathogens in a classroom setting utilizing inexpensive cl

t scale and used sustainably across predominant Black and Brown Dallas-Fort Worth neighborhoods. The network

examine the nanoscale degradation mechanisms under simulated environmental exposure that microplastics encou

ulnerability of the communities living along the river and in the flood-risk zones, and promote the inclusion of Low Im

The objectives of this project are to (i) evaluate the effect of simple pH adjustment on PFAS removal due to humic a

surface or localized microclimatic conditions to measure a comfort index value within vulnerable communities.

using a custom model aquarium which will contribute to the environmental health of marine environments by reduc

variations in blood chemical concentrations among individuals and any disparities among different sexes and racial/

light driven photocatalysts that will degrade the cyanobacteria. Researchers will develop 3D-printed floating structu

nobubbles to achieve phosphonate degradation and phosphate adsorption simultaneously in order to capture phosp

orbent for a practical column removal process to remediate aquatic per- and polyfluoroalkyl substances (PFAS) poll

a hydrothermal liquefaction (HTL) conversion of food waste using a range of experimental methods and life-cycle an

hat can be recycled and reused and to address potential per- and polyfluoroalkyl substances (PFAS) leaching from

ne with preferential struvite precipitation using a sacrificial Mg anode and carbon-based gas-diffusion cathode.

point-of-use removal of Perfluorooctanoic acid (PFOA) and Perfluorooctanesulfonic acid (PFOS) from drinking wat

., reducing the number of treatment units) and intensifying (i.e., decreasing power consumption) the purification pro

) in their early stages in lake water by reducing the amount of cyanobacteria with the bonus of degrading the cyano

paper from 30 wt% to below 10 wt% which will lower the cost and enhance the viability of the developed coated pa

Act&rsquo;s (SDWA&rsquo;s) 2001 Arsenic Rule, which lowered the maximum contaminant level (MCL) for  arsen

oners, and other interested parties, which will accomplish the following goals:&bull; Provide a mechanism for discus

nities (ISC), as the eastern National Grantmaker, as part of a bifurcated award for passthrough grantmaking activitie

nities (ISC) in the amount of $48,000,000, as part of a bifurcated award for passthrough grantmaking activities autho

nities ( TCGM ) is to transform disadvantaged and underserved communities into healthy, thriving places that can address

serve as one of eleven Grantmaker organizations that are charged with implementing the program. RTI will serve in

es Initiative, a Regional Grantmaker. This program funds community-based organizations that are advancing enviro

ganizations and organizations representing disadvantage communities through its Thriving Communities Grantmak

ganizations and organizations representing disadvantaged communities through its Thriving Communities Grantma

n, as the Region 1 Grantmaker, as part of the bifurcated award for grantmaking activities authorized by Clean Air A

The recipient is a Regional Grantmaker and the purpose of this award is to fund the subsequent award for the pass-

sh the Mountains and Plains Environmental Justice Grants Hub (&ldquo;MAP EJ Grants Hub&rdquo;) as the Regio

te. The recipient is the Regional Grantmaker for Region 8 JSI, together with their partners, proposes to establish the

ecipient is a Regional Grantmaker. This proposed funding request is for a supplemental grant of $10 million for a pro

tion Act (IRA). Texas Southern University will act as the Regional Grantmaker (RGM), in collaboration with Achievin

ipient is a Regional Grantmaker (RGM), in collaboration with Achieving Community Tasks Successfully (ACTS), for t

well as provide funding for additional meaningful outreach and gap filling in remote, rural and hard-to-reach areas o

eurs (S.E.E.) as a Regional Grantmaker.  The recipient will establish Participatory Governance through a Communit

al Grantmaker that will receive $10 million in supplemental funds to support Quality Assurance compliance, Human

mount of $24,999 to the University of Massachusetts Cranberry Station. These funds will assist in supporting the Inte

es of sprayers; each with different calibration methods. Each method is accompanied by a worksheet that facilitate

&ldquo;The New England Vegetable Management Guide&rdquo; (Guide&quot;). Funds are requested to help suppo

ons in the US. CCCGA supports approximately 330 growers farming 13,000+ acres of cranberry bogs throughout so

PrP) to manage the collection and analysis of pesticide-related samples. This program is in collaboration with the M

ent the &quot;Georgia Department of Agriculture (GDA) 2022 Region 4 Integrated Pest Management Grant&quot;

Pest Management (IPM).  The purpose of this award is to improve over two decades of outdated Integrated Pest Ma

tic pesticide manual for the Pesticide State Lead Agencies to utilize when training pesticide applicators. Materials to

oject will develop workshops and materials covering topics relevant to regulatory professionals in senior staff and m

farmworkers in the United States since 1971. AFOP&rsquo;s mission is to improve the quality of life for migrant and

e Program Council (TPPC), to identify high-priority, pesticide-related issues.  The TPPC will 1) inform tribes of pesti

collaboration in improving environmental conditions and human health for tribal populations through chemical risk a

increasing the number, quality and accessibility of education/training resources, 2)enhance the capabilities of partn

, harmonized methodologies for the risk/safety assessment of chemicals (including nanomaterials), tools and appro

al subaward program that enables or increases the capacity of Pesticide Safety Education Programs (PSEPs) to dev

roviding the public with unbiased, accurate, science-based information on a broad range of pesticide-related issues

f of states, tribes, and U.S. territories working under FIFRA cooperative agreements, to develop or enhance their ab

ecommend solutions to pesticide issues that result from the implementation of FIFRA by state regulatory programs.

ill utilize the funding to reduce emissions of greenhouse gases and other air pollutants; deliver benefits of greenhou

he recipient will utilize the funding to reduce emissions of greenhouse gases and other air pollutants; deliver benefit

The recipient will utilize the funding to reduce emissions of greenhouse gases and other air pollutants; deliver bene

. The recipient will provide funding and technical assistance to community lenders who will in turn finance clean tech

ient will provide funding and technical assistance to community lenders who will in turn finance clean technology de

nding and technical assistance to community lenders who will in turn finance clean technology deployment in low-in

oration. The recipient will utilize the funding to reduce emissions of greenhouse gases and other air pollutants; del

ecipient will provide funding and technical assistance to community lenders who will in turn finance clean technology

EPA 000217

rovide mini-grants and air quality (AQ) sensors to five community-based organizations (CBOs), faith-based organiza

 Chelsea, Everett, and Malden, Massachusetts residents to address climate impacts in their communities&mdash;w

eletal maturation). The proposed work is expected to achieve a classification of test chemicals by toxicologically rele

sticides across a salinity gradient, and 3) Use a combination of genomic tools and demographic modeling link in viv

ic focus of this work will be a few classes of organic species (alkanes, monoterpenes, and aromatics), and the stud

e and fine PM. The research will generate publications and findings that lead to improved understanding of N2O5 c

ging sources, such as wildland fires and volatile consumer products.  The updated data and tools are expected to le

ical products (VCP) sources. This proposal hypothesizes that the inclusion of oxygenated VOCs, particularly pheno

s well as to create a chemical mechanism emulator that can be used as an alternative, computationally inexpensive

s-phase chemistry of isoprene. The project is expected to lead to improved understanding of isoprene chemistry an

e compound permeability. Their physiological-based pharmacokinetic (PBPK) models will improve accuracy in pred

e determined, and more detailed kinetic assays will be performed on them. A novel multiplexed multidimensional GC

ill be developed to predict chemical-polydimethylsiloxane (PDMS) interactions. After initial testing of a set of 54 che

 driven In Vitro &ndash; In Vivo Extrapolations (IVIVE). The data-driven toxicokinetic modeling developed will be tes

concentration ranges in water, soil, sediments, and biological samples before and immediately after a flooding even

watersheds of the Monterey Bay, CA. In addition, this project will examine the potential link between agricultural nutr

edias for the uptake of urea, ammonium, phosphate, and nitrate ions. The technology will allow for the absorbed nut

 for innovative full-scale process deployment over the timeframe of this three-year project, the project includes a Uti

ngestion rates. Using targeted and non-targeted soil analyses, researchers will create a detailed map showing the so

uo;s behavior and other characteristics to provide a more accurate estimate of soil and dust ingestion rates. The stu

 activity patterns and tracer studies that will address all four key components needed to quantify children&rsquo;s so

ldren&rsquo;s hands and in homes and ingestion rates. By collecting children&rsquo;s hand contact and mouthing a

velopment stage for different micro-environments, and how home characteristics and demographic factors affect ind

his project will develop fundamental scientific screening and monitoring techniques, as in subsections (c) and (d), to

ent understanding of the composition of natural SMCs to create laboratory model SMCs to measure the survival an

kSynthetic biological (synbio) products pose a unique challenge for effective assessment and mitigation of risks. Un

key outcomes will be to: identify a set of compounds that serve as optimal tracers of dust ingestion that can easily be

h demographic and environmental variabilities. This project will provide exposure scientists with a hybrid approach t

o the potential for sex-specific effects. Additionally, they will examine how prenatal toxicant exposures relate to 3rd

complete environmental exposure analyses at both the home and childcare center, along with neurodevelopmental a

will evaluate the performance of selected portable air quality sensors and place them in three rural Nevada counties

studies to assess a variety of sustainable and practical interventions for reducing indoor PM levels, such as indoor

o indoor air pollutant transport in single-family detached homes; evaluate commercial and low-cost air-cleaning app

esidents from low-income and non-English speaking communities in San Mateo and Santa Clara counties. The proj

o reinforce the smoke management goal associated with the careful planning of prescribed burns; and 2) effectively

osures of school community members to wildland fire burn emissions; and 3) investigate how wildland fire impact fo

dited in nonpotable and potable reuse applications. Deliverables will elucidate potential relationships between cultur

ogates and detection methods that may best serve as an indication of viral risk in water reuse. The outcome of this

naround time, and reduce the cost of measuring viruses in wastewater for validating treatment performance. Activiti

use of five surrogates as possible indicators for presence of human enteric viruses during treatment processes. Ac

s will quantify the removal of selected human enteric viruses by different treatment trains and processes at five full-s

communities on exposure and health risk communication. The project will 1) conduct a multi-tier assessment of the

tanding of fugitive emissions of per- and polyfluoroalkyl substances (PFASs) from stationary point sources.

(PFAS) mixtures at multiple levels of biological organization. Investigators will use the nematode C. elegans as an i

f concern. Research will evaluate tradeoffs between equity and efficiency with respect to water quality improvement

d models to quantify a &ldquo;Biological Condition Gradient (BCG)&rdquo; in watersheds by using stated and revea

s to inform potential scenarios and ecosystem attributes. WTP will be measured by incorporating choice experiment

assess the independent, latent, cumulative, and interactive effects of climate change-related environmental contam

impacts for residents across the lifespan under the context of increased rainfalls and flooding due to climate change

derstanding of climatic factors and air pollution impacts on health, and empowering them to use such knowledge to

ent continuous access to potable water. This project will provide an opportunity to better understand the challenges

capacity against climate change risks by addressing water infrastructure issues in Alaska Native communities.

d a groundwater site) during July 4th events, as well as periodic firework displays from baseball stadiums on the tw

out the life cycle of renewable energy storage infrastructures and activities from a community-engaged perspective

eric pollution dispersion modeling to estimate public transportation and electricity generation impacts on air pollution

cts of refinery emissions on local air quality and community health and compare present conditions to alternate scen

rved communities, including a Tribal Nation and rural communities, in a forest-dependent region in northern Michiga

health, socioeconomic, organizational, and institutional factors that play a role in assessing benefits and costs of tra

productivity of occupants; and 2) identify the barriers to adopting electrification and weatherization in low-income h

EPA 000220

o improve indoor home environmental quality and reduce health disparities for low-income Hispanic populations; and

ysical and molecular mechanisms that govern PFAS uptake and accumulation in plants grown in biosolids-amended

S precursor accumulation within on-farm resources to assess farm management methods to mitigate PFAS contam

lants, and develop real-time monitoring tools for PFAS in biosolids, biosolids-amended soils, and irrigation water.

ls. The purpose of this award is to improve the chemical products manufacturing industry and improve understandin

Health (CEPH)-accredited graduate schools of public health. During these placements, fellows will gain practice-bas

knowledge and analytical skills to learn first-hand about policymaking and implementation at the federal level and to

knowledge and analytical skills to learn first-hand about policymaking and implementation at the federal level and to

water safety, children&rsquo;s environmental health, resilience to pollutants and related effects stemming from natu

pharmacokinetic models. The research results will increase the knowledgebase of toxicity profiles for a large collect

o use a community-based participatory research (CBPR) approach to: 1) Establish exposure to multiple contaminan

safe drinking water. The project aims to produce a new and improved data set on advanced treatment processes to

models in rural drinking water systems. This research focuses on a model approach integrated with risk assessmer

models in rural drinking water systems. This research focuses on a model approach integrated with risk assessmer

ence of PFAS precursors in land-applied biosolids in lab studies, observing interfacial adsorption techniques in PFA

ssessments to identify high-priority BOCs; and 3) utilize an array of communication channels to translate research f

ry goals are to (1) advance understanding of the composition, bioaccessibility/bioavailability, persistence, toxicity an

nexus of biosolids, soil, water, and crops via performing systematically designed laboratory and field experiments, (2
dies are focused on understanding the human health effects of air pollutants and environmental disease modifiers.

f science and technology with advances in sociological understanding of opportunities and barriers to unlock the full
. The purpose of this project is to develop a hierarchical wastewater surveillance sentinel site identification system f

e WP and DBP risks in drinking water storage and distribution systems (DWSDSs) using inclusive and actionable ris

d recovering critical minerals (CMs) at contaminated legacy mining sites. Applicants must have the ability and know
under the influence of municipal wastewater and biosolids. The research will generate field data collected from surfa
phical conditions, population demographics and wastewater sources will be sampled with both culture and molecula
sistant bacteria and genes throughout the wastewater treatment train including measuring concentrations/loads ent
e aspects of AMR allowing potential mitigation options. The project will quantify ARB/ARGs from wastewater treatm
e established by comparing three LCSs at different locations, namely urban, suburban, and rural areas, at different c
s an alternative, sustainable and cyclical solution for granule activated carbon (GAC) filters that lack on-site adsorbe

eloped with the goal of reporting summary data to Newark Sewer &amp; Water and CDM Smith to inform their decis
oud-based air quality sensors. This project also aims to design and introduce a non-invasive indoor air pollutant sol
k of low-cost sensors will be related to real-time remote sensing observations from the geostationary GOES-R satell

ucid precipitation and foaming at low pH, (ii) evaluate the performance of a membrane electrochemical reactor to rem

ing the transmission of biofilm generating bacteria by boats and ships beyond their natural habitat to areas where it

/ethnic groups. The team will collect data from past NHANES &ndash; National Health and Nutrition Examination Su

res coated with photocatalysts, which can be deployed in water bodies that frequently experience cyanobacteria-do

cess. The team will continue to improve the adsorption performance and long-term stability of the final aminosilica c

ic (As) from 50 to 10 micrograms per liter (&micro;g/l), with compliance required for all systems by  2006. Our proje

sing current issues and state-of-the-art methods and applications in environmental and natural resource economics

es authorized by CAA 138(b). The Institute for Sustainable Communities (ISC) National Grantmaker project will be f

orized by CAA 138(b). ISC&rsquo;s National Grantmaker project will be funded by Inflation Reduction Act appropriati

the health and environmental challenges they face now and into the future.  EPA will do this by using a pass

the capacity of a National Grantmaker (Central Regions) as well as the provision of direct assistance to Regions 4

nmental justice initiatives in their respective communities. The program seeks to minimize the administrative and pr

er Initiative titled Flourishing In Communities (FIC).  Specifically, Fordham University Grantmaker proposes an inter

ker Initiative titled Flourishing In Communities (FIC). The recipient, a Regional Grantmaker, proposes an intersectio

ct (CAA) Section 138(b). HRA will be funded by Inflation Reduction Act (IRA) appropriations totaling $40,000,000 di

through entity HRA to partner with two core partners, Alternatives for Community and the Environment (ACE) and C

n 8 Thriving Communities Grantmaker, acting as a pass-through entity to provide grant funds via subawards to com

e Mountains and Plains Environmental Justice Grants Hub (&ldquo;MAP EJ Grants Hub&rdquo;) as the Region 8 T

oject duration of 36 months to implement the Environmental Justice Thriving Communities Grantmaking Program (T

ng Community Tasks Successfully (ACTS), for grantmaking activities. The total funding for Texas Southern Univers

EPA 000223

the subsequent award grantmaking activities. The Grantmaker program will distribute $51,682,500 in subawards. Ar

of the country, and territories with $2 Million in supplemental funds. Additionally, $8 Million of  supplemental funding v

ty Advisory Panel to inform the Grantmaking process, conduct outreach events to gain an understanding of geograp

Subjects Research, outreach and additional support in hard-to-reach areas. The supplemental funding is an additio

egrated Pest Management (IPM) project led by the UMass Cranberry Station that will examine current cranberry gro

s related calculations. The videos will be added to the New England Vegetable and Berry Growers' Association web

rt the publication of the &ldquo;Guide&rdquo;, which is updated/re-written every two years by Cooperative Extensio

outheastern Massachusetts. CCCGA maintains a professional staff that aids growers by facilitating grower educatio

linnesota Department of Agriculture (MDA) Laboratory. The MDA Lab has endorsed White Earth's QMPrP and is res

project.  This award will allow the GDA to reduce unnecessary exposures to pests and pesticides through an educa

nagement educational materials and media for the State of Texas mandated public school IPM Coordinators trainin

o support the manual such as videos or audio style portions will also be developed benefit stakeholders by increasin

nanagement positions. These training opportunities will improve staff capacity to address noncompliance issues and

l seasonal farmworkers and their families by promoting self-sufficiency through employment and training opportuniti

cide issues and promote pesticide education and awareness; 2) assist in the establishment, development and imple

ssessment, risk management, reduction and pollution prevention. The grantee will provide professional and technic

rs and stakeholders to develop and implement educational programs/activities in support of safe pesticide use and

aches for the risk management of chemicals (including nanomaterials) and the prevention of chemical accidents an

velop programs and materials for persons preparing to become pesticide applicators or maintain a certification. The

s, in a manner accessible to people who speak different languages at various literacy through a web site, toll-free tel

lity to formulate and implement pesticide regulatory programs, and/or undertake new initiatives. This project will de

The Office of Pesticide Programs (OPP) has national program management responsibility for the Federal Insecticid

use gas- and air pollution-reducing projects to American communities, particularly low-income and disadvantaged co

ts of greenhouse gas- and air pollution-reducing projects to American communities, particularly low-income and disa

efits of greenhouse gas- and air pollution-reducing projects to American communities, particularly low-income and di

hnology deployment in low-income and disadvantaged communities while simultaneously building the capacity of the

eployment in low-income and disadvantaged communities while simultaneously building the capacity of the commun

come and disadvantaged communities while simultaneously building the capacity of the community lenders to draw

iver benefits of greenhouse gas- and air pollution-reducing projects to American communities, particularly low-incon

y deployment in low-income and disadvantaged communities while simultaneously building the capacity of the comm

EPA 000224

ations (FBOs) and/or municipalities in Vermont, Maine, Rhode Island, Connecticut and/or New Hampshire where re

with a focus on heat&mdash;which poses the greatest public health risk. This effort will help build capacity and know

evant Adverse Outcome Pathways (AOPs) and based on an improved understanding of targeted effects on organog

o phenotypic anchors to biomarker candidates and population-level outcomes. The project will reduce the sacrifice

y of those systems (e.g., model-measurement comparisons, the development of reduced mechanisms) is expected

hemistry and its impacts on the formation, fate, and transport of NOx, ozone, and fine particulate matter (PM), whic

ols, furans, glycols, and glycol ethers, in chemical mechanisms will improve predictions of SOA formation and proper

method to simulate atmospheric chemistry. This project aims to greatly simplify application-specific model developn

xGC-MS identification will characterize the metabolite profiles for selected individual compounds, and will be usable

micals, the new QSPR model will be used to predict sequestration into PDMS for a wider set of chemicals and shou

ted with a wide range of chemical compounds and chemical mixtures devised to model realistic real-world exposure

t. Research will design a simulation model to forecast PFAS transport and risk exposure of different communities a

rients to be used as a time-release fertilizer. The goal will be to create a sustainable solution for the prevention of ha

lity Advisory Committee (UAC) engaging technical representatives from 8 progressive utilities in HAB hotspot regior

oil abundances of lead and other chemical contaminants in West Atlanta, where high contamination was recently fou

udy includes families with children from 6 months to 6 years. Researchers will conduct surveys/interviews and colled

oil and dust exposure. This proposed work will yield novel insights necessary to refine and increase confidence in s

activities in homes through video methods, researchers will expand the database of children&rsquo;s micro-activitie

oor dust mass loading and dust toxicant concentration. The project also examines how dust transfer is influenced b

better understand, assess and mitigate environmental risks of while advancing research on the reliability of such te

d persistence of GEMs. Additionally, the project will assess the capacity of dominant SMC phylotypes to control the s

nlike the handling of chemical agents, select synbio products maintain the ability to actively replicate within the envir

e applied in future monitoring; illustrate geographic and SES-based differences in children&rsquo;s dust ingestion ra

to estimate the dust/soil ingestion rate in a defensible and accurate manner and will provide health and risk assesso

trimester fetal brain imaging features, and their trajectories of development postnatally using postnatal imaging sca

nd caregiving environment evaluations. With this data, researchers will leverage objective, performance-based me

to monitor air quality; develop education materials to reduce knowledge gaps in wildfire smoke risk among emerger

particle filtration, ventilation strategies, and building sealing strategies. In addition, model simulations will be used to

roaches for particle and gas-phase pollutants; characterize polycyclic aromatic hydrocarbons (PAHs) on indoor surf

ject goals are to 1) Evaluate if and how much app-delivered native language messaging, air sealing, or portable higl

inform the public about interventions that can be taken to reduce smoke exposure during prescribed burns.

orecasting can be used to reduce exposures, both by adjusting the timing of burn activities and providing guidance to

re and molecular data for human enteric viruses, surrogate bacteriophages, and fecal indicator viruses. Outcomes c

project will be a list of best methods for identifying the viral risk for non-potable water reuse and Standard Operating

ies include a comprehensive characterization of indigenous viruses in wastewater using metagenomics to identify in

tivities include using two culturable and three non-culturable surrogate indicators for human enteric viruses to evalu

cale water reuse facilities across the United States. Activities include monitoring five full-scale treatment facilities fc

effectiveness of exposure risk communication in the Bay Area of California; and 2) form an inclusive community adv

nvertebrate in vivo model, which can be integrated in a manner useful to hazard and/or risk assessment.

ts and river restoration and will also explore how different methods lead to alternative policy conclusions resulting in

led preference surveys across the country. Biological index data from state, tribal, and local environmental agencie;

ts to determine impacts of water quality restoration along with scenarios and accounting for ecosystem services bur

inants (PM2.5, criteria air pollutants, indoor air contaminants, traffic related pollution, combustion related contamina

EPA 000226

and problems climate variability and change pose to water distribution and quality that might impact public health th

o rivers selected. Seven specific objectives will be addressed through a combination of field and laboratory studies

d develop a sustainable action plan to reduce cumulative environmental exposure for Hispanic populations.

d soils, and develop innovative and efficient techniques to mitigate PFAS plant uptake, and thereby reduce their ent

sed professional learning experiences and perform activities under the mentorship of EPA program offices in the fie

tion of PFAS, covering a wide variety of toxicological endpoints, and may provide key scientific information for priorit

ts through person-centered environmental assessments; 2) Establish a resident data monitoring and decision-maki

o fill in critical data and knowledge gaps in treatment trains by collecting and characterizing the efficiency of PFAS re

nt, risk communication, and PFAS testing to improve the accuracy of risk predictions and to facilitate informed risk m

nt, risk communication, and PFAS testing to improve the accuracy of risk predictions and to facilitate informed risk m

AS transport, and modeling leaching risk to surface and ground water. The research focuses on addressing key data

ndings and methodology. Activities include combining laboratory and field experiments to characterize the occurren

d mobility of chemical pollutants in sludges, biosolids and soils; (2) evaluate the influence of wastewater source and

2) integrate the data to develop quantitative models for evaluating human exposure through biosolids application pat

The broad goals for this program are 1) To undertake translational research, identifying modifiers of response to po

vledge to conduct assessment, testing and quality assurance support for new (SBIR Phase 2 and 3) and commercia

ace water which will be used to calibrate and validate mechanistic fate-and-transport models for ARB and ARGs in

r methods as well as suspect screening to identify antibiotic compounds.  A meta-analysis using existing metagenor

ering and being discharged from wastewater treatment. The project will provide an understanding of the fate and tra

ent plant effluent and biosolids and will assess their fate in soil and aquatic environments as well as how ARB/ARGs

diurnal and seasonal variations. The goal of the project is to compare the sensors and evaluate their performance a

lite that will provide scientifically valid information for data-driven decisions by communities and residents.

nove PFAS in precipitated humic acid and foam at low pH in the anode chamber, and (iii) evaluate preliminary treat

urvey - to predict interindividual variability in blood concentrations of chemical contaminants based on individual-spe

EPA 000229

ct leverages existing data from EPA&rsquo;s Six-Year Review of Drinking Water Standards, as well as other source

research.&bull; Identify research needs for advancing sound ideas and new approaches in environmental and natu

unded by the Inflation Reduction Act (IRA) appropriations at the level totaling $50,000,000 divided into two awards

ons for a total amount of $60,000,000 divided into two awards of an Initial and Subsequent Award. The bifurcated

-through model to distribute grant funds to communities via multiple Grantmakers serving communities across the n

and Region 7.  RTI will implement and deploy federal financial assistance to instill resilience to underserved commu

ocedural burden of applying for federal grants and reduce the overall burden of managing funds throughout the sub

sectional approach to place frontline communities in positions of power to advance environmental justice and climat

nal approach to place frontline communities in positions of power to advance environmental justice and climat

vided into an initial and subsequent award. These funds for this initial award will be used by the recipient to design

Grassroots Fund, to manage and implement a comprehensive Environmental Justice (EJ) Thriving Communities Gra

mmunity-based nonprofit organizations and other eligible subrecipient groups representing underserved and disadva

hriving Communities Grantmaker, acting as a pass-through entity to provide $ 40 million in grant funds via subawar

CGM) in Region 5. Of the additional $10 million, $8 million will be redistributed as follows: Tribes and Indigenous gr

ity will be $50,000,000, split into two awards of an initial and subsequent grant. Both awards will be derived from the

EPA 000230

n Advisory Committee will make the final determination of how many of each type of award (Tier I, II, or III, plus non

will be distributed via additional subgrants for a total of $10 million of supplemental funding being provided to your G

hic needs and provide technical assistance, and develop a Thriving Communities Grantmaker subaward framework

wer practices to promote techniques that will minimize applicator exposure from off-target drift or splash from the ap

site and will be accompanied by outreach and education for fruit and vegetable growers to use/apply in their Integr

n Specialists/Experts and other subject matter experts from around the region. It is a collaborative effort requiring si

nal opportunities, seminars and other grower-focused activities. The project will provide educational opportunities vi

sponsible for conducting analyses on behalf of the Tribe to assess pesticide residues in various environmental medi

tion initiative expanding integrated pest management to encourage smart, sensible, and sustainable pest control in

g to prepare the State of Texas to transition to the next generation of IPM educators and advance the Texas Public

g the types of learning styles available for this material. This manual will be written such that most of the material wi

d safety gaps, leading to more effective protection of human health and the environment. Within and beyond the in-p

es, educational attainment, and health and safety. AFOP is seeking to expand its National Farmworker Training Pro

ementation of comprehensive tribal pesticide programs; and 3) fosters good communication between the Office of P

al support to the NTTC to conduct its meetings, participate in tribal consultations and other activities that assist fede

d 3) minimize the risk of exposure to pesticides and ensure their proper/lawful use through education and outreach t

d pollution, assessing and managing the risks from pesticides and biocides, and tools for assessing the safety of pr

purpose of this cooperative agreement is to ensure that restricted use pesticides are used safely and do not cause

lephone service, outreach and training. Trained experts will respond to questions on the risks associated with pestic

velop at least three to four national PIRTs annually, in addition to a Tribal PIRT biannually, covering topics relevant

e, Fungicide and Rodenticide Act (FIFRA), and works together with states, tribes, and other partners, to protect pub

ommunities; and mobilize financing and private capital to stimulate additional deployment of greenhouse gas- and ai

advantaged communities; and mobilize financing and private capital to stimulate additional deployment of greenhous

sadvantaged communities (LIDACs); and mobilize financing and private capital to stimulate additional deployment o

e community lenders to draw on that capital to catalyze deployment of projects in communities across the country&r

ity lenders to draw on that capital to catalyze deployment of projects in communities across the country&mdash;esp

on that capital to catalyze deployment of projects in communities across the country&mdash;especially in communi

ne and disadvantaged communities; and mobilize financing and private capital to stimulate additional deployment of

nunity lenders to draw on that capital to catalyze deployment of clean energy projects in communities across the cou

EPA 000231

sidents experience disproportionate challenges related to environmental exposures, racial and health disparities, so

ledge from area residents about the public health risks, and what they can do to protect their communities in the sh

of animals and allow for parallel high-throughput testing to determine the effects of environmentally ubiquitous comp

ment, as will be demonstrated using the regional CMAQ and global GEOS-Chem air quality models.☐

fter flooding events. Researchers will also build community resilience to reduce exposure and possible health effect

armful algal blooms and reduce the environmental and financial costs associated with fertilizer production and decor

und. Children&rsquo;s exposure to lead and other chemicals will also be quantified using survey data and biological

t environmental/biological samples to identify health risks associated with chemical exposure to young children via

s to include key environments, locations, and sociodemographic groups. Finally, researchers will enhance an existir

y dust properties, surface features, and contact dynamics; and contributions of developmental, behavioral, and soci

chniques, and improvements on monitoring of GEMs, particularly for broadly used bioremediation applications.

ates and chemical exposures; measure dust concentrations and overall chemical exposures for children in geograpt

ors tabulated, stratified estimates of dust/soil ingestion rates for subgroups of children of interest and a holistic comp

asures of children&rsquo;s cognitive function and behavior ratings to index neurodevelopmental functioning to caus

ncy managers and the public; and evaluate the effectiveness of in air quality monitoring and messaging to mitigate v

infer the effectiveness of the interventions for various single-family homes types found in the western US.

h efficiency particulate air filters can effectively reduce smoke exposure and associated health risks; 2) Evaluate ho

o potentially impacted areas in advance. The expected outcomes include an assessment of approaches to reduce e

of the research include surrogate-based predictive models and regulatory crediting frameworks that can be readily a

g Protocols (SOPs) for these methods. Direct Beneficiaries of this program include wastewater operators, state and

nproved surrogates for assessing treatment performance; the design and development of new analytical methods to

ate each technology&rsquo;s performance and to concurrently validate the use of these surrogates by parallel mea

or virus and surrogate removal after various treatment processes, then validating the usefulness of surrogates for as

visory board to gather insight into community responses to health risk communication and exposure interventions. T

better approaches/tools for potential policy actions. Overall, the research will empower communities to advocate fo

s will be assembled to predict place-specific baseline BCG scores and integrate these into the survey protocols. On

ndling. Lastly, research will evaluate demographic and spatial characteristics that may inform the extent to which wa

nts) and non-chemical stressors from the built, natural, physical and social environments, inherent personal charact

EPA 000234

tizing different types of PFAS for effective and efficient risk assessment and management. (Provide for Clean and S

ng infrastructure; and 3) develop a plant-based remediation system for soil metals and train the community to imple

ce and transformation of BOCs in biosolids-amended soils, assess their potential to contaminate surface and grour

d treatment choice on these; (3) assess sludge pollutant effects on critical wastewater treatment and soil microbial p

thway, and (3) communicate the research results through extension activities.  Direct beneficiaries of this program i

llutant exposure, 2) To identify biological determinants of response to environmental agents, 3) To develop resourc

al environmental monitoring and remediation technologies. Ability and knowledge can be illustrated in a number of w

runoff and rivers. Once developed, these models will inform development of an exposure assessment model for AR

mic data in wastewater in the literature will be conducted to understand the impacts of seasonal/regional variations a

nsport of antimicrobial resistant bacteria and genes in effluent discharge by monitoring a river that is set to receive

s attenuate or amplify in the enviromnent. Research findings will build upon a database of ARB/ARG occurrence ar

s that are under-explored by economists. EPA&rsquo;s ex ante regulatory impact analysis (RIA) suggested that the

ural resource policy analysis.&bull; Enhance opportunities for collaborative efforts by bringing together researchers a

of an Initial and Subsequent Award.  This bifurcated award is derived from the same funding source but maintaining

award is derived from the same funding source but maintaining separate but overlapping timelines and distinct work

ation. Research Triangle Institute (RTI) International has been selected to serve as the EPA Region 4 and National

nities inclusive of Regions 4, 5, 6 and 7. This funding is the latter half of the bifurcated award that will be used for pa

grant process. Regional Grantmakers, as pass-through entities, are required to redistribute 80 percent of total funds

te justice in disadvantaged and hard-to-reach communities and communities disproportionately impacted by climate

te justice in disadvantaged and hard -to-reach communities and communities disproportionately impacted by climat

and manage a comprehensive environmental justice (EJ) grant program which will support community-based organ

antmaker (TCGM) program to support community-based organizations (CBOs), environmental justice (EJ) organiza

antaged communities in Region 8. The MAP EJ Grants Hub will include a council (&ldquo;MAP EJ Council&rdquo;) c

ds to community-based nonprofit organizations and other eligible subrecipient groups representing underserved and

oups and communities: $4 million of sub-grant dollars, through 17 grants across all tiers. This includes 3 non-compe

e same funding source and will have separate yet overlapping timelines. The initial grant funds will allow the Regiona

EPA 000237

competitive subawards) will be distributed. Additionally, Texas Southern University will develop a system that requir

K. S.E.E. will implement a subgrants framework design that will provide flexibilities in the application process and a s

plication of herbicides in cranberry production. In concert with industry partners, this project will support field work a
ated Pest Management (IPM) practices. Project outreach and education will be conducted in person or on line.
ignificant coordination and communication  to ensure information provided is grounded in sound science, features s
a training addressing cranberry Integrated Pest Management (IPM) and applicator/worker pesticide safety training, I
ia. Two primary analytical methods are employed in this project: Gas Chromatography/Mass Spectrometry (GC/MS)

: School IPM programs by engaging new employees at Texas Association of School Business Officials (TASBO), Te
ill be adequate to work across the country but will also include materials appropriate for several identified regions. T
erson workshops, the PREP Network has outlined plans to make space for networking among attendees wherever
gram (NFTP) now operating in 29 states and Puerto Rico through this five-year cooperative agreement opportunity.

erally-recognized tribes, Alaska Native Villages and intertribal organizations. The grantee will work with EPA and the

oducts of modern biotechnology. This work continues and builds on the work of the previous five-year award.

ide use, restrictions on pesticide use, who to contact for regulatory enforcement, how to report information on a pot
to conducting agriculture pesticide inspections. These training opportunities will be held in different locations acros
lic health and the environment by regulating the sale and use of pesticides. The SFIREG working committees inclu

r pollution-reducing projects. Specifically, the recipient will endeavor to accomplish this by working with community g
se gas- and air pollution-reducing projects. Specifically, the recipient will create the Coalition for Green Capital Fund
of greenhouse gas- and air pollution-reducing projects. Specifically, the recipient -- formed by five of the country&rsqu
ndash;especially in communities that have long faced barriers accessing capital and that most need the benefits of
ecially in communities that have long faced barriers accessing capital and that most need the benefits of clean tech
ities that have long faced barriers accessing capital and that most need the benefits of clean technology projects. S
f greenhouse gas- and air pollution-reducing projects. Specifically, the recipient will fund clean energy investments o
untry&mdash;especially in communities that have long faced barriers accessing capital and that most need the bene

EPA 000238

cioeconomic factors, sources of pollution, and are most burdened by asthma, COVID-19, and/or other chronic heal

ng model to capture additional soil/dust pathways for children&rsquo;s dermal and non-dietary ingestion.

io-environmental factors to dust and toxicant-resolved dust ingestion rates.Amendment; budget revision https

hic and SES groups not frequently studied; and significantly improve risk assessment calculations involving dust ing

w the effectiveness is moderated by behavior over time; and 3) Evaluate how and why behavior is affected by use c

exposures to air pollution from wildland fires, reduce exposures of schoolchildren, and advance an operation prescri

adopted by states and the water industry. Direct beneficiaries of this program include residents of communities in Ne

local regulators, and the general public. The University of Miami will participate in wastewater sample and water qua

o provide not only rapid and precise quantification of viruses in wastewater but also the ability to assess viability; and

surements of indigenous human adenoviruses and human noroviruses using state-of-the-art analytical methods. De

ssigning log reduction values for the different treatment processes. Deliverables and outcomes from this study inclu

The proposed research will produce a community-aligned action plan for wildfire smoke exposure for the residents o

r their priorities and will lead to improved understanding of the benefits and distribution of water quality changes.

ce completed, the researchers will apply the benefit functions from surveys in a national Integrated Assessment Mc

EPA 000240

EPA 000241

ndwater, and quantify bioaccumulation into and metabolism within edible produce. Deliverables include a new, flexib

EPA 000242

nclude the scientific community, local and regional governments, agricultural communities, and the general public a

es and knowledge to decrease the impact of pollutant exposure on human health, and 4) To train the next generatio

ays, including but not limited to having conducted the same or similar activities in the past as those described here.

B and a semi-quantitative risk characterization model for ARGs to improve stakeholders&rsquo; abilities to underst

wastewater treatment plant discharge for the first time. A key focus of the project is on the clinical relevance of resis

ound the world and will support the development of a human health risk assessment for wastewater effluent and bio

EPA 000243

Rule&rsquo;s monetized benefits did not exceed its costs (Abt Associates, Inc. 2000), which (along with political tin

and policy practitioners from around the world working on similar problems and sharing national experiences with en

separate but overlapping timelines that meet the overall requirements of the award.  The Initial Award grant funds v

plans that meet the overall requirements of the award.  This agreement provides funding for the Subsequent Award

-Central Grantmaker providing support to communities across EPA Regions 4-7, with a dedicated focus on EPA Re

assthrough grantmaking activities authorized under CAA 138(b). The RTI National Grantmaker (Central Regions) wi

s awarded (i.e., 60 million) to communities through competitive and noncompetitive subgrants. A supplemental 8 mil

change, pollution, and other environmental stressors in New York, New Jersey, Puerto Ric, and U.S. Virgin Islands

e change, pollution, and other environmental stressors in New York, New Jersey, Puerto Rico, and U.S. Virgin Islar

izations (CBOs) and other entities representing underserved urban, rural, indigenous, remote, and capacity-constra

tions, nonprofit, and other eligible entities representing underserved, rural, urban, Indigenous, remote, and capacity

comprised of community-based organizations representing all six states within Region 8 (and intersecting with Triba

d disadvantaged communities in Region 8. In addition, $2 million will be used to achieve measurable environmental,

etitive sub-grants for severely capacity constrained eligible subrecipients. [NDN Collective will lead communications

al Grantmaker to establish and carry out the proposed participatory governance, outreach, and system mobilization

es all funded subrecipients to provide progress reports for each 6-month period of funding.  Guidance including det

streamlined award process and fund projects designed to reach communities that are socially vulnerable, overburde

and sampling efforts to improve understanding of range of residues (fruit or leaf tissues) that could occur from POS

ound agronomic practices, and reflects best available technology. The &ldquo;Guide&rdquo; is the top reference to

and Liquid Chromatography/Mass Spectrometry (LC/MS/MS). The GC/MS/MS method targets 38 different compou

hese proposed regional toolkits include Northeast, Midwest, Southeast, Pacific Northwest, and plains/western state

they are to build community and foster cooperation among states, tribes, U.S. territories, and U.S. government age

. AFOP&rsquo;s main goal is to empower the nation&rsquo;s farmworkers through health and safety education and

e NTTC to raise and assess tribal chemical risk management and pollution prevention program development and im

ential incident, and more. Secondarily, staff will collect information on suspected incidents volunteered by callers. In

s the country, and will improve staff capacity to address noncompliance issues and safety gaps, leading to more effe

de the Pesticides Operation and Management (POM) working committee, which addresses policy and regulatory iss

roups, technical assistance providers, financial institutions, and workforce development entities to reduce the barrie

, which will allow CGC to both invest directly in qualified projects and foster an ecosystem of green banks, commun

uo;s most trusted housing, climate, and community investment groups -- will build and lead a national financing prog

clean technology projects. Specifically, the recipient's Community Lenders CLIMB: Clean Lending Investment MoBi

nology projects. Specifically, the recipient will enable community lenders in its nationwide, low-income and disadvar

pecifically, the recipient's CCIA program will achieve a sweeping clean energy market transformation, catalyzing cre

consisting of many projects across distributed renewable energy generation and storage, net-zero emissions buildin

efits of clean technology projects. Specifically, the recipient is committed to developing a robust clean energy finance

://www.epa.gov/grants/epa-office-research-and-development-research-terms-and-conditions-effective-december-15

EPA 000246

of the app-delivered native language messaging. The results of this study will identify affordable and actionable inter

vada, Virginia, and Florida served by CBAT facilities covered by the study, wastewater operators, state and local re

ality data collection. Tulane University, the University of Hawaii, UC Davis and the University of Utah will participate

d validation of new quantitative detection assays for estimating reduction of viruses using both full-scale advanced v

eliverables include a rating of eight wastewater treatment processes with respect to removals/inactivation of human

de a toolbox with, at a minimum, standardized protocols for detection of pathogenic viruses, application of virus log

f the Bay Area, California. The expected outcome is improved understanding of how best to communicate health ris

deling (IAM) framework to consider the efficiency and distributional consequences of potential policy actions.

EPA 000248

le framework for the identification of high-priority BOCs in biosolids, which can form the basis for future intervention

EPA 000249

ffected by PFASs and PPCPs. Expected deliverables include data and user-friendly models useful for evaluating oc

n of environmental health scientists and respond to emerging research needs. The general approaches to meet the

Familiarity with Federal cooperative agreement or grant operation and management would also be helpful for appli

stant genes and bacteria that are discharged from the treatment process so that risks can be put into perspective wi

EPA 000250

ning) made it the subject of public controversy.This project will contribute to a very thin literature on the economics o

nvironmental and natural resource problems and policies. &bull; Encourage scholarship by young professionals. The

will enable the Grantmaker to perform the tasks needed to establish and carry out the proposed participatory govern

, which will enable ISC as the Eastern National Grantmaker to 1) provide subawards to eligible entities in EPA Easter

egion 7. RTI's diverse team brings expertise in grant management, environmental science, environmental justice, eq

ll be funded by the Inflation Reduction Act (IRA) appropriations at the level totaling $120 million and divided into two

llion has been added to the subsequent award to be redistributed to communities through competitive and noncomp

.  Fordham University Grantmaker will foster stakeholder engagement; establish a community led participatory gove

ds. Specifically, Fordham University intends to award and manage competitive and noncompetitive subgrants throu

ined communities to implement projects which address local environmental and public health challenges in Region

constrained communities in implementing projects to address local environmental and/or public health challenges i

l Nations), diverse populations (ranging from rural, frontier, and urban areas), cultures, and environmental justice fo

, public health, and quality of life improvements in the most overburdened, vulnerable and underserved communities

, outreach, and support to this constituency]. $4 million of sub-grant dollars, through 17 grants across all tiers. This

efforts. The aim is to establish the collection, review, selection, and distribution of the Environmental Justice Thrivin

EPA 000251

ailed information on what should be included in the progress report will be developed by the Advisory Committee an

ned with pollution or experience high levels of environmental or health risks. The project will include extensive outre

nds, while the LC/MS/MS method covers an extensive list of 137 analytes, including various fungicides, herbicides,

s (large irrigation canals). With this model each state has the flexibility to have regionally specific pests and lake mc
ncies &ndash; an important step toward increasing efficiencies and stretching limited regulatory dollars. □
d resources to secure healthier and safer lives. AFOP will achieve this goal through the implementation of its proven

plementation issues with OPPT; assess national chemical risk management policy and pollution prevention initiative

addition, the NPIC will provide data and analysis of informational inquiries and potential incidents, for stakeholders,
ective protection of human health and the environment. Within and beyond the in-person trainings, NASDA Researc
sues, the Environmental Quality Issues (EQI) working committee, which addresses technical and environmental risk

ers and limit the inefficiencies that have prevented broad adoption and financing of clean technologies. To ensure cle
ity lenders, and community partners by providing them with capital, co-investment opportunities, and other services.
gram to provide customized and affordable capital solutions for single-family and multi-family housing owners and de
lization (CLIMB) program will put mission-driven community lenders at the forefront of market transformation for cle
ntaged communities (LIDAC) focused community development bank and minority depository institutions (MDI) netwo
edit unions to engage in equitable climate finance. Inclusiv&rsquo;s CCIA Credit Union Network will launch and scal
g construction and renovation, and zero emission vehicles. In addition, the recipient will undertake robust communit
e ecosystem that will support NCN&rsquo;s Community Lender Network in deploying capital for clean energy, energ

EPA 000253

rvention steps for individuals and communities, and inform policies, programs and risk communication strategies for

gulators, and the general public. Subawardee Southern Nevada Water Authority will conduct laboratory-scale seque

in the cross-laboratory study to compare methods for detection of selective viral pathogens and surrogates.

water reclamation treatment facilities and bench-scale disinfection experiments. Deliverables include advanced know

enteric viruses, and data with the outcome of ultimately informing policies and guidelines relative to testing of waste

reduction values and surrogates, and examples of how the results of this project can be used in practice to protect

sks to enable actions to reduce wildfire smoke exposures. Direct beneficiaries of this research include the scientific

EPA 000254

EPA 000255

...s and development of best risk management practices aimed at protecting public health and ecosystems. Direct be

ccurrence, fate, transport, and plant uptake of PPCPs and PFASs released from biosolids, as well as a field guide s

se objectives and goals include 1) controlled exposure studies of volunteers to pollutants, 2) collection of biospecin

cants to highlight. Displaying and describing productivity under these or other Federal agreements would also benef

EPA 000257

of the SDWA. Lack of information in the peer-reviewed literature on the Act&rsquo;s health and other benefits may h

e AERE Summer Conference offers young professionals constructive comments at early stages of their work opport

nance, outreach, and system mobilization efforts for establishing the collection, review, selection, and distribution of

ons 1, 2, and 3 that fill gaps identified in the regional Grantmaker programs, particularly in hard to reach areas, 2) bu

quity&#8208;centered research and evaluation.  RTI's proposed solution advances racial equity by positioning

awards. The Initial Award of $25 million was made in August 2024 and the subsequent award of $95 million is slate

etitive subgrants, totaling 48 million. There is 2 million that will be used for administrative and closeout costs, and th

ernance; facilitate a robust and accessible subgrant application, disbursement, monitoring and reporting process; ar

gh its Flourishing In Communities funding program. In addition, the recipient will oversee programmatic tracking, dis

1. HRA will partner with two core partners, Alternatives for Community and the Environment, Inc. (ACE) and New E

n Region 1. Additional Anchor partners will provide outreach and support to prospective applicants within their servi

cus areas (including air, water, energy, land use, food systems, and working with youth). JSI will introduce the MAP

s by co-designing an equitable and inclusive grantmaking application and participatory governance scoring process,

includes 3 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [TMF&rsquo;s RE-A

g Communities Subgrants. The technical support will be customized to each assistance request, developing robust

d provided in English and Spanish and other languages as requested.  For subrecipients that have limited access t

each in rural and remote areas, development of geographically and culturally appropriate outreach plans and creatio

rodenticides, and insecticides commonly used in Pine Point and other agricultural areas within the reservation bour

, successful program that utilizes an established network of 250 certified trainers to provide pesticide safety educat

es that affect tribes and Alaska Native Villages; offer a network for tribal chemical risk management officials to shar

, supporting national pesticide activities, including surveillance efforts and enforcement priority setting.Work to be a

h Foundation has outlined plans to make space for networking among attendees wherever they are to build commu

: issues, and will stand up a new ESA working committee which will address state issues related to new ESA regula

ean energy acceleration and market transformation beyond the National Clean Investment Fund (NCIF), Climate Un

. CGC will invest in regional and national-level qualified projects that span across states and provide significant Gre

evelopers, driving down costs and creating stronger, more affordable, more resilient homes. The coalition will also d

an finance in low-income and disadvantaged communities. OFN will leverage its deep experience as a hub nonprof

ork and community lenders not covered by other applicants to gain the necessary skills, tools, and relationships to s

e lending in low-income and disadvantaged communities that support all CCIA-eligible priority project categories. In

y engagement and workforce development. The benefits from these activities include leveraging large amounts of p

gy efficiency, and decarbonization projects across Native and other disadvantaged communities for decades. NCN v

EPA 000260

community partners, local governments, and local/state agencies that are behaviorally realistic for the hard-to-

encing batch reactors and analyze the corresponding samples for microbiological targets and general water qualit

wledge on the abundance, diversity, persistence, and fate of viruses and viral vesicles in wastewater, and

ewater treatment technologies being considered for reuse of treated wastewater. Direct Beneficiaries of this pr

community and the residents of the Bay Area of California who are affected by wildfire smoke. Subawards will not b

EPA 000262

neficiaries of this program include the scientific community, local and regional governments, wastewater and ag

EPA 000263

ummarizing risk factors contributing to human exposure to PPCPs and PFASs from biosolids application. The exp

nens in panel or field studies of volunteer cohorts, 3) in vitro approaches using cells (epithelial cells, phagocyte

EPA 000264

ave contributed to critiques on the basis of cost, especially for small communities (Belzer 2020). Their wor

unities to learn about professional service from interactions with AERE and greater connections with the br

the EJ Thriving Communities Subgrants. Through the ISC team&rsquo;s extensive experience in grantmak

uild the capacity of subawardees to carry out their projects and address environmental challenges through

g community members, as part of a Community Advisory Board (CAB), as decision makers in selecting sub awardee

ed for December 2024. The bifurcated award is sourced from the same funding but will maintain separ

e supplemental 2 million on the subsequent award will be used for the following: additional Quality Assurance (QA)

nd provide technical assistance and wrap-around support to subgrantees. This Grantmaker initiative will reduce barr

stribute funds and provide wrap-around support to  ensure the success of the subgrantees. This Grantmaker fundin

ngland Grassroots Fund (Grassroots Fund), &ldquo;the project team (PT)&rdquo;, to engage seven EJ CBOs (one

ce areas and to Federally and State recognized tribes, and Tribal and Indigenous People Serving Organizations. HF

EJ Grants Hub program goals and objectives, outline the participatory governance structure of the MAP EJ Counc

engaging in robust, diverse, and culturally responsive outreach to communities across Region 8, implementing sub

MP Project will lead communications, outreach, and support to this constituency.] The additional $2 milli

and transparent structures. Texas Southern University will assist Community-Based Organizations (CBOs) an

o the internet, a paper version of the progress report will be accepted via email or mail.  Challenges noted in the

n of a Community Advisory Panel to inform the outreach and grantmaking approach. This assistance agreement pro

ndaries.Sample collection adheres to Standard Operating Procedures (SOP) outlined in the QMPrP. Specifically, wil

ion to migrant and seasonal farmworkers through targeted outreach, trainings, and material development, and also

e information and represent tribal interests on chemical risk assessment, risk management policy and pollut

nity and foster cooperation among states, tribes, U.S. territories, and U.S. government agencies &ndas

tory requirements. SFIREG will hold four in-person meetings each calendar year (2 full SFIREG meetings; 2 joint w

iited will integrate this capital resource into existing lending products and processes so that all len

edicate time and funding towards collaborating with and educating community members to help prioritize

it to provide a comprehensive financial and technical package to its members, so they can combat climate change,

uccessfully deploy affordable, responsible green lending for LIDAC households, businesses and communities.  The

clusiv is uniquely positioned as a hub nonprofit to enable this vast network of community lenders to finance cl

rivate capital in Appalachia, rural America, and other low-income and disadvantaged communities, market transf

will work with 63 Community Lenders who have committed to spending 100% of their capitalization funding on CCIA

EPA 000266

EPA 000267

EPA 000268

EPA 000269

EPA 000270

EPA 000271

EPA 000272

d rice and water sample

EPA 000273

| Assistance Listing Code | Program Code | Funding Package Date | Record Description | Grant Family | Grant No |
|---|---|---|---|---|---|
| 66.616 | 5F | 1/8/2024 | Augmentation: Increase | 00E05004 | 00E05004-1 |
| 66.511 | CR | 1/22/2025 | New Project | 84101701 | 84101701-0 |
| 66.716 | X8 | | New Project | 84067401 | 84067401-0 |
| 66.516 | SU | 1/14/2025 | New Project | 84112801 | 84112801-0 |
| 66.516 | SU | 2/13/2025 | New Project | 84112301 | 84112301-0 |
| 66.516 | SU | 2/3/2025 | New Project | 84113501 | 84113501-0 |
| 66.516 | SU | 1/23/2025 | New Project | 84113101 | 84113101-0 |
| 66.516 | SU | 1/14/2025 | New Project | 84112701 | 84112701-0 |
| 66.516 | SU | 1/22/2025 | New Project | 84113001 | 84113001-0 |
| 66.516 | SU | 1/22/2025 | New Project | 84113301 | 84113301-0 |
| 66.516 | SU | 1/23/2025 | New Project | 84112101 | 84112101-0 |
| 66.516 | SU | 2/3/2025 | New Project | 84112401 | 84112401-0 |
| 66.516 | SU | 2/19/2025 | New Project | 84113201 | 84113201-0 |
| 66.516 | SU | 3/4/2025 | New Project | 84112501 | 84112501-0 |
| 66.516 | SU | | New Project | 84112201 | 84112201-0 |
| 66.516 | SU | | New Project | 84112601 | 84112601-0 |
| 66.511 | CR | 1/16/2025 | Augmentation: Increase | 84065301 | 84065301-1 |
| 66.509 | RD | 1/16/2025 | New Project | 84111601 | 84111601-0 |
| 66.509 | RD | 1/22/2025 | New Project | 84111901 | 84111901-0 |
| 66.716 | X8 | 12/16/2024 | Augmentation: Increase | 84035801 | 84035801-6 |
| 66.511 | CR | 2/26/2025 | Augmentation: Increase | 84033801 | 84033801-7 |
| 66.509 | RD | 11/22/2024 | New Project | 84084501 | 84084501-0 |
| 66.509 | RD | 12/2/2024 | New Project | 84097601 | 84097601-0 |
| 66.509 | RD | 12/9/2024 | New Project | 84084401 | 84084401-0 |
| 66.509 | RD | 12/9/2024 | New Project | 84084801 | 84084801-0 |

| 66.312 | 5C | 12/10/2024 | New Project | 02J84901 | 02J84901-0 |

EPA 000275

| Awarding Region Code | AAship | Program Description |
|---|---|---|
| EPA R5 | R05 | Environmental and Climate Justice Block Grant Program - IRA Only |
| EPA HQ | ORD | Office of Research and Development Consolidated Research |
| EPA HQ | OCSPP | Surveys-Studies-Investigations-Demonstrations-Educational Outreach and Special Projects |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | P3 Award: National Student Design Competition for Sustainability - Phase I |
| EPA HQ | ORD | Office of Research and Development Consolidated Research |
| EPA HQ | ORD | Science to Achieve Results (STAR) Program |
| EPA HQ | ORD | Science to Achieve Results (STAR) Program |
| EPA HQ | OCSPP | Surveys-Studies-Investigations-Demonstrations-Educational Outreach and Special Projects |
| EPA HQ | ORD | Office of Research and Development Consolidated Research |
| EPA HQ | ORD | Science to Achieve Results (STAR) Program |
| EPA HQ | ORD | Science to Achieve Results (STAR) Program |
| EPA HQ | ORD | Science to Achieve Results (STAR) Program |
| EPA HQ | ORD | Science to Achieve Results (STAR) Program |

| EPA R10 | R10 | Environmental Justice Government-to-Government (EJG2G) Program - IRA Only |
|---------|-----|---------------------------------------------------------------------------|

| Applicant Name | Applicant Type | Project Start Date | Project End Date |
|---|---|---|---|
| UNIVERSITY OF WISCONSIN SYSTEM | State Institution of Higher Learning | 12/1/2024 | 11/30/2027 |
| STATE OF OKLAHOMA EAST CENTRAL UNIVERSITY | State Institution of Higher Learning | 3/1/2025 | 2/28/2030 |
| UNIVERSITY SYSTEM OF NEW HAMPSHIRE | State Institution of Higher Learning | 10/1/2023 | 9/30/2026 |
| RADFORD UNIVERSITY | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| UNIVERSITY OF NEW HAVEN, INCORPORATED | Private University | 3/1/2025 | 2/28/2027 |
| UNIVERSITY OF ALABAMA | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| t4553 - RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, THE | Not for Profit | 3/1/2025 | 2/28/2027 |
| GEORGIA TECH RESEARCH CORP | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| NEW JERSEY INSTITUTE OF TECHNOLOGY | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| TEXAS A&M ENGINEERING EXPERIMENT STATION | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| NORTHERN KENTUCKY UNIV | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| WEST VIRGINIA UNIVERSITY | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| The Pennsylvania State University | State Institution of Higher Learning | 4/1/2025 | 3/31/2027 |
| TEXAS A&M ENGINEERING EXPERIMENT STATION | State Institution of Higher Learning | 4/1/2025 | 3/31/2027 |
| CARNEGIE MELLON UNIVERSITY | Private University | 3/1/2025 | 2/28/2027 |
| NEW JERSEY INSTITUTE OF TECHNOLOGY | State Institution of Higher Learning | 3/1/2025 | 2/28/2027 |
| UNIVERSITY OF CINCINNATI | State Institution of Higher Learning | 11/1/2024 | 10/30/2029 |
| THE REGENTS OF THE UNIVERSITY OF COLORADO | State Institution of Higher Learning | 3/1/2025 | 2/29/2028 |
| NEW YORK UNIVERSITY | Private University | 3/1/2025 | 2/29/2028 |
| Organization for Econ Cooperation and Development | Foreign Recipient | 3/1/2022 | 2/28/2027 |
| University of North Carolina at Chapel Hill dba Office of Contracts and Grants | State Institution of Higher Learning | 4/1/2022 | 7/31/2025 |
| FLORIDA STATE UNIVERSITY | State Institution of Higher Learning | 2/1/2025 | 1/31/2028 |
| Clem U - Clemson University | State Institution of Higher Learning | 1/1/2025 | 12/31/2027 |
| NORTH CAROLINA STATE UNIVERSITY | State Institution of Higher Learning | 2/1/2025 | 1/31/2028 |
| WEST HARLEM ENVIRONMENTAL ACTION INC | Not for Profit | 2/1/2025 | 1/31/2028 |

| Confederated Tribes and Bands of the Yakama Nation | Indian Tribe | 2/1/2025 | 1/31/2028 |

EPA 000279

| EPA Amount This Action: This Action | Project Title |
|---|---|
| $20.00 | InterTribal Lake Winnebago Mayom ~Wild Rice ~ Revitalization Project |
| $20,000.00 | East Central University ERAP Program |
| $28,500.00 | Sustainability Fellowship EPA |
| $74,819.00 | Mushroom-based adsorptive filtration membranes for selective water purification |
| $74,956.00 | Green Concrete Facade for CO2 Sequestration |
| $74,995.00 | Nanoplastics Removal by Metal Organic Frameworks |
| $74,998.00 | Design optimal food rescue networks for environmental sustainability and nutritional equity |
| $75,000.00 | Solar Powered Ionization with Coaxial Electrodes (SPICE) for Water Disinfection |
| $75,000.00 | Nanobubble-Enhanced Soil Remediation: A Green And Efficient Strategy For Oil Contamination Cleanup |
| $75,000.00 | Development of AI-based Software Tool for Prediction of Chemical Exposure and Toxicity |
| $75,000.00 | Farms with Clean and Healthy Air: A Novel Intelligent System for Real-Time Monitoring and Reporting of Air Quality |
| $75,000.00 | Novel Process and Supply Network Design for the Recovery of Key Fertilizer Macronutrients for Safe and Reliable Drinking Water |
| $75,000.00 | Bioelectrochemical Treatment of Acid Mine Drainage for Simultaneous Energy and Mineral Recovery and Ecosystem Restoration |
| $75,000.00 | Electrified Titanate Nanowire Membrane for Point-of-Use Water Purification |
| $75,000.00 | Low-Cost Methods for Black Carbon Source Apportionment |
| $75,000.00 | Nanobubble-enabled foam fractionation: Characterization and application for PFAS removal in complex water matrixes |
| $123,340.00 | Environmental Research Training Program for Students in Engineering and Science |
| $157,667.00 | Biocompatible Polymer Database from Flavor &amp; Fragrance Molecules |
| $157,688.00 | Harnessing Nature: Enzyme Engineering for Polymer Synthesis and Degradation |
| $170,000.00 | OECD Work on the Environment, Health and Safety Program, Including Biosafety |
| $200,000.00 | Convergence Science in Environmental Health (COSINE) |
| $500,000.00 | A Three-Pillar Socio-Health-Environmental (TPSHE) Framework to Mitigate Cumulative Health Impacts and Environmental Health Disparities for Polluted Urban Lakes in Underserved Communities |
| $500,000.00 | Building Equity in the Intersections of Climate Change, Built Environment, and Environmental Health: A Community and Social-Technological Integration-Based Research for Solutions |
| $500,000.00 | Mitigating Cumulative Health Impacts and Environmental Health Disparities in Underserved Communities by Optimizing Water Infrastructure Funding |
| $500,000.00 | Imagine A Just City: Leveraging Data for Advocacy and Understanding the Cumulative Impacts of Structural Racism in the U.S. |

| | |
|---|---|
| $1,000,000.00 | Yakama Nation Ceded Territories - First Foods Environmental Justice &amp; Climate Resilience Capacity Building |

| Project Description |
| --- |

This agreement provides funding under the Inflation Reduction Act (IRA) to The Board of Regents of the University of Wiscon

The goal of this project is to provide unique educational opportunities for the next generation of Science, Technology, Engine

The fellow will be supporting the Stakeholder Engagement Branch in the Office of Pollution Prevention and Toxics, responsibl

The goal of the project is to develop a low-cost and sustainable alternative to petroleum-based filtration membranes derived f

This agreement provides funding under People, Prosperity and Planet (P3) program to the University of New Haven. Specific

This agreement provides funding under People, Prosperity and Planet (P3) program to the University of Alabama. Specifically

This agreement provides funding to SUNY-Albany.  Specifically, the recipient will design food rescue networks capable of sim

This project aims to develop a solar-powered, chlorine-free drinking water disinfection process. The solar powered ionization

The goal of this project is to develop a green and powerful washing process using nanobubbles water for soil contaminant rer

The goal of this project is to design and develop an innovative AI-assisted, data-driven software tool capable of predicting exp

This agreement provides funding under People, Prosperity and Planet (P3) program to the University of Northern Kentucky. S

This agreement provides funding under People, Prosperity and Planet (P3) program to the University of West Virginia. Specif

This agreement provides funding to Pennsylvania State University.  Specifically, the recipient will develop and test an innovat

This project aims to develop a small, off-grid, and easily applicable electrochemical advanced oxidation process (EAOP) equi

The goal of this project is to develop a low-cost method for community-scale measurement and source apportionment of blac

This project aims to develop a nanobubble-enabled foam fractionation process to remove perfluoroalkyl and polyfluoroalkyl su

The goal of this project is to provide unique educational opportunities for the next generation of Science, Technology, Engine

This proposal seeks to revolutionize plastic production through the exploration of polymers derived from biocompatible flavor

The project aims to engineer and analyze leaf-branch compost cutinase (LCC), an enzyme which has been demonstrated to

The work by the grantee will entail work on the mutual acceptance of data and other instruments for cooperation, harmonized

The Convergence Science in Environmental Health program will undertake trans-disciplinary research collaborations with inv

The goal of this project is to develop a socio-health-environmental framework for effective and efficient assessment of cumula

This project represents a multidisciplinary, community-driven effort to assess the comprehensive health effects of chemical a

The purpose of this project is to develop and test methods for quantifying the cumulative health impacts of water infrastructur

The project objectives include investigating how publicly available data on community health variables, chemical, and non-ch

This agreement provides funding under the Inflation Reduction Act (IRA). The agreement provides funding to The Confederat

EPA 000283

nsin System.  Specifically, the project will interrupt and redress systemic and long-standing environmental injustices (i.e., wetlan

le for stakeholder outreach for toxics policy development. The branch is responsible for developing strategies for reaching certa

ally, the project will investigate the feasibility of using recycled concrete as the base material for a new concrete facade panel c

y, the project will develop a metal-organic framework that will enable selective adsorption of various nanoplastics at low concen

with coaxial electrodes (SPICE) system will be built by coupling a coaxial-electrode copper ionization cell (CECIC) with a solar

Specifically, the project will develop a cost-efficient air quality monitoring system for livestock producers that enhances human h

fically, the project will develop a comprehensive nutrient recovery system from wastewater treatment plants and other polluted s

ive bio-electrochemical process to treat acid mine drainage (AMD) for simultaneous contaminant removal, energy production, r

ipped with a conductive titanate nanowire-modified membrane for feasible and cost-effective point-of-use water purification and

effectively degrade polyethylene terephthalate (PET) and other plastics. The purpose of this award is to enhance plastic waste

l methodologies for the risk/safety assessment of chemicals (including nanomaterials), tools and approaches for the risk manag

estigators of EPA&rsquo;s Public Health &amp; Integrated Toxicology Division laboratories. These studies are focused on unde

nd non-chemical stressors, particularly in the context of climate change, on Native American and Black communities in Tennes

emical exposures can be combined with analytical tools from community ecology, complex systems, GIS, and community-base

ted Tribes and Bands of the Yakama Nation. The recipient will develop internal capacity for implementing the Climate Action Pl

EPA 000285

ands degradation and the loss of Wild Rice) by bolstering the capacity of Tribal communities to address wetland degradation and

ain stakeholders, such as industry, environmental justice organizations, tribes, and environmental NGOs with the purpose of ge

streams. This innovative system aims to both mitigate nutrient pollution in wastewater sources and utilize recovered nutrients a

resources recovery, and ecosystem restoration. The novel acid mine drainage treatment system will use microbial electrolysis o

management by using renewable materials, and reduce the dependency on non-renewable materials in plastics production an

gement of chemicals (including nanomaterials) and the prevention of chemical accidents and pollution, assessing and managir

erstanding the human health effects of air pollutants and environmental disease modifiers. The broad goals for this program ar

ed participatory research to develop more effective cumulative impacts assessments. The research aims to test the hypothesis

an housed in the Natural Resources Department at The Confederated Tribes and Bands of the Yakama Nation, specifically the

etting better feedback from these groups about our actions to regulate chemical uses. Among our duties, our branch hosts form

ng the risks from pesticides and biocides, and tools for assessing the safety of products of modern biotechnology. This work co

e 1) To undertake translational research, identifying modifiers of response to pollutant exposure, 2) To identify biological determ

that chemical and non-chemical exposures interact to generate cumulative impacts and health disparities that can be quantifie

Protection of First Food Access &amp; Availability. The recipient will also strengthen internal capacity to effectively track, revie

al public meetings that are recorded for official comment on each rulemaking. The branch is also responsible for stakeholder m

minants of response to environmental agents, 3) To develop resources and knowledge to decrease the impact of pollutant expo

ew, and revise proposed developments across Yakama Southern Territories that infringe on Yakama Treaty rights, as needed.

EPA 000291

meetings, website development, social media development and planning, and listserv announcements. There are two projects th

osure on human health, and 4) To train the next generation of environmental health scientists and respond to emerging researc

Addressing the linkages between the natural environment that supports these foods and medicines and the role these resourc

at need support this summer to support our EJ activities. One project is in our lead-based paint program. We are implementing

ch needs. The general approaches to meet these objectives and goals include 1) controlled exposure studies of volunteers to p

EPA 000294

es play in healthy communities throughout The Yakama Nation Ceded Territories is a key outcome of the Climate Action Plan

EPA 000295

g an initiative called ELSWPEO (Enhancing Lead Safe Work Practices to Enhance Outreach), which will reach out to environm

ollutants, 2) collection of biospecimens in panel or field studies of volunteer cohorts, 3) in vitro approaches using cells (epitheli

EPA 000297

ental justice community membe

| From: | Schindel, Phillip |
|---|---|
| To: | Wise, Melissa; OMS-OGD-GMOs Only |
| Cc: | Regional Mission Support Division - Directors; Regional Mission Support Division - Deputy Directors; Tyree, James; Coogan, Daniel; Talbert-Duarte, Angelia; Askew, Wendel; Gulamali, Adil; Jennette, Vonda; Puglisi, Peter; Tsing-Choy, Kathy; Sylvester, Kenneth; Phillips, Lashaun; Lloyd, Keva |
| Subject: | Termination of Remaining Grants from March 10 and April 14 Lists (post-October 1 Awards) |
| Date: | Monday, April 28, 2025 1:17:00 PM |
| Attachments: | image001.png |
|  | image002.png |
|  | Termination_Memo_Template_Final.docx |

Good afternoon GMOs,

We have received direction from leadership to proceed with terminating grants **by Friday 5/2** that were formerly flagged in the tracker as "Do Not Terminate" based on awards or amendments issued between Oct 1, 2024 and Apr 3, 2025. OMS/OGD is updating that flag to "Released to Terminate." For these awards, you are also directed to use the attached version of a Termination Memo Template instead of the version you have been using for other awards. There are several Program Code "X8" grants marked as "4/23 Pause requested" that will remain paused at this time.

☐ Termination Awarded and Unawarded List

As before, please update your work progress in the tabs marked Grant Terminations April 14 and Grant Terminations March 10. Kathy Tsing-Choy will field any questions about the SharePoint file. Other questions may be directed to me.

Thank you,
Phil

Phillip Schindel
Acting Director
US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

---

**From:** Wise, Melissa
**Sent:** Thursday, April 17, 2025 4:45 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>

**Subject:** ACTION REQUIRED: Grant Cancellations/Terminations (Due 4/25)
**Importance:** High

Good afternoon GMOs,

We have received direction from leadership to cancel/terminate the grants (attached) by **Friday, 4/25**.

Please update your work progress in the tab labelled "Grant Terminations April 14" in the spreadsheet here:  SharePoint drive.

**\*\* IMPORTANT\*\* - GMOs, please verify the data in Column H of the SharePoint file. While OGD has made every attempt to ensure the accuracy of the Yes/No designation, we ask you to please verify.**

If there are any questions about the SharePoint file, please direct them to Kathy Tsing-Choy. If you have any other questions, please let me know.

Thank you,
Melissa

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

May 9, 2025

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement [Grant Number] under 2 CFR 200.340

**FROM:**   EPA Award Official

**TO:**   FirstName LastName, Title
Office (Recipient Authorized Organization Representative (AOR))

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [INSERT Grant Number] awarded to [recipient organization]. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
• Final Federal Financial Report, SF-425
• Final Technical Report
• Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
• Property Report, SF-428
• Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of

**EPA 000301**

performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [email address of the DDO], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [email address of EPA Award Official] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  FirstName LastName (EPA Grant Specialist)
     (EPA Project Officer)
     (Grantee Program Manager)

EPA 000302

5N - 95341301 - 0    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY  Cooperative Agreement | GRANT NUMBER (FAIN): 95341301  MODIFICATION NUMBER: 0  PROGRAM CODE: 5N | DATE OF AWARD  05/03/2024 |
|---|---|---|
| | TYPE OF ACTION  New | MAILING DATE  05/08/2024 |
| | PAYMENT METHOD:  ASAP | ACH#  33743 |

| RECIPIENT TYPE:  Not for Profit | Send Payment Request to:  Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| RECIPIENT:  GREEN & HEALTHY HOMES INITIATIVE INC  2714 Hudson Street  Baltimore, MD 21224-4716  EIN: 52-1786577 | PAYEE:  GREEN & HEALTHY HOMES INITIATIVE INC  2714 Hudson Street  Baltimore, MD 21224-4716 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Abbey Cofsky  Green & Healthy Homes Initiative Inc  2714 Hudson Street  Baltimore, MD 21224-4716  **Email:** ACofsky@ghhi.org  **Phone:** 410-534-6447 | Kelly Sherwood  Four Penn Center, 1600 John F. Kennedy Boulevard, 3WD33  Philadelphia, PA 19103-2852  **Email:** Sherwood.Kelly@epa.gov  **Phone:** 215-814-5163 | Vanessa Davies  Grants Management Section, 3MD22  Four Penn Center, 1600 John F. Kennedy Boulevard  Philadelphia, PA 19103-2852  **Email:** Davies.Vanessa@epa.gov  **Phone:** 215-814-2801 |

**PROJECT TITLE AND DESCRIPTION**

TCGM Initial Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM

See Attachment 1 for project description.

| BUDGET PERIOD  05/01/2024 - 04/30/2027 | PROJECT PERIOD  05/01/2024 - 04/30/2027 | TOTAL BUDGET PERIOD COST  $ 8,000,000.00 | TOTAL PROJECT PERIOD COST  $ 8,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/16/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 8,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22  Four Penn Center, 1600 John F. Kennedy Boulevard  Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00)  R3 - Region 3  Four Penn Center, 1600 John F. Kennedy Boulevard  Philadelphia, PA 19103-2852 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official for Catharine McManus - Mission Support Division, Director  by Lisa White - Award Official Delegate | DATE  05/03/2024 |

**EPA 000303**

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 8,000,000 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 8,000,000 | $ 8,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 24124WB139 | 2226 | BSF5 | WF | 000W57XK1 | 4183 | - | - | $ 8,000,000 |
| | | | | | | | | | $ 8,000,000 |

5N - 95341301 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,994,606 |
| 2. Fringe Benefits | $ 878,813 |
| 3. Travel | $ 278,955 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 66,883 |
| 6. Contractual | $ 337,056 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,166,604 |
| 9. Total Direct Charges | $ 6,722,917 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 1,277,083 |
| 11. Total (Share: Recipient ___0.00__ % Federal __100.00__ %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 8,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

EPA 000305

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to Green & Healthy Homes Initiative (GHHI). The recipient will serve as the Region 3 Grantmaker for EPA's Thriving Communities Grantmaker program. GHHI plans to use a strong participatory governance framework to build capacity in underserved areas across the Mid-Atlantic region. GHHI's communication plan recognizes the need to reach diverse audiences using wide-ranging delivery methods and partners to leverage best practices in outreach and implementation. Moreover, GHHI will engage communities through a stakeholder Advisory Board, statutory partnerships, and mechanisms for providing direct feedback to adapt frequently to the needs of communities, particularly those from disadvantaged or underserved areas. Collectively, this project will design competitive application in-take and evaluation processes, subaward processes, outreach, and support for communities throughout Region 3.

The activities in the initial award phase include finalizing application materials for all three subrecipient phases, assembling the review team and ensuring representation of diverse communities. In the initial award, the Grantmaker will develop the outreach plan prior to application intake process, partner with Region 3 TCTAC for education and recruitment efforts, conduct webinars, conference calls, and meetings in underserved areas to promote and explain the program. Finally, potential candidates will be identified for $75K non-competitive subawards in this phase. The anticipated deliverables include utilizing partner networks to distribute RFA announcements, hold webinars, conference calls, and outreach events, conduct office hours to support potential applicants, and engaging expertise of Advisory Board and Technical Assistance Statutory Partners to oversee pre-application process. The expected outcomes include development of a transparent, equitable, engaging application process for the subsequent award subrecipients, with proper guidance from statutory partners and an Advisory Board. The intended beneficiaries include communities in underserved areas across Region 3. Subaward: Children's National Hospital - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to conduct outreach and promote EPA's TC Program awareness and support applicant outreach. Subaward amount calculated at $91.95 per hour, based on best estimate of number of hours to fulfill activities. Total cost of $109,000 = 54.50% X $200,000.

Subaward: Howard University - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Total cost of $172,500 = $300,000 X 57.50%.

Subaward: Virginia Poverty Law Center - Will support outreach as well as project implementation. Will also provide technical assistance. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Total cost of $78,000 = $78,000 X 100%.

Subaward: Delaware State University - Will support outreach as well as project implementation. Will also provide technical assistance. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfill activities Total cost of $78,000 = $78,000 X 100%.

# Administrative Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later.

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A.  Correspondence

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA. Unless otherwise noted, all such correspondence should be sent to the following email addresses:

  • Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov with a copy to the Grant Specialist of record

  • MBE/WBE reports (EPA Form 5700-52A): R3_MBE-WBE_Reports@epa.gov with a copy to the Grant Specialist of record

  • All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: Grant Specialist and Project Officer of record

  • Payment requests (if applicable): rtpfc-grants@epa.gov

  • Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: Project Officer of record

## B.  Pre-Award Costs

In accordance with 2 CFR 1500.9, the recipient may charge otherwise allowable pre-award costs (both Federal and non-Federal matching shares) incurred from May 1, 2024 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

## C.  Pre-Award Administrative Capability

Green & Healthy Homes Initiative Inc's pre-award certification review was initiated, but is not completed. EPA's policy for awarding financial assistance in excess of $200,000 to non-profit organizations requires an Administrative Capability Assessment review of the recipient's administrative and financial managment systems to be completed **prior** to the recipient drawing down any EPA funds per EPA Order 5700.8. Because EPA has not yet completed the review, Green & Healthy Homes Initiative Inc is precluded from drawing down funds under this assistance agreement until EPA provides written

confirmation of the completion of the assessment with satisfactory results. Please note, any costs incurred prior to EPA approval are at Green & Healthy Homes Initiative Inc's own risk. If Green & Healthy Homes Initiative Inc fails to respond or is unable to satisfactorily address all identified deficiences within 90 days of the award date of this assistance agreement or within any extension of time granted by EPA, the agreement may be terminated. Noncompliance with this term and condition may result in adverse action by EPA per 2 CFR 200.339.

## Programmatic Conditions

<u>Environmental Justice Thriving Communities Grantmaking (TCGM) Program Cooperative Agreement Terms and Conditions</u>

A.  Performance Reporting and Final Performance Report

<u>Performance Reports – Content</u>

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of expenditures along with a comparison of the percentage of the project completed to the project schedule and an explanation of significant discrepancies shall be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA as soon as possible about problems, delays, or adverse conditions that which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

<u>Performance Reports - Frequency</u>

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every three months). The reporting periods are **5/1/24-7/31/24, 8/1/24-10/31/24, 11/1/24-1/31/25, 2/1/25-4/30/25, 5/1/25-7/31/25, 8/1/25-10/31/25, 11/1/25-1/31/26, 2/1/26-4/30/26, 5/1/26-7/31/26, 8/1/26-10/31/26, 11/1/2601/31/27, 2/1/27-4/30/27**

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance. The final report shall document project activities over the entire project period.

<u>EPA Subaward Policy Appendix C: Model Programmatic Subaward Reporting Requirement</u>

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are: 1. Summaries of results of reviews of financial and programmatic reports. 2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance. 3. Environmental results the subrecipient achieved. 4. Summaries of audit findings and related pass-through entity management decisions. 5. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and 2 CFR 200.339.

## B. EJ Grant Recipient Workshops (Virtual and/or In-Person)

All EJTCGM recipients will be required to attend at least one EJ Grantee training workshop hosted by your EPA Region. These trainings will assist all current EPA EJ grant recipients with strategic planning and project management of their cooperative agreements, as well as afford recipients opportunities to learn from their peers and other experts. Recipients will need to identify at least one authorized official to participate. Virtual workshops will utilize webinar technology that can be accessed via personal computer. A conference call line will be available for any recipient who does not have the technical capability (i.e. slow internet connection) to access the webinar. Your EPA Project Officer will keep you informed of the dates of the workshops. Each EPA Regional Office will tailor their workshop agenda to the environmental needs and priorities of workshop participants and local communities in the region. Workshops may include a mix of current and former EJ grant recipients, local community stakeholders, other EPA and federal program personnel, and other attendees. Workshop attendees will come together to provide perspective, insight, and lessons learned regarding environmental justice issues plaguing their communities and ways to address them. Recipients will need to identify at least one authorized representative to participate. Recipients are permitted to use awarded funds to pay for travel to the workshops.

## C. Review and Oversight

1. Products - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. It is at the EPA Project Officer's discretion to determine any change to the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## D. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJTCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work.* The periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging

with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates.

## E.  Cybersecurity

### Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## F.  Competency Policy

### Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or

EPA 000311

use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## G. Procurement Terms and Conditions

**The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance.   Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.**

**As provided by 2 CFR 200.310 recipients must ensure that subrecipients acquire insurance to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.**

## H.  Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

## I.  Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that Green & Healthy Homes Initiative Inc received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## J.  Paperwork Reduction Act

The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## K.  Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1.) Monthly telephone calls and other monitoring,

2.) Reviewing project phases and providing approval to continue to the next phase,

3.) Reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4.) Approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5.) Reviewing and commenting on the programmatic progress reports.

6.) Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7.) Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8.) Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9.) EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10.) In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

12.) Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

13.) EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

14.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

**L.  National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance**

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**M.  Initial Award Statutory Partnership Agreements -**

**Note: Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.**

Statutory Partnerships (SP): EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to Subsequent Award.

Partnering community-based organizations who submitted a signed Letter of Commitment during the application phase, as a policy matter, must also at a minimum specify their roles and responsibilities as a statutory partner (direct recipient and subrecipient) in the overall project, and finalize role and financial commitment from the direct recipient before receiving EPA funds. The statutory partnership agreement must be signed by both parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer, the EPA Grants Management Officer or the EPA Award Official will issue written notification that

this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Initial Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.



## Workplan #1 - $8M

## Project Summary Page

*Project Title*
Building Capacity to Advance Environmental Justice for Thriving Communities in Region 3
*Project Geographic Area*
EPA Region 3: DE, DC, MD, PA, VA, WV, and 7 federally recognized tribes
*Applicant Information*
*Brief Description of Applicant Organization* – Founded in 1993, the Green & Healthy Homes Initiative (GHHI), a national 501(c)(3) nonprofit organization, is dedicated to creating healthier communities and addressing social, economic, and environmental inequalities. With over 30 years of tangible and transformational achievements, GHHI has been a consistent national leader in spearheading effective and innovative work to improve the health, economic and social outcomes of the nation's most under-resourced communities by breaking down barriers, building local capacity, and designing effective programs to reduce environmental health threats such as childhood lead poisoning, air pollution, and greenhouse gas emissions. GHHI has successfully managed $130 million in federal, state, local, philanthropic and private sector funding for over 300 communities – including over 1,500 grantees and subrecipients. Committed to a standard of excellence, evidenced-based practices, and data driven decision making, GHHI has a proven history of building local leadership and capacity to overcome ill-conceived and unjust practices and address environmental health threats. There are few, if any, organizations more ideally suited with the administrative capacity, experience, and operating values to serve as a pass-through entity for the EPA EJ Thriving Communities program.

*Is your organization a qualifying Minority Serving Institution?* No

*List of Community-based Nonprofit Partners* – Chesapeake Bay Foundation, Chisholm Legacy Project, Invest Appalachia, Latin American Community Center, New Ecology, United Parents Against Lead, Virginia Humanities, Women for a Healthy Environment, Young, Gifted & Green (previously, Black Millennials 4 Flint), Baltimore Housing Regional Partnership, NAACP, Children's National, Howard University, Virginia Poverty Law Center, and Delaware State University.

*Abstract* - The Green & Healthy Homes Initiative (GHHI) proposes to serve as the Region 3 Grantmaker for the EJ TCGM. Leveraging its 30-year experience in health and environmental programs, GHHI plans to use a strong participatory governance framework to build capacity in underserved areas, ensuring robust fulfillment of TJ TCGM's goals. GHHI's communication plan recognizes the need to reach diverse audiences using wide-ranging delivery methods and partners to leverage best practices in outreach and implementation. Moreover, GHHI will engage the community through a stakeholder Advisory Board, partnerships, and mechanisms

1

for providing direct feedback to adapt frequently to the needs of communities, particularly those from disadvantaged or underserved areas. Collectively, this proposal outlines GHHI's robust approach for designing competitive application in-take and evaluation processes, subaward processes, outreach, and support for communities throughout Region 3.

## 1. **Program Objectives**

### A. *Program Design: Community Application Intake and Evaluation Processes*

GHHI, with its deep expertise developing and managing grant programs, has constructed a robust, multi-phase programmatic design. This design includes a pre-application outreach phase with a focus on underserved communities, an Advisory Board to provide continuous quality improvement and ensure transparency throughout the process, expeditious review and awarding periods, dedicated feedback and technical assistance for awardees, and a flexible and continuous implementation structure (Figure 1).

*Figure 1: Overview of Program Design Key Elements*

During the preapplication outreach phase and throughout the call for proposals, GHHI will conduct extensive education and recruitment efforts across Region 3 in partnership with the EPA Thriving Communities Technical Assistance Center (TCTAC), Historically Black College & Universities (HBCUs) including Howard University and Delaware State University, non-profit networks including the Latin American Community Center, Chesapeake Bay Foundation, Young, Gifted, Green (previously, Black Millennials 4 Flint), The Chisholm Legacy Project, Invest Appalachia, NAACP, and Virginia Humanities, and hospital partner Children's National. GHHI will hold multiple in-person events during months two to four of the program period, and webinars and conference calls from months two to thirteen. The dedicated project webpage will include a Frequently Asked Questions section that will be updated as organizations submit queries throughout the project period. Through coordination with the Region 3 TCTAC, GHHI will also provide office hours and technical support to applying entities. Further descriptions of outreach activities are outlined subsequently.

The project will open applications starting in August 2024. Application intake will primarily occur through a dedicated web portal, although the option to submit a paper application directly to the GHHI offices will be available for organizations without reliable access to the internet. In alignment with the EPA requirements, applications will be accepted on a rolling basis. It will be made clear in the application materials, however, that applications received later in the project period will only qualify for one-year awards as opposed to two-year awards.

GHHI will prioritize both expeditious review and dedicated feedback to all applicants. Within 15 days of receiving an application, GHHI will determine if the applicant meets the basic

2

threshold criteria. If an applicant does not meet the threshold criteria (See Table 1), they will be immediately notified and told why they are not moving forward in the review process. This will allow applicants who wish to do so to resubmit their application once they have addressed the threshold criteria. Those projects that do meet the threshold criteria will be fully evaluated for an award within 1.5 months of receipt. Following selection, financial risk analyses and award agreements will be completed within 30 days for successful applications. The duration of the review process from submission to award agreement for applicant organizations will be three months.

*Table 1: Anticipated Threshold Criteria*

| Organization Type | Geographic Location | Project Types (Including, but not limited to:) |
|---|---|---|
| • Nonprofit organizations<br>• Community-based and grassroots nonprofit organizations<br>• Philanthropic and civic organizations with nonprofit status<br>• Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)<br>• Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)<br>• Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)<br>• Institutions of higher education (e.g., private and public universities and colleges, including community colleges) | • Delaware<br>• District of Columbia<br>• Maryland<br>• Pennsylvania<br>• Virginia<br>• West Virginia<br>• Region 3 Tribal Lands<br>  o Chickahominy Indian Tribe-Providence Forge, VA<br>  o Chickahominy Indians Eastern Division-Providence Forge, VA<br>  o Monacan Indian Nation-Amherst, VA<br>  o Nansemond Indian Nation-Suffolk, VA<br>  o Pamunkey Indian Tribe-King William, VA<br>  o Rappahannock Tribe-Indian Neck, VA<br>  o Upper Mattaponi Indian Tribe-King William, VA | • Air quality & asthma<br>• Fence line air quality monitoring<br>• Monitoring of effluent discharges from industrial facilities<br>• Water quality & sampling<br>• Small cleanup projects<br>• Improving food access to reduce vehicle miles traveled<br>• Stormwater issues and green infrastructure<br>• Lead and asbestos contamination<br>• Pesticides and other toxic substances<br>• Healthy homes that are energy/water use efficient and not subject to indoor air pollution<br>• Illegal dumping activities, such as education, outreach, and small-scale clean-ups<br>• Emergency preparedness and disaster resiliency<br>• Environmental job training for occupations that reduce greenhouse gases and other air pollutants<br>• Environmental justice training for youth |
| **Application** | | |
| • Applications must substantially comply with application submission instructions and requirements set forth in the RFP (Request for Proposal). This includes any mandatory attachments.<br>• Applications must be submitted through the application website or be submitted to [email address] if there are technical barriers to submission.<br>• Applications must be written in English only.<br>• Applicants can submit up to three applications under this RFP so long as each application is separately submitted.<br>  o Unsuccessful applicants may re-submit their application 1 time.<br>  o The same applicant can, at most, receive 2 awards during the open call period for applications, to ensure the award subrecipients are a broad and diverse group. | | |

The review process will be robust and transparent. Each reviewer will be required to complete and sign a waiver that establishes that no conflict-of-interest exists for each

3

application reviewed. This waiver will include, among other things, that the reviewer has had no professional engagement business relationship or past history with the organization applying for a subaward, and that the reviewer or their immediate family is not an officer, trustee, board member, or committee member of the applicant or project partners, and that they do not have personal relationships with any of the applicant organization's or project partners' staff. The grants management platform will be utilized for the review process to ensure a fair competition by managing all conflicts of interest in a centralized way. This system will include automatic tabulating and reporting of scores received by multiple reviewers for each application. GHHI estimates that reviewers will need to commit 6-8 hours of review-related effort for each application, including reading, scoring, and panel discussion. A GHHI review committee staff person will be available for one-to-one debriefings for applications that do not receive awards.

The entire process will be guided by continuous quality improvement and transparency. The Advisory Board will ensure that the process involves a breadth of voices as part of the development and implementation of grant recruitment, review, award selection, and awardee oversight. Board membership and governance structures are further elucidated in the Partnerships, Collaboration, and Participatory Governance section. In summary, the board will review and approve final products related to grant management and award selection. Table 2 provides an overview of key milestones and action items GHHI will undertake throughout the program design and implementation phases.

The Technical Assistance Statutory Partner organizations on the grant, Children's Hospital, Howard University, Virginia Poverty Law Center, Delaware State University, and other TBD Technical Assistance Provider subawardees, will be prohibited from applying for EPA Thriving Communities grant funding during the grant period. Statutory Partner Advisory Board Members and their organizations will be prohibited from applying for EPA Thriving Communities grant funding during any grant application round where they are serving as a grant application reviewer or participate in any capacity in the reviewing, scoring and awarding decisions of Thriving Communities grants.

*Table 2: Summary of Key Milestones and Action Items in Program Design*

| Summary of Key Milestones | Key Action Items |
|---|---|
| Pre-program preparation (April – May 2024) | • Finalize application materials for all three phases<br>• Assemble the review team, ensuring representation of diverse communities<br>• Develop outreach plan |
| Pre-application outreach (May – July 2024) | • Partner with Region 3 TCTAC for extensive education and recruitment efforts across Region 3<br>• Utilize GHHI and its partners' extensive network and partnerships with HBCUs, hospitals, and other non-profit networks<br>• Conduct multiple webinars, conference calls, and meetings in underserved urban and rural areas to promote the program and explain the rolling admissions process<br>• Identify potential candidates for the $75K non-competitive awards |
| Open Call for Proposals (August 2024 – April 2025) | • Launch the open call for proposals in August 2024<br>• Proposals will be streamlined (no more than 6 pages) and standardized for each phase |

4

|  | • Conduct webinars, conference calls, and meetings while the open call is active<br>• Accept proposals continuously while noting that proposals submitted after November 2024 will only be considered for one-year grants<br>• Provide resources and support for Community-Based Organizations (CBOs) without reliable internet access, including allowing paper proposal submissions and additional conference calls<br>• Work with organizations that have ties to grassroots organizations and small CBOs to ensure wide awareness and access to the competition |
|---|---|
| Support During Application (throughout project duration) | • Collaborate with Region 3 TCTAC to schedule office hours and provide technical support for applicants<br>• Host pre-application webinars and conference calls<br>• Provide sample proposals and user-friendly templates with clear instructions |
| Evaluation Process (throughout project duration) | • Check applications for meeting the threshold criteria within **15 days** of receipt<br>• Notify applicants if they do not meet the threshold criteria<br>• Evaluate proposals that meet threshold criteria within **1.5 months**<br>• Conduct a financial risk analysis and award agreement within **30 days** for applications slated for awards<br>• Lead subawardees through QAPP completion process as applicable<br>• Initiate award finalization every other month during the open call period<br>• Ensure the review process includes initial screening for minimum requirements, assignment to 3 reviewers, conflict-of-interest policy signing, utilization of a unique identifier and cloud-based database, and real-time scoring |
| Post-Evaluation (throughout project duration) | • Offer one-to-one debriefings for non-awarded applications<br>• Establish restrictions and limits on the number of times a subrecipient can receive a subaward for any phase of the grant<br>• Ensure funds are expended within the three-year project timeline with 80% of total funds passed through to eligible subrecipients. |

Communication throughout the project duration is instrumental to the program design and success. GHHI has outlined a communication plan that incorporates a diversity of audiences, delivery methods, and message sources that leverage best practices to reach a broad and diverse potential grant pool (Figure 2). GHHI will use tailored messages to resonate with various audience types, from nonprofits and community-based organizations to urban, rural and remote underserved communities. The Latin American Community Center will support outreach to Spanish-speaking communities in Region 3. GHHI will also provide language translation services through Language Line, an organization with over 16,000 professional interpreters available on demand for over 240 different languages. Moreover, GHHI understands the need for multiple delivery methods to engage these distinct audiences. Traditional methods like newsletters and in-person events will be complemented with digital strategies such as social media campaigns, webinars, e-mail blasts, and virtual office hours. These tools, leveraged strategically, will ensure GHHI's message is accessible across different platforms, reaching potential grantees in the manner most suitable to them. This communication plan will span the entire grant-making cycle from pre-program outreach to pre-application guidance to ongoing support during the project execution. Finally, GHHI acknowledges that the source of the message significantly impacts its reception, particularly when it comes to underserved and severely-constrained communities. By leveraging partnerships with organizations throughout Region 3, GHHI can ensure its messages are not

5

only heard but also trusted. By embodying these best practices, GHHI can effectively communicate about this grant opportunity to the widest possible audience, fostering a more diverse and inclusive grant pool.

B.  *Outreach to underserved urban, rural, remote, Tribal, and capacity-constrained communities*

Throughout the project, GHHI will deploy a comprehensive outreach strategy to ensure that information about the subgrant opportunities reaches underserved urban, rural, remote, tribal, and capacity-constrained communities. Best practices for community engagement with underserved areas include understanding the community, leveraging partnerships, ensuring culturally sensitive messaging, providing accessible information, enabling face-to-face interactions, involving community members in activities, consistent regular engagement, and allowing for feedback mechanisms. As described in the following sections, GHHI will ensure all of these best practices are employed to reach capacity-constrained and underserved communities.



| Audience | Message Type | Delivery Method | Schedule | Message Source |
|---|---|---|---|---|
| • Urban, rural, remote underserved communities<br>• CBOs<br>• General public<br>• Severely constrained organizations<br>• EPA | • Grant program<br>• Technical Assistance<br>• Reporting<br>• Outcome dissemination<br>• Feedback | • Webinars<br>• Website<br>• In person events<br>• Radio broadcasts<br>• Podcasts<br>• Email<br>• Conference Calls<br>• Listservs<br>• Newsletter<br>• Social media | • Pre-program preparation<br>• Pre-application communication<br>• Ongoing support | • GHHI directly<br>• GHHI partners<br>• Advisory Board Members<br>• Local community orgs<br>• City and county offices<br>• TCTAC center |

*Figure 2: Communication Strategy and Considerations*

*Understanding the community and leveraging partnerships:* To ensure community understanding, GHHI will rely on partners with deep ties to underserved and capacity-constrained communities. GHHI will utilize its existing community partner database, reaching thousands of Region 3 contacts, in addition to using the networks of the Region 3 TCTAC. Collaborations with HBCUs including Howard University and Delaware State University will extend the project's reach into the academic domain. Furthermore, GHHI will disseminate information via environmental justice partners such as Young, Gifted, & Green (previously Black Millennials 4 Flint), Chesapeake Bay Foundation, The Chisolm Legacy Project, NAACP Maryland, and Virginia Humanities, and hospital networks including Children's National (see letters of commitment). Additionally, GHHI will work with faith-based networks, NAACP branches, the National League of Cities, the U.S. Conference of Mayors, and congressional offices in Region 3 to further disseminate information about this program.

*Culturally sensitive messaging and accessible information:* To ensure inclusive outreach, GHHI will host at least four webinars and two conference calls during this period with dedicated

6

sessions for Spanish-speaking potential applicants. GHHI will also provide translation services to cover over 240 additional languages through Language Line Solutions, an organization that provides real-time translation through 16,000 professional translators. The Region 3 TCTAC will play a pivotal role in this process, not only informing community-based organizations about the funding opportunity but also informing GHHI about areas of specific need to be addressed in its webinars and conference calls. GHHI will develop a shareable, printable brochure to advertise the grant opportunity at public events and meetings. The outreach strategy will also incorporate a robust social media presence, with all recruiting and outreach materials designed using accessible language to accommodate lower reading levels and maximize participation. Finally, the Advisory Board will have the opportunity to review outreach campaigns and information dissemination to increase the cultural sensitivity of the messages.

*Face to Face interactions and Community Involvement:* With a special focus on communities without access to internet, GHHI staff, in partnership with organizations on the ground throughout Region 3, will conduct site visits to hold in-person events that will provide information and answer questions about the grant opportunities under this program. These visits will also serve to help identify organizations which may qualify for the $75,000 awards. GHHI will conduct up to 30 in-person events across Region 3 including events in every state and Tribal region. The diverse Advisory Board will serve as a mechanism for improving community involvement throughout this project duration. These board members will reach out to organizations or communities with limited capacity to ensure their needs are being met throughout the project.

*Consistent Regular Engagement & Feedback Mechanisms:* The outreach to underserved and capacity-constrained communities will occur across the project timeline to ensure consistent engagement. GHHI will continue collaborating with partners such as the TCTAC, Children's National, Howard University, and every congressional office in Region 3 to remind communities about these opportunities. GHHI will also create a feedback form on the program webpage to ensure that communities and organizations can provide feedback to GHHI on how their needs can be more fully met. A similar feedback form will be available at the end of every webinar. GHHI and subgrantee Program activities will comply with any applicable Human Subjects Research requirements. The feedback forms will be in compliance with EPA TCGM program requirements, with the Human Subjects Research (HSR) regulations and with the Paperwork Reduction Act (PRA). Specifically related to HSR, GHHI and the subrecipients will follow these regulations:

- (a) Applications involving human subjects.
    - (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.
    - (2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services

7

    (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

- o (3) Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

- (b) Applications involving laboratory animals. Each application for a project involving the use of warm-blooded animals shall include a written assurance that the applicant has registered with the Department of Agriculture and is in compliance with the rules, regulations, and standards enunciated in the Animal Welfare Act, Public Law 89-554, as amended.

Specifically related to the PRA, GHHI will support the EPA in obtaining approval from the Office of Management and Budget (OMB) for any targeted information collections with 10 or more people. To obtain this approval, GHHI will support the EPA's submission of an Information Collection Request (ICR) to OMB by providing information about all the public outreach activities, including: (1) grant application inquiry forms, (2) focus groups (not currently planned), (3) feedback surveys and interviews - specific results, success stories, and feedback; and (4) feedback surveys - general technical accessibility.

*C. Partnerships, Collaborations, & Participatory Governance*

    As the Region 3 grant administrator, GHHI will develop a comprehensive, participatory governance model built on partnerships and community insights. GHHI has secured letters of commitment from 17 different organizations, each of which will bring expertise and resources to multiple aspects of this model. This model has three primary components (Figure 3). The first component involves establishing a diverse Advisory Board, which will actively participate in every major decision and bring a broad range of perspectives to guide the organization's strategic direction. The second component will foster community engagement, facilitated by incorporating feedback



*Figure 3: Three thrusts of participatory governance*

from community members and organizations through various mechanisms, such as online response forms and poll questions during webinars. Using this feedback, GHHI will assess the ongoing effectiveness, impact, and relevance of funded initiatives. The third component is characterized by the commitment of GHHI's partners, who have agreed to allocate resources to enhance the initiative's outreach. These resources include staff time dedicated to expanding outreach in underserved areas. Through this tripartite participatory governance structure, GHHI

8

will ensure that its initiatives are not only community-informed but also responsive to the unique needs of the populations across Region 3.

The Advisory Board will provide oversight and governance while promoting environmental justice. Board members will also contribute their breadth of experience and networks to ensure optimal awareness among eligible entities throughout Region 3. GHHI proposes Jacqueline Patterson of the Chisolm Legacy Project and LaTricea Adams of Young, Gifted, & Green, formerly the Black Millennials 4 Flint, as Co-Chairs of the Advisory Board. They, or alternative leads, will be affirmed by the Advisory Board at its first meeting. In these roles, they will have a leadership position in helping to shape the Advisory Board's work, as well as provide feedback on the written description of responsibilities and duties of the Advisory Board in keeping with the Thriving Communities workplan and in relation to the project. The tentative mission of the Advisory Board will be to advance Justice 40 initiatives objectives and support the EPA's effort in building environmental justice capacity throughout Region 3, transforming underserved communities to thriving communities through high-quality grant services.

The board will meet monthly during the first six months to assist with the development of program policies and procedures, recruit additional members to the Advisory Board if needed, and help develop the initial RFA. Following the first six months, the board will meet quarterly. The Advisory Board will not have governing power or fiduciary responsibility over GHHI as an entity, but simply oversee the review processes for proposed awards and provide leadership over each stage of the process. The board will also assist GHHI with applicant outreach, as well as reviewing GHHI reports of subaward grantees survey feedback about GHHI's services.

The Advisory Board will be comprised of representatives from at least eleven organizations with deep knowledge of environmental justice and environmental health challenges. Advisory Board members are from high-performing, trusted environmental justice organizations from each of the states represented in Region 3 and Washington DC. The Advisory Board includes a representative from Virginia Humanities, a 501(c)3 organization founded in 1974 whose stated mission is to develop the civic, cultural, and intellectual life of the Commonwealth of Virginia, as a trusted representative to the tribal communities in Region 3, all of which are located in Virginia. In addition, the board will include representatives from NAACP and Chisolm Legacy Project to help GHHI and advisory members consider how the initiatives and investments contribute to efforts to combat and dismantle assumptions and policies that reflect structural racism. Thus far, 11 organizations have agreed to serve on the Advisory Board including Young, Gifted, & Green (previously Black Millennials 4 Flint), Chesapeake Bay Foundation, Chisolm Legacy Project, NAACP, New Ecology, Virginia Humanities, Invest Appalachia, United Parents Against Lead, Women for a Healthy Environment, Baltimore Housing Regional Partnership, and NAACP. Additional members may be recruited by GHHI and the board based on emerging needs and the nature of grant applicants and their proposals. GHHI has worked to ensure that Advisory Board member composition is reflective of the communities being served by Region 3 Thriving Communities. Table 3 elucidates the specific organizations and types of collaborations that GHHI will leverage to increase and expand expertise and resources through implementation of this program.

9

*Table 3: Partnerships Summary*

| Partner | Type of Organization | Type of Collaboration with GHHI | Expertise, contributions, & resources |
|---|---|---|---|
| Baltimore Housing Regional Partnership | Nonprofit Organization | Advisory Board | Housing, environmental justice, community engagement |
| Chesapeake Bay Foundation | Nonprofit Organization | Advisory Board | Conservation, natural resources, environmental justice, grantmaking, legal services, education campaigns |
| The Chisholm Legacy Project | Nonprofit Organization | Advisory Board | Climate justice and equity |
| Invest Appalachia | Nonprofit organization | Advisory Board | West Virginia environmental justice issues, Appalachian issues, community investment, climate |
| Latin American Community Center | Nonprofit organization | Advisory Board | Healthy homes, Latin community, Delaware issues, health equity |
| NAACP | Nonprofit Organization | Advisory Board | Racial justice, environmental justice, Maryland issues |
| New Ecology | Nonprofit organization | Advisory Board | Built environment, community development, resiliency, Delaware issues |
| United Parents Against Lead | Nonprofit organization | Advisory Board | Lead poisoning prevention, healthy homes, community engagement and outreach, Virginia issues |
| Virginia Humanities | Nonprofit Organization | Advisory Board | Tribal services, environmental justice |
| Women for a Healthy Environment | Nonprofit organization | Advisory Board | Environmental health, environmental justice, community engagement, education, Pennsylvania issues |
| Young, Gifted & Green (prev. Black Millennials 4 Flint) | Nonprofit Organization | Advisory Board | Lead poisoning prevention, environmental justice, community engagement and outreach |
| Children's National | Nonprofit organization | Technical Assistance, Reviewer | Environmental health analytics, public health data, health outcomes |
| Howard University | Minority Serving Institution | Technical Assistance, Reviewer | Environmental justice subject matter expertise, D.C. issues |
| Virginia Poverty Law Center | Nonprofit organization | Technical Assistance, Reviewer | Legal services, advocacy, education, policy, environmental justice, Virginia issues |
| Delaware State University | Minority Serving Institution | Technical Assistance, Reviewer | Environmental science, natural resources, Delaware issues |

D.  *Historical Connection to Underserved Communities*

GHHI has garnered extensive experience working in underserved communities throughout Region 3 both directly and in partnership with other organizations, including communities throughout Pennsylvania, Delaware, Maryland, Virginia, and Washington D.C. GHHI has also partnered with organizations reaching the Region 3 tribal communities and West Virginia including Invest Appalachia and Virginia Humanities.

**Maryland:** Having been founded in Maryland with the initial project work in Baltimore, GHHI has a long history of supporting underserved communities in this state. GHHI started in 1986 as a volunteer organization called Parents against Lead, formed by

10

EPA 000325

several parents whose children were severely poisoned by lead. The group conducted outreach with the community in Baltimore, educated policymakers, and launched education campaigns. Ruth Ann Norton joined the organization as the first paid employee in 1993 when the group became a 501(c)(3) named the Coalition to End Childhood Lead Poisoning (later renamed the Green & Health Homes Initiatives). The organization's efforts have helped achieve a 99% reduction in lead poisoning in Baltimore and Maryland. Through listening to the community, GHHI realized that addressing lead paint alone was not enough because other environmental hazards were also present in the same homes. As a result, the organization expanded to become one of the nation's first healthy homes programs in 1999, Safe at Home. Listening to the community again about the burden of high utility bills, the organization expanded its scope in 2009 to also include energy efficiency and weatherization improvements, formally launching the Green & Healthy Homes Initiative. GHHI swiftly established a holistic one-stop shop for lead hazard reduction, healthy homes, and weatherization repairs in Baltimore and throughout Maryland, serving over 30,000 clients. Today, GHHI collaborates with local agencies like the Baltimore City Department of Housing and Community Development to run the Leading Innovation for a Green and Healthy Tomorrow (LIGHT) Program. The LIGHT program screens clients to determine access to various resources, epitomizing the holistic approach to community intervention. GHHI also works with the Maryland Department of Health (MDH) on several environmental health education and direct service programs and has engaged with rural communities throughout Maryland.

*Pennsylvania:* GHHI has also supported underserved communities throughout Pennsylvania in both urban and rural areas. In Philadelphia, GHHI has collaborated with a variety of local partners, such as the Health Partners Plans and St. Christopher's Hospital for Children. One outcome of these collaborations was a feasibility study that identified Pay for Success (PFS) financing as a viable option to expand asthma home-visiting services. In another project, GHHI worked with the Energy Coordinating Agency (ECA), a provider of energy efficiency and weatherization services, to amplify asthma-specific services. The partnership, which included St. Christopher's Hospital for Children, established a joint process flow and referral plan, paving the way for a comprehensive program. The collaboration also enabled community health workers and home auditors to learn from each other's expertise through on-site shadowing sessions. GHHI also partnered with the National Nurse-led Care Consortium (NNCC) on a project to help NNCC's home visiting program build capacity around asthma-specific home assessment and self-management education for clients. Since becoming a GHHI site in 2012, Philadelphia has seen significant strides in health and housing initiatives. The City of Philadelphia Office of Housing and Community Development, along with several other local organizations, executed a GHHI Compact, leading to the establishment of the City of Philadelphia Lead and Healthy Homes Program and the passing of landmark legislation requiring lead certification in rental properties.

11

One of GHHI's standout collaborations in Pittsburgh was with UPMC, a health system that recognizes the significance of the home environment for members with severe asthma. GHHI worked with UPMC and the Allegheny County Health Department (ACHD) to establish an asthma home-visiting program for UPMC members who had been hospitalized due to asthma. ACHD's existing Safe and Healthy Homes Program (SHHP) was utilized, and GHHI coordinated these services with the asthma-focused efforts of UPMC case management teams. This collaboration led to the creation of a process flow, data management plan, and cost-benefit analysis, preparing the way for a pilot program in which UPMC members were referred to ACHD for home-visiting and assessment services. Based on the success of this pilot, UPMC is now considering scaling up and funding home-visiting services once the SHHP grant concludes.

GHHI has also made strides in rural Pennsylvania, specifically working with local partners in Schuylkill County to develop the Schuylkill Asthma Project, a pilot project aimed at providing comprehensive asthma care to children and adults in five Northern Schuylkill towns. This asthma program involved a range of interventions, from home-based asthma education and coordination with medical care providers to home environmental assessments and the remediation of asthma triggers. The partners included Regional Housing Legal Services, Schuylkill Community Action, Lehigh Valley Health Network, and MidPenn Legal Services, all working collaboratively to advance this initiative. GHHI worked with the partners to secure pilot funding through the USDA Housing Preservation Grant program.

GHHI has partnered with Penn Medicine Lancaster General Hospital to develop, operationalize and manage a groundbreaking $50 million investment in residential lead remediation (2,800 homes), healthy homes interventions, and equity-driven lead workforce development in coordination with other housing, health and energy initiatives in Lancaster County, PA. The project is focusing on ending lead poisoning in Lancaster County. The substantial funding commitment will set the standard for anchor healthcare institutions seeking to invest in housing as a means of improving the trajectory of young children and supporting economic opportunities in local communities.

***Washington DC:*** GHHI has been active in DC for over a dozen years, supporting DC residents through the Healthy Housing Collaborative that includes community-based organizations, government agencies, healthcare and insurance providers, housing services, legal services, policy advocacy groups, and financial institutions. Through a multi-year Department of Energy & Environment Lead Safe and Healthy Kids grant, GHHI has provided education, outreach, and training to build community capacity to respond to lead poisoning, increase knowledge about lead, and promote healthy homes. These initiatives have focused on district wards with the greatest disparities (Wards 4, 5, 7, 8) and has co-created community outreach tools to support DC's Two by Two law that requires all children be screened for lead exposure at both one and two years of age.  In support of DC's Healthy Housing Collaborative (HHC), GHHI has assisted in developing program strategy, design, implementation, and evaluation through the EPA-funded

12

National Initiative for Asthma Reimbursement. This program involved the IMPACT DC Asthma Clinic at the Children's National Medical Center, which identified children with asthma and referred them for both evidence-based asthma home-visiting services and a healthy housing remediation program (administered by Yachad's a local nonprofit) for an environmental home assessment and remediation of asthma triggers. Recently, GHHI completed a comprehensive healthy housing Asset & Gap Analysis with support from a CDC National Center for Environmental Health grant. This analysis resulted in recommendations to the HHC and the National Leadership Academy for the Public's Health's DC Cohort on how to best develop a just, unified, resident-centered, and sustainable Healthy Homes Program for DC. In support of that analysis and during the development of the HHC's three-year strategic plan, GHHI conducted community listening sessions and surveys and trained community representatives on how to most effectively engage neighbors and validate the plans through lived experiences.

*Virginia:* GHHI works in both rural and urban underserved communities in the State of Virginia, including collaborating with the local partner organization Richmond Childhood Asthma Collaborative to help align service delivery models and identify sustainable funding sources for asthma services in the region.  In partnership with Richmond Mayor Stoney, GHHI launched a site that implemented a holistic model to address housing-related environmental issues including lead paint, asthma triggers, fall and injury hazards, and poor energy efficiency. As part of the CNCS Pay for Success Project Development program, GHHI provided $50K in subgrants to Richmond City Health District to advance asthma pay for success work, as well as provide pro bono technical assistance to local stakeholders. In Roanoke, GHHI partnered with the City's Office of Sustainability to perform an asset and gap analysis in preparation for their HUD Healthy Homes Production grant. The report identified strengths to build on and gaps to address to ensure that local programs could maximize alignment of services and explore ways to sustainably fund their services.

**Delaware:** Since 1996, GHHI has served as a technical advisor to the State of Delaware Division of Public Health (DPH) in developing community-based solutions to lead poisoning prevention and healthy homes issues. GHHI advised on four Housing and Urban Development (HUD) Lead Hazard Control Grants that created lead outreach, lead inspection, and lead hazard remediation programs serving low-income Hispanic and African American communities in Wilmington and the rural, low-income counites in eastern Delaware. GHHI developed community capacity by training local community-based subgrantee organizations, such as the Latin American Community Center and First State Community Action Agency, to operate multi-million dollar programs. GHHI also helped to bring together public health agencies, community organizations, rental property owners, homeowner associations, and lead contractors to implement comprehensive lead prevention programs.

**West Virginia:** GHHI takes an approach of building partnerships based on authentic engagement and deep impact that finds common value in the ability to make tangible and lasting impact. While GHHI has worked in West Virginia periodically over the last 30

13

years, we will rely on Advisory Board member Invest Appalachia who has a broad network within West Virigina which includes a Community Advisory Council in West Virigina, grassroots nonprofits, and community development partners. The chair of Invest Appalachia's Board is Stephanie Tyree, Executive Director of the West Virginia Community Development Hub.

**Tribal lands including Region 3 Tribal Communities***: GHHI has a variety of experiences supporting projects, education, and training in Tribal Communities. On behalf of the National Environmental Health Association for Lead Poisoning Prevention, GHHI serves as the Advisor to Tribal Communities nationwide. GHHI has provided education and outreach support directly to the Mississippi Band of Choctaw Indians and the Crow Nation in Montana. In the past, GHHI also served as the Healthy Homes Advisor for both the Spirit Lake Tribe in Devils Lake, North Dakota and the Cowlitz Tribe in Washington State, under contracts with the CDC and HUD. Currently, GHHI is harnessing its experience to support the US Department of Health and Human Services Region 8, serving as their Healthy Homes Training partner.

Within Region 3 Tribal Communities, GHHI will draw on an established partnership with Virginia Humanities to support the Region 3 Tribal lands. Virginia Humanities coordinates several educational and community-based initiatives to identify support Virginia's Native communities. Virginia Humanities has offered dedicated programming in all of the Region 3 tribal communities for over 15 years, producing radio shows, podcasts, books, and events that highlight Native American's rich history in the region. The coordinator for the Virginia Indian Programs, Savannah Barber, will serve on the Advisory Board to aid in dialogue and collaboration with the Region 3 Tribes.

E.  *Noncompetitive Fixed Amount Subawards and Limiting the number of subawards to a single entity*

    During the period of outreach to interested stakeholders about this opportunity (months two through thirteen), GHHI and the Advisory Board will engage local organizations to learn about the efforts they want to address in their community as well as the capacity of these organizations to participate in any of the three phases of the subawards. GHHI and the Board will establish criteria around organizational capacity and the ability to achieve a concrete result with $75,000 when exploring the potential awardees of this funding, initiating discussions with interested parties and collecting information to help make future decisions. Potential achievable activities could include conducting education campaigns, partnering with environmental experts to conduct rapid assessments of identified environmental hazards, or formulating an action plan for the community. The Advisory Board with support from GHHI will review and select all the $75,000 awards. Once selected, GHHI will conduct a risk analysis to finalize an award agreement while staff works with the awardee to design a project plan and funding disbursement that meets the needs and limited capacity of the community-based organization.

14

F.   *Project Linkages*

As an awardee, GHHI will ensure that the implementation of the Environmental Justice Thriving Communities program advances Strategic Plan Goal 2 (Take Decisive Action to Advance Environmental Justice and Civil Rights), Objective 2.1, (Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels). GHHI's implementation strategy aligns with these performance goals as articulated in Table 4.

*Table 4: Project Linkages with Strategic Plan Goal 2*

| Objective 2.1 goals | Ways in which GHHI can contribute |
|---|---|
| All EPA programs that seek feedback and comment from the public will provide capacity-building resources to communities with environmental justice concerns to support their ability to meaningfully engage and provide useful feedback to those programs. | • Through direct outreach, in-person meetings throughout the region, and networks of partnerships with an extensive communication plan, proactively identify organizations that qualify for $75k as severely constrained organizations.<br>• Allow for community feedback throughout the project timeline through FAQ resources, community feedback polls, and Advisory Board input. Polls will comply with HSR and PRA. |
| Include commitments to address disproportionate impacts in all written agreements between EPA and Tribes and states (e.g., grant work plans) implementing delegated authorities. | • Work with the EPA on all subawards to Tribes and states to address disproportionate impacts in written agreements |
| EPA programs with direct implementation authority will take at least 100 significant actions that will result in measurable improvements in Indian country. | • Hold specific outreach events for Tribes<br>• Provide one-on-one feedback to all applications from Tribes<br>• Dedicate staff support to Tribal outreach |
| All state recipients of EPA financial assistance will have foundational civil rights programs in place. | • Ensure compliance with state recipients |
| Increase by 40% the number of Office of Research and Development activities related to environmental justice that involve or are applicable to Tribes, states, territories, local governments, and communities | • Support the Office of Research and Development (ORD) activities related to environmental justice by making available, upon request, subrecipient project details. GHHI will utilize its data and subrecipient information to support ORD's work in Region 3. |

## 2.  **Project Activities**

A.  *Schedule of Activities*

In addition to the supplemental attachment GANTT chart, Table 5 provides a summary of key activities over the three-year project period.

*Table 5: Summary of Schedule of Activities*

15



EPA 000331



### B. Budget Narrative Summary

The following budget narrative breaks down all costs associated with each aspect of the operation. All contracting, procurement, expenditures and payments will be conducted in accordance with the requirements of 2 CFR 200. All personnel listed in Personnel section are full-time GHHI employees (W-2 employees). The Project Director, Ruth Ann Norton, will provide oversight for the project. The Project Manager-Executive Vice President of Thriving Communities, Candace Dodson-Reed, will supervise the daily operations of project activities. The CFO will be responsible for overseeing all financial reporting and financial systems for Thriving Communities. Senior Accountant Evan Bryant will handle draw down requests and disbursements to EPA and from subgrantees. SVP, National Programs, Michael McKnight, will manage the oversight of the external technical assistance providers. The assessment of project

17

outputs and outcomes will be managed by VP, Data, Evaluation, and Learning Annie Summers. Data & Evaluation Manager Isabel Shargo will support subawardee evaluation activities. VP, Communications Beth Bingham and Sr Communications Associate Sade McCoy will support the outreach efforts to potential applicants and communication to subawardees. Compliance Officer Kevin Chan will manage compliance for subawardees from the award to the successful completion of grant activities. The Senior Program Officer for Strategic Operations will support Program Officers working with subgrantees. Senior VP of Contracts and Technical Assistance Wes Stewart will review contract templates and serve as SME for environmental issues. The Program Administration Coordinator will provide administrative and coordination support for the Region 3 TCGM team. Grants Manager Terri Gittings will support implementation of grant management software, and ensure coordination of activities between GHHI's grant management and reporting office to the EPA. The total cost for personnel involved in the project is estimated to be $3,994,606. Fringe benefits for staff personnel are calculated at 22% of the base salary, with a total cost of $878,813.

The travel budget accounts for staff members attending meetings and site visits for subawardees, costing a total of $278,955. Supplies, including computers, workstations, VOIP phone/IT systems, project software, communications platforms, banners and office supplies are estimated to cost $66,883. Contractual costs for grant application and project management software, website services, audit and accounting, and catering costs total $337,056. The project will employ the services of Howard University, Children's National Hospital, an 11-member Advisory Board and Technical Assistance providers resulting in total Other direct costs of $1,166,604. Finally, indirect charges, calculated at GHHI's federally-approved Indirect Rate of 20%, will be applied to the direct costs excluding subaward costs over the first $25,000. Indirect costs are estimated to be $1,277,083. The total estimated budget for workplan 1 of this project, accounting for all these factors, is $8,000,000.00.

### i. Personnel

Project Director, Ruth Ann Norton, President & CEO, will be responsible for Program Design, partner relations including the functions of the Advisory Board and Strategic execution of policy and governance: 1,248 hours at $176.82 per hour for a total cost of $220,671.

Project Manager-Executive Vice President of Thriving Communities: Candace Dodson Reed, will manage the Daily Operations of the Overarching Program: 6,240 hours at $112.50 per hour for a total cost of $702,000.

Senior Vice President, National Programs Michael McKnight, will manage the oversight of the Technical Assistance providers. 2,402 hours, at $100.00 per hour for a total cost of $240,200.

CFO will be responsible for financial reporting and financial systems for Region 3 TCGM 624 hours at $121.95 per hour for a total cost of $76,097.

Senior Accountant, Evan Bryant, EPA Grants Receivables and Billing manager. 6,240 hours at $50.48 per hour for a total cost of $314,995.

Compliance Officer, Kevin Chan, Manage the Threshold Review and Grants Review Process with the GHHI Grants management office, and manage the monitoring, grant reporting and compliance, grant activities, provide program support, and ensure requirements are met for compliance. 6,240 hours at $60.00 per hour for a total cost of $374,400.

18

Senior Program Officer for Strategic Operations, The Senior Program Officer position will provide technical assistance, monitor grant activities, provide program support, and ensure requirements are met for compliance. 6,240 hours at $62.50 per hour for a total cost of $390,000.

Program Officers (4), TBH. Subgrant awardees will be assigned to a Program Officer upon award to monitor grant activities, provide program support, and ensure requirements are met for compliance. 23,920 hours at $42.50 per hour for a total cost of $1,016,600.

Vice President, Communications, Beth Bingham will support outreach efforts to promote and advertise the subgrant competition digitally and through printed materials, and will document and disseminate Program Communications and Case Studies. 660 hours at $68.27 per hour for a total cost of $45,058.

Senior Communications Associate, Sade McKoy, providing project materials design and development, digital social media promotion and communications. 600 hours at $43.07 per hour for a total cost of $25,842.

Senior VP Contract and Technical Assistance, Wesley Stewart, will serve as SME and trainer for lead poisoning prevention, healthy homes, indoor air quality, outdoor air quality, and clean water. 539 hours at $88.94 per hour for a total cost of $47,939.

Vice President of Data, Evaluation & Learning, Annie Summers, will manage the assessment of project outputs and outcomes. 1,400 hours at $68.76 per hour for a total cost of $96,264.

Data & Evaluation Manager, Isabel Shargo, will support subgrantees evaluation and data collection activities. 2,158 hours at $46.00 per hour for a total cost of $99,268.

Grants Manager, Terri Gittings, will support the implementation of the grants management software, and ensure coordination of activities between GHHI's Grants Management/Reporting Office and the Thriving Communities Program and will manage the process for GHHI's Reports to the EPA and compliance therein. 2,162.81 hours at $47.12 per hour for a total cost of $101,912.

Program Administration Coordinator will handle scheduling, travel and event coordination, Field and manage incoming communication and inquiries, handle the administration of surveys and general program communications internally and externally as well as general administrative support. 6,240 hours at $39.00 per hour for a total cost of $243,360.

Total Personnel cost is $3,994,606.

### ii.  Fringe Benefits

Fringe Benefits for staff include: health insurance, health reimbursement accounts, workers compensation, 403B retirement plan & matching contributions, life insurance, long-term/short-term disability, and an employee assistance program. The fringe benefit rate is 22%.

The total fringe benefits cost is $878,813.

### iii.  Travel

GHHI Personnel Travel-Outreach: Two GHHI staff persons will travel to in-person outreach events across Region 3 to promote the competition and engage severely constrained agencies. GHHI will host 30 in-person outreach events in Region 3 states to promote the competition and engage severely constrained agencies. All FRTs are located in Virginia. GHHI will extend travel time in Virginia. GHHI estimates travel costs to be $564.25 each for 60 roundtrips for a total cost of $33,855. GSA rates used.

19

GHHI Personnel Travel: GHHI estimates 258 monitoring site visits, attending Advisory Board meetings, partnership convenings, meetings with EPA Regional and National staff, and other meetings required to support the operation of the Project throughout EPA Region 3. Costs for these trips are estimated to be $950 each for a total cost of $245,100. Total travel costs are estimated to be $278,955 for workplan 1. GSA rates used.

**iv.  *Equipment*** None

**v.  *Supplies***

Computers and Peripherals: GHHI will purchase 10 staff computer workstations for project staff. 10 computers and peripherals for TCGM grant specific GHHI personnel on the project @$3,000 per workstation totaling $30,000.

Physical Telephones & Peripherals: For TCGM grant-specific GHHI personnel; 10 phone lines will be dedicated for 10 new staff to be hired specifically to work on these grant activities (Project Manager, Senior Accountant, Compliance Officer, Senior Program Officer, Program Officers x4, Program Administration Coordinator, and TCGM Project mainline). 10 phones @$190 per new phone totaling $1,900.

Project Management Software: Project management software, which includes Monday.com, DocuSign, and Adobe Creative, are estimated to be $493.98 per month for 36 months for a total cost of $17,783.

Communication Platforms: Communication platforms for marketing and outreach, including Zoom, Hootsuite, Constant Contact, OnBoard and You Tube are estimated to cost $410.78 per month for 36 months for a total cost of $14,788.

Retractable Banners: For the outreach events (near sign-in table, podium) and will contain information on how to contact GHHI/the TCGM Program (website, phone number, and/or email) and potentially a QR code. Will be designed by GHHI personnel. Design to be approved by EPA. 2 banners @$300.50 per banner totaling $601.

Office Supplies - Folders: For participants to be able to hold all materials collected at the outreach event and to help organize for them any notes, application materials, or related materials. Materials may include information about the grants, list of the Advisory Board Members, Core TA providers, and application information. Will be designed by GHHI personnel. Design to be approved by EPA. 1,575 branded folders for outreach events @1.15 per folder totaling $1,811. Supplies cost totals $66,883.

20

vi. *Contractual*

Grant Application & Management Software: Grant Application and management software provider(s) for the planning and implementation of the EPA EJ TCGM grant competition including: outreach support, application portal access, scoring tool access, award decision communication, and reporting collection. (Via Procurement Rules and in accordance with the requirements 2 CFR 200 regulations) - GivingData, Neighborly or Just Fund). These costs are estimated to be $224,754 for 3 years.

Other: Unique Landing Page(s) on Already Established GHHI Website: Creation of landing page(s) on GHHI's existing website (with existing vendor) dedicated to the Thriving Communities Grant Project with multi-media functionality. 1 website landing page creation at $6,500 totaling $6,500.

Audit costs: Annual direct audit costs related to TCGM of $15,000 per year for three years totaling $45,000.

Accounting costs: Contractual Controller costs are $1,250 for 36 months for total cost of $45,000.

Catering - Meeting Hosting Expense for Multi-Hour Launch Event: Catering costs for food and non-alcoholic beverages provided during the event. 50 attendees are good faith estimate at $50.00 per person totaling $2,500.

Catering - Meeting Hosting Expense for Outreach Events: Catering costs for food & non-alcoholic beverages provided during the 30 Outreach Events at $400 per event totaling $12,000. 75 attendees per event is good faith estimate.

Catering – Meeting Hosting Expense for Partnership Meetings: Catering costs for food & non-alcoholic beverages provided during the 2 events. 2 events at $651 per Partnership meeting totaling $1,302.

Contractual costs total $337,056.

vii. *Other Direct Costs (including subawards):*

Participant Support Costs: Advisory Board - An eleven-member Advisory Board (Chisholm Legacy Foundation, NAACP Maryland, Black Millennials 4 Flint, Invest Appalachia, Women for a Healthy Environment, New Ecology, United Parents Against Lead, Chesapeake Bay Foundation, and Virginia Humanities) will support and provide direction on the entire grantmaking process to ensure maximum outreach to applicants, and a fair, just, impactful process that builds capacity throughout Region 3, effectively and efficiently. Stipend pay at $91.95 per hour for total estimated hours of 536 hours per member and 5,896 total hours for all members X 11 members = total cost of $542,137. Stipends of $49,285 per Advisory Board member will be paid in quarterly installments at $4,107.08 per quarter following the receipt of quarterly invoices.

Subaward: Children's National Hospital - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to conduct outreach and promote EPA's TC Program awareness and

21

support applicant outreach. Subaward amount calculated at $91.95 per hour, based on best estimate of number of hours to fulfill activities. Total cost of $109,000 = 54.50% X $200,000.

Subaward: Howard University - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Total cost of $172,500 = $300,000 X 57.50%.

Subaward: Virginia Poverty Law Center - Will support outreach as well as project implementation. Will also provide technical assistance. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Total cost of $78,000 = $78,000 X 100%.

Subaward: Delaware State University - Will support outreach as well as project implementation. Will also provide technical assistance. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfill activities Total cost of $78,000 = $78,000 X 100%.

Participant Support Costs: Travel Costs for Statutory Partners for two joint Advisory Board & Core TA Partnership organizations Meetings in Baltimore. Average cost of $9,500 per meeting. Total cost of $19,000 = $9,500 X 2. GSA rates used.

Other: Translation Service-Language Line: Translation services are billed on use per hour on an existing service, ad hoc as needed basis with an external vendor and will be used by GHHI with Region 3 community organizations that are Spanish speaking only or with other LEP populations where translation services are needed. With an estimated 100 hours of translation language line services at a rate of $40.00 per hour for a total of $4,000.

Other: Printed Materials for Outreach Events for Grant Program: Printing of brochures, guides, application materials, FAQs and other printed materials. 9,750 printed materials items at cost of $1.65 per item = $16,088.

Other: Social Media Promotions for Outreach Events/RFA Applications: 30 promotions to correspond to 30 outreach events, 20 general promotions about the grant opportunities. 50 promotions @$70.00 per = $3,500 total costs.

Other: Meeting Hosting Expenses for Outreach Events-Facility Rental for grant-specific activities for 30 outreach events @$600.00 per = $18,000.

Other: Meeting Hosting Expenses for Outreach Events-Magnets: for quick community reference on how to contact GHHI/TCGM staff for more information about the grant opportunities. Will be designed by GHHI personnel. Magnet design to be approved by the EPA. 1,500 magnets at $0.75 per totaling $1,125.

Other: Meeting Hosting Expenses for Outreach Events-Postage: Postage to send ahead materials to 30 outreach events. Estimate by USPS media mail. Postage for 30 events @$20.00 per totaling $600.

Other: Telecommunications: Specific to TCGM grant project related telecommunications expenses for TCGM project staff, project services, and costs to existing contracts as a result of

the TCGM project. Average per month. 36 months @$811.28 average per month totaling $29,206.

Other: Information Technology Support and IT Security: Specific to TCGM Project, specifically related to the grants program, and the security related to fiduciary responsibilities and any sensitive materials related to the grants and application process. Average per month. Specific grant related technology and security expenses for project staff, project services and costs to existing contracts. 36 months @$1,538.00 per month totaling $55,368.

Other: WiFi for Advisory Board and Core TA Partner Meetings. Wifi is an anticipated need based on donated facilities for the meetings. 2 meetings at $250.00 per meeting totaling $500.

Other: Multi-Hour Launch Event Facility Rental: Rental facility costs for grant specific activities only. Launch event at $10,000 for one event.

Other: Grant Specific Insurance: Errors & Omissions and General Liability Insurance augmentation due to EPA TCGM resulting in increased costs for GHHI. Increased insurance coverage costs totaling $29,580 over the grant period.

Other Costs $1,166,604.

### viii. Indirect Charges

GHHI Indirect (Excluding Subawards): GHHI's Direct Costs for non-Subaward direct costs are $6,285,417 times indirect cost rate of 20.0% totaling $1,257,083.

GHHI Indirect (Subawards only): 175 Subawards X $25,000 for Modified Total Direct Cost total of $100,000 (for first $25,000 in direct costs per subawardee) times indirect cost rate of 20.0% totaling $20,000.

Total indirect costs are $1,277,083. GHHI's federally-approved Indirect Cost Rate for this grant is 20%.

Total Direct Costs (including subawards) = $6,722,917.

**Total Estimated Budget Costs for Workplan 1:** $8,000,000.

## 3.  Environmental Justice Results – Outputs, Outcomes, and Performance Measurement Plan

### A.  Outputs

*Table 6: Output Summary*

| Category | Outputs |
|---|---|
| Outreach & Communication | • Number of partner networks distributing RFA announcements <br> • Number of webinar and conference call participants <br> • Number of attendees at outreach events <br> • Number of (or hours of) office hours held to support potential applicants |
| RFA process | • Number of applications received annually, by phase <br> • Number of applications that pass initial screening annually, by phase <br> • Number of applications that are reviewed annually, by phase <br> • Number of subgrants awarded |

23

| | |
|---|---|
| | • Number of subgrants state, geography (e.g., remote & rural areas), issue area, by phase<br>• Number of debrief reports provided to unsuccessful applicants<br>• Number of debrief meetings held with unsuccessful applicants |
| Participatory Governance | • Number of surveys completed related to efficiency and effectiveness of RFA process (completed by applicants and potential applicants). Surveys will comply with HSR and PRA.<br>• Number of changes made to subaward program based on applicant feedback<br>• Number of Advisory Board meetings<br>• Engagement and contributions of committed partners, in terms of in-kind staff time and resources provided |
| Grant management process | • Number of applicants submitted<br>• Number of subgrants awarded<br>    o Number of subgrants by state and issue area, by phase<br>• Number of surveys completed related to efficiency and effectiveness of subaward program (completed by awardees)<br>• Number of changes made to subaward program based on subrecipient feedback<br>• Time-to-award for initial subaward disbursements, with the goal of four months<br>• Time-to-disburse for other subaward disbursements (quarterly) following receipt of an invoice, with the goal of 10 business days<br>• Number of desk- and onsite-reviews conducted to review subaward compliance |

Outputs listed above are categorized by outreach & communication, RFA process, participatory governance, and grant management process. Each workstream will aid in producing clarity in output data collection and monitoring; a critical component to ensuring equity, efficiency and thorough oversight or processes.


## B. Outcomes

*Table 7: Short, Intermediate, and Long-Term Outcomes*

| Short-term | Intermediate | Long-term |
|---|---|---|
| • Number of short-term outcomes set by subrecipients, by phase | • Number of intermediate-term outcomes set by subrecipients, by phase | • Number of long-term outcomes set by subrecipients, by phase |

    The above outcome table serves as a starting point for measuring the outcomes of the Region 3 EJ TCGM program. These outcomes do not include the substantial variety and depth of short, intermediate, and long-term outcomes that will be produced through project implementation by all the subrecipients. To support applicants, GHHI will create an Outcomes Measurement Workbook which will provide example outcomes by project type. GHHI will work with subrecipients to ensure each applicant has a clear vision and assessment plan for both outputs and outcomes generated from their project work. GHHI frequently assists organizations in devising their evaluation plans and fostering a sustainable path forward for these organizations, often helping to formulate a logic model and theory of change, crucial elements to an assessment plan. This kind of strategic guidance will be extended to all subrecipients of this project. In the past, we have indicated in our Notices of Funding Availability (NOFAs) or Requests for Proposals (RFPs) a requirement for a logic model, typically focused on specific areas like asthma or healthy homes. In this case, since the depth and breadth of applicants will only be known once the process begins, we will be flexible in accommodating and suggesting a variety of theory of change frameworks to guide output and outcome generation. Once an

EPA 000339

award has been granted, GHHI will provide a template with metrics and guide them in choosing the most relevant ones for their specific needs. This collaborative process ensures that the selected metrics accurately reflect the unique needs and goals of each organization. As the depth and breadth of projects is more fully realized, GHHI will broaden the list of metrics as a part of this overarching process.

*C. Performance Measurement Plan*

As outlined in Table 6 and Table 7, GHHI has clear performance measures for the effectiveness of the outreach strategy, the inclusivity of its participatory governance structure, and the impact of the subaward process itself. The stakeholder Advisory Board will biannually review this performance measurement plan to allow for additional metrics or changes based on the evolving needs of the community.

GHHI will institute a systematic process to track the 'time to award' to enhance efficiency in the subaward process. As part of this process, GHHI will record the receipt date of each application and whether it's received via e-mail, the digital platform, or traditional mail to accommodate applicants without internet access. GHHI commits to completing an initial screening review within 15 days, promptly notifying applicants who do not meet the threshold criteria. An in-depth evaluation of the application will then be conducted within 45 days. For applications deemed eligible for awards, GHHI has the ability to carry out a risk analysis and finalize a subaward agreement within two months. Thus, the overall timeline from application submission to the award agreement will be no longer than four months. GHHI will track critical milestones such as submission dates, threshold criteria checks, evaluations, and subaward agreement execution to monitor adherence to the four-month timeline. In partnership with the finance and accounting team, GHHI will also document disbursement dates, tracking 'time-to-award' across the subaward portfolio from invoice to quarterly disbursements. GHHI aims to conduct this process within no more than ten business days.

## 4. **Programmatic Capability**

A. *Organizational Experience*

GHHI is a renowned national leader on environmental issues, setting the benchmark for providing transformative technical assistance to create strong community partnerships, forge standards-based comprehensive environmental health programs, leverage sustainable financing, and establish innovative payment methods to fund these programs. GHHI has 27 years of experience in successfully imparting healthy housing technical guidance to over 75 cities, counties, and states. This has included the development, implementation, and assessment of programs and policies designed to shield children from devastating environmental health conditions including asthma and lead poisoning, triggered by socio-economic factors like substandard housing and inadequate access to quality care. For over a decade, GHHI has offered indispensable technical support to 44 groundbreaking environmental health partnerships spanning 38 jurisdictions across the nation, many of which were an integral part of the National Initiative for Asthma Reimbursement (2017-2021), funded by the EPA Indoor Environment Division. Other funders of GHHI's work include the Corporation for National and Community Service (CNCS), Robert Wood Johnson Foundation, the JPB

25

Foundation, the Episcopal Health Foundation, the Annie E Casey Foundation, the Weinberg Foundation, the US Department of Housing and Urban Development, and the US Centers for Disease Control and Prevention.

With the unique perspective drawn from serving over 32,000 low-income clients and managing the completion of more than 6,000 housing interventions in low-income homes, GHHI offers unparalleled insights and lessons to local organizations looking to address environmental injustices in their community. In 2009, leveraging extensive experience in operating direct service programs and delivering technical assistance nationally, GHHI pioneered a groundbreaking national model that seamlessly integrates health, safety, housing, and energy efficiency. This initiative was backed by partners such as the CDC, HUD, and the Council on Foundations. A testament to its success, GHHI's model has been embraced by 33 jurisdictions to unite public and private partners in a mission to coordinate health and housing services to those in need and identify innovative funding sources to scale effective initiatives.

GHHI has funded or managed over $130 million dollars in federal, state, or Tribal subaward programs utilizing 1500 local subgrantees and subcontractors. GHHI was responsible for creating the infrastructure to solicit and manage subaward processes, developing review criteria, financial drawdowns, technical assistance, and compliance reporting.  GHHI has also served in the role of grantmaker for many of these programs as well, assessing capacity and selecting and managing subaward recipients. Specific examples are provided in Table 8 below.

*Table 8: Organizational Experience with Past Programs of Relevance*

| Funding Source | Funding Amount | Year | Role of Grantmaker | RFP Management | Results |
|---|---|---|---|---|---|
| Lancaster General Hospital / U Penn Medicine | $50,000,000 | 2021-2030 | ✓ | ✓ | As part of a ten-year program to provide funding to 18 organizations to reduce lead and healthy homes hazards in PA, GHHI has managed $4,800,000 to date in subcontracts. |
| The JPB Foundation | $6,400,000 | 2018-2023 | ✓ | ✓ | Lead Catalytic Subgrants to 20 GROs and CBOs to conduct lead poisoning prevention initiatives in their communities. Subgrants as well to support $4.75m asthma environmental program. TA support provided by GHHI to the orgs. |
| Blue Cross Blue Shield of North Carolina | $1,378,168 | 2022-2023 | ✓ | ✓ | Delivered fall prevention services for at-risk members of selected Blue Cross Blue Shield of North Carolina health insurance products |
| ProMedica Project | $1,725,000 | 2022 | ✓ | ✓ | Advance whole home repair models in multiple cities |
| Jones Day Foundation | $300,000 | 2022 | ✓ | ✓ | Overall, as part of Detroit Home Repair Fund, DHRF partners have spent over $1M in home repairs. |
| Helion CHR | $500,000 | 2022 | ✓ | ✓ | Advance whole home repair models in Philadelphia and Pittsburgh |

26

| Barra Foundation | $300,000 | 2022 | ✓ | ✓ | Advance whole home repair model in Philadelphia |
|---|---|---|---|---|---|
| ProMedica | $425,000 | 2022 | ✓ | ✓ | Advance whole home repair model in Detroit |
| CNCS Pay for Success Feasibility | $1,011,000 | 2014 | | ✓ | Provided pro bono technical assistance to 44 local sites to advance Pay for Success feasibility studies. |
| CNCS Pay for Success Development | $1,770,000 | 2016 | ✓ | ✓ | Grand Rapids project led to direct funding to pay for asthma home repair pilot. Memphis project led to partial reimbursement for asthma services. Springfield project led to $500k grant funding for home-based asthma program. |
| RWJF Pay for Success Feasibility | $1,800,000 | 2015 | | ✓ | Conducted five Pay for Success feasibility studies. Four of the five launched environmental pilots. |
| RWJF Pay for Success Development | $1,709,200 | 2018 | ✓ | ✓ | New York City project led to successful launch of $4.75M Pay for Success Project |
| EPA Asthma Initiative | $579,000 | 2018-2020 | | ✓ | Provided pro bono technical assistance to local sites to develop home-based asthma programs. |

B. *Staff Experience*

**Ruth Ann Norton**, President and CEO, is the chief strategist and project director for GHHI's federal grants, technical assistance services, and public policy programs and will provide executive oversight of the project, as well as advise on policy and reimbursement strategies. She broadened the organization's mission by designing the GHHI comprehensive model in 2009 in partnership with HUD and CDC built on a framework of cross-sector collaboration that integrates lead hazard reduction, healthy homes and energy efficiency interventions. One of the nation's leading experts on healthy housing, Ms. Norton is the organization's lead consultant to 45 US Cities, States and health plans and has served as senior advisor or manager on more than 60 HUD Lead and Healthy Homes grants and private sector funded grant programs nationally with an aggregate value of over $500 million. She has been the Project Director for 9 GHHI EPA outreach, environmental justice and technical assistance grants and 7 GHHI HUD Healthy Homes funded Healthy Homes Production Grants and LEAP Grants totaling over $11,500,000 as well as numerous CDC and state government grants. The architect of Maryland's 99% reduction in childhood lead poisoning, Ms. Norton has authored 49 pieces of adopted state and Baltimore City lead, healthy homes and energy efficiency legislation, helped craft federal policy initiatives and has led the groundbreaking work on advancing the role of Medicaid, Hospital Community Benefits and the health, education, energy, and philanthropic sectors in supporting the advancement of healthy housing in our nation's lowest income neighborhoods. She has directly managed over $120,000,000 for GHHI's programs, all of which have been successfully audited under A-133 standards. Ms. Norton currently serves on a variety of councils and committees including the EPA Children's Health Protection Advisory Committee

27

EPA 000342

(CHPAC), the National Leadership Academy for the Public's Health (NLAPH), the National Council of State Housing Agencies' National Advisory Group and the Ohio Asthma Council.

**Candace Dodson Reed,** Senior Vice President for Thriving Communities, will be responsible for the Daily Operations of the Overarching Program and Strategies Implementation and Execution. Ms. Dodson-Reed is an experienced executive with a 20 plus year successful career in the public, education, and nonprofit sectors. Skilled in media relations, grassroots organizing, government relations, crisis communications, inclusion and equity work, public policy and community/public affairs, Candace currently serves as the Chief of Staff and Executive Director of the Office of Equity and Inclusion at the University of Maryland Baltimore County (UMBC). Prior to her appointment in 2018, she was the AVP of Communications and Public Affairs at UMBC, a Vice President at the Greater Baltimore Committee and, for almost eight years, served as the Deputy Chief of Staff/ Director of Constituent and Community Affairs for Howard County Government.

**Michael McKnight**, Senior Vice President of National Programs, will manage technical assistance support to subrecipients. Mr. McKnight has provided technical assistance on health policy and integrating healthy homes services with clinical care, and has overseen data analysis, cost benefit analysis, and the delivery of capacity building support for asthma programs. Mr. McKnight also has extensive experience analyzing policies that impact payment models and reimbursement of environmental services by healthcare. Mr. McKnight has presented to EPA regional staff on opportunities for reimbursement for asthma services and has been a speaker at EPA-HUD conferences in New York and Atlanta on financing environmental services. He served on the working group for the EPA-supported Asthma Care Coverage initiative with the ALA. He has been manager of the $579,000 2017 EPA Indoor Environments grant, as well as $1.77 million Cooperative Agreement from the Corporation for National & Community Service.

**Wes Stewart**, Esq., Senior Advisor, is a senior advisor at GHHI providing technical assistance to jurisdictions and healthcare systems on integrated lead hazard reduction, healthy homes and energy efficiency programs.  Mr. Stewart provides national technical assistance on lead poisoning prevention and healthy homes program design, management, implementation and community capacity building to HUD Grantee Programs, GHHI partner sites, community and grass roots organizations, and local housing departments and public housing agencies. He has served as the regulatory affairs expert and chief training provider on the implementation of multiple HUD, EPA, DOE and CDC grant programs and federal program protocols. An attorney, Mr. Stewart provides trainings extensively throughout the United States on environmental health such as lead poisoning prevention and healthy homes program design, and the integration of health, energy and housing. Mr. Stewart has served as Program Director or Manager on five EPA grants, seven HUD-funded Lead Elimination Action Programs (LEAP) and Healthy Homes Grant Programs, DOE WAP and state weatherization and energy efficiency programs, and housing, family advocacy and legal services programs in Maryland.

EPA 000343

C. *Expenditure of Awarded Grant Funds*

GHHI has in place multiple internal controls and accounting practices to ensure sound fiscal management of the EPA EJ Thriving Communities Grant. GHHI utilizes a purchase order process and Quickbooks accounting software to track revenues and expenditures by separate accounts. An EPA EJ Thriving Communities grant account will be maintained to ensure that the expenditures are allowable and on track. Grant funded payments will be made to all subgrantees and vendors following the receipt of valid invoices, documentation for expenses, applicable program reports and approval by the Project Manager that the costs are allowable and in compliance with EPA grant requirements and any subgrantee agreement terms. GHHI's Finance Department will provide monthly income statements that itemize expenses and will also prepare the quarterly financial reports and monthly invoices for the EPA. GHHI has safeguards in place to prevent co-mingling of funds as every GHHI grant or contract is assigned a separate department number to ensure that revenue and expenditures are tracked separately. GHHI has been certified by the Maryland Association of Nonprofits as a Standards of Excellence organization and maintains high standards for program management operations. GHHI has successfully managed over $130,000,000 in public and private grant and contract funds and has a 26-year history of excellent A-133 audits with no findings. GHHI will complete all EPA grant reporting requirements including grant progress reports, annual performance reports, financial reports, data reports, and final narrative and financial reports. All contracting, procurement, expenditures and payments will be conducted in accordance with the requirements of 2 CFR 200.

## 5. **Past Performance**

Indicative of past success, GHHI has served both as a project implementer and as a passthrough entity for millions of dollars of local, regional, state, and federal funding. The associated attachments detail relevant agreements from the past three years. Building upon decades of successful implementation, several key measures of effective implementation have resulted from GHHI's projects and project support.

- Designed and led the implementation of Maryland's 99% reduction in childhood lead poisoning and have led national efforts for a steady decline in lead poisoning for decades.
- Helped raise $600 million for lead poisoning and healthy homes prevention efforts across the U.S., including investments from Hospital Community Benefit Programs, Medicaid/CHIP funds, philanthropic organizations, and federal and state grants.
- Led efforts through the National Call to Action to increase CDC and HUD budgets for lead reduction and coordinated healthy and safety efforts with the Department of Energy.
- Successfully promoted the adoption of GHHI standards in the core HUD NOFAs starting in 2011. In 2020, a GHHI designed lead hazard reduction and weatherization coordinated pilot program at HUD was launched that is serving as an integration model.
- Conducted educational campaigns on environmental toxins at the local, state, and national level including a $32 million 2008 Ad Council campaign with the EPA and HUD.

29

- Led the implementation of Attorney General subgrantee settlement fund programs in the states of New York and Rhode Island to advance lead reduction in alignment with weatherization and other healthy housing measures.
- Designed and operated the Lead-Free Families initiative for Penn Medicine Lancaster General Health, a $50 million hospital program to remediate lead paint in 2,800 homes in PA.
- Led work under the Detroit Home Repair Fund, a $20 million program designed from the GHHI model with funding from the Gilbert Family Foundation, The Rocket Community Fund, DTE (utility), and ProMedica. GHHI serves as project manager and GHHI's data platform is being utilized to track service delivery and outcomes.

All grant deliverables for GHHI's prior EPA grants were met or exceeded and GHHI has submitted all grant reporting. This record of success includes four EPA Environmental Justice Grants for Baltimore City; a 2007 $243,000 EPA Community-Based Outreach and Training Grant for Baltimore City; a 2018 $597,000 EPA National Indoor Environments Program Grant for national technical assistance to 21 jurisdictions in the United States; a 2021 $75,000 Environmental Justice Grant for Baltimore City; a 2022 $75,000 EPA Multisector Integrated Pest Management Education Project Grant for City of Memphis; and a 2023 $100,000 EPA Environmental Education Grant for several Maryland counties. For most of the HUD grants listed in the attachment of relevant funding, GHHI scored 100 out of 100 for their final rating for meeting project outcomes. All six green-rated HUD grants met or exceeded benchmarks and were completed on time. GHHI's direct prevention services, development of community-based and cross sector partnerships, and scaling of funding has produced a 99% decline in lead poisoning in Baltimore City and the State of Maryland. The documented improvements in asthma-related outcomes for clients served include: 66% reduction in asthma-related pediatric hospitalizations, 62% increase in asthma-related perfect school attendance, and 82% increase in parents not missing work due to their child's asthma episodes.

EPA 000345

**Green & Healthy Homes Initiative EPA TCGM Grant Budget  Workplan 1**

Workplan 1 - $8M

| Overall Combined Budget (All Yars) | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| **Personnel** (All W-2 Employees) | **PROJECT DIRECTOR -** *President & CEO*, Ruth Ann Norton - Ms. Norton will be responsible for program design, partner relations, including the functions of the Advisory Board, and strategic execution of policy and governance. | 1248 | $ 176.82 | $ 220,671 | |
| | **PROJECT MANAGER -** *Executive Vice President*  Interim Director Candace Dodson Reed, Esq. - Responsible for the daily operations of the overarching program, strategies implementation, and execution. | 6240 | $ 112.50 | $ 702,000 | |
| | *Senior Vice President, National Programs*, Michael McKnight - Mr. McKnight will manage the oversight of the external Technical Assistance providers. Will also support the Project Director in project development. | 2402 | $ 100.00 | $ 240,200 | |
| | *CFO* - The CFO will be responsible for all of financial reporting and financial systems the program. | 624 | $ 121.95 | $ 76,097 | |
| | *Senior Accountant Thriving Communities* - Evan Bryant, will be responsible for grants management for fiscal disbursement, drawn requests for sub-awardees and grantees (sub-grants), and financial reporting. | 6240 | $ 50.48 | $ 314,995 | |
| | *Compliance Officer* - Kevin Chan, will manage the Threshold Review and Grants Review Process with the GHHI Grants management office. Will monitor and manage grant reporting and compliance, grant activities, provide program support, and ensure requirements are met for compliance. | 6240 | $ 60.00 | $ 374,400 | |
| | *Senior Program Officer for Strategic Operations* - To Be Hired, will manage the Program Officers Team and provide technical assistance, monitor grant activities, provide program support, and ensure requirements are met for compliance. | 6240 | $ 62.50 | $ 390,000 | |
| | *Program Officers (4)*, Program officers will support and manage grantees,  monitor grant activities and compliance, provide program support, and ensure requirements are met for compliance. | 23920 | $ 42.50 | $ 1,016,600 | $ 3,994,606 |
| | *Vice President, Communications*- Beth Bingham, will support outreach efforts to promote and advertise the Thriving Communities grant competition digitally and through printed materials.  Will also support disseminate Program Communications and Case Studies. | 660 | $ 68.27 | $ 45,058 | |
| | *Senior Communications Associate* - Sade McKoy, will provide project materials design and development, digital social media promotion, and communications. | 600 | $ 43.07 | $ 25,842 | |
| | *Senior VP Contract and Technical Assistance* - Wesley Stewart, will review contract templates and provide advisory services as an SME for environmental health and healthy housing. | 539 | $ 88.94 | $ 47,939 | |
| | *Vice President of Data, Evaluation & Learning* - Annie Summers, will manage the assessment of project outputs and outcomes. | 1400 | $ 68.76 | $ 96,264 | |
| | *Data & Evaluation Manager* - Isabel Shargo, will support subgrantees evaluation and data collection activities. | 2158 | $ 46.00 | $ 99,268 | |
| | *Grants Manager* - Terri Gittings, will support the implementation of the grants management software, and ensure coordination of activities between GHHI's Grants Management/Reporting Office and the Thriving Communities Program and will manage the process for GHHI's Reports to the EPA and compliance therein. | 2162.81 | $ 47.12 | $ 101,912 | |
| | *Program Administration Coordinator* - Will be responsible for scheduling travel and event coordination, field and manage incoming communication and inquiries, handle the administration of surveys and general program communications internally and externally in addition to general administrative support. | 6240 | $ 39.00 | $ 243,360 | |

| Fringe Benefits | Description | Base | Rate | Amount | Total |
|---|---|---|---|---|---|
| | Fringe Benefits for staff include: health insurance, health reimbursement accounts, workers compensation, 403B retirement plan & matching contributions, life insurance, long-term/short-term disability, and an employee assistance program. | $ 3,994,606 | 0.22 | $ 878,813 | $ 878,813 |

| Travel | Description | Trips | Cost | Amount | Total |
|---|---|---|---|---|---|
| | **GHHI Personnel Travel -** Outreach Events in Region 3 to promote the competition and engage severely constrained agencies. GSA rates used. | 60.00 | $ 564.25 | $ 33,855 | $ 278,955 |
| | **GHHI Personnel Travel -** Monitoring site visits, attending Advisory Board meetings, partnership convenings, meetings with the EPA Regional and National staff, and other meetings to support the operation of the Project throughout EPA Region 3. GSA rates used. | 258.00 | $ 950.00 | $ 245,100 | |

| Equipment | Description | Quantity | Cost | Amount | Total |
|---|---|---|---|---|---|
| | N/A | | | $ - | $0 |

| Supplies | Description | Quantity | Cost | Amount | Total |
|---|---|---|---|---|---|
| | **Computers & Peripherals** - For grant-specific TCGM Staff | 10.00 | $ 3,000.00 | $ 30,000 | |
| | **Physical Telephones & Peripherals** - For grant-specific TCGM Staff; 10 phone lines will be dedicated for 10 new staff to be hired specifically to work on these grant activities (Project Manager, Senior Accountant, Compliance Officer, Senior Program Officer, Program Officers x4, Program Administration Coordinator, and TCGM Project mainline). | 10.00 | $ 190.00 | $ 1,900 | |
| | **Project Management Software** - Fully separate licenses for TCGM Project staff use. Monday.com, DocuSign, Adobe Creative Suite. Average per month. | 36.00 | $ 493.98 | $ 17,783 | |
| | **Communication Platforms** - Zoom, Hootsuite, Constant Contact, OnBoard, YouTube. Average per month. | 36.00 | $ 410.78 | $ 14,788 | $ 66,883 |

**EPA 000346**

| | Description | Quantity | Cost | Amount | Total |
|---|---|---|---|---|---|
| | **Retractable Banners** - For the outreach events (near sign-in table, podium) and will contain information on how to contact GHHI/the TCGM Program (webiste, phone number, and/or email) and potentially a QR code. Will be designed by GHHI personnel. Design to be approved by EPA. | 2.00 | $ 300.50 | $ 601 | |
| | **Office Supplies** - Folders - For participants to be able to hold all materials collected at the outreach event and to help organize for them any notes, application materials, or related materials. Materials may include information about the grants, list of the Advisory Board Members, Core TA providers, and application information. Will be designed by GHHI personnel. Design to be approved by EPA. | 1575.00 | $ 1.15 | $ 1,811 | |
| **Contractual** | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Grant Application & Management Software** - For the planning and implementation of the EPA EJ TCGM grant competition including: outreach support, application portal access, scoring tool access, award decision communication, and reporting. (Via Procurement Rules - GivingData, Neighborly, or Just Fund). | 0.98 | $ 229,341.00 | $ 224,754 | |
| | **Other: Unique landing page(s) on already-established GHHI website:** Creation of landing page(s) on GHHI's existing website dedicated to the Thriving Communities Project with multi-media functionality. Procurement rules will apply. | 1.00 | $ 6,500.00 | $ 6,500 | |
| | **Audit** - Annual direct audit costs related to TCGM | 3.00 | $ 15,000.00 | $ 45,000 | $ 337,056 |
| | **Accounting** - Contractual Controller | 36.00 | $ 1,250.00 | $ 45,000 | |
| | **Catering** - Meeting Hosting Expense for Multi-Hour Launch Event - food & non-alcoholic beverages provided during the event. 50 attendees is good faith estimate. | 50.00 | $ 50.00 | $ 2,500 | |
| | **Catering** - Meeting Hosting Expense for Outreach Events - Food & non-alcoholic beverages provided during the event. 30 outreach events, 75 attendees per event is a good faith estimate. | 30.00 | $ 400.00 | $ 12,000 | |
| | **Catering** - Meeting Hosting Expense for Partnership Meetings - Food & non-alcoholic beverages provided during the 2 events. | 2.00 | $ 651.00 | $ 1,302 | |
| **Other** (including subawards) | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Participant Support Costs: Advisory Board** - Eleven member Advisory Board will govern the entire grantmaking process to ensure maximum outreach to applicants, and a fair, just, impactful process that builds capacity throughout Region 3, effectively, and efficiently. Stipend pay at $91.95 per hour, for total estimated hours of 536 hours, invoiced quarterly. | 5896.00 | $ 91.95 | 542,137 | |
| | **Subaward - Core TA Provider: Children's National** - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to promote EPA's TC Program awareness and support applicant outreach. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. | 0.545 | $ 200,000.00 | 109,000 | |
| | **Subaward - Core TA Provider: Howard University** - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Howard University will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. | 0.575 | $ 300,000.00 | 172,500 | |
| | **Subaward - Core TA Provider: Virginia Poverty Law Center.** Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. | 1.00 | $ 78,000.00 | 78,000 | |
| | **Subaward - Core TA Provider: Delaware State University.** Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. | 1.00 | $ 78,000.00 | 78,000 | |
| | **Participant Support Costs:** Travel Costs for 2 Advisory Board & Core TA Partner Meetings. GSA Rates Used. | 2.00 | $ 9,500.00 | 19,000 | $1,166,604 |
| | **Other:** Translation Service - Language Line (based on use per hour on an existing service, adhoc as needed) | 100.00 | $ 40.00 | 4,000 | |
| | **Other:** Printed Materials for Outreach Events. 9750 is estimated print quantity. | 9750.00 | $ 1.65 | 16,088 | |
| | **Other:** Social Media Promotions for Outreach Events/RFA/Application. 30 promotions to cooorespond to 30 outreach events; 20 general promotions about the grant opportunities. | 50.00 | $ 70.00 | 3,500 | |
| | **Other:** Meeting Hosting Expenses for Outreach Events - Facility Rental for Grant-Specific Activities for 30 outreach events. | 30.00 | $ 600.00 | 18,000 | |
| | **Other:** Meeting Hosting Expense for Outreach Events - Magnets - For quick community reference on how to contact GHHI/TCGM staff for more information about the grant opportunities. Will be designed by GHHI personnel. Design to be approved by EPA. | 1500.00 | $ 0.75 | 1,125 | |
| | **Other:** Meeting Hosting Expense for Outreach Events - Postage to send ahead materials to 30 outreach events. Estimate by USPS media mail. | 30.00 | $ 20.00 | 600 | |
| | **Other: Telecommunications** - Specific to TCGM Project, grant related telecommunications expenses for TCGM project staff, project services, and costs to existing contracts as a result of the TCGM Project. Average per month. | 36 | $ 811.28 | 29,206 | |
| | **Other: Information Technology Support & IT Security** - Specific to TCGM Project, specifically related to the grants program, and the security related to fiduciary responsibilities and any sensitive materials related to the grants and application process. Average per month. | 36.00 | $ 1,538.00 | 55,368 | |
| | **Other:** Wifi for Advisory Board & Core TA Partner Meetings - 2 meetings. Wifi is an anticipated need based on donated facilities for the meetings. | 2.00 | $ 250.00 | 500 | |

**EPA 000347**

| | Description | Base | Rate | Amount | Total |
|---|---|---|---|---|---|
| | **Other:** Multi-Hour Launch Event Facility Rental for Grant-Specific Activities only. | 1.00 | $ 10,000.00 | 10,000 | |
| | **Other:** Grant-Specific Insurance - Errors & Omissions and General Liability augmentation due to TCGM | 1.00 | $ 29,580.00 | 29,580 | |
| **Indirect Charges** | Description | Base | Rate | Amount | Total |
| | GHHI Indirect (Excluding Subawards) | $ 6,285,417.00 | 20.00% | $ 1,257,083 | $ 1,277,083 |
| | GHHI Indirect (4 subawards for Core TA Providers x $25,000 for Modified Total Direct Cost) | $ 100,000.00 | 20.00% | $ 20,000 | |
| **Total Budgeted Costs** (All Years) | | | | | $ **8,000,000** |

**EPA 000348**

5N - 95341401 - 0    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Cooperative Agreement | GRANT NUMBER (FAIN):  95341401<br>MODIFICATION NUMBER:  0<br>PROGRAM CODE:  5N | DATE OF AWARD<br>09/04/2024 |
|---|---|---|---|
| | | TYPE OF ACTION<br>New | MAILING DATE<br>09/09/2024 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>33743 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| GREEN & HEALTHY HOMES INITIATIVE INC<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>EIN:  52-1786577 | Green & Healthy Homes Initiative Inc<br>2714 Hudson Street<br>Baltimore, MD 21224-4716 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Ruth Ann Norton<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>**Email:** ranorton@ghhi.org<br>**Phone:** 410-534-6477 | Grace Gontarek<br>Four Penn Center, 1600 John F. Kennedy Boulevard, 3EJ20<br>Philadelphia, PA 19103-2852<br>**Email:** Gontarek.Grace@epa.gov<br>**Phone:** 215-814-2759 | Vanessa Davies<br>Grants Management Section, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852<br>**Email:** Davies.Vanessa@epa.gov<br>**Phone:** 215-814-2801 |

**PROJECT TITLE AND DESCRIPTION**

TCGM Subsequent Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM

See Attachment 1 for project description.

| BUDGET PERIOD<br>08/01/2024 - 07/31/2027 | PROJECT PERIOD<br>08/01/2024 - 07/31/2027 | TOTAL BUDGET PERIOD COST<br>$ 42,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 42,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/16/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 42,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 42,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00)<br>R3 - Region 3<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official for Catharine McManus - Mission Support Division, Director<br>by Lisa White - Award Official Delegate | DATE<br>09/04/2024 |

**EPA 000349**

5N - 95341401 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 42,000,000 | $ 42,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 42,000,000 | $ 42,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 24124WB245 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 42,000,000 |
| | | | | | | | | | $ 42,000,000 |

**EPA 000350**

5N - 95341401 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 251,707 |
| 2. Fringe Benefits | $ 55,375 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 2,714 |
| 6. Contractual | $ 5,240 |
| 7. Construction | $ 0 |
| 8. Other | $ 40,675,548 |
| 9. Total Direct Charges | $ 40,990,584 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 1,009,416 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 42,000,000 |
| 12. Total Approved Assistance Amount | $ 42,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 42,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 42,000,000 |

## Attachment 1 - Project Description

This assistance agreement provides funding under the Inflation Reduction Act (IRA) to Green and Healthy Homes Initiative, a Regional Grantmaker. This program funds community-based organizations that are advancing environmental justice initiatives in their respective communities. The program seeks to minimize the administrative and procedural burden of applying for federal grants and reduce the overall burden of managing funds throughout the subgrant process. Regional Grantmakers, as pass-through entities, are required to redistribute 80 percent of total funds awarded (i.e., 40 million) to communities through competitive and noncompetitive subgrants. The remaining 2 million will be used for administration and closeout costs. Activities in the Subsequent Award Phase include awarding 171 subgrants. Applications will be reviewed on a rolling basis by review panels to include assigned GHHI grant project staff and Technical Assistance (TA) Provider Statutory Partners organizations. Additional activities include reporting on program oversight, management and evaluations for measuring success of subaward program, conducting Advisory Board meetings and engaging committed partners, identifying needs of subrecipients and Program Officers to provide responsive technical assistance, developing and implementing grant application and management software, conducting outreach and gathering input from communities on their support needs. GHHI will track milestones, such as days between subaward execution and initial disbursements, and will complete activities, such as preparation, outreach, open call for proposals, support during application, evaluation process and post-award evaluation. GHHI's finance and accounting team will track invoices, disbursements, and outstanding payments. Program materials developed to support the TCGM Program will be reviewed for technical accuracy and quality by the Project Director, Project Manager or other technical staff. All TCGM materials must undergo a QA/QC review by the Region 3 Quality Assurance Manager (QAM) and EPA prior to use. Prior to the start of applicable activities, GHHI will submit cooperative plans for Project Officer review regarding cap amount award policy, conflict of interest and human subjects research.

Anticipated deliverables for the subsequent award only include distributing 60 Tier 1 subawards, 51 Tier 2 subawards, 50 Tier 3 subawards and 10 noncompetitive subawards for severely capacity-constrained community organizations, as well as items such as reporting on program oversight, management and evaluations for measuring success of subaward program and feedback from subawardees on improving efficiency and effectiveness of program. Examples of expected outcomes include changes in subrecipient capacity to manage federal funds, increase in community knowledge on how to access information on issue area and increase in partnerships between community stakeholders. The intended beneficiaries are community based organizations (CBOs) and communities at large located in the Mid-Atlantic region and as identified in the U.S. EPA Inflation Reduction Act (IRA) Disadvantaged Communities Map.

Core Technical Assistance (TA) Providers will provide assistance and tools to inform the efforts of grantees under the TCGM program. Core TA Providers include Children's National, Howard University, and 18 TBD TA Providers based on the needs expressed by applicants. If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial 25,000 dollars in total direct costs have been expended. Children's National will provide a registry of pediatric patients with asthma in DC region, and a healthy housing map overlaying pediatric asthma morbidity and asthma-related health hazards. Children's National will also leverage its network to promote EPA's TCGM Program awareness and support applicant outreach. Howard University will support GHHI's Thriving Communities Request for Applications (RFA) outreach as well as project implementation. Howard University will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, and the School of Architecture and

5N - 95341401 - 0    Page 5

Thurgood Marshall Civil Rights Center.18 TBD TA Providers will be provide responsive TA based on the needs expressed by applicants and the related Program Officers. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first 25,000 dollars.

## Administrative Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later.

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A.  Correspondence

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

   • Federal Financial Reports (SF-425): rtpfc-grants@epa.gov with a copy to the Grants Specialist of record

   • MBE/WBE reports (EPA Form 5700-52A): R3_MBE-WBE_Reports@epa.gov with a copy to the Grants Specialist of record

   • All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: Grants Specialist and Project Officer of record

   • Payment requests (if applicable): rtpfc-grants@epa.gov

   • Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: Project Officer of record

## B.  Pre-Award Costs

In accordance with 2 CFR 1500.9, the recipient may charge otherwise allowable pre-award costs (both Federal and non-Federal matching shares) incurred from August 1, 2024, to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

# Programmatic Conditions

## A. Eligibility Requirements for Subgrants

<u>Subgrant eligibility</u>

Grantmakers have flexibility to determine certain priorities for eligible subrecipients and activities that best meet the needs of their respective regions, in consultation with EPA.  However, eligibility must fall within the following statutory and policy parameters:

<u>Eligible Subrecipients are as follows:</u>

- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories

<u>Ineligible Subrecipients include:</u>

- Individuals
- For-profit businesses, unless EPA's Award Official makes an exception based on factors such as those described in Appendix A of EPA's Subaward Policy.
- State governments
- Foreign entities of concern.

The term "foreign entity of concern" means a foreign entity that is—

(A) designated as a foreign terrorist organization by the Secretary of State under section 1189(a) of Title 8;

(B) included on the list of specially designated nationals and blocked persons maintained by the Office of Foreign Assets Control of the Department of the Treasury (commonly known as the "SDN list");

(C) owned by, controlled by, or subject to the jurisdiction or direction of a government of a foreign country that is a covered nation (as defined in section 4872(d)(2) of Title 10); or

(D) alleged by the Attorney General to have been involved in activities for which a conviction was obtained under  (i) chapter 37 of title 18 (commonly known as the "Espionage Act"); (ii) section 951 or 1030 of title 18; (iii) chapter 90 of title 18 (commonly known as the "Economic Espionage Act of 1996"); (iv) the Arms Export Control Act ( 22 U.S.C. 2751 et seq.); (v) section 224, 225, 226, 227, or 236 of the Atomic Energy Act of 1954 ( 42 U.S.C. 2274 , 2275, 2276, 2277, and 2284); (vi) the Export Control Reform Act of 2018 ( 50 U.S.C. 4801 et seq.); or (vii) the International Emergency Economic Powers Act ( 50 U.S.C. 1701 et seq.).

Eligible Beneficiaries

As required by Clean Air Act Section 138 (CAA 138), codified at 42 U.S.C. 7438, activities carried out by the Grantmaker or funded by Grantmaker subawards must benefit disadvantaged communities, defined by the EPA Administrator as any community that meets at least one of the following characteristics:

• Identified as disadvantaged by the Climate and Economic Justice Screening Tool (CEJST);
• Any census block group that is at or about the 90th percentile for any of EJScreen's Supplemental Indexes when compared to the nation or state; and / or
• Any geographic area within Tribal lands as included in EJScreen, which include:
  ◦ Alaska Native Allotments
  ◦ Alaska Native Villages
  ◦ American Indian Reservations
  ◦ American Indian Off-reservation Trust Lands
  ◦ Oklahoma Tribal Statistical Areas

Eligible activities

Grantmakers may engage in and fund only those activities that are authorized by CAA 138, which include:

• Community-led air and other pollution monitoring, prevention, and remediation, and investments in low- and zero emission and resilient technologies and related infrastructure;
• Workforce development that help reduce greenhouse gas emissions and other air pollutants;
• Mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events;
• Climate resiliency and adaptation;
• Reducing indoor toxics and indoor air pollution; or
• Facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes.

Ineligible activities

Ineligible activities include, but are not limited to:

• Any activity that violates applicable federal civil rights statutes prohibiting discrimination, including

but not limited to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, Federal Water Pollution Control Act Amendments of 1972, and implementing EPA regulations.

- Lobbying, as defined at 2 CFR 200.450;
- Defense and prosecution of criminal and civil proceedings, claims, appeals and patent infringements, as defined at 2 CFR 200.435;
- Carrying out protests, demonstrations, boycotts, or disinvestment campaigns; and
- Any activity to encourage actions that violate Federal, state or local law including, but not limited to, provisions relating to unlawful assembly, trespass, inciting violence, and failing to obey the lawful orders of law enforcement personnel.


## B. Establishing and Managing Subawards

Grantmakers making pass-through subawards must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy. As a pass-through entity, the recipient agrees to:

1) Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

(a) For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities unless the EPA- approved budget and work plan for this agreement contain a precise description of such subawards.

(b) Stipends and travel assistance for trainees (including interns) and similar individuals who are not are not employees of the pass-through entity must be classified as participant support costs rather than subawards as provided in 2 CFR 200.1 Participant support costs, 2 CFR 200.1 Subaward, and EPA's Guidance on Participant Support Costs.

(c) Subsidies, rebates and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as Participant support costs as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2) Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(a). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3) Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(a)(1). Subrecipients are not required to complete full System for Award Management (SAM) registration to obtain a UEI. Information regarding obtaining a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and in EPA's General Term and Condition "System for Award Management and Universal Identifier Requirements" of the pass-through entity's agreement with the EPA.

4) Ensure that subrecipients are aware that they are subject to the same requirements as those that

apply to the pass-through entity's EPA award as required by 2 CFR 200.332(a)(2). These requirements include, among others:

(a) Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

(b) Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition passthrough entity's agreement with EPA entitled "Reporting Subawards and Executive Compensation." Page 8 of 42

(c) Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled "Consultant Fee Cap."

(d) EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "Management Fees."

(e) The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants). EPA provides general information on other statutes, regulations and Executive Orders on the Grants internet site at www.epa.gov/grants. Many Federal requirements are agreement or program specific and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5) Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6) Establish and follow a system for evaluating subrecipient risks of noncompliance with Federal statutes, regulations and the terms and conditions of the subaward as required by 2 CFR 200.332(b) and document the evaluation. Risk factors may include: (a) Prior experience with same or similar subawards (b) Results of previous audits; (c) Whether new or substantially changed personnel or systems, and; (d) Extent and results of Federal awarding agency or the pass-through entity's monitoring

7) Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(c). Examples of additional requirements authorized by 2 CFR 200.208 include:

(a) Requiring payments as reimbursements rather than advance payments;

(b) Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;

(c) Requiring additional, more detailed financial reports;

(d) Requiring additional project monitoring;

(e) Requiring the non-Federal entity to obtain technical or management assistance, and

(f) Establishing additional prior approvals

8) Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(d) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9) Establish and maintain an accounting system which ensures compliance with the $25,000 limitation at 2 CFR 200.1, Modified Total Direct Costs, if applicable, on including subaward costs in Modified Total Direct Costs for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

10) Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11) Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12) Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

13) Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14) Establish and maintain a system under 2 CFR 200.332(d)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15) As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects. By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

## C. Performance Reporting and Final Performance Report

### Performance Reporting – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include

overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc.).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of cumulative and period comparison of project budget and expenditures, coupled with a comparison of the percentage of the project completed and in relation to project schedule and an explanation(s) of significant discrepancies must be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA within 30 calendar days about problems, delays, or adverse conditions that may materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

Performance Reporting - Frequency

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer on the designated quarterly due date(s). If **due date falls on a federal holiday or weekend, it is due the following business day.** The period end and due dates are listed in the below table.

| PERIOD ENDING | QUARTERLY DUE DATES |
| --- | --- |
| September 30 | October 31 |
| December 31 | January 31 |
| March 31 | April 30 |
| June 30 | July 31 |

The first quarterly report is due at the end of the first full quarter following the execution of the agreement, unless the recipient has incurred pre-award costs. If the recipient is authorized to incur pre-award costs, the grant performance period begins on the date costs were first incurred, and the recipient would provide a quarterly performance report following the end of the first full quarter after that date. Quarterly reports will continue thereafter and throughout the remainder of the performance period. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance as identified in this agreement. The final report must document all project activities occurring during the Period of Performance and as outlined in the executed agreement.  However, please be advised that the statutory three-year performance period for this grant program may not be extended.  Any costs incurred after the end of the performance period are the responsibility of the recipient and may not be charged to the grant.

Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Pass-through entity monitoring of the subrecipient must include:

1. Review of financial and programmatic reports.

2. Follow-up on action plans noting findings/deficiencies identified from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved, including a narrative discussion of any improvements of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including outreach, engagement, and implementation of feedback.

8. Summaries of capacity building activities for severely capacity-constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote, and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

<u>Subaward Performance Reporting on Milestones of Activities for Fixed-Amount Awards</u>

Grantmakers have limited reporting requirements for fixed-amount subawards to severely capacity-constrained organizations. The recipient must at minimum report on subrecipients' fixed-amount subaward milestones via the quarterly performance reports, as well as any other reporting requirements agreed upon by the Grantmaker and the fixed-amount subaward recipient, as described in the Fixed Amount Subaward memo. Fixed Amount Subaward Performance reporting will be in accordance with **applicable requirements specified in 2 CFR Parts 200 and 1500, which will apply to fixed-amount subawards absent a case-specific exception requested by a Grantmaker, concurred by the OEJECR Project Officer and approved by OGD. Note:** Each Grantmaker will define "Severely Capacity Constrained."  Grantmakers will also design policies and procedures to limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a specified time period to maximize the diversity and breadth of subrecipients.

Examples of Fixed Amount Subaward Performance reporting include but are not limited to:

1. Monitoring plans paid on a milestone basis with an initial amount paid prior to the development of the plan, followed by a second payment upon completion of the draft plan, with a final payment when the plan is complete.

2. Lump sum payments for equipment purchases (e.g. air monitoring devices) based on invoices provided by the subrecipient.

3. Upfront costs of no more than 25%, except with permission of the Project Officer, with subsequent milestone-based payments.  For example, sampling projects paid on a milestone basis with 25% for upfront expenses, 25% for data collection, 25% for data analysis, 25% for final report completion.

## Fixed-Amount Subaward Monitoring and Compliance

**As provided in 2 CFR 200.102(c), the Award Official is authorized to waive or modify  the following regulatory requirements for subrecipients receiving fixed-amount subawards:**

1. Competition requirements specified in 2 CFR Part 200 and Part 1500 with the exception of the statutory consultant fee cap implemented at 2 CFR 1500.10.

2. Records required to document personnel compensation under 2 CFR 200.430 and 2 CFR 200.431.

3. Financial requirements at 2 CFR 200.302(b) with the exception of accounting records and documentation required to demonstrate achievement of agreed upon milestones such as invoices for equipment or facility rental, fees paid, stipends earned, and similar fixed-amount transactions.

4. Internal controls described at 2 CFR 200.303 with the exception of an internal control protocol for ensuring that fixed-amount subrecipients only request payment from the pass-through entities upon completion of agreed upon milestones.

5. Property standards in 2 CFR Part 200 with the exception of 2 CFR 200.315 as implemented in EPA's General Term and Condition Data and Copyrighted Materials relating to EPA's "Federal Purpose" license in data and written materials produced with EPA funds.

6. Subrecipient and contractor determinations in 2 CFR 200.331 and corresponding provisions of the EPA Subaward Policy.

7. Indirect costs authorized by 2 CFR 200.332(a)(4). Fixed amount subrecipients do not incur indirect costs.

8. Reports on real or personal property required when closing out a subaward specified in 2 CFR 200.344(f).

## D. Pass-through Entities

The pass-through entities must have pricing procedures that prevent subrecipients from "profiting" from fixed-amount subawards by precluding payments for "management fees" or other amounts in excess of anticipated costs for the activity.  Grantmakers will use the following methods to ensure compliance for tracking and monitoring activities:

1. Establishing the content of periodic and final performance and financial reports for each fixed-amount subaward.

2. Obtaining a budget description of planned expenditures to be refunded if an activity or event does not take place, a report or analysis is not completed, or the subrecipient does not otherwise perform as promised.

3. Certification in writing to the pass-through entity at the end of the fixed-amount subaward that the project or activity was completed, or the level of effort was expended. If the required level of activity or effort was not carried out, the amount of the fixed-amount subaward must be adjusted and any excess funds refunded.

4. Requiring prior written approval of the pass-through entity for any changes in principal investigator, project leader, project partner, or scope of effort.

## E. Review and Oversight

1. Work Product - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. The EPA Project Officer has discretion to change the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval  prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## F. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJ TCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable future funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work. Periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates. Project Officers are encouraged to engage with their Grantmakers to fulfill post-period follow-up, but are not to document non-compliance.

## G. Cybersecurity

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## H. Competency Policy

### Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## I. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in

the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance. Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients must ensure that subrecipients acquire insurance equal to the amount of the purchased items to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

## J. Signage Required

1. Signage Requirements

a. Investing in America Emblem: The recipient will ensure that a sign is placed at construction sites supported in whole or in part by this award displaying the official Investing in America emblem and must identify the project as a "project funded by President Biden's Inflation Reduction Act" as applicable. The sign must be placed at construction sites in an easily visible location that can be directly linked to the work taking place and must be maintained in good condition throughout the construction period. The recipient will ensure compliance with the guidelines and design specifications provided by EPA for using the official Investing in America emblem available at: https://www.epa.gov/invest/investingamerica-signage.

b. Procuring Signs: Consistent with section 6002 of RCRA, 42 U.S.C. 6962, and 2 CFR 200.323, recipients are encouraged to use recycled or recovered materials when procuring signs. Signage costs are considered an allowable cost under this assistance agreement provided that the costs associated with signage are reasonable. Additionally, to increase public awareness of projects serving communities where English is not the predominant language, recipients are encouraged to translate the language on signs (excluding the official Investing in America emblem or EPA logo or seal) into the appropriate non-English language(s). The costs of such translation are allowable, provided the costs are reasonable.

2. Public or Media Events EPA encourages the recipient to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

## K. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

## L. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement the Quality Assurance (QA) planning documents in accordance with

EPA 000365

this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:

NOTE: The Grantmaker will need to develop a management strategy for receiving, reviewing and assisting applicants with QMP or QAPP needs. The Grantmakers' management strategy will need to be submitted for approval to the assigned Project Officer and the Regional Quality Assurance office official before the Funding Recommendation is submitted and finalized before applications for the Thriving communities subgrants are released.

[Project Officer will need to remove all options that will not apply to the Grantmaker Quality Management Plan]

## 1. Quality Management Plan (QMP)

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review,

iii. Complete required training for approving QAPPs in collaboration with the region or in place of the region, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QMP within 60 days after grant award.

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

## 2. Quality Assurance Project Plan (QAPP)

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QAPP template for subrecipient use,

ii. Prepare QAPP in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QAPP at least 60 days after grant award, and prior to the start of any environmental information collection activities.

c. The recipient shall notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

d. The recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the QAM at least annually and may also be submitted when changes occur.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## M. Human Subjects Research Review Process

(a) *Applications involving human subjects.* (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.

(2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

(3) Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

## N. Program Income

In accordance with 2 CFR Part 200.307(e)(2) and 2 CFR 1500.8(b), the recipient is hereby authorized to

retain program income earned during the project period.  All program income must be used for the purposes and under the conditions of this Federal award.  Income used after the period of performance may be subject to a closeout agreement.

The recipient must provide as part of its *quarterly* performance report, a description of how program income is being used.  Further, the recipient must report program income on the Federal Financial Report, SF-425. The recipient should refer to the General Term and Condition "Federal Financial Reporting (FFR)" for more information on the SF-425.

## O. Use of Logos and Icons

**Programmatic guidance for the appropriate use of the icons and logos either together, with other partner icons or individually will be provided.**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that Green and Healthy Homes Initiative received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

Grantmaker Icon

**The Thriving Communities Grantmaking Program (TCGM) Icon will be designed by the EPA with Grantmaker input and approved by the EPA PROTRAC process** , used to monitor the concept proposal, development, review and approval of EPA print, infographics, audio, video and social media content/products for internal and external release, as well as Esri Products (Story Maps and Hub sites) for external publishing only. PROTRAC ensures all content created is consistent, appropriate and in alignment with current agency messages, and follows EPA branding guidelines.. **The  icon will represent the "programmatic identity" of the Grantmaker program, and may be used alone or in conjunction with the EPA and grant recipient's logos' or individual Grantmaker's logo. . The approved TCGM programmatic icon must remain intact and unmodified.** Modifying icons to specifically identify a program office or region are not permitted. NOTE: Icons must be updated or removed per current agency policy/ guidelines.

## P.  Paperwork Reduction Act

(a) The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## Q.  Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1. Monthly telephone calls and other monitoring,

2. Review project phases and provide approval to continue to the next phase,

3. Review and comment on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. Approve substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend, or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. Review and comment on the programmatic progress reports.

6. Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend, or direct the recipient to select any individual).

7. Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8. Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9. EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10. In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11. If a Conflict of Interest is Identified by the EPA, the Conflict-of-Interest Mitigation Plan will need to be approved by the Project Officer, in consultation with the Grant Specialist.

12. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

13. Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

14. EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

15. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

16. Informally referred to as the "Cap Amount Award Policy" and discussed on page 15 of the NOFO, Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that a recipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance or a shorter interval as deemed appropriate by the pass-through entity. This plan will need to be approved by the Project Officer.

17. Prior to making subawards, Grantmakers can work with their PO's to identify instructions and guidance on subaward policies to ensure that the burden on the Tier 1-3 and fixed amount award Subawardees is minimized. This includes resources such as the gmc_subaward_policy_appendix_d_subaward_agreement_template.pdf (epa.gov) (EPA does not mandate the use of this template. Pass-through entities may use their own form of subaward agreements provided the requirements of 2 CFR 200.332(a) are met.) And requirements that flow down to subgrantees such as "Unique Entity Identifier" (UEI) as required by 2 CFR Part 25 and 2 CFR 200.332 (a)(1).

## R. National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**S. Subsequent Award Statutory Partnership Agreements Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.** EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to issuance of the Subsequent Award.

Any letters of commitment submitted in the application should be finalized into a final signed statutory agreement, which should include any updated stakeholder roles and responsibilities or revised award amounts. The statutory partnership agreement must be signed by all relevant parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement. Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer. The EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Subsequent Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

## T. Record Retention

In accordance with 2 CFR § 200.334, recipients and subrecipients must retain for a period of three years all programmatic, financial, statistical, and all other records required under the terms of the agreement, unless a dispute or lawsuit has ensued. If a dispute or lawsuit has been initiated, all records must be retained for the duration of the dispute, until the matter is resolved and dispositioned, and for three years thereafter.

## U. Environmental Justice Thriving Communities Grantmaking Program Davis-Bacon Labor Standards

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage Rate Requirements).

Therefore, the pass-through entity must create a Davis-Bacon subgrant compliance plan to ensure that any entity that receives financial assistance complies with Davis-Bacon labor requirements where construction work is financed in whole or in part with such financial assistance.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with Davis-Bacon, the recipient agrees to discuss the situation with the EPA Project Officer for possible referral to DOL for guidance or enforcement action.

Note, the use of the term project in this term and condition is distinct from the use of the term project within the definition of qualified project under Clean Air Act Section 134(c)(3), which is broader and includes "any project, activity, or technology." 40 CFR 30.103 defines construction as "erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property, and activities in response to a release or a threat of a release of a hazardous substance into the environment, or activities to prevent the introduction of a hazardous substance into a water supply."

## 1. Program Applicability

a. Program Name: Environmental Justice Thriving Communities Grantmaking Program

b. Statute requiring compliance with Davis-Bacon: Clean Air Act Section 314, Labor Standards, codified as 42 U.S.C. § 7614.

c. Activities subject to Davis-Bacon: Activities subject to Davis-Bacon include certain construction costs and contractual costs. Construction costs may include:

i. Building and / or upgrading existing structures and sites to improve community use while reducing GHG emissions and / or improving climate resilience;

ii. Implementing structural and non-structural retrofits to enhance the resilience of community-serving buildings (e.g., raise the building elevation to reduce flood risk, improve cooling systems and / or insulation to reduce extreme heat risk);

iii. Install energy efficiency measures such as insulation, double or triple glazed windows, "cool roofs" that reflect sunlight, and energy management systems in public buildings;

iv. Remediating or mitigating harmful substances in buildings, including lead, mercury, pesticides, radon, mold, PCBs (caulk, flooring, etc.), lead-based paint, asbestos, and other toxic substances;

v. Installing, upgrading, or replacing HVAC and / or filtration systems that improve indoor quality in schools, community-serving buildings, and single-and-multifamily homes;

vi. Targeted water infrastructure upgrades, including replacing private-side lead lines in homes, childcare facilities, schools, or other community-serving buildings; septic to sewer conversions; and installing water fountains at schools and parks; and

vii. Other activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of *Construction* at 40 CFR 33.103, as well as related architectural or engineering services.

With very few exceptions, recipients carry out construction projects by hiring contractors which typically include a general contractor and an architectural or engineering firm for design work and in some cases purchasing equipment for installation at the site. Hiring general contractors and other contractors performing activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of Construction at 40 CFR 33.103 will be categorized as "Construction."

d. Prevailing Wage Classification: Building

## 2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

## 3. Recipient Responsibilities When Entering Into and Managing Contracts:

a. Solicitation and Contract Requirements:

i. Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

ii. Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:

1. "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

b. After Award of Contract:

i. Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

## 4. Recipient Responsibilities When Establishing and Managing Additional Subawards:

a. Include DBRA Requirements in All Subawards (including Loans):

i. Include the following text on all subawards under this grant:

1. "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

b. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

5. The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29

CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

## V. Participation in an EPA-Sponsored Program Evaluation

As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all EPA staff, contractors, or designated Recipients performing research or evaluation studies funded by EPA, if directed to do so by the Project Officer.

## W. Land Acquisition

Land acquisition must comply with the Uniform Relocation Act and Federal Highway Administration's implementing regulations at 49 CFR Part 24 which requires grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements.

## X. Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of Section 138 of the Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

5N - 95341401 - 1    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 95341401<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 5N | DATE OF AWARD<br>10/29/2024 |
|---|---|---|
| | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE<br>10/29/2024 |
| | PAYMENT METHOD:<br>ASAP | ACH#<br>33743 |

| RECIPIENT TYPE:<br>Not for Profit | Send Payment Request to:<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| RECIPIENT:<br>GREEN & HEALTHY HOMES INITIATIVE INC<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>EIN:  52-1786577 | PAYEE:<br>Green & Healthy Homes Initiative Inc<br>2714 Hudson Street<br>Baltimore, MD 21224-4716 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Ruth Ann Norton<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>**Email:** ranorton@ghhi.org<br>**Phone:** 410-534-6477 | Grace Gontarek<br>Four Penn Center, 1600 John F. Kennedy Boulevard, 3EJ20<br>Philadelphia, PA 19103-2852<br>**Email:** Gontarek.Grace@epa.gov<br>**Phone:** 215-814-2759 | Vanessa Davies<br>Grants Management Section, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852<br>**Email:** Davies.Vanessa@epa.gov<br>**Phone:** 215-814-2801 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

TCGM Subsequent Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM

This action updates the programmatic terms and conditions of the award.

| BUDGET PERIOD<br>08/01/2024 - 07/31/2027 | PROJECT PERIOD<br>08/01/2024 - 07/31/2027 | TOTAL BUDGET PERIOD COST<br>$ 42,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 42,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 10/21/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 42,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00)<br>R3 - Region 3<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Kenneth Rose - Grants Management Section, Chief | DATE<br>10/29/2024 |

EPA 000375

5N - 95341401 - 1     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 42,000,000 | $ 0 | $ 42,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 42,000,000 | $ 0 | $ 42,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 95341401 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 251,707 |
| 2. Fringe Benefits | $ 55,375 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 2,714 |
| 6. Contractual | $ 5,240 |
| 7. Construction | $ 0 |
| 8. Other | $ 40,675,548 |
| 9. Total Direct Charges | $ 40,990,584 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 1,009,416 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 42,000,000 |
| 12. Total Approved Assistance Amount | $ 42,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 42,000,000 |

## Administrative Conditions

All Administrative Conditions remain the same.

**EPA 000378**

## Programmatic Conditions

### A. Eligibility Requirements for Subgrants

<u>Subgrant eligibility</u>

Grantmakers have flexibility to determine certain priorities for eligible subrecipients and activities that best meet the needs of their respective regions, in consultation with EPA. However, eligibility must fall within the following statutory and policy parameters:

<u>Eligible Subrecipients are as follows:</u>

- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i. e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories

<u>Ineligible Subrecipients include:</u>

- Individuals
- For-profit businesses, unless EPA's Award Official makes an exception based on factors such as those described in Appendix A of EPA's Subaward Policy.
- State governments
- Foreign entities of concern.

The term "foreign entity of concern" means a foreign entity that is—

(A) designated as a foreign terrorist organization by the Secretary of State under section 1189(a) of Title 8;

(B) included on the list of specially designated nationals and blocked persons maintained by the Office of Foreign Assets Control of the Department of the Treasury (commonly known as the "SDN list");

(C) owned by, controlled by, or subject to the jurisdiction or direction of a government of a foreign country that is a covered nation (as defined in section 4872(d)(2) of Title 10); or

(D) alleged by the Attorney General to have been involved in activities for which a conviction was obtained under  (i) chapter 37 of title 18 (commonly known as the "Espionage Act"); (ii) section 951 or 1030 of title 18; (iii) chapter 90 of title 18 (commonly known as the "Economic Espionage Act of 1996"); (iv) the Arms Export Control Act ( 22 U.S.C. 2751 et seq.); (v) section 224, 225, 226, 227, or 236 of the Atomic Energy Act of 1954 ( 42 U.S.C. 2274 , 2275, 2276, 2277, and 2284); (vi) the Export Control Reform Act of 2018 ( 50 U.S.C. 4801 et seq.); or (vii) the International Emergency Economic Powers Act ( 50 U.S.C. 1701 et seq.).

Eligible Beneficiaries

As required by Clean Air Act Section 138 (CAA 138), codified at 42 U.S.C. 7438, activities carried out by the Grantmaker or funded by Grantmaker subawards must benefit disadvantaged communities, defined by the EPA Administrator as any community that meets at least one of the following characteristics:

- Identified as disadvantaged by the Climate and Economic Justice Screening Tool (CEJST);
- Any census block group that is at or about the 90th percentile for any of EJScreen's Supplemental Indexes when compared to the nation or state; and / or
- Any geographic area within Tribal lands as included in EJScreen, which include:
  - Alaska Native Allotments
  - Alaska Native Villages
  - American Indian Reservations
  - American Indian Off-reservation Trust Lands
  - Oklahoma Tribal Statistical Areas

Eligible activities

Grantmakers may engage in and fund only those activities that are authorized by CAA 138, which include:

- Community-led air and other pollution monitoring, prevention, and remediation, and investments in low- and zero emission and resilient technologies and related infrastructure;
- Workforce development that help reduce greenhouse gas emissions and other air pollutants;
- Mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events;
- Climate resiliency and adaptation;
- Reducing indoor toxics and indoor air pollution; or
- Facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes.

Ineligible activities

Ineligible activities include, but are not limited to:

- Any activity that violates applicable federal civil rights statutes prohibiting discrimination, including

but not limited to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, Federal Water Pollution Control Act Amendments of 1972, and implementing EPA regulations.

- Lobbying, as defined at 2 CFR 200.450;
- Defense and prosecution of criminal and civil proceedings, claims, appeals and patent infringements, as defined at 2 CFR 200.435;
- Carrying out protests, demonstrations, boycotts, or disinvestment campaigns; and
- Any activity to encourage actions that violate Federal, state or local law including, but not limited to, provisions relating to unlawful assembly, trespass, inciting violence, and failing to obey the lawful orders of law enforcement personnel.


## B. Establishing and Managing Subawards

Grantmakers are required to distribute eighty percent of their fifty-million-dollar award in three years through competitive and non-competitive subgrants to be completed within the project period of the subsequent award.  These awards should be to eligible subrecipients to carry out activities described in the Notice of Funding Opportunity that benefit disadvantaged communities as defined by the Administrator, in accordance with Clean Air Act 138(b)(1) . Grantmakers making pass-through subawards must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy. As a pass-through entity, the recipient agrees to:

1) Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

> (a) For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities unless the EPA-approved budget and work plan for this agreement contain a precise description of such subawards.

> (b) Stipends and travel assistance for trainees (including interns) and similar individuals who are not  employees of the pass-through entity must be classified as participant support costs rather than subawards, as defined at 2 CFR 200.1 and described in EPA's Guidance on Participant Support Costs.

> (c) Subsidies, rebates and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as participant support costs as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2) Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(b). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3) Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(b)(1). Subrecipients are not required to complete

full System for Award Management (SAM) registration to obtain a UEI. Information on how to obtain a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and in EPA's General Term and Condition "System for Award Management and Universal Identifier Requirements" of the pass-through entity's agreement with the EPA.

4) Ensure that subrecipients are aware that they are subject to the same cross-cutting legal and policy requirements as the Grantmaker's  award as required by 2 CFR 200.332(b)(2). These requirements include, among others:

(a) Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

(b) Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition passthrough entity's agreement with EPA entitled "Reporting Subawards and Executive Compensation." Page 8 of 42

(c) Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled "Consultant Fee Cap."

(d) EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "Management Fees."

(e) The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants). EPA provides general information on other statutes, regulations and Executive Orders on the Grants internet site at www.epa.gov/grants. Many Federal requirements are agreement or program specific and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5) Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6) Establish and follow a system for evaluating subrecipient's risks of noncompliance or fraud as required by 2 CFR 200.332(c) and document the evaluation. When evaluating a subrecipient's risk, a passthrough entity should consider the following: (a) Prior experience with same or similar subawards (b) Results of previous audits; (c) Whether new or substantially changed personnel or systems, and; (d) Extent and results of any Federal agency or the pass-through entity's monitoring

7) Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(d). Examples of additional requirements authorized by 2 CFR 200.208 include:

(a) Requiring payments as reimbursements rather than advance payments;

(b) Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;

(c) Requiring additional, more detailed financial reports;

(d) Requiring additional project monitoring;

(e) Requiring the non-Federal entity to obtain technical or management assistance, and

(f) Establishing additional prior approvals

8) Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(e) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9) Establish and maintain an accounting system which ensures compliance with the $50,000 limitation on Modified Total Direct Costs per subaward, if applicable, for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

10) Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11) Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12) Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

13) Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14) Establish and maintain a system under 2 CFR 200.332(e)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15) As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects. By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

## C. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

<u>Performance Reporting – Content</u>

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc.).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of cumulative and period comparison of project budget and expenditures, coupled with a comparison of the percentage of the project completed and in relation to project schedule and an explanation(s) of significant discrepancies must be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA within 30 calendar days about problems, delays, or adverse conditions that may materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

<u>Performance Reporting - Frequency</u>

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer on the designated quarterly due date(s). If **due date falls on a federal holiday or weekend, it is due the following business day.** The period end and due dates are listed in the below table.

| PERIOD ENDING | QUARTERLY DUE DATES |
| --- | --- |
| September 30 | October 31 |
| December 31 | January 31 |
| March 31 | April 30 |
| June 30 | July 31 |

The first quarterly report is due at the end of the first full quarter following the execution of the agreement, unless the recipient has incurred pre-award costs. If the recipient is authorized to incur pre-award costs, the grant performance period begins on the date costs were first incurred, and the recipient would provide a quarterly performance report following the end of the first full quarter after that date. Quarterly reports will continue thereafter and throughout the remainder of the performance period. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance as identified in this agreement. The final report must document all project activities occurring during the Period of Performance and as outlined in the executed agreement.  However, please be advised that the statutory three-year performance period for this grant program may not be extended.  Any costs incurred after the end of the performance period are the responsibility of the recipient and may not be charged to the grant.

## Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(e). Pass-through entity monitoring of the subrecipient must include:

1. Review of financial and programmatic reports.

2. Follow-up on action plans noting findings/deficiencies identified from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Quantitative environmental results the subrecipient achieved, the place of performance (eg. Census Tract ID, zip code, latitude / longitude) and a narrative discussion of any qualitative improvements of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(f), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including quantitative measures and place of performance of outreach, engagement, and implementation of feedback.

8. Quantity of, the place of performance and qualitative summaries of capacity building activities for severely capacity-constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote, and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

## Subaward Performance Reporting on Milestones of Activities for Fixed-Amount Awards

Grantmakers have limited reporting requirements for fixed-amount subawards. The recipient must at minimum report on subrecipients' fixed-amount subaward milestones via the quarterly performance reports, as well as any other reporting requirements agreed upon by the Grantmaker and the fixed-amount subaward recipient, as described in the Fixed Amount Subaward memo. Fixed Amount Subaward Performance reporting will be in accordance with **applicable requirements specified in 2 CFR Parts 200 and 1500, which will apply to fixed-amount subawards absent a case-specific exception requested by a Grantmaker, concurred by the OEJECR Project Officer and approved by OGD. Note:** Each Grantmaker will define "Severely Capacity Constrained." Grantmakers will also design policies and procedures to limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a specified time period to maximize the diversity and breadth of subrecipients.

**Examples of Fixed Amount Subaward Performance reporting include but are not limited to:**

1. Monitoring plans paid on a milestone basis with an initial amount paid prior to the development of the

plan, followed by a second payment upon completion of the draft plan, with a final payment when the plan is complete.

2. Lump sum payments for equipment purchases (e.g. air monitoring devices) based on invoices provided by the subrecipient.

3. Upfront costs of no more than 25%, except with permission of the Project Officer, with subsequent milestone-based payments.  For example, sampling projects paid on a milestone basis with 25% for upfront expenses, 25% for data collection, 25% for data analysis, 25% for final report completion.

### Fixed-Amount Subaward Monitoring and Compliance

**As provided in 2 CFR 200.102(c), the Award Official is authorized to waive or modify the following regulatory requirements for subrecipients receiving fixed-amount subawards:**

1. Competition requirements specified in 2 CFR Part 200 and Part 1500 with the exception of the statutory consultant fee cap implemented at 2 CFR 1500.10.

2. Records required to document personnel compensation under 2 CFR 200.430 and 2 CFR 200.431.

3. Financial requirements at 2 CFR 200.302(b) with the exception of accounting records and documentation required to demonstrate achievement of agreed upon milestones such as invoices for equipment or facility rental, fees paid, stipends earned, and similar fixed-amount transactions.

4. Internal controls described at 2 CFR 200.303 with the exception of an internal control protocol for ensuring that fixed-amount subrecipients only request payment from the pass-through entities upon completion of agreed upon milestones.

5. Property standards in 2 CFR Part 200 with the exception of 2 CFR 200.315 as implemented in EPA's General Term and Condition Data and Copyrighted Materials relating to EPA's "Federal Purpose" license in data and written materials produced with EPA funds.

6. Subrecipient and contractor determinations in 2 CFR 200.331 and corresponding provisions of the EPA Subaward Policy.

7. Indirect costs authorized by 2 CFR 200.332(b)(4). Fixed amount subrecipients do not incur indirect costs.

8. Reports on real or personal property required when closing out a subaward specified in 2 CFR 200.344(g).

### D. Pass-through Entities

The pass-through entities must have pricing procedures that prevent subrecipients from "profiting" from fixed-amount subawards by precluding payments for "management fees" or other amounts in excess of anticipated costs for the activity.

Grantmakers will use the following methods to ensure compliance for tracking and monitoring activities:

1. Establishing the content of periodic and final performance and financial reports for each fixed-amount subaward.

2. Obtaining a budget description of planned expenditures to be refunded if an activity or event does not take place, a report or analysis is not completed, or the subrecipient does not otherwise perform as promised.

3. Certification in writing to the pass-through entity at the end of the fixed-amount subaward that the project or activity was completed, or the level of effort was expended. If the required level of activity or effort was not carried out, the amount of the fixed-amount subaward must be adjusted and any excess funds refunded.

4. Requiring prior written approval of the pass-through entity for any changes in principal investigator, project leader, project partner, or scope of effort.

## E. Review and Oversight

1. Work Product - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. The EPA Project Officer has discretion to change the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## F. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJ TCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work. Periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ

**EPA 000387**

grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates. Project Officers are encouraged to engage with their Grantmakers to fulfill post-period follow-up, but are not to document non-compliance.

## G. Cybersecurity

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(e), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## H. Competency Policy

### Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements. Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## I. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance.   Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients or subrecipient must ensure that subrecipients acquire insurance equal to the amount of the purchased items to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

## J.  Signage Required

1. Signage Requirements

a. Investing in America Emblem: The recipient will ensure that a sign is placed at construction sites supported in whole or in part by this award displaying the official Investing in America emblem and must identify the project as a "project funded by President Biden's Inflation Reduction Act" as applicable. The sign must be placed at construction sites in an easily visible location that can be directly linked to the work taking place and must be maintained in good condition throughout the construction period. The recipient will ensure compliance with the guidelines and design specifications provided by EPA for using the official Investing in America emblem available at: https://www.epa.gov/invest/investingamerica-signage.

b. Procuring Signs: Consistent with section 6002 of RCRA, 42 U.S.C. 6962, and 2 CFR 200.323, recipients are encouraged to use recycled or recovered materials when procuring signs. Signage costs are considered an allowable cost under this assistance agreement provided that the costs associated with signage are reasonable. Additionally, to increase public awareness of projects serving communities where English is not the predominant language, recipients are encouraged to translate the language on signs (excluding the official Investing in America emblem or EPA logo or seal) into the appropriate non-English language(s). The costs of such translation are allowable, provided the costs are reasonable.

2. Public or Media Events EPA encourages the recipient to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

## K.  Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

## L.  Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as

defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement the Quality Assurance (QA) planning documents in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:

**NOTE: The Grantmaker will need to develop a management strategy for receiving, reviewing and assisting applicants with QMP or QAPP needs.**

## 1. Quality Management Plan (QMP)

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review,

iii. Complete required training for approving QAPPs in collaboration with the region or in place of the region, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QMP within 60 days after grant award.

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

## 2. Quality Assurance Project Plan (QAPP)

i. Provide EPA a copy of the recipient-approved QAPP if the recipient has an EPA-approved Quality Management Plan and a current EPA delegation to review and approve QAPPs.

b. The recipient must submit the QAPP 60 days after grant award, and prior to the start of any environmental information collection activities.

c. The recipient shall notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

d. The recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the QAM at least annually and may also be submitted when changes occur.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## M. Human Subjects Research Review Process

(a) *Applications involving human subjects.* (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.

(2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

(3) Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

## N. Program Income

In accordance with 2 CFR 200.307(b) and 2 CFR 1500.8(b), the recipient is hereby authorized to retain program income earned during the project period.

Project Officers must choose one or more of the options below per their approval in the Finding Recommendation and delete the options not applicable. The default use of the program income under 2 CFR 1500.8(b) is "Addition."

The recipient agrees to use the following method for applying income:

1. Addition. Program income is added to the total allowable costs, increasing the overall total amount of the award. Program income must be used for the original purpose of the award and under the conditions of the assistance agreement.

The recipient must provide as part of its [Insert Quarterly, Semi-annual, or Annual and Final] performance report, a description of how program income is being used. Further, a report on the amount of program income earned during the award period must be submitted with the [Insert Quarterly, Semi-annual, or Annual and Final] Federal Financial Report, Standard Form 425.

Note: During budget negotiations program offices may authorize the recipient to deduct costs incurred in generating program income from gross program income to determine net program income as provided at 2 CFR 200.307(d). In these cases the program income T&C must include the following additional statement:

In accordance with 2 CFR 200.307(d) costs incidental to generating program income may be deducted from gross income to determine program income, provided these costs have not been charged to the EPA award. The recipient must retain adequate accounting records to document that any costs deducted from program income comply with regulatory requirements.  Further, the recipient must report program income on the Federal Financial Report, SF425. The recipient should refer to the General Terms and Conditions "Federal Financial Reporting (FFR)" for more information on the SF 425.

## O.  Use of Logos and Icons

**Programmatic guidance for the appropriate use of the icons and logos either together, with other partner icons or individually will be provided.**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that Green and Healthy Homes Initiative received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## Grantmaker Icon

**The Thriving Communities Grantmaking Program (TCGM) Icon will be designed by the EPA with Grantmaker input and approved by the EPA PROTRAC process** , used to monitor the concept proposal, development, review and approval of EPA print, infographics, audio, video and social media content/products for internal and external release, as well as Esri Products (Story Maps and Hub sites) for external publishing only. PROTRAC ensures all content created is consistent, appropriate and in alignment with current agency messages, and follows EPA branding guidelines**. The icon will represent the "programmatic identity" of the Grantmaker program, and may be used alone or in conjunction with the EPA and grant recipient's logos' or individual Grantmaker's logo. The approved TCGM programmatic icon must remain intact and unmodified.**  Modifying icons to specifically identify a program office or region are not permitted. NOTE: Icons must be updated or removed per current agency policy/guidelines.

## P.  Paperwork Reduction Act

The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information. The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization. The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## Q. Substantial Involvement

EPA will be substantially involved in this agreement however, final decisions rest with the recipient. Substantial involvement by the EPA Project Officer may include:

1. Monthly telephone calls and other monitoring,

2. Review project phases and provide approval to continue to the next phase,

3. Review and comment on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. Approve substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend, or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. Review and comment on the programmatic progress reports.

6. Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend, or direct the recipient to select any individual).

7. Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8. Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9. EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10. In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer

for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11. If a Conflict of Interest is Identified by the EPA, the Conflict-of-Interest Mitigation Plan will need to be approved by the Project Officer, in consultation with the Grant Specialist.

12. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

13. Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

14. EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

15. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

16. Informally referred to as the "Cap Amount Award Policy" and discussed on page 15 of the NOFO, Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that a recipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance or a shorter interval as deemed appropriate by the pass-through entity. This plan will need to be approved by the Project Officer.

17. Prior to making subawards, Grantmakers can work with their Project Officers to identify instructions and guidance on subaward policies to ensure that the burden on the Tier 1-3 and fixed-amount award Subrecipients is minimized. This includes resources such as the gmc_subaward_policy_appendix_d_subaward_agreement_template.pdf (epa.gov) (EPA does not mandate the use of this template. Pass-through entities may use their own form of subaward agreements provided the requirements of 2 CFR 200.332(a) and 2 CFR 200.332(b) are met.) And requirements that flow down to subgrantees such as "Unique Entity Identifier" (UEI) as required by 2 CFR Part 25 and 2 CFR 200.332(b)(1).

## R. National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers,

the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Non-procurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Non-procurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**S.  Subsequent Award Statutory Partnership Agreements Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.** EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to issuance of the Subsequent Award.

Any letters of commitment submitted in the application should be finalized into a final signed statutory agreement, which should include any updated stakeholder roles and responsibilities or revised award amounts.  The statutory partnership agreement must be signed by all relevant parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer. The EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Subsequent Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

T. Record Retention

In accordance with 2 CFR § 200.334 , recipients and subrecipients must retain for a period of three years all programmatic, financial, statistical, and all other records required under the terms of the agreement, unless a dispute or lawsuit has ensued. If a dispute or lawsuit has been initiated, all records must be retained for the duration of the dispute, until the matter is resolved and dispositioned, and for three years thereafter.

U. Environmental Justice Thriving Communities Grantmaking Program Davis-Bacon Labor Standards

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage

Rate Requirements).

Therefore, the pass-through entity must create a Davis-Bacon subgrant compliance plan to ensure that any entity that receives financial assistance complies with Davis-Bacon labor requirements where construction work is financed in whole or in part with such financial assistance.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

 In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with Davis-Bacon, the recipient agrees to discuss the situation with the EPA Project Officer for possible referral to DOL for guidance or enforcement action.

Note, the use of the term project in this term and condition is distinct from the use of the term project within the definition of qualified project under Clean Air Act Section 134(c)(3), which is broader and includes "any project, activity, or technology." 40 CFR 30.103 defines construction as "erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property, and activities in response to a release or a threat of a release of a hazardous substance into the environment, or activities to prevent the introduction of a hazardous substance into a water supply."

## 1. Program Applicability

a. Program Name: Environmental Justice Thriving Communities Grantmaking Program

b. Statute requiring compliance with Davis-Bacon: Clean Air Act Section 314, Labor Standards, codified as 42 U.S.C. § 7614.

c. Activities subject to Davis-Bacon: Activities subject to Davis-Bacon include certain construction costs and contractual costs. Construction costs may include:

    i. Building and / or upgrading existing structures and sites to improve community use while reducing GHG emissions and / or improving climate resilience;

    ii. Implementing structural and non-structural retrofits to enhance the resilience of community-serving buildings (e.g., raise the building elevation to reduce flood risk, improve cooling systems and / or insulation to reduce extreme heat risk);

    iii. Install energy efficiency measures such as insulation, double or triple glazed windows, "cool roofs" that reflect sunlight, and energy management systems in public buildings;

    iv. Remediating or mitigating harmful substances in buildings, including lead, mercury, pesticides, radon, mold, PCBs (caulk, flooring, etc.), lead-based paint, asbestos, and other toxic substances;

    v. Installing, upgrading, or replacing HVAC and / or filtration systems that improve indoor quality in schools, community-serving buildings, and single-and-multifamily homes;

vi. Targeted water infrastructure upgrades, including replacing private-side lead lines in homes, childcare facilities, schools, or other community-serving buildings; septic to sewer conversions; and installing water fountains at schools and parks; and

vii. Other activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of *Construction* at 40 CFR 33.103, as well as related architectural or engineering services.

With very few exceptions, recipients carry out construction projects by hiring contractors which typically include a general contractor and an architectural or engineering firm for design work and in some cases purchasing equipment for installation at the site. Hiring general contractors and other contractors performing activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of Construction at 40 CFR 33.103 will be categorized as "Construction."

d. Prevailing Wage Classification: Building

## 2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

## 3. Recipient Responsibilities When Entering Into and Managing Contracts:

a. Solicitation and Contract Requirements:

i. Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

ii. Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:

1. "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

b. After Award of Contract:

i. Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)

(iii).

ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

## 4. Recipient Responsibilities When Establishing and Managing Additional Subawards:

a. Include DBRA Requirements in All Subawards (including Loans):

    i. Include the following text on all subawards under this grant:

        1. "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

b. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

**5.** The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

## V. Participation in an EPA-Sponsored Program Evaluation.

As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all EPA staff, contractors, or designated Recipients performing research or evaluation studies funded by EPA, if directed to do so by the Project Officer.

## W. Land Acquisition

Land acquisition must comply with the Uniform Relocation Act and Federal Highway Administration's implementing regulations at 49 CFR Part 24 which requires grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements.

## X. Termination

Notwithstanding the General Term and Condition "Termination," EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024), when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of Section 138 of the

Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.



## Workplan #2 - $52M

## Project Summary Page

*Project Title*
Building Capacity to Advance Environmental Justice for Thriving Communities in Region 3
*Project Geographic Area*
EPA Region 3: DE, DC, MD, PA, VA, WV, and 7 federally recognized tribes
*Applicant Information*
*Brief Description of Applicant Organization* – Founded in 1993, the Green & Healthy Homes Initiative (GHHI), a national 501(c)(3) nonprofit organization, is dedicated to creating healthier communities and addressing social, economic, and environmental inequalities. With over 30 years of tangible and transformational achievements, GHHI has been a consistent national leader in spearheading effective and innovative work to improve the health, economic and social outcomes of the nation's most under-resourced communities by breaking down barriers, building local capacity, and designing effective programs to reduce environmental health threats such as childhood lead poisoning, air pollution, and greenhouse gas emissions. GHHI has successfully managed $130 million in federal, state, local, philanthropic and private sector funding for over 300 communities – including over 1500 grantees and subrecipients. Committed to a standard of excellence, evidenced-based practices, and data driven decision making, GHHI has a proven history of building local leadership and capacity to overcome ill-conceived and unjust practices and address environmental health threats. There are few, if any, organizations more ideally suited with the administrative capacity, experience, and operating values to serve as a pass-through entity for the EPA EJ Thriving Communities program.

*Is your organization a qualifying Minority Serving Institution?* No

*List of Community-based Nonprofit Partners* – Chesapeake Bay Foundation, Chisholm Legacy Project, Invest Appalachia, Latin American Community Center, New Ecology, United Parents Against Lead, Virginia Humanities, Women for a Healthy Environment, Young, Gifted & Green (previously, Black Millennials 4 Flint), Baltimore Housing Regional Partnership, NAACP, Children's National, Howard University, Virginia Poverty Law Center and Delaware State University. (Note: The GHHI Region 3 TCGM Advisory Board Non-Profit Partner Organizations and TA Providers Virginia Poverty Law Center and Delaware State University are only funded through grant funding from GHHI's TCGM Grant No. 5N-95341301)

*Abstract* - The Green & Healthy Homes Initiative (GHHI) will serve as the Region 3 Grantmaker for the EJ TCGM. Leveraging its 30-year experience in health and environmental programs, GHHI plans to use a strong participatory governance framework to build capacity in underserved areas, ensuring robust fulfillment of TJ TCGM's goals. GHHI's communication plan recognizes the need to reach diverse audiences using wide-ranging delivery methods and

1

partners to leverage best practices in outreach and implementation. Moreover, GHHI will engage the community through a stakeholder Advisory Board, partnerships, and mechanisms for providing direct feedback to adapt frequently to the needs of communities, particularly those from disadvantaged or underserved areas. Special project emphasis and funding resources will be directed to marketing, engagement and in-person outreach to remote, rural and hard-to-reach communities and Tribal Nations in Region 3. Collectively, this proposal outlines GHHI's robust approach for designing competitive application in-take and evaluation processes, subaward processes, outreach, and support for communities throughout Region 3.

## 1. Program Objectives

The EPA Environmental Justice Thriving Communities Program supports EPA's goals and objectives of two Executive Orders (EO 14008 and EO 13985) issued by the Biden Administration that demonstrate the EPA's and Administration's commitment to achieving environmental justice and embedding environmental justice into Agency programs.

GHHI proposes to be the Grantmaking partner of the EPA for this program in EPA Region 3 (Mid-Atlantic, covering Delaware, the District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia, and Tribal Nations in this geographic area). Green & Healthy Homes Initiative (GHHI) is the nation's largest non-profit organization in America dedicated to promoting healthy housing. With over 30 years of impactful achievements, this 501(c)(3) entity has spearheaded effective programs, policies, and practices to eradicate childhood lead poisoning, tackling childhood asthma, and partnering to reduce greenhouse gas emissions alongside building health improvement upgrades striving to improve the nation's housing conditions for all citizens.

The objective of this program is to fund community-based organizations that are advancing environmental justice initiatives in their respective disadvantaged communities including remote, rural and hard-to-reach communities and Tribal Nations in Region 3. The program seeks to minimize the administrative and procedural burden of applying for federal grants and reduce the overall burden of managing funds throughout the subgrant process.

Through a Request for Application (RFA) process, GHHI will award a portfolio of 208 subgrants. Subgrants are available for three distinct phases of community readiness, with additional subgrants provided for local organizations who do not have the capacity to apply for one of the three phases.

The grant application review panels will include assigned GHHI grant project staff and Technical Assistance Provider Statutory Partners organizations. The Technical Assistance Provider Statutory Partner organizations on the grant, Children's Hospital, Howard University, Virginia Poverty Law Center, Delaware State University, and other TBD Technical Assistance Provider subawardees, will be prohibited from applying for EPA Thriving Communities grant funding during the grant period. Statutory Partner Advisory Board Members and their organizations will be prohibited from applying for EPA Thriving Communities grant funding during any grant application round where they are serving as a grant application reviewer or participate in any capacity in the reviewing, scoring and awarding decisions of Thriving Communities grants.

2

A. *Phase I Subgrants*

**Target: 72 Phase I subgrants will be for one year up to $150,000 assessment projects**

The Phase I EJ Thriving Communities Subgrants are available for severely capacity-constrained community-based organizations and/or "entry-level" applicants to assist them during the initial steps of their work to address specific issues impacting them locally by conducting assessments of environmental and public health concerns. Phase I EJ Thriving Communities Subgrants are for up to $150,000 each for a one-year project period. The Phase I subgrants application period will be open through April 30, 2025, to eligible subrecipients. Phase I projects can address multiple environmental issues (e.g., air quality, water contamination, toxic substances, etc.). The following is a list of the types of activities which may be considered by the Grantmakers for Phase I EJ Thriving Communities Subgrants. It is provided for illustrative purposes only and is not all inclusive.

- research (that is incidental to the project design)
- sampling
- testing
- monitoring
- investigations
- surveys and studies
- public education

B. *Phase II Subgrants*

**Target: 60 Phase II subgrants will be for 1-2 years up to $250,000 planning projects**

The Phase II EJ Thriving Communities Subgrants are available for community-based organizations and other Eligible Subrecipients who already have a strong understanding of their local environmental and/or public health issues and are ready to formulate a community-wide plan to address those issues. Developing key cooperative partnerships with community stakeholders is an essential part of developing a community-wide plan and later implementing that plan. Therefore, partnership development is a key aspect of the Phase II subgrants. Phase II EJ Thriving Communities Subgrant are for up to $250,000 each for a 1 to 2-year project period. The 2-year Phase II grant application period will only be available through December 30, 2024, so that the subgrant project period is within GHHI's overall schedule for subgrants. The 1-year Phase II grant application period will be available through April 30, 2025. Phase II project activities can address multiple environmental issues (e.g., air quality, water contamination, toxic substances) and should also include plan formulation and partnership development activities to address those environmental issues. The following is a list of the types of activities which may be considered by the Grantmakers for a Phase II EJ Thriving Communities Subgrant. It is provided for illustrative purposes only and is not all inclusive.

- Planning
- Partnership-building
- Public outreach and education

3

- Coordination with community stakeholders to address environmental issues
- Training activities for community organizations and community members
- Projects and activities to spur community involvement (e.g., cleanups of vacant lots)
- Smaller land purchases and acquisitions that require less than half of the total amount of subgrant funding

*C. Phase III Subgrants*

**Target: 60 Phase III subgrants are for two years up to $350,000 project development projects.**

The Phase III EJ Thriving Communities Subgrants are available for community-based nonprofit organizations and other Eligible Subrecipients who already have a strong understanding of their local environmental and/or public health issues, have already formulated a community-wide plan addressing those issues, and/or are now ready to develop the technical aspects of the project (i.e., implement the project on the ground). Developing key cooperative partnerships with community stakeholders is an essential part of developing a community-wide plan and later implementing that plan. Therefore, partnership development is a key aspect of the Phase III subgrants as well. Phase III EJ Thriving Communities Subgrant are for up to $350,000 each for a 2-year project period. The Phase III grant application period will only be open through December 30, 2024, so that the two-year subgrant timeline is within the overall GHHI subgrant window. Phase III projects can address multiple environmental issues (e.g., air quality, water contamination, toxic substances). The following is a list of the types of activities which may be considered by the Grantmakers for a Phase III EJ Thriving Communities Subgrant. It is provided for illustrative purposes only and is not all inclusive.

- Project Development
- Blueprints for construction or cleanup projects, schematics, and technical development
- Work to get permits in place directly related to an environmental project
- Smaller land purchases and acquisitions that require less than half of the total amount of subgrant funding
- Implementation of project plans
- Public outreach and education

*D. Noncompetitive Subgrants*

**Target: 16 Noncompetitive subgrants** will be for one year up to $75,000 for severely capacity constrained communities.

Before the RFA opens for the 16 Noncompetitive Subgrants, GHHI will perform outreach to interested stakeholders about the program and RFA. GHHI and its partners, including the Advisory Board, will engage local organizations and receive feedback related to the efforts they want to address in their community and the capacity of the organizations to participate in any of the three phases of the subawards. GHHI and the Advisory Board will set criteria around organizational capacity to identify organizations that meet the criteria of "severely capacity-constrained" and thus being eligible for receiving a $75,000 noncompetitive subaward to

4

achieve concrete goals.  The grant criteria and RFA for the Noncompetitive Subgrants will be finalized, approved by the EPA and released by January 2025 with initial awards projected to be made in May 2025. GHHI and partners will have discussions (no more than 1 hour) with these entities and collect information to help the Advisory Board and GHHI select the awardees. Potential achievable activities could include, but are not limited to, education campaigns, partnering with an environmental expert to conduct a rapid assessment of the identified environmental hazard, or formulating an action plan for the community. GHHI and the Advisory Board Members will review and select the sixteen $75,000 noncompetitive awards. Once approved, GHHI will still conduct a risk analysis to finalize an award agreement, and programmatic staff will work with the awardee to design a project plan and funding disbursement that meets the needs and limited capacity of the community-based organization.

### E. Responsive Technical Assistance

To accommodate currently unknown technical assistance needs, funds have been reserved for responsive technical assistance. Based on the needs of subrecipients, and needs identified by Program Officers through their interactions with subrecipients, GHHI will have a flexible fund available to contract and provide technical assistance support based on the environmental justice focus area, capacity, and training needs of the subrecipients. All technical assistance obtained will be in accordance with EPA procurement policies and will be procured in accordance with 2 CFR 200 requirements.

### F. Supplemental TCGM Funding

$10 million in supplemental TCGM funding will be utilized for the disbursement of additional TCGM subawards and to cover the following activities and costs in Region 3 and Tribal Nations. Additional Quality Assurance (QA) technical support and guidance will be provided by GHHI to assist subawardees in drafting and implementing Quality Assurance Plans (QAPs) for grant projects that require QAPs and more extensive quality assurance oversight.  Increased assistance will also be provided in the drafting and implementation by subgrantees of Quality Management Plans (QMP). Additional subawards have been included as described above and throughout the Workplan in the revised estimated subgrants for Phases I, II and III and the Noncompetitive subgrants. Assistance will also include conducting additional quality assurance and quality control activities for the additional subawardee projects and providing technical assistance in planning and undertaking Human Subjects Reviews (HSR) and data collection, and analysis and evaluation involving human subjects research. Additional funding will be utilized for substantial and meaningful marketing, in-person outreach and gap-filling resources in remote, rural, and hard-to-reach areas of Region 3 and Tribal Nations to ensure greater access and availability to TCGM grant funding and support in disadvantaged communities. Outreach will include 60 additional outreach and in-person events in targeted remote, rural, hard-to-reach and Tribal Nation areas in addition to the original 30 outreach events planned. The locations of the 60 additional outreach events will be selected based upon: Region 3 stakeholder and resident input, GHHI TCGM Advisory Board guidance, identification by GHHI of targeted communities that have not previously received a GHHI Region 3 TCGM in-person marketing event, EPA disadvantaged and underserved community mapping and data analysis,

5

and an analysis by GHHI, in consultation with the EPA, of other overburdened EJ jurisdictions and communities in remote, rural and hard-to-reach areas that would benefit from TCGM funding to address environmental hazards and improve resident health through community-driven grant projects.

## 2. Project Activities

### A. Schedule of Activities

*Table 1: Schedule of Activities & Milestones*

| Milestone | Date |
|---|---|
| RFA opens | September 2024 |
| Applications will be accepted on a rolling basis, beginning in September 2024 and ending on December 30, 2024 for 2-year proposals and April 30, 2025 for 1-year proposals. GHHI will review applications on a rolling basis and issue subgrant awards through five rounds: | <ul><li>Round 1: December 2024</li><li>Round 2: February 2025</li><li>Round 3: April 2025</li><li>Round 4: June 2025</li><li>Round 5: August 2025</li></ul> |
| TBD TA Providers period of performance: Selection of 18 TBD TA Providers that will provide technical assistance to subawardees specific to subject matter expertise areas of need as determined by the grant projects submitted and organizations receiving TCGM grant awards. TBD TA Providers may also be selected based upon TCGM technical assistance project needs as determined by GHHI (i.e.-grant review panel services). | December 2024 – July 2027 |
| RFA closes | April 2025 |
| Subaward project periods of performance: | **Round 1:**<br><ul><li>1 Year Projects (Phase I & II): December 2024 to November 2025</li><li>2 Year Projects (Phase II & III): December 2024 to November 2026</li></ul>**Round 2:** February 2025 (Phase I & II): February 2025 to January 2026<br><br>**Round 3:** April 2025 (Phase I & II): April 2025 to March 2026<br><br>**Round 4:** June 2025 (Phase I & II): June 2025 to May 2026<br><br>**Round 5:** August 2025 (Phase I & II): August 2025 to July 2026 |
| Noncompetitive Grants RFA opens | January 2025 |
| Noncompetitive Grants RFA closes | March 2025 |
| Noncompetitive Grants project periods of performance | May 2025 – April 2026 |

6

B. *Budget Narrative Summary*

The following budget narrative breaks down all costs associated with each aspect of the operation. All procurement, expenditures and payments will be conducted in accordance with the requirements of 2 CFR 200. All personnel listed in the Personnel section are full-time GHHI employees (W-2 employees). $8 million in supplemental TCGM grant funding will be utilized for additional TCGM subawards as detailed in the Workplan and $2 million in supplemental funding will be utilized for administrative costs to cover the following activities and costs: additional Quality Assurance (QA) costs to assist subawardees in drafting and implementing Quality Assurance Plans (QAPs)(where applicable) and Quality Management Plans (QMP), and conducting additional quality assurance and quality control activities on the projects, providing technical assistance in planning and undertaking Human Subjects Reviews (HSR), as well as provide funding for additional meaningful marketing, in-person outreach and gap-filling resources in remote, rural, and hard-to-reach areas of Region 3 and Tribal Nations. Outreach will include 60 additional outreach and in-person events in targeted remote, rural, hard-to-reach and Tribal Nation areas. The $10 million in TCGM Supplemental funding will only be used for the EPA approved and agreed upon activities for the additional funding as described herein. No EPA TCGM Supplemental grant funding will be commingled with the funding or used to cover costs already allocated to be paid for under the original $42 million Workplan 2 and Budget or $8 million Workplan 1 and Budget.

The Project Director, Ruth Ann Norton, will provide oversight for the project. The Project Manager-Senior Vice President, Andrea Brown, will supervise the daily operations of project activities. The CFO, Chris Zimmerman, will be responsible for overseeing all financial reporting and financial systems for Thriving Communities. The CFO, Staff Accountant and GHHI project managers will be responsible for the financial management of all sub awardees. Senior Accountant Abdul Samim Masoudi will handle draw down requests and disbursements to EPA and from subgrantees. SVP National Programs, Michael McKnight, will manage the oversight of the external technical assistance providers. The assessment of project outputs and outcomes will be managed by VP, Data, Evaluation, and Learning Annie Summers. Data & Evaluation Manager Eliza Cash will support subawardee valuation activities. VP of Communications, Beth Bingham, will support reporting and dissemination efforts. The Vice President Thriving Communities, Jessica Gonzalez Martinez, and Senior Program Officer, Adrianne Hull, will support Program Officers working with subgrantees as well as providing overall project compliance and deliverables oversight. Senior VP of Contracts and Technical Assistance, Wesley Stewart, will draft and review contract templates and serve as SME for environmental issues. Other grant project support will be provided by Program Officers, Sira Faye and Derek Kindell Morris, Senior Program Associate, Rebecca Jackson, QA/QC Manager, and the Rural and Tribal Community TA Specialist. The Grants Manager will support the implementation of grant management software and ensure coordination of activities between GHHI's grant management and reporting office to the EPA. The total cost for all personnel involved in the Workplan 2 project activities is estimated to be $1,258,663. Fringe benefits for staff personnel are calculated at 22% of the base salary, with a total cost of $276,905.

7

Travel costs for GHHI personnel for project outreach and events is $278,955. Supplies for project management software and communications platforms are estimated to cost $5,814 Contractual costs for grant application & management software and catering for 4 Partnership meeting events are $7,199. The project will also employ the services of Statutory Partners Howard University, Children's National Hospital, and other Technical Assistance providers as well as the awarding of 208 subawardees will result in Other direct costs of $48,675,548. Finally, indirect charges, calculated at GHHI's federally approved Indirect Rate of 20%, will be applied to the total direct costs excluding subrecipient and subaward costs over the first $25,000. Indirect costs are estimated to be $1,496,916. The total estimated budget for Workplan 2 of this project is $52,000,000.

### i. *Personnel*

Project Director, Ruth Ann Norton, President & CEO, will be responsible for Program Design, partner relations including the functions of the Advisory Board and Strategic execution of policy and governance: 652 hours at $176.82 per hour for a total cost of $115,287.

Project Manager-Senior Vice President, Andrea Brown, will manage the Daily Operations of the Overarching Program: 520 hours at $112.50 per hour for a total cost of $58,500.

Senior Vice President, National Programs, Michael McKnight, will manage the oversight of the Technical Assistance providers. 102 hours at $100.00 per hour for a total cost of $10,200.

CFO, Chris Zimmerman, will be responsible for financial reporting and financial systems for Region 3 TCGM. 103 hours at $121.95 per hour for a total cost of $12,560.

Senior Accountant, Abdul Samim Masoudi, EPA TCGM Senior Accountant. 520 hours at $50.48 per hour for a total cost of $26,250.

Compliance Officer, Kevin Chan, will manage the Threshold Review and Grants Review Process with the GHHI Grants management office. Will monitor and manage grant reporting and compliance, grant activities, provide program support, and ensure requirements are met for compliance. 520 hours at $60.00 per hour for a total cost of $31,200.

Vice President Thriving Communities, Jessica Gonzalez Martinez, will be responsible for the daily operations of the overarching program, strategies implementation and execution. 520 hours at $85.80 per hour for a total cost of $44,616.

Senior Program Officer, Adrianne Hull, position will provide technical assistance, monitor grant activities, provide program support, and ensure requirements are met for compliance. 520 hours at $62.50 per hour for a total cost of $32,500.

Program Officers (2), Sira Faye, Derek Kindell Morris, will support and manage grantees, monitor grant activities and compliance, provide program support, and ensure requirements are met for compliance. 1,040 hours at $42.50 per hour for a total cost of $44,200.

Vice President, Communications, Beth Bingham, will support outreach efforts to promote and advertise the subgrant competition digitally and through printed materials, and will document and disseminate Program Communications and Case Studies. 176 hours at $68.27 per hour for a total cost of $12,015.

Senior VP of Contracts and Technical Assistance, Wesley Stewart, will serve as SME and trainer for lead poisoning prevention, healthy homes, indoor air quality, outdoor air quality, and clean water. 1,850 hours at $88.94 per hour for a total cost of $164,539.

8

Vice President of Data, Evaluation & Learning, Annie Summers, will manage the assessment of project outputs and outcomes. 572 hours at $68.76 per hour for a total cost of $39,330.

Data & Evaluation Manager, Elizah Cash, will support subgrantees evaluation and data collection activities. 159 hours at $46.00 per hour for a total cost of $7,304.

Senior Program Associate, Rebecca Jackson, will support the work of the Project Director and Program Manager and will oversee and direct the community engagement work of TCGM. 260 hours at $41.41 per hour for a total cost of $10,767.

Quality Assurance Quality Control Specialist, To Be Hired, will assist subawardees in drafting and implementing Quality Assurance Plans (QAPs) for grant projects that require QAPs and more extensive quality assurance oversight. Assistance will also include conducting additional quality assurance and quality control activities for the additional subawardee projects and providing technical assistance in planning and undertaking Human Subjects Reviews (HSR) and data collection, analysis and evaluation involving human subjects research. 5,373 hours at $59.65 per hour for a total cost of $320,492.

Rural and Tribal Community Specialist, To Be Hired, will work to support TCGM by identifying and addressing the unique needs of rural and tribal communities by collaborating with subgrantees to ensure culturally appropriate support and services are available. Provide support in community capacity building and facilitating access to essential services. 5,373 hours at $49.71 per hour for a total cost of $267,077.

Grants Manager, To Be Hired, will assist with the Threshold Review, Application and GHHI Reporting Coordination, and ensure grant compliance by all grantees on a timely basis. The Grants Manager will assist the SVP of TCGM with quarterly reports due to the EPA. 1,158 hours at $47.12 per hour for a total cost of $54,562.

Program Administration Coordinator - Imani Bonham Oakes, will be responsible for scheduling travel and outreach event coordination for supplemental grant awardees, field and manage incoming communication and inquiries, handle the administration of surveys and general program communications internally and externally in addition to general administrative support for the supplemental awardees from remote, rural and hard-to-reach communities. 186 hours at $39.00 per hour for a total cost of $7,264.

Total personnel costs are $1,258,663.

***ii. Fringe Benefits***

Fringe Benefits for staff include: health insurance, health reimbursement accounts, workers compensation, 403B retirement plan & matching contributions, life insurance, long-term/short-term disability, and an employee assistance program. The fringe benefit rate is 22%.

The total fringe benefits cost is $276,905.

9

***iii. Travel*** - GHHI Personnel Travel - Outreach Events in Region 3 to promote the TCGM grant application competition and engage severely constrained community organizations and agencies. Travel for 60 in-person outreach events @$564.25 per event totaling $33,855. TCGM subawardee monitoring site visits, partnership convenings, meetings with the EPA Regional and National staff, and other meetings to support the operation of the Project throughout EPA Region 3. GSA rates used. Travel for these monitoring visits, convenings and meetings to support the additional subawardees and other grant project activities. GSA rates used. 258 @$950.00 per totaling $245,100. Only TCGM Supplemental grant funding will be utilized to pay for the cost of travel expenses to the 60 additional in-person outreach events and other monitoring visits and partnership convening events for the additional TCGM subawardees receiving funding through the $8,000,000 in supplemental grant funding. No funding from the $8M Workplan 1 (5N-95341301) will be used to pay for these travel expenses. The total travel cost is $278,955.

***iv. Equipment*** None.

***v. Supplies***

Project Management Software: Fully separate licenses for TCGM project staff use. Project management software which includes: Monday.com, DocuSign, and Adobe Creative, is estimated to be $50.00 average per month per person for 91.63 total staff months for a total cost of $4,581.66.
Communication Platforms: Communication platforms for program communication, marketing, and outreach including Zoom, Hootsuite, Constant Contact, Onboard and You Tube. Average per month. 3 months at $410.78 per month totaling $1,232.34.
Supplies total costs: $5,814.

***vi. Contractual***

Grant Application & Management Software: Grant Application and management software provider(s) for the planning and implementation of the EPA EJ TCGM grant competition including: outreach support, application portal access, scoring tool access, award decision communication, and reporting collection. (Via Procurement Rules and in accordance with the requirements 2 CFR 200 regulations) - Fluxx). These additional costs are estimated to be 0.02 X $229,341 per = $4,587.

Catering - Partnership Meetings: Meeting Hosting Expense for Partnership Meetings for food & non-alcoholic beverages provided during the event. Catering costs at $653 per Partnership meeting for 4 meetings totaling $2,612.
Contractual total costs: $7,199.

**vii. Construction** None.

***viii. Other Direct Costs (including subawards):***

Subaward: Core TA Provider: Children's National Hospital - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma

10

EPA 000409

morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to conduct outreach and promote EPA's TC Program awareness and support applicant outreach.  Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Total cost of $91,000 = 45.55% X $200,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

Subaward: Core TA Provider: Howard University - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at a $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. Total cost of $127,500 = 42.50% X $300,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

GHHI will select 18 TBD TA Providers that will provide technical assistance to subawardees specific to subject matter expertise areas of need as determined by the grant project areas submitted for organizations receiving TCGM grant awards. Following the first TCGM grant awards in December 2024 and continuing thereafter during the grant period, GHHI's TCGM staff, in consultation with subwardees post award, will identify technical assistance subject matter area experts that are needed to assist subawardees and for which GHHI or its Statutory Partner TA Providers do not currently have the existing personnel on staff with the requisite expertise. TA Providers will be selected based upon their organization's demonstrated expertise in the field, proven technical assistance experience, credentials and certifications, and business references. TBD TA Providers may also be selected based upon TCGM technical assistance project task needs as determined by GHHI (i.e.-grant review panel services).

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is

11

$25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical

12

Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. Estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. Estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

13

EPA 000412

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs captured on this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

TBD Subaward: Technical Assistance Provider: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus

14

area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs <u>captured on</u> this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

<u>TBD Subaward: Technical Assistance Provider</u>: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs <u>captured on</u> this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

<u>TBD Subaward: Technical Assistance Provider</u>: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs <u>captured on</u> this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

<u>TBD Subaward: Technical Assistance Provider</u>: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs <u>captured on</u> this line item will not exceed the first $25,000. Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

<u>TBD Subaward: Technical Assistance Provider</u>: This subaward will be held for responsive Technical Assistance Providers based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. The estimated cost is $25,000. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect costs <u>captured on</u> this line item will not exceed the first $25,000. Note: If any TCGM

15

grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.

Other: Telecommunications: Specific to the TCGM grants program, grant related telecommunications expenses for TCGM project staff, project services, and costs to existing contracts as a result of the TCGM project. Average per month. 3 months @$811.28 average per month totaling $2,434.

Other: Information Technology Support and IT Security: Specific to TCGM Project, specifically related to the grants program, and the security related to fiduciary responsibilities and any sensitive materials related to the grants and application process. Average per month. 3 months at $1,538.00 per month totaling $4,614.

Subawards: Noncompetitive Severely Constrained Organization Subrecipients. Non-competitive grants will be awarded to severely constrained subrecipients nonprofit organizations. 16 Thriving Communities subgrants at $75,000 per grantee will be awarded to severely constrained subrecipients totaling $1,200,000.

Subawards – Phase I Subrecipients. Through a competitive process, Thriving Communities subgrants will be awarded to eligible nonprofit organizations. 72 estimated Phase I subgrants will be awarded at $150,000 per subgrant totaling $10,800,000.

Subawards – Phase II Subrecipients. Through a competitive process, Thriving Communities subgrants will be awarded to eligible nonprofit organizations. 60 estimated Phase II subgrants will be awarded at $250,000 per subgrant totaling $15,000,000.

Subawards – Phase III Subrecipients. Through a competitive process, Thriving Communities subgrants will be awarded to eligible nonprofit organizations. 60 estimated Phase III subgrants will be awarded at $350,000 per subgrant totaling $21,000,000.

Total other costs of $48,675,548.

### *i. Indirect Charges*

GHHI Indirect (Excluding Subawards): GHHI's Direct Costs for non-Subaward direct costs are $1,834,584 times indirect cost rate of 20.0% totaling $366,916.

GHHI Indirect (Subawards only): GHHI Indirect (208 subrecipients and 18 subawards for Technical Assistance x $25,000.00 for Modified Total Direct Cost) Modified Total Direct Cost total of $5,650,000 (for first $25,000 in direct costs per subawardee) times indirect cost rate of 20.0% totaling $1,130,000. Does not include GHHI Indirect on the 2 Core TA Providers (as that indirect is captured in Workplan #1 Budget via Modified Total Direct Cost).

*Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

Total indirect costs are $1,496,416. GHHI's federally approved Indirect Cost Rate is 20%.

16

Total Direct Costs (including subawards) = $50,503,584.

**Total Estimated Budget Costs for Workplan 2:** $52,000,000.

## 3. Environmental Justice Results – Outputs, Outcomes, and Performance Measurement Plan

### *A. Outputs*

*Table 2: Output Summary*

| Category | Outputs |
|---|---|
| Grant management process | • Reports on program oversight, management, and evaluations for measuring success of subaward program<br> ○ Amount of funding committed to subawards<br> ○ Amount of funding disbursed through subawards<br> ○ Number of quarterly meetings held with subrecipients to review progress<br> ○ Number of quarterly subaward reports submitted by subrecipients, and percentage submitted on time<br> ○ Number of subaward agreement amendments issued (indicating change)<br> ○ Number of subaward outputs set and achieved<br> ○ Number of subaward outcomes set and achieved (environmental/public health improvements)<br> ○ Number of survey responses<br> ○ Changes in survey responses indicating capacity or readiness for managing federal funds (information collected during quarterly reports and meetings)<br> ○ Number of subrecipients with an identified deficiency in subaward management<br> ○ Number of subrecipients who have rectified an identified deficiency<br>• Number of enforcement actions taken for noncompliant subrecipients<br>• Feedback from subawards on to improve efficiency and effectiveness of grantmaker program |
| Participatory Governance | • Number of Advisory Board meetings<br>• Engagement and contributions of committed partners, in terms of in-kind staff time and resources provided |
| Subawards | • Input from community on issue area and methods to response and correct issue area<br>• Materials developed to highlight key issue area<br>• Materials adapted to meet the language and ability needs of public<br>• # of communication efforts to general public regarding issue area<br>• # of partnership meetings/forums/gatherings to address issue area<br>• Types of forums and materials developed to communicate issue area<br>• Outputs developed by subaward to highlight specific issue area approaches |

As funds are prepared and distributed to subrecipients, outputs will shift to measure processes in motion. The outputs outlined within the subaward section of the table above, highlight equitable metrics to showcase community involvement and partnership in both access and understanding of the key issue area, as well as partnership in approach to resolution. Outputs by issue area will be developed by subrecipients to reflect specific project approach and design.

17

## B. Outcomes

*Table 3: Short, Intermediate, and Long-Term Outcomes*

| Short-term | Intermediate | Long-term |
|---|---|---|
| • Number and percentage of short-term outcomes achieved by subrecipients, by phase<br>• Number and percentage of awardees who achieve short-term outcomes, by phase<br>• Report on short-term outcomes achieved by state, geography (e.g., remote and rural areas), issue area, by phase<br>• Changes in subrecipient capacity to manage federal funds (based on survey responses & program notes), by phase<br>• Increase community knowledge on how to access information on issue area<br>• Increase in number of residents with knowledge gain around issue area<br>• Increase in partnerships between community stakeholders | • Report on intermediate-term outcomes achieved by state, geography (e.g., remote and rural areas), issue area, by phase<br>• Changes in subrecipient capacity to manage federal funds and apply for future federal grants (based on survey responses & program notes), by phase<br>• Report on the number of residents who adapt behavior or pledge to adapt behavior based on information distributed | • Report on to be determined, co-designed long-term public health outcomes achieved by state, geography (e.g., remote and rural areas) by phase<br>• Report on to be determined co-designed long-term environmental outcomes achieved by state, geography (e.g., remote and rural areas) by phase |

A portion of the outcomes referenced in the above table will be co-designed and developed between GHHI and the subrecipient to account for the breadth and depth of each unique approach and program focus. GHHI will also provide a workbook of metrics for the recipient to consider, although metrics to showcase outcomes may also be developed outside of the workbook recommendations.

Data linked to agreed-upon metrics will be captured through the grants management tool on a quarterly basis. Subrecipients and assigned Program Officers will review data on a quarterly cadence and to ensure key targets are on track to be achieved.

## C. Performance Measurement Plan

To adequately measure performance of subawards, GHHI will organize grant management teams, each of which will be responsible for managing a subset of subawards and tracking their progress. Each team will include internal staff and external partners with expertise most relevant to an issue area. We will create a centralized database that tracks individual output and outcome goals set by each subaward project. That database will include notes on project progress based on quarterly meetings held with subrecipients. In addition, past and future subaward disbursements will be tracked in the database as well as the time elapsed between subaward milestones such as days between subaward execution and initial disbursements. The GHHI finance and accounting team will be dedicated to tracking invoices, disbursements, and outstanding payments through its organizational accounting system.

EPA 000417

The performance dashboard will measure the performance of subrecipients on the following dimensions, as assessed through quarterly meetings, reports, and other communications: 1) Is the subrecipient on track to achieve the project outputs? 2) Is the subrecipient on track to achieve the project outcomes? 3) Is the subrecipient on track to fully spend subaward funds? 4) Is the subrecipient on track with reporting requirements? 5) Is the subrecipient on track with participating in quarterly meetings? The short-term results will reflect the success of subrecipients across the metrics identified above. The long-term results involve the aggregated impacts of the full set of subrecipients, which should lead to environmental improvements across Region 3.

GHHI will appoint Program Officers to each subrecipient for project oversight. These assignments will be based on factors such as the project's phase, geographic location, issue area, and the officer's expertise. Depending on the needs of the subrecipient, Program Officers will regularly collaborate with the Region 3 TCTAC. Routine meetings between Program Officers, Senior Program Officer, and the Project Manager will ensure continuous alignment and effective communication. Acting as the main liaison for the EPA, the Project Manager will provide quarterly reports and updates on program progress during regular meetings with an EPA representative. These reports and meetings will be staggered to provide ample time for data aggregation and comprehensive project-level reporting, which will be collated into portfolio-level updates. In addition to this, the Project Manager will meet quarterly with GHHI's Financial Leadership to discuss financial reporting and the status of disbursements. GHHI would welcome an active role from the EPA, as per their interest and capacity. GHHI will seek the EPA's feedback during crucial stages of the RFA process. For instance, the EPA may have unique networks, events, and contact lists where the RFA information should be shared. If required, GHHI will also offer templates for data tracking and reporting for the EPA's review and comments before implementing these tools.

Subrecipients using environmental data will be required to develop a quality assurance project plan (QAPP) prior to project data collection. The QAPP will serve as roadmap for data collection, identifying project goal, metrics, data collection instruments, approach and analysis. GHHI will provide each applicable subrecipients with a template to record significant elements of their project and data collection plan.

GHHI will also create a feedback loop on the program webpage to ensure that communities and organizations can provide feedback to GHHI on how their needs can be more fully met and how the program processes served the community and non-profit organizations as appropriate. In conducting any such evaluation or feedback loops, GHHI and subgrantee Program activities partners and TA providers will comply with any applicable Human Subjects Research requirements. The evaluation and feedback forms will be in compliance with EPA TCGM program requirements, with the Human Subjects Research (HSR) regulations and with the Paperwork Reduction Act (PRA). Specifically related to HSR, GHHI and the subrecipients will follow these regulations:

- (a) Applications involving human subjects.

19

- o (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.
- o (2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).
- o (3) Applicants must provide documentation with each proposal of research involving human subjects that has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.
- (b) Applications involving laboratory animals. Each application for a project involving the use of warm-blooded animals shall include a written assurance that the applicant has registered with the Department of Agriculture and is in compliance with the rules, regulations, and standards enunciated in the Animal Welfare Act, Public Law 89-554, as amended.

Specifically related to the PRA, GHHI will support the EPA in obtaining approval from the Office of Management and Budget (OMB) for any targeted information collections with 10 or more people. To obtain this approval, GHHI will support the EPA's submission of an Information Collection Request (ICR) to OMB by providing information about all the public outreach activities, including: (1) grant application inquiry forms, (2) focus groups (not currently planned), (3) feedback surveys and interviews - specific results, success stories, and feedback; and (4) feedback surveys - general technical accessibility.


## 4. Programmatic Capability

### A. Organizational experience

GHHI is a renowned national leader on environmental issues, setting the benchmark for providing transformative technical assistance to create strong community partnerships, forge standards-based comprehensive environmental health programs, leverage sustainable financing, and establish innovative payment methods to fund these programs. GHHI has 27 years of experience in successfully imparting healthy housing technical guidance to over 75 cities, counties, and states. This has included the development, implementation, and assessment of programs and policies designed to shield children from devastating environmental health conditions including asthma and lead poisoning, triggered by socio-economic factors like substandard housing and inadequate access to quality care. For over a decade, GHHI has offered indispensable technical support to 44 groundbreaking environmental health partnerships spanning 38 jurisdictions across the nation, many of which were an integral

20

part of the National Initiative for Asthma Reimbursement (2017-2021), funded by the EPA Indoor Environment Division. Other funders of GHHI's work include the Corporation for National and Community Service (CNCS), Robert Wood Johnson Foundation, the JPB Foundation, the Episcopal Health Foundation, the Annie E Casey Foundation, the Weinberg Foundation, the US Department of Housing and Urban Development, and the US Centers for Disease Control and Prevention.

With the unique perspective drawn from serving over 32,000 low-income clients and managing the completion of more than 6,000 housing interventions in low-income homes, GHHI offers unparalleled insights and lessons to local organizations looking to address environmental injustices in their community. In 2009, leveraging extensive experience in operating direct service programs and delivering technical assistance nationally, GHHI pioneered a groundbreaking national model that seamlessly integrates health, safety, housing, and energy efficiency. This initiative was backed by partners such as the CDC, HUD, and the Council on Foundations. A testament to its success, GHHI's model has been embraced by 33 jurisdictions to unite public and private partners in a mission to coordinate health and housing services to those in need and identify innovative funding sources to scale effective initiatives.

GHHI has funded or managed over $130 million dollars in federal, state, or Tribal subaward programs utilizing 1500 local subgrantees and subcontractors. GHHI was responsible for creating the infrastructure to solicit and manage subaward processes, developing review criteria, financial drawdowns, technical assistance, and compliance reporting.  GHHI has also served in the role of grantmaker for many of these programs as well, assessing capacity and selecting and managing subaward recipients. Specific examples are provided in Table 4 below.

*Table 4: Organizational Experience with Past Programs of Relevance*

| Funding Source | Funding Amount | Year | Role of Grantmaker | RFP Management | Results |
|---|---|---|---|---|---|
| Lancaster General Hospital / U Penn Medicine | $50,000,000 | 2021-2030 | ✓ | ✓ | As part of a ten-year program to provide funding to 18 organizations to reduce lead and healthy homes hazards in PA, GHHI has managed $4,800,000 to date in subcontracts. |
| The JPB Foundation | $6,400,000 | 2018-2023 | ✓ | ✓ | Lead Catalytic Subgrants to 20 GROs and CBOs to conduct lead poisoning prevention initiatives in their communities. Subgrants as well to support $4.75m asthma environmental program. TA support provided by GHHI to the orgs. |
| Blue Cross Blue Shield of North Carolina | $1,378,168 | 2022-2023 | ✓ | ✓ | Delivered fall prevention services for at-risk members of selected Blue Cross Blue Shield of North Carolina health insurance products |
| ProMedica Project | $1,725,000 | 2022 | ✓ | ✓ | Advance whole home repair models in multiple cities |

21

EPA 000420

| | | | | | |
|---|---|---|---|---|---|
| Jones Day Foundation | $300,000 | 2022 | ✓ | ✓ | Overall, as part of Detroit Home Repair Fund, DHRF partners have spent over $1M in home repairs. |
| Helion CHR | $500,000 | 2022 | ✓ | ✓ | Advance whole home repair models in Philadelphia and Pittsburgh |
| Barra Foundation | $300,000 | 2022 | ✓ | ✓ | Advance whole home repair model in Philadelphia |
| ProMedica | $425,000 | 2022 | ✓ | ✓ | Advance whole home repair model in Detroit |
| CNCS Pay for Success Feasibility | $1,011,000 | 2014 | | ✓ | Provided pro bono technical assistance to 44 local sites to advance Pay for Success feasibility studies. |
| CNCS Pay for Success Development | $1,770,000 | 2016 | ✓ | ✓ | Grand Rapids project led to direct funding to pay for asthma home repair pilot. Memphis project led to partial reimbursement for asthma services. Springfield project led to $500k grant funding for home-based asthma program. |
| RWJF Pay for Success Feasibility | $1,800,000 | 2015 | | ✓ | Conducted five Pay for Success feasibility studies. Four of the five launched environmental pilots. |
| RWJF Pay for Success Development | $1,709,200 | 2018 | ✓ | ✓ | New York City project led to successful launch of $4.75M Pay for Success Project |
| EPA Asthma Initiative | $579,000 | 2018-2020 | | ✓ | Provided pro bono technical assistance to local sites to develop home-based asthma programs. |

## B. *Staff experience*

**Ruth Ann Norton**, President and CEO, is the chief strategist and project director for GHHI's federal grants, technical assistance services, and public policy programs and will provide executive oversight of the project, as well as advise on policy and reimbursement strategies. She broadened the organization's mission by designing the GHHI comprehensive model in 2009 in partnership with HUD and CDC built on a framework of cross-sector collaboration that integrates lead hazard reduction, healthy homes and energy efficiency interventions. One of the nation's leading experts on healthy housing, Ms. Norton is the organization's lead consultant to 45 US Cities, States and health plans and has served as senior advisor or manager on more than 60 HUD Lead and Healthy Homes grants and private sector funded grant programs nationally with an aggregate value of over $500 million. She has been the Project Director for 9 GHHI EPA outreach, environmental justice and technical assistance grants and 7 GHHI HUD Healthy Homes funded Healthy Homes Production Grants and LEAP Grants totaling over $11,500,000 as well as numerous CDC and state government grants. The architect of Maryland's 99% reduction in childhood lead poisoning, Ms. Norton has authored 49 pieces of adopted state and Baltimore City lead, healthy homes and energy efficiency legislation, helped craft federal policy initiatives and has led the groundbreaking work on advancing the role of Medicaid, Hospital Community Benefits and the health, education, energy, and philanthropic

22

sectors in supporting the advancement of healthy housing in our nation's lowest income neighborhoods. She has directly managed over $120,000,000 for GHHI's programs, all of which have been successfully audited under A-133 standards. Ms. Norton currently serves on a variety of councils and committees including the EPA Children's Health Protection Advisory Committee (CHPAC), the National Leadership Academy for the Public's Health (NLAPH), the National Council of State Housing Agencies' National Advisory Group and the Ohio Asthma Council.

**Andrea Brown**, Project Manager-Senior Vice President for Thriving Communities, will be responsible for the Daily Operations of the Overarching Program and Strategies Implementation and Execution. Ms. Brown is an experienced executive with a 20 plus year successful career in the nonprofit, community and services sectors. Ms. Brown has served as Vice President of Strategic Planning and Partnerships for the National Association for the Advancement of Colored People (NAACP). Ms. Brown also previously served as the Vice President of Membership and Training at the NAACP. Andrea Brown was previously Vice President of Maryland Programs at GHHI where she oversaw a comprehensive set of services which included Case Management, Family Advocacy, Education, Legal Services, Environmental Assessment and Housing Interventions. She was also Executive Director for the Black Mental Health Alliance. She holds a Masters Degree in Legal & Ethical Studies from the University of Baltimore and a Bachelors Degree in Political Science from Morgan State University.

**Michael McKnight**, Senior Vice President of National Programs, will manage technical assistance support to subrecipients. Mr. McKnight has provided technical assistance on health policy and integrating healthy homes services with clinical care, and has overseen data analysis, cost benefit analysis, and the delivery of capacity building support for asthma programs. Mr. McKnight also has extensive experience analyzing policies that impact payment models and reimbursement of environmental services by healthcare. Mr. McKnight has presented to EPA regional staff on opportunities for reimbursement for asthma services and has been a speaker at EPA-HUD conferences in New York and Atlanta on financing environmental services. He served on the working group for the EPA-supported Asthma Care Coverage initiative with the ALA. He has been manager of the $579,000 2017 EPA Indoor Environments grant, as well as $1.77 million Cooperative Agreement from the Corporation for National & Community Service.

**Wes Stewart**, Esq., Senior VP of Contracts and Technical Assistance, is a senior advisor at GHHI providing technical assistance to jurisdictions and healthcare systems on integrated lead hazard reduction, healthy homes and energy efficiency programs. Mr. Stewart provides national technical assistance on lead poisoning prevention and healthy homes program design, management, implementation and community capacity building to HUD Grantee Programs, GHHI partner sites, community and grass roots organizations, and local housing departments and public housing agencies. He has served as the regulatory affairs expert and chief training provider on the implementation of multiple HUD, EPA, DOE and CDC grant programs and federal program protocols. An attorney, Mr. Stewart provides trainings extensively throughout the United States on environmental health such as lead poisoning prevention and healthy homes program design, and the integration of health, energy and housing. Mr. Stewart has served as Program Director or Manager on six EPA grants, seven HUD-funded Lead Elimination Action Programs (LEAP) and Healthy Homes Grant Programs, DOE WAP and state

23

EPA 000422

weatherization and energy efficiency programs, and housing, family advocacy and legal services programs in Maryland.

C. Expenditure of Awarded Grant Funds

GHHI has in place multiple internal controls and accounting practices to ensure sound fiscal management of the EPA EJ Thriving Communities Grant. GHHI utilizes a purchase order process and Quickbooks accounting software to track revenues and expenditures by separate accounts. An EPA EJ Thriving Communities grant account will be maintained to ensure that the expenditures are allowable and on track. Grant funded payments will be made to all subgrantees and vendors following the receipt of valid invoices, documentation for expenses, applicable program reports and approval by the Project Manager that the costs are allowable and in compliance with EPA grant requirements and any subgrantee agreement terms. GHHI's Finance Department will provide monthly income statements that itemize expenses and will also prepare the quarterly financial reports and monthly invoices for the EPA. GHHI has safeguards in place to prevent co-mingling of funds as every GHHI grant or contract is assigned a separate department number to ensure that revenue and expenditures are tracked separately. GHHI has been certified by the Maryland Association of Nonprofits as a Standards of Excellence organization and maintains high standards for program management operations. GHHI has successfully managed over $130,000,000 in public and private grant and contract funds and has a 26-year history of excellent A-133 audits with no findings. GHHI will complete all EPA grant reporting requirements including grant progress reports, annual performance reports, financial reports, data reports, and final narrative and financial reports. All contracting, procurement, expenditures and payments will be conducted in accordance with the requirements of 2 CFR 200.

## 5. Past Performance

Indicative of past success, GHHI has served both as a project implementer and as a passthrough entity for millions of dollars of local, regional, state, and federal funding. The associated attachments detail relevant agreements from the past three years. Building upon decades of successful implementation, several key measures of effective implementation have resulted from GHHI's projects and project support.

- Designed and led the implementation of Maryland's 99% reduction in childhood lead poisoning and have led national efforts for a steady decline in lead poisoning for decades.
- Helped raise $600 million for lead poisoning and healthy homes prevention efforts across the U.S., including investments from Hospital Community Benefit Programs, Medicaid/CHIP funds, philanthropic organizations, and federal and state grants.
- Led efforts through the National Call to Action to increase CDC and HUD budgets for lead reduction and coordinated health and safety efforts with the Department of Energy.
- Successfully promoted the adoption of GHHI standards in the core HUD NOFAs starting in 2011. In 2020, a GHHI designed lead hazard reduction and weatherization coordinated pilot program at HUD was launched that is serving as an integration model.
- Conducted educational campaigns on environmental toxins at the local, state, and national level including a $32 million 2008 Ad Council campaign with the EPA and HUD.

24

- Led the implementation of Attorney General subgrantee settlement fund programs in the states of New York and Rhode Island to advance lead reduction in alignment with weatherization and other healthy housing measures.
- Designed and operated the Lead-Free Families initiative for Penn Medicine Lancaster General Health, a $50 million hospital program to remediate lead paint in 2,800 homes in PA.
- Led work under the Detroit Home Repair Fund, a $20 million program designed from the GHHI model with funding from the Gilbert Family Foundation, The Rocket Community Fund, DTE (utility), and ProMedica. GHHI serves as project manager and GHHI's data platform is being utilized to track service delivery and outcomes.

All grant deliverables for GHHI's prior EPA grants were met or exceeded and GHHI has submitted all grant reporting. This record of success includes four EPA Environmental Justice Grants for Baltimore City; a 2007 $243,000 EPA Community-Based Outreach and Training Grant for Baltimore City; a 2018 $597,000 EPA National Indoor Environments Program Grant for national technical assistance to 21 jurisdictions in the United States; a 2021 $75,000 Environmental Justice Grant for Baltimore City; a 2022 $75,000 EPA Multisector Integrated Pest Management Education Project Grant for City of Memphis; and a 2023 $100,000 EPA Environmental Education Grant for several Maryland counties. For most of the HUD grants listed in the attachment of relevant funding, GHHI scored 100 out of 100 for their final rating for meeting project outcomes. All six green-rated HUD grants met or exceeded benchmarks and were completed on time. GHHI's direct prevention services, development of community-based and cross sector partnerships, and scaling of funding has produced a 99% decline in lead poisoning in Baltimore City and the State of Maryland. The documented improvements in asthma-related outcomes for clients served include: 66% reduction in asthma-related pediatric hospitalizations, 62% increase in asthma-related perfect school attendance, and 82% increase in parents not missing work due to their child's asthma episodes.

EPA 000424

**Green & Healthy Homes Initiative EPA TCGM Grant Budget Workplan 2**                  Workplan 2 - $42M

| Overall Combined Budget (All Years) | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| **Personnel** (All W-2 Employees) | **PROJECT DIRECTOR -** *President & CEO* , Ruth Ann Norton - Ms. Norton will be responsible for program design, partner relations, including the functions of the Advisory Board, and strategic execution of policy and governance. | 208 | $ 176.82 | $ 36,779 | $ 251,707 |
| | **PROJECT MANAGER -** *Senior Vice President* - Andrea Brown - Responsible for the daily operations of the overarching program, strategies implementation, and execution reporting to the Project Director. | 520 | $ 112.50 | $ 58,500 | |
| | **Senior Vice President,** National Programs, Michael McKnight - Mr. McKnight will manage the oversight of the external Technical Assistance providers. Will also support the Project Director in project development. | 60 | $ 100.00 | $ 6,000 | |
| | **CFO** - Chris Zimmerman - The CFO will be responsible for all of financial reporting and financial systems the program. | 52 | $ 121.95 | $ 6,341 | |
| | **Senior Accountant** Thriving Communities - Abdul Samim Masoudi, will be responsible for grants management for fiscal disbursement, drawn requests for sub-awardees and grantees (sub-grants), and financial reporting. | 520 | $ 50.48 | $ 26,250 | |
| | **Compliance Officer -** Kevin Chan, will manage the Threshold Review and Grants Review Process with the GHHI Grants management office. Will monitor and manage grant reporting and compliance, grant activities, provide program support, and ensure requirements are met for compliance. | 520 | $ 60.00 | $ 31,200 | |
| | **Senior Program Officer** for Strategic Operations - Adrianne Hull will manage the Program Officers Team and provide technical assistance, monitor grant activities, provide program support, and ensure requirements are met for compliance. | 491 | $ 62.50 | $ 30,701 | |
| | **Program Officer,** Program officers will support and manage grantees,  monitor grant activities and compliance, provide program support, and ensure requirements are in comompliance. (Sira Faye) | 520 | $ 42.50 | $ 22,100 | |
| | **Vice President, Communications-** Beth Bingham, will support outreach efforts to promote and advertise the Thriving Communities competition digitally and through printed materials. Will also document disseminate Program Communications and Case Studies. | 20 | $ 68.27 | $ 1,365 | |
| | **Senior VP Contract and Technical Assistance -** Wesley Stewart, will review contract templates and provide advisory services as an SME for environmental health and healthy housing. | 10 | $ 88.94 | $ 889 | |
| | **Vice President of Data, Evaluation & Learning -** Annie Summers, will manage the assessment of project outputs and outcomes. | 290 | $ 68.76 | $ 19,940.00 | |
| | **Data & Evaluation Manager -** Eliza Cash, will support subgrantees evaluation and data collection activities. | 39 | $ 46.00 | $ 1,794 | |
| | **Grants Manager -** To Be Hired,tThe Grants Manager will support the implementation of the grants management software, and ensure coordination of activities between GHHI's Grants Management/Reporting Office and the Thriving Communities Program and will manage the process for GHHI's Reports to the EPA and compliance therein. | 209 | $ 47.12 | $ 9,848.00 | |
| **Fringe Benefits** | **Description** | **Base** | **Rate** | **Amount** | **Total** |
| | Fringe Benefits for staff include: health insurance, health reimbursement accounts, workers compensation, 403B retirement plan & matching contributions, life insurance, long-term/short-term disability, and an employee assistance program. | $ 251,707 | 0.22 | $ 55,375 | $ 55,375 |
| **Supplies** | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Project Management Software** - Fully separate licenses for TCGM Project staff use. Monday.com, DocuSign, Adobe Creative Suite. Average per month. | 3.00 | $493.98 | $ 1,482.00 | $ 2,714 |
| | **Communication Platforms** - Zoom, Hootsuite, Constant Contact, OnBoard, YouTube. Average per month. | 3 | $410.78 | $ 1,232.00 | |
| **Contractual** | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Grant Application & Management Software** - For the planning and implementation of the EPA EJ TCGM grant competition including: outreach support, application portal access, scoring tool access, award decision communication, and reporting. (Via Procurement Rules - GivingData, Neighborly, or Just Fund). | 0.02 | $ 229,341.00 | $ 4,587.00 | $ 5,240 |
| | **Catering** - Meeting Hosting Expense for Partnership Meetings - Food & non-alcoholic beverages provided during the 1 event. | 1 | $ 653.00 | $ 653.00 | |
| | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Subaward - Core TA Provider: Children's National** - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to promote EPA's TC Program awareness and support applicant outreach. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 0.455 | $ 200,000.00 | $ 91,000.00 | |

**EPA 000425**

| | | | |
|---|---|---|---|
| **Subaward - Core TA Provider: Howard University** - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Howard University will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 0.425 | $ 300,000.00 | $   127,500.00 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | $   25,000.00 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | $   25,000.00 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | $   25,000.00 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | $   25,000.00 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | $   25,000.00 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | $   25,000.00 |

EPA 000426

| | | | | | |
|---|---|---|---|---|---|
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | |
| **Other** (including subawards) | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | $ 40,675,548 |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | $ 25,000.00 | |

**EPA 000427**

| Description | | Base | Rate | Amount | Total |
|---|---|---|---|---|---|
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | | $ 25,000.00 | $ 25,000.00 | |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | | $ 25,000.00 | $ 25,000.00 | |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | | $ 25,000.00 | $ 25,000.00 | |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | | $ 25,000.00 | $ 25,000.00 | |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | | $ 25,000.00 | $ 25,000.00 | |
| **Other: Telecommunications** -  Specific to TCGM Project, grant related telecommunications expenses for TCGM project staff, project services, and costs to existing contracts as a result of the TCGM Project. Average per month. | 3 | | $ 811.28 | $ 2,434.00 | |
| **Other: Information Technology Support & IT Security** -  Specific to TCGM Project, specifically related to the grants program, and the security related to fiduciary responsibilities and any sensitive materials related to the grant and application process. Average per month. | 3 | | $ 1,538.00 | $ 4,614.00 | |
| **Subawards** - Noncompetitive Severely Constrained Organization Subrecipients | 10.00 | | $ 75,000 | $ 750,000.00 | |
| **Subawards** - Phase I Subrecipients | 60.00 | | $ 150,000 | $ 9,000,000.00 | |
| **Subawards** - Phase II Subrecipients | 51.00 | | $ 250,000 | $12,750,000.00 | |
| **Subawards** - Phase III Subrecipients | 50.00 | | $ 350,000 | $17,500,000.00 | |

| | Description | Base | Rate | Amount | Total |
|---|---|---|---|---|---|
| **Indirect Charges** | GHHI Indirect (Excluding Subawards) | $ 322,084 | 20.00% | $ 64,416.00 | |
| | GHHI Indirect (171 subrecipients and 18 subawards for Grants and Technical Assistance x $25,000 for Modified Total Direct Cost) *Does not include GHHI Indirect on the 2 Core TA Providers (Rows 25 & 26 as that indirect is captured in Workplan #1 Budget via Modified Total Direct Cost* | $ 4,725,000 | 20.00% | $ 945,000.00 | $ 1,009,416 |
| **Total Budgeted Costs** (All Years) | | | | | $ 42,000,000 |

**EPA 000428**

**Overall Combined Budget** (All Years)

**Personnel**
(All W-2 Employees)

**Fringe Benefits**

EPA 000429

Travel

Supplies

Contractual

EPA 000431

**Other**
(including subawards)

EPA 000432

EPA 000433

**Indirect Charges**

**Total Budgeted Costs**
(All Years)

EPA 000434

**Green & Healthy Homes Initiative EPA TCGM Grant Budget Workplan 2**

| Description |
|---|
| design, partner relations, including the functions of the Advisory Board, and strategic execution of policy and governance. |
| **PROJECT MANAGER** - Senior Vice President - Andrea Brown - Ms. Brown will be responsible for the daily operations of the overarching program, strategies implementation, and execution. |
| the oversight of the external Technical Assistance providers. Will also support the Project Director in project development. |
| the program. |
| grants management for fiscal disbursement, drawn requests for sub-awardees and grantees (sub-grants), and financial reporting. |
| **Vice President** Thriving Communities - Jessica Gonzalez Martinez - Ms. Gonalez Martinez is responsible for the daily operations of the overarching program, strategies implementation and execution. |
| **Senior Program Officer** - Adrianne Hull, manages the Program Officers Team and provide technical assistance, monitor grant activities, provide program support and ensure requirements are met for compliance. |
| compliance, provide program support and ensure requirements are met for compliance. (Sira Faye, Derek Kindell Morris) |
| Thriving Communities grant competition digitally and through printed materials. Will also document disseminate Program Communications and Case Studies. |
| **Senior VP Contract and Technical Assistance** - Wesley Stewart, will review contract templates and provide advisory services as a SME for environmental health and healthy housing. |
| **Vice President of Data, Evaluation & Learning** - Annie Summers, will manage the assessment of project outputs and outcomes and assist with Fluxx development and operation. |
| **Data & Evaluation Manager** - Eliza Cash, will support subgrantees evaluation and data collection activities. |
| **Sr. Program Associate** - Rebecca Jackson, supports the Office of the Program Director and directs the Community Engagement work for TCGM. |
| Contracts and Technical Assistance to ensure full compliance by GHHI and all sub-recipients with QA Plans. Starts January 2025. |
| technical assistance for rural, tribal and hard to reach communities - working directly with the program office team and TCGM grantees. Starts January 2025 |
| **Grants Manager** - To Be Hired, will support the implementation of the grants management software,  and ensure coordination of activities between GHHI's Grants Management/Reporting Office and the Thriving Communities Program and will manage the process for GHHI's Reports to the EPA and compliance therein. |
| **Program Administration Coordinator** - Imani Bonham Oakes, will be responsible for scheduling travel and event coordination, field and manage incoming communication and inquiries, handle the administration of surveys and general program communications internally and externally in addition to general administrative support. |
| Description |
| Fringe Benefits for staff include: health insurance, health reimbursement accounts, workers compensation, 403B retirement plan & matching contributions, life insurance, long-term/short-term disability, and an employee assistance program. |
| Description |

**GHHI Personnel Travel - Travel related to 60 additional** Outreach Events for Rural, Tribal and Hard to Reach Communities (GSA Rates Apply). Only TCGM Supplemental grant funding will be utilized to pay for the cost of travel expenses to the 60 additional in-person outreach events in rural and hard-to-reach communities and for the additional TCGM subawardees receiving funding through the $8,000,000 in supplemental grant funding. No funding from the $8M Workplan 1 (5N-95341301) will be used to pay for these travel expenses.

**GHHI Personnel Travel** - Monitoring site visits, partnership convenings, meetings with the EPA Regional and National staff, and other meetings to related to Rural, Tribal and Hard to Reach Communities. (GSA Rates Apply). Only TCGM Supplemental grant funding will be utilized to pay for the cost of travel expenses for meetings and convening events for the additional TCGM subawardees receiving funding through the $8,000,000 in supplemental grant funding. No funding from the $8M Workplan 1 (5N-95341301) will be used to pay for these travel expenses.

| Description |
| --- |

**Project Management Software** - Fully separate licenses for new TCGM Project staff use focused on Rural, Tribal and Hard to Reach Communities. Includes Monday.com, DocuSign, Adobe Creative Suite for 2 Additional Staff for 21 months @$50 per month.

**Communication Platforms** - Zoom, Hootsuite, Constant Contact, OnBoard, YouTube. Average per month.

| Description |
| --- |

**Grant Application & Management Software** - Operation of the EPA EJ TCGM grant competition including: outreach support, application portal access, scoring tool access, award decision communication, and reporting.

**Catering -** Meeting Hosting Expense for Partnership Meetings Focused on Rural, Tribal and Hard to Reach Comm

| Description |
| --- |

**Subaward - Core TA Provider: Children's National** - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to promote EPA's TC Program awareness and support applicant outreach. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**Subaward - Core TA Provider: Howard University** - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Howard University will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfil activities. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. N*ote: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider -** This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider -** This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider -** This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider -** This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**TBD Subaward: Responsive TA Technical Assistance Provider -** This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.*

**Other: Telecommunications -** Specific to TCGM Project, grant related telecommunications expenses for TCGM project staff, project services, and costs to existing contracts as a result of the TCGM Project. Average per month.

**Other: Information Technology Support & IT Security -** Specific to TCGM Project, specifically related to the grants program, and the security related to fiduciary responsibilities and any sensitive materials related to the grants and application process. Average per month.

**Subawards -** Noncompetitive Severely Constrained Organization Subrecipients

**Subawards -** Phase I Subrecipients

**Subawards -** Phase II Subrecipients

**Subawards -** Phase III Subrecipients

| Description |
| --- |
| GHHI Indirect (Excluding Subawards) |
| GHHI Indirect (37 subrecipients x $25,000 for Modified Total Direct Cost) *Does not include GHHI Indirect on the 2 Core TA Providers (Rows 25 & 26 as that indirect is captured in Workplan #1 Budget via Modified Total Direct Cost* |
|  |

**Workplan 2 - $52M**

| Hours | Rate | Amount | Total |
|---|---|---|---|
| 444 | $ 176.82 | $ 78,507.87 | |
| 0 | $ 112.50 | $ - | |
| 42 | $ 100.00 | $ 4,200.00 | |
| 51 | $ 121.95 | $ 6,219.45 | |
| 0 | $ 50.48 | $ - | |
| 520 | $ 85.80 | $ 44,616.00 | |
| 29 | $ 62.50 | $ 1,799.38 | |
| 520 | $ 42.50 | $ 22,100.00 | |
| 156 | $ 68.27 | $ 10,650.12 | |
| 1840 | $ 88.94 | $ 163,649.60 | $ 1,006,956 |
| 282 | $ 68.76 | $ 19,390.32 | |
| 120 | $ 46.00 | $ 5,509.77 | |
| 260 | $ 41.41 | $ 10,766.60 | |
| 5373 | $ 59.65 | $ 320,492.12 | |
| 5373 | $ 49.71 | $ 267,076.76 | |
| 949 | $ 47.12 | $ 44,714.43 | |
| 186 | $ 39.00 | $ 7,263.59 | |
| **Base** | **Rate** | **Amount** | **Total** |
| $ 1,006,956 | 0.22 | $ 221,530.00 | $ 221,530 |
| **Base** | **Rate** | **Amount** | **Total** |

EPA 000441

| Quantity | Cost | Amount | Total |
|---|---|---|---|
| 60.00 | 564.25 | $ 33,855.00 | |
| 258.00 | 950.00 | $ 245,100.00 | $ 278,955 |

| Quantity | Cost | Amount | Total |
|---|---|---|---|
| 62.00 | $50.00 | $ 3,100.00 | $ 3,100 |
| 0 | $410.78 | $ - | |

| Quantity | Cost | Amount | Total |
|---|---|---|---|
| 0.00 | $ 229,341.00 | $ - | $ 1,959 |
| 3 | $ 653.00 | $ 1,959.00 | |

| Quantity | Cost | Amount | Total |
|---|---|---|---|
| 0.000 | $ 200,000.00 | $ - | |
| 0 | $ 300,000.00 | $ - | |
| 0.00 | $ 25,000.00 | $ - | |

| | | |
|---|---|---|
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |

EPA 000443

| | | | | |
|---|---|---|---|---|
| 0.00 | $ 25,000.00 | $ - | | |
| 0.00 | $ 25,000.00 | $ - | $ | 8,000,000 |
| 0.00 | $ 25,000.00 | $ - | | |
| 0.00 | $ 25,000.00 | $ - | | |
| 0.00 | $ 25,000.00 | $ - | | |
| 0.00 | $ 25,000.00 | $ - | | |

| | | |
|---|---|---|
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0.00 | $ 25,000.00 | $ - |
| 0 | $ 811.28 | $ - |
| 0 | $ 1,538.00 | $ - |
| 6.00 | $ 75,000 | $ 450,000 |
| 12.00 | $ 150,000 | $ 1,800,000 |
| 9.00 | $ 250,000.00 | $ 2,250,000 |
| 10.00 | $ 350,000 | $ 3,500,000 |

EPA 000445

| Base | Rate | Amount | Total |
|---|---|---|---|
| $ 1,512,500 | 20.00% | 302,500 | |
| $ 925,000 | 20.00% | 185,000 | $ 487,500 |
| | | | $ **10,000,000** |

$         -

EPA 000446

EPA 000447

EPA 000448

EPA 000449

EPA 000450

EPA 000451

EPA 000452

EPA 000453

EPA 000454

EPA 000455

EPA 000456

EPA 000457

EPA 000458

EPA 000459

EPA 000460

EPA 000461

EPA 000462

EPA 000463

EPA 000464

EPA 000465

EPA 000466

EPA 000467

EPA 000468

EPA 000469

EPA 000470

EPA 000471

EPA 000472

EPA 000473

EPA 000474

EPA 000475

EPA 000476

EPA 000477

**Green & Healthy Homes Initiative EPA TCGM Grant Budget Workplan 2**                    **Workplan 2 - $52M**

| Overall Combined Budget (All Years) | Description | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| **Personnel** (All W-2 Employees) | **PROJECT DIRECTOR** - President & CEO - Ruth Ann Norton - Ms. Norton will be responsible for program design, partner relations, including the functions of the Advisory Board, and strategic execution of policy and governance. | 652 | $ 176.82 | $ 115,287 | $ 1,258,663 |
| | **PROJECT MANAGER** - Senior Vice President - Andrea Brown - Ms. Brown will be responsible for the daily operations of the overarching program, strategies implementation, and execution. | 520 | $ 112.50 | $ 58,500 | |
| | **Senior Vice President** (for Technical Assistance Management) - Michael McKnight - Mr. McKnight will manage the oversight of the external Technical Assistance providers. Will also support the Project Director in project development. | 102 | $ 100.00 | $ 10,200 | |
| | **CFO - Chris Zimmerman** - The CFO will be responsible for all of financial reporting and financial systems for the program. | 103 | $ 121.95 | $ 12,560 | |
| | **Senior Accountant** Thriving Communities - Abdul Samim Masoudi - The Accountant will be responsible for grants management for fiscal disbursement, drawn requests for sub-awardees and grantees (sub-grants), and financial reporting. | 520 | $ 50.48 | $ 26,250 | |
| | **Compliance Officer** - Kevin Chan, will manage the Threshold Review and Grants Review Process with the GHHI Grants management office. Will monitor and manage grant reporting and compliance, grant activities, provide program support, and ensure requirements are met for compliance. | 520 | $ 60.00 | $ 31,200 | |
| | **Vice President** Thriving Communities - Jessica Gonzalez Martinez - Ms. Gonalez Martinez is responsible for the daily operations of the overarching program, strategies implementation and execution. | 520 | $ 85.80 | $ 44,616 | |
| | **Senior Program Officer** - Adrianne Hull, manages the Program Officers Team and provide technical assistance, monitor grant activities, provide program support and ensure requirements are met for compliance. | 520 | $ 62.50 | $ 32,500 | |
| | **Program Officers (2),** Program officers will support and manage grantees,  monitor grant activities and compliance, provide program support and ensure requirements are met for compliance. (Sira Faye, Derek Kindell Morris) | 1040 | $ 42.50 | $ 44,200 | |
| | **Vice President, Communications-** Beth Bingham, will support outreach efforts to promote and advertise the Thriving Communities grant competition digitally and through printed materials. Will also document disseminate Program Communications and Case Studies. | 176 | $ 68.27 | $ 12,015 | |
| | **Senior VP Contract and Technical Assistance** - Wesley Stewart, will review contract templates and provide advisory services as a SME for environmental health and healthy housing. | 1850 | $ 88.94 | $ 164,539 | |
| | **Vice President of Data, Evaluation & Learning** - Annie Summers, will manage the assessment of project outputs and outcomes and assist with Fluxx development and operation. | 572 | $ 68.76 | $ 39,330 | |
| | **Data & Evaluation Manager** - Eliza Cash, will support subgrantees evaluation and data collection activities. | 159 | $ 46.00 | $ 7,304 | |
| | **Sr. Program Associate** - Rebecca Jackson, supports the Office of the Program Director and directs the Community Engagement work for TCGM. | 260 | $ 41.41 | $ 10,767 | |
| | **Quality Assurance/Quality Control Manager TBH (FTE 1.0)**.  The QAQC manager will work with the SVP of Contracts and Technical Assistance to ensure full compliance by GHHI and all sub-recipients with QA Plans. Starts January, 2025. | 5373 | $ 59.65 | $ 320,492 | |
| | **Rural and Tribal Community TA Specialist - TBH (FTE 1.0)** This professional will focus on post-award technical assistance for rural, tribal and hard to reach communities - working directly with the program office team and TCGM grantees. Starts January 2025 | 5373 | $ 49.71 | $ 267,077 | |
| | **Grants Manager** - To Be Hired, will support the implementation of the grants management software,  and ensure coordination of activities between GHHI's Grants Management/Reporting Office and the Thriving Communities Program and will manage the process for GHHI's Reports to the EPA and compliance therein. | 1158 | $ 47.12 | $ 54,562 | |
| | **Program Administration Coordinator** - Imani Bonham Oakes, will be responsible for scheduling travel and event coordination, field and manage incoming communication and materials, handle the administration of surveys and general program communications internally and externally in addition to general administrative support. | 186 | $ 39.00 | $ 7,264 | |
| **Fringe Benefits** | Description | Base | Rate | Amount | Total |
| | Fringe Benefits for staff include: health insurance, health reimbursement accounts, workers compensation, 403B retirement plan & matching contributions, life insurance, long-term/short-term disability, and an employee assistance program. | $ 1,258,663 | 0.22 | $ 276,905 | $ 276,905 |
| **Travel** | Description | Base | Rate | Amount | Total |
| | **GHHI Personnel Travel** - Outreach Events in Region 3 to promote the competition and engage severely constrained agencies. GSA rates used. Only TCGM Supplemental grant funding will be utilized to pay for the cost of travel expenses to the 60 additional in-person outreach events in rural and hard to reach areas. No funding from the $8M Workplan 1 (5N-95341301) will be used to pay for these travel expenses. | 60.00 | 564.25 | $ 33,855 | |

**EPA 000478**

| | Description | Quantity | Cost | Amount | Total |
|---|---|---|---|---|---|
| | Item | | | | $ 278,955 |
| | **GHHI Personnel Travel** - Monitoring site visits, partnership convenings, meetings with the EPA Regional and National staff, and other meetings to support the operation of the Project throughout EPA Region 3. GSA rates used. Only TCGM Supplemental grant funding will be utilized to pay for the cost of travel expenses for meetings and convening events for the additional TCGM subawardees receiving funding through the $8,000,000 in supplemental grant funding. No funding from the $8M Workplan 1 (5N-95341301) will be used to pay for these expenses. | 258.00 | 950.00 | $ 245,100 | |
| **Supplies** | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Project Management Software** - Fully separate licenses for TCGM Project staff use. Monday.com, DocuSign, Adobe Creative Suite. Average per month per person at $50.00 per month. | 91.63 | $50.00 | $ 4,581.66 | $ 5,814 |
| | **Communication Platforms** - Zoom, Hootsuite, Constant Contact, OnBoard, YouTube. Average per month. | 3 | $410.78 | $ 1,232.34 | |
| **Contractual** | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Grant Application & Management Software** - Operation of the EPA EJ TCGM grant competition including: outreach support, application portal access, scoring tool access, award decision communication, and reporting. | 0.02 | $ 229,341.00 | $ 4,587.00 | $ 7,199 |
| | **Catering** - Meeting Hosting Expense for Partnership Meetings - Food & non-alcoholic beverages provided during 1 event. | 4 | $ 653.00 | $ 2,612.00 | |
| | **Description** | **Quantity** | **Cost** | **Amount** | **Total** |
| | **Subaward - Core TA Provider: Children's National** - Will provide technical assistance replicable tools to inform the efforts of grantees under GHHI's proposed EPA Region 3 Thriving Communities program: (i) a registry of nearly all the pediatric patients with asthma in the immediate DC region; and (ii) a healthy housing map which overlays at-risk pediatric asthma morbidity and asthma-related health hazards reported at multi-family housing complexes in DC. Children's National will also leverage its network to promote EPA's TC Program awareness and support applicant outreach. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 0.455 | $ 200,000.00 | 91,000 | |
| | **Subaward - Core TA Provider: Howard University** - Will support GHHI's Thriving Communities RFA outreach as well as project implementation. Howard University will also provide technical assistance through the Howard University School of Law and Environmental Justice Center, as well as the School of Architecture and Thurgood Marshall Civil Rights Center. Subaward amount calculated at an $91.95 per hour rate, based on best estimate of number of hours to fulfill activities. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 0.425 | $ 300,000.00 | 127,500 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | | |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | | |
| **Other**<br>(including subawards) | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | $ | 48,675,548 |
| | **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $ 25,000.00 | 25,000 | | |

EPA 000480

| | | | |
|---|---|---|---|
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 |

EPA 000481

| | | | | |
|---|---|---|---|---|
| **TBD Subaward: Responsive TA Technical Assistance Provider** - This subaward will be held for responsive Technical Assistance based on the needs expressed by applicants and the related Program Officers to maximize support and capacity building. Will provide TA support based on the EJ focus area, with number/demand determined by subgrant project focus area. This is a good faith estimate. If and when the subaward amount changes, the amount of indirect captured on this line item will not exceed the first $25K. *Note: If any TCGM grant funds are awarded for additional technical assistance services to an existing Technical Assistance Provider subawardee under the grant, GHHI will not charge additional indirect costs to the grant for that Technical Assistance Provider after the initial $25,000 in total direct costs have been expended.* | 1.00 | $  25,000.00 | 25,000 | |
| **Other: Telecommunications** - Specific to TCGM Project, grant related telecommunications expenses for TCGM project staff, project services, and costs to existing contracts as a result of the TCGM Project. Average per month. | 3 | $  811.28 | 2,434 | |
| **Other: Information Technology Support & IT Security** - Specific to TCGM Project, specifically related to the grants program, and the security related to fiduciary responsibilities and any sensitive materials related to the grants and application process. Average per month. | 3 | $  1,538.00 | 4,614 | |
| **Subawards** - Noncompetitive Severely Constrained Organization Subrecipients | 16.00 | $  75,000 | 1,200,000 | |
| **Subawards** - Phase I Subrecipients | 72.00 | $  150,000 | 10,800,000 | |
| **Subawards** - Phase II Subrecipients | 60.00 | $  250,000 | $  15,000,000 | |
| **Subawards** - Phase III Subrecipients | 60.00 | $  350,000 | $  21,000,000 | |

| | **Description** | **Base** | **Rate** | **Amount** | **Total** |
|---|---|---|---|---|---|
| **Indirect Charges** | GHHI Indirect (Excluding Subawards) | | | $  366,916 | $  1,496,916 |
| | GHHI Indirect (208 subrecipients and 18 subawards for Technical Assistance x $25,000 for Modified Total Direct Cost) *Does not include GHHI Indirect on the 2 Core T A Providers (Rows 25 & 26 as that indirect is captured in Workplan #1 Budget via Modified Total Direct Cost* | $  5,650,000 | 20.00% | $  1,130,000 | |
| **Total Budgeted Costs** (All Years) | | | | | $  52,000,000 |

EPA 000482

EPA 000483

EPA 000484

EPA 000485

EPA 000486

EPA 000487

EPA 000488

5N - 95341401 - 2    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 95341401<br>MODIFICATION NUMBER: 2<br>PROGRAM CODE: 5N | DATE OF AWARD<br>12/27/2024 |
|---|---|---|---|
| | | TYPE OF ACTION<br>Augmentation: Increase | MAILING DATE<br>01/02/2025 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>33743 |

| RECIPIENT TYPE:<br>Not for Profit | Send Payment Request to:<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| RECIPIENT:<br>GREEN & HEALTHY HOMES INITIATIVE INC<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>EIN: 52-1786577 | PAYEE:<br>Green & Healthy Homes Initiative Inc<br>2714 Hudson Street<br>Baltimore, MD 21224-4716 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Ruth Ann Norton<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>**Email:** ranorton@ghhi.org<br>**Phone:** 410-534-6477 | Grace Gontarek<br>Four Penn Center, 1600 John F. Kennedy Boulevard, 3EJ20<br>Philadelphia, PA 19103-2852<br>**Email:** Gontarek.Grace@epa.gov<br>**Phone:** 215-814-2759 | Vanessa Davies<br>Grants Management Section, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852<br>**Email:** Davies.Vanessa@epa.gov<br>**Phone:** 215-814-2801 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

TCGM Subsequent Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM

This amendment records an increase in federal funds by $10,000,000, bringing the total budget and project costs to $52,000,000, fully funding this award, and the amendment updates the terms and conditions of the award. The Grantmaker will apply the 80/20 rule to the supplemental funding with 20% of the additional funding going to address additional Quality Assurance costs, Human Subjects Review costs, as well as provide funding for additional meaningful outreach and gap filling in remote, rural and hard-to-reach areas, while 80% will be used as required to increase the Grantmaker's capacity to make a larger volume of subgrants.

| BUDGET PERIOD<br>08/01/2024 - 07/31/2027 | PROJECT PERIOD<br>08/01/2024 - 07/31/2027 | TOTAL BUDGET PERIOD COST<br>$ 52,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 52,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 12/09/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 10,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 52,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00)<br>R3 - Region 3<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Catharine McManus - Mission Support Division, Director | DATE<br>12/27/2024 |

EPA 000489

5N - 95341401 - 2    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 42,000,000 | $ 10,000,000 | $ 52,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 42,000,000 | $ 10,000,000 | $ 52,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB087 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 10,000,000 |
| | | | | | | | | | $ 10,000,000 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,258,663 |
| 2. Fringe Benefits | $ 276,905 |
| 3. Travel | $ 278,955 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 5,814 |
| 6. Contractual | $ 7,199 |
| 7. Construction | $ 0 |
| 8. Other | $ 48,675,548 |
| 9. Total Direct Charges | $ 50,503,084 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 1,496,916 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 52,000,000 |
| 12. Total Approved Assistance Amount | $ 52,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 10,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 52,000,000 |

5N - 95341401 - 2    Page 4

## Administrative Conditions

The General Terms and Conditions of this agreement are updated in accordance with the link below. However, these updated conditions apply solely to the funds added with this amendment and any previously awarded funds not yet disbursed by the recipient as of the award date of this amendment. The General Terms and Conditions cited in the original award or prior funded amendments remain in effect for funds disbursed by the recipient prior to the award date of this amendment.

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later.

These terms and conditions are binding for disbursements and are in addition to or modify the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

All other Administrative Terms and Conditions remain unchanged.

# Programmatic Conditions

## A. Eligibility Requirements for Subgrants

Subgrant eligibility

Grantmakers have flexibility to determine certain priorities for eligible subrecipients and activities that best meet the needs of their respective regions, in consultation with EPA.  However, eligibility must fall within the following statutory and policy parameters:

Eligible Subrecipients are as follows:

- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories

Ineligible Subrecipients include:

- Individuals
- For-profit businesses, unless EPA's Award Official makes an exception based on factors such as those described in Appendix A of EPA's Subaward Policy.
- State governments
- Foreign entities of concern.

The term "foreign entity of concern" means a foreign entity that is—

(A) designated as a foreign terrorist organization by the Secretary of State under section 1189(a) of Title 8;

(B) included on the list of specially designated nationals and blocked persons maintained by the Office of Foreign Assets Control of the Department of the Treasury (commonly known as the "SDN list");

(C) owned by, controlled by, or subject to the jurisdiction or direction of a government of a foreign country that is a covered nation (as defined in section 4872(d)(2) of Title 10); or

(D) alleged by the Attorney General to have been involved in activities for which a conviction was obtained under  (i) chapter 37 of title 18 (commonly known as the "Espionage Act"); (ii) section 951 or 1030 of title 18; (iii) chapter 90 of title 18 (commonly known as the "Economic Espionage Act of 1996"); (iv) the Arms Export Control Act ( 22 U.S.C. 2751 et seq.); (v) section 224, 225, 226, 227, or 236 of the Atomic Energy Act of 1954 ( 42 U.S.C. 2274 , 2275, 2276, 2277, and 2284); (vi) the Export Control Reform Act of 2018 ( 50 U.S.C. 4801 et seq.); or (vii) the International Emergency Economic Powers Act ( 50 U.S.C. 1701 et seq.).

Eligible Beneficiaries

As required by Clean Air Act Section 138 (CAA 138), codified at 42 U.S.C. 7438, activities carried out by the Grantmaker or funded by Grantmaker subawards must benefit disadvantaged communities, defined by the EPA Administrator as any community that meets at least one of the following characteristics:

- Identified as disadvantaged by the Climate and Economic Justice Screening Tool (CEJST);
- Any census block group that is at or about the 90th percentile for any of EJScreen's Supplemental Indexes when compared to the nation or state; and / or
- Any geographic area within Tribal lands as included in EJScreen, which include:
  - Alaska Native Allotments
  - Alaska Native Villages
  - American Indian Reservations
  - American Indian Off-reservation Trust Lands
  - Oklahoma Tribal Statistical Areas

Eligible activities

Grantmakers may engage in and fund only those activities that are authorized by CAA 138, which include:

- Community-led air and other pollution monitoring, prevention, and remediation, and investments in low- and zero emission and resilient technologies and related infrastructure;
- Workforce development that help reduce greenhouse gas emissions and other air pollutants;
- Mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events;
- Climate resiliency and adaptation;
- Reducing indoor toxics and indoor air pollution; or
- Facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes.

Ineligible activities

Ineligible activities include, but are not limited to:

- Any activity that violates applicable federal civil rights statutes prohibiting discrimination, including

but not limited to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, Federal Water Pollution Control Act Amendments of 1972, and implementing EPA regulations.

- Lobbying, as defined at 2 CFR 200.450;
- Defense and prosecution of criminal and civil proceedings, claims, appeals and patent infringements, as defined at 2 CFR 200.435;
- Carrying out protests, demonstrations, boycotts, or disinvestment campaigns; and
- Any activity to encourage actions that violate Federal, state or local law including, but not limited to, provisions relating to unlawful assembly, trespass, inciting violence, and failing to obey the lawful orders of law enforcement personnel.

## B. Establishing and Managing Subawards

Grantmakers are required to distribute eighty percent of their fifty-million-dollar award in three years through competitive and non-competitive subgrants to be completed within the project period of the subsequent award. These awards should be to eligible subrecipients to carry out activities described in the Notice of Funding Opportunity that benefit disadvantaged communities as defined by the Administrator, in accordance with Clean Air Act 138(b)(1). Grantmakers making pass-through subawards must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy. As a pass-through entity, the recipient agrees to:

1) Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

(a) For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities unless the EPA-approved budget and work plan for this agreement contain a precise description of such subawards.

(b) Stipends and travel assistance for trainees (including interns) and similar individuals who are not are not employees of the pass-through entity must be classified as participant support costs rather than subawards as provided in 2 CFR 200.1 Participant support costs, 2 CFR 200.1 Subaward, and EPA's Guidance on Participant Support Costs.

(c) Subsidies, rebates and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as Participant support costs as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2) Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(a). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3) Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(a)(1). Subrecipients are not required to complete

full System for Award Management (SAM) registration to obtain a UEI. Information regarding obtaining a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and in EPA's General Term and Condition "System for Award Management and Universal Identifier Requirements" of the pass-through entity's agreement with the EPA.

4) Ensure that subrecipients are aware that they are subject to the same requirements as those that apply to the pass-through entity's EPA award as required by 2 CFR 200.332(b)(2). These requirements include, among others:

    (a) Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

    (b) Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition passthrough entity's agreement with EPA entitled "Reporting Subawards and Executive Compensation." Page 8 of 42

    (c) Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled "Consultant Fee Cap."

    (d) EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "Management Fees."

    (e) The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants). EPA provides general information on other statutes, regulations and Executive Orders on the Grants internet site at www.epa.gov/grants. Many Federal requirements are agreement or program specific and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5) Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6) Establish and follow a system for evaluating subrecipient risks of noncompliance with Federal statutes, regulations and the terms and conditions of the subaward as required by 2 CFR 200.332(c) and document the evaluation. Risk factors may include: (a) Prior experience with same or similar subawards (b) Results of previous audits; (c) Whether new or substantially changed personnel or systems, and; (d) Extent and results of Federal awarding agency or the pass-through entity's monitoring

7) Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(d). Examples of additional requirements authorized by 2 CFR 200.208 include:

    (a) Requiring payments as reimbursements rather than advance payments;

    (b) Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;

    (c) Requiring additional, more detailed financial reports;

(d) Requiring additional project monitoring;

(e) Requiring the non-Federal entity to obtain technical or management assistance, and

(f) Establishing additional prior approvals

8) Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(e) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9) Establish and maintain an accounting system which ensures compliance with the $50,000 limitation on Modified Total Direct Costs per subaward, if applicable, for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

10) Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11) Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12) Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

13) Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14) Establish and maintain a system under 2 CFR 200.332(e)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15) As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects. By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

## C. Performance Reporting and Final Performance Report

<u>Performance Reporting – Content</u>

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc.).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of cumulative and period comparison of project budget and expenditures, coupled with a comparison of the percentage of the project completed and in relation to project schedule and an explanation(s) of significant discrepancies must be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA within 30 calendar days about problems, delays, or adverse conditions that may materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

<u>Performance Reporting - Frequency</u>

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer on the designated quarterly due date(s). If **due date falls on a federal holiday or weekend, it is due the following business day.** The period end and due dates are listed in the below table.

| <u>PERIOD ENDING</u> | <u>QUARTERLY DUE DATES</u> |
|---|---|
| September 30 | October 31 |
| December 31 | January 31 |
| March 31 | April 30 |
| June 30 | July 31 |

The first quarterly report is due at the end of the first full quarter following the execution of the agreement, unless the recipient has incurred pre-award costs. If the recipient is authorized to incur pre-award costs, the grant performance period begins on the date costs were first incurred, and the recipient would provide a quarterly performance report following the end of the first full quarter after that date. Quarterly reports will continue thereafter and throughout the remainder of the performance period. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance as identified in this agreement. The final report must document all project activities occurring during the Period of Performance and as outlined in the executed agreement.  However, please be advised that the statutory three-year performance period for this grant program may not be extended.  Any costs incurred after the end of the performance period are the responsibility of the recipient and may not be charged to the grant.

## Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(e). Pass-through entity monitoring of the subrecipient must include:

1. Review of financial and programmatic reports.

2. Follow-up on action plans noting findings/deficiencies identified from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Quantitative environmental results the subrecipient achieved, the place of performance (eg Census Trace ID, zip code, latitude and longitude) and a narrative discussion of any qualitative improvements of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(f), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including outreach, engagement, and implementation of feedback.

8. Quantity of, the place of performance, and qualitative summaries of capacity building activities for severely capacity-constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote, and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

## Subaward Performance Reporting on Milestones of Activities for Fixed-Amount Awards

Grantmakers have limited reporting requirements for fixed-amount subawards to severely capacity-constrained organizations. The recipient must at minimum report on subrecipients' fixed-amount subaward milestones via the quarterly performance reports, as well as any other reporting requirements agreed upon by the Grantmaker and the fixed-amount subaward recipient, as described in the Fixed Amount Subaward memo. Fixed Amount Subaward Performance reporting will be in accordance with **applicable requirements specified in 2 CFR Parts 200 and 1500, which will apply to fixed-amount subawards absent a case-specific exception requested by a Grantmaker, concurred by the OEJECR Project Officer and approved by OGD. Note:** Each Grantmaker will define "Severely Capacity Constrained."  Grantmakers will also design policies and procedures to limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a specified time period to maximize the diversity and breadth of subrecipients.

Examples of Fixed Amount Subaward Performance reporting include but are not limited to:

1. Monitoring plans paid on a milestone basis with an initial amount paid prior to the development of the plan, followed by a second payment upon completion of the draft plan, with a final payment when the plan is complete.

2. Lump sum payments for equipment purchases (e.g. air monitoring devices) based on invoices provided by the subrecipient.

3. Upfront costs of no more than 25%, except with permission of the Project Officer, with subsequent milestone-based payments.  For example, sampling projects paid on a milestone basis with 25% for upfront expenses, 25% for data collection, 25% for data analysis, 25% for final report completion.

## Fixed-Amount Subaward Monitoring and Compliance

**As provided in 2 CFR 200.102(c), the Award Official is authorized to waive or modify  the following regulatory requirements for subrecipients receiving fixed-amount subawards:**

1. Competition requirements specified in 2 CFR Part 200 and Part 1500 with the exception of the statutory consultant fee cap implemented at 2 CFR 1500.10.

2. Records required to document personnel compensation under 2 CFR 200.430 and 2 CFR 200.431.

3. Financial requirements at 2 CFR 200.302(b) with the exception of accounting records and documentation required to demonstrate achievement of agreed upon milestones such as invoices for equipment or facility rental, fees paid, stipends earned, and similar fixed-amount transactions.

4. Internal controls described at 2 CFR 200.303 with the exception of an internal control protocol for ensuring that fixed-amount subrecipients only request payment from the pass-through entities upon completion of agreed upon milestones.

5. Property standards in 2 CFR Part 200 with the exception of 2 CFR 200.315 as implemented in EPA's General Term and Condition Data and Copyrighted Materials relating to EPA's "Federal Purpose" license in data and written materials produced with EPA funds.

6. Subrecipient and contractor determinations in 2 CFR 200.331 and corresponding provisions of the EPA Subaward Policy.

7. Indirect costs authorized by 2 CFR 200.332(b)(4). Fixed amount subrecipients do not incur indirect costs.

8. Reports on real or personal property required when closing out a subaward specified in 2 CFR 200.344(g).

## D. Pass-through Entities

The pass-through entities must have pricing procedures that prevent subrecipients from "profiting" from fixed-amount subawards by precluding payments for "management fees" or other amounts in excess of anticipated costs for the activity.  Grantmakers will use the following methods to ensure compliance for tracking and monitoring activities:

1. Establishing the content of periodic and final performance and financial reports for each fixed-amount subaward.

2. Obtaining a budget description of planned expenditures to be refunded if an activity or event does not take place, a report or analysis is not completed, or the subrecipient does not otherwise perform as promised.

3. Certification in writing to the pass-through entity at the end of the fixed-amount subaward that the project or activity was completed, or the level of effort was expended. If the required level of activity or effort was not carried out, the amount of the fixed-amount subaward must be adjusted and any excess funds refunded.

4. Requiring prior written approval of the pass-through entity for any changes in principal investigator, project leader, project partner, or scope of effort.

## E. Review and Oversight

1. Work Product - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. The EPA Project Officer has discretion to change the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval  prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## F. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJ TCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work. Periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ

grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates. Project Officers are encouraged to engage with their Grantmakers to fulfill post-period follow-up, but are not to document non-compliance.

## G. Cybersecurity

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## H. Competency Policy

### Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-

aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## I. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance.   Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients must ensure that subrecipients acquire insurance equal to the amount of the purchased items to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

## J. Signage Required

1. Signage Requirements

a. Investing in America Emblem: The recipient will ensure that a sign is placed at construction sites supported in whole or in part by this award displaying the official Investing in America emblem and must identify the project as a "project funded by President Biden's Inflation Reduction Act" as applicable. The sign must be placed at construction sites in an easily visible location that can be directly linked to the work taking place and must be maintained in good condition throughout the construction period. The recipient will ensure compliance with the guidelines and design specifications provided by EPA for using the official Investing in America emblem available at: https://www.epa.gov/invest/investingamerica-signage.

b. Procuring Signs: Consistent with section 6002 of RCRA, 42 U.S.C. 6962, and 2 CFR 200.323, recipients are encouraged to use recycled or recovered materials when procuring signs. Signage costs are considered an allowable cost under this assistance agreement provided that the costs associated with signage are reasonable. Additionally, to increase public awareness of projects serving communities where English is not the predominant language, recipients are encouraged to translate the language on signs (excluding the official Investing in America emblem or EPA logo or seal) into the appropriate non-English language(s). The costs of such translation are allowable, provided the costs are reasonable.

2. Public or Media Events EPA encourages the recipient to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

## K. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

## L. Quality Assurance

EPA 000503

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement the Quality Assurance (QA) planning documents in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:

NOTE: The Grantmaker will need to develop a management strategy for receiving, reviewing and assisting applicants with QMP or QAPP needs. The Grantmakers' management strategy will need to be submitted for approval to the assigned Project Officer and the Regional Quality Assurance office official before the Funding Recommendation is submitted and finalized before applications for the Thriving communities subgrants are released.

**1. Quality Management Plan (QMP)**

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review,

iii. Complete required training for approving QAPPs in collaboration with the region or in place of the region, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QMP within 60 days after grant award.

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

**2. Quality Assurance Project Plan (QAPP)**

a. Prior to beginning environmental information operations, the recipient must:

i. Develop a QAPP template for subrecipient use,

ii. Prepare QAPP in accordance with the current version of EPA's Quality Assurance Project Plan

(QAPP) Standard,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QAPP at least 60 days after grant award, and prior to the start of any environmental information collection activities.

c. The recipient shall notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

d. The recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the QAM at least annually and may also be submitted when changes occur.

For Reference:

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

## M. Human Subjects Research Review Process

(a) *Applications involving human subjects.* (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.

(2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

(3) Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

## N. Program Income

In accordance with 2 CFR Part 200.307(b) and 2 CFR 1500.8(b), the recipient is hereby authorized to retain program income earned during the project period.  All program income must be used for the purposes and under the conditions of this Federal award.  Income used after the period of performance may be subject to a closeout agreement.

The recipient agrees to use the following method for applying income:

1. Addition. Program income is added to the total allowable costs, increasing the overall total amound of the award. Program income must be used for the original purpose of the award and under the conditions of the assistance agreement.

The recipient must provide as part of its *quarterly* performance report, a description of how program income is being used.  Further, a report on the amount of program income earned during the award period must be submitted with the quarterly Federal Financial Report, Standard Form 425.

## O. Use of Logos and Icons

**Programmatic guidance for the appropriate use of the icons and logos either together, with other partner icons or individually will be provided.**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that Green and Healthy Homes Initiative received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## Grantmaker Icon

**The Thriving Communities Grantmaking Program (TCGM) Icon will be designed by the EPA with Grantmaker input and approved by the EPA PROTRAC process** , used to monitor the concept proposal, development, review and approval of EPA print, infographics, audio, video and social media content/products for internal and external release, as well as Esri Products (Story Maps and Hub sites) for external publishing only. PROTRAC ensures all content created is consistent, appropriate and in alignment with current agency messages, and follows EPA branding guidelines.**. The  icon will represent the "programmatic identity" of the Grantmaker program, and may be used alone or in conjunction with the EPA and grant recipient's logos' or individual Grantmaker's logo. . The approved TCGM programmatic icon must remain intact and unmodified.**  Modifying icons to specifically identify a program office or region are not permitted. NOTE: Icons must be updated or removed per current agency policy/ guidelines.

## P.  Paperwork Reduction Act

(a) The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR

Part 1320 for obtaining Information Collection Request authorization. The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## Q. Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1. Monthly telephone calls and other monitoring,

2. Review project phases and provide approval to continue to the next phase,

3. Review and comment on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. Approve substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend, or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. Review and comment on the programmatic progress reports.

6. Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend, or direct the recipient to select any individual).

7. Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8. Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9. EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10. In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving

noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11. If a Conflict of Interest is Identified by the EPA, the Conflict-of-Interest Mitigation Plan will need to be approved by the Project Officer, in consultation with the Grant Specialist.

12. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

13. Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

14. EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

15. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

16. Informally referred to as the "Cap Amount Award Policy" and discussed on page 15 of the NOFO, Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that a recipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance or a shorter interval as deemed appropriate by the pass-through entity. This plan will need to be approved by the Project Officer.

17. Prior to making subawards, Grantmakers can work with their PO's to identify instructions and guidance on subaward policies to ensure that the burden on the Tier 1-3 and fixed amount award Subawardees is minimized. This includes resources such as the gmc_subaward_policy_appendix_d_subaward_agreement_template.pdf (epa.gov) (EPA does not mandate the use of this template.  Pass-through entities may use their own form of subaward agreements provided the requirements of 2 CFR 200.331(a) are met.)  And requirements that flow down to subgrantees such as "Unique Entity Identifier" (UEI) as required by 2 CFR Part 25 and 2 CFR 200.332 (b)(1).

## R. National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**S. Subsequent Award Statutory Partnership Agreements Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.** EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to issuance of the Subsequent Award.

Any letters of commitment submitted in the application should be finalized into a final signed statutory agreement, which should include any updated stakeholder roles and responsibilities or revised award amounts.  The statutory partnership agreement must be signed by all relevant parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer. The EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Subsequent Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

## T. Record Retention

In accordance with 2 CFR § 200.334, recipients and subrecipients must retain for a period of three years all programmatic, financial, statistical, and all other records required under the terms of the agreement, unless a dispute or lawsuit has ensued. If a dispute or lawsuit has been initiated, all records must be retained for the duration of the dispute, until the matter is resolved and dispositioned, and for three years thereafter.

## U. Environmental Justice Thriving Communities Grantmaking Program Davis-Bacon Labor Standards

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage Rate Requirements).

Therefore, the pass-through entity must create a Davis-Bacon subgrant compliance plan to ensure that any entity that receives financial assistance complies with Davis-Bacon labor requirements where

construction work is financed in whole or in part with such financial assistance.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with Davis-Bacon, the recipient agrees to discuss the situation with the EPA Project Officer for possible referral to DOL for guidance or enforcement action.

Note, the use of the term project in this term and condition is distinct from the use of the term project within the definition of qualified project under Clean Air Act Section 134(c)(3), which is broader and includes "any project, activity, or technology." 40 CFR 30.103 defines construction as "erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property, and activities in response to a release or a threat of a release of a hazardous substance into the environment, or activities to prevent the introduction of a hazardous substance into a water supply."

## 1. Program Applicability

a. Program Name: Environmental Justice Thriving Communities Grantmaking Program

b. Statute requiring compliance with Davis-Bacon: Clean Air Act Section 314, Labor Standards, codified as 42 U.S.C. § 7614.

c. Activities subject to Davis-Bacon: Activities subject to Davis-Bacon include certain construction costs and contractual costs. Construction costs may include:

> i. Building and / or upgrading existing structures and sites to improve community use while reducing GHG emissions and / or improving climate resilience;

> ii. Implementing structural and non-structural retrofits to enhance the resilience of community-serving buildings (e.g., raise the building elevation to reduce flood risk, improve cooling systems and / or insulation to reduce extreme heat risk);

> iii. Install energy efficiency measures such as insulation, double or triple glazed windows, "cool roofs" that reflect sunlight, and energy management systems in public buildings;

> iv. Remediating or mitigating harmful substances in buildings, including lead, mercury, pesticides, radon, mold, PCBs (caulk, flooring, etc.), lead-based paint, asbestos, and other toxic substances;

> v. Installing, upgrading, or replacing HVAC and / filtration systems that improve indoor quality in schools, community-serving buildings, and single-and-multifamily homes;

> vi. Targeted water infrastructure upgrades, including replacing private-side lead lines in homes, childcare facilities, schools, or other community-serving buildings; septic to sewer conversions; and installing water fountains at schools and parks; and

vii. Other activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of *Construction* at 40 CFR 33.103, as well as related architectural or engineering services.

With very few exceptions, recipients carry out construction projects by hiring contractors which typically include a general contractor and an architectural or engineering firm for design work and in some cases purchasing equipment for installation at the site. Hiring general contractors and other contractors performing activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of Construction at 40 CFR 33.103 will be categorized as "Construction."

d. Prevailing Wage Classification: Building

## 2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

## 3. Recipient Responsibilities When Entering Into and Managing Contracts:

a. Solicitation and Contract Requirements:

   i. Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

   ii. Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:

   1. "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

b. After Award of Contract:

   i. Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

   ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

**4. Recipient Responsibilities When Establishing and Managing Additional Subawards:**

a. Include DBRA Requirements in All Subawards (including Loans):

    i. Include the following text on all subawards under this grant:

    1. "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

b. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

5. The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

## V. Participation in an EPA-Sponsored Program Evaluation

As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all EPA staff, contractors, or designated Recipients performing research or evaluation studies funded by EPA, if directed to do so by the Project Officer.

## W. Land Acquisition

Land acquisition must comply with the Uniform Relocation Act and Federal Highway Administration's implementing regulations at 49 CFR Part 24 which requires grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements.

## X. Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of Section 138 of the Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

The following condition Y. has been added.

Y. Statutory Partnership

The recipient must seek prior written approval from the Award Official if it wants to change the statutory partner for this grant from the entity identified in the selected application documented in the Partnership Agreement. Due to the competitive nature of the Thriving Communities Grantmaking program, EPA approval will only be povided in very limited circumstances at EPA's sole discretion and will not be subject to dispute from the recipient. EPA approval is necessary to ensure that any proposed new statutory partner is an eligible subrecipient with comparable qualifications/expertise/experience to the original statutory partner such that performance of the grant will not be adversely impacted.

Requests for approval must be sent, along with any requested documentation, to the EPA Award Official who will consult with the EPA Project Officer. EPA decides in its sole discretion whether to consider and/or approve the request.

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>
Workplan 1 - $8M - 12-31-24**

<u>Instructions</u>: *Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* **Reports are due 30 calendar days after each quarterly reporting period (see table below)**. *Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Green & Healthy Homes Initiative
Project Title: EPA Environmental Justice Region 3 Thriving Communities Grantmaking Program Grant
UEI Number: HYQKKGCH7XZ5
EPA Grant #: 5N-95341301
EPA Project Officer: Grace Gontarek

Project Period Start Date: 5/1/24
Project Period End Date: 4/30/27

Current Year of Project: One X   Two ☐   Three ☐
Reporting Period for current year: One ☐   Two X   Three ☐   Four ☐
Reporting Period (start date, end date): 10/1/24-12/31/2024

Date Report Submitted: 1/31/25

EPA 000514

Submitted by: Ruth Ann Norton

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection. NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N]

**Section 2. Financial Information**
Funds drawn down in reporting period: $408,302.57
Total funds drawn down to date: $839,393.02
Total EPA Funds remaining: $7,160,606.98

Total funding drawn down for Statutory Partners to date: $0.00
Total funding drawn down for Participant Support Costs to date: $17,486.94
Total funding drawn down for Contract costs to date: $89,700.59
Total funding drawn down to support outreach, including travel: $18,907.08

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
| Howard University School of Law | $172,500.00 | $0.00 | $0.00 | $172,500.00 | Technical Assistance Provider |
| Children's National Hospital | $109,000.00 | $0.00 | $0.00 | $109,000.00 | Technical Assistance Provider |
| Virginia Poverty Law Center | $78,000.00 | $0.00 | $0.00 | $78,000.00 | Technical Assistance Provider |

EPA 000515

| To Be Determined (formerly Delaware State University) | $78,000.00 | $0.00 | $0.00 | $78,000.00 | Technical Assistance Provider |
|---|---|---|---|---|---|

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |
| Advisory Board Member | $0.00 | Baltimore Regional Housing Partnership |
| Advisory Board Member | $689.63 | Chesapeake Bay Foundation |
| Advisory Board Member | $0.00 | Chisolm Legacy Project |
| Advisory Board Member | $0.00 | Invest Appalachia |
| Advisory Board Member | $0.00 | Latin American Community Center |
| Advisory Board Member | $0.00 | NAACP |
| Advisory Board Member | $0.00 | New Ecology |
| Advisory Board Member | $7,650.00 | United Parents Against Lead |
| Advisory Board Member | $0.00 | Virginia Humanities |
| Advisory Board Member | $0.00 | Women for a Healthy Environment |
| Advisory Board Member | $5,147.47 | Young, Gifted & Green |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Fluxx (grant application, management and monitoring platform) | $224,754.00 | $68,324.00 | $68,324.00 | $156,430.00 |

EPA 000516

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Hairpin (website developer) | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 |
| Mitchell Titus, LLP (audit costs) | $45,000.00 | $3,000.00 | $3,000.00 | $42,000 |
| Your Part time Controller (Contract.) | $45,000.00 | $8,750.00 | $2,500.00 | $36,250.00 |
| Catering Costs (TCGM Marketing & Outreach Events) | $15,802.00 | $3,126.59 | $0.00 | $12,675.41 |

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? No.
2. Do you have questions about allowable use of funds? No.
3. Do you have any improper payments to report? No.
4. Do you have a change in indirect cost rate? No.
   a. Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

*Instructions:*

*Below, we provide three tables for you to provide information about your initial award. We provide separate tables for "people" and "technology" systems related support that you will provide to Grantmakers, as setting up each of these systems will be the focus of their initial awards and is where your initial activities will focus. We also provide a table regarding communications related activities, which will also be a pillar of your initial award.*
*More specifically, we ask you to address the following:*

1. **System Component.** *In the first column of each table, select a people systems, technology, or communication system component from the available drop-down list that you have worked on during the reporting period. Add rows for each system component you have worked on this quarter.*
2. **Progress this Quarter.** *For each systems component, provide a brief narrative description of the progress you have made during the reporting period.*
3. **Barriers Encountered this Quarter.** *For each systems component, provide a brief narrative description of any barriers you have encountered during the reporting period.*
4. **Planned Focus for Next Quarter.** *For each systems component, briefly describe what your focus will be for the upcoming reporting period.*

EPA 000517

| Quarterly Progress Summary for People Systems Related Support | | |
|---|---|---|
| 1. People System Component (e.g., ) | Progress this Quarter | 2. Barriers Encountered this Quarter | 3. Planned Focus for Next Quarter |
| Personnel | During this reporting period GHHI hired the following TCGM project staff: Senior Vice President of Thriving Communities, Andrea Brown, to serve as overall Project Manager project lead, Jessica Gonzalez-Martinez, Vice President, Derek Kendall-Morris, Program Officer, and Abdul Samim Masoudi, Senior Accountant. GHHI's President and CEO, continues to operate as the Project Director for the TCGM Grant. GHHI remains committed to implementing the approved timeline, and successfully meeting project deliverables using a full complement of competent GHHI TCGM program staff. GHHI is fully engaged in threshold reviews, full application reviews and selecting initial grant subrecipient awards during this quarter. GHHI has revised its Workplan staffing and strategies to conduct TCGM applicant marketing, grant application reviews, grant award and onboarding and provide quality support services for 208 TCGM grant Subrecipients. | None. | GHHI will continue to focus on systems grant marketing, grant application review and awarding and implementation in the upcoming quarter. Key component development includes finalizing the development of the grantee onboarding process and program management component in the Fluxx portal, conducting grant awardee onboarding and compliance training and finalizing the noncompetitive grant application process for the 16 awardees among other implementation tasks. GHHI will complete the build out a metrics dashboard for the implementation of the onboarding process and to assist grantees in managing their startup and implementation phases. Any remaining build out of the grantee performance and financial tracking systems will also be completed. Marketing and outreach for potential Tier II and Tier III two grant project applicants, Tier I applicants and hard to reach, rural and tribal communities will be a priority in the upcoming quarter. Staff and TA partners will also concentrate on TCGM grant application threshold reviews, full grant application panels reviews and grant subrecipient awarding and start-up will be priorities in the upcoming quarter. GHHI will hire a Compliance Officer, Grants Manager and a Tribal Outreach Specialist during the next quarter for the project. |

EPA 000518

| | | | |
|---|---|---|---|
| Organizational Structure | GHHI continues to implement the TCGM Workplan by completing all required grant activities to date and all deliverables on time. The organizational structure includes experienced GHHI management and program staff, new TCGM hires, an 11 member GHHI TCGM Advisory Board, Statutory Partners, Technical Assistance Providers and contractors conducting work to meet all project deadlines and project objectives during the quarter as well as preparing for the next phases of the grant. GHHI developed a strong TCGM Workplan that it has implemented in successfully completing Grant Program startup activities, key project tasks, project development and support activities to achieve project goals. GHHI has implemented strong financial, program management and quality assurance practices. | None. | GHHI will continue to implement its Grant Workplan under the guidance of its Project Director, Project Manager, Advisory Board and senior project management team. |
| Partnerships | GHHI has worked productively and effectively with the EPA Region 3 administration and TCGM program staff who have provided strong support to GHHI. GHHI is working with the TCTAC Centers, TCTAC HUB organizations and numerous community-based partners to host GHHI TCGM marketing events in 30 Region 3 jurisdictions. GHHI has targeted for in-person marketing and outreach training sessions and workshops. GHHI has developed partnerships with 11 Region 3 | None. | GHHI will continue to advance its TCGM outreach and marketing plan, promote RFA applications and provide ongoing technical assistance and support services through GHHI TCGM staff, Advisory Board and Statutory Partners, TCTAC agencies, EPA and other community-based partnerships. |

EPA 000519

|  | community-based organizations that have leadership staff that are serving on the GHHI TCGM Advisory Board including: Baltimore Housing Regional Partnership, Chesapeake Bay Foundation, Chisolm Legacy Project, Invest Appalachia, Latin American Community Center, NAACP, New Ecology, United Parents Against Lead, Virginia Humanities, Women for a Healthy Environment and Young, Gifted, & Green. GHHI has Statutory Partnership Agreements and commitments from three Technical Assistance Provider organizations to provide technical assistance on the project including: Howard University, Children's National Hospital and Virginia Poverty Law Center. To increase project capacity and expedite application reviews, GHHI is continuing to provide grant reviewer training to external program statutory partner grant reviewers and having them serve on the TCGM grant review panels. |  |  |
|---|---|---|---|
| Working Groups | GHHI has established a number of internal GHH TCGM project Working Groups to design, draft, develop and complete key TCGM project components including: grant startup, grant administrative compliance, program staff recruitment and hiring, RFA grant application, Fluxx grant application and grant management platform, reporting and monitoring platform systems, | None. | GHHI will continue implementation of its Fluxx grant management and reporting platform, QMP Plan, Data and Evaluation Plan, Subrecipient Grantee Agreements and new grantee training processes, and other new project materials development during the next quarter. |

EPA 000520

| | | | |
|---|---|---|---|
| | marketing and outreach planning including 30 site Region 3 in-person tour, grant application review processes and panels, awardee onboarding and compliance, and partnership and contractor engagement among others. | | |
| Participatory Governance Processes | GHHI has developed an 11 member GHHI TCGM Advisory Board that has met monthly with GHHI TCGM leadership and program staff in providing important guidance and advice on all phases of project development and implementation. | None. | GHHI will continue its regular monthly Advisory Board meetings but will eventually move to a quarterly meeting schedule following the completion of all major phases of grant development and implementation. The Advisory Board will be focused on the development of the grant criteria and application processes for the sixteen $75,000 grantees to be awarded by GHHI in Region 3. |
| Onboarding | GHHI created strong management plans and multiple working groups to complete key project components as part of Program start-up activities and program and partner training and onboarding processes. Start-up and TCGM specific administrative development included: drafting of Workplans 1 and 2, completion of 4700 Pre-Certification process, drafting of Statutory Partnership Agreements, drafting of outreach and marketing plan, development of Conflict of Interest Policies and Forms, drafting and submission of QMP, and development of staff training modules. GHHI has created an Onboarding Plan, templates and compliance processes that it will utilize for all new TCGM grantees following grant award to support | None. | GHHI will continue conducting onboarding and training of new GHHI TCGM staff, Statutory Partners and community partners. GHHI will conduct Onboarding for the first round of TCGM grant awards commencing in the first quarter of 2025. GHHI has developed a full Onboarding packet of forms and materials and has a training schedule well developed processes to ensure that grant award Subrecipients complete all grant and compliance requirements and operate successful TCGM programs. |

EPA 000521

| | | | |
|---|---|---|---|
| | organizations in having a rapid start-up period and to provide ongoing organization and program implementation support on their projects. | | |
| Other - Quality Management Plan (QMP) | GHHI's TCGM Quality Management Plan (QMP) was submitted to the EPA by GHHI in July 2024 for review and approval. Final approval of the QMP was obtained from the EPA on 11/14/24. | None. | Fully implement QMP. Conduct GHHI TCGM, Statutory Partners, Contractors and awardee Subrecipient trainings on QMP processes and protocols. |
| Other - Data and Evaluation Plan | Grantees will define outcomes and measurement of outcomes, outputs, and associated benchmarks during the post-onboarding phase. Assigned Program Officers at GHHI will work closely with grantees to ensure adequate information is provided and work program metrics and progress are created and progress assessed against proposed project work plans through multiple tracking and evaluation mechanisms including through the Fluxx grant portal. Grantees will report progress towards defined outcomes and outputs each quarter as well as reporting in the final report. In addition to reporting on progress within the quarterly report, grantees will also provide a narrative indicating factors that have enabled progress towards outcomes and outputs, and describing any inhibiting factors that have deterred progress toward meeting outcomes and outputs. | None. | GHHI will complete its TCGM Data and Evaluation Plan final awardee base TCGM program metrics and work on the preparation of the Fluxx system to track all program activities, outputs and evaluation measurements for grantees and for GHHI's overall TCGM grant performance. |

EPA 000522

| Quarterly Progress Summary for Technology Systems Related Support | | | |
| --- | --- | --- | --- |
| 1.    Technology System | 2.    Progress this Quarter | 3.    Barriers Encountered this Quarter | 4.    Planned Focus for Next Quarter |
| Financial Tracking | GHHI utilizes a Quickbooks accounting system platform to track and manage all TCGM expenditures, payments and budgets. GHHI has created a separate Department for each TCGM Grant award to separately track all expenses and to prevent any commingling of funds. | None. | GHHI will track, manage, audit and report on all grant fund expenditures in adhering to the grant budget and EPA TCGM requirements, federal 2 CFR 200 regulations, GHHI Internal Controls and financial and accounting protocols and practices. |
| Funds Disbursement | GHHI requires that all subrecipients, statutory partners, Advisory Board members and subcontractors set up a Bill.com account within GHHI's TCGM primary account for the processing all TCGM payments following receipt of an invoice and proper backup documentation. All TCGM payments must be in accordance with the grant budget and requirements, adhere to the TCGM budget and be compliance with GHHI Internal Controls and Purchase Order approval processes. | None. | GHHI will timely process all TCGM payments following receipt of an invoice and proper backup documentation and will report on funds disbursements in accordance with EPA financial reporting requirements. |
| Application Platform | Fluxx GHHI Region 3 TCGM RFA Grant Application System - The Fluxx grants management system will be utilized by GHHI and awardees to manage the grant's life cycle, including initial applicant interest, application submission, internal and | None. | GHHI will make continual readability and functionality modifications as necessary to ensure accessibility for CBOs and agencies to the TCGM grant funding opportunities including access in rural, remote and hard to reach areas in Region 3. GHHI will make any requested revisions through the EPA |

EPA 000523

| | external reviews, grant acceptance and denial, evaluation metrics, grantee reporting, and payments. GHHI continues to work with the Fluxx team to update the design and build as necessary. During this 10/1/24-12/31/24 reporting period, **426** applicant organizations completed the registration process in the online TCGM portal to start the grant application process. **294** completed grant applications that were submitted in the Fluxx TCGM grant portal during the quarter representing organizations from: Delaware, Maryland, District of Columbia, Pennsylvania, Virginia, West Virgina and Native American Tribes. | | approval and ICR process as necessary. Additionally, this upcoming quarter will focus on final Post TCGM Subrecipient grant award configurations to include enhanced grantee reporting, processing grantee reports via workflow, scheduling payments, processing payments via workflow and creating amendments as deemed necessary in Fluxx. |
| --- | --- | --- | --- |
| Grant Tracking Processes | Fluxx GHHI Region 3 TCGM RFA Grant Management, Reporting and Monitoring System - GHHI and Fluxx have worked to develop the grant application, grant management, reporting and grantee monitoring system components of the TCGM Fluxx platform. | None. | GHHI and Fluxx will complete enhancements of the grant management, reporting and grantee monitoring system components of the TCGM Fluxx platform. GHHI will continue to collect, track and report on grant project data through the Fluxx system. |
| Quality Assurance Processes | GHHI has put in place sound programmatic, financial and regulatory quality assurance and compliance processes. GHHI has strong accounting and financial accountability procedures for TCGM expenditures and payments, a detailed Workplan, QMP and QA mechanisms, a subrecipient monitoring process and a strong management staff team to ensure | None. | Continued implementation of GHHI's quality assurance and compliance mechanisms including adherence to program requirements, statutory and regulatory compliance and following QMP and QAP practices where required. Work with new TCGM grant award Subrecipients to create QMPs and QAPPs for their grant programs following award will also be conducted with GHHI and TA subcontractor support services. |

EPA 000524

| | | | |
|---|---|---|---|
| | quality and standards are upheld int the performance of TCGM activities by all GHHI, subrecipient and contractor staff. GHHI has an EPA approved QMP and GHHI will require QMPs for all subrecipients and the creation of QAPs, where applicable, for the 208 subrecipient awardees. GHHI has in place substantial TCGM cybersecurity systems, HIPAA, PHI and PI privacy policies, and data security and quality assurance practices. | | |
| Other - Monday.com | GHHI is utilizing Monday.com to assist in managing the overall TCGM project and in project managing multiple staff and partners in completing the design and development of major project activities. | None. | GHHI will continue to load project workgroup and key project deliverables in Monday.com to manage said project components and materials to completion. |
| Docusign | GHHI created a Docusign account for the project to assist in executing key project related documents including Statutory Partner Technical Assistance Provider agreements, Advisory Board Member Organization agreements, etc. | None. | |
| Adobe Creative Suite | GHHI utilizes Adobe Creative Suite for development and editing or project materials. | None. | |

| Quarterly Progress Summary for Communications Systems Related Support | | | |
|---|---|---|---|
| 1. Communications System Component | 2. Progress this Quarter | 3. Barriers Encountered this Quarter | 4. Planned Focus for Next Quarter |

EPA 000525

| | | | |
|---|---|---|---|
| Mass Email Distributions – Constant Contact | GHHI utilizes Constant Contact to provide direct information and regular updates through mass emails on key TCGM developments, EPA grant and funding opportunities, and to promote TCGM upcoming marketing and outreach events that community residents and community-based organizations can participate in near their jurisdictions. GHHI sent out 6 TCGM Constant Contact electronic postings during the quarter directly reaching 8,737 email recipients in total. | None. | GHHI will continue to send regular mass emails through Constant Contact to promote the TCGM program and market the open TCGM RFA to geographically diverse prospective applicants organizations and agencies in Region 3. |
| Website Postings - GHHI TCGM Website | GHHI's robust TCGM landing page on the GHHI website continues to serve as a reliable and accessible informational resource for community residents and community-based organizations interested in the EPA's Thriving Communities Grantmaking Program. During the quarter, the GHHI TCGM landing page received 15,844 page views and persons accessing the site have conducted 8,668 downloads of TCGM materials and resources from the TCGM landing page.<br><br>See:<br>https://www.greenandhealthyhomes.org/thrivingcommunities/ | None. | GHHI will continue to update the TCGM project materials on the website and enhance the usability and accessibility of information based upon the feedback from Region 3 residents, CBO organizations, GHHI's Advisory Board and other agency partners. GHHI will build out further functionalities, create additional related project links and post project updates and information for residents, partners and potential applicants. |
| Social Media Postings – Facebook | GHHI posted 5 TCGM Facebook posts, reaching 2,600 followers during the quarter. | None. | GHHI will continue to use social media to share information on the TCGM grant program and recruit potential applicants to apply for TCGM funding. |
| X (formerly Twitter) | GHHI posted 4 TCGM X posts, reaching 4,427 followers during the quarter. | None. | GHHI will continue to use social media to share information on the TCGM |

EPA 000526

| | | | |
|---|---|---|---|
| | | | grant program and recruit potential applicants to apply for TCGM funding. |
| LinkedIn | GHHI posted 6 TCGM LinkedIn posts, reaching 2,111 followers during the quarter. | None. | GHHI will continue to use social media to share information on the TCGM grant program and recruit potential applicants to apply for TCGM funding. |
| Public Meetings/Workshops | During this reporting period, GHHI planned and participated in 12 EPA TCGM in person public meetings or workshops where it presented information on the TCGM grant program, funding availability and the grant application process. In addition to its 30 site Region 3 in-person marketing events, GHHI is also conducting regular public webinars and holding weekly Office Hours to provide additional information and support to potential applicants on the TCGM RFA and funding opportunities. GHHI organized and participated in 6 marketing and webinar trainings during the quarter. In person events and webinars included:<br><br>10/8/24: Webinar-Hosted by National Community Reinvestment Coalition<br>10/10/24: In Person-Urban Waters Federal Partnership, Anacostia, VA<br>10/18-10/19/24: In Person-Overbrook Symposium, Philadelphia, PA<br>10/22/24: In Person-Howard University, Washington, DC<br>10/22/24: Webinar-TCTAC TCGM Networking Session<br>10/23/24: In Person-Hosted by GHHI, Wheeling, WV<br>10/24/24: In Person-Hosted by EPA, Virginia State University & GHHI-Portsmouth, VA<br>10/29/24:In Person-Hosted by Indigenous Conservation Council (all 7 federally recognized tribes had representation)-Richmond, VA<br>10/30/24: Webinar-Hosted by Women for Change | Federal Tribe interactions had been more limited due to the communication protocols, which is assisted in Region 3 through our Advisory Board member, Virginia Humanities. GHHI worked with EPA, program partners and the Federal Tribes to make sure that all Native American tribes in Region 3 were contacted and received information on the TCGM grant opportunity. | GHHI will continue its TCGM 30 site in-person outreach and marketing tour of all Region 3 jurisdictions with an emphasis on reaching rural, remote, and hard to reach communities and Native American tribes. Through 12/31/24, 20 in person outreach and marketing events have been completed in total and 11 webinars have been conducted or participated in by GHHI staff to reach organizations, agencies and community residents in Region 3. GHHI will continue hosting in person events and webinars leading up to the deadline for grant applicants. GHHI plans to host multiple events, |

EPA 000527

| | 11/17/24: In-Person-Hosted by GHHI & USDA, Charleston, WV<br>11/12/24: Webinar-Hosted by Virginia Poverty Law Center<br>11/19/24: In-Person-Hosted by Pioneer Network, Sutton, WV<br>11/20/24: In-Person-Hosted by EPA, Norfolk, VA<br>11/22/24: In-Person-Hosted by EPA, Baltimore, MD<br>12/4-12/5: In-Person-Hosted by the PA Housing Alliance, Conference, Hershey, PA<br>12/05/24: In Person-Hosted by EPA, Sparrows Point, MD<br>12/10/24: Webinar-Hosted by Region 3 TCTAC<br>12/13/24: Webinar-Hosted by MVPC Human Services<br><br>GHHI's robust outreach, marketing, social media, website, EPA and local community partnership efforts have produced results in generating TCGM grant opportunity awareness and substantial grant application submissions to date. | | webinars and social media as well leading up to 4/30/2025 to attract Tier I and Tier II (one year) grant applicants prior to the application closing deadline for those particular grants. GHHI plans to host 10 additional in-person events in the first quarter of 2025. |
| Other – TCGM Program Marketing Materials | GHHI continues to work with the EPA to obtain approval of content and use of any EPA and EPA Thriving Communities Grantmaking Program logos in: GHHI's TCGM website content, outreach and marketing flyers, handouts, giveaways, pull-up banners, signage and other marketing materials. EPA staff have been responsive and helpful in providing guidance on the development of program materials and content. GHHI developed materials that were culturally sensitive, appropriate for LEP audiences and translated into Spanish for broader stakeholders. | None. | GHHI will continue to develop TCGM Program marketing and informational materials to best reach remote, rural, hard to reach and under-resourced communities in Region 3 that can improve environmental health with TCGM funding support. |
| Other - Zoom | GHHI created a TCGM Zoom account that it is using for TCGM project meetings, external project meetings with EPA and other external agencies, trainings and TCGM staff hiring virtual interviews among other uses of the platform. | None. | |
| Other - Hootsuite | GHHI has an active Hootsuite account that it is using for TCGM social media postings and scheduling coordination. | None. | |

**Section 4. General Project Challenges and Course-Corrections**
1. Has your program encountered substantial problems or difficulties during this reporting period? No

EPA 000528

a. If yes, how have they been addressed or resolved?

GHHI's extensive TCGM in-person and virtual outreach and marketing events, webinars, trainings, social media, program materials, weekly office hours, and community engagement has been effective as demonstrated by the **491** applicant organizations that have registered in the GHHI TCGM  Fluxx grant application portal to start their grant applications. Applicant organizations have submitted **318** TCGM grant applications in total as of 12/31/24. **115** additional grant applications are in progress by applicants in GHHI's Region 3 TCGM grant application portal. GHHI's effort to be accessible, informative and responsive with readily available technical assistance and office hours has produced and informed and more confident applicant pool that represents diverse geographic areas in rural, urban, remote and Native American communities that are interested in improving environmental health.

2. Do changes need to be made to your workplan in the near future? No. GHHI previously submitted a revised Workplan during the quarter that was approved by EPA to reflect the extension of the grant application due date for two year Tier II and all Tier III grant applicants to increase the opportunity for more rural, remote, and hard to reach communities and Native American Tribes to participate.

   a. If so, please describe the changes you would like to make and the reason for each suggested change.

3. Have there been any major changes in project personnel from what you had described in your work plan? Yes.

   a. If yes, please describe any changes in project personnel.

GHHI hired a new Project Manager-Senior Vice President, Andrea Brown, to serve as overall project lead for the TCGM grant. Vice President, Jessica Gonzalez Martinez was hired during the quarter along with Program Office Derek Morris and TCGM Staff Accountant, Abdul Samim Masoudi. GHHI's President and CEO, Ruth Ann Norton, is the Project Director for the TCGM grant and has handled the primary responsible for overall project design and development during the start-up period and initial implementation phase. Multiple GHHI Vice Presidents and other TCGM staff hired for the project have handled other key project management of individual project components being designed, completed and successfully implemented.

## VI. Feedback

Please provide feedback about how EPA can better help you achieve our goals.

The EPA and its staff have been exemplary, informative and highly responsive in all aspects of the EPA Region 3 EJ TCGM Program from time of grant award through the full implementation phases. EPA Region 3 leadership, administration and TCGM project staff have provided exceptional support and technical guidance to GHHI during the grant negotiations, grant program start-up and all grant development activities. The EPA TCGM staff have been very accessible and GHHI appreciates their efforts to develop a TCGM Grantmakers collaborative to share TCGM information weekly and to collaboratively solve challenges that any Grantmakers are experiencing. GHHI's Project Officer, Grace Gontarek, and Grant Specialist, Vanessa Davies, have been extremely helpful with all programmatic compliance, administrative and development activities and are very timely in their responses. The Quality Management Plan (QMP) process worked well for GHHI. The EPA's Region 3 Quality Assurance (QA) staff and GHHI's EPA TCGM Project Officer were very responsive and engaged in the QMP process in providing technical guidance based upon the guidelines. The Region 3 QA staff

EPA 000529

offered to have a Q&A session on the QMP which was helpful prior to GHHI completing and submitting their QMP. The EPA QMP Guidance materials were very instructive and the QMP Checklist was invaluable in its level of detail.

**VII. Optional Project Photos (not required)**
_Instructions_: _If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps._

Attached please find photos from GHHI Region 3 EJ TCGM marketing and outreach events including joint events with EPA's Region 3 staff as well as with EPA Region 3 TCTAC representatives. Attached are photos from selected TCGM Region 3 marketing events during the quarter including: Hershey Housing Alliance Conference (PA), Norfolk TCGM Roundtable (VA), Overbrook Center Symposium (PA), Sparrows Point Environmental Health Workshop (MD), and Greater Baltimore Climate Summit (MD).

EPA 000530

**Thriving Communities Grantmaking Program (TCGM) Progress Report for <u>Regional Grantmakers</u>**
**Workplan 2 - $52M – 12/31/24**

<u>*Instructions*</u>*: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* **Reports are due 30 calendar days after each quarterly reporting period (see table below)***. Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1ˢᵗ, then your first reporting period is October 1ˢᵗ through December 31ˢᵗ with your first progress report due on January 31ˢᵗ. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Green & Healthy Homes Initiative
Project Title: EPA Environmental Justice Region 3 Thriving Communities Grantmaking Program Grant
UEI Number: HYQKKGCH7XZ5
EPA Grant #: 5N-95341401
EPA Project Officer: Grace Gontarek

Project Period Start Date: 8/1/24
Project Period End Date: 7/31/27

Current Year of Project: One X   Two ☐   Three ☐
Reporting Period for current year:  One ☐   Two X  Three ☐   Four ☐
Reporting Period (start date, end date): 10/1/24-12/31/24

Date Report Submitted:  1/31/25

**EPA 000531**

Submitted by: Ruth Ann Norton

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N]

**Section 2. Financial Information**
Funds drawn down in reporting period: $0.00
Total funds drawn down to date: $0.00
Total EPA Funds remaining: $52,000,000.00

**Program management costs [this includes past quarterly reporting periods]**
Total funding drawn down for Personnel Costs to date: $0.00
Total funding awarded to Statutory Partners to date: $0.00
Total funding awarded to Participant Support Costs to date: $0.00
Total funding awarded to Contractors to date: $0.00
Total funding awarded to support outreach, including travel: $0.00

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities during reporting period |
| Howard University | $127,500.00 | $0.00 | $0.00 | $127,500.00 | Technical Assistance Provider |
| Children's National Hospital | $91,000.00 | $0.00 | $0.00 | $91,000.00 | Technical Assistance Provider |
| Responsive TA Technical Assistance | $450,000.00 | $0.00 | $0.00 | $450,000.00 | Technical Assistance Provider |

**EPA 000532**

| Providers (18 Subawards to Be Awarded @$25,000 per) | | | | |
|---|---|---|---|---|
| | | | | |

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | Briefly describe program participants and their activities |
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds in contract agreement |
| Fluxx (grant application, management, and monitoring platform) | $4,587.00 | $0.00 | $0.00 | $4,587.00 |
| Catering Costs | $653.00 | $0.00 | $0.00 | $653.00 |

EPA 000533

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| (TCGM Partnership Meetings/Events) | | | | |

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? No.

GHHI submitted and was approved for a budget amendment during the quarter reflecting an additional EPA Region 3 TCGM Workplan 2 grant award of $10,000,000 and a total budget of $52,000,000.
2. Do you have questions about allowable use of funds? No.
3. Do you have any improper payments to report? No.
4. Do you have a change in indirect cost rate? No.
   a. Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Project Objectives**

• In the table below provide information about how your planned project objectives are progressing under your subsequent award.
   ° *More specifically, for each project objective form your work plan, we ask you to address the following:*
1. ***Progress this Quarter.*** *For each objective, provide a brief narrative description of the progress you have made during the reporting period.*
2. ***Barriers Encountered this Quarter.*** *For each objective, provide a brief narrative description of any barriers you have encountered during the reporting period.*
3. ***Planned Focus for Next Quarter.*** *For each objective, briefly describe what your focus will be for the upcoming reporting period.*

| Quarterly Progress Summary for Project Objectives | | | |
|---|---|---|---|
| **Project Objective (from your Work Plan)** | **1. Progress this Quarter** | **2. Barriers Encountered this Quarter** | **3. Planned Focus for Next Quarter** |
| 1. Award and provide ongoing program support to 72 Tier I subgrant awards for one year for up to $150,000 assessment projects | GHHI conducted extensive outreach, marketing and community engagement to increase grant applicant access to TCGM grant funding. GHHI developed and launched the | None. | The first cohort of TCGM Subawardee grant announcements are imminent as of the date of this report on 1/31/25. GHHI's panel of trained reviewers with subject matter expertise convened initially in the Fall of 2024 and |

EPA 000534

| | | | |
|---|---|---|---|
| | accessible, user-friendly Region 3 TCGM Fluxx online grant application portal that produced 426 organization registrations and 294 application submissions during the quarter including 13 Tier I applications. GHHI staff and TCGM grant review panels have conducted reviews of over 200 grant applications. | | reviewed a substantial pool of applications. The review panels have identified numerous stellar recipient organizations throughout Region 3 that are recommended for grant award who will build capacity and create healthier, more vibrant, and resilient communities |
| 2. Award and provide ongoing program support to 60 Tier II subgrant awards for 1-2 years for up to $250,000 planning projects. | GHHI conducted extensive outreach, marketing and community engagement to increase grant applicant access to TCGM grant funding. GHHI developed and launched the accessible, user-friendly Region 3 TCGM Fluxx online grant application portal that produced 426 organization registrations and 294 application submissions during the quarter including 110 Tier II applications. GHHI staff and TCGM grant review panels have conducted reviews of over 200 grant applications. | None. | The first cohort of TCGM Subawardee grant announcements are imminent as of the date of this report on 1/31/25. GHHI's panel of trained reviewers with subject matter expertise convened initially in the Fall of 2024 and reviewed a substantial pool of applications. The review panels have identified numerous stellar recipient organizations throughout Region 3 that are recommended for grant award who will build capacity and create healthier, more vibrant, and resilient communities |
| 3. Award and provide ongoing program support to 60 Tier III subgrant awards for two years for up to $350,000 implementation projects. | GHHI conducted extensive outreach, marketing and community engagement to increase grant applicant access to TCGM grant funding. GHHI developed and launched the accessible, user-friendly Region | None. | The first cohort of TCGM Subawardee grant announcements are imminent as of the date of this report on 1/31/25. GHHI's panel of trained reviewers with subject matter expertise convened initially in the Fall of 2024 and reviewed a substantial pool of |

EPA 000535

| | | | |
|---|---|---|---|
| | 3 TCGM Fluxx online grant application portal that produced 426 organization registrations and 294 application submissions during the quarter including 171 Tier III applications. GHHI staff and TCGM grant review panels have conducted reviews of over 200 grant applications. | | applications. The review panels have identified numerous stellar recipient organizations throughout Region 3 that are recommended for grant award who will build capacity and create healthier, more vibrant, and resilient communities. |
| 4. Award and provide ongoing program support to 16 Noncompetitive subgrant award for one year for up to $75,000 for severely capacity constrained communities. | In consultation and cooperation with GHHI's Region 3 TCGM Advisory Board, GHHI is developing Noncompetitive applicant eligibility, grant application and award processes. | None. | GHHI will work with the Advisory Board to develop the Noncompetitive eligibility, grant application and award processes. |
| 5. Targeted TCGM Initiative to reach Rural, Remote, Hard to Reach and Tribal Nations in Region 3. | GHHI was awarded supplemental TCGM funding in December 2024 and GHHI has developed a plan for expanded services from GHHI staff and partners to reach, inform and increase participation of rural, remote, hard to reach and Tribal Nation areas in receiving TCGM grant funds for environmental health projects in their communities. | None. | Supplemental TCGM funding will be utilized for the disbursement of additional TCGM subawards and to cover the following activities and costs in Region 3's rural, remote, hard to reach and Tribal Nation areas. The additional funding will be utilized for substantial and meaningful marketing, in-person outreach and gap-filling resources in remote, rural, and hard-to-reach areas of Region 3 and Tribal Nations to ensure greater access and availability to TCGM grant funding and support in the targeted communities. Outreach will include additional outreach and in-person events in |

EPA 000536

| | | | targeted remote, rural, hard-to-reach and Tribal Nation areas in addition to the original 30 outreach events planned. Additional project activities targeted to these geographic areas includes: Quality Assurance (QA) technical support and guidance will be provided by GHHI to assist subawardees in drafting and implementing Quality Assurance Plans (QAPs) for grant projects that require QAPs and more extensive quality assurance oversight. Increased assistance will also be provided in the drafting and implementation by subgrantees of Quality Management Plans (QMP). Assistance will also include conducting additional quality assurance and quality control activities for the additional subawardee projects and providing technical assistance in planning and undertaking Human Subjects Reviews (HSR) and data collection, and analysis and evaluation involving human subjects' research. |
|---|---|---|---|

| Quarterly Progress Summary for Project Objectives - Support Components | | | |
|---|---|---|---|
| Project Support Components for Project Objectives | 1.   Progress this Quarter | 2.   Barriers Encountered this Quarter | 3.   Planned Focus for Next Quarter |
| GHHI Program Staffing Support | During this reporting period GHHI hired the following TCGM project staff: Senior Vice President of | None. | GHHI will continue to focus on systems grant marketing, grant application review and awarding and |

EPA 000537

| | Thriving Communities, Andrea Brown, to serve as overall Project Manager project lead, Jessica Gonzalez-Martinez, Vice President, Derek Kendall-Morris, Program Officer, and Abdul Samim Masoudi, Senior Accountant. GHHI's President and CEO, continues to operate as the Project Director for the TCGM Grant. GHHI remains committed to implementing the approved timeline and successfully meeting project deliverables using a full complement of competent GHHI TCGM program staff. GHHI is fully engaged in threshold reviews, full application reviews and selecting initial grant subrecipient awards during this quarter. GHHI has revised its Workplan staffing and strategies to conduct TCGM applicant marketing, grant application reviews, grant award and onboarding and provide quality support services for 208 TCGM grant Subrecipients. | | implementation in the upcoming quarter. Key component development includes finalizing the development of the grantee onboarding process and program management component in the Fluxx portal, conducting grant awardee onboarding and compliance training and finalizing the noncompetitive grant application process for the 16 awardees among other implementation tasks. GHHI will complete the build out a metrics dashboard for the onboarding process and to help grantees manage their startup and implementation phases. Any remaining build out of the grantee performance and financial tracking systems to assist grantees in measuring outcomes and in tracking expenses will also be completed. Marketing and outreach for potential Tier II and Tier III two grant project applicants, Tier I applicants and hard to reach, rural and tribal communities will be a priority in the upcoming quarter. Staff and TA partners will also concentrate on TCGM grant application threshold reviews, full grant application panels reviews and grant subrecipient awarding and start-up will be priorities in the upcoming quarter. GHHI will hire a Compliance Officer, Grants Manager, and a Tribal Outreach Specialist during the next quarter for the project. |

EPA 000538

| | | | |
|---|---|---|---|
| Partnership Organizations | GHHI has worked productively and effectively with the EPA Region 3 administration and TCGM program staff who have provided strong support to GHHI. GHHI is working with the TCTAC Centers, TCTAC HUB organizations and numerous community-based partners to host GHHI TCGM marketing events in 30 Region 3 jurisdictions. GHHI has targeted in-person marketing and outreach training sessions and workshops. GHHI has developed partnerships with 11 Region 3 community-based organizations that have leadership staff that are serving on the GHHI TCGM Advisory Board including: Baltimore Housing Regional Partnership, Chesapeake Bay Foundation, Chisolm Legacy Project, Invest Appalachia, Latin American Community Center, NAACP, New Ecology, United Parents Against Lead, Virginia Humanities, Women for a Healthy Environment and Young, Gifted, & Green. GHHI has Statutory Partnership Agreements and commitments from three Technical Assistance Provider organizations to provide technical assistance on the project | None. | GHHI will continue to advance its TCGM outreach and marketing plan, promote RFA applications and provide ongoing technical assistance and support services through GHHI TCGM staff, Advisory Board and Statutory Partners, TCTAC agencies, EPA, and other community-based partnerships. |

EPA 000539

| | | | |
|---|---|---|---|
| | including: Howard University, Children's National Hospital and Virginia Poverty Law Center. To increase project capacity and expedite application reviews, GHHI is continuing to provide grant reviewer training to external program statutory partner grant reviewers and having them serve on the TCGM grant review panels. | | |
| Working Groups | GHHI has established a number of internal GHH TCGM project Working Groups to design, draft, develop and complete key TCGM project components including: grant startup, grant administrative compliance, program staff recruitment and hiring, RFA grant application, Fluxx grant application and grant management platform, reporting and monitoring platform systems, marketing and outreach planning including 30 site Region 3 in-person tour, grant application review processes and panels, awardee onboarding and compliance, and partnership and contractor engagement among others. | None. | GHHI will continue implementation of its Fluxx grant management and reporting platform, QMP Plan, Data and Evaluation Plan, Subrecipient Grantee Agreements and new grantee training processes, and other new project materials development during the next quarter. |
| Grant Awardee Onboarding | GHHI created strong management plans and multiple working groups to complete key | None. | GHHI will continue conducting onboarding and training of new GHHI TCGM staff, Statutory Partners, and |

EPA 000540

| | | | |
|---|---|---|---|
| | project components as part of Program start-up activities and program and partner training and onboarding processes. Start-up and TCGM specific administrative development to support the Subawardees includes the drafting of Statutory Partnership Agreements, development of Conflict-of-Interest Policies and Forms, drafting and submission of QMP, and development of training modules. GHHI has created an Onboarding Plan, templates, and compliance processes that it will utilize for all new TCGM grantees following grant award to support organizations in having a rapid start-up period and to provide ongoing organization and program implementation support on their projects. | | community partners. GHHI will conduct Onboarding for the first round of TCGM grant awards commencing in the first quarter of 2025. GHHI has developed a full Onboarding packet of forms and materials and has a training schedule well developed processes to ensure that grant award Subrecipients complete all grant and compliance requirements and operate successful TCGM programs. |
| Other - Quality Management Plan (QMP) | GHHI's TCGM Quality Management Plan (QMP) was approved by the EPA on 11/14/24. | None. | Fully implement QMP and develop QMP template for TCGM grantees. Conduct GHHI TCGM, Statutory Partners, Contractors, and awardee Subrecipient training on QMP processes and protocols. |
| Other - Data and Evaluation Plan | Grantees will define outcomes and measurement of outcomes, outputs, and associated benchmarks during the post-onboarding phase. Assigned | None. | GHHI will complete its TCGM Data and Evaluation Plan final awardee base TCGM program metrics and work on the preparation of the Fluxx system to track all program activities, outputs, |

EPA 000541

| | | | |
|---|---|---|---|
| | Program Officers at GHHI will work closely with grantees to ensure adequate information is provided and work program metrics and progress are created and progress assessed against proposed project work plans through multiple tracking and evaluation mechanisms including through the Fluxx grant portal. Grantees will report progress towards defined outcomes and outputs each quarter and in the final report. In addition to reporting on progress within the quarterly report, grantees will also provide a narrative indicating factors that have enabled progress towards outcomes and outputs and describing any inhibiting factors that have deterred progress toward meeting outcomes and outputs. | | and evaluation measurements for grantees and for GHHI's overall TCGM grant performance. |
| Application Platform | Fluxx GHHI Region 3 TCGM RFA Grant Application System - The Fluxx grants management system will be utilized by GHHI and awardees to manage the grant's life cycle, including initial applicant interest, application submission, internal and external reviews, grant acceptance and denial, evaluation metrics, | None. | GHHI will make continual readability and functionality modifications as necessary to ensure accessibility for CBOs and agencies to the TCGM grant funding opportunities including access in rural, remote, and hard to reach areas in Region 3. GHHI will make any requested revisions through the EPA approval and ICR process, as necessary. Additionally, this upcoming quarter will |

| | | |
|---|---|---|
| | grantee reporting, and payments. GHHI continues to work with the Fluxx team to update the design and build, as necessary. During this 10/1/24-12/31/24 reporting period, **426** applicant organizations completed the registration process in the online TCGM portal to start the grant application process. **294** completed grant applications that were submitted in the Fluxx TCGM grant portal during the quarter representing organizations from: Delaware, Maryland, District of Columbia, Pennsylvania, Virginia, West Virgina and Native American Tribes. | focus on final Post TCGM Subawardee grant award configurations to include enhanced grantee reporting, processing grantee reports via workflow, scheduling payments, processing payments via workflow and creating amendments as deemed necessary in Fluxx. |
| Quality Assurance Processes | GHHI has put in place sound programmatic, financial, and regulatory quality assurance and compliance processes. GHHI has strong accounting and financial accountability procedures for TCGM expenditures and payments, a detailed Workplan, QMP and QA mechanisms, a subrecipient monitoring process and a strong management staff team to ensure quality and standards are upheld int the performance of TCGM activities by all GHHI, subrecipient and | None. | Continued implementation of GHHI's quality assurance and compliance mechanisms including adherence to program requirements, statutory and regulatory compliance and following QMP and QAP practices where required. Work with new TCGM grant award Subrecipients to create QMPs and QAPPs for their grant programs following award will also be conducted with GHHI and TA subcontractor support services. |

EPA 000543

| | contractor staff. GHHI has an EPA approved QMP and GHHI will require QMPs for all subrecipients and the creation of QAPs, where applicable, for the 208 subrecipient awardees. GHHI has in place substantial TCGM cybersecurity systems, HIPAA, PHI and PI privacy policies, and data security and quality assurance practices. | | |
|---|---|---|---|

**Section 4: Community Outreach and Engagement**

- In the Table below, describe types of community outreach activities you engaged in during the reporting period.
  - o  More specifically, please tally the number of activities, by outreach type, completed during the reporting period.
  - o  Furthermore, for each engagement type, provide:

    ▪ The languages in which you engaged communities during the outreach,
    ▪ The audiences targeted for that outreach, and
    ▪ The number of participants reached.

| Quarterly Outreach Summary | | | | |
|---|---|---|---|---|
| Outreach Type | # of activities completed | Languages in Which Engagement Occurred | Target Audiences | Number of participants |
| Webinar | 5 | English | Community Leaders, non- profit orgs, government | 250 (50 participants) |
| Tribal & Rural Outreach (in-person) | 2 | English | Tribal Leaders, rural community leaders, government leaders | 87 |

EPA 000544

| General Outreach/partner Collaboration (in-person) | 11 | English | Community leaders, partners, stake holders, open | 500 |
| Mass E-Mail Dist (Constant Contact) | 6 | English (Print) | GHHI Distribution List | 8,737 |
| TCGM website landing page | N/A | English | TCGM Interested Applicants | 15,844 views, 8,668 TCGM resource material downloads |
| X (formerly Twitter) | 4 posts | English | TCGM Interested Applicants | 2,111 followers |
| Facebook | 5 posts | English | TCGM Interested Applicants | 2,600 followers |

- For the outreach activities described in the preceding Table, approximately what percentage were held in the following types of communities (should add up to 100%)?
  - o **Urban: 61%**
  - o **Rural: 11%**
  - o **Remote: 28%**

- For the outreach activities described in the preceding Table, approximately what percentage were held in Tribal communities (regardless of whether they are located in urban/rural/remote areas)?
  - o **Tribal: 11%**

- Below, we provide a table for you to provide information about your engagement with eligible sub-recipients[1] in your region during each phase of the grant-making process.
  More specifically, EPA would like for you to provide quantitative estimates of the following for the current reporting period:
  1. **Program Inquiries.** The number of inquiries, either by email, phone or in-person, your program has received about any aspect of your grant-making program (e.g., what projects and organizations are eligible, funding caps, application/evaluation/award processes).
  2. **Proposals received.** The total number of proposals you received.
  3. **Eligible proposals evaluated.** The number of eligible proposals that were evaluated (can be fewer than those received).
  4. **Grants awarded.** The number of grants awarded after evaluations are completed.

EPA 000545

| Quarterly Grantmaking Engagement Summary | |
|---|---|
| **Grant-making Phase** | **Number** |
| **Program inquiries** | 1,327 |
| **Proposals received** | 294 |
| **Eligible proposals evaluated** | 234 |
| **Grants awarded** | 0 |

- Please provide brief narrative descriptions of the following regarding your engagement with eligible subrecipients this quarter:
  - o Were there notable successes or was there evident progress you would like to share?
  Yes. GHHI's extensive TCGM in-person and virtual outreach and marketing events, webinars, trainings, social media, program materials, weekly office hours, and community engagement has been highly effective as demonstrated by the <u>491</u> applicant organizations that have registered in the GHHI TCGM Fluxx grant application portal to start their applications and the <u>318</u> organizations that have submitted TCGM full grant applications in total as of 12/31/24. GHHI's effort to be accessible, informative and responsive with readily available technical assistance and office hours has produced and informed and more confident applicant pool that represents diverse geographic areas in rural, urban, remote and Native American communities that are interested in improving environmental health.
  - o Have there been any notable challenges in engaging subrecipients in any of the grant-making phases? No. If so, what were they and how are you adjusting your approach to address those challenges?
  - o What is your likely focus for next quarter? GHHI will focus on implementing a robust onboarding process for new sub-grantees, collaborating with TA partners to provide the necessary support for sub-grantees increasing outreach efforts in tribal and rural communities. GHHI will continue its grant panel reviews of applications while conducting extensive outreach and marketing in rural, remote, hard to reach and Tribal Nation areas in Region 3.
- While reaching out to or engaging eligible subrecipients, have you helped them connect with other entities to secure needed technical assistance? More specifically:
  - o How many total requests for technical assistance did you refer to another entity during this reporting period? **0**
  - o GHHI made **214** TCGM related grant application technical assistance requests for community-based organizations, non-profit organizations, local and state governments, Native American tribes and other entities through 12/31/24.

EPA 000546

  ᴏ How many of these TA requests were directed to:

   ▪ Technical Assistance to Brownfields (TAB) Program-**0**

   ▪ Thriving Communities Technical Assistance Center (TCTAC)-**214**

   ▪ Other TA providers (please briefly describe)-**0**

   GHHI made **214** TCGM related grant application technical assistance requests to the Region 3 TCTAC Center on behalf of community-based organizations, non-profit organizations, local and state governments, Native American tribes, universities, and other entities through 12/31/24 that had requested assistance.

- To help EPA get a better understanding of subrecipients' biggest areas of concern or satisfaction, provide a summary of the feedback you have received from eligible entities - at any stage of grant proposal development - about the grant application or management process in the Table below.
  - ᴏ More specifically, please provide a tally of the feedback you have received this reporting period by topic, and for each feedback topic, an overall summary of the feedback received as well as actions taken, if any, to address stated concerns.

| Feedback Summary | | | |
|---|---|---|---|
| **Feedback Topic** | **# of comments received** | **Brief Description of Overall Feedback Provided** | **Brief Description of Corrective Action Taken (if applicable)** |
| Office Hours | 16 | GHHI's TCGM Team received high participation levels in events and favorable response feedback for the consistency, information quality and assistance provided through TCGM Office Hours. Further feedback highlighted the preparedness, helpfulness, and clarity of GHHI staff during in-person and virtual TCGM presentations. Also, submitting questions prior to Office Hours has been beneficial in covering questions fully and organizing the weekly discussions. | |

EPA 000547

| TCTAC Inquiries | 23 | Applicants expressed that they are interested in more technical guidance and assistance support from the TCTAC Centers. | Program Officers continue to follow up on the applicants behalf with the TCTAC Centers and GHHI provides assistance where possible within its scope of services. |

**Section 5: Participatory Governance**

1. If applicable, describe how your statutory partners contributed to the effectiveness and efficiency of your grant-making program this reporting period. Please be as specific as possible.

   GHHI completed Statutory Partnership Agreements previously with Children's National, Howard University and Virginia Poverty Law Center to serve as technical assistance providers along with 11 Advisory Board member organizations. The Statutory Partners were trained during the quarter on the TCGM and the grant application review process and are serving on the TCGM grant review panels.

2. Describe how you used participatory governance to support the design and implementation of your grant-making program during this reporting period. Please be as specific as possible about whether and how one or more CBOs have been engaged in carrying out your work.

   GHHI has developed an 11 member GHHI TCGM Advisory Board that has met monthly with GHHI TCGM leadership and program staff in providing important guidance and advice on all phases of project development and implementation.

**Section 6: Characterization of Sub-awards**

- In the excel worksheet template provided, we ask you to provide information about each of the subawards provided by your grantmaking program. Please keep all information provided in the spreadsheet in previous reporting periods and add information about subawards obligated during this reporting period. This worksheet is intended to capture all of the subawards made.
  - ο More specifically, for each subaward, we ask you to address the following:
    1. **Subrecipient name**
    2. **Subrecipient point of contact.** Provide the name of the main POC for the subaward.
    3. **Subrecipient POC email**
    4. **Subrecipient POC phone number**
    5. **Subrecipient address**
    6. **Subrecipient website**
    7. **Subrecipient UEI**
    8. **Subrecipient type.** Select from the available dropdown list.
    9. **Zip code of the subrecipient.** This should be location from which the grant is primarily being managed.
    10. **Zip code(s) served by the subaward.** This is where the activities of the subaward will take place/focus. This can be the same or different than the zip code of the subrecipient. Separate multiple zip codes with a semicolon.

EPA 000548

11. **Number of people served by the subaward (estimate)**
12. **Subaward Tier.** Select from the available dropdown list.
13. **Date grant application received from subrecipient.** Indicate the month, day and year the grant application was first received by the Grantmaker.
14. **Date that grant funds were first obligated to the subrecipient.** Indicated the month, day and year that grant funds were first obligated to the subrecipient.
15. **Project start date**
16. **Project end date**
17. **Total subaward value ($)**
18. **Payment type.** Select from the available dropdown list.
19. **Grant status.** Select from the available dropdown list.
20. **Advanced payment.** Indicate if any advanced payments are associated with the subaward.
21. **Funds drawn down to date ($).** Report the cumulative amount drawn down through the reporting period.
22. **Project located in disadvantaged community.** Indicate whether the projects' activities will be focused on disadvantaged communities, as defined here: Inflation Reduction Act Disadvantaged Communities Map | US EPA.
23. **QAPP submittal.** Indicate the month, day and year that the QAPP for your project was submitted, or if a QAPP is not required.
24. **QAPP approval date.** If a QAPP is required for your grant, indicate the month, day and year that it was approved. Leave the field blank if a QAPP is not required or the QAPP has been submitted but not approved.
25. **Requires IRB review.** Indicate Y/N if the project includes elements that require Institutional Review Board (IRB) approval. This is typically required for projects that include human subjects research. If the project does require review and the review has been completed, change the status to 'complete'.
26. **Requires construction crosswalk review.** Indicate Y/N if the project includes elements that require a construction crosswalk review. If the project does require review and the review has been completed, change the status to 'complete'.
27. **A brief project description.** Please provide a one-paragraph description of the project, including its goals, activities, and key partners.
28. **Partnership organizations.** List any relevant to the subaward.
29. **The topics addressed in the subaward.** We show in separate columns all environmental issues indicated as a priority for funding from the NOFO. Select all that are being addressed by each subaward with an "X". Leave columns not relevant to the subaward blank.

GHHI has not made grant awards as of 12/31/24 but will report on TCGM Subawardees in the next quarter. The first cohort of TCGM Subawardee grant announcements are imminent as of the date of this report on 1/31/25. GHHI's panel of trained reviewers

EPA 000549

with subject matter expertise convened initially in the Fall of 2024 and reviewed a substantial pool of applications. The review panels have identified numerous stellar recipient organizations throughout Region 3 that are recommended for grant award who will build capacity and create healthier, more vibrant, and resilient communities

**Section 7. General Project Challenges and Course-Corrections**
1. Has your program encountered substantial problems or difficulties during this reporting period? No.
   a. If yes, how have they been addressed or resolved?
2. Do changes need to be made to your workplan in the near future? No.
   a. If so, please describe the changes you would like to make and the reason for each suggested change.
3. Have there been any major changes in project personnel from what you had described in your work plan? Yes.
   a. If yes, please describe any changes in project personnel.

GHHI hired a new Project Manager-Senior Vice President, Andrea Brown, to serve as overall project lead for the TCGM grant. Vice President, Jessica Gonzalez Martinez was hired during the quarter along with Program Office Derek Morris and TCGM Staff Accountant, Abdul Samim Masoudi. GHHI's President and CEO, Ruth Ann Norton, is the Project Director for the TCGM grant and has handled the primary responsible for overall project design and development during the start-up period and initial implementation phase. Multiple GHHI Vice Presidents and other TCGM staff hired for the project have handled other key project management of individual project components being designed, completed, and successfully implemented.

**Section 8. Feedback**
Please provide feedback about how EPA can better help you achieve your goals.

The EPA and its staff have been exemplary, informative, and highly responsive in all aspects of the EPA Region 3 EJ TCGM Program from the time of award through full implementation phases. EPA Region 3 leadership, administration and TCGM project staff have provided exceptional support and technical guidance to GHHI during the grant negotiations, grant program start-up and all grant development activities. The EPA TCGM staff have been highly informative and accessible and GHHI appreciates their efforts to develop a TCGM Grantmakers collaborative to share TCGM information weekly and to collaboratively solve challenges that any Grantmakers are experiencing. GHHI's Project Officer, Grace Gontarek, and Grant Specialist, Vanessa Davies, have been extremely helpful with all programmatic compliance, administrative and development activities and are very timely in their responses. The Quality Management Plan (QMP) process worked well for GHHI. The EPA's Region 3 Quality Assurance (QA) staff and GHHI's EPA TCGM Project Officer were very responsive and engaged in the QMP process in providing technical guidance based upon the guidelines. The Region 3 QA staff offered to have a Q&A session on the QMP which was helpful prior to GHHI completing and submitting their QMP. The EPA QMP Guidance materials were very instructive and the QMP Checklist was invaluable in its level of detail.

**Section 9. Optional Project Photos (not required)**

EPA 000550

*Instructions: If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete a license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

Attached please find photos from GHHI Region 3 EJ TCGM marketing and outreach events including joint events with EPA's Region 3 staff as well as with EPA Region 3 TCTAC representatives. Attached are photos from selected TCGM Region 3 marketing events during the quarter including: Hershey Housing Alliance Conference, Norfolk TCGM Roundtable, Overbrook Center Symposium, Sparrows Point Environmental Health Workshop, and Greater Baltimore Climate Summit.

[1] Eligible Subrecipients include:
-     Nonprofit organizations
-     Community-based and grassroots nonprofit organizations
-     Philanthropic and civic organizations with nonprofit status
-     Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
-     Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
-     Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
-     Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
-     Puerto Rico
-     US Territories
-     Freely Associated States (FAS) – including local governmental entities and local non-profit organizations in the Federated States of Micronesia, the Republic of the Marshall Islands, and Palau

EPA 000551

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u> Subsequent Awards**
**Workplan 1 - $8M – 3/31/25**

<u>Instructions</u>: *Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* **Reports are due 30 calendar days after each quarterly reporting period;** *reference the Terms and Conditions* **(also see table below)**. *Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report or need support with using the Salesforce system -- please contact your Project Officer for assistance. Note, this quarterly report is distinct from SF 425 Federal Financial Reporting which will also be required quarterly.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Green & Healthy Homes Initiative
Project Title: EPA Environmental Justice Region 3 Thriving Communities Grantmaking Program Grant
UEI Number: HYQKKGCH7XZ5
EPA Grant #: 5N-95341301
EPA Project Officer: Grace Gontarek

Project Period Start Date: 8/1/24
Project Period End Date: 7/31/27

Current Year of Project: One X   Two ☐   Three ☐
Reporting Period for current year:  One ☐   Two ☐   Three X   Four ☐
Reporting Period (start date, end date, year): 1/1/25-03/31/25

**Section 2. Financial Information**
Funds drawn down in this reporting period: $161,562.81

EPA 000552

Total funds drawn down to date: $1,178,843.22
Total EPA Funds remaining: $6,821,156.78

**Program management costs [this includes past quarterly reporting periods]**
Total funding drawn down for Personnel Costs to date: $814,242.52
Total funding drawn down for Statutory Partners to date: $0.00
Total funding drawn down for Participant Support Costs to date: $26,022.84
Total funding drawn down for Contract costs to date: $90,904.74
Total funding drawn down to support outreach, including travel: $18,907.08

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities during reporting period |
| Howard University School of Law | $172,500.00 | $0.00 | $0.00 | $172,500.00 | Technical Assistance Provider |
| Children's National Hospital | $109,000.00 | $0.00 | $0.00 | $109,000.00 | Technical Assistance Provider |
| Virginia Poverty Law Center | $78,000.00 | $0.00 | $0.00 | $78,000.00 | Technical Assistance Provider |
| TBD | $78,000.00 | $0.00 | $0.00 | $78,000.00 | Technical Assistance Provider |

EPA 000553

In the table below, please provide more details about each Program Participant cost included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant Cost (select from dropdown) | Expended this quarter | Briefly describe program participants and their activities |
| Advisory Board Member | $229.88 | Baltimore Regional Housing Partnership |
| Advisory Board Member | $2,390.71 | Chesapeake Bay Foundation |
| Advisory Board Member | $0.00 | Invest Appalachia |
| Advisory Board Member | $0.00 | Latin American Community Center |
| Advisory Board Member | $0.00 | NAACP |
| Advisory Board Member | $0.00 | New Ecology |
| Advisory Board Member | $18,254.78 | United Parents Against Lead |
| Advisory Board Member | $0.00 | Virginia Humanities |
| Advisory Board Member | $0.00 | Women for a Healthy Environment |
| Advisory Board Member | $5,147.47 | Young, Gifted & Green |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds in contract agreement |
| Fluxx (grant application, management and monitoring platform) | $224,754.00 | $69,528.15 | $69,528.15 | $155,225.85 |
| Hairpin (TCGM website developer) | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 |
| Mitchell & Titus, LLP (audit costs) | $45,000.00 | $3,000.00 | $3,000.00 | $42,000.00 |

EPA 000554

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Your Part time Controller (Contractual Controller) | $45,000.00 | $8,750.00 | $2,500.00 | $36,250.00 |
| Catering Costs (TCGM Marketing and Outreach Events) | $15,802.00 | $3,126.59 | $0.00 | $12,675.41 |

Additional questions:
1. Are you requesting a budget change across budget categories greater than 10% of the overall budget? No
2. Do you have questions about allowable use of funds? No
3. Do you have any improper payments to report? No
4. Do you have a change in indirect cost rate? No
   a. Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Project Objectives**

- In the table below provide information about how your planned project objectives are progressing under your subsequent award.
  - *More specifically, for each project objective from your work plan, we ask you to address the following:*
    1. ***Progress this Quarter.*** For each objective, provide a brief narrative description of the progress you have made during the reporting period.
    2. ***Barriers Encountered this Quarter.*** For each objective, provide a brief narrative description of any barriers you have encountered during the reporting period.
    3. ***Planned Focus for Next Quarter.*** For each objective, briefly describe what your focus will be for the upcoming reporting period.

| Quarterly Progress Summary for Project Objectives for People Systems Related Support |
|---|

EPA 000555

| Project Objective (from your Work Plan) | 1.  Progress this Quarter | 2.  Barriers Encountered this Quarter | 3.  Planned Focus for Next Quarter |
|---|---|---|---|
| Personnel | GHHI met all TCGM grant deliverables in a timely manner through 2/22/25. GHHI received a grant termination notice from the EPA on 2/22/25. GHHI's access to the grant's ASAP payment portal was suspended on 1/29/25. GHHI has requested that the EPA reinstate its grant and provide access to the grant's ASAP payment portal to provide funding for all eligible grant activities. At the direction of the EPA, GHHI stopped grant funded activities under this grant on 2/22/25. During this reporting period GHHI continued to receive and review Tier I, Tier 2, Tier III grant applications. GHHI awarded Region 3 TCGM grants and executed Subgrantee Grant Agreements to 71 subrecipient organizations. GHHI provided technical assistance under this grant to potential applicants and subgrantees up until 2/22/25. GHHI remains committed to implementing the approved timeline, and successfully meeting TCGM project deliverables if the grant is reinstated to conduct project work in support of the EPA Pillars 1 and 3. Up until 2/22/25 under this grant, GHHI conducted grant application threshold reviews, full application reviews, conducted program | During this reporting period, GHHI's EPA Region 3 TCGM  grant (5N-95341301) was terminated on 2/22/25 and its access to grant's ASAP payment portal was suspended on 1/29/25. GHHI has faced severe challenges in being unable to operate the grant following the termination and being unable to access grant funds for GHHI, Statutory Partners, vendors and other program partners. The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | EPA terminated GHHI's TCGM grant (5N-95341301) on 2/22/25. GHHI's access to the grant's ASAP payment portal was suspended on 1/29/25. GHHI has requested that the EPA reinstate its grant and provide access to the grant's ASAP payment portal to provide funding for eligible grant activities. GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and portal access restored. |

EPA 000556

| | | | |
|---|---|---|---|
| | marketing and provided technical assistance. | | |
| Organizational Structure | Up until the 2/22/25 grant termination notice and the 1/29/25 ASAP grant portal suspension under this grant, GHHI continued to implement the TCGM Workplan by completing all required grant activities to date and all deliverables on time. The organizational structure includes experienced GHHI management and program staff, an 11 member GHHI TCGM Advisory Board, Statutory Partners, Technical Assistance Providers and contractors conducting work to meet all project deadlines and project objectives during the quarter as well as preparing for the next phases of the grant. GHHI developed a strong TCGM Workplan that it has implemented in successfully completing Grant Program startup activities, key project tasks, project development, project implementation and support activities to achieve project goals. GHHI has implemented strong financial, program management and quality assurance practices. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |
| Participatory Governance Processes | Up until 2/22/25, GHHI developed an 11 member GHHI TCGM Advisory Board that has met monthly with GHHI TCGM leadership and program staff in providing important guidance and advice on all phases of project development and implementation. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |

EPA 000557

| | | | |
|---|---|---|---|
| Onboarding | GHHI created strong management plans and multiple working groups to complete key project components as part of Program start-up activities and program and partner training and onboarding processes. Start-up and TCGM specific administrative development included: drafting of Workplans 1 and 2, completion of 4700 Pre-Certification process, drafting of Statutory Partnership Agreements, drafting of outreach and marketing plan, development of Conflict of Interest Policies and Forms, drafting and submission of QMP, and development of staff training modules. GHHI has created an Onboarding Plan, templates and compliance processes that it will utilize for all new TCGM grantees following grant award to support organizations in having a rapid start-up period and to provide ongoing organization and program implementation support on their projects. Up until the 2/22/25 grant termination and the 1/29/25 ASAP grant portal suspension, GHHI has planned to provide onboarding training, compliance assistance and technical assistance to TCGM subgrantee organizations. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |
| Other - Quality Management Plan (QMP) | GHHI's TCGM Quality Management Plan (QMP) was submitted to EPA by GHHI in July 2024 for review and approval. Final approval of the QMP was obtained from the EPA on 11/14/24. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |

EPA 000558

| | | | |
|---|---|---|---|
| Other - Data and Evaluation Plan | Grantees will define outcomes and measurement of outcomes, outputs, and associated benchmarks during the post-onboarding phase. Assigned Program Officers at GHHI will work closely with grantees to ensure adequate information is provided and work program metrics and progress are created and progress assessed against proposed project work plans through multiple tracking and evaluation mechanisms including through the Fluxx grant portal. Grantees will report progress towards defined outcomes and outputs each quarter and as well reporting in the final report. In addition to reporting on progress within the quarterly report, grantees will also provide a narrative indicating factors that have enabled progress towards outcomes and outputs, and describing any inhibiting factors that have deterred progress toward meeting outcomes and outputs. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |

| Quarterly Progress Summary for Technology Systems Related Support | | | |
|---|---|---|---|
| 1.  Technology System | 2.   Progress this Quarter | 3.   Barriers Encountered this Quarter | 4.   Planned Focus for Next Quarter |
| Financial Tracking | GHHI utilizes a Quickbooks accounting system platform to track and manage all TCGM expenditures, payments and budgets. GHHI has | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will track, manage, audit and report on all grant fund expenditures in adhering to the grant budget and EPA TCGM requirements, federal 2 CFR 200 |

EPA 000559

| | created a separate Department for each TCGM Grant award to separately track all expenses and to prevent any commingling of funds. | | regulations, GHHI Internal Controls and financial and accounting protocols and practices. GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |
|---|---|---|---|
| Funds Disbursement | GHHI requires that all subrecipients, statutory partners, Advisory Board members and subcontractors set up a Bill.com account within GHHI's TCGM primary account for the processing all TCGM payments following receipt of an invoice and proper backup documentation. All TCGM payments must be in accordance with the grant budget and requirements, adhere to the TCGM budget and be compliance with GHHI Internal Controls and Purchase Order approval processes. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |
| Application Platform | Fluxx GHHI Region 3 TCGM RFA Grant Application System - The Fluxx grants management system will be utilized by GHHI and awardees to manage the grant's life cycle, including initial applicant interest, application submission, internal and external reviews, grant acceptance and denial, evaluation metrics, grantee reporting, and payments. GHHI continues to work with the Fluxx team to update the design and build as necessary. During this reporting period to date, GHHI received 577 applicant organization registrations and 255 applications in the Fluxx grant portal that were submitted representing organizations from: Delaware, | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will make continual readability and functionality modifications as necessary to ensure accessibility for CBOs and agencies to the TCGM grant funding opportunities including access in rural, remote and hard to reach areas in Region 3 if GHHI's grant is reinstated and portal access restored. Post TCGM Subrecipient grant award configurations to include grantee reporting, processing grantee reports via workflow, scheduling payments, processing payments via workflow and creating amendments as deemed necessary in Fluxx if GHHI's grant is reinstated and portal access restored. |

**EPA 000560**

| | | | |
|---|---|---|---|
| | Maryland, District of Columbia, Pennsylvania, Virginia, West Virgina and Native American Tribes. | | |
| Grant Tracking Processes | Fluxx GHHI Region 3 TCGM RFA Grant Management, Reporting and Monitoring System - GHHI and Fluxx have worked to develop the grant application, grant management, reporting and grantee monitoring system components of the TCGM Fluxx platform. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI and Fluxx will complete enhancements of the grant management, reporting and grantee monitoring system components of the TCGM Fluxx platform. GHHI will continue to collect, track and report on grant project data through the Fluxx system if GHHI's grant is reinstated and portal access restored. |
| Quality Assurance Processes | GHHI has put in place a sound programmatic, financial and regulatory quality assurance and compliance processes. GHHI has strong accounting and financial accountability procedures for TCGM expenditures and payments, a detailed Workplan, QMP and QA mechanisms, a subrecipient monitoring process and a strong management staff team to ensure quality and standards are upheld int the performance of TCGM activities by all GHHI, subrecipient and contractor staff. GHHI's has an EPA approved QMP and GHHI will require QMPs for all subrecipients and the creation of QAPs, where applicable, for the 208 subrecipient awardees. GHHI has in place substantial TCGM cybersecurity systems, HIPAA, PHI and PI privacy policies, and data security and quality assurance practices. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | Continued implementation of GHHI's quality assurance and compliance mechanisms including adherence to program requirements, statutory and regulatory compliance and following QMP and QAP practices where required. Work with new TCGM grant award Subrecipients to create QMPs and QAPPs for their grant programs following award will also be conducted with GHHI and TA subcontract support services. GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |

EPA 000561

| Other - Monday.com | GHHI is utilizing Monday.com to assist in managing the overall TCGM project and in project managing multiple staff and partners in completing the design and development of major project activities. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will continue to load project workgroup and key project deliverables in Monday.com to manage said project components and materials to completion. GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |
| --- | --- | --- | --- |
| Docusign | GHHI created a Docusign account for the project to assist in executing key project related documents including Statutory Partner Technical Assistance Provider agreements, Advisory Board Member Organization agreements, etc. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |
| Adobe Creative Suite | GHHI utilizes Adobe Creative Suite for development and editing or project materials. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities if it's grant is reinstated and portal access restored. |

**Section 4: Community Outreach and Engagement**

- In the Table below, describe types of community outreach activities you engaged in during the reporting period.
  - More specifically, please tally the number of activities, by outreach type, completed during the reporting period.
  - Furthermore, for each engagement type, provide:
    - The languages in which you engaged communities during the outreach,
    - The audiences targeted for that outreach, and
    - The number of participants reached.

| Quarterly Outreach Summary | | | | |
| --- | --- | --- | --- | --- |
| Outreach Type | # of activities completed | Languages in Which Engagement Occurred | Target Audiences | Number of participants |
| Webinar | 2 | English | Region 3 grant prospects | 130 |
| In-Person Event | 1 | English | Region 3 grant prospects | 100 |

EPA 000562

| Constant Contact Email | 2 | English | Region 3 grant prospects | 7,006 |
| TCGM Webpage | 1 | English | Region 3 grant prospects | 8,561 |
| TCGM Webpage Downloads | N/A | English | Region 3 grant prospects | 5,569 |

| Quarterly Progress Summary for Communications Systems Related Support | | | |
|---|---|---|---|
| 1. Communications System Component | 2. Progress this Quarter | 3. Barriers Encountered this Quarter | 4. Planned Focus for Next Quarter |
| Mass Email Distributions – Constant Contact | GHHI utilizes Constant Contact to provide direct information and regular updates through mass emails on key TCGM developments, EPA grant and funding opportunities, and to promote TCGM upcoming marketing and outreach events that community residents and community-based organizations can participate in near their jurisdictions. GHHI sent out 6 TCGM Constant Contacts electronic postings during the quarter reaching 7,006 email recipients in total. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |
| Website Postings - GHHI TCGM Website | GHHI's TCGM landing page on the GHHI website continues to serve as a reliable and accessible informational resource for community residents and community-based organizations interested in the EPA's Thriving Communities Grantmaking Program. During the quarter, the GHHI TCGM landing page received 8,561 page views and persons accessing the site and conducted 5,569 downloads of TCGM materials and resources from the TCGM landing page. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | t GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |
| Social Media Postings – Facebook | GHHI posts TCGM Facebook posts to reach followers. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and |

EPA 000563

| | | | |
|---|---|---|---|
| | | being able to perform grant activities. | the ASAP portal access is restored. |
| X (formerly Twitter) | GHHI posts TCGM X posts to reach followers. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |
| LinkedIn | GHHI posts TCGM LinkedIn posts to reaching followers. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |
| In Person Marketing Events | During this reporting period, GHHI has planned and participated in 1 EPA TCGM in person public meetings or workshops where it presented information on the TCGM grant program, funding availability and the grant application process. Due to the loss of TCGM grant funding, GHHI was not able to conduct its planned in person marketing and outreach events throughout Region 3. GHHI conducted regular public webinars and holding weekly Office Hours to provide additional information and support to potential applicants on the TCGM RFA and funding opportunities. GHHI organized and participated in 2 marketing and webinar trainings during the quarter. In person events and webinars included: | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |
| Other – TCGM Program Marketing Materials | GHHI works with the EPA to obtain approval of content and use of any EPA and EPA Thriving Communities Grantmaking Program logos in: GHHI's TCGM website content, outreach and marketing flyers, handouts, giveaways, pull-up banners, signage and other marketing materials. EPA staff have been | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and |

EPA 000564

| | | | |
|---|---|---|---|
| | responsive and helpful in providing guidance on the development of program materials and content. GHHI developed materials that were culturally sensitive, appropriate for LEP audiences and translated into Spanish for broader stakeholders. | being able to perform grant activities. | the ASAP portal access is restored. |
| Other - Zoom | GHHI created a TCGM Zoom account that it is using for TCGM project meetings, external project meetings with EPA and other external agencies, trainings and TCGM staff hiring virtual interviews among other uses of the platform. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |
| Other - Hootsuite | GHHI has an active Hootsuite account that it is using for TCGM social media postings and scheduling. | The termination of GHHI's grant and the suspension of its access to the ASAP grant portal prevent GHHI from being able to perform grant activities. | GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored. |

- For the outreach activities described in the preceding Table, approximately what percentage were held in the following types of communities (should add up to 100%)?
  - **Urban: 100% for in person**
  - **Rural: 0% for in person**
  - **Remote: 0% for in person**
  Due to the loss of TCGM grant funding, GHHI was not able to conduct its planned in person marketing and outreach events throughout Region 3.

- For the outreach activities described in the preceding Table, approximately what percentage were held in Tribal communities (regardless of whether they are located in urban/rural/remote areas)?
  - **Tribal: 0%**

EPA 000565

- Below, we provide a table for you to provide information about your engagement with eligible sub-recipients[1] in your region during each phase of the grant-making process.

    More specifically, EPA would like for you to provide quantitative estimates of the following for the current reporting period:

    1. **Program Inquiries.** The number of inquiries, either by email, phone or in-person, your program has received about any aspect of your grant-making program (e.g., what projects and organizations are eligible, funding caps, application/evaluation/award processes).
    2. **Proposals received.** The total number of proposals you received.
    3. **Eligible proposals evaluated.** The number of eligible proposals that were evaluated (can be fewer than those received).
    4. **Grants awarded.** The number of grants awarded after evaluations are completed.

| Quarterly Grantmaking Engagement Summary | |
|---|---|
| **Grant-making Phase** | **Number** |
| **Program inquiries** | 442 (reflects full TCGM program data) |
| **Proposals received** | 255 (reflects full TCGM program data) |
| **Eligible proposals evaluated** | 211 |

[1] Eligible Subrecipients include:
- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories
- Freely Associated States (FAS) – including local governmental entities and local non-profit organizations in the Federated States of Micronesia, the Republic of the Marshall Islands, and Palau

EPA 000566

| | (reflects full TCGM program data) |
|---|---|
| **Grants awarded** | 71 (reflects full TCGM program data) |

- Please provide brief narrative descriptions of the following regarding your engagement with eligible subrecipients this quarter:
    - ○ Were there notable successes or was there evident progress you would like to share? 577 organizations have registered in the GHHI Region 3 TCGM grant application portal, 255 organizations have submitted grant applications and 71 subrecipients have been awarded TCGM grants through 3/31/25. 71 Subrecipients have executed TCGM Subrecipient Grant Agreements.
    - ○ Have there been any notable challenges in engaging subrecipients in any of the grant-making phases? If so, what were they and how are you adjusting your approach to address those challenges? Yes, during this reporting period, GHHI's EPA Region 3 TCGM grant (5N-95341301) was terminated on 2/22/25 and its access to grant's ASAP payment portal was suspended on 1/29/25. GHHI has faced severe challenges and extreme hardship in being unable to operate the grant following the termination and being unable to access grant funds for GHHI, Statutory Partners, vendors, other program partner services and providing grant funding payments to its 71 subrecipient grant awardees through 3/31/25. As described below, existing TCGM Region 3 subrecipient grantees are concerned about the status of the TCGM Program and its potential cancellation and the availability and reliability of TCGM grant finding in providing feedback that they were determining whether to proceed on their projects, hire program staff and undertake grant activities due to the uncertainty.
    - ○ What is your likely focus for next quarter? GHHI will conduct full grant activities in the next quarter if it's grant is reinstated and the ASAP portal access is restored.

- While reaching out to or engaging eligible subrecipients, have you helped them connect with other entities to secure needed technical assistance? More specifically:
    - ○ How many total requests for technical assistance did you refer to another entity during this reporting period? GHHI referred 50 organizations for technical assistance and possible grant application assistance in submitting a TCGM grant application. Referrals were made to Region 3 TCTAC and other TCGM national Grantmaker agencies before we were alerted of their grant terminations.
    - ○ How many of these TA requests were directed to:
        - ▪ Technical Assistance to Brownfields (TAB) Program
        - ▪ Thriving Communities Technical Assistance Center (TCTAC)
        - ▪ Other TA providers (please briefly describe)

EPA 000567

- To help EPA get a better understanding of subrecipients' biggest areas of concern or satisfaction, provide a summary of the feedback you have received from eligible entities - at any stage of grant proposal development - about the grant application or management process in the Table below.
  - More specifically, please provide a tally of the feedback you have received this reporting period by topic, and for each feedback topic, an overall summary of the feedback received as well as actions taken, if any, to address stated concerns.

| Feedback Summary | | | |
|---|---|---|---|
| Feedback Topic | # of comments received | Brief Description of Overall Feedback Provided | Brief Description of Corrective Action Taken (if applicable) |
| 1. Status of TCGM Grant Program | Multiple | Potential TCGM grant applicants and existing subrecipients in Region 3 have asked questions regarding the status of the TCGM funding in light of the cancellation of TCGM and other EPA grants. Potential applicants provided feedback that they were determining whether to spend time preparing grant application submissions if the TCGM was cancelled or pending cancellation. | N/A |
| 2. Availability of TCGM Grant Funding | Multiple | Potential TCGM grant applicants and existing subrecipients in Region 3 have asked questions on the status of the availability of TCGM funding in light of the cancellation of TCGM and other EPA grants. Potential applicants provided feedback that they were determining whether to spend time preparing grant application submissions if the TCGM grant funding was not going to be available. Existing TCGM Region 3 subrecipient grantees inquired about the availability and | N/A |

EPA 000568

| Feedback Summary | | | |
|---|---|---|---|
| | | reliability of TCGM grant finding in providing feedback that they were determining whether to proceed on their projects, hire program staff and undertake grant activities. | |

**Section 5: Participatory Governance**

1. If applicable, describe how your statutory partners contributed to the effectiveness and efficiency of your grant-making program this reporting period. Please be as specific as possible.

GHHI utilized statutory partners to assist with TCGM grant application review panels through 2/22/25. 11 Statutory Partner organizations served on GHHI's TCGM Advisory Board.

2. Describe how you used participatory governance to support the design and implementation of your grant-making program during this reporting period. Please be as specific as possible about whether and how one or more CBOs have been engaged in carrying out your work.

Until GHHI received its grant notice of termination on 2/22/25, GHHI developed and utilized an 11 member GHHI TCGM Advisory Board that has met monthly with GHHI TCGM leadership and program staff in providing important guidance and advice on all phases of project development and implementation. GHHI issued a stop work order to the TCGM Advisory Board Members in February 2025.

**Section 6: Characterization of Sub-awards**

- In the excel worksheet template provided, we ask you to provide information about each of the subawards provided by your grantmaking program.  Please keep all information provided in the spreadsheet in previous reporting periods and add information about subawards obligated during this reporting period. This worksheet is intended to capture all of the subawards made.
    - More specifically, for each subaward, we ask you to address the following:
        1. **Subrecipient name**
        2. **Subrecipient point of contact.** Provide the name of the main POC for the subaward.
        3. **Subrecipient POC email**
        4. **Subrecipient POC phone number**
        5. **Subrecipient address**
        6. **Subrecipient website**
        7. **Subrecipient UEI**
        8. **Subrecipient type.** Select from the available dropdown list.
        9. **Zip code of the subrecipient.** This should be location from which the grant is primarily being managed.

EPA 000569

10. **Zip code(s) served by the subaward.** This is where the activities of the subaward will take place/focus. This can be the same or different than the zip code of the subrecipient. Separate multiple zip codes with a semicolon.
11. **Number of people served by the subaward (estimate)**
12. **Subaward Tier.** Select from the available dropdown list.
13. **Date grant application received from subrecipient.** Indicate the month, day and year the grant application was first received by the Grantmaker.
14. **Date that grant funds were first obligated to the subrecipient.** Indicated the month, day and year that grant funds were first obligated to the subrecipient.
15. **Project start date**
16. **Project end date**
17. **Total subaward value ($)**
18. **Payment type.** Select from the available dropdown list.
19. **Grant status.** Select from the available dropdown list.
20. **Advanced payment.** Indicate if any advanced payments are associated with the subaward.
21. **Funds drawn down to date ($).** Report the cumulative amount drawn down through the reporting period.
22. **Project located in disadvantaged community.** Indicate whether the projects' activities will be focused on disadvantaged communities, as defined here: Inflation Reduction Act Disadvantaged Communities Map | US EPA.
23. **QAPP submittal.** Indicate the month, day and year that the QAPP for your project was submitted, or if a QAPP is not required.
24. **QAPP approval date.** If a QAPP is required for your grant, indicate the month, day and year that it was approved. Leave the field blank if a QAPP is not required or the QAPP has been submitted but not approved.
25. **Requires IRB review.** Indicate Y/N if the project includes elements that require Institutional Review Board (IRB) approval. This is typically required for projects that include human subjects research. If the project does require review and the review has been completed, change the status to 'complete'.
26. **Requires construction crosswalk review.** Indicate Y/N if the project includes elements that require a construction crosswalk review. If the project does require review and the review has been completed, change the status to 'complete'.
27. **A brief project description.** Please provide a one-paragraph description of the project, including its goals, activities, and key partners.
28. **Partnership organizations.** List any relevant to the subaward.
29. **The topics addressed in the subaward.** We show in separate columns all environmental issues indicated as a priority for funding from the NOFO. Select all that are being addressed by each subaward with an "X". Leave columns not relevant to the subaward blank**.**

See attached Chart.

EPA 000570

**Section 7. General Project Challenges and Course-Corrections**

1. Has your program encountered substantial problems or difficulties during this reporting period? Yes
    a. If yes, how have they been addressed or resolved?
    Yes, during this reporting period, GHHI's EPA Region 3 TCGM grant (5N-95341301) was terminated on 2/22/25 and its access to grant's ASAP payment portal was suspended on 1/29/25. GHHI has faced severe challenges and substantial harm in being unable to operate the grant following the termination and being unable to access grant funds for GHHI, Statutory Partners, vendors, and other program partner services.
2. Do changes need to be made to your workplan in the near future? No
    a. If so, please describe the changes you would like to make and the reason for each suggested change.
3. Have there been any major changes in project personnel from what you had described in your work plan? No
    a. If yes, please describe any changes in project personnel.

**Section 8. Feedback**

Please provide feedback about how EPA can better help you achieve your goals.

Up until the EPA's termination of our grant on 2/22/25, the EPA and its staff had been helpful and responsive in all aspects of the EPA Region 3 EJ TCGM Program from time of award through full implementation phases. GHHI's Project Officer, Grace Gontarek, and Grant Specialist, Vanessa Davies, had been helpful with all programmatic compliance, administrative and development activities and were very timely in their responses through 2/22/25. Following the termination, GHHI has been unable to receive consistent and reliable communication from the EPA or get requests acted upon in a timely manner.

GHHI implemented a strong grant Workplan, hired a high level TCGM program staff and project partner team, developed numerous best practice program systems and polices to insure compliance, prevent waste, fraud and abuse, and achieve program excellence for GHHI and subgrantees. The sudden and shocking cancellation of the grant forced GHHI to use extraordinary measures to attempt to meet the grant objectives and advance the program. GHHI was instructed by the EPA to continue the TCGM project work but without access to the ASAP grant portals, GHHI has done so under severe financial strain and sacrifice. These actions are unsustainable any longer and GHHI cannot continue to operate with grant funding access. GHHI wants to see the TCGM program and the 208 subgrantees be successful in operating and completing these projects that supports the EPA's Pillar 1 and Pillar 3 goals but needs the planned, expected and relied upon financial support of the EPA in order to do so.

**Section 9. Optional Project Photos (not required)**

*Instructions*: *If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete a license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents.*

**EPA 000571**

*Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

None submitted at this time.

**EPA 000572**

| | |
|---|---|
| **From:** | Sherwood, Kelly |
| **To:** | ranorton@ghhi.org |
| **Cc:** | Davies, Vanessa; Gontarek, Grace; RTPFC-Grants; ACofsky@ghhi.org |
| **Subject:** | Termination of EPA Assistance Award: 5N-95341301 |
| **Date:** | Saturday, February 22, 2025 7:44:00 AM |
| **Attachments:** | OMB Form 95341301-1 (4).pdf |
| | Termination_Memo_5N95341301.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

Please carefully review the assistance agreement and the terms and conditions.

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Lisa White, Region 3, at white.lisa@epa.gov

Sincerely,

Kelly Sherwood
Acting Grants Management Officer
215-814-5163
Sherwood.kelly@epa.gov

Attachments:
Official EPA Award Document
Termination Memo

5N - 95341301 - 1    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 95341301<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 5N | |
|---|---|---|---|
| | | | DATE OF AWARD<br>02/21/2025 |
| | | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE<br>02/21/2025 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>33743 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| GREEN & HEALTHY HOMES INITIATIVE INC<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>EIN: 52-1786577 | GREEN & HEALTHY HOMES INITIATIVE INC<br>2714 Hudson Street<br>Baltimore, MD 21224-4716 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Abbey Cofsky<br>Green & Healthy Homes Initiative Inc<br>2714 Hudson Street<br>Baltimore, MD 21224-4716<br>**Email:** ACofsky@ghhi.org<br>**Phone:** 410-534-6447 | Grace Gontarek<br>Four Penn Center, 1600 John F. Kennedy Boulevard, 3EJ20<br>**Email:** Gontarek.Grace@epa.gov<br>**Phone:** 215-814-2759 | Vanessa Davies<br>3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852<br>**Email:** Davies.Vanessa@epa.gov<br>**Phone:** 215-814-2801 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

TCGM Initial Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD<br>05/01/2024 - 02/21/2025 | PROJECT PERIOD<br>05/01/2024 - 02/21/2025 | TOTAL BUDGET PERIOD COST<br>$ 8,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 8,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/16/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00)<br>R3 - Region 3<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Catharine McManus - Deputy Regional Administrator | DATE<br>02/21/2025 |

**EPA 000574**

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 95341301 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,994,606 |
| 2. Fringe Benefits | $ 878,813 |
| 3. Travel | $ 278,955 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 66,883 |
| 6. Contractual | $ 337,056 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,166,604 |
| 9. Total Direct Charges | $ 6,722,917 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 1,277,083 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

b. Explanations on why established outputs/outcomes were not met; and

c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

5N - 95341301 - 1    Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

All Programmatic Conditions Remain the Same

EPA 000579

**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 5N-95341301 under 2 CFR 200.340

**FROM:**    Catharine McManus
EPA Award Official    McManus, Catharine    Digitally signed by McManus, Catharine
Date: 2025.02.21 15:50:48 -05'00'

**TO:**    Ruth Ann Norton, President & CEO
Green & Healthy Homes Initiative, Inc

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N-95341301 awarded to Green & Healthy Homes Initiative, Inc. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 5N-95341301 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

**EPA 000580**

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rose.kenneth@epa.gov must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, mcmanus.catharine@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc: Vanessa Davies
    Grace Gontarek
    Abbey Cofsky

EPA 000581

| **From:** | Rose, Kenneth |
| **To:** | ranorton@ghhi.org |
| **Cc:** | Gontarek, Grace; Davies, Vanessa; McManus, Catharine; Rose, Kenneth |
| **Subject:** | Termination of EPA Assistance Award 5N-95341401 to Green & Healthy Homes Initiative Inc. |
| **Date:** | Thursday, May 1, 2025 3:20:53 PM |
| **Attachments:** | OMB Form 95341401-3.pdf |
| | Termination_Memo_5N95341401.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Catharine McManus, Region 3 Senior Resource Official, at mcmanus.catharine@epa.gov.


Kenneth I. Rose III

Manager, Grants Management Section

US EPA Mid-Atlantic Region (3MD22)

Four Penn Center

1600 John F. Kennedy Boulevard

Philadelphia, PA 19103-2852

Phone: 215-814-3147

Cell: 215-983-8660

Email: rose.kenneth@epa.gov

5N - 95341401 - 3    Page 1

| | | GRANT NUMBER (FAIN): 95341401 | |
|---|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | | MODIFICATION NUMBER: 3 PROGRAM CODE: 5N | DATE OF AWARD 05/01/2025 |
| | | TYPE OF ACTION No Cost Amendment | MAILING DATE 05/01/2025 |
| | | PAYMENT METHOD: ASAP | ACH# 33743 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| GREEN & HEALTHY HOMES INITIATIVE INC 2714 Hudson Street Baltimore, MD 21224-4716 EIN: 52-1786577 | Green & Healthy Homes Initiative Inc 2714 Hudson Street Baltimore, MD 21224-4716 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Ruth Ann Norton 2714 Hudson Street Baltimore, MD 21224-4716 **Email:** ranorton@ghhi.org **Phone:** 410-534-6477 | Grace Gontarek Four Penn Center, 1600 John F. Kennedy Boulevard, 3EJ20 Philadelphia, PA 19103-2852 **Email:** Gontarek.Grace@epa.gov **Phone:** 215-814-2759 | Vanessa Davies Grants Management Section, 3MD22 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 **Email:** Davies.Vanessa@epa.gov **Phone:** 215-814-2801 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

TCGM Subsequent Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ Thriving Communities Grantmaking Program, R3 GM

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD 08/01/2024 - 05/01/2025 | PROJECT PERIOD 08/01/2024 - 05/01/2025 | TOTAL BUDGET PERIOD COST $ 52,000,000.00 | TOTAL PROJECT PERIOD COST $ 52,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 12/09/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 52,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00) R3 - Region 3 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Kenneth Rose - Grants Management Section, Chief | DATE 05/01/2025 |

**EPA 000583**

5N - 95341401 - 3    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 52,000,000 | $ 0 | $ 52,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 52,000,000 | $ 0 | $ 52,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

**EPA 000584**

5N - 95341401 - 3     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,258,663 |
| 2. Fringe Benefits | $ 276,905 |
| 3. Travel | $ 278,955 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 5,814 |
| 6. Contractual | $ 7,199 |
| 7. Construction | $ 0 |
| 8. Other | $ 48,675,548 |
| 9. Total Direct Charges | $ 50,503,084 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 1,496,916 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 52,000,000 |
| 12. Total Approved Assistance Amount | $ 52,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 52,000,000 |

EPA 000585

## Administrative Conditions

**UNILATERAL TERMINATION**

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

All Programmatic Conditions remain the same.

EPA 000588



## OFFICE OF MISSION SUPPORT

### WASHINGTON, D.C. 20460

May 1, 2025

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement 5N-95341401 under 2 CFR 200.340

**FROM:**   Kenneth I. Rose III, Region 3 Grants Management Official

KENNETH ROSE   Digitally signed by KENNETH ROSE
Date: 2025.05.01 15:18:58 -04'00'

**TO:**   Ruth Ann Norton (ranorton@ghhi.org)
Green & Healthy Homes Initiative Inc.

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N-95341401 awarded to Green & Healthy Homes Initiative Inc. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of

**EPA 000589**

performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Amy Van Blarcom-Lackey, Regional Administrator, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to white.lisa@epa.gov, with a copy to the EPA Award Official at rose.kenneth@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Vanessa Davies
     Grace Gontarek

EPA 000590

5N - 00E03682 - 0    Page 1

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY**<br><br>Cooperative Agreement | **GRANT NUMBER (FAIN):** 00E03682<br>**MODIFICATION NUMBER:** 0<br>**PROGRAM CODE:** 5N |

| | |
|---|---|
| | **DATE OF AWARD** 06/24/2024 |
| **TYPE OF ACTION** New | **MAILING DATE** 06/27/2024 |
| **PAYMENT METHOD:** ASAP | **ACH#** PEND |

**RECIPIENT TYPE:**
Not for Profit

**Send Payment Request to:**
Contact EPA RTPFC at: rtpfc-grants@epa.gov

**RECIPIENT:**
MINNEAPOLIS FOUNDATION
80 S 8TH ST 800 IDS CENTER
MINNEAPOLIS, MN 55402
EIN:  41-6029402

**PAYEE:**
MINNEAPOLIS FOUNDATION
80 S 8TH STREET 800 IDS Center
Minneapolis, MN 55402

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Jo-Anne Stately<br>80 S EIGHTH ST 800 IDS CENTER<br>MINNEAPOLIS, MN 55402<br>**Email:** jstately@mplsfoundation.org<br>**Phone:** 612-672-3878 | Cristina Presmanes<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-3507<br>**Email:** Presmanes.Cristina@epa.gov<br>**Phone:** 312-353-8205 | Mauricio Lobato<br>Assistance Section, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604-3507<br>**Email:** lobato.mauricio@epa.gov<br>**Phone:** 312-353-2515 |

**PROJECT TITLE AND DESCRIPTION**

The Minneapolis Foundation TCGM Grant 1

See Attachment 1 for project description.

| **BUDGET PERIOD** 04/01/2024 - 03/31/2027 | **PROJECT PERIOD** 04/01/2024 - 03/31/2027 | **TOTAL BUDGET PERIOD COST** $ 8,000,000.00 | **TOTAL PROJECT PERIOD COST** $ 8,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 05/02/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 8,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division<br>OEJECR - Office of Environmental Justice and External Civil Rights<br>77 West Jackson Blvd., R-19J<br>Chicago, IL 60604-3507 |

### THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY

| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition and Assistance Branch<br>by Robert Fields - Award Official Delegate | **DATE** 06/24/2024 |
|---|---|

**EPA 000591**

5N - 00E03682 - 0      Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 8,000,000 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 8,000,000 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 24124WB193 | 2226 | BSF5 | WF | 000W57XK1 | 4183 | - | - | $ 8,000,000 |
| | | | | | | | | | $ 8,000,000 |

5N - 00E03682 - 0     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,959,368 |
| 2. Fringe Benefits | $ 887,810 |
| 3. Travel | $ 172,701 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 40,360 |
| 6. Contractual | $ 1,578,842 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,800,000 |
| 9. Total Direct Charges | $ 7,439,081 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 560,919 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 8,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 4/1/2024 - 3/31/2027 - 10% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip     % Fed     %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation. This is a Regional Grantmaker. The Minneapolis Foundation, partnered along with the NDN Collective, will institute a grantmaking program within the Region 5 states. This award will be used to develop the administrative and programmatic strength needed to award over 200 grants within Region 5, targeting areas such as rural communities, urban centers and tribal communities.

The Minneapolis Foundation will develop a Quality Management Plan, create an application to support the grantmaking program, train their statutory partner on EPA requirements, identify and recruit 10 Regional Community Advisory Committee (RAC) members, and perform outreach in their targeted communities using these funds. The Minneapolis Foundation will use the money associated with this award to build up their grant making capacity and to cover administrative costs associated with grantmaking for the next three years.

The activities in the Initial Award Phase include partnering with the NDN collective and using The Minneapolis Foundation's projects (Midwest EJ Network and RE-AMP) to outreach specific communities in tribal governments, urban EJ areas and rural/remote EJ areas. Additionally, The Minneapolis Foundation and their partners will recruit 10 resident advisory committee consultants to help draft the request for funding and review applications. These 10 RAC consultants will be recruited throughout Region 5 and be comprised of individuals from different community organizations, local communities and other partnership types. RAC members along with The Minneapolis Foundation and NDN Collective will work collaboratively to create and review applications addressing the specific needs of disadvantaged communities within the Region 5 states. Various partners have experience with participatory governance and The Minneapolis Foundation will expand on those relationships through their collaboration with other community organizations. The anticipated deliverables include developing an online platform for collecting applications and reporting, training statutory partners in Quality Assurance, monitoring type and amount of outreach in different community types, keeping application decisions no more than 5 months from application submission, and monitoring applicant satisfaction with the application process.

The expected outcomes include short term outcomes such as increasing the number of disadvantaged community residents that have knowledge and skills about engaging in EJ, public health or climate change issues in their communities, increasing the number of disadvantaged community members with reliable access to environmental data and increasing grass-root led collaborations and partnerships working to improved environmental quality and public health in disadvantaged communities. Intermediate outcomes include increasing the number of communities that have capacity to collect, analyze and share environmental data, reduce public exposure to toxins and pollutants in areas that were restores or cleaned up and increased number of CBOs with increased capacity in terms of funding, staff and skills. Long term outcomes include increased access to healthy and affordable drinking water, improved resiliency in disadvantaged communities as related to climate impacts such as urban heat island effects and flooding and improved health outcomes from improved access to healthy foods.

The intended beneficiaries include local communities, grass-root CBOs and disadvantaged communities.

NDN Collective will collaboratively oversee and monitor all aspects of program implementation, paying particular attention to compliance with EPA and federal requirements along with the Minneapolis Foundation. Using a consensus decision-making model, NDN Collective and the Minneapolis Foundation will identify RAC members, participate in RAC meetings as non-voting participants, and oversee implementation of RAC decisions and recommendations. This partnership will also serve as decision

makers for administrative decisions that need to be made on an immediate basis. Additionally, NDN collective provides critical knowledge of Indigenous practice, customs and knowledge to support targeted outreach to tribal communities.

5N - 00E03682 - 0     Page 7

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later.

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A. Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov and lobato.mauricio@epa.gov
- MBE/WBE reports (EPA Form 5700-52A): region5closeouts@epa.gov and Mauricio Lobato at lobato.mauricio@epa.gov
- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: Cristina Presmanes at presmanes.cristina@epa.gov and Mauricio Lobato at lobato.mauricio@epa.gov
- Payment requests (if applicable): Cristina Presmanes at presmanes.cristina@epa.gov
- Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: Cristina Presmanes at presmanes.cristina@epa.gov

## B. Pre-award Costs

In accordance with 2 CFR 1500.9, the grantee may charge pre-award costs (both Federal and non-Federal matching shares) incurred from 4/1/2024 to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

## C. New Recipient Training Requirement

The recipient agrees to complete the EPA Grants Management Training for Applicants and Recipients and the How to Develop a Budget training within 90 calendar days of the date of award of this agreement. The recipient must notify the Grant Specialist via email when the required training is complete. For additional information on this training requirement, the recipient should refer to RAIN-2024-G01.

# Programmatic Conditions

## Environmental Justice Thriving Communities Grantmaking (TCGM) Program Cooperative Agreement Terms and Conditions

### A. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

### Performance Reports – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of expenditures along with a comparison of the percentage of the project completed to the project schedule and an explanation of significant discrepancies shall be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA as soon as possible about problems, delays, or adverse conditions that which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

### Performance Reports - Frequency

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every three months). The reporting periods are *April 1, 2024 – June 30, 2024; July 1, 2024 – September 30, 2024; October 1 2024 – December 31, 2024; January 1, 2025 – March 31, 2025; April 1, 2025 – June 30, 2025; July 1, 2025 – September 30, 2025; October 1, 2025 – December 31, 2025; January 1, 2026 – March 31, 2026.*

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance. The final report shall document project activities over the entire project period.

### Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient

performance.

3. Environmental results the subrecipient achieved, including a narrative discussion of impacts of program on improvement of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including outreach, engagement, and implementation of feedback.

8. Summaries of capacity building activities for severely capacity constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

## B. EJ Grant Recipient Workshops (Virtual and/or In-Person)

All EJTCGM recipients will be required to attend at least one EJ Grantee training workshop hosted by your EPA Region. These trainings will assist all current EPA EJ grant recipients with strategic planning and project management of their cooperative agreements, as well as afford recipients opportunities to learn from their peers and other experts. Recipients will need to identify at least one authorized official to participate. Virtual workshops will utilize webinar technology that can be accessed via personal computer. A conference call line will be available for any recipient who does not have the technical capability (i.e. slow internet connection) to access the webinar. Your EPA Project Officer will keep you informed of the dates of the workshops. Each EPA Regional Office will tailor their workshop agenda to the environmental needs and priorities of workshop participants and local communities in the region. Workshops may include a mix of current and former EJ grant recipients, local community stakeholders, other EPA and federal program personnel, and other attendees. Workshop attendees will come together to provide perspective, insight, and lessons learned regarding environmental justice issues plaguing their communities and ways to address them. Recipients will need to identify at least one authorized representative to participate. Recipients are permitted to use awarded funds to pay for travel to the workshops.

## C. Review and Oversight

1. Products - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain

input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. It is at the EPA Project Officer's discretion to determine any change to the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## D. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJTCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work.* The periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates.

## E. Cybersecurity Condition

**Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia**

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's

regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

F.  Competency Policy

Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

G.  Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance.   Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients must ensure that subrecipients acquire insurance to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

H.  Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this

agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement the Quality Assurance (QA) planning documentation in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. **In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:**

**NOTE: The following selections are example plans to be determined before the Subsequent Award is made.**

**1. Quality Management Plan (QMP)**

a. Prior to beginning environmental information operations, the recipient must:

Option 1

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review,

Iii. Complete required training for approving QAPPs in collaboration with the region or in place of the region, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QMP within [30] days after grant award, and/or no more than [ 90] days after grant award.

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

For Reference:

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment <u>Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance</u>.

## I. Use of Logos

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that The <u>Minneapolis Foundation</u> received financial support from the EPA under an Assistance Agreement. More information is available at: <u>https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy</u>

## J. Paperwork Reduction Act

The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## K. Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1.) Monthly telephone calls and other monitoring,

2.) Reviewing project phases and providing approval to continue to the next phase,

3.) Reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4.) Approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5.) Reviewing and commenting on the programmatic progress reports.

6.) Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7.) Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8.) Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9.) EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10.) In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

12.) Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

13.) EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

14.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

**L.  Initial Award Statutory Partnership Agreements -**

**Note: Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.**

Statutory Partnerships (SP): EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to Subsequent Award.

Partnering community-based organizations who submitted a signed Letter of Commitment during the application phase, as a policy matter, must also at a minimum specify their roles and responsibilities as a statutory partner (direct recipient and subrecipient) in the overall project, and finalize role and financial commitment from the direct recipient before receiving EPA funds. The statutory partnership agreement must be signed by both parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs

EPA 000604

incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer, the EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Initial Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

|  |  | Year 1 |
|---|---|---|
| **Personnel** |  |  |
|  | TCGM Project Director | $145,000.00 |
|  | TCGM Project Associate | $58,333.00 |
|  | Program Officer 1 | $65,000.00 |
|  | Program Officer 2 | $65,000.00 |
|  | Director of Grants Administration and Operations | $50,000.00 |
|  | Grants Associate | $70,000.00 |
|  | Finance Associate 1 | $35,000.00 |
|  | Finance Associate 2 | $52,500.00 |
|  | Finance Associate 3 | $58,333.00 |
|  | Chief Financial Officer | $33,724.00 |
|  | Senior Director of Marketing and Communications | $45,000.00 |
|  | Public Relations and Communications Manager | $30,000.00 |
|  | Communications Associate | $4,011.00 |
|  | Multimedia Content Manager | $4,552.00 |
|  | RE-AMP Project: Rural & Remote Outreach Director | $92,000.00 |
|  | RE-AMP Project Director/CEO | $22,575.00 |
|  | RE-AMP Project: Director of Community Management | $0.00 |
|  | RE-AMP Project Federal Funding Navigator | $17,980.00 |
|  | RE-AMP Project Strategic Director | $630.00 |
|  | RE-AMP Project Operations Manager | $0.00 |
|  | MWEJN Project Director/CEO | $29,250.00 |
|  | MWEJN Project: Urban Outreach Director | $91,667.00 |
|  | MWEJN Project: Urban Outreach Program Coordinator | $66,666.00 |
|  | MWEJN Project: Communications & Organizing Director | $26,250.00 |
|  | MWEJN Project: Communications Coordinator | $7,292.00 |
|  | Total FTEs |  |
| Fringe Benefits | Calculated at 30% of total personnel | $321,229.00 |
| Travel |  | $57,567.00 |
| Equipment |  | $0.00 |
| Supplies |  | $30,360.00 |
| Contractual |  |  |
|  | Grant application software, subscription, & licensing | $85,000.00 |
|  | Financial services & audits | $40,000.00 |
|  | Quality Assurance Contractors | $75,000.00 |
|  | Regional Community Liaisons (10) | $93,000.00 |
|  | MWEJN Urban Indiana TCGM outreach | $56,448.00 |
|  | MWEJN Urban Wisconsin TCGM outreach | $56,448.00 |
|  | MWEN Urban Michigan TCGM outreach | $21,447.00 |
|  | MWEJN Urban Ohio TCGM outreach | $56,448.00 |
|  | MWEJN Urban Illinois TCGM outreach | $26,447.00 |
|  | MWEJN Urban TCGM Technical Assistance | $50,000.00 |
|  | RE-AMP Rural TCGM Technical assistance | $65,664.00 |
|  | RE-AMP Rural TCGM Communications Support | $8,000.00 |
| Other (including subawards) |  |  |
|  | Subawards: NDN Collective (Statutory Partner) | $600,000.00 |
| Indirect Allocation |  | $206,699.00 |
| **Total** |  | **$2,920,520.00** |

| Year 2 | Year 3 | Total |
|---|---|---|
| $149,350.00 | $92,298.00 | **$386,648.00** |
| $72,100.00 | $44,558.00 | **$174,991.00** |
| $66,950.00 | $41,375.00 | **$173,325.00** |
| $66,950.00 | $41,375.00 | **$173,325.00** |
| $51,500.00 | $31,827.00 | **$133,327.00** |
| $72,100.00 | $44,558.00 | **$186,658.00** |
| $36,050.00 | $8,263.00 | **$79,313.00** |
| $54,075.00 | $33,418.00 | **$139,993.00** |
| $72,100.00 | $44,558.00 | **$174,991.00** |
| $34,736.00 | $21,467.00 | **$89,927.00** |
| $30,000.00 | $12,000.00 | **$87,000.00** |
| $25,000.00 | $9,000.00 | **$64,000.00** |
| $5,361.00 | $1,693.00 | **$11,065.00** |
| $5,903.00 | $2,039.00 | **$12,494.00** |
| $94,760.00 | $58,562.00 | **$245,322.00** |
| $34,325.00 | $21,212.00 | **$78,112.00** |
| $3,690.00 | $2,347.00 | **$6,037.00** |
| $18,519.00 | $11,445.00 | **$47,944.00** |
| $1,649.00 | $1,019.00 | **$3,298.00** |
| $5,900.00 | $3,752.00 | **$9,652.00** |
| $40,950.00 | $25,798.00 | **$95,998.00** |
| $115,500.00 | $72,765.00 | **$279,932.00** |
| $84,000.00 | $52,920.00 | **$203,586.00** |
| $33,075.00 | $20,837.00 | **$80,162.00** |
| $9,188.00 | $5,788.00 | **$22,268.00** |
| | | |
| $355,119.00 | $211,462.00 | **$887,810.00** |
| $57,567.00 | $57,567.00 | **$172,701.00** |
| $0.00 | $0.00 | **$0.00** |
| $5,000.00 | $5,000.00 | **$40,360.00** |
| | | |
| $0.00 | $0.00 | **$85,000.00** |
| $40,000.00 | $40,000.00 | **$120,000.00** |
| $75,000.00 | $75,000.00 | **$225,000.00** |
| $93,000.00 | $93,000.00 | **$279,000.00** |
| $56,447.00 | $26,447.00 | **$139,342.00** |
| $56,447.00 | $26,447.00 | **$139,342.00** |
| $21,447.00 | $16,447.00 | **$59,341.00** |
| $56,447.00 | $26,447.00 | **$139,342.00** |
| $26,447.00 | $16,447.00 | **$69,341.00** |
| $50,000.00 | $43,567.00 | **$143,567.00** |
| $62,338.00 | $43,565.00 | **$171,567.00** |
| $0.00 | $0.00 | **$8,000.00** |
| | | |
| | | **$0.00** |
| | | **$0.00** |
| $600,000.00 | $600,000.00 | **$1,800,000.00** |
| $204,735.00 | $149,485.00 | **$560,919.00** |
| **$2,943,725.00** | **$2,135,755.00** | **$8,000,000.00** |
| | | **$8,000,000.00** |

**Notes**

Total Personel =
$2,959,368.00
See Fringe Detail Tab
See Travel Detail Tab

See Supplies Detail Tab
See Contract Detail Tab
New software system to streamline TCGM grant applications, review, and documentation. Will
use a simplified aquisition process.

choosing to allocate less in indirect costs to shift more money to direct expenses

$0.00

EPA 000609

| Position Titles | FTE % of Time Over 3 years | # of Months | Year 1 Annual Salary |
|---|---|---|---|
| TCGM Project Director | 87% | 36 | $ 145,000.00 |
| TCGM Project Associate | 81% | 34 | $ 70,000.00 |
| Program Officer 1 | 65% | 33 | $ 86,667.00 |
| Program Officer 2 | 65% | 33 | $ 86,667.00 |
| Director of Grants Administration and Operations | 35% | 36 | $ 123,604.00 |
| Grants Associate | 87% | 36 | $ 70,000.00 |
| Finance Associate 1 | 37% | 36 | $ 70,000.00 |
| Finance Associate 2 | 65% | 36 | $ 70,000.00 |
| Finance Associate 3 | 81% | 34 | $ 70,000.00 |
| Chief Financial Officer | 13% | 36 | $ 224,826.00 |
| Senior Director of Marketing and Communications | 24% | 36 | $ 118,450.00 |
| Public Relations and Communications Manager | 22% | 36 | $ 97,162.00 |

| | | | |
|---|---|---|---|
| Communications Associate | 4% | 36 | $ 80,210.00 |
| Multimedia Content Manager | 4% | 36 | $ 91,052.00 |
| RE-AMP Project: Rural & Remote Outreach Director | 87% | 36 | $ 92,000.00 |
| RE-AMP Project Director/CEO | 16% | 36 | $ 155,000.00 |
| RE-AMP Project: Director of Community Management | 2% | 24 | $ 90,000.00 |
| RE-AMP Project Federal Funding Navigator | 25% | 36 | $ 62,000.00 |
| RE-AMP Project Strategic Director | 1% | 36 | $ 105,000.00 |
| RE-AMP Project Operations Manager | 5% | 24 | $ 59,000.00 |
| MWEJN Project Director/CEO | 24% | 36 | $ 130,000.00 |
| MWEJN Project: Urban Outreach Director | 99% | 36 | $ 91,667.00 |
| MWEJN Project: Urban Outreach Program Coordinator | 83% | 36 | $ 80,000.00 |
| MWEJN Project: Communications & Organizing Director | 25% | 36 | $ 105,000.00 |

MWEJN Project: Communications Coordinator

| | | | | 11% | 36 | $ | 67,308.00 |
|---|---|---|---|---|---|---|---|

**Total Personnel**

EPA 000612

| $ Amount Year 1 | FTE % Year 1 | Year 2 Annual Salary | $ Amount Year 2 | FTE % Year 2 | Year 3 Annual Salary |
|---|---|---|---|---|---|
| $ 145,000.00 | 100% | $ 149,350.00 | $ 149,350.00 | 100% | $ 153,831.00 |
| $ 58,333.00 | 83% | $ 72,100.00 | $ 72,100.00 | 100% | $ 74,263.00 |
| $ 65,000.00 | 75% | $ 89,267.00 | $ 66,950.00 | 75% | $ 91,945.00 |
| $ 65,000.00 | 75% | $ 89,267.00 | $ 66,950.00 | 75% | $ 91,945.00 |
| $ 50,000.00 | 40% | $ 127,312.00 | $ 51,500.00 | 40% | $ 131,131.00 |
| $ 70,000.00 | 100% | $ 72,100.00 | $ 72,100.00 | 100% | $ 74,263.00 |
| $35,000.00 | 50% | $ 72,100.00 | $ 36,050.00 | 50% | $ 74,263.00 |
| $ 52,500.00 | 75% | $ 72,100.00 | $ 54,075.00 | 75% | $ 74,263.00 |
| $ 58,333.00 | 83% | $ 72,100.00 | $ 72,100.00 | 100% | $ 74,263.00 |
| $ 33,724.00 | 15% | $ 231,571.00 | $ 34,736.00 | 15% | $ 238,518.00 |
| $ 45,000.00 | 38% | $ 122,004.00 | $ 30,000.00 | 25% | $ 125,664.00 |
| $ 30,000.00 | 31% | $ 100,077.00 | $ 25,000.00 | 25% | $ 103,079.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $ | 4,011.00 | 5% | $ | 82,616.00 | $ | 5,361.00 | 6% | $ | 85,095.00 |
| $ | 4,552.00 | 5% | $ | 93,784.00 | $ | 5,903.00 | 6% | $ | 96,597.00 |
| $ | 92,000.00 | 100% | $ | 94,760.00 | $ | 94,760.00 | 100% | $ | 97,603.00 |
| $ | 22,575.00 | 15% | $ | 159,650.00 | $ | 34,325.00 | 22% | $ | 164,440.00 |
| $ | - .00 | 0% | $ | 92,700.00 | $ | 3,690.00 | 4% | $ | 95,481.00 |
| $ | 17,980.00 | 29% | $ | 63,860.00 | $ | 18,519.00 | 29% | $ | 65,776.00 |
| $ | 630.00 | 1% | $ | 108,150.00 | $ | 1,649.00 | 2% | $ | 111,395.00 |
| $ | - .00 | 0% | $ | 60,770.00 | $ | 5,900.00 | 10% | $ | 62,593.00 |
| $ | 29,250.00 | 23% | $ | 133,900.00 | $ | 40,950.00 | 31% | $ | 137,917.00 |
| $ | 91,667.00 | 100% | $ | 94,417.00 | $ | 115,500.00 | 122% | $ | 97,250.00 |
| $ | 66,666.00 | 83% | $ | 82,400.00 | $ | 84,000.00 | 102% | $ | 84,872.00 |
| $ | 26,250.00 | 25% | $ | 108,150.00 | $ | 33,075.00 | 31% | $ | 111,395.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ | 7,292.00 | 11% | $ | 69,327.00 | $ | 9,188.00 | 13% | $ | 71,407.00 |
| $ | **1,070,763.00** | | $ | **2,513,832.00** | $ | **1,183,731.00** | | $ | **2,589,249.00** |

EPA 000615

| $ Amount Year 3 | FTE % Year 3 | Total $ Amount |
|---|---|---|
| $   92,298.00 | 60% | $   386,648.00 |
| $   44,558.00 | 60% | $   174,991.00 |
| $   41,375.00 | 45% | $   173,325.00 |
| $   41,375.00 | 45% | $   173,325.00 |
| $   31,827.00 | 24% | $   133,327.00 |
| $   44,558.00 | 60% | $   186,658.00 |
| $     8,263.00 | 11% | $     79,313.00 |
| $   33,418.00 | 45% | $   139,993.00 |
| $   44,558.00 | 60% | $   174,991.00 |
| $   21,467.00 | 9% | $     89,927.00 |
| $   12,000.00 | 10% | $     87,000.00 |
| $     9,000.00 | 9% | $     64,000.00 |

| | | | | |
|---|---|---|---|---|
| $ | 1,693.00 | 2% | $ | **11,065.00** |
| $ | 2,039.00 | 2% | $ | **12,494.00** |
| $ | 58,562.00 | 60% | $ | **245,322.00** |
| $ | 21,212.00 | 13% | $ | **78,112.00** |
| $ | 2,347.00 | 2% | $ | **6,037.00** |
| $ | 11,445.00 | 17% | $ | **47,944.00** |
| $ | 1,019.00 | 0.91% | $ | **3,298.00** |
| $ | 3,752.00 | 6% | $ | **9,652.00** |
| $ | 25,798.00 | 19% | $ | **95,998.00** |
| $ | 72,765.00 | 75% | $ | **279,932.00** |
| $ | 52,920.00 | 62% | $ | **203,586.00** |
| $ | 20,837.00 | 19% | $ | **80,162.00** |

| | | | |
|---|---|---|---|
| $ | 5,788.00 | 8% | $ | 22,268.00 |
| **$ 704,874.00** | | | **$ 2,959,368.00** |

| Role |
| --- |

Point of contact for coordination with the EPA, TCTACs. and other governmental and nonprofit partners. Will facilitate, coordinate, and support Collaborative representatives and project managers as well as the RAC. Also, will oversee TMF's Program Officers and Grant Managers to ensure grant application and review processes align with EPA requirements and RAC guidance.

Works closely with TCGM Project Director to support program implementation. Roles include attending meetings, taking notes, preparing agendas and meeting materials, reviewing and responding to emails, developing presentations, tracking deadlines.

Works with the Program Manager to ensure TCGM program goals are advanced. Supports grantmaking activities by responding to grantee and applicant questions, performing due diligence on applications, and preparing analysis and recommendations. Reviews final reports and creates reports and presenttions as needed by the Program Manager.

Works with the Program Manager to ensure TCGM program goals are advanced. Supports grantmaking activities by responding to grantee and applicant questions, performing due diligence on applications, and preparing analysis and recommendations. Reviews final reports and creates reports and presenttions as needed by the Program Manager.

Develop, manage, and oversee the administration, project management, internal systems, and customer service processes for all stages of the TCGM's grantmaking programs across the grant lifecycle- planning, application, committee review, due diligence, approval, payment, and reporting phases.

Coordinate administrative and technical support for TCGM grant programs and provide customer service to applicants and grantees as they access our online grants portal.This position partners closely with the Impact team to conduct due diligence, document issues with our application and reporting system, problem-solve in real time and engage with grantees in a respectful and supportive manner.

The Finance Associate provides entry level accounting and administrative support related to the EPA grant operations for the Finance team and other teams as available. FA1 will be responsibile for setting up/verifying electronic payments (ACH) for the EPA grantees as well as submitting and monitoring the grantee payments.

The Finance Associate provides entry level accounting and administrative support related to the EPA grant operations for the Finance team and other teams as available. FA2 includes accounts payable, vendor management, credit card and expense report processing, monitoring federal grants policies & Procedures, EPA Point of contact on finance team

The Finance Associate provides entry level accounting and administrative support related to the EPA grant operations for the Finance team and other teams as available. FA3 will manager financial reporting on drawdowns, maintaining and ensuring the quality of EPA records and backup.

Oversees financial management of the TCGM Program. Supervises Finance Team.

Leads communications strategy and material development for the overall TCGM program. Works collaboratively with TCGM staff and partners to drive program awareness, develop clear messaging, and create innovative ways to reach multiple audiences across Region 5.

Supports the Senior Director of Marketing & Communications and supports message development, written materials, communication plans, and media outreach for the TCGM program.

Provides website and graphic design support for the TCGM program under the guidance of the Senior Director of Marketing & Communications.

Develops stories and provides website support for the TCGM program under the guidance of the Senior Director of Marketing & Communications.

Directs TCGM outreach to urban disadvantaged communities across Region 5. Develops urban outreach strategies, helps develop and implement communications plans, oversees contracts, supports application review, identifies candidates for non-competitive subgrants, attends meetings and gives presentations on behalf of the MWEJN Project.

Liason to Collaborative, supervises all RE-AMP Project staff working on TCGM project, supports participatory governance, outreach, communications, and technical support to rural and remote disadvantaged communities.

Supports TCGM-related communications and outreach for rural communities, including website, newsletter, webinars, meetings. Also will manage TCGM-related data collection from CRM.

Support TCGM program implementation by helping identify candidates for non-competitive sub-grants and communicating success stories to share the impact of the TCGM program.

Help identify candidates for non-competitive sub-grants for severely capacity constrained eligible subrecipients

Provides adminstrative support to TCGM program staff working on the RE-AMP project.

Liason to Collaborative, supervises all MWEJN Project staff working on TCGM project, supports participatory governance, outreach, communications, and technical support to urban disadvantaged communities.

Directs TCGM outreach to urban disadvantaged communities across Region 5. Develops urban outreach strategies, works with Communications and Organizing Director to develop and implement communications plans, oversees contracts, supports application review, identifies candidates for non-competitive subgrants, attends meetings and gives presentations on behalf of the MWEJN Project.

Serves as the primary TCGM contact person for organizations from urban disadvantaged communities. Provides technical assistance and support to potential applicants. Helps distribute program information. Works with the MWEJN TCGM Program Director and Communications & Organizing Director to publish information about the program on the website, newsletter, and social media outlets.

Leads the development of the MWEJN's TCGM urban communications and outreach strategy. Works with sub-awardees to collect stories and build a storytelling campaign to celebrate projects and impact in communities Works with TCGM colleagues to create print and digital communications materials, host and facilitate events, and develop materials for outreach  and technical assistance specific to urban EJ communities.

Edits & publishes TCGM-related information across social media (Facebook, Instagram, LinkedIn), Website, Blog, and two monthly newsletters. Identifies new channels and partners to elevate and share across platforms and to grow digital reach with a priority for urban EJ organizations.

| Assumed Number of Hours Worked | | ~Hourly Rate | Monthly Cost |
|---|---|---|---|
| | 1950 | $49.48 | $8,040.14 |

| | ~Hourly Expense | ~Monthly Expense |
|---|---|---|
| Employer Contribution: | | |
| Social Security | $3.07 | $498.49 |
| Medicare | $0.72 | $116.58 |
| MN Unemployment | $0.26 | $42.35 |
| -MNUI Workforce Development Assessment | $0.05 | $8.04 |
| Federal Unemployment | $0.02 | $3.50 |
| Group Life | $0.06 | $9.25 |
| STD | $0.20 | $32.16 |
| LTD | $0.24 | $38.59 |
| Parking | $1.54 | $250.00 |
| Medical | $4.03 | $655.30 |
| HSA | $0.44 | $72.09 |
| Dental | $0.32 | $52.24 |
| Vision | $0.03 | $4.52 |
| 401(k) Employer Contribution | $3.13 | $509.18 |
| Workers Comp Insurance | $0.09 | $15.28 |
| Total Employer Contribution | $14.00 | $2,308.00 |
| | | |
| **Total Estimated Base + Contribution** | **$64.00** | **$10,348.00** |

**Note on PTO:** We have three types of PTO that are awarded throughout the year: 1. Personal Paid Time (PPT) 2. S
Bereavement. As for budgeting these: If they are used throughout the year they would be paid in lieu of salary. Ba
additional unexpected cost. Where an additional cost would come in would be unused PPT at the end of employm
applied to the TCGM grant expenses.

Median Annual Salary

$96,481.65

~Annual Expense

$5,981.86
$1,398.98
$508.20
$96.48
$42.00
$111.00
$385.95
$463.11
$3,000.00
$7,863.59
$865.05
$626.87
$54.29
$6,110.18
$183.32

$27,691.00


**$124,173.00**


ick and Safe Leave 3.
asically, there would no
hent, which would not be

6.2% of taxable wages up to $168,600
1.45% of taxable wages
$42,000 annual taxable wage base

$7,000 annual taxable wage base
$50,000 Benefit
Max weekly benefit of $2,500 (Equates to Max Base salary of $195,000)
Max monthly benefit of $15,000 (Equates to Max Base salary of $300,000)
No paid parking

Assumes HDHP


Calculated as 6.333% of salary (3% in year 1, 8% in years 2 & 3)

EPA 000624

| Purpose | Total 3-year Cost | Year 1 Cost | Year 2 Cost | Year 3 Cost |
|---|---|---|---|---|
| TCGM Project Director: Travel to Detroit or Lansing (6x per year) | **$3,870.00** | $1,290.00 | $1,290.00 | $1,290.00 |
| TCGM Project Director: Travel to Minneapolis (4 x per year) | **$11,820.00** | $3,940.00 | $3,940.00 | $3,940.00 |
| TCGM Project Director TCGM Project Director and Foundation colleague: Travel to Madison, 2 Staff, 2 X per Year) | **$10,872.00** | $3,624.00 | $3,624.00 | $3,624.00 |
| TCGM Project Director and Foundation colleagues: Travel to Chicago (2 staff, 3 X per year) | **$18,558.00** | $6,186.00 | $6,186.00 | $6,186.00 |
| TCGM Project Director TCGM Project Director and Foundation colleagues: Local travel 2 staff, 6 X per year) | **$11,700.00** | $3,900.00 | $3,900.00 | $3,900.00 |
| TCGM Project Director: Washington DC (1 staff, 1 x per year) | **$3,177.00** | $1,059.00 | $1,059.00 | $1,059.00 |
| MWEJN Project: travel to Minneapolis (2 staff, 3 x per year) | **$17,028.00** | $5,676.00 | $5,676.00 | $5,676.00 |
| MWEJN Project: travel to Detroit (2 staff, 2 x per year) | **$11,040.00** | $3,680.00 | $3,680.00 | $3,680.00 |
| MWEJN Project: travel to Cleveland (2 staff, 2 x per year) | **$11,196.00** | $3,732.00 | $3,732.00 | $3,732.00 |
| MWEJN Project staff: local travel 2 staff, 8 X per year) | **$17,088.00** | $5,696.00 | $5,696.00 | $5,696.00 |

| | | | |
|---|---|---|---|
| RE-AMP Project: travel to Minneapolis (2 staff, 3 x per year) | **$17,028.00** | $5,676.00 | $5,676.00 | $5,676.00 |
| RE-AMP Project: travel to Detroit (2 staff, 2 x per year) | **$11,040.00** | $3,680.00 | $3,680.00 | $3,680.00 |
| RE-AMP Project: travel to Cleveland (2 staff, 2 x per year) | **$11,196.00** | $3,732.00 | $3,732.00 | $3,732.00 |
| RE-AMP Project staff: local travel 2 staff, 8 X per year) | **$17,088.00** | $5,696.00 | $5,696.00 | $5,696.00 |
| **Totals** | **$172,701.00** | **$57,567.00** | **$57,567.00** | **$57,567.00** |

EPA 000626

| Travel | | |
|---|---|---|
| Per Trip cost per staff | Per Staff cost breakdown (assumes current 2024 mileage rate of 0.67/mile) | Purpose: Intention to make the following trips, but will be adjusted to meet the TCGM Program priorities and needs. |
| $215.00 | $167.50 mileage (249.25 miles per trip) + $48 per diem | Project Director is based in Ann Arbor, MI. For meetings or conferences related to TCGM program to help with outreach and technical assistance |
| $985.00 | $545 airfare + $148 hotel + $177.75 ($59.25 x 3 days) per diem + $114 mileage (200 miles, to and from airport, hotel, etc.) | TProject Director is based in Ann Arbor, MI. To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIll also meet with TCTAC and other external partners and area grantees, as appropriate. |
| $906.00 | $545 airfare + $131 hotel + $96 ($48 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) | For meetings or conferences related to TCGM program to help with outreach and technical assistance |
| $1,031.00 | $545 airfare + $233 hotel + $118.5 ($59.25 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.). | For meetings or conferences related to TCGM program to help with outreach and technical assistance |
| $325.00 | $277 mileage (413.43 miles, to meetings, conferences, and events within a 3-hour radius) + $48 per diem. This applies to staff based in Minneapolis or Detroit. | For Director (based in Ann Arbor) and colleagues (based in Minneapolis) to meet with local partners and grantees of the TCGM program for outreach and program planning and implementation work. |
| $1,059.00 | $545 airfare+ $261 hotel + $118.5 ($59.25 x 2 days) + $134 mileage (to and from airport, hotel, etc.). | To attend a national conference that provides an opportunity to meet with other TCGM Grantmakers and lift up opportunities, needs, and challenges of TCGM grantees |
| $946.00 | $545 airfare + $148 hotel + $118.50 ($59.25 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) | To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIll also meet with TCTAC and other external partners and area grantees, as appropriate. |
| $920.00 | $545 airfare + $145 hotel + $96 ($48 x 2 days) per diem + $134 mileage (200 miles, driving to and from airport, hotel, etc. | To meet with partners and grantees of the TCGM program for outreach and program planning and implementation work. |
| $933.00 | $545 airfare + $150 hotel + $103.5 ($51.75 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) | To meet with partners and grantees of the TCGM program for outreach and program planning and implementation work. |
| $356.00 | $308 mileage (to meetings, conferences, and events within a 3-hour radius) + $48 per diem. This applies to staff based in Minneapolis, MN. | To meet with local partners and grantees of the TCGM program for outreach and program planning and implementation work. |

| | | |
|---|---|---|
| $946.00 | $545 airfare + $148 hotel + $118.50 ($59.25 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) | To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIll also meet with TCTAC and other external partners and area grantees, as appropriate. |
| $920.00 | $545 airfare + $145 hotel + $96 ($48 x 2 days) per diem + $134 mileage (200 miles, driving to and from airport, hotel, etc. | To meet with partners and grantees of the TCGM program for outreach and program planning and implementation work. |
| $933.00 | $545 airfare + $150 hotel + $103.5 ($51.75 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) | To meet with partners and grantees of the TCGM program for outreach and program planning and implementation work. |
| $356.00 | $308 mileage (459.70 miles to meetings, conferences, and events within a 3-hour radius) + $48 per diem. This applies to staff based in Madison, WI. | To meet with local partners and grantees of the TCGM program for outreach and program planning and implementation work. |
| | | |

EPA 000628

**GSA Rates**

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=MN&city=Minneapolis&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=WI&city=madison&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=IL&city=Chicago&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=DC&city=&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=MN&city=Minneapolis&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=OH&city=Cleveland&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=MN&city=Minneapolis&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=OH&city=Cleveland&zip=

EPA 000630

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Computers | $ 24,200.00 | | |
| Workstation | $ 1,000.00 | | |
| Printing: Michigan Staff | $ 2,160.00 | $ | - |
| Printing : Madison Staff (RE-AMP Project) | $ 1,000.00 | $ 2,000.00 | $ 2,000.00 |
| Printing:  Minneapolis Staff (MWEJN Project) | $ 1,000.00 | $ 2,000.00 | $ 2,000.00 |
| Office Supplies | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **Total** | **$ 30,360.00** | **$ 5,000.00** | **$ 5,000.00** |

EPA 000631

| Total |
|---|
| $ 24,200.00 |
| $ 1,000.00 |
| $ 2,160.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 3,000.00 |
| $ 40,360.00 |

**Notes**

1 computer per new staff 10) = ($2,300) & phone license ($100) + mouse ($20). Will use simplified acquisition process. Work desks, chairs, and cabinets/furniture (totaling $500) for 2 new RE-AMP Project staff

Project Director printing for Year 1, printing materials for funders and other partners to explain launch of program. Off-site printing of TCGM materials, assumes 20 cents a page for b & w and 60 cents a page for color. Printing items will include grantmaking criteria, appllication instructions, budget sheets and instructions, quality assurance planning information, procurement guidelines, and reporting requirements.  It assumes partners will take over printing and distributing materials in Years 2 & 3.

Printing materials for rural and remote outreach. Off-site printing of TCGM materials, assumes 20 cents a page for b & w and 60 cents a page for color. Printing items will include grantmaking criteria, appllication instructions, budget sheets and instructions, quality assurance planning information, procurement guidelines, and reporting requirements.

Printing materials for urban outreach. Off-site printing of TCGM materials, assumes 20 cents a page for b & w and 60 cents a page for color. Printing items will include grantmaking criteria, appllication instructions, budget sheets and instructions, quality assurance planning information, procurement guidelines, and reporting requirements.

pens, pencils, notepads, flip pads, etc.

| Contract Type | Year 1 | Year 2 | Year 3 | Total |
|---|---|---|---|---|
| Grant application software, subscription, & licensing | $85,000 | $0 | $0 | **$85,000.00** |
| Financial services & audits | $40,000 | $40,000.00 | $40,000.00 | **$120,000.00** |
| Quality Assurance Contractors | $75,000 | $75,000.00 | $75,000.00 | **$225,000.00** |
| Regional Community Advisors (10) | $93,000 | $93,000.00 | $93,000.00 | **$279,000.00** |
| **Rural and Urban Outreach Contracts** | | | | |
| MWEJN Urban Indiana TCGM outreach | $56,448 | $56,447.00 | $26,447.00 | **$139,342.00** |
| MWEJN Urban Wisconsin TCGM outreach | $56,448 | $56,447.00 | $26,447.00 | **$139,342.00** |
| MWEJN Urban Michigan TCGM outreach | $21,447 | $21,447.00 | $16,447.00 | **$59,341.00** |
| MWEJN Urban Ohio TCGM outreach | $56,448 | $56,447.00 | $26,447.00 | **$139,342.00** |
| MWEJN Urban Illinois TCGM outreach | $26,447 | $26,447.00 | $16,447.00 | **$69,341.00** |
| MWEJN Urban TCGM Technical Assistance | $50,000 | $50,000.00 | $43,567.00 | **$143,567.00** |
| RE-AMP Rural TCGM Technical assistance | $65,664 | $62,338.00 | $43,565.00 | **$171,567.00** |
| RE-AMP Rural TCGM Communications Support | $8,000 | | | **$8,000.00** |
| **Contract Totals** | **$548,902** | **$537,573.00** | **$407,367.00** | **$1,578,842.00** |

## Scope of Work

Develop and implement new software system to streamline TCGM grant applications, review, and documentation. This is a separate audit contract will be only for the single audit of the TCGM project. Any additional costs that arise will be pulled from indirect expenses.
Will create a quality mangagement plan for the TCGM program, will act as the liasion between grantees and the EPA regarding grantee QAPP workplans and approvals.  Will provide technical assistance toTCGM applicants regarding developing and implementing Quality Assurance Plans.

A competitive application process will identify 10 annual contracts of $9,300 each to individuals from a range of disadvantaged communities across Region 5 to support the TCGM program. Their scope of work will inclue helping design grantmaking processes and materials and reviewing and approving grants. Contracts will be for a one-year basis, after which a new round of liaisons will be chosen.  The rate is based on the following calculation: $91.95 (base) + $27.89 (30% overhead: administrative, insurance, office expenses, etc.) + $13.01 (travel)

*In accordance with our TCGM proposal, and in alignment with EPA goals, our project seeks to disseminate contractual dollars with as many community-based consultants and organizations as possible. Rather than seeking a few larg firms or institutions to contract with, we will seek out consultants and organizations based in, and/or with experience working with, urban and rural disadvantaged communities. Our statutory partner, NDN Collective, will be conducting similar outreach to Tribal nations as well as urban and rural Indigenous communities.*

Contract with 2 organizations based in Indiana to conduct outreach to urban areas of 50,000+ populations with targeted in-person outreach, virtual outreach and 1:1 outreach. Prioritizing geographies where we have less partners and anticipating travel up to a 50 mile radius.

Contract with 2 organizations based in Wisconsin to conduct outreach to urban areas of 50,000+ populations with targeted in-person outreach, virtual outreach and 1:1 outreach. Prioritizing geographies where we have less partners and anticipating travel up to a 50 mile radius.

Contract with 1 organization based in Wisconsin to conduct outreach to urban areas of 50,000+ populations with targeted in-person outreach, virtual outreach and 1:1 outreach. Prioritizing geographies where we have less partners and anticipating travel up to a 50 mile radius.

Contract with 2 organizations based in Ohio to conduct outreach to urban areas of 50,000+ populations with targeted in-person outreach, virtual outreach and 1:1 outreach. Prioritizing geographies where we have less partners and anticipating travel up to a 50 mile radius.

Contract with 1 organization based in Illinois to conduct outreach to urban areas of 50,000+ populations with targeted in-person outreach, virtual outreach and 1:1 outreach. Prioritizing geographies where we have less partners and anticipating travel up to a 50 mile radius.

Will award 1-2 contracts for 3 years for individual or firm with federal grant application and implementation expertise to support potential sub-awardees in application and implementation process

Will award 1-2 contracts for 3 years for individual or firm with federal grant application and implementation expertise to support potential sub-awardees in application and implementation process. (for rural & remote outreach)

Contractual support in Year 1 for rural messaging and communications plan.

| Selection Process | Contract Length |
|---|---|
| Simplified Aquisition Process (at least three quotes or bids will be collected) | 36 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected) | Project-based, over three years |
| Simplified Aquisition Process (at least three quotes or bids will be collected) | 33 months |
| We will launch a nominations process that will allow anyone from across the region to nominate themselves or other individuals. Decisions will be made based on our criteria of having representation from each state and across multiple types of disadvantaged communities and areas of EJ expertise. | |
| | 36 months |
| | |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| | 12 months |

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| NDN Collective | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 |
| **Total** | **$600,000.00** | **$600,000.00** | **$600,000.00** |

**EPA 000637**

| Total |
|-------|
| $    1,800,000.00 |
| **$1,800,000.00** |

EPA 000638

**Notes**

Annual subaward to statutory partner, NDN Collective, to lead and coordinate TCGM outreach and technical support to Tribal Nations and urban and rural Indigenous communities across Region 5

EPA 000639

Project Summary Page

**Project Title**

Region 5 Great Lakes Thriving Communities Grantmaker Partnership (Great Lakes Partnership)

**Project Geographic Area-See Section I.D.4**

Regional Geographic Area #5 includes EPA Region 5 (IL, IN, MI, MN, OH, WI, and 35 tribes)

**Applicant Information (name, address, main contact information)**

The Minneapolis Foundation
800 IDS Center 80 S 8th Street
Minneapolis, MN 55402
R.T. Rybak, President and CEO

**Brief Description of Applicant Organization**

This proposed funding request is for $8 million for a project duration of 36-months to implement the Environmental Justice Thriving Communities Grantmaking Program (TCGM) in Region 5. The lead applicant, the Minneapolis Foundation (TMF), has a mission to drive collective action to realize strong, vibrant communities, and cultivate generosity by taking action on the greatest civic, social, and economic needs—partnering with nonprofits, facilitating grantmaking, driving research and advocacy, and providing services to donors seeking to make a difference in their communities. TMF hosts the Midwest Environmental Justice Network (TMF'S MWEJN Project) and the RE-AMP Network (TMF's RE-AMP project) and manages nearly $1.1 billion in assets and administers more than 1,000 charitable funds created by individuals, families, businesses, and nonprofits. More than $100 million in grants are distributed from these funds each year, including grants directed by TMF's staff and personal recommendations by active donor advisors. As the lead applicant, TMF will receive and manage the TCGM award and provide fiscal management and oversight, conduct overall sub-grant administration that includes managing the grants application, review, award, funds release, and reporting processes.

**Is your organization a qualifying Minority Serving Institution? (Yes/No) See Section III.A.**

No

**List of Community-based Nonprofit Partners (if applicable)**

- NDN Collective

**Project Abstract**

The Minneapolis Foundation (TMF), which hosts the Midwest Environmental Justice Network project and the RE-AMP Network project, will serve as the pass-through entity and grantmaker for the Great Lakes TCGM Partnership along one statutory partner, the NDN Collective.

EPA 000640

The Great Lakes Partnership is committed to managing and implementing the TCGM program in a way that builds the capacity and strength of grassroots environmental justice (EJ) organizations that work with disadvantaged communities. The Great Lakes Partnership will build on, and expand, its deep and broad set of relationships so those most impacted will guide, inform, and evaluate this program. The Great Lakes Partnership will work with a 10 independent consultants to constitute the Regional Community Advisory Committee (RAC) that will provide direction and oversight, support outreach and communications, and recommend the slate of sub-grants during each decision making period. RAC members will be composed of community-connected leaders that reflect the region's diverse geographies, ethnicities, races, languages, backgrounds, and identities.

Together with the RAC, and in collaboration with the U.S. Environmental Protection Agency (EPA), the National Grantmaker, Regional Thriving Communities Technical Assistance (TCTAC) programs, and other partners, the Great Lakes Partnership will refine its Request for Application materials for three distinct project tiers; coordinate and conduct comprehensive outreach to tribal, urban, rural, and remote areas in the region; coordinate and conduct training and technical assistance during the application process and through the sub-grant period; and oversee an ongoing reporting, evaluation, and quality assurance process in alignment with EPA requirements. The Great Lakes Partnership will make the sub-grant proposal process as easy and equitable as possible by streamlining the application process and providing one-on-one application assistance for those that do not have sufficient staff or organizational capacity or that face language, technology, or other barriers. Through these inclusive and collaborative processes, the Great Lakes Partnership will build skills and bolster the capacity for grassroots EJ groups and disadvantaged communities to effectively address their long-term and cumulative public health and environmental challenges, so all Region 5 residents can thrive in healthy, safe, resilient, sustainable communities.

## **Project Work Plan Narrative**

### **1.a.  Program Objectives**

The Great Lakes Partnership, composed of The Minneapolis Foundation (TMF) – which includes the Midwest EJ Network project and the RE-AMP project- and NDN Collective, is ideally positioned to lead the Great Lakes Partnership for Region 5. Collective strengths of this collaboration include:

- Long-standing working relationships between TMF and its RE-AMP and MWEJN projects. This collaboration brings unique and complementary capacities, relationships, and areas of expertise. Collectively, they have over 100 working relationships with Tribes and Indigenous-led, rural, remote, and urban grassroots organizations across the region.
- A track record for making grants to Tribes and environmental justice (EJ) CBOs across the six-state region and a knowledge of what works best for EJ organizations in terms of capacity to deliver projects and the need for project and program investment to realize valuable outcomes. The Great Lakes Partnership has the knowledge and experience to construct an efficient and accessible grantmaking process that meets federal guidelines and funds the most critical EJ work in Indigenous, rural, remote, and urban areas.

EPA 000641

- NDN Collective brings to the Great Lakes Partnership critical and deep experience in building the collective power of Indigenous peoples, communities, and Nations to exercise the inherent right to self-determination, while fostering a world that is built on a foundation of justice and equity for all people and the planet.

Since 2019, TMF has made more than 792 grants investing $23.25 million in local projects and organizations. Since 2016, TMF'S MWEJN Project regranted almost $3 million to more than 50 grassroots EJ organizations across the Midwest, and TMF'S RE-AMP Project made over $25 million in grants to more than 100 Midwestern organizations since its grantmaking program began in 2008. In 2021 alone, the NDN Foundation awarded 284 grants totaling $18,556,650 designed to drive Indigenous self-determination.

The Great Lakes Partnership's proposed grantmaking approach can be expeditiously performed due to its existing infrastructure. The grantmaking program will build upon best practices related to well-established, community-informed in-take and review processes developed by TMF'S MWEJN Project and NDN Collective and will adhere, generally, to TMF's grant round checklist. which is used to effectively and efficiently request proposals for its various grant programs. The Great Lakes Partnership's structure will be as follows:

<u>TMF</u> will receive the EPA funds, draw-down funds and disperse them to its statutory partner, sub awardees, and grantmaking recipients for tiers 1-3 of the TCGM program. TMF will house the Program Director who will be the point of contact for coordination with the EPA, Thriving Communities Technical Assistance Centers (TCTACs) and other governmental and nonprofit partners. The Program Director will facilitate, coordinate, and support Great Lakes Partnership representatives and project managers as well as the RAC. Also, the Program Director will oversee TMF's Program Officers and Grant Managers to ensure grant application and review processes align with EPA requirements and RAC guidance. TMF will conduct due diligence reviews of the grants recommended by the RAC and will make final approvals and disburse resources accordingly.

TMF also brings regional EJ expertise through its MWEJN and RE-AMP projects. Each of these projects brings a regional team of experts and advisors with significant experience working with rural, urban, and Indigenous grassroots organizations across Region 5 and beyond.

<u>Leadership from TMF (including its MWEJN and RE-AMP Projects) and the NDN Collective</u> will collaboratively oversee and monitor all aspects of program implementation, paying particular attention to compliance with EPA and federal requirements. Using a consensus decision-making model, this group will identify RAC members, participate in RAC meetings as non-voting participants, and oversee implementation of RAC decisions and recommendations. The leadership collaborative will also serve as decision makers for administrative decisions that need to be made on an immediate basis.

<u>The RAC</u> is a committee of paid consultants with deep roots in disadvantaged communities and expertise on a range of EJ issue areas. The RAC will help design the grantmaking process, grantmaking priorities, and communications and outreach strategies. The RAC will review all high-scoring proposals and make grantmaking recommendations to TMF and also recommend organizations for the non-competitive grants. The RAC will also help solicit and interpret community feedback and assist with evaluation and storytelling.

3

As explained below, RAC members will be asked to agree to a Conflict of Interest policy and will understand that the organizations they are affiliated with will not able to apply for Great Lakes Partnership grants and must apply through a national grantmaker.

During the first few months after the TCGM award, the Great Lakes Partnership will work with EPA staff, TCTACs, the Environmental and Water Finance Centers, Technical Assistance for Brownfields programs, other federal sub-grants programs, and the RAC to review and refine the grantmaking process. Processes will be designendnd to ensure TCGM resources are divided effectively across the following key Region 5 EJ constituencies over the three-year program period:

**Tribes and Indigenous groups and communities, including in rural, remote, and urban areas.** Goal: 30% of sub-grant dollars ($12 million), across all tiers. This includes approximately16 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [NDN Collective will lead communications, outreach, and support to this constituency.]

**Rural and remote EJ communities (with populations under 50,000).** Goal: 25% ($10 million) of sub-grant dollars across all tiers. This includes approximately14 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [TMF's RE-AMP Project will lead communications, outreach, and support to this constituency.]

**Urban EJ communities (with populations over 50,000).** Goal: 45% ($18 million) of sub-grant dollars. This includes approximately 24 non-competitive sub-grants for severely capacity-constrained eligible subrecipients [TMF's MWEJN Project will take the lead on communications and outreach for this constituency.]

The grantmaking program will be accessible and open to all eligible sub-recipients. per EPA requirements. The Great Lakes Partnership recognizes the important role that Tribes and community-based grassroots organizations play in advancing EJ efforts, especially in underserved communities across Region 5. For this reason, the Great Lakes partnership will strongly encourage and prioritize eligible applications from:

- Tribes (of any budget size) or CBOs that have budgets under $5 million
- CBOs that have fewer than 10 paid staff
- CBOs made up of, and accountable to, Tribes and Indigenous communities, Black and communities of color, low-income communities, or other marginalized groups (LGBTQIA+[1], those living with disabilities, the elderly, etc.) who are most directly impacted - and often overburdened - by environmental and public health issues. (Applicants will be asked to demonstrate that 51% or more of board and staff are from their community, they have processes in place to solicit community feedback, and they regularly report back to their communities.)

---

[1] Lesbian, Gay, Bisexual, Trans, Queer, Intersex, Aromantic/Asexual

EPA 000643

Prospective applicants will receive guidance on applying for the following grantmaking tiers. Following is an example of such guidance, but will be finalized with input from our RAC:

**Tier I competitive sub-grants** will be one-year awards of up to $150,000 that are open to all eligible applicants and prioritized for severely capacity constrained CBOs and "entry-level" applicants. Pending RAC approval, we will prioritize Tier 1 applicants that are:

- Tribal governments of any budget or staff size

- CBOs with a budget under $500,000 and 5 or fewer paid FTEs

- Eligible applicants that allocate at least 90% of the funds to a grassroots-led EJ project with a budget under $500,000.

These priority Tier 1 applicants will be eligible to receive fixed-amount awards that do not require cost accounting; the subrecipient receives payment upon completion of milestones.[2] Milestones will be developed for Tier 1 grants that align with EPA guidance and are informed by the RAC.

We expect Tier 1 applications will be accepted from Fall 2024-Summer 2026. These sub-grant awards will support assessment activities such as gathering information, interpreting and analyzing data, and understanding the environmental or public health problem in their community. Successful applicants will meet the following criteria:

- Confirm they work in disadvantaged communities as defined by the EPA
- Effectively demonstrate how the proposed project is informed by, and aligns with, community priorities and needs.
- Describe a compelling strategy, work plan, and budget for one or more of the following activities: research (that is incidental to the project design), sampling, testing, monitoring, investigating, surveying and studying, analyzing, mapping, and educating the public. Other activities that support the applicant's ability to examine and understand the problem will be considered.
- Propose an effective plan for tracking and measuring progress in achieving the expected project outcomes and outputs.
- Outline a realistic work plan for the grant period
- Propose a budget that aligns with the project design, grant period, and capacity needs.

**Tier II competitive sub-grants** will be variable awards of up to $250,000 for up to two-year grant periods. We expect that applications will be accepted from Fall 2024-Summer 2026. The awards will support planning activities for eligible entities who already have a strong understanding of their local environmental and/or public health issues and are ready to formulate a community-wide plan. Priority consideration will be given to:

- Tribal governments of any budget or staff size

- CBOs with a budget under $5 million

- Eligible applicants that allocate at least 90% of the funds to a grassroots-led EJ project with a budget under $5 million.

---

[2] In alignment with guidance on page 10 of the EPA Subaward Policy FAQ document found here: https://www.epa.gov/system/files/documents/2023-04/epa_subaward_policy_frequent_questions.pdf

EPA 000644

All applicants will be asked to:

- Effectively demonstrate how the proposed project is informed by, and aligns with, community priorities and needs.
- Describe a compelling strategy, work plan, and budget for one or more of the following eligible activities: planning, partnership-building, public outreach and education, coordination with community stakeholders to address environmental or public health issues, training activities for CBOs and/or community residents, projects and activities to spur community involvement (e.g., cleanups of vacant lots), or smaller land purchases and acquisitions that require less than half of the total amount of sub-grant funding (less than $125,000).  Other activities that support the applicant's ability to conduct planning or build partnerships will be considered.
- Demonstrate a strong partnership-building component to the proposed work plan, including (but not limited to) developing MOUs and partnership agreements.
- Propose an effective plan for tracking and measuring their progress in achieving the expected project outcomes and outputs.
- Propose a budget that aligns with the project design, grant period, and capacity needs.

**Tier III competitive sub-grants** will be variable awards of up to $350,000 for up to two-year sub-grant periods. We expect applications will be accepted from Fall 2024-Summer 2026. The awards will support the technical development of projects for eligible applicants who already have a strong understanding of their local environmental and/or public health issues and have developed a community-wide plan to address those issues. Priority consideration will be given to:

- Tribal governments of any budget or staff size

- CBOs with a budget under $5 million

- Eligible applicants that allocate at least 90% of the funds to a grassroots-led EJ project with a budget under $5 million.

All applicants will be asked to:
- Effectively demonstrate how the proposed project is informed by, and aligns with, community priorities and needs.
- Describe a compelling strategy, workplan, and budget for one or more of the following activities: project development; blueprints for construction or cleanup projects, schematics, and technical development; work to get permits to initiate the project; smaller land purchases and acquisitions that require less than half of the total amount of sub-grant money (less than $175,000), implementation of project plans, public outreach and education. Other activities that support project development will be considered.
- Demonstrate a strong partnership-building component to the proposed work plan including (but not limited to) developing MOUs and partnership agreements.
- Propose an effective plan for tracking and measuring their progress in achieving the expected project outcomes and outputs.
- Propose a budget that aligns with the project design, grant period, and capacity needs.

The Great Lakes Partnership will develop materials and supports that are specific to each tier of the grantmaking process. For example, for assessment and planning grants, RFA materials will emphasize the option for technical assistance for creation of the proposal, as well as for advice

EPA 000645

on how to structure the project. Technical assistance to support eligible applicants will be the primary role of TMF's MWEJN Project, TMF's RE-AMP Project, or the NDN Collective, depending on the constituency. In addition, the Great Lakes Partnership envisions more one-on-one support for Tier 1 applicants. Although the process for awarding grants will be generally similar among each tier, the RFA language and communication will be specific to each tier of the grant program.

TMF has a long history with grant giving, grant management, and reporting. Dedicated to effective grantmaking practices, TMF has staff capacity with the experience to manage all aspects of efficient grantmaking. As well, TMF has worked diligently in the past five years to make its grant giving process equitable and takes into consideration that some CBOs may not have the ample capacity. The Great Lakes Partnership will build on this experience to streamline the application and reporting process with subrecipients should changes in grant scope be necessary. The Great Lakes Partnership's process will significantly reduce the burden on applying entities as compared to the federal sub-grants process.

The announcement of the Region 5 grantmaking program, and in-take of applications, will begin on Fall 2024. Applications will be accepted on a rolling basis until the final deadline in 2026. Applicants will be able to submit applications when they are ready. All applications will be acknowledged within 24 hours by automated response. That notification will include the timeline for the decision. Application reviews will be conducted at specified points throughout the year in order to make a decision within 4 months for 80% of applicants, with no applicants having to wait more than 5 months from application to decision date. Sub-grant funds will be available to awardees within 2 weeks of the award date.

The Great Lakes Partnership will have a simplified online application portal and submission process (designed to work well on phones and tablets as well as computers). For those with limited internet connectivity, with technology challenges, or who prefer submitting in a different format, the Great Lakes Partnership will offer standardized opportunities to submit proposals through phone conversations or by video, by emailing the information via PDF, Word, or scanned format (with standardized questions that must be addressed).

TMF will have 2 FTE program officers to receive and review applications (with co-reviewers that are identified by statutory partners) through the portal or by email. The program officers will also be responsible for working with applicants who prefer to submit through a phone conversation.

Based on our past grantmaking experience, we expect the review process will take 6-8 weeks. As grants come in, the TMF review team will read and score the applications based on criteria and priorities laid out by the RAC. Top-scoring grants will be moved to the next round. The RAC will conduct a final review of top-scoring proposals and will recommend applications for funding. TMF will conduct due diligence and process grants. Applications that do not pass the due diligence reviews will be sent back to the Program Officers to work with applicants and resolve the issues identified.

Applications from priority applicants that do not receive sufficiently high scoring for funding will be connected to the relevant partner to work with the subrecipients to strengthen the project plan and application. A list of applicants who score less than 75 points will be sent to the RAC for review and approval. Unless those applications are flagged for re-assessment, the applicants

will receive a notice (within 8 - 10 weeks) that their application has been declined. The Program Officer will provide an explanation into that decision when possible. Below is the estimated timeline for grants disbursement. Please note that grants are front-loaded in the first two years so grantees that receive Tier 2 and Tier 3 grants have the full two-years to implement their Projects:

**Year 1 (anticipated Grant 2 period): Fall 2024-Summer 2025 .** Proposed grantmaking total is $17,450,000. Expect to award 84 sub-grants across all three tiers. Decisions will be made across 3 dates, likely to be in: Winter 2025; Spring 2025; and Summer/Fall 2025.) Award times will range between 2-4 months from receipt of application.

**Year 2 (anticipated Grant 2 period): Fall 2025-Summer 2026.** Proposed grantmaking total is $18,050,000. Expect to award 85 sub-grants across all three tiers. Decisions will be made across 3 dates, likely to be in: Fall 2025/Winter 2026; Spring 2026; and Summer 2026.)

**Year 3: (anticipated Grant 2 period): Fall 2026-Summer 2027** Proposed grantmaking total is $4,500,000. Expect to award 39 one-year sub-grants across Tiers I & II.  All sub-grant decisions will be made in Fall 2026 to allow for a final 12-month sub-grant period. Award times will range between 2-4 months from receipt of application.

As one of the oldest community foundations in the country, TMF has a strong track record of awarding and managing grants of diverse amounts and has a robust and effective grant management tracking system, a mature grant proposal and reporting online portal, and process and procedures in place to ensure timely review of grant applications and reports. GranteeView, used by many regional and national community and private foundations, offers a robust online system, for management of philanthropic grant and reporting processes. GranteeView will be used to track and manage grants provided via the Great Lakes Partnership grant program.

The Great Lakes Partnership will use the six feedback pathways described below to solicit input from subrecipients and prospective subrecipients, including those from underserved areas, across urban, rural and remote communities. The Great Lakes Partnership will use their feedback to make continuous improvements regarding the effectiveness of the pass-through entity and the sub-grant program:

1. The Program Director will meet weekly with the Great Lakes Partnership's designated staff and contractors to understand program successes and challenges. These meetings will be used to discuss and address key points that have arisen from conversations, meetings, and other outreach with subrecipients and prospective subrecipients.

2. The Program Director and the Great Lakes Partnerships' staff and contractors will proactively solicit, document, and report back input from meetings and conversations with the Regional Advisory Committee and other partners (including, but not limited to, those who have provided letters of support for this application) who are in touch with subrecipients, prospective subrecipients, partners, and members of underserved areas across Region 5.

3. A dedicated email, monitored consistently by the Program Director or delegated staff, will be set up to receive questions, suggestions, and complaints from subrecipients, prospective subrecipients, partners, and members of underserved areas across Region 5. An automated response to all emails will be provided within 24 hours, with personalized follow-up

EPA 000647

conducted as appropriate.

4. A website form, which will be sent to the dedicated email account noted above, will be set up to receive suggestions, questions, and complaints from subrecipients, prospective subrecipients, partners, and members of underserved areas across Region.

5. The reporting process for subrecipients will give sub-grant recipients regular opportunities to provide written and/or verbal feedback on the grantmaking process and will include a brief post-submission survey on applicants' satisfaction with, and recommendations for, the application process.

6. An annual Region 5 virtual town hall meeting (that participants can join by phone or zoom, will be recorded for future viewing, and will offer services for the hearing impaired and translation) will solicit feedback after the first 12-18 months after the start of the grantmaking.

The Program Director (in partnership with statutory partners' staff) will compile feedback from these six feedback pathways and present findings and recommended resolutions in weekly or biweekly meetings. As part of the standing meeting agendas, the Great Lakes Partnership will consider the recommendations and provide further guidance to the Program Director on when and how to take action to improve the efficiency and effectiveness of the pass-through entity and the grantmaking program.

The Great Lakes Partnership will work closely with the National Grantmaker, Region 5 TCTACs, EPA, and other resources to develop the application and other written materials in key languages spoken across the region, such as Anishinaabemowin/Ojibwe, Arabic, Bengali, Cantonese/Mandarin, Hmong, Spanish, etc.) The Great Lakes Partnership will also hire consultants to provide spoken and verbal translation services as needed (including during webinars, meetings, and to field questions.)

## 1.b. Outreach to Underserved, Urban, Rural, Remote, Tribal and Capacity Constrained Communities throughout the Geographic Area

Outreach and promotion within U.S. EPA Geographic Area #5 (Region 5) will be co-led by TMF and its MWEJN and RE-AMP Projects and the NDN Collective. Each team will ensure that all sub-grant application information is widely shared and is accessible across the geographic area.

In terms of project implementation, communications, outreach, technical assistance, and support to Region 5, constituencies will be distributed across the Great Lakes Partnership as follows: TMF'S MWEJN Project will take the lead for urban EJ applicants and sub-grant recipients; TMF's RE-AMP Project will take the lead for rural and remote EJ applicants and sub-recipients; and NDN Collective will take the lead for applicants and sub-recipients from Tribes and Indigenous populations living in rural, remote, and urban areas. Each partner will hire staff and contract with nonprofits, consultants, and/or other entities to:

- Conduct outreach and communications and provide technical assistance and support for applicants and sub-grant recipients. This includes ensuring:
  - materials and information are translated into all relevant languages and

9

      communications are accessible to those with audio-visual impairments and other accessibility challenges.
- information reaches the full range of disadvantaged communities, including those who have challenges with technology or internet service.
- applicants understand eligible activities under each tier and providing reasonable and appropriate guidance on budget development

- Facilitate processes for continuous feedback from prospective applicants, partners, applicants, and sub-grant recipients. Ensure their feedback informs ongoing improvements to sub-grantmaking processes to improve accessibility, ease, and effectiveness in achieving Great Lakes Partnership outcomes.
- Communicate success stories and share the impact of sub-grants.

## 1.c. Partnerships / Collaboration / Participatory Governance / Letters of Commitment

The Great Lakes Partnership has come together to ensure this entire process, from application through implementation and evaluation, is co-developed by partners with deep connections to their respective communities and constituencies. All statutory partners have experience with, and a commitment to, participatory governance.

Building on this experience, The Great Lakes Partnership will identify and invite 10 RAC members based on applications from a public recruitment process. RAC representation will seek to align with goals for small sub-grant distribution: 30% will identify as Indigenous or as a member of a Tribe, 20-30% will work in rural EJ communities, and 40-50% will work in urban EJ communities. In addition, the Great Lakes Partnership will seek representation that spans, as equitably as possible, the 6 region 5 states and the 35 Tribes; across racial and ethnic groups in the region (African American, Latinx, Asian American, Middle Eastern, etc.); and with a broad range of issue-area expertise (including air quality, toxics, brownfields redevelopment, water quality, drinking water access, green jobs and workforce development, etc.) In addition, the Great Lakes Partnership will also seek to include representation across gender identities, LGBTQIA+ status, and differing abilities.

RAC members will be considered individuals consultants. Their contracts will include a scope of work as well as a Conflict of Interest Policy (that will be developed to address actual or perceived conflicts). They will also be asked to sign confirmation that any eligible entity they have a financial connection to must apply to the National Grantmaker and not the Region 5 Great Lakes Partnership. RAC members will be expected to spend 70 hours a year (averaging 5 hours a month) on this project, for which they will be paid a standard hourly contractor's rate that will be no more than $9,300 per year, including travel expenses.

The RAC will spend the first portion of Year 1 providing recommendations for the sub-grants application process and finalizing grantmaking processes, including decision-making criteria and reporting requirements. The RAC will also guide and inform plans regarding communications, outreach, and technical assistance. Members will help identify non-competitive fixed-amount grant recipients and provide the final approval for each round of grantmaking (3-4 rounds per year), per recommendations of the review team (representatives of each Great Lakes Partnership partner). In Years 2 and 3, the RAC will help interpret reporting data and information to help assess cumulative benefits and impact to the region. They will also help tell success stories from this new grantmaking approach.

EPA 000649

During the planning process, the Great Lakes Partnership conducted outreach to more than 25 Tribal governments, Tribal colleges, and Native-led nonprofit organizations across Region 5, as well as over 40 Black, Indigenous, and People of Color (BIPOC)-led environmental organizations. In addition to the three letters of support from the Statutory Partners, the Great Lakes Partnership received over 30 letters of support from regional foundations that focus on EJ issues; environmental organizations across the region; tribal universities; organizations focused on Native sovereignty and EJ; and organizations with expertise at the intersection of the environment and underserved communities.

## 1.d. Applicant's Historical Connection to Underserved Communities throughout the Geographic Area

The Great Lakes Partnership includes values-aligned institutions and networks working together to ensure that grassroots EJ organizations have the resources to effectively organize their communities to address environmental issues and to participate in local, state, regional, and federal policy development.

Advancing equity is at the heart of TMF's mission, and the organization has a 108-year track record of investing in historically underserved communities in the Twin Cities region. In addition to grants recommended by its donors, TMF's competitive grantmaking programs infuse millions of dollars every year into local organizations that serve and are led by communities of color. Since 2019 alone, five of these equity-focused grant programs— Racial and Economic Justice grants, Reimagine Education grants, OneMPLS Fund, Fund for Safe Communities, and Climate Action and Racial Equity Fund—have made 792 grants investing $23.25 million in local projects and organizations.

All of these grantee partners serve BIPOC communities, and more than 70% of them do so as a primary focus. Where TMF collects this information, it knows that more than 60% of grantee organizations are BIPOC-led and over 50% are women-led. In addition to articulating TMF's commitment to equity, the Strategic Framework that guides their work calls on TMF to invest in community-guided solutions, and the grantmaking process reflects that value. For example, review committees for these programs often include community members as well as Foundation staff. In fiscal year 2022 alone, more than 50 community members were involved in reviewing applications for these grant programs.

As part of the process in conceiving this project, TMF surveyed 63 Tribal contacts, representing Tribes, Tribal colleges, and Tribal nonprofits across Region 5. Responses came from Michigan (MI), Minnesota (MN), Ohio (OH), and Wisconsin (WI). The survey showed that the 10 most critical environmental issues facing Native communities were safe drinking water; hunting, gathering, and fishing rights; treaties and tribal sovereignty; water erosion of lakes and streams; contamination of food supplies; jurisdiction authority; landfills and dumps; air quality; developers and polluters; and mining, extraction, and mineral rights.

TMF'S MWEJN Project's work is based on the belief that every community has a right to a healthy environment in which all residents can live, learn, work, pray, and play. TMF'S MWEJN Project believes that in order to reverse the long history of government and industry

EPA 000650

decision-making that has led to environmental racism and inequality, EJ communities must be placed at the center of environmental efforts. Since 2016, TMF'S MWEJN Project distributed nearly $3 million in regrants to grassroots EJ partners across the Midwest. The majority (75%) of grants are awarded in the six states making up Region 5. TMF'S MWEJN Project has 45 multi-year regranting partnerships in Region 5, broken down as follows: 10 Tribes and Indigenous-led organizations, 15 groups based in MI, 7 groups based in MN, 6 groups based in IL, 3 groups based in WI, 3 groups based in OH, and 1 group based in Indiana (IN).

TMF'S MWEJN Project has additional working relationships in Region 5 beyond its grant partners, including other grassroots EJ organizations, non-community based nonprofit partners, academic institutions, and philanthropic partners. At least 25% of each year's grants go to Tribal governments or Native-led nonprofit organizations. TMF'S MWEJN Project prioritizes renewals: prior year grantees have always been included in the subsequent grantmaking round. TMF'S MWEJN Project aims to balance resources across the region, trying to ensure that funding reaches every state.

Every two years, TMF'S MWEJN Project conducts a Request for Information (RFI) process to identify new grassroots EJ organizations and to identify and understand the region's priorities and needs. Data from these efforts show that:

- 76% of grassroots EJ CBOs in the Midwest have budget sizes below $500,000, with 44% falling under $100,000.
- While grassroots EJ CBOs are generally created to address hyper-local issues, 83% of survey respondents also participate in networks and coalitions at the state level, with over 50% operating in multi-state and/or national networks and coalitions.
- There is a concentration of grassroots EJ CBOs operating in MI, MN, and IL- primarily in urban areas. IN, OH, and WI are home to fewer grassroots EJ CBOs .
- Across all types of EJ communities, the reported top four priority EJ issues in the Midwest are consistently: Water (affordability, protection, and conservation); Food (access and affordability); Public Health (particularly related to asthma, diabetes, and Covid-19), and Jobs/Economy. Air Quality, Energy, and Climate issues are also key areas of importance.
- Tribes and grassroots EJ CBOs are paying close attention to emerging issues related to carbon capture proposals, oil and gas pipeline developments, and PFAS (per- and polyfluoroalkyl substances) contamination. There is also a strong interest in community solar installations and programs.

TMF'S MWEJN Project uses the information and trends from the RFI data to develop responsive regranting and capacity building programs. In response to RFI data and community feedback, TMF'S MWEJN Project has provided partners with funding for IT-related purchases as well as IT coaching and training opportunities. TMF'S MWEJN Project has also offered virtual trainings to develop fundraising skills and to build other areas of staff capacity. It also convened regional grassroots EJ partners to discuss needs and priorities related to energy democracy.

TMF'S RE-AMP Project has done extensive work building capacity and funding efforts in rural Midwestern communities on clean energy, air and water quality, and energy efficiency. As an intermediary grantmaker, TMF'S RE-AMP Project has funded rural wind siting dialogs to help rural communities engage in productive processes to site new clean energy, funded community

EPA 000651

based organizations to work with rural electric co-ops in North Dakota and downstate IL to help transition to clean energy, and funded relationship building and storytelling in rural communities in IL, MI, MN, and WI to help reduce air and water pollution from confined animal feeding operations.

NDN Collective is an Indigenous-led organization dedicated to building Indigenous power. Through organizing, activism, philanthropy, grantmaking, capacity-building and narrative change, it is creating sustainable solutions on Indigenous terms. The NDN Foundation is an international grantmaking body that is dramatically increasing the share of unrestricted philanthropic dollars invested in Indigenous changemakers and Indigenous-led organizations working to defend, develop, and decolonize Indigenous Peoples, communities, and Nations. In 2021, NDN Foundation awarded 284 grants totaling $18,556,650. NDN Foundation funding is designed to drive Indigenous self-determination. NDN Collective utilizes a trust-based model, and invest in Indigenous Leadership, Governance, and Accountability, and provides support beyond the dollars, including Technical Assistance, Peer Communities, Funder Introductions, Learning and Evaluation, Cultural Awareness across programming, and Application Support Services

## 1.e. Noncompetitive Fixed Amount Subawards and Limiting number of subawards to a single entity

**Tier I Noncompetitive Sub-grants** will be up to one-year, fixed-amount awards of $75,000 for severely capacity constrained CBOs. The sub-grants will support the initial steps to address specific issues impacting them locally by conducting assessments of environmental and public health concerns. The Great Lakes Partnership estimates that it will provide 54 noncompetitive fixed award sub-grants across the three years of the program. This number will be adjusted based on the number of requests. These fixed amount awards will be recommended by the lead Statutory Partners for each constituency (as described above) and approved by the RAC. Great Lakes Partnership will aim for the following breakdown:

- 16 sub-grants (30%) to tribes and Indigenous groups and communities, including in rural, remote, and urban areas
- 14 (25%) in rural and remote EJ communities (with populations under 50,000)
- 24 (45%) in urban EJ communities (with populations over 50,000)

Statutory Partners will identify and recommend noncompetitive subrecipients for fixed-amount awards, taking care to ensure resources are spread across all 6 states in region 5, based on the following criteria:

1. The applicant is a Tribal government of any budget or staff size that covers a disadvantaged community that has faced serious natural or man-made disasters over the last 3 years. Applicants will be asked to describe how their community's disaster fits into the definition offered by Dr. Joseph Zibulewsky for Baylor University's Medical Center: "Among the natural disasters are earthquakes, volcanoes, hurricanes, floods, and fires. Among the man-made disasters are war, pollution, nuclear explosions, fires, hazardous materials exposures, explosions, and transportation accidents".[3]

---

[3] Zibulewsky, Joseph. "Defining disaster: the emergency department perspective." Proc (Bayl Univ Med Cent). 2001

EPA 000652

2. OR CBOs with a budget under $250,000, OR a fiscal sponsor that will allocate at least 90% of the sub-grant funds to a grassroots-led EJ project with a budget under $250,000 OR CBOs formed in the past 3 years

Eligible activities of work and how funded: Selected awardees will be able to develop a work plan that includes a mix-and-match approach from a menu of options that total $75,000 and could include:

- Salary or contractual support to launch the specific environmental or public health issue identified in Question 2b above, with associated overhead and project costs. Work could include conducting investigations, sampling, and other evidence gathering and learning. Amount allocated dependent on need; funded according to pay period schedule.
- Air quality monitoring (a fixed amount – to be determined- that is paid for each air quality monitor -maximum of 4- that is cited, established, and covered by a monitoring plan.)
- Research, sampling, investigation, surveys and studies: Paid per milestones, such as: 50% for up front expenses, 25% upon completion of data collection and analysis, 25% for final report completion.
- Public education: Lump sum payment (amount to be determined) in advance of each scheduled in-person community meeting or teach-in (maximum of 3) focused on educating residents on high priority environmental or public health issues (covers meeting expenses, AV, translators, and staffing costs.)
- Public education: Lump sum payment (amount to be determined) paid in advance of each scheduled in-person community meeting or teach-in (maximum of 5) focused on educating residents on high priority environmental or public health issues (could include venue rental and seating/tables, audio visual supports, translators, food, childcare expenses, transportation, staffing costs, and other related expenses.)
- Volunteer, member, or resident trainings. Lump sum payment (amount to be determined) in advance of each scheduled training activity with at least 10 participants (maximum of 5 trainings.)
- Other specific activities and milestones as approved by our EPA Program Officer and the RAC.

To limit the number of fixed-amount sub-grants a single entity may receive during the three-year program period, the Great Lakes Partnership proposes to limit the number of awards to two, unless there are compelling extenuating circumstances that are reviewed and approved by the RAC. the following guidelines to limit the number of Great Lakes Partnership sub-grants that a single entity may receive during the three-year program period.

So as not to disqualify fiscal sponsors that are supporting multiple projects, we will ask applicants of more than two fixed amount awards to demonstrate their multiple applications are for different grassroots projects (e.g., they do not include the same key project staff). In this way, only a limited number of single entities will receive fixed award sub-grants during the

Apr; 14(2): 144–149. doi: 10.1080/08998280.2001.11927751
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1291330/#:~:text=Among%20the%20natural%20disasters%20are,%2C%20explosions%2C%20and%20transportation%20accidents.

EPA 000653

program period and few, if any, will receive more than two awards.

## 1.f. Project Linkages

TCGM activities support and advance EPAs Objective 2.1 Long Term Performance Goals. The Great Lakes Partnership will work with both region 5 TCTACs to ensure communities with EJ concerns have access to capacity building resources so that they can meaningfully engage and provide useful feedback to EPA. Subrecipients of region 5 will be connected with the region 5 TCTACs as well as solicited for their feedback through the reporting process. Additionally, any feedback from community based organizations regarding barriers to engaging with EPA will be shared as part of regular meetings with EPA staff.

## 2.a. Schedule of Activities

Based on previous grant program activities and other opportunities that involve multiple partners, grant applications, community input, communications and outreach, and evaluation, TMF, along with partners, propose the following schedule of activities and timeframes. TMF will use the activities and timeframe for all three tiers of the project, will include a robust technical assistance and one-on-one communication with applicants to assess readiness and to recommend to the applicant what tier is most appropriate for which to apply, and will be repeated over the three-year project period.

| Activity & Description | Scheduled & Estimated Completion | Activity Owner |
|---|---|---|
| **Collaborative Planning and Preparation:**<br>• In-person meeting to build trust & relationships and confirm shared goals and outcomes<br>• Confirm Partnership Agreement, develop MOUs, and outline roles, responsibilities, and accountability<br>• Confirm statutory partner representatives, Program Manager, and other key staff<br>• Create an assessment rubric for sub-grant applications<br>• Create planning document outlining sub-grant process, timeline, and criteria for assessment of proposals | April-September 2024 | TMF with support of Collaborative Partners (TMF'S MWEJN Project, NDN Collective, & TMF'S RE-AMP Project) - *(In-house, no consultants will be used)* |

EPA 000654

| | | |
|---|---|---|
| **Develop online application platform for applications & reporting**:<br>• Select online portal (researching 3 online platforms, not at bidding process yet)<br>• Integrate system with existing TMF processes<br>• Develop application & reporting requirements in alignment with EPA requirements and to reduce applicant<br>• Integrate evaluation & feedback surveys as part of application process | April-July 2024 | TMF with support of Collaborative Partners |
| **Train Statutory Partners** on EPA grant requirements & application portal (QAPPs, Financial recordkeeping, Procurement, etc.) | May - September 2024 | TMF with support from EPA & National TCGM |
| **Identify & Recruit 10 RAC Members:** RAC members will be individual consultants with the experience, skills, and expertise to advise the TCGM program. Collaborative Partners will collectively review and select RAC consultants so that:<br><br>• There is at least one representative from each state<br>• 30% (3-4) identify as Native American or Indigenous,<br>• 20-30% (2-3) will represent & be based in rural EJ communities<br>• 40-50% (4-5) will represent and be based in urban EJ communities. | May-July 2024 | The Collaborative (TMF & NDN Collective) |
| **RAC team-building** to ensure a culture of trust, respect, and shared goals & outcomes<br>• Activities and time to connect on a personal level<br>• Time to ensure shared understanding of process, goals, & outcomes<br>• Plan for addressing conflict/disagreements | July 2024 - March 2027 | TMF with support from Collaborative Partners |
| **Review and finalize TCGM grantmaking goals and process,** including:<br>• Target grant allocation to Native, rural/remote, & urban EJ communities<br>• Eligibility criteria<br>• Reporting requirements | July-September 2024 | The Collaborative with guidance from the Regional Advisory Committee (RAC) |

16

| | | |
|---|---|---|
| **Review and finalize application process and materials:**<br>• Application questions, format, and distribution methods<br>• Application review rubric | July-September 2024 | The Collaborative with guidance from the RAC |
| **Develop communications plan and materials,** including<br>• Plan for outreach to Native (rural & urban), urban, rural, & remote disadvantaged communities across Region 5<br>• Request for Application plan and materials<br>• Website<br>• Write RFA<br>    Create Q&A and supporting materials; translate | May-July 2024 | The Collaborative with input from the RAC and guidance from EPA and National TCGM |
| **Train RAC members on grant review:**<br>• How to review grant recommendations<br>• How to use rubric<br>• Process for approving grants<br>• How to address conflict | July - September 2024 | TMF with input and support from Collaborative Partners and National TCGM |
| **Soliciting Feedback:**<br>• Website form<br>• Surveys as part of application process<br>• Region 5 virtual town hall meeting that solicits feedback after the first 12-18 months of the start of grantmaking. | Fall 2025 - Fall 2026 | Partnership with support from the RAC |
| **Rolling Application Submission Process:**<br>-Begin accepting applications on a rolling basis | Fall 2024-Fall 2026 | TMF |
| **Outreach to Native (urban & rural), rural, remote, & urban disadvantaged communities** | April 2024-Fall 2026 | Collaborative Partners |
| **Technical Assistance with Application Portal and Submitting Materials**<br>-Release RFA on TCGM and partner websites | Fall 2024-Fall 2026 | TMF |
| **Technical Assistance with Proposal Development:** Partners will provide technical assistance to grantees during the open application period.<br>-Outreach from partners to potential grantees<br>-Meetings with potential grantees as needed | Fall 2024-Fall 2026 | Collaborative Partners |

17

EPA 000656

| | | |
|---|---|---|
| -Provide guidance on how to choose which Tier to apply for and how to develop a budget that reflects that workplan and timeline | | |
| **Rolling Application Review:** Review all applications and assess needs along with available sub-grant funds. -TMF Grants Management/Admin, with possible consulting support, review and code proposals using scoring rubric to assess need and capacity | July 2024-July 2026 | TMF |
| **Grant Decision-Making -** <br> -RAC will make decisions at regular intervals so there is no more than a 5-month turnaround time from application receipt to award date. <br> -decisions will be based on grantmaking criteria and priorities (e.g., ensuring that 30% of funds go to Native American or Indigenous communities, 25% to rural EJ communities, and 45% to urban EJ communities) | Fall 2024-Fall 2026 | RAC |
| **Grant Monitoring:** <br> • Sub-Grants will originate from TMF and be monitored quarterly by foundation Program Officers. <br> • Monitoring and progress will be assessed using evaluation tool <br> • Grants monitoring will include financial reviews, ensuring subrecipients abide by EPA subaward policies, as well as progress on proposed work | July 2024-June 2027 | TMF with Collaborative Partners |
| **Performance Management and Reporting:** <br> • TMF will compile and report out on information collected from its Program Officers and from Collaborative partners: <br> • TMF Program Officers will monitor sub-grant projects and collect data on progress, challenges, and successes. <br> • TMF Program Officers will conduct periodic virtual/phone check-ins with subrecipients <br> • TMF will submit quarterly progress reports to the EPA <br> • TMF will submit Final Report to the EPA when project is completed | July 2024-June 2027 | TMF |

18

EPA 000657

| | | |
|---|---|---|
| **Continuous Learning Activities:** Building in time for reflection and review during regular meetings (of the Collaborative, RAC, and with the EPA & National TCGM) will provide the opportunity for all to learn and make adjustments to grant processes, performance, successes, and refinement of RFA and outreach | Summer 2024-Summer 2027 | The Partnership & RAC |
| Estimated First-Year Sub-Grant Decisions ($17,450,000), 84 Grants projected<br>• Phase 1, noncompetitive = 18 grants of $75k (total $1.3 million)<br>• Phase 1, competitive = 20 grants of $150,000, (total $3m)<br>• Phase 2 = 26 grants of $250,000 ($6.5m)<br>• Phase 3 = 19 grants of $350,000 ($6.65m) | Winter 2025 Spring 2025 Summer/Fall 2025 | RAC with support from Partnership |
| Second-Year Sub-Grant Decisions ($18,050,000): 85 grants projected:<br>• Phase 1, noncompetitive =18 grants of $75k (total $1.3 million)<br>• Phase 1, noncompetitive = 20 grants of $150,000, (total $3m)<br>• Phase 2 = 27 grants of $250,000 ($6.75m)<br>• Phase 3 = 20 grants of $350,000 ($7m) | Fall 2025/ Winter 2026 Spring 2026 Summer 2026 | RAC with support from Partnership |
| Third-Year Sub-Grant Decisions ($4,500,000): 39 grants projected:<br>• Phase 1, noncompetitive  = 18 grants of $75k (total $1.35 million)<br>• Phase 2, noncompetitive = 21 grants of $150,000, (total $3.15m) | Fall 2026 | RAC with support from Partnership |

**2.b. Detailed Itemized Budget Sheet, Budget Narrative, and Cost Effectiveness of Budget/Project**

Below is the budget summary for the three year grant period totaling $8 million.

EPA 000658

| Expense | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Personnel | 1,070,763.00 | 1,183,731.00 | 704,874.00 |
| Fringe Benefits | $321,229.00 | $355,119.00 | $211,462.00 |
| Travel | $57,567.00 | $57,567.00 | $57,567.00 |
| Supplies | $30,360.00 | $5,000.00 | $5,000.00 |
| Contractual | $633,902.00 | $537,573.00 | $407,367.00 |
| Subawards: NDN Collective (Statutory Partner) | $600,000.00 | $600,000.00 | $600,000.00 |
| Indirect | $206,699.00 | $204,735.00 | $149,485.00 |
| **Total** | **$2,920,520.00** | **$2,943,725.00** | **$2,135,755.00** |

The Program Director will be responsible for budget management and will work closely with statutory partners to ensure responsible budget management and proper expenditures.

### 3.a. Environmental Justice Results- Outputs/ Outcomes

Great Lakes Partnership's goal is to help transform disadvantaged and underserved communities into healthy, thriving communities capable of addressing the environmental and public health challenges they have historically faced, as well as current and future challenges.

The Great Lakes Partnership will hold itself accountable to this goal by tracking, measuring, and reporting on progress (to the EPA and the broader public) on a regular basis. The proposed Outputs and Outcomes will be reviewed and finalized with guidance from the RAC. Then, the Program Director will work with the Great Lakes Partnerships' staff and contractors to collect, analyze, and report out the following data to the Great Lakes Partnership, Regional Advisory Committee, EPA, and general public to ensure full transparency:

**Outputs**

The number of outreach activities conducted monthly, and the number of individuals reached, broken down by:

- Type of outreach (calls, meetings, presentations, mailers, emails, social media, etc.)
- Type of content (Pre-application announcement, technical assistance, reporting, etc.)
- Focus community (Tribal reservation, remote and rural, urban)
- Geographic focus (Tribe, regional, state, county)
- Type of organization hosting, as applicable (locally-based organization, statewide organization, regional organization)
- Language (Anishinaabemowin/Ojibwe, Arabic, Bengali, Cantonese/Mandarin, Hmong, Spanish, etc.)

20

- The number of applications received and the number of sub-grants made annually, broken down by:
  - Eligible vs ineligible applicants
  - Type of organization (locally-based organization, statewide organization, regional organization)
  - Tier (I, II, & III)
  - Geographic distribution (6 States & 35 Tribes in Region 5)
  - Community type (Tribal reservation, remote and rural, urban)
  - Issue areas addressed (air quality, food access, housing and infrastructure, land/soil conservation, public health, water quality and access )
  - Strategies employed (clean-ups & restoration, education, emergency preparedness and disaster resiliency, monitoring & testing, pilot project, planning and partnership building, reducing greenhouse gas emissions, research, training)
  - Community status according to the Climate and Economic Justice Screening Tool
- The number of emails and feedback forms received monthly with a summary of key adjustments made to the sub-grant process
- Applicant satisfaction with process. Average time from application receipt to award.
- The various project deliverables from sub awardees, such as:
  - Number of community residents that participated in education programs (across a range of key issue areas)
  - Number of community residents trained on testing and monitoring for air, soil, and water quality
  - Number of air, water, or soil monitors established
  - Number of communities that have collected baseline data for air quality, water quality, soil quality, greenhouse gas emissions, or public health
  - Number of land acres, river/waterfront miles, or wetland areas protected, restored, or cleaned up
  - Number of new collaborations and partnerships working to improve environmental quality and public health in disadvantaged communities
  - Number of homes that were improved due to weatherization measures, lead abatement practices, or improved plumbing and service line access
  - Number of sub-grant projects that have been highlighted in the media (news sites, journals, etc.)
  - Number of pounds of local food harvested and distributed locally to reduce vehicle miles traveled

**Outcomes**

The following outcomes will be tracked through written reports and documented reporting conversations with sub awardees. The outcomes will be tracked and reported annually by:

Short-Term Outcomes (during project period)

- Increase in number of disadvantaged community residents that have knowledge and skills about engaging in to key EJ, public health, and/or climate change issues in their communities

21

- Increase in the number of disadvantaged community residents who have access to reliable data (across air, soil, water quality, greenhouse gas emissions, public health, etc.)
- Increase in number of disadvantaged community residents who have greater access to cleaner land, river/waterfront, wetlands, etc.
- Increase in new grassroot-led collaborations and partnerships working to improve environmental quality and public health in disadvantaged communities

Intermediate (changes in behaviors and actions due to the knowledge acquired and usually measured several months after project completion)

- Increase in number of communities that have the capacity to collect, analyze, and share data related air quality, water quality, soil quality, drinking water affordability, greenhouse gas emissions, or public health
- Reduced public exposure to toxins and pollutants from areas that were restored or cleaned up
- Increased number of community residents who are able to stay in their homes because of reduced energy burden from healthier homes that are energy/ water efficient
- Increased number of jobs in disadvantaged communities that focus on reducing greenhouse gas emissions and other air pollutants
- Number of new local food producers and points of access in disadvantaged communities enabling a reduction in vehicles miles traveled
- Increase in the number of CBOs (partners, contractors, sub awardees) with increased capacity in terms of funding, staff, and skills emerging from these sub-grants

Long-Term Outcomes (changes in conditions and are measure a year or several years after project completion)

- Increase in the number of CBOs (partners, contractors, sub awardees) with the skills, networks, and capacity to inform local environmental and public health decisions.
- Increase in access to healthy and affordable drinking water
- Reduced cumulative impacts on disadvantaged communities due to improvements in local policies, permits, siting, and other decisions that are informed by community-led data and analysis
- Improved resiliency in disadvantaged communities as related to climate impacts such as urban heat island effects and flooding
- Reduced public exposures from toxics, pollution, and pesticide usage from areas that were protected, restored, or cleaned up
- Improved health outcomes from improved access to healthy foods
- Improved respiratory disease and heart disease rates due to improvements in air quality
- Reduced lead exposures from paint, plumbing, and pipelines (related to homes, childcare facilities, schools, etc.)
- Increased public recreational use of areas that were protected, restored, or cleaned up
- Improved wildlife habitat conditions in areas that were protected, restored, or cleaned up
- Stabilizing of communities: residents are better able to afford to stay in their homes as homes become healthier, more energy and water efficient, have improved air quality and water, and access to high quality, affordable and good food, all while staving off

EPA 000661

gentrification

## 4.a. Organizational experience (of the applying organization)

Established in 1915, TMF is one of the nation's oldest and largest community foundations. TMF manages nearly $1.1 billion in assets, and administers more than 1,000 charitable funds created by individuals, families, businesses, and nonprofits. More than $100 million in grants are distributed from these funds each year, including grants directed by TMF's staff, personally recommended by active donor advisors, or in accordance with the legacy or beneficiary wishes of donors. TMF strives to join with others to strengthen the community, in measurable and sustainable ways, for the benefit of all citizens, especially those who are disadvantaged. TMF has an operating budget of $9.2 million and has 53 FTEs.

TMF has been making grants in the metro area community of Minneapolis/St. Paul, as well as regionally, for over 100 years. As a community foundation, grants have consistently been targeted to BIPOC and underserved neighborhoods. Using strategic levers such as grantmaking, impact investing, advocacy, and convening TMF has developed deep relationships and partnerships with community organizations that enable it to be proximate to community, ensuring its work is community-led and informed.

TMF's approach to grantmaking flows from the insights gained in building their new Strategic Framework – a process of deep listening and co-creation with its community. The Foundation strives to invest in community-led systems change, tackling problems at their roots by uplifting the voices, ideas, and leadership of those most affected by injustice and racism. As a result, TMF re-visioned its grant programs to offer funding opportunities that are more frequent, more streamlined, and more responsive to emerging needs.

## 4.b. Staff Experience / Qualifications

R. T. Rybak, TMF's President and CEO, spent 12 years as mayor of Minneapolis where he merged the city's planning and economic development functions into a single department that focused more directly on small business, including launching the Great Streets commercial corridor restoration plan and a partnership with the African Development Center that created a new loan strategy that created access for business owners of the Islamic faith.  Other major projects he led along these corridors were the Midtown Exchange, Midtown Global Market, Plaza Verde and relocation of the Minneapolis School District headquarters to West Broadway. Previously he was Economic Development Director for the Minneapolis Downtown Council, economic development reporter for the Minneapolis Star Tribune, a licensed economic development consultant at Eberhardt Co. and a Senior Fellow for Economic Development at the national foundation consortium Living Cities. Rybak was a founding board member and is current chair of Destination Medical Center, the state's $4.5 billion economic development initiative in Rochester, MN.

Jo-Anne Stately, TMF's Senior Director of Impact Strategies, focuses on workforce development, job creation, support for BIPOC businesses, housing, and family financial security. A member of TMF's team since 2009, Jo-Anne has more than 30 years of experience in philanthropy. An enrolled member of the Minnesota Chippewa Tribe and citizen of the White Earth Nation, she has served as the past chair of Native American in Philanthropy, Minneapolis

23

EPA 000662

American Indian Center, Little Earth of United Tribes Housing, Minnesota Indian AIDS Task Force, American Indian Cancer Foundation, Native American Community Clinic, and the Two Feathers Endowment. She holds a B.A. in sociology.

Jumana Vasi, proposed Program Director, assists nonprofits and foundations in EJ strategies and outreach, program planning and evaluation, research and survey analysis, water policy and advocacy, and implementing diversity, equity, and inclusion strategies. Jumana's long-term projects include managing the Small Grants program for the Midwest EJ Network, providing water policy support to We the People of Detroit, and supporting the National Audubon's Society's Equity, Diversity, Inclusion, and Belonging efforts. Previously, Jumana managed the $5 million Great Lakes grantmaking portfolio at the C.S. Mott Foundation. She also led resource development efforts at two neighborhood-based organizations in Chicago. Jumana has supported participatory grantmaking through her work with the Midwest EJ Network, and on the Steering Committee for the Fund to Build Grassroots Power (a national participatory grantmaking fund), and with the Franciscan Sisters of Mary as they transitioned their funding to a community-led process. Jumana currently is Chair of River Network's Board of Directors, is a member-at-large of the National Center for Healthy Housing's Board of Directors.


Eartha Borer-Bell, Director, TMF's Midwest Environmental Justice Network **Project**), has worked,  for over a decade, in arts and environmental organizations in Minnesota's Twin Cities, and across the Midwest, to create a more just and equitable community. Eartha is currently the Director of the Midwest Environmental Justice Network, a grassroots, women-of-color-led organization that convenes and strengthens EJ groups across twelve midwestern states. Eartha is also the Founding Director of Frogtown Farm, a 5.5-acre regenerative urban farm, where she led a community process to design, build, and program a thriving space for community healing and connectedness. She has also built a strategy consultancy for non-profits, foundations, and social enterprises focused on the intersection of social justice, food, agriculture, health, and environment. Eartha graduated with a B.A. in Art History & Environmental Studies from Macalester College and an
M.B.A. from the University of Minnesota.

Melissa Gavin, TMF'S RE-AMP Project's Chief Executive Officer, is responsible for overseeing all programs and operations of the TMF'S RE-AMP Project Network, and guiding the Network toward its North Star goal of equitably eliminating greenhouse gas emission in the Midwest by 2050.  Previous to becoming Chief Executive Officer for the TMF'S RE-AMP Project Network, Melissa served as co-director for the
RE-AMP Organizing Hub, which has a mission of boosting campaign excellence in the RE-AMP Project Network. Through her work in the Organizing Hub, she was focused on helping climate advocates in the Midwest take a thoughtful, systems level approach to climate campaigns through campaign planning and power analysis. Melissa also previously served as the Executive Director of the State Environmental Leadership Program (SELP), a national network of environmental advocacy organizations seeking to help its members become smarter, more powerful and better run so they could be even better advocates for the environment.  She holds a Master of Public Affairs degree with a focus on nonprofit management from the University of Wisconsin-Madison and a Bachelor's degree in Environmental Studies from Florida International University in Miami, Florida.

EPA 000663

<u>Sarah Shanahan, Director of Community Management</u>, is responsible for fostering a healthy ecosystem within the TMF'S RE-AMP Project Network including managing the Network's membership services and facilitating connections in the Network. Sarah lives in rural Wisconsin.

<u>Gaby Strong, NDN Foundation Managing Director,</u> is an enrolled citizen of the Sisseton-Wahpeton/Mdewakanton Dakota Oyate. She brings over 35 years of experience in the tribal, nonprofit, and philanthropic sectors. Her professional work includes serving as a program officer for the Margaret A. Cargill Philanthropies in the Arts & Cultures domain, serving as technical assistance specialist with the Education Development Center, advising tribes, schools, and communities with federal funding streams, serving as tribal administrator for Lower Sioux Indian Community, and as program officer with the Grotto Foundation, where she administered key initiatives, including the Native Language Revitalization Initiative and American Indian Family Empowerment Program.

Gaby holds a Bachelor of Arts in Sociology, Education minor from Macalester College and a Masters of Social Work, Human Service Management from the University of Minnesota. She is a graduate of The Red School House, one of the original American Indian Movement (AIM) Survival Schools. She is an Honorary Board member for the Ain Dah Yung (Our Home) Center, the Board Chair for Dakota Wicohan, and also serves as a Board Member for the Grantmakers in the Arts. Gaby's community and professional experience has centered on Indian education, Indian child welfare, Native history, language and lifeways, leadership, and community development.

<u>Nicole Yanes, Director of Grantmaking at NDN Collective</u>, is Opata from Nogales along the Arizona-Sonora/U.S.-Mexico border. Yanes supports NDN Grant Programs and the NDN Changemakers Fellowship and NDN Prize. Yanes brings over 10 years of experience in community organizing, nation building and advocating for the rights of Indigenous Peoples at tribal, national and international arenas. Yanes has been working with Indigenous non-profit organizations for 10 years and has founded Indigenous-led organizations and a food cooperative to support and revitalize Indigenous food systems. Nicole graduated from Arizona State University with an Interdisciplinary Studies degree with concentrations in American Indian Studies and Non-Profit Organization Management & Leadership.

## 4.c.ro Expenditure of Awarded Grant Funds

As detailed above, TMF has a long history with grant giving, grant management and reporting. Dedicated to effective grantmaking practices, TMF has staff capacity with the experience to manage all aspects of efficient grantmaking. As well, TMF has worked diligently, in partnership with TMF'S MWEJN Project and TMF'S RE-AMP Project, in the past five years to make its grant giving process equitable and takes into consideration that some nonprofits may not have the ample capacity. The Great Lakes Partnership will build on this experience to streamline the application and reporting process with subrecipients should changes in grant scope be necessary. The Great Lakes Partnership's process will significantly reduce the burden on applying entities as compared to the federal sub-grants process.

The announcement of the Region 5 Great Lakes Partnership program, and in-take of applications, will begin on May 15, 2024. Applications will be accepted on a rolling basis until the final deadline of November 15, 2025. Applicants will be able to submit applications when they are ready. All applications will be acknowledged within 24 hours by automated response. That

EPA 000664

notification will include the timeline for the decision. Application reviews will be conducted at specified points throughout the year in order to make a decision within 4 months for 80% of applicants, with no applicants having to wait more than 5 months from application to decision date. Sub-grant funds will be available to awardees within 2 weeks of the award date.

The Great Lakes Partnership will have a simplified online application portal and submission process (designed to work well on phones and tablets as well as computers). For those with limited internet connectivity, with technology challenges, or who prefer submitting in a different format, the Great Lakes Partnership will offer standardized opportunities to submit proposals through phone conversations or by video, by emailing the information via PDF, Word, or scanned format (with standardized questions that must be addressed).

TMF uses Stellar Technology Solutions' iPhi software to segregate, track all funding and financial activities, and process more than 10,000 grants each year. TMF is able to quickly and seamlessly issue grant payments and payables. Below are select details of relevant processes and internal controls.

TMF's Grants Administration produces a Grant Approval Report from the core database and forwards it to the SVP Philanthropic Services or Chief Impact Officer (or their delegate) for review, and Finance Department staff for approval and signature, which provides final approval that a grant is authorized. Distributions are reported in quarterly Board memos.

Regarding the Finance Process, the Grant Approval Report is provided to the Finance Associate to maintain and file. The Accounting Manager approves the grants in the core database, which results in a debit to grant expense and a credit to grants payable. At the time of approval, the Accounting Manager also ensures that there are sufficient funds for the various accounts. When the grantee has signed the Grant Agreement Letter (agreeing to the terms of the grant and any other conditions) and returned it to the Grants Administration, the contingency is marked complete, and the payment is made. Grants Administration runs a Distribution report from the core database of all grant recommendations in the Entered and Hold statuses that will be reviewed with the Manager of Grants Administration each week. Any grants that have been in the Entered or Hold status for over two weeks will be brought to the attention of the senior manager of the department who oversees the fund.

## 5.a. List of Federally funded and/or Non-federally funded Assistance Agreements and Reporting History

In 2022, as part of the U.S. Government's COVID relief funds, The Minnesota Department of Employment and Economic Development received funds to help rebuild core urban corridors that were impacted by the social unrest after the murder of George Floyd, as well as help to provide relief to business owners after COVID closures. TMF, in partnership with LISC Twin Cities, Propel Nonprofits, and the Metropolitan Economic Development Association, managed and administered grants for projects in Minneapolis. In total $29.5 million dollars will be distributed to applicants.

Leverage grants and guaranteed loans can be used eligible recipients for the following:
- Repair or renovation of real property
- Building construction

EPA 000665

- Landscaping and streetscaping
- Demolition and site preparation
- Predesign and design
- Engineering
- Infrastructure

The Main Street Revitalization program grants are recommended for consideration through a community-centered process, with significant guidance from local stakeholder tables assembled to represent each of the business corridors.

TMF'S MWEJN Project has not directly worked on any federal grants but has leadership team members and network partners with federal grants experience. This includes Little Village Environmental Justice Organization (Executive Director Kim Wasserman serves on TMF'S MWEJN Project's Leadership Team and a co-investigator for an EPA Air Pollution Monitoring for Communities grant), People for Community Recovery (working with LVEJO on the EPA grant), Blacks in Green (designated as one of Region 5's TCTACs), and the Green Door Initiative (awarded a Department of Energy Inclusive Energy Innovation Prize). TMF'S RE-AMP Project has no direct experience working on federal grants, although many TMF'S RE-AMP Project members do have such experiences. Currently 4 TMF'S RE-AMP Project members are partners in the Region 7 TCTAC and 3 TMF'S RE-AMP Project members are partners in the Region 5 TCTACs.

TMF has a strong track record of meeting the reporting requirements of grants. As part of the Main Street/DEED state grant, TMF is required to submit periodic narrative and financial reports to the State of Minnesota. This reporting is required to receive reimbursement to provide grants to applicants. TMF is in compliance with all reporting requirements, is sufficiently managing state funds, while providing grants to over 60 businesses and developers. Further, the goals of the $29 million worth of grants have been awarded in a timely manner and TMF, along with its partners, has successfully provided technical assistance to applicants, which are primarily BIPOC-owned or managed properties and institutions.

EPA 000666

5N - 01E03682 - 0     Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Cooperative Agreement | GRANT NUMBER (FAIN): 01E03682<br>MODIFICATION NUMBER: 0<br>PROGRAM CODE: 5N | DATE OF AWARD<br>09/30/2024 |
|---|---|---|---|
| | | TYPE OF ACTION<br>New | MAILING DATE<br>10/03/2024 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>51232 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| MINNEAPOLIS FOUNDATION<br>800 IDS CENTER 80 S 8TH ST<br>MINNEAPOLIS, MN 55402<br>EIN:  41-6029402 | MINNEAPOLIS FOUNDATION<br>80 S 8TH STREET 800 IDS Center<br>Minneapolis, MN 55402 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Jo-Anne Stately<br>80 S. 8th Street<br>800 IDS Center<br>Minneapolis, MN 55402-2100<br>**Email:** jstately@mplsfoundation.org<br>**Phone:** 612-672-3878 | Cristina Presmanes<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-3507<br>**Email:** Presmanes.Cristina@epa.gov<br>**Phone:** 312-353-8205 | Mauricio Lobato<br>Assistance Section, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604-3507<br>**Email:** lobato.mauricio@epa.gov<br>**Phone:** 312-353-2515 |

**PROJECT TITLE AND DESCRIPTION**

Grantmaker - Subsequent Award

See Attachment 1 for project description.

| BUDGET PERIOD<br>10/01/2024 - 09/30/2027 | PROJECT PERIOD<br>10/01/2024 - 09/30/2027 | TOTAL BUDGET PERIOD COST<br>$ 42,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 42,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 08/09/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 42,000,000.00. EPA agrees to cost-share 100.0% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 42,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division<br>R5 - Region 5<br>77 West Jackson Blvd., R-19J<br>Chicago, IL 60604-3507 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition and Assistance Branch<br>by Robert Fields - Award Official Delegate | DATE<br>09/30/2024 |
|---|---|

**EPA 000667**

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 42,000,000 | $ 42,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 42,000,000 | $ 42,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 24124WB249 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 42,000,000 |
| | | | | | | | | | $ 42,000,000 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 440,212 |
| 2. Fringe Benefits | $ 132,063 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 987,763 |
| 7. Construction | $ 0 |
| 8. Other | $ 40,000,000 |
| 9. Total Direct Charges | $ 41,560,038 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 439,962 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 42,000,000 |
| 12. Total Approved Assistance Amount | $ 42,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 42,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 42,000,000 |

EPA 000669

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 10/1/2024 - 9/30/2027 - 10% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip    % Fed    %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

EPA 000670

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation. The recipient is Regional Grantmaker. The Minneapolis Foundation will work with their partner, the NDN Collective, to redistribute $40 million in grant funding to communities within Region 5. They anticipate awarding 206 grants over the project period with 30% of awards allocated to tribes and indigenous groups, 25% to rural and remote Environmental Justice (EJ) communities, and 45% to urban EJ Communities. The additional $2 million in funding will be used for operating costs such as administrative costs, hiring contractual support and other overhead. Additionally, a portion of this $2 million will be allocated for personnel to support the subawardees as project officers, where their assigned tasks will include acting as liaisons between the EPA PO and the subawardee, conducting routine check-ins and closeouts of awarded grants. The purpose of this award is to fund the subsequent award for the pass-through entity The Minneapolis Foundation.

The activities in the Subsequent Award Phase include reviewing and finalizing an application for tier 1 (competitive and noncompetitive), tier 2 and tier 3 awards; providing specific contractual support to adhere to EPA requirements for Quality Assurance and Human Subjects Research; providing outreach to target communities so they are aware of funding opportunities; monitoring each of the estimated 206 awards to assure compliance with the Thriving Communities Grantmaking Program; and conducting a virtual townhall meeting to solicit feedback on the program. The Great Lakes Grantmaking Program (Comprised of the Minneapolis Foundation and their partner, NDN Collective) intends to use the allocated funds to open applications during the month of October, 2024. Prior to the start of their grantmaking program, they intend to have a draft version of their Quality Management Plan (QMP) submitted to the Regional Quality Assurance Manager, as well as versions of the Conflict of Interest forms and cap amount award policy. Currently, their workplan includes the definitions they will be using to differentiate the three award tiers under this program as well as their definition for severely capacity constrained.

The anticipated deliverables for the subsequent award only, include awarding an estimated 206 subgrants through this grant program. Current goals include that 30% of these awards go to tribal and indigenous communities; 25% to rural and remote environmental justice communities (with populations less than 50,000); and 45% of awards to urban environmental justice communities (with populations over 50,000). It is anticipated that year one will have 83 subgrants awarded across all tiers, year two will have 85 subgrants awarded across all tiers, and year three will have 38 subgrants awarded across tiers I and II. Year three will exclude tier III grants due to the strict IRA timeline for the Thriving Communities Grantmaking Program.

The expected outcomes include increased community awareness of key environmental justice issues; increased numbers of disadvantaged community members who have access to reliable data; increased number of communities with access to a cleaner environment; increases in grass-root let collaborations and partnerships focused on environmental quality; decreasing the energy burden for individual community members; increasing the capacity and number of community based organizations; increasing community capacity to collect, analyze and share environmental data; reducing cumulative impacts on disadvantaged communities through improvements in local policy making, permitting, siting and other community-led decision; reduced public exposures to various toxins or pollutions; and improved areas for various community and wildlife use.

The intended beneficiaries include tribal and indigenous communities; rural and remote communities; urban communities; local residents of disadvantaged communities; smaller CBOs in need of capacity

building; and local governments in disadvantaged communities. Disadvantaged communities are defined by the IRA disadvantaged communities map. Subawards will be given across three grant tiers, for a total estimate of 206 subawards. The intent is to distribute them 30% to indigenous and Tribal communities, 25% to Rural and Remote Environmental Justice Communities, and 45% to Urban environmental justice communities. Subgrants will be awarded in one of three tiers, either competitively or noncompetitively, depending on the capacity of the organization and the type of grant.

Tier 1 grants will be assessment grants, covering topics such as air, water and soil data collection as well as other assessment types of activities. Tier 2 grants will be planning grants, focused on planning, partnership agreements and other similar activities. Tier 3 grants will be project development grants, including activities such as gathering work permits and implementing project plans.

Current estimated award distribution by tier and year include:

Year 1: 83 awards, Tier 1 (competitive): 20 awards, Tier 1 (noncompetitive): 18 awards, Tier 2: 26 awards, Tier 3: 19 awards

Year 2: 85 awards, Tier 1 (competitive): 20 awards, Tier 1 (noncompetitive): 18 awards, Tier 2: 27 awards, Tier 3: 20 awards

Year 3: 38 awards, Tier 1 (competitive): 21 awards, Tier 1 (noncompetitive): 18 awards, Tier 2: 21 awards, Tier 3: 0 awards

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later.

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A. Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov and lobato.mauricio@epa.gov
- MBE/WBE reports (EPA Form 5700-52A): region5closeouts@epa.gov **and Mauricio Lobato at** lobato.mauricio@epa.gov
- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: **Cristina Presmanes at** presmanes.cristina@epa.gov **and Mauricio Lobato at** lobato.mauricio@epa.gov
- Payment requests (if applicable): **Cristina Presmanes at** presmanes.cristina@epa.gov
- Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables: **Cristina Presmanes at** presmanes.cristina@epa.gov

## Programmatic Conditions

**Environmental Justice Thriving Communities Grantmaking (TCGM) Program Cooperative Agreement Terms and Conditions - SUBSEQUENT AWARD**

**A**. **Eligibility Requirements for Subgrants**

Subgrant eligibility

Grantmakers have flexibility to determine certain priorities for eligible subrecipients and activities that best meet the needs of their respective regions, in consultation with EPA.  However, eligibility must fall within the following statutory and policy parameters:

Eligible Subrecipients are as follows:

- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i. e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories

Ineligible Subrecipients include:

- Individuals
- For-profit businesses, unless EPA's Award Official makes an exception based on factors such as those described in Appendix A of EPA's Subaward Policy.
- State governments
- Foreign entities of concern.

The term "foreign entity of concern" means a foreign entity that is—

(A) designated as a foreign terrorist organization by the Secretary of State under section 1189(a) of Title 8;

(B) included on the list of specially designated nationals and blocked persons maintained by the Office of Foreign Assets Control of the Department of the Treasury (commonly known as the "SDN list");

**EPA 000674**

(C) owned by, controlled by, or subject to the jurisdiction or direction of a government of a foreign country that is a covered nation (as defined in section 4872(d)(2) of Title 10); or

(D) alleged by the Attorney General to have been involved in activities for which a conviction was obtained under (i) chapter 37 of title 18 (commonly known as the "Espionage Act"); (ii) section 951 or 1030 of title 18; (iii) chapter 90 of title 18 (commonly known as the "Economic Espionage Act of 1996"); (iv) the Arms Export Control Act ( 22 U.S.C. 2751 et seq.); (v) section 224, 225, 226, 227, or 236 of the Atomic Energy Act of 1954 ( 42 U.S.C. 2274 , 2275, 2276, 2277, and 2284); (vi) the Export Control Reform Act of 2018 ( 50 U.S.C. 4801 et seq.); or (vii) the International Emergency Economic Powers Act ( 50 U.S.C. 1701 et seq.).

Eligible Beneficiaries

As required by Clean Air Act Section 138 (CAA 138), codified at 42 U.S.C. 7438, activities carried out by the Grantmaker or funded by Grantmaker subawards must benefit disadvantaged communities, defined by the EPA Administrator as any community that meets at least one of the following characteristics:

- Identified as disadvantaged by the Climate and Economic Justice Screening Tool (CEJST);
- Any census block group that is at or about the 90th percentile for any of EJScreen's Supplemental Indexes when compared to the nation or state; and / or
- Any geographic area within Tribal lands as included in EJScreen, which include:
  - ◦ Alaska Native Allotments
  - ◦ Alaska Native Villages
  - ◦ American Indian Reservations
  - ◦ American Indian Off-reservation Trust Lands
  - ◦ Oklahoma Tribal Statistical Areas

Eligible activities

Grantmakers may engage in and fund only those activities that are authorized by CAA 138, which include:

- Community-led air and other pollution monitoring, prevention, and remediation, and investments in low- and zero emission and resilient technologies and related infrastructure;
- Workforce development that help reduce greenhouse gas emissions and other air pollutants;
- Mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events;
- Climate resiliency and adaptation;
- Reducing indoor toxics and indoor air pollution; or
- Facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes.

Ineligible activities

Ineligible activities include, but are not limited to:

- Any activity that violates applicable federal civil rights statutes prohibiting discrimination, including but not limited to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, Federal Water Pollution Control Act Amendments of 1972, and implementing EPA regulations.
- Lobbying, as defined at 2 CFR 200.450;
- Defense and prosecution of criminal and civil proceedings, claims, appeals and patent infringements, as defined at 2 CFR 200.435;
- Carrying out protests, demonstrations, boycotts, or disinvestment campaigns; and
- Any activity to encourage actions that violate Federal, state or local law including, but not limited to, provisions relating to unlawful assembly, trespass, inciting violence, and failing to obey the lawful orders of law enforcement personnel.

## B. Establishing and Managing Subawards

Grantmakers making pass-through subawards must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy. As a pass-through entity, the recipient agrees to:

1) Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

(a) For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities unless the EPA-approved budget and work plan for this agreement contain a precise description of such subawards.

(b) Stipends and travel assistance for trainees (including interns) and similar individuals who are not are not employees of the pass-through entity must be classified as participant support costs rather than subawards as provided in 2 CFR 200.1 Participant support costs, 2 CFR 200.1 Subaward, and EPA's Guidance on Participant Support Costs.

(c) Subsidies, rebates and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as Participant support costs as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2) Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(a). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3) Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(a)(1). Subrecipients are not required to complete full System for Award Management (SAM) registration to obtain a UEI. Information regarding obtaining a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and in EPA's General Term and

Condition "System for Award Management and Universal Identifier Requirements" of the pass-through entity's agreement with the EPA.

4) Ensure that subrecipients are aware that they are subject to the same requirements as those that apply to the pass-through entity's EPA award as required by 2 CFR 200.332(a)(2). These requirements include, among others:

(a) Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

(b) Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition passthrough entity's agreement with EPA entitled "Reporting Subawards and Executive Compensation." Page 8 of 42

(c) Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled "Consultant Fee Cap."

(d) EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "Management Fees."

(e) The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants). EPA provides general information on other statutes, regulations and Executive Orders on the Grants internet site at www.epa.gov/grants. Many Federal requirements are agreement or program specific and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5) Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6) Establish and follow a system for evaluating subrecipient risks of noncompliance with Federal statutes, regulations and the terms and conditions of the subaward as required by 2 CFR 200.332(b) and document the evaluation. Risk factors may include: (a) Prior experience with same or similar subawards (b) Results of previous audits; (c) Whether new or substantially changed personnel or systems, and; (d) Extent and results of Federal awarding agency or the pass-through entity's monitoring

7) Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(c). Examples of additional requirements authorized by 2 CFR 200.208 include:

(a) Requiring payments as reimbursements rather than advance payments;

(b) Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;

(c) Requiring additional, more detailed financial reports;

(d) Requiring additional project monitoring;

(e) Requiring the non-Federal entity to obtain technical or management assistance, and

(f) Establishing additional prior approvals

8) Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(d) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9) Establish and maintain an accounting system which ensures compliance with the $25,000 limitation at 2 CFR 200.1, Modified Total Direct Costs, if applicable, on including subaward costs in Modified Total Direct Costs for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

10) Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11) Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12) Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

13) Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14) Establish and maintain a system under 2 CFR 200.332(d)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15) As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects. By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

## C. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

### Performance Reporting – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief

information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc.).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of cumulative and period comparison of project budget and expenditures, coupled with a comparison of the percentage of the project completed and in relation to project schedule and an explanation(s) of significant discrepancies must be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA within 30 calendar days about problems, delays, or adverse conditions that may materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

<u>Performance Reporting - Frequency</u>

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer on the designated quarterly due date(s). If **due date falls on a federal holiday or weekend, it is due the following business day.** The period end and due dates are listed in the below table.

| PERIOD ENDING | QUARTERLY DUE DATES |
|---|---|
| September 30 | October 31 |
| December 31 | January 31 |
| March 31 | April 30 |
| June 30 | July 31 |

The first quarterly report is due at the end of the first full quarter following the execution of the agreement, unless the recipient has incurred pre-award costs. If the recipient is authorized to incur pre-award costs, the grant performance period begins on the date costs were first incurred, and the recipient would provide a quarterly performance report following the end of the first full quarter after that date. Quarterly reports will continue thereafter and throughout the remainder of the performance period. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance as identified in this agreement. The final report must document all project activities occurring during the Period of Performance and as outlined in the executed agreement.  However, please be advised that the statutory three-year performance period for this grant program may not be extended.  Any costs incurred after the end of the performance period are the responsibility of the recipient and may not be charged to the grant.

<u>Subaward Performance Reporting</u>

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Pass-through entity monitoring of the subrecipient must include:

1. Review of financial and programmatic reports.

2. Follow-up on action plans noting findings/deficiencies identified from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved, including a narrative discussion of any improvements of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including outreach, engagement, and implementation of feedback.

8. Summaries of capacity building activities for severely capacity-constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote, and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

## Subaward Performance Reporting on Milestones of Activities for Fixed-Amount Awards

Grantmakers have limited reporting requirements for fixed-amount subawards to severely capacity-constrained organizations. The recipient must at minimum report on subrecipients' fixed-amount subaward milestones via the quarterly performance reports, as well as any other reporting requirements agreed upon by the Grantmaker and the fixed-amount subaward recipient, as described in the Fixed Amount Subaward memo. Fixed Amount Subaward Performance reporting will be in accordance with **applicable requirements specified in 2 CFR Parts 200 and 1500, which will apply to fixed-amount subawards absent a case-specific exception requested by a Grantmaker, concurred by the OEJECR Project Officer and approved by OGD. Note:** Each Grantmaker will define "Severely Capacity Constrained."  Grantmakers will also design policies and procedures to limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a specified time period to maximize the diversity and breadth of subrecipients.

Examples of Fixed Amount Subaward Performance reporting include but are not limited to:

1. Monitoring plans paid on a milestone basis with an initial amount paid prior to the development of the plan, followed by a second payment upon completion of the draft plan, with a final payment when the plan is complete.

2. Lump sum payments for equipment purchases (e.g. air monitoring devices) based on invoices provided by the subrecipient.

3. Upfront costs of no more than 25%, except with permission of the Project Officer, with subsequent milestone-based payments.  For example, sampling projects paid on a milestone basis with 25% for upfront expenses, 25% for data collection, 25% for data analysis, 25% for final report completion.

## Fixed-Amount Subaward Monitoring and Compliance

**As provided in 2 CFR 200.102(c), the Award Official is authorized to waive or modify  the following regulatory requirements for subrecipients receiving fixed-amount subawards:**

1. Competition requirements specified in 2 CFR Part 200 and Part 1500 with the exception of the statutory consultant fee cap implemented at 2 CFR 1500.10.

2. Records required to document personnel compensation under 2 CFR 200.430 and 2 CFR 200.431.

3. Financial requirements at 2 CFR 200.302(b) with the exception of accounting records and documentation required to demonstrate achievement of agreed upon milestones such as invoices for equipment or facility rental, fees paid, stipends earned, and similar fixed-amount transactions.

4. Internal controls described at 2 CFR 200.303 with the exception of an internal control protocol for ensuring that fixed-amount subrecipients only request payment from the pass-through entities upon completion of agreed upon milestones.

5. Property standards in 2 CFR Part 200 with the exception of 2 CFR 200.315 as implemented in EPA's General Term and Condition Data and Copyrighted Materials relating to EPA's "Federal Purpose" license in data and written materials produced with EPA funds.

6. Subrecipient and contractor determinations in 2 CFR 200.331 and corresponding provisions of the EPA Subaward Policy.

7. Indirect costs authorized by 2 CFR 200.332(a)(4). Fixed amount subrecipients do not incur indirect costs.

8. Reports on real or personal property required when closing out a subaward specified in 2 CFR 200.344(f).

## D. PASS-THROUGH ENTITIES

The pass-through entities must have pricing procedures that prevent subrecipients from "profiting" from fixed-amount subawards by precluding payments for "management fees" or other amounts in excess of anticipated costs for the activity.  Grantmakers will use the following methods to ensure compliance for tracking and monitoring activities:

1. Establishing the content of periodic and final performance and financial reports for each fixed-amount subaward.

2. Obtaining a budget description of planned expenditures to be refunded if an activity or event does not

take place, a report or analysis is not completed, or the subrecipient does not otherwise perform as promised.

3. Certification in writing to the pass-through entity at the end of the fixed-amount subaward that the project or activity was completed, or the level of effort was expended. If the required level of activity or effort was not carried out, the amount of the fixed-amount subaward must be adjusted and any excess funds refunded.

4. Requiring prior written approval of the pass-through entity for any changes in principal investigator, project leader, project partner, or scope of effort.

## E. Review and Oversight

1. Work Product - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. The EPA Project Officer has discretion to change the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval  prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## F. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJ TCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work. Periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.


*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates. Project Officers are encouraged to engage with their Grantmakers to fulfill post-period follow-up, but are not to document non-compliance.

## G. Cybersecurity Condition

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## H. Competency Policy

## Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## I. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance

**EPA 000683**

with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33. EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance. Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients must ensure that subrecipients acquire insurance equal to the amount of the purchased items to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

## J. Signage Required

1. Signage Requirements

a. Investing in America Emblem: The recipient will ensure that a sign is placed at construction sites supported in whole or in part by this award displaying the official Investing in America emblem and must identify the project as a "project funded by President Biden's Inflation Reduction Act" as applicable. The sign must be placed at construction sites in an easily visible location that can be directly linked to the work taking place and must be maintained in good condition throughout the construction period. The recipient will ensure compliance with the guidelines and design specifications provided by EPA for using the official Investing in America emblem available at: https://www.epa.gov/invest/investingamerica-signage.

b. Procuring Signs: Consistent with section 6002 of RCRA, 42 U.S.C. 6962, and 2 CFR 200.323, recipients are encouraged to use recycled or recovered materials when procuring signs. Signage costs are considered an allowable cost under this assistance agreement provided that the costs associated with signage are reasonable. Additionally, to increase public awareness of projects serving communities where English is not the predominant language, recipients are encouraged to translate the language on signs (excluding the official Investing in America emblem or EPA logo or seal) into the appropriate non-English language(s). The costs of such translation are allowable, provided the costs are reasonable.

2. Public or Media Events EPA encourages the recipient to notify the EPA Project Officer listed in this award document of public or media events publicizing the accomplishment of significant events related to construction projects as a result of this agreement and provide the opportunity for attendance and participation by federal representatives with at least ten (10) working days' notice.

## K. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

## L. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this

agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement a Quality Assurance (QA) planning document in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:

NOTE: The Grantmaker will need to develop a management strategy for receiving, reviewing and assisting applicants with QMP or QAPP needs. The Grantmakers' management strategy will need to be submitted for approval to the assigned Project Officer and the Regional Quality Assurance office official before the Funding Recommendation is submitted and finalized before applications for the Thriving communities subgrants are released.

[Project Officer will need to remove all options that will not apply to the Grantmaker Quality Management Plan]

## 1. Quality Management Plan (QMP)

a. Prior to beginning environmental information operations, the recipient must:

i. Submit a previously EPA-approved and current QMP,

ii. The EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the recipient and EPA Project Officer (PO) in writing if the QMP is acceptable for this agreement.

b. The recipient must submit the QMP within 30 days after grant award, and/or no more than 90 days after grant award.

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

## For Reference:

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment <u>Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance</u>.

## M. Human Subjects Research Review Process

(a) *Applications involving human subjects.* (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.

(2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

(3) Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

## O. Use of Logos and Icons

**Programmatic guidance for the appropriate use of the icons and logos either together, with other partner icons or individually will be provided.**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the <u>Minneapolis Foundation</u> received financial support from the EPA under an Assistance Agreement. More information is available at: <u>https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy</u>

## Grantmaker Icon

**The Thriving Communities Grantmaking Program (TCGM) Icon will be designed by the EPA with Grantmaker input and approved by the EPA PROTRAC process** , used to monitor the concept proposal, development, review and approval of EPA print, infographics, audio, video and social media content/products for internal and external release, as well as Esri Products (Story Maps and Hub sites) for external publishing only. PROTRAC ensures all content created is consistent, appropriate and in alignment with current agency messages, and follows EPA branding guidelines.**. The  icon will represent the "programmatic identity" of the Grantmaker program, and may be used alone or in conjunction with the EPA and grant recipient's logos' or individual Grantmaker's logo. . The approved TCGM programmatic icon must remain intact and unmodified.** Modifying icons to specifically identify a program office or region are not permitted. NOTE: Icons must be updated or removed per current agency policy/ guidelines.

## P.  Paperwork Reduction Act

(a) The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## Q.  Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1. Monthly telephone calls and other monitoring,

2. Review project phases and provide approval to continue to the next phase,

3. Review and comment on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. Approve substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend, or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. Review and comment on the programmatic progress reports.

6. Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend, or direct the recipient to select any individual).

7. Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8. Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9. EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10. In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer

for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11. If a Conflict of Interest is Identified by the EPA, the Conflict-of-Interest Mitigation Plan will need to be approved by the Project Officer, in consultation with the Grant Specialist.

12. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

13. Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

14. EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

15. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

16. Informally referred to as the "Cap Amount Award Policy" and discussed on page 15 of the NOFO, Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that a recipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance or a shorter interval as deemed appropriate by the pass-through entity. This plan will need to be approved by the Project Officer.

17. Prior to making subawards, Grantmakers can work with their PO's to identify instructions and guidance on subaward policies to ensure that the burden on the Tier 1-3 and fixed amount award Subawardees is minimized. This includes resources such as the gmc_subaward_policy_appendix_d_subaward_agreement_template.pdf (epa.gov) (EPA does not mandate the use of this template.  Pass-through entities may use their own form of subaward agreements provided the requirements of 2 CFR 200.331(a) are met.)  And requirements that flow down to subgrantees such as "Unique Entity Identifier" (UEI) as required by 2 CFR Part 25 and 2 CFR 200.332 (a)(1).

### R. National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers,

the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**S. Subsequent Award Statutory Partnership Agreements Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.** EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to issuance of the Subsequent Award.

Any letters of commitment submitted in the application should be finalized into a final signed statutory agreement, which should include any updated stakeholder roles and responsibilities or revised award amounts.  The statutory partnership agreement must be signed by all relevant parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer. The EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Subsequent Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

T. Record Retention

In accordance with 2 CFR § 200.334, recipients and subrecipients must retain for a period of three years all programmatic, financial, statistical, and all other records required under the terms of the agreement, unless a dispute or lawsuit has ensued. If a dispute or lawsuit has been initiated, all records must be retained for the duration of the dispute, until the matter is resolved and dispositioned, and for three years thereafter.

U. Environmental Justice Thriving Communities Grantmaking Program Davis-Bacon Labor Standards

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage

Rate Requirements).

Therefore, the pass-through entity must create a Davis-Bacon subgrant compliance plan to ensure that any entity that receives financial assistance complies with Davis-Bacon labor requirements where construction work is financed in whole or in part with such financial assistance.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with Davis-Bacon, the recipient agrees to discuss the situation with the EPA Project Officer for possible referral to DOL for guidance or enforcement action.

Note, the use of the term project in this term and condition is distinct from the use of the term project within the definition of qualified project under Clean Air Act Section 134(c)(3), which is broader and includes "any project, activity, or technology." 40 CFR 30.103 defines construction as "erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property, and activities in response to a release or a threat of a release of a hazardous substance into the environment, or activities to prevent the introduction of a hazardous substance into a water supply."

## 1. Program Applicability

a. Program Name: Environmental Justice Thriving Communities Grantmaking Program

b. Statute requiring compliance with Davis-Bacon: Clean Air Act Section 314, Labor Standards, codified as 42 U.S.C. § 7614.

c. Activities subject to Davis-Bacon: Activities subject to Davis-Bacon include certain construction costs and contractual costs. Construction costs may include:

> i. Building and / or upgrading existing structures and sites to improve community use while reducing GHG emissions and / or improving climate resilience;

> ii. Implementing structural and non-structural retrofits to enhance the resilience of community-serving buildings (e.g., raise the building elevation to reduce flood risk, improve cooling systems and / or insulation to reduce extreme heat risk);

> iii. Install energy efficiency measures such as insulation, double or triple glazed windows, "cool roofs" that reflect sunlight, and energy management systems in public buildings;

> iv. Remediating or mitigating harmful substances in buildings, including lead, mercury, pesticides, radon, mold, PCBs (caulk, flooring, etc.), lead-based paint, asbestos, and other toxic substances;

> v. Installing, upgrading, or replacing HVAC and / or filtration systems that improve indoor quality in schools, community-serving buildings, and single-and-multifamily homes;

vi. Targeted water infrastructure upgrades, including replacing private-side lead lines in homes, childcare facilities, schools, or other community-serving buildings; septic to sewer conversions; and installing water fountains at schools and parks; and

vii. Other activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of *Construction* at 40 CFR 33.103, as well as related architectural or engineering services.

With very few exceptions, recipients carry out construction projects by hiring contractors which typically include a general contractor and an architectural or engineering firm for design work and in some cases purchasing equipment for installation at the site. Hiring general contractors and other contractors performing activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of Construction at 40 CFR 33.103 will be categorized as "Construction."

d. Prevailing Wage Classification: Building

## 2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

## 3. Recipient Responsibilities When Entering Into and Managing Contracts:

a. Solicitation and Contract Requirements:

i. Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

ii. Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:

1. "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

b. After Award of Contract:

i. Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1) (iii).

ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

**4. Recipient Responsibilities When Establishing and Managing Additional Subawards:**

a. Include DBRA Requirements in All Subawards (including Loans):

    i. Include the following text on all subawards under this grant:

    1. "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

b. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

5. The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

## V. Participation in an EPA-Sponsored Program Evaluation.

As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all EPA staff, contractors, or designated Recipients performing research or evaluation studies funded by EPA, if directed to do so by the Project Officer.

## W. Land Acquisition

Land acquisition must comply with the Uniform Relocation Act and Federal Highway Administration's implementing regulations at 49 CFR Part 24 which requires grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements.

## X. Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of Section 138 of the Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

5N - 01E03682 - 0     Page 27

EPA 000693

5N - 01E03682 - 1    Page 1

| | | |
|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | GRANT NUMBER (FAIN): 01E03682 MODIFICATION NUMBER: 1 PROGRAM CODE: 5N | DATE OF AWARD 12/20/2024 |
| | TYPE OF ACTION Revision: Scope & Increase | MAILING DATE 12/26/2024 |
| | PAYMENT METHOD: ASAP | ACH# 51232 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| MINNEAPOLIS FOUNDATION 800 IDS CENTER 80 S 8TH ST 800 IDS Tower MINNEAPOLIS, MN 55402 EIN: 41-6029402 | MINNEAPOLIS FOUNDATION 80 S 8TH STREET 800 IDS Center Minneapolis, MN 55402 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Jo-Anne Stately 80 S. 8th Street 800 IDS Center Minneapolis, MN 55402-2100 **Email:** jstately@mplsfoundation.org **Phone:** 612-672-3878 | Cristina Presmanes 77 West Jackson Blvd., RM-19J Chicago, IL 60604-3507 **Email:** Presmanes.Cristina@epa.gov **Phone:** 312-353-8205 | Mauricio Lobato Assistance Section, MA-10J 77 West Jackson Blvd. Chicago, IL 60604-3507 **Email:** lobato.mauricio@epa.gov **Phone:** 312-353-2515 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM)

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 10/01/2024 - 09/30/2027 | 10/01/2024 - 09/30/2027 | $ 52,000,000.00 | $ 52,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 12/06/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 10,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 52,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 5, U.S. EPA Region 5 Mail Code MCG10J 77 West Jackson Blvd. Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division OEJECR - Office of Environmental Justice and External Civil Rights 77 West Jackson Blvd., R-19J Chicago, IL 60604-3507 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition and Assistance Branch by Robert Fields - Award Official Delegate | DATE 12/20/2024 |

EPA 000694

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 42,000,000 | $ 10,000,000 | $ 52,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 42,000,000 | $ 10,000,000 | $ 52,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB129 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 10,000,000 |
| | | | | | | | | | $ 10,000,000 |

EPA 000695

5N - 01E03682 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 686,424 |
| 2. Fringe Benefits | $ 203,465 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 1,907,106 |
| 7. Construction | $ 0 |
| 8. Other | $ 48,300,000 |
| 9. Total Direct Charges | $ 51,096,995 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 903,005 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 52,000,000 |
| 12. Total Approved Assistance Amount | $ 52,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 10,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 52,000,000 |

**EPA 000696**

5N - 01E03682 - 1    Page 4

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 10/1/2024 - 9/30/2027 - 15% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip    % Fed    %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

EPA 000697

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation. The recipient is a Regional Grantmaker. This proposed funding request is for a supplemental grant of $10 million for a project duration of 36 months to implement the Environmental Justice Thriving Communities Grantmaking Program (TCGM) in Region 5. Of the additional $10 million, $8 million will be redistributed as follows: Tribes and Indigenous groups and communities: $4 million of sub-grant dollars, through 17 grants across all tiers. This includes 3 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [NDN Collective will lead communications, outreach, and support to this constituency]. $4 million of sub-grant dollars, through 17 grants across all tiers. This includes 3 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [TMF's RE-AMP Project will lead communications, outreach, and support to this constituency.] The additional $2 million will be used to support administrative costs including personnel and contractors to support crosscutter regulation, human subjects research and hiring a project officer to support the quality assurance process. The purpose of this award is to fund a supplemental $10 Million to the Grantmaker subsequent award for the pass-through entity The Minneapolis Foundation.

The activities in the supplemental Award Phase include of the $10 million in supplemental funding, activities will include subgranting $8 million dollars as follows:

Year 1 (anticipated Grant 2 period): Fall 2024-Summer 2025. Proposed supplemental grantmaking total is $4 million. Expect to award 17 sub-grants across all three tiers. We anticipate making decisions in: Winter 2025; Spring 2025; and Summer/Fall 2025. Year 2 (anticipated Grant 2 period): Fall 2025-Summer 2026. Proposed supplemental grantmaking total is $4 million. We expect to award 17 sub-grants across all three tiers. We anticipate making decisions in: Fall 2025/Winter 2026; Spring 2026; and Summer 2026.

Additional funds will be used to hire an additional project officer to support the new grant load and to assist with quality assurance requirements, a human subjects research contractor and two technical assistance contractors to focus on crosscutting.

The intended deliverables are an additional 36 grants distributed as follows:

Year 1 (anticipated Grant 2 period): Fall 2024-Summer 2025 . Proposed supplemental grantmaking total is $4 million. Expect to award 17 sub-grants across all three tiers. We anticipate making decisions in: Winter 2025; Spring 2025; and Summer/Fall 2025.

Year 2 (anticipated Grant 2 period): Fall 2025-Summer 2026. Proposed supplemental grantmaking total is $4 million. We expect to award 17 sub-grants across all three tiers. We anticipate making decisions in: Fall 2025/Winter 2026; Spring 2026; and Summer 2026.

Expected outcomes include providing grants to support a cleaner environment, increase community resiliency to environmental stressors, and to build capacity for smaller organizations. Intended beneficiaries for the supplemental $10 million include communities urban, tribal, and remote communities located within the IRA disadvantaged communities map.

Of the $10 million in supplemental funding, $8 million will be subgranted across three tiers to tribal and indigenous communities; and to remote and rural communities, with $4 million allocated to each for 34 additional subgrant awards in addition to those given with the $40 million in the subsequent award.

Additionally, 3 subawards (one per year) will be awarded to NDN collective for the additional support and coordination needed to manage the addition $4 million in subgrants to indigenous and tribal nations.

This Supplemental amendment obligates federal funding in the amount of $10,000,000 and increases total project costs to $52,000,000. This supplemental award is to support Human Subjects Research, Crosscutters, Quality Assurance and to also subgrant $8 million dollars to disadvantaged communities within Region 5.

The revised workplan activities are in accordance with Clean Air Act: Sec. 138 guidelines.

This action updates the Administrative and Programmatic terms and conditions of the Assistance Agreement.

## Administrative Conditions

**The Following Administrative Term and Condition Has Been Updated:**

**General Terms and Conditions**

The General Terms and Conditions of this agreement are updated in accordance with the link below. This amendment incorporates the October 2024 revisions to 2 CFR 200. These updated General Terms and Conditions and regulations apply to activities on or after the date of this amendment and to all previously awarded funds not yet disbursed by the recipient as of the award date of this amendment. The General Terms and Conditions cited in the original award or prior funded amendments remain in effect for funds disbursed by the recipient prior to the award date of this amendment.

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf

These terms and conditions are binding for disbursements and are in addition to or modify the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

**All Other Administrative Terms and Conditions Remain the Same**

## Programmatic Conditions

**The Following Programmatic Terms and Conditions Have Been Updated:**

<u>ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING (TCGM) PROGRAM
COOPERATIVE AGREEMENT TERMS AND CONDITIONS - SUBSEQUENT AWARD</u>

1.  **Eligibility Requirements for Subgrants**

<u>Subgrant eligibility</u>

Grantmakers have flexibility to determine certain priorities for eligible subrecipients and activities that best meet the needs of their respective regions, in consultation with EPA. However, eligibility must fall within the following statutory and policy parameters:

<u>Eligible Subrecipients are as follows:</u>

-
    - Nonprofit organizations
    - Community-based and grassroots nonprofit organizations
    - Philanthropic and civic organizations with nonprofit status
    - Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
    - Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
    - Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
    - Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
    - Puerto Rico
    - US Territories

<u>Ineligible Subrecipients include:</u>

-
    - Individuals
    - For-profit businesses, unless EPA's Award Official makes an exception based on factors such as those described in Appendix A of EPA's Subaward Policy.
    - State governments
    - Foreign entities of concern.

The term "foreign entity of concern" means a foreign entity that is—

1.

    1.

        1. designated as a foreign terrorist organization by the Secretary of State under section 1189(a) of Title 8;

1.

    1.

        2. included on the list of specially designated nationals and blocked persons maintained by the Office of Foreign Assets Control of the Department of the Treasury (commonly known as the "SDN list");

        3. owned by, controlled by, or subject to the jurisdiction or direction of a government of a foreign country that is a covered nation (as defined in section 4872(d)(2) of Title 10); or

        4. alleged by the Attorney General to have been involved in activities for which

a conviction was obtained under (i) chapter 37 of title 18 (commonly known as the "Espionage Act"); (ii) section 951 or 1030 of title 18; (iii) chapter 90 of title 18 (commonly known as the "Economic Espionage Act of 1996"); (iv) the Arms Export Control Act ( 22 U.S.C. 2751 et seq.); (v) section 224, 225, 226, 227, or 236 of the

Atomic Energy Act of 1954 ( 42 U.S.C. 2274 , 2275, 2276, 2277, and 2284); (vi) the Export Control Reform Act of 2018 ( 50 U.S.C. 4801 et seq.); or (vii) the International Emergency Economic Powers Act ( 50 U.S.C. 1701 et seq.).

<u>Eligible Beneficiaries</u>

As required by Clean Air Act Section 138 (CAA 138), codified at 42 U.S.C. 7438, activities carried out by the Grantmaker or funded by Grantmaker subawards must benefit disadvantaged communities, defined by the EPA Administrator as any community that meets at least one of the following characteristics:

- Identified as disadvantaged by the Climate and Economic Justice Screening Tool (CEJST);
- Any census block group that is at or about the 90th percentile for any of EJScreen's Supplemental Indexes when compared to the nation or state; and / or
- Any geographic area within Tribal lands as included in EJScreen, which include:
  - Alaska Native Allotments
  - Alaska Native Villages
  - American Indian Reservations
  - American Indian Off-reservation Trust Lands
  - Oklahoma Tribal Statistical Areas <u>Eligible activities</u>

Grantmakers may engage in and fund only those activities that are authorized by CAA 138, which include:

- Community-led air and other pollution monitoring, prevention, and remediation, and investments

in low- and zero emission and resilient technologies and related infrastructure;

- Workforce development that help reduce greenhouse gas emissions and other air pollutants;
- Mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events;
- Climate resiliency and adaptation;
- Reducing indoor toxics and indoor air pollution; or
- Facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes.

Ineligible activities

Ineligible activities include, but are not limited to:

- Any activity that violates applicable federal civil rights statutes prohibiting discrimination, including but not limited to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, Federal Water Pollution Control Act Amendments of 1972, and implementing EPA regulations.
- Lobbying, as defined at 2 CFR 200.450;
- Defense and prosecution of criminal and civil proceedings, claims, appeals and patent infringements, as defined at 2 CFR 200.435;
- Carrying out protests, demonstrations, boycotts, or disinvestment campaigns; and
- Any activity to encourage actions that violate Federal, state or local law including, but not limited to, provisions relating to unlawful assembly, trespass, inciting violence, and failing to obey the lawful orders of law enforcement personnel.

2. Establishing and Managing Subawards

Grantmakers are required to distribute eighty percent of their fifty-million-dollar award in three years through competitive and non-competitive subgrants to be completed within the project period of the subsequent award. These awards should be to eligible subrecipients to carry out activities described in the Notice of Funding Opportunity that benefit disadvantaged communities as defined by the Administrator, in accordance with Clean Air Act 138(b)(1) . Grantmakers making pass-through subawards must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy. As a pass-through entity, the recipient agrees to:

1. Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

   1. For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities

unless the EPA- approved budget and work plan for this agreement contain a precise description of such subawards.

2. Stipends and travel assistance for trainees (including interns) and similar individuals who are not employees of the pass-through entity must be classified as participant support costs rather than subawards, as defined at 2 CFR 200.1 and described in EPA's Guidance on Participant Support Costs.

3. Subsidies, rebates and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as participant support costs as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2. Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(b). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3. Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(b)(1). Subrecipients are not required to complete full

System for Award Management (SAM) registration to obtain a UEI. Information on how to obtain a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and in EPA's General Term and Condition "System for Award Management and Universal Identifier Requirements" of the pass-through entity's agreement with the EPA.

4. Ensure that subrecipients are aware that they are subject to the same cross-cutting legal and policy requirements as the Grantmaker's award as required by 2 CFR 200.332(b)(2). These requirements include, among others:

    4. Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

    5. Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition passthrough entity's agreement with EPA entitled "Reporting Subawards and Executive Compensation." Page 8 of 42

    6. Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of the pass-through entity's agreement with EPA entitled "Consultant Fee Cap."

    7. EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "Management Fees."

1.

5. The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants). EPA provides general information on other statutes, regulations and Executive Orders on the Grants internet site at www.epa.gov/grants. Many Federal requirements are agreement or program specific and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5. Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6. Establish and follow a system for evaluating subrecipient's risks of noncompliance or fraud as required by 2 CFR 200.332(c) and document the evaluation. When evaluating a subrecipient's risk, a passthrough entity should consider the following: (a) Prior experience with same or similar subawards

(b) Results of previous audits; (c) Whether new or substantially changed personnel or systems, and; (d) Extent and results of any Federal agency or the pass-through entity's monitoring

7. Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(d). Examples of additional requirements authorized by 2 CFR 200.208 include:
    7. Requiring payments as reimbursements rather than advance payments;
    8. Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;
    9. Requiring additional, more detailed financial reports;
    10. Requiring additional project monitoring;
    11. Requiring the non-Federal entity to obtain technical or management assistance, and
    12. Establishing additional prior approvals

8. Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(e) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9. Establish and maintain an accounting system which ensures compliance with the $50,000 limitation on Modified Total Direct Costs per subaward, if applicable, for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost

EPA 000705

Rate Agreement.

10. Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11. Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12. Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

13. Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14. Establish and maintain a system under 2 CFR 200.332(e)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15. As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects. By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

3. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

### Performance Reporting – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc.).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of cumulative and period comparison of project budget and expenditures, coupled with a comparison of the percentage of the project completed and in relation to project schedule and an explanation(s) of significant discrepancies must be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA within 30 calendar days about problems, delays, or adverse conditions that may materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

### Performance Reporting - Frequency

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer on the designated quarterly due date(s). If due date falls on a federal holiday or weekend, it is due the following business day. The period end and due dates are listed in the below table.

| Period Ending | Quarterly Due Dates |
|---|---|
| September 30 | October 31 |
| December 31 | January 31 |
| March 31 | April 30 |
| June 30 | July 31 |

The first quarterly report is due at the end of the first full quarter following the execution of the agreement, unless the recipient has incurred pre-award costs. If the recipient is authorized to incur pre-award costs, the grant performance period begins on the date costs were first incurred, and the recipient would provide a quarterly performance report following the end of the first full quarter after that date. Quarterly reports will continue thereafter and throughout the remainder of the performance period. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance as identified in this agreement. The final report must document all project activities occurring during the Period of Performance and as outlined in the executed agreement. However, please be advised that the statutory three-year performance period for this grant program may not be extended. Any costs incurred after the end of the performance period are the responsibility of the

recipient and may not be charged to the grant.

Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(e). Pass-through entity monitoring of the subrecipient must include:

1. Review of financial and programmatic reports.
2. Follow-up on action plans noting findings/deficiencies identified from site visits and/or desk reviews to ensure effective subrecipient performance.
3. Quantitative environmental results the subrecipient achieved, the place of performance (eg. Census Tract ID, zip code, latitude / longitude) and a narrative discussion of any qualitative improvements of environmental conditions in the target community.
4. Summaries of audit findings and related pass-through-entity management decisions.
5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.
6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(f), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.
7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including quantitative measures and place of performance of outreach, engagement, and implementation of feedback.
8. Quantity of, the place of performance and qualitative summaries of capacity building activities for severely capacity-constrained communities.
9. Summaries of reach in underserved communities, communities in urban, remote, and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

Subaward Performance Reporting on Milestones of Activities for Fixed-Amount Awards

Grantmakers have limited reporting requirements for fixed-amount subawards. The recipient must at minimum report on subrecipients' fixed-amount subaward milestones via the quarterly performance reports, as well as any other reporting requirements agreed upon by the Grantmaker and the fixed-amount subaward recipient, as described in the Fixed Amount Subaward memo. Fixed Amount Subaward Performance reporting will be in accordance with **applicable requirements specified in 2 CFR Parts 200 and 1500, which will apply to fixed-amount subawards absent a case-specific exception requested by a Grantmaker, concurred by the OEJECR Project Officer and approved by OGD. Note:** Each Grantmaker will define "Severely Capacity Constrained." Grantmakers will also design policies and procedures to limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a specified time period to maximize the diversity and breadth of subrecipients.

Examples of Fixed Amount Subaward Performance reporting include but are not limited to:

1. Monitoring plans paid on a milestone basis with an initial amount paid prior to the development of the plan, followed by a second payment upon completion of the draft plan, with a final payment when the plan is complete.

2. Lump sum payments for equipment purchases (e.g. air monitoring devices) based on invoices provided by the subrecipient.

3. Upfront costs of no more than 25%, except with permission of the Project Officer, with subsequent milestone-based payments. For example, sampling projects paid on a milestone basis with 25% for upfront expenses, 25% for data collection, 25% for data analysis, 25% for final report completion.

Fixed-Amount Subaward Monitoring and Compliance

**As provided in 2 CFR 200.102(c), the Award Official is authorized to waive or modify the following regulatory requirements for subrecipients receiving fixed-amount subawards:**

1.
  1. Competition requirements specified in 2 CFR Part 200 and Part 1500 with the exception of the statutory consultant fee cap implemented at 2 CFR 1500.10.
  2. Records required to document personnel compensation under 2 CFR 200.430 and 2 CFR 200.431.
  3. Financial requirements at 2 CFR 200.302(b) with the exception of accounting records and documentation required to demonstrate achievement of agreed upon milestones such as invoices for equipment or facility rental, fees paid, stipends earned, and similar fixed-amount transactions.
  4. Internal controls described at 2 CFR 200.303 with the exception of an internal control protocol for ensuring that fixed-amount subrecipients only request payment from the pass-through entities upon completion of agreed upon milestones.
  5. Property standards in 2 CFR Part 200 with the exception of 2 CFR 200.315 as implemented in EPA's General Term and Condition Data and Copyrighted Materials relating to EPA's "Federal Purpose" license in data and written materials produced with EPA funds.
  6. Subrecipient and contractor determinations in 2 CFR 200.331 and corresponding provisions of the EPA Subaward Policy.
  7. Indirect costs authorized by 2 CFR 200.332(b)(4). Fixed amount subrecipients do not incur indirect costs.
  8. Reports on real or personal property required when closing out a subaward specified in 2 CFR 200.344(g).

4. The pass-through entities must have pricing procedures that prevent subrecipients from "profiting" from fixed-amount subawards by precluding payments for "management fees" or other amounts in excess of anticipated costs for the activity. Grantmakers will use the following

methods to ensure compliance for tracking and monitoring activities:

1. Establishing the content of periodic and final performance and financial reports for each fixed-amount subaward.
2. Obtaining a budget description of planned expenditures to be refunded if an activity or event does not take place, a report or analysis is not completed, or the subrecipient does not otherwise perform as promised.
3. Certification in writing to the pass-through entity at the end of the fixed-amount subaward that the project or activity was completed, or the level of effort was expended. If the required level of activity or effort was not carried out, the amount of the fixed-amount subaward must be adjusted and any excess funds refunded.
4. Requiring prior written approval of the pass-through entity for any changes in principal investigator, project leader, project partner, or scope of effort.

5. Review and Oversight

1. Work Product - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.
2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. The EPA Project Officer has discretion to change the frequency with which calls are held.
3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

6. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJ TCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post- project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding

opportunities, potential collaborations, and technical assistance that may assist recipients in their future work. Periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates. Project Officers are encouraged to engage with their Grantmakers to fulfill post-period follow-up, but are not to document non-compliance.

7. Cybersecurity Condition

1. The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

2. (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system

and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring

deemed necessary by the recipient under 2 CFR 200.332(e), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

8. Competency Policy

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, <u>Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,</u> Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process. A copy of the Policy is available online

at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

1. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33. EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and- equipment-under-epa-assistance. Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients or subrecipient must ensure that subrecipients acquire insurance equal to the amount of the purchased items to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

10. Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards. Information on these standards may be found at https://www.fgdc.gov/.

11. Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award

recipients develop and implement a Quality Assurance (QA) planning document in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:

NOTE: The Grantmaker will need to develop a management strategy for receiving, reviewing and assisting applicants with QMP or QAPP needs. .

1. Quality Management Plan (QMP)

   1.
      1. Prior to beginning environmental information operations, the recipient must:

      1.
         1. Submit a previously EPA-approved and current QMP,

      1.
         2. The EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the recipient and EPA Project Officer (PO) in writing if the QMP is acceptable for this agreement.

      1.
         2. The recipient must submit the QMP within 30 days after grant award, and/or no more than 90 days after grant award.

      1.

3. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval

In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

For Reference:

- Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

- EPA QA/G-5: *Guidance for Quality Assurance Project Plans.*

- (QAM and/or PO may insert QA references that inform or assist the recipient here).

- EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

- The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

L. Human Subjects Research Review Process

(a) *Applications involving human subjects.* (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.

2. Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply

with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

3. Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

M. Program Income

In accordance with 2 CFR 200.307(b) and 2 CFR 1500.8(b), the recipient is hereby authorized to retain program income earned during the project period.

Project Officers must choose one or more of the options below per their approval in the Finding Recommendation and delete the options not applicable. The default use of the program income under 2 CFR 1500.8(b) is "Addition."

The recipient agrees to use the following method for applying income:

1. Addition. Program income is added to the total allowable costs, increasing the overall total amount of the award. Program income must be used for the original purpose of the award and under the conditions of the assistance agreement.

Note: During budget negotiations program offices may authorize the recipient to deduct costs incurred in generating program income from gross program income to determine net program income as provided at 2 CFR 200.307(d). In these cases the program income T&C must include the following additional statement:

In accordance with 2 CFR 200.307(d) costs incidental to generating program income may be deducted from gross income to determine program income, provided these costs have not been charged to the EPA award. The recipient must retain adequate accounting records to document that any costs deducted from program income comply with regulatory requirements. Further, the recipient must report program income on the Federal Financial Report, SF425. The recipient should refer to the General Terms and Conditions "Federal Financial Reporting (FFR)" for more information on the SF 425.

14. Use of Logos and Icons

**Programmatic guidance for the appropriate use of the icons and logos either together, with other partner icons or individually will be provided.**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that the The Minneapolis Foundation received financial support from the EPA under an Assistance Agreement. More information is available

at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

Grantmaker Icon

The Thriving Communities Grantmaking Program (TCGM) Icon will be designed by the EPA with Grantmaker input and approved by the EPA PROTRAC process , used to monitor the concept proposal, development, review and approval of EPA print, infographics, audio, video and social media content/products for internal and external release, as well as Esri Products (Story Maps and Hub sites) for external publishing only. PROTRAC ensures all content created is consistent, appropriate and in alignment with current agency messages, and follows EPA branding guidelines. The icon will represent the "programmatic identity" of the Grantmaker program, and may be used alone or in conjunction with the EPA and grant recipient's logos' or individual Grantmaker's logo. The approved TCGM programmatic icon must remain intact and unmodified. Modifying icons to specifically identify a program office or region are not permitted. NOTE: Icons must be updated or removed per current agency policy/guidelines.

## O. Paperwork Reduction Act

(a) The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information. The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization. The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

16. **Substantial Involvement**

EPA will be substantially involved in this agreement however, final decisions rest with the recipient. Substantial involvement by the EPA Project Officer may include:

1. Monthly telephone calls and other monitoring,

2. Review project phases and provide approval to continue to the next phase,

3. Review and comment on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. Approve substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend, or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. Review and comment on the programmatic progress reports.

6. Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend, or direct the recipient to select any individual).

EPA 000716

7. Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8. Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9. EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10. In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11. If a Conflict of Interest is Identified by the EPA, the Conflict-of-Interest Mitigation Plan will need to be approved by the Project Officer, in consultation with the Grant Specialist.

12. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

13. Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

14. EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

15. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

16. Informally referred to as the "Cap Amount Award Policy" and discussed on page 15 of the NOFO, Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that a recipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance or a shorter interval as deemed appropriate by the pass-through entity. This plan will need to be approved by the Project Officer.

17. Prior to making subawards, Grantmakers can work with their Project Officers to identify instructions and guidance on subaward policies to ensure that the burden on the Tier 1-3 and

fixed-amount award Subrecipients is minimized. This includes resources such as the gmc_subaward_policy_appendix_d_subaward_agreement_template.pdf (epa.gov) (EPA does not mandate the use of this template. Pass-through entities may use their own form of subaward agreements

provided the requirements of 2 CFR 200.332(a) and 2 CFR 200.332(b) are met.) And requirements that flow down to subgrantees such as "Unique Entity Identifier" (UEI) as required by 2 CFR Part 25 and 2 CFR 200.332(b)(1).

17. National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Non-procurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Non- procurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

18. **Subsequent Award Statutory Partnership Agreements Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.** EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to issuance of the Subsequent Award.

Any letters of commitment submitted in the application should be finalized into a final signed statutory agreement, which should include any updated stakeholder roles and responsibilities or revised award amounts. The statutory partnership agreement must be signed by all relevant parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement. Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer. The EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Subsequent Award in accordance with the

standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

19. Record Retention

In accordance with 2 CFR § 200.334, recipients and subrecipients must retain for a period of three years all programmatic, financial, statistical, and all other records required under the terms of the agreement, unless a dispute or lawsuit has ensued. If a dispute or lawsuit has been initiated, all records must be retained for the duration of the dispute, until the matter is resolved and dispositioned, and for three years thereafter.

20. **Environmental Justice Thriving Communities Grantmaking Program Davis-Bacon Labor Standards**

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage Rate Requirements).

Therefore, the pass-through entity must create a Davis-Bacon subgrant compliance plan to ensure that any entity that receives financial assistance complies with Davis-Bacon labor requirements where construction work is financed in whole or in part with such financial assistance.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-

compliance with Davis-Bacon, the recipient agrees to discuss the situation with the EPA Project Officer for possible referral to DOL for guidance or enforcement action.

Note, the use of the term project in this term and condition is distinct from the use of the term project within the definition of qualified project under Clean Air Act Section 134(c)(3), which is broader and includes "any project, activity, or technology." 40 CFR 30.103 defines construction as "erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property, and activities in response to a release or a threat of a release of a hazardous substance into the environment, or activities to prevent the introduction of a hazardous substance into a water supply."

1. Program Applicability
    1. Program Name: Environmental Justice Thriving Communities Grantmaking Program
    2. Statute requiring compliance with Davis-Bacon: Clean Air Act Section 314, Labor Standards, codified as 42 U.S.C. § 7614.

1.

    3. Activities subject to Davis-Bacon: Activities subject to Davis-Bacon include certain construction costs and contractual costs. Construction costs may include:
        3. Building and / or upgrading existing structures and sites to improve community use while reducing GHG emissions and / or improving climate resilience;
        4. Implementing structural and non-structural retrofits to enhance the resilience of community-serving buildings (e.g., raise the building elevation to reduce flood risk, improve cooling systems and / or insulation to reduce extreme heat risk);
        5. Install energy efficiency measures such as insulation, double or triple glazed windows, "cool roofs" that reflect sunlight, and energy management systems in public buildings;
        6. Remediating or mitigating harmful substances in buildings, including lead, mercury, pesticides, radon, mold, PCBs (caulk, flooring, etc.), lead-based paint, asbestos, and other toxic substances;
        7. Installing, upgrading, or replacing HVAC and / or filtration systems that improve indoor quality in schools, community-serving buildings, and single-and- multifamily homes;
        8. Targeted water infrastructure upgrades, including replacing private-side lead lines in homes, childcare facilities, schools, or other community-serving buildings; septic to sewer conversions; and installing water fountains at schools and parks; and
        9. Other activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of *Construction* at 40 CFR 33.103, as well as related architectural or engineering services.

With very few exceptions, recipients carry out construction projects by hiring contractors which typically include a general contractor and an architectural or engineering firm for design work and in some cases purchasing equipment for installation at the site. Hiring general contractors and other contractors performing activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of

EPA 000720

Construction at 40 CFR 33.103 will be categorized as "Construction."

1.
   4. Prevailing Wage Classification: Building

2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

3. Recipient Responsibilities When Entering Into and Managing Contracts:
   3. Solicitation and Contract Requirements:
      3. Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.
      4. Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:
         3. "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."
   4. After Award of Contract:
      3. Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).
      4. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

4. Recipient Responsibilities When Establishing and Managing Additional Subawards:
   4. Include DBRA Requirements in All Subawards (including Loans):

4. Include the following text on all subawards under this grant:

    4. "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

  5. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

5. The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

21. Participation in an EPA-Sponsored Program Evaluation.

As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all EPA staff, contractors, or designated Recipients performing research or evaluation studies funded by EPA, if directed to do so by the Project Officer.

  5. Land Acquisition

Land acquisition must comply with the Uniform Relocation Act and Federal Highway Administration's implementing regulations at 49 CFR Part 24 which requires grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements.

23.  Termination

Notwithstanding the General Term and Condition "Termination," EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024), when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of Section 138 of the Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

**The Following Programmatic Term and Condition Has Been Removed:**

**Signage Required**

**All Other Programmatic Terms and Conditions Remain the Same**

|  | Old Budget | New Budget | $ Change |
|---|---|---|---|
| Personnel | $ 686,424.00 | $ 3,055,376.00 | $ 2,368,952.00 |
| Fringe | $ 203,465.00 | $ 886,059.00 | $ 682,594.00 |
| Travel | $ - | $ 174,139.00 | $ 174,139.00 |
| Supplies | $ - | $ 57,799.00 | $ 57,799.00 |
| Contractual | $1,907,106.00 | $2,760,953.00 | $ 853,847.00 |
| Indirect | $ 903,005.00 | $ 940,674.00 | $ 37,669.00 |
| NDN | $ 300,000.00 | $ 1,300,000.00 | $ 1,000,000.00 |
|  |  |  | $ 5,175,000.00 |
| Grantmaking | $ 48,000,000.00 | $ 42,825,000.00 | ($5,175,000.00) |
|  | $ 52,000,000.00 | $ 52,000,000.00 |  |

| Total Percent Change | 9.95% |
|---|---|

EPA 000724

|  |  | Year 1 |
|---|---|---|
| **Personnel** |  | 10/24 - 9/25 |
| TMF | TCGM Project Director | $ 180,250.00 |
| | Program Officer 1 | $ 46,350.00 |
| | Program Associate 1 | $ 74,160.00 |
| | Program Associate 2 | $ 74,160.00 |
| | Director of Grants Administration and Operations | $ 51,503.00 |
| | Grants Associate | $ 72,100.00 |
| | Grants Accountant | $ 84,357.00 |
| | Staff Accountant | $ 36,153.00 |
| | Finance Associate | $ 6,712.00 |
| | Chief Financial Officer | $ 25,246.00 |
| | Senior Director of Marketing and Communications | $ 30,003.00 |
| | Public Relations and Communications Manager | $ 25,000.00 |
| | Communications Associate | $ 1,652.00 |
| | Multimedia Content Manager | $ 5,903.00 |
| | System Business Analyst | $ 12,729.00 |
| | VP of IT and Risk Management | $ 32,541.00 |
| | Senior Vice President of Impact | $ 76,082.00 |
| | President & CEO | $ 22,158.00 |
| | Payroll Manager | $ 7,344.00 |
| | Philanthropic Advisor | $ 4,303.00 |
| RE-AMP | RE-AMP Project: Rural & Remote Outreach Director | $ 93,617.00 |
| | RE-AMP Project Director/CEO | $ 27,397.00 |
| | RE-AMP Project: Director of Community Management | $ - |
| | RE-AMP Project Federal Funding Navigator | $ - |
| | RE-AMP Project Federal Funding Navigator | $ - |
| | RE-AMP Project Strategic Director | $ - |
| | RE-AMP Project Administration Manager | $ 6,548.00 |
| MWEJN | MWEJN Project: Urban Outreach Director | $ 123,603.00 |
| | MWEJN Project: Urban Outreach Program Coordinator | $ 80,000.00 |
| | MWEJN Project: Communications Coordinator | $ 38,634.00 |
| **Total FTEs** | | |
| Fringe Benefits | Calculated at 29% of total personnel | $ 359,166.00 |
| Travel | | $ 43,239.00 |
| Supplies | | $ 32,872.00 |
| Contractual | | |
| | Financial Services & Audits | $ 40,000.00 |
| | Regional Community Liaisons (10) | $ 46,500.00 |
| | Crosscutter & Compliance  Contractor | $ 45,295.00 |
| | RE-AMP Rural Technical Assitance Contractor | $ 80,000.00 |
| | RE-AMP Rural Indiana TCGM outreach (2) | $ 67,039.00 |
| | RE-AMP Rural Wisconsin TCGM outreach (2) | $ 67,039.00 |
| | RE-AMP Rural Michigan TCGM outreach (2) | $ 67,039.00 |
| | RE-AMP Rural Ohio TCGM outreach (2) | $ 67,039.00 |
| | RE-AMP Rural Illinois TCGM outreach (2) | $ 67,039.00 |
| | RE-AMP Rural Minnesota TCGM outreach (2) | $ 67,039.00 |
| | MWEJN Financial Accounting Contractor | $ - |
| | MWEJN Cohort Facilitation Contactor | $ - |
| | MWEJN Communications Contractor | $ - |
| | MWEJN Program Evaluation Contractor | $ - |

| | | | |
|---|---|---|---|
| | MWEJN Hub Meeting Facilitator | $ | - |
| | MWEJN Hub Meeting Space Rental | $ | - |
| | MWEJN Trainer Fees for Program Grantees | $ | - |
| | MWEJN Urban Techincal Assitance Contractor | $ | 80,000.00 |
| Other (including subawards) | | | |
| | NDN Collective | $ | 400,000.00 |
| | Subawards: TCGM grants for non-competitive subawards and Tiers 1, 2, & 3 | $ | 19,400,000.00 |
| Indirect Allocation | | $ | 357,112.00 |
| **Total** | | **$** | **22,524,923.00** |
| | | | |

| Year 2 10/25 - 9/26 | Year 3 10/26 - 9/27 | Total | |
|---|---|---|---|
| $ 185,658.00 | $ 191,228.00 | $ 557,136.00 | See FTE Detail |
| $ 47,741.00 | $ 9,835.00 | $ 103,926.00 | |
| $ 76,385.00 | $ 7,868.00 | $ 158,413.00 | |
| $ 76,385.00 | $ 7,868.00 | $ 158,413.00 | |
| $ 52,456.00 | $ 27,015.00 | $ 130,974.00 | |
| $ 74,263.00 | $ 38,246.00 | $ 184,609.00 | |
| $ 86,888.00 | $ 44,748.00 | $ 215,993.00 | |
| $ 37,238.00 | $ 19,177.00 | $ 92,568.00 | |
| $ 6,914.00 | $ - | $ 13,626.00 | |
| $ 26,004.00 | $ 12,174.00 | $ 63,424.00 | |
| $ 20,108.00 | $ 6,472.00 | $ 56,583.00 | |
| $ 15,462.00 | $ 15,926.00 | $ 56,388.00 | |
| $ - | $ - | $ 1,652.00 | |
| $ 2,898.00 | $ - | $ 8,801.00 | |
| $ 13,111.00 | $ 4,501.00 | $ 30,341.00 | |
| $ 33,517.00 | $ 10,788.00 | $ 76,846.00 | |
| $ 78,365.00 | $ 32,286.00 | $ 186,733.00 | |
| $ 22,823.00 | $ 23,508.00 | $ 68,489.00 | |
| $ 7,564.00 | $ 7,791.00 | $ 22,699.00 | |
| $ 4,432.00 | $ - | $ 8,735.00 | |
| $ 96,426.00 | $ 24,830.00 | $ 214,873.00 | |
| $ 28,219.00 | $ 17,097.00 | $ 72,713.00 | |
| $ - | $ - | $ - | |
| $ - | $ - | $ - | |
| $ - | $ - | $ - | |
| $ - | $ - | $ - | |
| $ 5,396.00 | $ 5,558.00 | $ 17,502.00 | |
| $ 127,311.00 | $ 32,783.00 | $ 283,697.00 | |
| $ 82,400.00 | $ 21,218.00 | $ 183,618.00 | |
| $ 39,793.00 | $ 8,197.00 | $ 86,624.00 | |
| | | $ 3,055,376.00 | |
| $ 361,850.00 | $ 165,043.00 | $ 886,059.00 | See Fringe Detail |
| $ 71,319.00 | $ 59,581.00 | $ 174,139.00 | |
| $ 12,465.00 | $ 12,462.00 | $ 57,799.00 | |
| | | | See Contract Detail |
| $ 40,000.00 | $ 40,000.00 | $ 120,000.00 | |
| $ 93,000.00 | $ 93,000.00 | $ 232,500.00 | |
| $ 100,000.00 | $ 100,000.00 | $ 245,295.00 | |
| $ 110,000.00 | $ 110,000.00 | $ 300,000.00 | |
| $ 61,735.00 | $ 30,903.00 | $ 159,677.00 | |
| $ 61,735.00 | $ 30,903.00 | $ 159,677.00 | |
| $ 61,735.00 | $ 30,902.00 | $ 159,676.00 | |
| $ 61,735.00 | $ 30,902.00 | $ 159,676.00 | |
| $ 61,735.00 | $ 30,902.00 | $ 159,676.00 | |
| $ 61,735.00 | $ 30,902.00 | $ 159,676.00 | |
| $ 160,000.00 | $ 65,100.00 | $ 225,100.00 | |
| $ - | $ - | $ - | |
| $ 95,000.00 | $ 120,000.00 | $ 215,000.00 | |
| $ - | $ 125,000.00 | $ 125,000.00 | |

| | | | |
|---:|---:|---:|---|
| $ - | $ - | $ - | |
| $ - | $ - | $ - | |
| $ 20,000.00 | $ 20,000.00 | $ 40,000.00 | |
| $ 110,000.00 | $ 110,000.00 | $ 300,000.00 | See Subawards Detail |
| $ 450,000.00 | $ 450,000.00 | $ 1,300,000.00 | |
| $ 19,400,000.00 | $ 4,025,000.00 | $ 42,825,000.00 | |
| $ 502,211.00 | $ 81,351.00 | $ 940,674.00 | See Indirect Detail |
| $ 23,144,012.00 | $ 6,331,065.00 | $ 52,000,000.00 | |

We are choosing to

$0.00

EPA 000729

EPA 000730

| Posistion Titles | FTE % of Time Over 3 years | Year 1 Annual Salary | $ Amount Year 1 |
|---|---|---|---|
| TCGM Project Director | 100% | $ 180,250.00 | $ 180,250.00 |
| Program Officer 1 | 37% | $ 92,700.00 | $ 46,350.00 |
| Program Associate 1 | 70% | $ 74,160.00 | $ 74,160.00 |
| Program Associate 2 | 70% | $ 74,160.00 | $ 74,160.00 |
| Director of Grants Administration and Operations | 33% | $ 127,319.00 | $ 51,503.00 |
| Grants Associate | 83% | $ 72,100.00 | $ 72,100.00 |
| Grants Accountant | 83% | $ 84,357.00 | $ 84,357.00 |
| Staff Accountant | 42% | $ 72,306.00 | $ 36,153.00 |
| Finance Associate | 7% | $ 67,124.00 | $ 6,712.00 |
| Chief Financial Officer | 9% | $ 229,512.00 | $ 25,246.00 |
| Senior Director of Marketing and Communications | 15% | $ 122,017.00 | $ 30,003.00 |
| Public Relations and Communications Manager | 18% | $ 100,077.00 | $ 25,000.00 |

| | | | |
|---|---|---|---|
| Communications Associate | 1% | $ 82,616.00 | $ 1,652.00 |
| Multimedia Content Manager | 3% | $ 93,784.00 | $ 5,903.00 |
| System Business Analyst | 12% | $ 84,860.00 | $ 12,729.00 |
| VP of IT and Risk Management | 12% | $ 203,381.00 | $ 32,541.00 |
| Senior Vice President of Impact | 20% | $ 304,328.00 | $ 76,082.00 |
| President & CEO | 5% | $ 443,168.00 | $ 22,158.00 |
| Payroll Manager | 8% | $ 91,802.00 | $ 7,344.00 |
| Philanthropic Advisor | 2% | $ 143,428.00 | $ 4,303.00 |
| RE-AMP Project: Rural & Remote Outreach Director | 75% | $ 93,617.00 | $ 93,617.00 |
| RE-AMP Project Director/CEO | 15% | $ 161,159.00 | $ 27,397.00 |
| RE-AMP Project: Director of Community Management | 0% | $ 95,296.00 | $ - .00 |
| RE-AMP Project Federal Funding Navigator | 0% | $ 66,731.00 | $ - .00 |

| | | | |
|---|---|---|---|
| RE-AMP Project Federal Funding Navigator | 0% | $ 65,186.00 | $ - .00 |
| RE-AMP Project Strategic Director | 0% | $ 110,746.00 | $ - .00 |
| RE-AMP Project Administration Manager | 9% | $ 65,483.00 | $ 6,548.00 |
| MWEJN Project: Urban Outreach Director | 75% | $ 123,603.00 | $ 123,603.00 |
| MWEJN Project: Urban Outreach Program Coordinator | 75% | $ 80,000.00 | $ 80,000.00 |
| MWEJN Project: Communications Coordinator | 37% | $ 77,268.00 | $ 38,634.00 |
| **Total Personnel** | | $ **3,682,538** | $ **1,238,505.00** |

EPA 000733

| FTE % Year 1 | Year 2 Annual Salary | $ Amount Year 2 | FTE % Year 2 | Year 3 Annual Salary | $ Amount Year 3 |
|---|---|---|---|---|---|
| 100% | $ 185,658.00 | $ 185,658.00 | 100% | $ 191,228.00 | $ 191,228.00 |
| 50% | $ 95,481.00 | $ 47,741.00 | 50% | $ 98,345.00 | $ 9,835.00 |
| 100% | $ 76,385.00 | $ 76,385.00 | 100% | $ 78,677.00 | $ 7,868.00 |
| 100% | $ 76,385.00 | $ 76,385.00 | 100% | $ 78,677.00 | $ 7,868.00 |
| 40% | $ 131,139.00 | $ 52,456.00 | 40% | $ 135,073.00 | $ 27,015.00 |
| 100% | $ 74,263.00 | $ 74,263.00 | 100% | $ 76,491.00 | $ 38,246.00 |
| 100% | $ 86,888.00 | $ 86,888.00 | 100% | $ 89,495.00 | $ 44,748.00 |
| 50% | $ 74,475.00 | $ 37,238.00 | 50% | $ 76,709.00 | $ 19,177.00 |
| 10% | $ 69,138.00 | $ 6,914.00 | 10% | $ 71,212.00 | $ - .00 |
| 11% | $ 236,397.00 | $ 26,004.00 | 11% | $ 243,489.00 | $ 12,174.00 |
| 25% | $ 125,678.00 | $ 20,108.00 | 16% | $ 129,448.00 | $ 6,472.00 |
| 25% | $ 103,079.00 | $ 15,462.00 | 15% | $ 106,171.00 | $ 15,926.00 |

EPA 000734

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2% | $ | 85,094.00 | $ | - .00 | 0% | $ | 87,647.00 | $ | - .00 |
| 6% | $ | 96,598.00 | $ | 2,898.00 | 3% | $ | 99,496.00 | $ | - .00 |
| 15% | $ | 87,406.00 | $ | 13,111.00 | 15% | $ | 90,028.00 | $ | 4,501.00 |
| 16% | $ | 209,482.00 | $ | 33,517.00 | 16% | $ | 215,766.00 | $ | 10,788.00 |
| 25% | $ | 313,458.00 | $ | 78,365.00 | 25% | $ | 322,862.00 | $ | 32,286.00 |
| 5% | $ | 456,463.00 | $ | 22,823.00 | 5% | $ | 470,157.00 | $ | 23,508.00 |
| 8% | $ | 94,556.00 | $ | 7,564.00 | 8% | $ | 97,393.00 | $ | 7,791.00 |
| 3% | $ | 147,731.00 | $ | 4,432.00 | 3% | $ | 152,163.00 | $ | - .00 |
| 100% | $ | 96,426.00 | $ | 96,426.00 | 100% | $ | 99,319.00 | $ | 24,830.00 |
| 17% | $ | 165,994.00 | $ | 28,219.00 | 17% | $ | 170,974.00 | $ | 17,097.00 |
| 0% | $ | 98,155.00 | $ | - .00 | 0% | $ | 101,100.00 | $ | - .00 |
| 0% | $ | 68,733.00 | $ | - .00 | 0% | $ | 70,795.00 | $ | - .00 |

EPA 000735

| | | | | | | |
|---|---|---|---|---|---|---|
| 0% | $ 67,142.00 | $ - .00 | 0% | $ 69,156.00 | $ - .00 |
| 0% | $ 114,069.00 | $ - .00 | 0.00% | $ 117,491.00 | $ - .00 |
| 10% | $ 67,447.00 | $ 5,396.00 | 8% | $ 69,470.00 | $ 5,558.00 |
| 100% | $ 127,311.00 | $ 127,311.00 | 100% | $ 131,130.00 | $ 32,783.00 |
| 100% | $ 82,400.00 | $ 82,400.00 | 100% | $ 84,872.00 | $ 21,218.00 |
| 50% | $ 79,586.00 | $ 39,793.00 | 50% | $ 81,974.00 | $ 8,197.00 |
| | $ 3,793,017.00 | $ 1,247,757.00 | | $ 3,906,808.00 | $ 569,114.00 |

| FTE % Year 3 | Total $ Amount |
|---|---|
| 100% | $ 557,136.00 |
| 10% | $ 103,926.00 |
| 10% | $ 158,413.00 |
| 10% | $ 158,413.00 |
| 20% | $ 130,974.00 |
| 50% | $ 184,609.00 |
| 50% | $ 215,993.00 |
| 25% | $ 92,568.00 |
| 0% | $ 13,626.00 |
| 5% | $ 63,424.00 |
| 5% | $ 56,583.00 |
| 15% | $ 56,388.00 |

| | | |
|---|---|---|
| 0% | $ | 1,652.00 |
| 0% | $ | 8,801.00 |
| 5% | $ | 30,341.00 |
| 5% | $ | 76,846.00 |
| 10% | $ | 186,733.00 |
| 5% | $ | 68,489.00 |
| 8% | $ | 22,699.00 |
| 0% | $ | 8,735.00 |
| 25% | $ | 214,873.00 |
| 10% | $ | 72,713.00 |
| 0% | $ | -  .00 |
| 0% | $ | -  .00 |

| | | |
|---|---|---|
| 0% | $ | - .00 |
| 0.00% | $ | - .00 |
| 8% | $ | 17,502.00 |
| 25% | $ | 283,697.00 |
| 25% | $ | 183,618.00 |
| 10% | $ | 86,624.00 |
| | $ | 3,055,376.00 |

EPA 000739

| Role |
| --- |

Point of contact for coordination with the EPA, TCTACs. and other governmental and nonprofit partners. Will facilitate, coordinate, and support Collaborative representatives and project managers as well as the RAC. Also, will oversee TMF's Program Officers and Grant Managers to ensure grant application and review processes align with EPA requirements and RAC guidance.

Works with the Program Manager to ensure TCGM program goals are advanced. Supports grantmaking activities by responding to grantee and applicant questions, performing due diligence on applications, and preparing analysis and recommendations. Reviews final reports and creates reports and presenttions as needed by the Program Manager.

Works with the Program Manager to ensure TCGM program goals are advanced. Supports grantmaking activities by responding to grantee and applicant questions, performing due diligence on applications, and preparing analysis and recommendations. Reviews final reports and creates reports and presenttions as needed by the Program Manager.

Works with the Program Manager to ensure TCGM program goals are advanced. Supports grantmaking activities by responding to grantee and applicant questions, performing due diligence on applications, and preparing analysis and recommendations. Reviews final reports and creates reports and presenttions as needed by the Program Manager.

Develop, manage, and oversee the administration, project management, internal systems, and customer service processes for all stages of the TCGM's grantmaking programs across the grant lifecycle- planning, application, committee review, due diligence, approval, payment, and reporting phases.

Coordinate administrative and technical support for TCGM grant programs and provide customer service to applicants and grantees as they access our online grants portal.This position partners closely with the Impact team to conduct due diligence, document issues with our application and reporting system, problem-solve in real time and engage with grantees in a respectful and supportive manner.

The Grant Accountant provides administrative support related to the EPA grant operations for the Finance team and other teams as available.They will manager financial reporting on grantee drawdowns, maintaining and ensuring the quality of EPA records and backup.

The Staff Accountant provides entry level accounting and administrative support related to the EPA grant operations for the Finance team and other teams as available. This includes accounts payable, vendor management, credit card and expense report processing, monitoring federal grants policies & Procedures, EPA Point of contact on finance team

The Finance Associate provides entry level accounting and administrative support related to the EPA grant operations for the Finance team and other teams as available. FA1 will be responsibile for setting up/verifying electronic payments (ACH) for the EPA grantees as well as submitting and monitoring the grantee payments.

Oversees financial management of the TCGM Program. Supervises Finance Team.

Leads communications strategy and material development for the overall TCGM program. Works collaboratively with TCGM staff and partners to drive program awareness, develop clear messaging, and create innovative ways to reach multiple audiences across Region 5.

Supports the Senior Director of Marketing & Communications and supports message development, written materials, communication plans, and media outreach for the TCGM program.

EPA 000740

Provides website and graphic design support for the TCGM program under the guidance of the Senior Director of Marketing & Communications.

Develops stories and provides website support for the TCGM program under the guidance of the Senior Director of Marketing & Communications.

Administers the backend of our program and grantmaking tools such as Salesforce.

Oversees the System Business Analyst and designs and implements the grantmaking tools for the TCGM program.

Primary point of contact for the TCGM agreement with the EPA. Provides oversight and management of the TCGM program to ensure compliance and successful program implementation. Ensures coordination across Finance, Grants Administration, Communications, IT, and Program staff.

 Leads TCGM outreach and communication to key stakeholders: members of congress, local elected officials, and private philanthropy.

Processes payroll accounting for EPA time ensuring compliance with reporting standards and manages onboarding for all new hires for the TCGM program.

Supports TCGM program communication and coordination to key internal and external constituencies: including fundholders and TMF staff. Brings their insights and learnings to the TCGM program regarding grantmaking and external outreach.

Directs TCGM outreach to urban disadvantaged communities across Region 5. Develops urban outreach strategies, helps develop and implement communications plans, oversees contracts, supports application review, identifies candidates for non-competitive subgrants, attends meetings and gives presentations on behalf of the MWEJN Project.

Liason to Collaborative, supervises all RE-AMP Project staff working on TCGM project, supports participatory governance, outreach, communications, and technical support to rural and remote disadvantaged communities.

Supports TCGM-related communications and outreach for rural communities, including website, newseltter, webinars, meetings. Also will manage TCGM-related data collection from CRM.

Support TCGM program implementation by helping identify candidates for non-competitive sub-grants and communicating success stories to share the impact of the TCGM program.

Support TCGM program implementation by helping identify candidates for non-competitive sub-grants and communicating success stories to share the impact of the TCGM program.

Help identify candidates for non-competitive sub-grants for severely capacity constrained eligible subrecipients

Provides adminstrative support to TCGM program staff working on the RE-AMP project.

Directs TCGM outreach to urban disadvantaged communities across Region 5. Develops urban outreach strategies, works with Communications and Organizing Director to develop and implement communications plans, oversees contracts, supports application review, identifies candidates for non-competitive subgrants, attends meetings and gives presentations on behalf of the MWEJN Project.

Serves as the primary TCGM contact person for organizations from urban disadvantaged communities. Provides technical assistance and support to potential applicants. Helps distribute program information. Works with the MWEJN TCGM Program Director and Communications & Organizing Director to publish information about the program on the website, newsletter, and social media outlets.

Edits & publishes TCGM-related information across social media (Facebook, Instagram, LinkedIn), Website, Blog, and two monthly newsletters. Identifies new channels and partners to elevate and share across platforms and to grow digital reach with a priority for urban EJ organizations.

| Assumed Number of Hours Worked | ~Hourly Rate | Monthly Cost |
|---|---|---|
| 1950 | $49.48 | $8,040.14 |

| | ~Hourly Expense | ~Monthly Expense |
|---|---|---|
| **Employer Contribution:** | | |
| Social Security | $3.07 | $498.49 |
| Medicare | $0.72 | $116.58 |
| MN Unemployment | $0.26 | $42.35 |
| -MNUI Workforce Development Assessment | $0.05 | $8.04 |
| Federal Unemployment | $0.02 | $3.50 |
| Group Life | $0.06 | $9.25 |
| STD | $0.20 | $32.16 |
| LTD | $0.24 | $38.59 |
| Parking | $1.54 | $250.00 |
| Medical | $4.03 | $655.30 |
| HSA | $0.44 | $72.09 |
| Dental | $0.32 | $52.24 |
| Vision | $0.03 | $4.52 |
| 401(k) Employer Contribution | $3.13 | $509.18 |
| Workers Comp Insurance | $0.09 | $15.28 |
| Total Employer Contribution | $14.00 | $2,308.00 |
| **Total Estimated Base + Contribution** | **$64.00** | **$10,348.00** |

**Note on PTO:** We have three types of PTO that are awarded throughout the year: 1. Personal Paid Time (PPT) 2. S
Bereavement. As for budgeting these: If they are used throughout the year they would be paid in lieu of salary. Ba
additional unexpected cost. Where an additional cost would come in would be unused PPT at the end of employm
applied to the TCGM grant expenses.

Median Annual Salary
$96,481.65

~Annual Expense

$5,981.86
$1,398.98
$508.20
$96.48
$42.00
$111.00
$385.95
$463.11
$3,000.00
$7,863.59
$865.05
$626.87
$54.29
$6,110.18
$183.32
$27,691.00

**$124,173.00**

ick and Safe Leave 3.
asically, there would no
nent, which would not be

6.2% of taxable wages up to $168,600
1.45% of taxable wages
$42,000 annual taxable wage base

$7,000 annual taxable wage base
$50,000 Benefit
Max weekly benefit of $2,500 (Equates to Max Base salary of $195,000)
Max monthly benefit of $15,000 (Equates to Max Base salary of $300,000)
No paid parking

Assumes HDHP

Calculated as 6.333% of salary (3% in year 1, 8% in years 2 & 3)

EPA 000745

| Grant 2: Travel Detail | | | | | |
|---|---|---|---|---|---|

| Project | Purpose | Total 3-year Cost | Year 1 $ | Year 2 $ | Year 3 $ |
|---|---|---|---|---|---|
| **TMF** | TCGM Project Director: Travel to Detroit or Lansing (6x per year) | **$3,870.00** | $1,290.00 | $1,290.00 | $1,290.00 |
| | TCGM Project Director: Travel to Minneapolis (4 x per year) | **$11,820.00** | $3,940.00 | $3,940.00 | $3,940.00 |
| | TCGM Project Director and Foundation colleague: Travel to Madison, 2 Staff, 2 X per Year) | **$10,872.00** | $3,624.00 | $3,624.00 | $3,624.00 |
| | TCGM Project Director and Foundation colleagues: Travel to Chicago (2 staff, 3 X per year) | **$18,558.00** | $6,186.00 | $6,186.00 | $6,186.00 |
| | TCGM Project Director TCGM Project Director and Foundation colleagues: Local travel 2 staff, 6 X per year) | **$11,700.00** | $3,900.00 | $3,900.00 | $3,900.00 |
| | TCGM Project Director: Washington DC (1 staff, 1 x per year) | **$3,177.00** | $1,059.00 | $1,059.00 | $1,059.00 |
| **RE-AMP** | RE-AMP Project: travel to Minneapolis (2 staff, 3 x per year) | **$17,028.00** | $5,676.00 | $5,676.00 | $5,676.00 |
| | RE-AMP Project: travel to Detroit (2 staff, 2 x per year) | **$7,360.00** | $3,680.00 | $3,680.00 | $0.00 |
| | RE-AMP Project: travel to Cleveland (2 staff, 2 x per year) | **$7,464.00** | $3,732.00 | $3,732.00 | $0.00 |
| | RE-AMP Project staff: local travel 2 staff, 8 X per year) | **$15,664.00** | $5,696.00 | $5,696.00 | $4,272.00 |
| | MWEJN Project: Urban Outreach **Director** travel to Minneapolis (9 trips) | **$10,566.00** | $3,522.00 | $3,522.00 | $3,522.00 |

| | | | | | |
|---|---|---|---|---|---|
| **MWEJN** | MWEJN Project: Urban Outreach **Director** Outreach Trips (8 trips: Detroit) | **$7,472.00** | $934.00 | $3,736.00 | $2,802.00 |
| | MWEJN Project: Urban Outreach **Program Coordinator** - Minneapolis Trips (6 trips) | **$7,044.00** | $0.00 | $3,522.00 | $3,522.00 |
| | MWJEN Project: Urban Outreach **Program Coordinator** - Outreach Trips (6 trips : Detroit) | **$6,538.00** | $0.00 | $3,736.00 | $2,802.00 |
| | MWEJN Project: Urban Outreach **Communications Coordinator** - MN Trips (6 trips: Minneapolis) | **$7,644.00** | $0.00 | $3,822.00 | $3,822.00 |
| | MWEJN Project: Urban Outreach **Communications Coordinator** - Outreach Trips (7 trips: Detroit) | **$7,238.00** | $0.00 | $4,136.00 | $3,102.00 |
| | MWEJN Project: Urban Outreach **Director** - Hub Meetings (6 trips : Cleveland) | **$6,708.00** | $0.00 | $3,354.00 | $3,354.00 |
| | MWEJN Project: Urban Outreach **Program Coordinator** - Hub Meetings (6 trips : Cleveland) | **$6,708.00** | $0.00 | $3,354.00 | $3,354.00 |
| | MWEJN Project: Urban Outreach **Communications Coordinator** - Hub Meetings (6 trips : Cleveland) | **$6,708.00** | $0.00 | $3,354.00 | $3,354.00 |
| | **Totals** | **$174,139.00** | **$43,239.00** | **$71,319.00** | **$59,581.00** |

| Travel | |
|---|---|
| **Per trip cost per staff** | **Per Staff cost breakdown (assumes current 2024 mileage rate of 0.67/mile)  We have provided the best estimates of our travel below, but these are subject to change based on evolving TCGM program needs. We will track actual costs and inovice accordingly.** |
| $215.00 | $167.50 mileage (249.25 miles per trip) + $48 per diem |
| $985.00 | $545 airfare + $148 hotel + $177.75 ($59.25 x 3 days) per diem + $114 mileage (200 miles, to and from airport, hotel, etc.) |
| $906.00 | $545 airfare + $131 hotel + $96 ($48 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) |
| $1,031.00 | $545 airfare + $233 hotel + $118.5 ($59.25 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.). |
| $325.00 | $277 mileage (413.43 miles, to meetings, conferences, and events within a 3-hour radius) + $48 per diem. This applies to staff based in Minneapolis or Detroit. |
| $1,059.00 | $545 airfare+ $261 hotel + $118.5 ($59.25 x 2 days) + $134 mileage (to and from airport, hotel, etc.). |
| $946.00 | $545 airfare + $148 hotel + $118.50 ($59.25 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) |
| $920.00 | $545 airfare + $145 hotel + $96 ($48 x 2 days) per diem + $134 mileage (200 miles, driving to and from airport, hotel, etc. |
| $933.00 | $545 airfare + $150 hotel + $103.5 ($51.75 x 2 days) per diem + $134 mileage (200 miles, to and from airport, hotel, etc.) |
| $356.00 | $308 mileage (459.70 miles to meetings, conferences, and events within a 3-hour radius) + $48 per diem. This applies to staff based in Madison, WI. |
| $1,174.00 | $471 airfare + $296 hotel ($148 x 2 nights)  + $207 per diem ($69x3) + $200 transportation to/from airport, hotel, meetings, etc. |

EPA 000748

| Amount | Breakdown |
|---|---|
| $934.00 | $437 airfare + $280 hotel (up to $140 x 2 nights)  + $166.50 per diem ($55.5 X 3 days) + $150.5 transportation to/from airport, hotel, meetings, etc. |
| $1,174.00 | $471 airfare + $296 hotel ($148 x 2 nights)  + $207 per diem ($69x3) + $200 transportation to/from airport, hotel, meetings, etc. |
| $934.00 | $437 airfare + $280 hotel (up to $140 x 2 nights)  + $166.50 per diem ($55.5 X 3 days) + $150.5 transportation to/from airport, hotel, meetings, etc. |
| $1,274.00 | $548 airfare + $296 hotel ($148 x 2 nights)  + $207 per diem ($69x3) + $200 transportation to/from airport, hotel, meetings, etc. |
| $1,034.00 | $437 airfare + $280 hotel (up to $140 x 2 nights)  + $166.50 per diem ($55.5 X 3 days) + $150.5 transportation to/from airport, hotel, meetings, etc. |
| $1,118.00 | $470 airfare + $318 hotel ($159 x 2 nights) + $180 ($60 x 3 days) per diem + $150 mileage  to and from airport, hotel, meetings, etc. |
| $1,118.00 | $470 airfare + $318 hotel ($159 x 2 nights) + $180 ($60 x 3 days) per diem + $150 mileage  to and from airport, hotel, meetings, etc. |
| $1,118.00 | $470 airfare + $318 hotel ($159 x 2 nights) + $180 ($60 x 3 days) per diem + $150 mileage  to and from airport, hotel, meetings, etc. |

EPA 000749

**Purpose: Intention to make the following trips, but will be adjusted to meet the TCGM Program priorities and needs.**

Project Director is based in Ann Arbor, MI. For meetings or conferences related to TCGM program to help with outreach and technical assistance

Project Director is based in Ann Arbor, MI. To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIll also meet with TCTAC and other external partners and area grantees, as appropriate.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

For Director (based in Ann Arbor) and colleagues (based in Minneapolis) to meet with local partners and grantees of the TCGM program for outreach and program planning and implementation work.

To attend a national conference that provides an opportunity to meet with other TCGM Grantmakers and lift up opportunities, needs, and challenges of TCGM grantees

To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIll also meet with TCTAC and other external partners and area grantees, as appropriate.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIll also meet with TCTAC and other external partners and area grantees, as appropriate.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIII also meet with TCTAC and other external partners and area grantees, as appropriate.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with TCGM partners and Minneapolis Foundation colleagues for TCGM planning and implementation purposes. WIII also meet with TCTAC and other external partners and area grantees, as appropriate.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.
To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.
To meet with local partners, potential applicants, and grantees of the TCGM program for outreach, implementation, and evaluation efforts.

**GSA Rates**

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=MN&city=Minneapolis&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=WI&city=madison&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=IL&city=Chicago&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=DC&city=&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=MN&city=Minneapolis&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=OH&city=Cleveland&zip=

https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2025&state=MN&city=&zip=

FY 2025 per diem rates for Detroit, Michigan | GSA

FY 2025 per diem rates for Detroit, Michigan | GSA

FY 2025 per diem rates for Detroit, Michigan | GSA

FY 2025 per diem rates for Detroit, Michigan | GSA

FY 2025 per diem rates for Cleveland, Ohio | GSA

FY 2025 per diem rates for Cleveland, Ohio | GSA

FY 2025 per diem rates for Cleveland, Ohio | GSA

## Grant 1 Amended Budget: Supplies Detail

| Project | Budget Item | Year 1 | Year 2 | Year 3 |
|---------|-------------|--------|--------|--------|
| **TMF** | Computers | ######### | | |
| | Printing: Michigan Staff (TMF) | $ 2,160.00 | $ | $ - |
| | Office Supplies | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **RE-AMP** | Printing: Madison Staff (RE-AMP Project) | $ 1,012.00 | $ 2,000.00 | $ 2,000.00 |
| | Workstation (RE-AMP Project) | $ 1,000.00 | | |
| **MWEJN** | Workstation (MWEJN Project) | $ 3,000.00 | | |
| | MWEJN Urban Meeting Light Refreshments | $ - | $ 2,800.00 | $ 2,800.00 |
| | MWEJN Urban Meeting Printing | $ 500.00 | $ 5,290.00 | $ 5,287.00 |
| | MWEJN Office Supplies | $ - | $ 1,375.00 | $ 1,375.00 |
| | **Total** | **#########** | **$ 12,465.00** | **$ 12,462.00** |

| Total |
|---|
| $ 24,200.00 |
| |
| $ 2,160.00 |
| $ 3,000.00 |
| |
| $ 5,012.00 |
| $ 1,000.00 |
| |
| $ 3,000.00 |
| |
| $ 5,600.00 |
| |
| |
| $ 11,077.00 |
| |
| $ 2,750.00 |
| $ 57,799.00 |

| Notes |
|---|
| 1 computer per new staff 10) = ($2,300) & phone license ($100) + mouse ($20). Will use simplified acquisition Project Director printing for Year 1, printing materials for funders and other partners to explain launch of program. Off-site printing of TCGM materials, assumes 20 cents a page for b & w and 60 cents a page for color. Printing items will include grantmaking criteria, appllication instructions, budget sheets and instructions, quality assurance planning information, procurement guidelines, and reporting requirements.  It assumes partners will take over pens, pencils, notepads, flip pads, etc. |
| Printing materials for rural and remote outreach. Off-site printing of TCGM materials, assumes 20 cents a page for b & w and 60 cents a page for color. Printing items will include grantmaking criteria, appllication instructions, budget sheets and instructions, quality assurance planning information, procurement guidelines, and reporting |
| Work desks and chairs (totaling $500) for 2 new RE-AMP Project staff |
| Work desks, chairs, and cabinets/furniture (totaling $1,500 each) for 2 new RE-AMP Project staff |
| For 7 events per year, with approximately 50 attendees at each event, with food costs $8 per person. |
| Printing materials for urban outreach and technical assistance. Off-site printing of TCGM materials, assumes 20 cents a page for b & w and 60 cents a page for color. Printing items will include grantmaking criteria, appllication instructions, budget sheets and instructions, quality assurance planning information, procurement guidelines, and reporting requirements. Estimated  packets for each meeting participant is 25 color pages, for 50 participants at 7 events per year ($5,250) plus additional black and white materials (sign in sheets, instructions, etc.). |
| Pens, markers, post-its, flip chart pads and easels, folders, etc. for office and for 7 meetings per year. |

| Project | Contract Type | Year 1 | Year 2 | Year 3 |
|---------|---------------|--------|--------|--------|
| TMF | Financial Services & Audits | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 |
| | Regional Community Liaisons (10) | $ 46,500.00 | $ 93,000.00 | $ 93,000.00 |
| | Crosscutter & Compliance Contractor | $ 45,295.00 | $ 100,000.00 | $ 100,000.00 |
| RE-AMP | Rural Technical Assitance Contractor | $ 80,000.00 | $ 110,000.00 | $ 110,000.00 |
| | RE-AMP Rural Indiana TCGM outreach (2) | $ 67,039.00 | $ 61,735.00 | $ 30,903.00 |
| | RE-AMP Rural Wisconsin TCGM outreach (2) | $ 67,039.00 | $ 61,735.00 | $ 30,903.00 |
| | RE-AMP Rural Michigan TCGM outreach (2) | $ 67,039.00 | $ 61,735.00 | $ 30,902.00 |
| | RE-AMP Rural Ohio TCGM outreach (2) | $ 67,039.00 | $ 61,735.00 | $ 30,902.00 |
| | RE-AMP Rural Illinois TCGM outreach (2) | $ 67,039.00 | $ 61,735.00 | $ 30,902.00 |
| | RE-AMP Rural Minnesota TCGM outreach (2) | $ 67,039.00 | $ 61,735.00 | $ 30,902.00 |
| MWEJN | MWEJN Financial Accounting Contractor | $ - | $ 160,000.00 | $ 65,100.00 |
| | MWEJN Cohort Facilitation Contactor | $ - | | |
| | MWEJN Communications Contractor | $ - | $ 95,000.00 | $ 120,000.00 |
| | MWEJN Program Evaluation Contractor | $ - | $ - | $ 125,000.00 |
| | MWEJN Hub Meeting Facilitator | $ - | | |
| | MWEJN Hub Meeting Space Rental | $ - | | |
| | MWEJN Trainer Fees for Program Grantees | $ - | $ 20,000.00 | $ 20,000.00 |
| | Urban Techincal Assitance Contractor | $ 80,000.00 | $ 110,000.00 | $ 110,000.00 |
| | **Totals** | **$ 694,029.00** | **$ 1,098,410.00** | **$ 968,514.00** |

EPA 000757

| Total |
|---|
| $ 120,000.00 |
| $ 232,500.00 |
| $ 245,295.00 |
| $ 300,000.00 |
| $ 159,677.00 |
| $ 159,677.00 |
| $ 159,676.00 |
| $ 159,676.00 |
| $ 159,676.00 |
| $ 159,676.00 |
| $ 225,100.00 |
| $ - |
| $ 215,000.00 |
| $ 125,000.00 |
| $ - |
| $ - |
| $ 40,000.00 |
| $ 300,000.00 |
| $ 2,760,953.00 |

EPA 000758

| Scope of Work |
| --- |

This is a separate audit contract will be only for the single audit of the TCGM project. Any additional costs that arise will be pulled from indirect expenses.

A competitive application process will identify 10 annual contracts of $9,300 each to individuals from a range of disadvantaged communities across Region 5 to support the TCGM program. Their scope of work will include helping design grantmaking processes and materials and reviewing and approving grants. Contracts will be for a one-year basis, after which a new round of liaisons will be chosen.  The rate is based on the following calculation: $91.95 (base) + $27.89 (30% overhead: administrative, insurance, office expenses, etc.) + $13.01 (travel)

Contractor will provide support and oversight for ensuring the TCGM program is properly understanding, communication, implementing, documenting, and reporting on the various crosscutting requirements that apply to our program and grantees. The scope of work will be designed to meet the needs that we ascertain from grant applications.

Contractor will provide support and oversight for ensuring that rural subrecipients recive the resources and support they need to implement their TCGM grant in accordance with federal requirements. The scope of work will be designed to meet the needs expressed by awardees. The contracts will be designed to meet the needs expressed by awardees, which will include group trainings, one-on-one assistance, and the devlopment of templates and resources .

Contract with 2 organizations based in Indiana to focus on rural and remote outreach across the state. In years 1&2 (12 months), Year 3 (6 months). Contracts include outreach, communications, presentations, and travel.

Contract with 2 organizations based in Wisconsin to focus on rural and remote outreach across the state. In years 1&2 (12 months), Year 3 (6 months). Contracts include outreach, communications, presentations, and travel.

Contract with 2 organizations based in Michigan to focus on rural and remote outreach across the state. In years 1&2 (12 months), Year 3 (6 months). Contracts include outreach, communications, presentations, and travel.

Contract with 2 organizations based in Ohio to focus on rural and remote outreach across the state. In years 1&2 (12 months), Year 3 (6 months). Contracts include outreach, communications, presentations, and travel.

Contract with 2 organizations based in Illinois to focus on rural and remote outreach across the state. In years 1&2 (12 months), Year 3 (6 months). Contracts include outreach, communications, presentations, and travel.

Contract with 2 organizations based in Minnesota to focus on rural and remote outreach across the state. In years 1&2 (12 months), Year 3 (6 months). Contracts include outreach, communications, presentations, and travel.

Provides advisory and limited financial accounting services to assist TCGM grantees in managing project budgets, helping to an ensure compliance with federal grant requirements and accurate reporting

Provides facilitation services for cohort sessions in order to create collaborative dialogue between grantees, enhances capacity by leveraging collective knowledge, and identifies data to underpin project storytelling opportunities

Provides services to help TCM grantees, develop narrative and public relations strategies centered on their TCGM funded project, and support a storytelling campaign for MWEJN that highlights the success of select TCGM projects.

Conduct an evaluation of Urban TCGM capital projects and share out lessons learned and best practices for implementation.

$5000 a program, 4-6 hours, plus $3600 expenses

$3000K for venue for 3 meetings

Contractor will provide training services to urban subrecipients to support grant compliance

Contractor will provide support and oversight for ensuring that urban subrecipients recive the resources and support they need to implement their TCGM grant in accordance with federal requirements. The contracts will be designed to meet the needs expressed by awardees, which will include group trainings, one-on-one assistance, and the devlopment of templates and resources .

| Selection Process | Contract Length |
|---|---|
| Simplified Aquisition Process (at least three quotes will be collected) | 36 months |
| We will launch a nominations process that will allow anyone from across the region or other individuals. Decisions will be made based on our criteria of having representation from each state and across multiple types of disadvantaged communities and areas of EJ expertise. | 36 months |
| Formal Procurement Methods | 28 months |
| Formal Procurement Methods | 32.5 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes or bids will be collected for each scope of work) | 30 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 24 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 24 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 24 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 12 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 24 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 24 months |
| Simplified Aquisition Process (at least three quotes will be collected for each scope of work) | 24 months |
| Formal Procurement Methods | 32.5 months |

EPA 000760

| | Year 1 Number of awards | Year 1 Subaward Totals |
|---|---|---|
| NDN Collective | 1 | $ 300,000.00 |
| Tier 1, Non-competitive Fixed Amount Awards ($75,000) | 18 | $ 1,350,000.00 |
| Tier 1, Competitive Awads | 20 | $ 3,000,000.00 |
| Tier 2, Competitive Awards | 19 | $ 4,750,000.00 |
| Tier 3, Competitive Awards | 18 | $ 6,300,000.00 |
| **Total** | **76** | **$ 15,700,000.00** |
| **Supplemental** | | |
| NDN Collective | 1 | $ 100,000.00 |
| Tier 1, Non-competitive Fixed Amount Awards ($75,000) | 3 | $ 200,000.00 |
| Tier 1, Competitive Awads | 3 | $ 450,000.00 |
| Tier 2, Competitive Awards | 5 | $ 1,250,000.00 |
| Tier 3, Competitive Awards | 6 | $ 2,100,000.00 |
| **Total** | **18** | **$ 4,100,000.00** |

2050000
2400000
450000
4900000

EPA 000761

| Year 2 Number of awards | Year 2 Subaward Totals | | Year 3 Number of awards | Year 3 Subaward Totals | | Subaward Totals | |
|---|---|---|---|---|---|---|---|
| | $ | 350,000.00 | | $ | 350,000.00 | $ | 1,000,000.00 |
| 18 | $ | 1,350,000.00 | 18 | $ | 1,350,000.00 | $ | 4,050,000.00 |
| 20 | $ | 3,000,000.00 | 18 | $ | 2,675,000.00 | $ | 8,675,000.00 |
| 19 | $ | 4,750,000.00 | | | | $ | 9,500,000.00 |
| 18 | $ | 6,300,000.00 | | | | $ | 12,600,000.00 |
| **75** | **$** | **15,750,000.00** | **36** | **$** | **4,375,000.00** | **$** | **35,825,000.00** |
| | $ | 100,000.00 | | $ | 100,000.00 | $ | 300,000.00 |
| 3 | $ | 200,000.00 | | | | $ | 400,000.00 |
| 3 | $ | 450,000.00 | | | | $ | 900,000.00 |
| 5 | $ | 1,250,000.00 | | | | $ | 2,500,000.00 |
| 6 | $ | 2,100,000.00 | | | | $ | 4,200,000.00 |
| 17 | $ | 4,100,000.00 | 0 | $ | 100,000.00 | $ | 8,300,000.00 |

EPA 000762

**Notes**



EPA 000764

| | Max Indirect B | |
|---|---|---|
| | Year 1 | Year 2 |
| # of Grantee Subawards | 100 | 96 |
| Alllowable Indirect Cost for Grantee Subawards | $ 750,000.00 | $ 720,000.00 |
| Allowable Indirect Cost for MTDC | $ 355,171.65 | $ 418,770.15 |
| Total | $ 1,105,171.65 | $1,138,770.15 |

EPA 000765

| reakdown 15% | |
|---|---|
| Year 3 | Total |
| 37 | 233 |
| $ 277,500.00 | $   1,747,500.00 |
| $ 266,207.10 | $   1,040,148.90 |
| $ 543,707.10 | $   2,787,648.90 |

EPA 000766

# Project Summary Page

## Project Title

Region 5 Great Lakes Thriving Communities Grantmaker Partnership (Great Lakes Partnership)

## Project Geographic Area-See Section I.D.4

Regional Geographic Area #5 includes EPA Region 5 (IL, IN, MI, MN, OH, WI, and 35 tribes)

## Applicant Information (name, address, main contact information)

The Minneapolis Foundation 800
IDS Center 80 S 8th Street
Minneapolis, MN 55402

R.T. Rybak, President and CEO

## Brief Description of Applicant Organization

This proposed funding request is for $42 million for a project duration of 36 months to implement the Environmental Justice Thriving Communities Grantmaking Program (TCGM) in Region 5. The lead applicant, the Minneapolis Foundation (TMF), has a mission to drive collective action to realize strong, vibrant communities, and cultivate generosity by taking action on the greatest civic, social, and economic needs—partnering with nonprofits, facilitating grantmaking, driving research and advocacy, and providing services to donors seeking to make a difference in their communities. TMF hosts the Midwest Environmental Justice Network (TMF'S MWEJN Project) and the RE-AMP Network (TMF's RE-AMP project) and manages nearly $1.1 billion in assets and administers more than 1,000 charitable funds created by individuals, families, businesses, and nonprofits. More than $100 million in grants are distributed from these funds each year, including grants directed by TMF's staff and personal recommendations by active donor advisors. As the lead applicant, TMF will receive and manage the TCGM award and provide fiscal management and oversight, conduct overall sub-grant administration that includes managing the grants application, review, award, funds release, and reporting processes.

## List of Community-based Nonprofit Partners (if applicable)

1

NDN Collective   ●

EPA 000768

Project Abstract

The Minneapolis Foundation (TMF), which hosts the Midwest Environmental Justice Network project and the RE-AMP Network project, will serve as the pass-through entity and grantmaker for the Great Lakes Partnership along one statutory partner, the NDN Collective.

The Great Lakes Partnership is committed to managing and implementing the TCGM program in a way that builds the capacity and strength of grassroots environmental justice (EJ) organizations that work with disadvantaged communities. The Great Lakes Partnership will build on, and expand, its deep and broad set of relationships so those most impacted will guide, inform, and evaluate this program. The Great Lakes Partnership will work with 10 independent consultants to constitute the Regional Community Advisory Committee (RAC) that will provide direction and oversight, support outreach and communications, and recommend the slate of sub-grants during each decision making period. RAC members will be composed of community-connected leaders that reflect the region's diverse geographies, ethnicities, races, languages, backgrounds, and identities.

Together with the RAC, and in collaboration with the U.S. Environmental Protection Agency (EPA), the National Grantmaker, Regional Thriving Communities Technical Assistance (TCTAC) programs, and other partners, the Great Lakes Partnership will refine its Request for Application materials for three distinct project tiers; coordinate and conduct comprehensive outreach to tribal, urban, rural, and remote areas in the region; coordinate and conduct training and technical assistance during the application process and through the sub-grant period; and oversee an ongoing reporting, evaluation, and quality assurance process in alignment with EPA requirements. The Great Lakes Partnership will make the sub-grant proposal process as easy and equitable as possible by streamlining the application process and providing application assistance for those that do not have sufficient staff or organizational capacity or that face language, technology, or other barriers. Through these inclusive and collaborative processes, the Great Lakes Partnership will build skills and bolster the capacity for grassroots EJ groups and disadvantaged communities to effectively address their long-term and cumulative public health and environmental challenges, so all  Region 5

EPA 000769

residents can thrive in healthy, safe, resilient, sustainable communities.

## Program Objectives

The Great Lakes Partnership, composed of The Minneapolis Foundation (TMF) – which includes the Midwest EJ Network project and the RE-AMP project- and NDN Collective, is ideally positioned to lead the Great Lakes Partnership for Region 5. Collective strengths of this collaboration include:

- Long-standing working relationships between TMF and its RE-AMP and MWEJN projects. This collaboration brings unique and complementary capacities, relationships, and areas of expertise. Collectively, they have over 100 working relationships with Tribes and Indigenous-led, rural, remote, and urban grassroots organizations across the region.

- A track record for making grants to Tribes and environmental justice (EJ) CBOs across the six-state region and a knowledge of what works best for EJ organizations in terms of capacity to deliver projects and the need for project and program investment to realize valuable outcomes. The Great Lakes Partnership has the knowledge and experience to construct an efficient and accessible grantmaking process that meets federal guidelines and funds the most critical EJ work in Indigenous, rural, remote, and urban areas.

- NDN Collective brings to the Great Lakes Partnership critical and deep experience in building the collective power of Indigenous peoples, communities, and Nations to exercise the inherent right to self-determination, while fostering a world that is built on a foundation of justice and equity for all people and the planet.

Since 2019, TMF has made more than 792 grants investing $23.25 million in local projects and organizations. Since 2016, TMF'S MWEJN Project regranted almost $3 million to more than 50 grassroots EJ organizations across the Midwest, and TMF'S RE-AMP Project made over $25 million in grants to more than 100 Midwestern organizations since its grantmaking program began in 2008. In 2021 alone, the NDN Foundation awarded 284 grants totaling $18,556,650 designed to drive Indigenous self-determination.

EPA 000770

The Great Lakes Partnership's proposed grantmaking approach can be expeditiously performed due to its existing infrastructure. The grantmaking program will build upon best practices related to well-established, community-informed in-take and review processes developed by TMF'S MWEJN Project and NDN Collective and will adhere, generally, to TMF's grant round checklist. which is used to effectively and efficiently request proposals for its various grant programs. The Great Lakes Partnership's structure will be as follows:

<u>TMF</u> will receive the EPA funds, draw-down funds and disperse them to its statutory partner, sub awardees, and grantmaking recipients for tiers 1-3 of the TCGM program. TMF will house the Program Director who will be the point of contact for coordination with the EPA, Thriving Communities Technical Assistance Centers (TCTACs) and other governmental and nonprofit partners. The Program Director will facilitate, coordinate, and support Great Lakes Partnership representatives and project managers as well as the RAC. Also, the Program Director will oversee TMF's Program Officers and Grant Managers to ensure grant application and review processes align with EPA requirements and RAC guidance. TMF will conduct due diligence reviews of the grants recommended by the RAC and will make final approvals and disburse resources accordingly.

TMF also brings regional EJ expertise through its MWEJN and RE-AMP projects. Each of these projects brings a regional team of experts and advisors with significant experience working with rural, urban, and Indigenous grassroots organizations across Region 5 and beyond.

<u>Leadership from TMF (including its MWEJN and RE-AMP Projects) and the NDN Collective</u> will collaboratively oversee and monitor all aspects of program implementation, paying particular attention to compliance with EPA and federal requirements. Using a consensus decision-making model, this group will identify RAC members, participate in RAC meetings as non-voting participants, and oversee implementation of RAC decisions and recommendations. The leadership collaborative will also serve as decision makers for administrative decisions that need to be made on an immediate basis.

<u>The RAC</u> is a committee of paid consultants with deep roots in disadvantaged communities and expertise on a range of EJ issue areas. The RAC will help design the grantmaking process, grantmaking priorities, and communications and outreach strategies. The RAC will review all high-

<div align="center">5</div>

scoring proposals and make grantmaking recommendations to TMF and also recommend organizations for the non-competitive grants. The RAC will also help solicit and interpret community feedback and assist with evaluation and storytelling.

As explained below, RAC members will be asked to agree to a Conflict of Interest policy and will understand that the organizations they are affiliated with will not able to apply for Great Lakes Partnership grants and must apply through a national grantmaker.

During the first few months after the TCGM award, the Great Lakes Partnership will work with EPA staff, TCTACs, other federal sub-grants programs, and the RAC to review and refine the grantmaking process. Processes will be designed to ensure TCGM resources are divided effectively across the following key Region 5 EJ constituencies over the three-year program period:

**Tribes and Indigenous groups and communities, including in rural, remote, and urban areas.** Goal: 30% of sub-grant dollars ($12 million), across all tiers. This includes approximately16 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [NDN Collective will lead communications, outreach, and support to this constituency.]

**Rural and remote EJ communities (with populations under 50,000).** Goal: 25% ($10 million) of sub-grant dollars across all tiers. This includes approximately14 non-competitive sub-grants for severely capacity constrained eligible subrecipients. [TMF's RE-AMP Project will lead communications, outreach, and support to this constituency.]

**Urban EJ communities (with populations over 50,000).** Goal: 45% ($18 million) of sub-grant dollars. This includes approximately 24 non-competitive sub-grants for severely capacity-constrained eligible subrecipients [TMF's MWEJN Project will take the lead on communications and outreach for this constituency.]

Grantmaking Process

The Great Lakes Partnership will develop a user-friendly online application portal and submission process designed to work well on phones and tablets as well as computers. For those with limited internet connectivity, with technology challenges, or who prefer submitting in a different format, the Great Lakes Partnership will offer opportunities to submit proposals through phone conversations, by emailing the information via PDF, Word, or scanned format. Each option will use the same set of standardized questions.

EPA 000772

### Intake Form

All TCGM applicants will be required to fill out one intake form per project to provide basic information related to the type of application being considered, alignment with eligibility requirements, issues areas, and proposed projects. This process will be managed by TMF through the SalesForce platform. Information from the Intake Forms will allow the Partnership to understand the eligibility, capacity, interests, and needs of potential applicants so we can identify and address individual and collective challenges and assistance needs. Information gleaned from the Intake Forms will be aggregated to identify trends and analyzed to inform our communications, outreach, and technical assistance strategies.

- Applicant clicks on the Intake Form link. They will first be required to register in SalesForce by providing minimal information: name, pronouns [optional], title, contact information (email and phone), and organizational affiliation.

- Once the registration information is submitted, the applicant receives an automatic confirmation email with a link to the Intake Form questions, which should take 10-20 minutes to complete. They can submit this form at any time during the open application process (Fall 2024-Fall 2026).

- Once the Intake Form is submitted, applicants will receive an automatic confirmation email message confirming receipt and that their information is being reviewed. The email will also provide links to Tier 1, Tier 2, or Tier 3 applications and the relevant guidelines. [Tier 2 and Tier 3 applications are expected to be open from October 2024 through September 2026. Tier 1 applications (competitive and non-competitive) are expected to be open from January 2025 through September 2026.]

- Intake Form submissions will be reviewed by TMF's Grants Administration team with a goal of responding within 2-8 business days. The review will consist of:

- Determining which partner should handle follow up based on the primary disadvantaged communities they serve (tribal/indigenous, rural, or urban)

- Accessibility or support needs related to:

7

- Language translation or technical assistance in completing the Intake Form and applications.

- Additional support or assistance with submitting applications.

- Information about EPA requirements and policies related to the collection, evaluation, or use of environmental data.

- Information about EPA requirements and policies related to project-related property acquisition/purchase

- Information about EPA requirements and policies related to construction

- TMF's Grants Administration team will route all eligible Intake Form applicants to one of our Partners (NDN Collective, TMF's MWEJN project, or TMF's RE-AMP project) so they can include them in general information and assistance communications and alert them to relevant meetings, trainings, or other resources.

- TMF's Grants Administration team will work with designated Partners to coordinate outreach and support to those who requested further assistance.

- TMF's Grants Administration team will send e-mail responses to ineligible entities with appropriate guidance, such as directing them to a different region or identifying the key points that would need to be addressed in order for the proposal to be eligible for funding. This email will be ideally sent to them within 2 weeks of submission of the Intake Form.

### Application and Review Process for Non-Competitive Tier 1 Grants

- Based on their reviews of the Intake Form, Grants Admin and/or Partners (exact staff to be determined) will send an email invitation to submit a **non-competitive inquiry form** to all those who qualify as severely capacity-constrained eligible entities.

- Separately, partners can send email invitations to submit a **non-competitive inquiry form** to eligible organizations and groups identified during outreach activities and in conversations with partners, TCTACs, and other potential grantees.  Applicants will be required to register in SalesForce and submit an Intake Form if they haven't already done so.

EPA 000774

- TMF's Grants Admin team will review the noncompetitive inquiry forms. Those that fit the priorities and criteria developed by the RAC will be forwarded to them for final review and selection.

- Selected noncompetitive sub-grantees will be assigned to work with a TMF Program Officer to finalize their workplan and budget. As-needed, the designated Partner may be brought in to provide additional support. **Grant awards will be confirmed once the grant agreement package (including conflict of interest forms, terms and conditions, etc.) is signed by both parties.**

### Application Process for Competitive Tier 1, 2, and 3 Grants

All applicants who submit the Intake Form will be able to immediately access and submit competitive grant applications for the Tier(s) of their choosing. They will be allowed to apply simultaneously for all three Tiers, with the understanding that no organization or hosted/fiscally-sponsored project can receive more than 2 Great Lakes Partnership grants.

Applicants who need assistance will work with TMF's Grants Admin team, selected Program Officers, and/or the designated partner to support applicants who need to submit information via through phone conversations, by emailing the information via PDF, Word, or scanned format. Each option will use the same set of standardized questions.

As noted above, TMF's Grants Administration team will send an e-mail to ineligible entities with appropriate guidance, such as directing them to a different region or identifying the key points that would need to be addressed in order for the proposal to be eligible for funding. This email will be ideally sent to them within 2 weeks of submission of the Intake Form.

We expect the entire application review process to take 6-10 weeks.

- TMF's Grants Admin team or Program Officers (exact staff to be determined), with potential support from Quality Assurance consultants, will conduct initial grant application reviews on a rolling basis. They will check for eligibility and completeness and identify any flags that will require further support or assistance. A checklist will be developed for reviews, which will include steps such as:

- Reading and assessing applications to ensure clarity and completeness

- Comparing alignment between Intake Form and Application

- Assessing whether the disadvantaged communities named in the application match areas marked as disadvantaged in EPA's map.

- Confirming all required supplementary documents are uploaded (fiscal sponsorship or

EPA 000775

partnership agreements, etc.)

- Reaching out to applicant to clarify key questions or identify missing pieces of information

- Flagging areas where additional support may be needed, such as data collection that will require a Quality Assurance Plan or Human Subjects Research approval, construction, property purchase, etc.

- Complete, eligible applications will be forwarded to the Regional Advisory Committee (RAC) for review.

- The Grants Administration team or Program Officers (exact staff to be determined) will contact applicants with incomplete or ineligible applications so they can make necessary adjustments. As-needed, the designated Partner may be brought in to provide additional support.

- The RAC will review **all eligible applications** through a structured process that is documented in SalesForce and facilitated by the TCGM Director.

- The RAC will review and select applications for funding based on grantmaking criteria and priorities they collaboratively established at the start of the program. It is anticipated the RAC will select a slate of Great Lakes Partnership subgrantees every 2-3 months. The RAC will be responsible for selecting 206 subgrants that total $17.5 million in Year 1, $18.05 million in Year 2, and $4.5 million at the start of Year 3.

- High-scoring applications applicants that are not selected to receive funding could either be automatically moved to consideration under the next grant review OR offered feedback (e.g., questions to address or areas to strengthen) so they can resubmit for another round, depending on the RAC's recommendation.  Grants Admin or Program Officers will provide feedback to help them strengthen their application if they decide to reapply. TMF staff will take care to ensure these applicants do not receive unfair advantage via this feedback.

- Low-scoring applicants will receive an email that their application has been declined. TMF staff (either Grants Admin or Program Officers) will provide an explanation into that decision when possible. The level of personalized communications and feedback provided will be determined by our capacity to manage the number of proposals we receive.

## Post-Selection and Grant Award Process

Applicants selected by the RAC for an award will be assigned to work with a TMF Program Officer to finalize their workplan and budget. As-needed, the designated Partner may also be brought in to provide additional support. Contractors with expertise on Quality Assurance Planning and Human Subjects Research will be engaged to determine whether subgrantees will need to go through further reviews and approvals and account for those costs and timelines.

10

- **Grant awards will be confirmed once the grant agreement package (including conflict of interest forms, grant agreement with terms and conditions, final workplan and budget, etc.) is finalized and signed by both parties.**

- We will seek to make funds available for subgrantee draw-downs within two weeks of receiving the signed grant agreement package. Draw-down invoices will be documented and tracked via SalesForce.

Ongoing Subgrantee Oversight and Support

TMF's Program Officers will be responsible for supporting and overseeing sub-grantees to ensure they are following their workplan, budget, and all EPA financial and project implementation and reporting requirements.

- TMF's Program Officers will meet regularly with grantees (for example, meeting monthly at the beginning of the project, then quarterly) for informal check-ins. The goal of these meetings will be to monitor progress, help navigate challenges, answer questions, and ensure the sub-grantees are drawing-down funds appropriately.

- Program Officers will ensure sub-grantees submit quarterly and final reports via SalesForce, or through other means if they have technical, language, or other challenges. We may offer verbal options for reporting (via phone or Zoom), having Program Officers record answers to the same questions listed in the written reporting documents. Report questions will be finalized by the RAC. They could include questions such as:

- How are you progressing in achieving the milestones listed in your Workplan? What shifts need to be made?

- What do you see as program successes? Challenges?

- Comparing drawdowns to budget.

- What are the lessons learned from your work?

- What support could we provide to help you achieve your goals?

- TMF's Program Officers will coordinate with relevant experts and engage resources from our contractors as well as from EPA, National TCGM, and TCTACs to provide support and ensure compliance with policies related to conflicts of interest, allowable draw-downs, procurement and contracting, Quality Assurance Plans, and Human Subject Research Requirements.

- Program Officers work with TCGM Program Director, TCGM Finance team, and Partners to ensure sub-grantees are supported and their projects are successful.

Below is the estimated timeline for grants disbursement. Please note that grants are front-loaded in the first two years so grantees that receive Tier 2 and Tier 3 grants have the full two-years to implement their Projects:

11

**Year 1 (anticipated Grant 2 period): Fall 2024-Summer 2025 .** Proposed grantmaking total is $17,500,000. Expect to award 83 sub-grants across all three tiers. We anticipate making decisions in: Winter 2025; Spring 2025; and Summer/Fall 2025.) Award times will range between 2-4 months from receipt of application.

**Year 2 (anticipated Grant 2 period): Fall 2025-Summer 2026.** Proposed grantmaking total is $18,100,000. We expect to award 85 sub-grants across all three tiers. We anticipate making decisions in: Fall 2025/Winter 2026; Spring 2026; and Summer 2026.

**Year 3: (anticipated Grant 2 period): Fall 2026-Summer 2027** Proposed grantmaking total is $4,400,000. Expect to award 38 one-year sub-grants across Tiers I & II. All sub-grant decisions will be made in Fall 2026 to allow for a final 12-month sub-grant period. Award times will range between 2-4 months from receipt of application.

## Soliciting Feedback

The Great Lakes Partnership will use the six feedback pathways described below to solicit input from subrecipients and prospective subrecipients, including those from underserved areas, across urban, rural and remote communities. The Great Lakes Partnership will use their feedback to make continuous improvements regarding the effectiveness of the pass- through entity and the sub-grant program:

- The Program Director will meet weekly with the Great Lakes Partnership's designated staff and contractors to understand program successes and challenges. These meetings will be used to discuss and address key points that have arisen from conversations, meetings, and other outreach with subrecipients and prospective subrecipients.

- The Program Director and the Great Lakes Partnerships' staff and contractors will proactively solicit, document, and report back input from meetings and conversations with the Regional Advisory Committee and other partners (including, but not limited to, those who have provided letters of support for this application) who are in touch with subrecipients, prospective subrecipients, partners, and members of underserved areas across Region 5.

EPA 000778

- A dedicated email, monitored consistently by the Program Director or delegated staff, will be set up to receive questions, suggestions, and complaints from subrecipients, prospective subrecipients, partners, and members of underserved areas across Region 5. An automated response to all emails will be provided within 24 hours, with personalized follow-up conducted as appropriate.

- A website form, which will be sent to the dedicated email account noted above, will be set up to receive suggestions, questions, and complaints from subrecipients, prospective subrecipients, partners, and members of underserved areas across Region.

- The reporting process for subrecipients will give sub-grant recipients regular opportunities to provide written and/or verbal feedback on the grantmaking process and will include a brief post-submission survey on applicants' satisfaction with, and recommendations for, the application process.

- An annual Region 5 virtual town hall meeting (that participants can join by phone or zoom, will be recorded for future viewing, and will offer services for the hearing impaired and translation) will solicit feedback after the first 12-18 months after the start of the grantmaking.

The Program Director (in partnership with statutory partners' staff) will compile feedback from these six feedback pathways and present findings and recommended resolutions in weekly or biweekly meetings. As part of the standing meeting agendas, the Great Lakes Partnership will consider the recommendations and provide further guidance to the Program Director on when and how to take action to improve the efficiency and effectiveness of the pass-through entity and the grantmaking program.

The Great Lakes Partnership will work closely with the National Grantmaker, Region 5 TCTACs,

EPA 000779

EPA, and other resources to develop the application and other written materials in key languages spoken across the region, such as Anishinaabemowin/Ojibwe, Arabic, Bengali, Cantonese/Mandarin, Hmong, Spanish, etc.) The Great Lakes Partnership will also hire consultants to provide spoken and verbal translation services as needed (including during webinars, meetings, and to field questions.)

## Outreach to Underserved, Urban, Rural, Remote, Tribal and Capacity Constrained Communities throughout the Geographic Area

Outreach and promotion within U.S. EPA Geographic Area #5 (Region 5) will be co-led by TMF and its MWEJN and RE-AMP Projects and the NDN Collective. Each team will ensure that all sub-grant application information is widely shared and is accessible across the geographic area.

In terms of project implementation, communications, outreach, technical assistance, and support to Region 5, constituencies will be distributed across the Great Lakes Partnership as follows: TMF'S MWEJN Project will take the lead for urban EJ applicants and sub-grant recipients; TMF's RE-AMP Project will take the lead for rural and remote EJ applicants and sub-recipients; and NDN Collective will take the lead for applicants and sub-recipients from Tribes and Indigenous populations living in rural, remote, and urban areas. Each partner will hire staff and contract with nonprofits, consultants, and/or other entities to:

- Conduct outreach and communications and provide technical assistance and support for applicants and sub-grant recipients. This includes ensuring:

- materials and information are translated into all relevant languages and communications are accessible to those with audio-visual impairments and other accessibility challenges.

- information reaches the full range of disadvantaged communities, including those who have challenges with technology or internet service.

- applicants understand eligible activities under each tier and providing reasonable and appropriate guidance on budget development

- Facilitate processes for continuous feedback from prospective applicants, partners,

14

applicants, and sub-grant recipients. Ensure their feedback informs ongoing improvements to sub-grantmaking processes to improve accessibility, ease, and effectiveness in achieving Great Lakes Partnership outcomes.

- Communicate success stories and share the impact of sub-grants.

## Subgrant Breakdown

The grantmaking program will be accessible and open to all eligible sub-recipients, per EPA requirements. The Great Lakes Partnership recognizes the important role that Tribes and community-based grassroots organizations play in advancing EJ efforts, especially in underserved communities across Region 5. For this reason, the Great Lakes partnership will strongly encourage and prioritize eligible applications from:

- Tribes (of any budget size). CBOs, or community-led projects (i.e., that are fiscally sponsored by a lead applicant) that have budgets under $5 million

- CBOs or community-led projects (i.e., those that are fiscally sponsored by a lead applicant) and/or have fewer than 10 paid staff

- Eligible entities made up of, and accountable to, Tribes and Indigenous communities, Black and communities of color, low-income communities, or other marginalized groups (LGBTQIA+[1], those living with disabilities, the elderly, etc.) who are most directly impacted - and often overburdened - by environmental and public health issues. (Applicants will be asked to demonstrate that 51% or more of board, advisory committees, and/or staff are from their community,  their projects engage and are guided by their communities.

## Tier 1 Awards: Community-Led Assessment and Education

The partnership will award two types of Tier 1 subgrants, all of which will be fixed-amount awards payable on a milestone basis:

- Competitive: up to one-year awards of $150,000 open to all eligible applicants

---

[1] Lesbian, Gay, Bisexual, Trans, Queer, Intersex, Aromantic/Asexual

15

- Noncompetitive up to one-year of $75,000 for those eligible entities identified as severely-capacity constrained.

All selected Tier 1 applicants will work with program officers to develop a workplan and budgets that must be approved before the final grant package is signed by both parties. This individualized workplan and budget will guide the milestone payments.[2]

Tier 1 projects will be focused on assessing one or more environmental justice, climate, or public health concerns in specific disadvantaged community(ies). Activities can include, but are not limited to, GIS mapping; air quality sensor purchasing and siting; air, water, or soil sampling, testing, and monitoring; research; surveys; and studies. Activities can also include power mapping, public engagement, and public education to improve collective understanding of community challenges, needs, and opportunities.

Below are some specific examples of workplan components:

- <u>Salary or contractual support</u> to improve collective understanding of community challenges, needs, and opportunities related to community-identified environmental justice, climate, or public health priorities. Work could include collecting GIS data, conducting investigations, sampling, and other evidence gathering and learning. Salaries would be considered fixed-amount components. Regular meetings with TMF's Program Officer would ensure that the staff remain on the subgrantee's payroll and they are working on the pre-defined scope of work outline in the workplan.

- <u>Public education meetings or gatherings.</u>   In-person community meetings or gathering to share, gather, and/or interpret information on high priority environmental justice, climate, or public health issues. Attendees could include residents, local and state decisionmakers, and local nonprofit and philanthropic leaders. Milestone payments can

---

[2] In alignment with guidance on page 10 of the EPA Subaward Policy FAQ document found here: https://www.epa.gov/system/files/documents/2023-04/epa_subaward_policy_frequent_questions.pdf

EPA 000782

cover expenses including (but not limited to) hiring facilitators and translators, venue rental, table and chair rentals, audio/visual services, translators, childcare, communications, outreach, and staffing. Certain local travel and food costs could also be covered.

- Volunteer, member, or resident trainings. To build organizational or community skills on understanding specific environmental justice, climate, or public health issue areas. Milestone payments can cover expenses including (but not limited to) hiring facilitators and translators, venue rental, table and chair rentals, audio/visual services, translators, childcare, communications, outreach, and staffing. Certain local travel and food costs could also be covered.

- Community power mapping. A set of activities to understand the relationships and influence of various actors on a high-priority environmental, climate, or public health issue or goal. Work can include, but is not limited to, analyzing the current community context, identifying potential allies, and prioritizing actions. Milestone payments can be used for expenses including (but not limited to) hiring a power mapping consultant, developing a workplan, developing a quality assurance plan, completing applicable human subject research requirements, developing and disseminating maps and results, and completing reports.

1. Community Needs Assessment. To identify problems, gaps, and opportunities related to priority environmental justice, climate, or public health issues. Work can include (but is not limited to) resident surveys, GIS mapping, and other types of data collection and research. Milestone payments can be used for expenses including (but not limited to)  hiring staff or a consultant, developing a workplan, developing quality assurance plans, completing human subject research requirements, and completing reports.

- Conducting community or neighborhood-scale research, sampling, testing, investigating, surveying, or mapping. Activities can include, but are not limited to, identifying, studying, tracking, analyzing, documenting, and sharing data related to environmental, climate, and public health priorities. These could include monitoring air, water, or soil quality; mapping accessibility and affordability of clean energy and water; surveying residents for asthma, diabetes, or cancer rates; conducting

17

assessments on urban tree cover, native species, or invasive species; mapping and analyzing flooding trends; identifying and analyzing climate change impacts on community residents; mapping affordability and access to healthy foods; using and applying existing environmental, climate, or public health data; etc. Milestone payments can be used for expenses including (but not limited to) purchasing supplies and equipment; developing a quality assurance plan; completing human subject research requirements; data collection, analysis, and dissemination; and to develop final report.

2. <u>Documenting and translating local stories and histories</u> from elders and community members related to beliefs, customs, traditions, practices, and habits for understanding, stewarding, and engaging sustainably with the natural environment. Payments to be determined from the specific milestones and budget approved in the applicant's workplan. For example: 50% for up-front expenses such as purchasing supplies and equipment, developing quality assurance plans, and completing human subject research requirements; 50% at mid-point to complete information gathering, documentation, and dissemination and to develop final report.

We expect Tier 1 applications will be accepted from January 2025-Fall 2026. Successful applicants will meet the following criteria:

- Confirm they work in disadvantaged communities as defined by the EPA

- Effectively demonstrate how the proposed project is informed by, and aligns with, community priorities and needs.

- Describe a compelling strategy, work plan, and budget to accomplish their vision for success

- Propose an effective plan for tracking and measuring progress in achieving the expected project outcomes and outputs.

- Outline a realistic work plan for the grant period

- Propose a budget that aligns with the project design, grant period, and capacity needs.

18

EPA 000784

Tier I Noncompetitive Awards

Tier 1 Noncompetitive Awards will cover all the same types of work as the competitive awards described above. These will be up to one-year, fixed-amount awards of $75,000 for severely capacity constrained entities. Pending RAC review and confirmation, these are defined as:

- Tribal governments of any budget or staff size

- CBOs with a budget under $500,000

- Community-led projects with a budget under $500,000 that are hosted or fiscally-sponsored by an eligible applicant

- Eligible applicants based in a disadvantaged area that has been under a state of emergency (either federally or state-designated) over the last 5 years

- Eligible applicants formed in the last 3 years

- Eligible applicants able to demonstrate another compelling reasons for being considered severely-capacity constrained.

The Great Lakes Partnership estimates it will provide 54 noncompetitive fixed award sub-grants across the three years of the program. This number will be adjusted based on the number of requests received. Fixed amount awards will be recommended by the lead Statutory Partners for each constituency (as described above) and approved by the RAC. The Great Lakes Partnership will aim for the following breakdown:

- 16 sub-grants (30%) to tribes and Indigenous groups and communities, including in rural, remote, and urban areas

- 14 (25%) in rural and remote EJ communities (with populations under 50,000)

- 24 (45%) in urban EJ communities (with populations over 50,000)

Statutory Partners will identify and recommend noncompetitive subrecipients for fixed-amount awards, taking care to ensure resources are spread across all 6 states in region 5. The Great Lakes Partnership proposes to limit the number of any fixed amount awards to two per organization or fiscally-sponsored project, unless there are compelling extenuating circumstances that are reviewed

EPA 000785

and approved by the RAC.

So as not to disqualify fiscal sponsors that support multiple projects, we will ask applicants of more than two fixed amount awards to demonstrate their multiple applications are for different community-led projects (e.g., they do not include the same key project staff). In this way, only a limited number of single entities will receive fixed award sub-grants during the program period and few, if any, will receive more than two awards.

Tier 2 Competitive Awards: Community Education and Planning.

Tier 2 competitive sub-grants will be variable awards of up to $250,000 for up to two-year grant periods. Eligible Tier 2 activities include, but are not limited to: developing communications and outreach plans; conducting workshops and trainings; developing curriculums, toolkits, or guidelines; developing social media content; producing videos or printed materials; hosting events and gatherings; building or strengthening partnerships and collaboration; creating local advisory committees; engaging in public review or comment periods; and developing or updating disaster resiliency plans, emergency preparedness plans, or other community planning and visioning efforts. Up to 50% of the awarded grant size can be used for relevant property acquisition or purchase.

We expect that applications will be accepted from Fall 2024-Summer 2026. The awards will support planning activities for eligible entities who already have a strong understanding of their local environmental and/or public health issues and are ready to formulate a community-wide plan. Priority consideration will be given to those that meet at least one of the criteria (pending approval by the RAC):

- Tribal governments of any budget or staff size

- CBOs with under 10 staff

- Eligible applicants that host or fiscally-sponsor a community-led project with a budget under $5 million and under 10 staff

- Local governments representing populations 20,000 or below that have received federal or state disaster declaration

20

All applicants will be asked to:

- Effectively demonstrate how the proposed project is informed by, and aligns with, community priorities and needs.

- Describe a compelling strategy, workplan, and budget for activities that align with the award guidelines (to be developed and approved by the RAC)

- Demonstrate a strong partnership-building component to the proposed work plan, including (but not limited to) developing MOUs and partnership agreements.

- Propose an effective plan for tracking and measuring their progress in achieving the expected project outcomes and outputs.

- Propose a budget that aligns with the project design, grant period, and capacity needs.

### Tier 3 Competitive Awards: Project Development and Implementation.

Tier 3 competitive awards will be variable awards of up to $350,000 for up to two-year sub-grant periods. We expect applications will be accepted from Fall 2024-Summer 2026. The awards will support the technical development of projects for eligible applicants who already have a strong understanding of their local environmental and/or public health issues and have developed a community-wide plan to address those issues.

Tier 3 proposals may include educational and outreach components but must focus on developing tangible community assets or providing defined community benefits. Examples of eligible activities include, but are not limited to, strengthening cumulative impact, public health, or environmental justice protections; increasing access to healthy food; reducing use of pesticides or toxic substances; cleaning up contaminated sites; conducting healthy home assessments; increasing energy or water efficiency in homes or buildings; developing community energy or water efficiency programs; installing water filters; developing community gardens; creating community resilience hubs; installing green infrastructure projects; and creating internships or programs related to green workforce development. Up to 50% of the awarded grant size can be used for relevant property acquisition or purchase.

Priority consideration will be given to those that meet at least one of the criteria (pending

EPA 000787

approval by the RAC):

- Tribal governments of any budget or staff size

- CBOs with a budget under $5 million

- CBOs with under 10 staff

- Eligible applicants that host or fiscally-sponsor a community-led project with a budget under $5 million and under 10 staff

- Local governments representing populations 20,000 or below that have received federal or state disaster declaration

All applicants will be asked to:

- Effectively demonstrate how the proposed project is informed by, and aligns with, community priorities and needs.

- Describe a compelling strategy, workplan, and budget for activities that align with the award guidelines (to be developed and approved by the RAC)

- Demonstrate a strong partnership-building component to the proposed work plan including (but not limited to) developing MOUs and partnership agreements.

- Propose an effective plan for tracking and measuring their progress in achieving the expected project outcomes and outputs.

- Propose a budget that aligns with the project design, grant period, and capacity needs.

The Great Lakes Partnership will develop materials and supports that are specific to each tier of the grantmaking process. For example, for assessment and planning grants, RFA materials will emphasize the option for technical assistance for creation of the proposal, as well as for advice on how to structure the project.

Partnerships / Collaboration / Participatory Governance / Letters of Commitment

The Great Lakes Partnership has come together to ensure this entire process, from application through implementation and evaluation, is co-developed by partners with deep connections to

22

EPA 000788

their respective communities and constituencies. All statutory partners have experience with, and a commitment to, participatory governance.

Building on this experience, The Great Lakes Partnership will identify and invite 10 RAC members based on applications from a public recruitment process. RAC representation will seek to align with goals for small sub-grant distribution: 30% will identify as Indigenous or as a member of a Tribe, 20-30% will work in rural EJ communities, and 40-50% will work in urban EJ communities. In addition, the Great Lakes Partnership will seek representation that spans, as equitably as possible, the 6 region 5 states and the 35 Tribes; across racial and ethnic groups in the region (African American, Latinx, Asian American, Middle Eastern, etc.); and with a broad range of issue-area expertise (including air quality, toxics, brownfields redevelopment, water quality, drinking water access, green jobs and workforce development, etc.) In addition, the Great Lakes Partnership will also seek to include representation across gender identities, LGBTQIA+ status, and differing abilities.

RAC members will be considered individuals consultants. Their contracts will include a scope of work as well as a Conflict of Interest Policy (that will be developed to address actual or perceived conflicts). They will also be asked to sign confirmation that any eligible entity they have a financial connection to must apply to the National Grantmaker and not the Region 5 Great Lakes Partnership. RAC members will be expected to spend 70 hours a year (averaging 5 hours a month) on this project, for which they will be paid a standard hourly contractor's rate that will be no more than $9,300 per year, including travel expenses.

The RAC will spend the first portion of Year 1 providing recommendations for the sub-grants application process and finalizing grantmaking processes, including decision-making criteria and reporting requirements. The RAC will also guide and inform plans regarding communications, outreach, and technical assistance. Members will help identify non-competitive fixed-amount grant recipients and provide the final approval for each round of grantmaking (3-4 rounds per year), per recommendations of the review team (representatives of each Great Lakes Partnership partner). In Years 2 and 3, the RAC will help interpret reporting data and information to help assess cumulative benefits and impact to the region. They will also help tell success stories from this new grantmaking approach.

23

EPA 000789

During the planning process, the Great Lakes Partnership conducted outreach to more than 25 Tribal governments, Tribal colleges, and Native-led nonprofit organizations across Region 5, as well as over 40 Black, Indigenous, and People of Color (BIPOC)-led environmental organizations. In addition to the three letters of support from the Statutory Partners, the Great Lakes Partnership received over 30 letters of support from regional foundations that focus on EJ issues; environmental organizations across the region; tribal universities; organizations focused on Native sovereignty and EJ; and organizations with expertise at the intersection of the environment and underserved communities.

Applicant's Historical Connection to Underserved Communities throughout the Geographic Area
The Great Lakes Partnership includes values-aligned institutions and networks working together to ensure that grassroots EJ organizations have the resources to effectively organize their communities to address environmental issues and to participate in local, state, regional, and federal policy development.

Advancing equity is at the heart of TMF's mission, and the organization has a 108-year track record of investing in historically underserved communities in the Twin Cities region. In addition to grants recommended by its donors, TMF's competitive grantmaking programs infuse millions of dollars every year into local organizations that serve and are led by communities of color.

Since 2019 alone, five of these equity-focused grant programs— Racial and Economic Justice grants, Reimagine Education grants, OneMPLS Fund, Fund for Safe Communities, and Climate Action and Racial Equity Fund—have made 792 grants investing $23.25 million in local projects and organizations.

All of these grantee partners serve BIPOC communities, and more than 70% of them do so as a primary focus. Where TMF collects this information, it knows that more than 60% of grantee organizations are BIPOC-led and over 50% are women-led. In addition to articulating TMF's commitment to equity, the Strategic Framework that guides their work calls on TMF to invest in community-guided solutions, and the grantmaking process reflects that value. For example, review committees for these programs often include community members as well as Foundation staff. In

EPA 000790

fiscal year 2022 alone, more than 50 community members were involved in reviewing applications for these grant programs.

As part of the process in conceiving this project, TMF surveyed 63 Tribal contacts, representing Tribes, Tribal colleges, and Tribal nonprofits across Region 5. Responses came from Michigan (MI), Minnesota (MN), Ohio (OH), and Wisconsin (WI). The survey showed that the 10 most critical environmental issues facing Native communities were safe drinking water; hunting, gathering, and fishing rights; treaties and tribal sovereignty; water erosion of lakes and streams; contamination of food supplies; jurisdiction authority; landfills and dumps; air quality; developers and polluters; and mining, extraction, and mineral rights.

TMF'S MWEJN Project's work is based on the belief that every community has a right to a healthy environment in which all residents can live, learn, work, pray, and play. TMF'S MWEJN Project believes that in order to reverse the long history of government and industry decision-making that has led to environmental racism and inequality, EJ communities must be placed at the center of environmental efforts. Since 2016, TMF'S MWEJN Project distributed nearly $3 million in regrants to grassroots EJ partners across the Midwest. The majority (75%) of grants are awarded in the six states making up Region 5. TMF'S MWEJN Project has 45 multi-year regranting partnerships in Region 5, broken down as follows: 10 Tribes and Indigenous-led organizations, 15 groups based in MI, 7 groups based in MN, 6 groups based in IL, 3 groups based in WI, 3 groups based in OH, and 1 group based in Indiana (IN).

TMF'S MWEJN Project has additional working relationships in Region 5 beyond its grant partners, including other grassroots EJ organizations, non-community based nonprofit partners, academic institutions, and philanthropic partners. At least 25% of each year's grants go to Tribal governments or Native-led nonprofit organizations. TMF'S MWEJN Project prioritizes renewals: prior year grantees have always been included in the subsequent grantmaking round. TMF'S MWEJN Project aims to balance resources across the region, trying to ensure that funding reaches every state.

Every two years, TMF'S MWEJN Project conducts a Request for Information (RFI) process to identify new grassroots EJ organizations and to identify and understand the region's priorities and needs. Data from these efforts show that:

- 76% of grassroots EJ CBOs in the Midwest have budget sizes below $500,000, with 44%

EPA 000791

falling under $100,000.

- While grassroots EJ CBOs are generally created to address hyper-local issues, 83% of survey respondents also participate in networks and coalitions at the state level, with over 50% operating in multi-state and/or national networks and coalitions.

- There is a concentration of grassroots EJ CBOs operating in MI, MN, and IL- primarily in urban areas. IN, OH, and WI are home to fewer grassroots EJ CBOs .

- Across all types of EJ communities, the reported top four priority EJ issues in the Midwest are consistently: Water (affordability, protection, and conservation); Food (access and affordability); Public Health (particularly related to asthma, diabetes, and Covid-19), and Jobs/Economy. Air Quality, Energy, and Climate issues are also key areas of importance.

- Tribes and grassroots EJ CBOs are paying close attention to emerging issues related to carbon capture proposals, oil and gas pipeline developments, and PFAS (per- and polyfluoroalkyl substances) contamination. There is also a strong interest in community solar installations and programs.

TMF'S MWEJN Project uses the information and trends from the RFI data to develop responsive regranting and capacity building programs. In response to RFI data and community feedback, TMF'S MWEJN Project has provided partners with funding for IT-related purchases as well as IT coaching and training opportunities. TMF'S MWEJN Project has also offered virtual trainings to develop fundraising skills and to build other areas of staff capacity. It also convened regional grassroots EJ partners to discuss needs and priorities related to energy democracy.

TMF'S RE-AMP Project has done extensive work building capacity and funding efforts in rural Midwestern communities on clean energy, air and water quality, and energy efficiency. As an intermediary grantmaker, TMF'S RE-AMP Project has funded rural wind siting dialogs to help rural communities engage in productive processes to site new clean energy, funded community based organizations to work with rural electric co-ops in North Dakota and downstate IL to help transition to clean energy, and funded relationship building and storytelling in rural communities in IL, MI, MN, and WI to help reduce air and water pollution from confined animal feeding operations.

EPA 000792

NDN Collective is an Indigenous-led organization dedicated to building Indigenous power. Through organizing, activism, philanthropy, grantmaking, capacity-building and narrative change, it is creating sustainable solutions on Indigenous terms. The NDN Foundation is an international grantmaking body that is dramatically increasing the share of unrestricted philanthropic dollars invested in Indigenous changemakers and Indigenous-led organizations working to defend, develop, and decolonize Indigenous Peoples, communities, and Nations. In 2021, NDN Foundation awarded 284 grants totaling $18,556,650. NDN Foundation funding is designed to drive Indigenous self-determination. NDN Collective utilizes a trust-based model, and invest in Indigenous Leadership, Governance, and Accountability, and provides support beyond the dollars, including Technical Assistance, Peer Communities, Funder Introductions, Learning and Evaluation, Cultural Awareness across programming, and Application Support Services

Project Linkages

TCGM activities support and advance EPAs Objective 2.1 Long Term Performance Goals. The Great Lakes Partnership will work with both region 5 TCTACs to ensure communities with EJ concerns have access to capacity building resources so that they can meaningfully engage and provide useful feedback to EPA.  Subrecipients of region 5 will be connected with the region 5 TCTACs as well as solicited for their feedback through the reporting process.  Additionally, any feedback from community based organizations regarding barriers to engaging with EPA will be shared as part of regular meetings with EPA staff.

Schedule of Activities

Based on previous grant program activities and other opportunities that involve multiple  partners, grant applications, community input, communications and outreach, and evaluation, TMF, along with partners, propose the following schedule of activities and timeframes. .

EPA 000793

| Activity & Description | Scheduled & Estimated Completion | Activity Owner |
|---|---|---|
| **Convene Regional Advisory Committee** | August 2024 | TMF with support from Partners |
| **Review and finalize TCGM grantmaking goals and process,** including:<br>• Target grant allocation to Native, rural/remote, & urban EJ communities<br>• Eligibility criteria<br>• Reporting requirements | August-September 2024 | The Collaborative with guidance from the Regional Advisory Committee (RAC) |
| **Review and finalize application process and materials:**<br>• Application questions, format, and distribution methods<br>• Application review rubric | August-September 2024 | The Collaborative with guidance from the RAC |
| **Train RAC members on grant review (Grant 1 funded):**<br>• How to review grant recommendations<br>• How to use rubric<br>• Process for approving grants<br>• How to address conflict | August-September 2024 | TMF with input and support from Partners and National TCGM |
| **Launch of Great Lakes Partnership Program & Open Tier 2 and Tier 3 Applications**<br><br>• Full-scale media and communications launch of the Program, including website, newsletter, press releases, and media outreach to announce the opening of the program | Fall 2024 | Partnership with support from the RAC, TCTACs, EPA, and other partners |

EPA 000794

| | | |
|---|---|---|
| **Tiers 2 and 3 Competitive Applications Accepted**<br><br>-Accepting applications on a rolling basis | Fall 2024-Fall 2026 | TMF |
| **Tiers 1: Competitive and Non-Competitive Applications Accepted**<br><br>-Accepting applications on a rolling basis | Winter 2025-Fall 2026 | TMF |
| **Review intake forms on a rolling basis**<br><br>- Information from the Intake Forms will allow the Partnership to understand the eligibility, capacity, interests, and needs of potential applicants so we can identify and address both specific and collective challenges and assistance needs.<br><br>-Information gleaned from the Intake Forms will be aggregated to identify trends and analyzed to inform our communications, outreach, and technical assistance strategies. | Fall 2024-Fall 2026 | TMF |
| **Outreach to Native (urban & rural), rural, remote, & urban disadvantaged communities** | April 2024-Fall 2026 | Partners take the lead for their designated constituency |
| **Technical Assistance with Application Portal and Submitting Materials** | Fall 2024-Fall 2026 | TMF's Grants Admin Team, with support from Partners |
| **Rolling Application Review:** Review all applications and assess needs along with available sub-grant funds. -TMF Grants Admin, with possible consulting support, review and code proposals using scoring rubric to assess need and capacity | July 2024-July 2026 | TMF's Grants Admin |

EPA 000795

| | | |
|---|---|---|
| **Grant Decision-Making -**<br><br>-RAC will make decisions at regular intervals so there is no more than a 5-month turnaround time from application receipt to award date.<br><br>-decisions will be based on grantmaking criteria and priorities (e.g., ensuring that 30% of funds go to Native American or Indigenous communities, 25% to rural EJ communities, and 45% to urban EJ communities) | Fall 2024-<br>Fall 2026 | RAC |
| **Grant Monitoring:**<br><br>● Sub-Grants will originate from TMF and be monitored regularly (monthly or quarterly, as-needed) by foundation Program Officers via check in calls and formal reports requested from sub-grantees.<br><br>● Grants monitoring will include financial reviews, ensuring subrecipients abide by EPA subaward policies, as well as progress on proposed work. TMF Program officers will coordinate with relevant experts and engage resources from our contractors as well as from EPA, National TCGM, and TCTACs to provide support and ensure compliance with policies related to conflicts of interest, allowable draw-downs, procurement and contracting, Quality Assurance Plans, and Human Subject Research Requirements.<br><br>● Monitoring and progress will be assessed using a standardized checklist (to be developed) and the Workplan created by grantees | July 2024-<br>June 2027 | TMF with Collaborative Partners |
| **Performance Management and Reporting:**<br><br>• TMF will compile and report out on information collected from its Program Officers and from Collaborative partners:<br><br>• TMF Program Officers will monitor sub-grant projects and collect data on progress, challenges, and successes. | July 2024-<br>June 2027 | TMF |

EPA 000796

| | | |
|---|---|---|
| • TMF Program Officers will conduct periodic virtual/phone check-ins with subrecipients<br><br>• TMF will submit quarterly progress reports to the EPA<br><br>• TMF will submit Final Report to the EPA when project is completed | | |
| **Region 5 virtual town hall meeting** To solicit feedback after the first 12-18 months of the start of grantmaking. | Fall 2025 or Spring 2026 | Collaborative Partners |
| **Continuous Learning Activities:** Building in time for reflection and review during regular meetings (of the Collaborative, RAC, and with the EPA & National TCGM) will provide the opportunity for all to learn and make adjustments to grant processes, performance, successes, and refinement of RFA and outreach | Summer 2024-Summer 2027 | The Partnership & RAC |
| Estimated First-Year Sub-Grant Decisions ($17,500,000), 83 Grants projected<br><br>• Phase 1, noncompetitive = 18 grants of $75k (total $1.3 million)<br><br>• Phase 1, competitive = 20 grants of $150,000, (total $3m)<br><br>• Phase 2 = 26 grants of $250,000 ($6.5m)<br><br>• Phase 3 = 19 grants of $350,000  ($6.65m) | Winter 2025<br><br>Spring 2025<br><br>Summer/Fall 2025 | RAC with support from Partnership |
| Second-Year Sub-Grant Decisions ($18,100,000): 85 grants projected:<br><br>• Phase 1, noncompetitive =18 grants of $75k (total $1.3 million)<br><br>• Phase 1, competitive = 20 grants of $150,000, (total $3m) | Fall 2025/ Winter 2026 Spring 2026 Summer 2026 | RAC with support from Partnership |

EPA 000797

| | | |
|---|---|---|
| • Phase 2 = 27 grants of $250,000 ($6.75m)<br><br>• Phase 3 = 20 grants of $350,000 ($7m) | | |
| Third-Year Sub-Grant Decisions ($4,400,000): 38 grants projected:<br><br>• Phase 1, noncompetitive  = 18 grants of $75k (total $1.35 million)<br><br>• Phase 2, competitive = 21 grants of $150,000, (total $3.15m) | Fall 2026 | RAC with support from Partnership |

Detailed Itemized Budget Sheet, Budget Narrative, and Cost Effectiveness of Budget/Project

Below is the budget summary for the three year grant period totaling $8 million.

| Expense | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Personnel | | | $440,212 |
| Fringe Benefits | | | $132,063 |
| Travel | | | |
| Supplies | | | |
| Contractual | $431,939 | $370,410.00 | $185,414.00 |
| Subawards: | $17,500,000 | $18,100,000 | $4,400,000 |
| Indirect | $114,390.00 | $105,591.00 | $219,981.00 |
| **Total** | **$18,046,329** | **$18,576,00** | **$5,377,670** |

EPA 000798

The Program Director will be responsible for budget management and will work closely with statutory partners to ensure responsible budget management and proper expenditures.

Environmental Justice Results- Outputs/ Outcomes

Great Lakes Partnership's goal is to help transform disadvantaged and underserved communities into healthy, thriving communities capable of addressing the environmental and public health challenges they have historically faced, as well as current and future challenges.

The Great Lakes Partnership will hold itself accountable to this goal by tracking, measuring, and reporting on progress (to the EPA and the broader public) on a regular basis. The proposed Outputs and Outcomes will be reviewed and finalized with guidance from the RAC. Then, the Program Director will work with the Great Lakes Partnerships' staff and contractors to collect, analyze, and report out the following data to the Great Lakes Partnership, Regional Advisory Committee, EPA, and general public to ensure full transparency:

**Outputs**

The number of outreach activities conducted monthly, and the number of individuals reached, broken down by:

- Type of outreach (calls, meetings, presentations, mailers, emails, social media, etc.)

- Type of content (Pre-application announcement, technical assistance, reporting, etc.)

    - Focus community (Tribal reservation, remote and rural, urban)

    - Geographic focus (Tribe, regional, state, county)

- Type of organization hosting, as applicable (locally-based organization, statewide

33

EPA 000799

organization, regional organization)

- Language (Anishinaabemowin/Ojibwe, Arabic, Bengali, Cantonese/Mandarin, Hmong, Spanish, etc.)


- The number of applications received and the number of sub-grants made annually, broken down by:
    - Eligible vs ineligible applicants

- Type of organization (locally-based organization, statewide organization, regional organization)
    - Tier (I, II, & III)
    - Geographic distribution (6 States & 35 Tribes in Region 5)
    - Community type (Tribal reservation, remote and rural, urban)
- Issue areas addressed (air quality, food access, housing and infrastructure, land/soil conservation, public health, water quality and access )

- Strategies employed (clean-ups & restoration, education, emergency preparedness and disaster resiliency, monitoring & testing, pilot project, planning and partnership building, reducing greenhouse gas emissions, research, training)

- Community status according to the Climate and Economic Justice Screening Tool

- The number of emails and feedback forms received monthly with a summary of key adjustments made to the sub-grant process

    - Applicant satisfaction with process. Average time from application receipt to award.

    - The various project deliverables from sub awardees, such as:

- Number of community residents that participated in education programs (across a range of key issue areas)

34

EPA 000800

- Number of community residents trained on testing and monitoring for air, soil, and water quality

    - Number of air, water, or soil monitors established

- Number of communities that have collected baseline data for air quality, water quality, soil quality, greenhouse gas emissions, or public health

- Number of land acres, river/waterfront miles, or wetland areas protected, restored, or cleaned up

- Number of new collaborations and partnerships working to improve environmental quality and public health in disadvantaged communities

- Number of homes that were improved due to weatherization measures, lead abatement practices, or improved plumbing and service line access

- Number of sub-grant projects that have been highlighted in the media (news sites, journals, etc.)

- Number of pounds of local food harvested and distributed locally to reduce vehicle miles traveled

**Outcomes**

The following outcomes will be tracked through written reports and documented reporting conversations with sub awardees. The outcomes will be tracked and reported annually by:

Short-Term Outcomes (during project period)

- Increase in number of disadvantaged community residents that have knowledge and skills about engaging in to key EJ, public health, and/or climate change issues in their communities

- Increase in the number of disadvantaged community residents who have access to reliable data (across air, soil, water quality, greenhouse gas emissions, public health, etc.)

35

- Increase in number of disadvantaged community residents who have greater access to cleaner land, river/waterfront, wetlands, etc.
- Increase in new grassroot-led collaborations and partnerships working to improve environmental quality and public health in disadvantaged communities

Intermediate (changes in behaviors and actions due to the knowledge acquired and usually measured several months after project completion)

- Increase in number of communities that have the capacity to collect, analyze, and share data related air quality, water quality, soil quality, drinking water affordability, greenhouse gas emissions, or public health

- Reduced public exposure to toxins and pollutants from areas that were restored or cleaned up

- Increased number of community residents who are able to stay in their homes because of reduced energy burden from healthier homes that are energy/ water efficient

- Increased number of jobs in disadvantaged communities that focus on reducing greenhouse gas emissions and other air pollutants

- Number of new local food producers and points of access in disadvantaged communities enabling a reduction in vehicles miles traveled

- Increase in the number of CBOs (partners, contractors, sub awardees) with increased capacity in terms of funding, staff, and skills emerging from these sub-grants

Long-Term Outcomes (changes in conditions and are measure a year or several years after project completion)

- Increase in the number of CBOs (partners, contractors, sub awardees) with the skills, networks, and capacity to inform local environmental and public health decisions.

  - Increase in access to healthy and affordable drinking water

- Reduced cumulative impacts on disadvantaged communities due to improvements in

EPA 000802

local policies, permits, siting, and other decisions that are informed by community-led data and analysis

- Improved resiliency in disadvantaged communities as related to climate impacts such as urban heat island effects and flooding

- Reduced public exposures from toxics, pollution, and pesticide usage from areas that were protected, restored, or cleaned up

  - Improved health outcomes from improved access to healthy foods

  - Improved respiratory disease and heart disease rates due to improvements in air quality

- Reduced lead exposures from paint, plumbing, and pipelines (related to homes, childcare facilities, schools, etc.)

  - Increased public recreational use of areas that were protected, restored, or cleaned up

- Improved wildlife habitat conditions in areas that were protected, restored, or cleaned up

- Stabilizing of communities: residents are better able to afford to stay in their homes as homes become healthier, more energy and water efficient, have improved air quality and water, and access to high quality, affordable and good food, all while staving off gentrification

Organizational experience (of the applying organization)

Established in 1915, TMF is one of the nation's oldest and largest community foundations. TMF manages nearly $1.1 billion in assets, and administers more than 1,000 charitable funds created by individuals, families, businesses, and nonprofits. More than $100 million in grants are distributed from these funds each year, including grants directed by TMF's staff, personally recommended by active donor advisors, or in accordance with the legacy or beneficiary wishes of donors. TMF strives to join with others to strengthen the community, in measurable and sustainable ways, for the benefit of all citizens, especially those who are disadvantaged. TMF has an operating budget of $9.2 million

EPA 000803

and has 53 FTEs.

TMF has been making grants in the metro area community of Minneapolis/St. Paul, as well as regionally, for over 100 years. As a community foundation, grants have consistently been targeted to BIPOC and underserved neighborhoods. Using strategic levers such as grantmaking, impact investing, advocacy, and convening TMF has developed deep relationships and partnerships with community organizations that enable it to be proximate to community, ensuring its work is community-led and informed.

TMF's approach to grantmaking flows from the insights gained in building their new Strategic Framework – a process of deep listening and co-creation with its community. The Foundation strives to invest in community-led systems change, tackling problems at their roots by uplifting the voices, ideas, and leadership of those most affected by injustice and racism. As a result, TMF re-visioned its grant programs to offer funding opportunities that are more frequent, more streamlined, and more responsive to emerging needs.

<u>Staff Experience / Qualifications</u>

<u>R. T. Rybak, TMF's President and CEO</u>, spent 12 years as mayor of Minneapolis where he merged the city's planning and economic development functions into a single department that focused more directly on small business, including launching the Great Streets commercial corridor restoration plan and a partnership with the African Development Center that created a new loan strategy that created access for business owners of the Islamic faith. Other major projects he led along these corridors were the Midtown Exchange, Midtown Global Market, Plaza Verde and relocation of the Minneapolis School District headquarters to West Broadway. Previously he was Economic Development Director for the Minneapolis Downtown Council, economic development reporter for the Minneapolis Star Tribune, a licensed economic development consultant at Eberhardt Co. and a Senior Fellow for Economic Development at the national foundation consortium Living Cities.

38

Rybak was a founding board member and is current chair of Destination Medical Center, the state's $4.5 billion economic development initiative in Rochester, MN.

Jo-Anne Stately, TMF's Senior Director of Impact Strategies, focuses on workforce development, job creation, support for BIPOC businesses, housing, and family financial security. A member of TMF's team since 2009, Jo-Anne has more than 30 years of experience in philanthropy. An enrolled member of the Minnesota Chippewa Tribe and citizen of the White Earth Nation, she has served as the past chair of Native American in Philanthropy, Minneapolis

American Indian Center, Little Earth of United Tribes Housing, Minnesota Indian AIDS Task Force, American Indian Cancer Foundation, Native American Community Clinic, and the Two Feathers Endowment. She holds a B.A. in sociology.

Jumana Vasi, proposed Program Director, assists nonprofits and foundations in EJ strategies and outreach, program planning and evaluation, research and survey analysis, water policy and advocacy, and implementing diversity, equity, and inclusion strategies. Jumana's long-term projects include managing the Small Grants program for the Midwest EJ Network, providing water policy support to We the People of Detroit, and supporting the National Audubon's Society's Equity, Diversity, Inclusion, and Belonging efforts. Previously, Jumana managed the $5 million Great Lakes grantmaking portfolio at the C.S. Mott Foundation. She also led resource development efforts at two neighborhood-based organizations in Chicago. Jumana has supported participatory grantmaking through her work with the Midwest EJ Network, and on the Steering Committee for the Fund to Build Grassroots Power (a national participatory grantmaking fund), and with the Franciscan Sisters of Mary as they transitioned their funding to a community-led process. Jumana currently is Chair of River Network's Board of Directors, is a member-at-large of the National Center for Healthy Housing's Board of Directors.

Eartha Borer-Bell, Director, TMF's Midwest Environmental Justice Network **Project**), has worked, for over a decade, in arts and environmental organizations in Minnesota's Twin Cities, and across the Midwest, to create a more just and equitable community. Eartha is currently the Director of the Midwest Environmental Justice Network, a grassroots, women-of-color-led organization that

EPA 000805

convenes and strengthens EJ groups across twelve midwestern states. Eartha is also the Founding Director of Frogtown Farm, a 5.5-acre regenerative urban farm, where she led a community process to design, build, and program a thriving space for community healing and connectedness. She has also built a strategy consultancy for non-profits, foundations, and social enterprises focused on the intersection of social justice, food, agriculture, health, and environment. Eartha graduated with a B.A. in Art History & Environmental Studies from Macalester College and an

M.B.A. from the University of Minnesota.

Melissa Gavin, TMF'S RE-AMP Project's Chief Executive Officer, is responsible for overseeing all programs and operations of the TMF'S RE-AMP Project Network, and guiding the Network toward its North Star goal of equitably eliminating greenhouse gas emission in the Midwest by 2050. Previous to becoming Chief Executive Officer for the TMF'S RE-AMP Project Network, Melissa served as co-director for the

RE-AMP Organizing Hub, which has a mission of boosting campaign excellence in the RE-AMP Project Network. Through her work in the Organizing Hub, she has focused on helping climate advocates in the Midwest take a thoughtful, systems level approach to climate campaigns  through campaign planning and power analysis. Melissa also previously served as the Executive Director of the State Environmental Leadership Program (SELP), a national network of environmental advocacy organizations seeking to help its members become smarter, more powerful and better run so they could be even better advocates for the environment.  She holds a Master of Public Affairs degree with a focus on nonprofit management from the University of Wisconsin-Madison and a Bachelor's degree in Environmental Studies from Florida International University in Miami, Florida.

Sarah Shanahan, Director of Community Management, is responsible for fostering a healthy ecosystem within the TMF'S RE-AMP Project Network including managing the Network's membership services and facilitating connections in the Network. Sarah lives in rural Wisconsin.

Gaby Strong, NDN Foundation Managing Director, is an enrolled citizen of the

Sisseton-Wahpeton/Mdewakanton Dakota Oyate. She brings over 35 years of experience in the tribal, nonprofit, and philanthropic sectors. Her professional work includes serving as a program officer for the Margaret A. Cargill Philanthropies in the Arts & Cultures domain, serving as technical assistance specialist with the Education Development Center, advising tribes, schools,

40

and communities with federal funding streams, serving as tribal administrator for Lower Sioux Indian Community, and as program officer with the Grotto Foundation, where she administered key initiatives, including the Native Language Revitalization Initiative and American Indian Family Empowerment Program.

Gaby holds a Bachelor of Arts in Sociology, Education minor from Macalester College and a Masters of Social Work, Human Service Management from the University of Minnesota. She is a graduate of The Red School House, one of the original American Indian Movement (AIM) Survival Schools. She is an Honorary Board member for the Ain Dah Yung (Our Home) Center, the Board Chair for Dakota Wicohan, and also serves as a Board Member for the Grantmakers in the Arts. Gaby's community and professional experience has centered on Indian education, Indian child welfare, Native history, language and lifeways, leadership, and community development.

<u>Nicole Yanes, Director of Grantmaking at NDN Collective</u>, is Opata from Nogales along the Arizona-Sonora/U.S.-Mexico border. Yanes supports NDN Grant Programs and the NDN Changemakers Fellowship and NDN Prize. Yanes brings over 10 years of experience in community organizing, nation building and advocating for the rights of Indigenous Peoples at tribal, national and international arenas. Yanes has been working with Indigenous non-profit organizations for 10 years and has founded Indigenous-led organizations and a food cooperative to support and revitalize Indigenous food systems. Nicole graduated from Arizona State University with an Interdisciplinary Studies degree with concentrations in American Indian Studies and Non-Profit Organization Management & Leadership.

<u>Expenditure of Awarded Grant Funds</u>

As detailed above, TMF has a long history with grant giving, grant management and reporting. Dedicated to effective grantmaking practices, TMF has staff capacity with the experience to manage all aspects of efficient grantmaking. As well, TMF has worked diligently, in partnership with TMF'S MWEJN Project and TMF'S RE-AMP Project, in the past five years to make its grant giving process equitable and takes into consideration that some nonprofits may not have the ample capacity. The Great Lakes Partnership will build on this experience to streamline the application and reporting process with subrecipients should changes in grant scope be necessary. The Great Lakes Partnership's process will significantly reduce the burden on applying entities as compared to the federal sub-grants process.

EPA 000807

The announcement of the Region 5 Great Lakes Partnership program, and in-take of applications, will begin on May 15, 2024. Applications will be accepted on a rolling basis until the final deadline of November 15, 2025. Applicants will be able to submit applications when they are ready. All applications will be acknowledged within 24 hours by automated response. That notification will include the timeline for the decision. Application reviews will be conducted at specified points throughout the year in order to make a decision within 4 months for 80% of applicants, with no applicants having to wait more than 5 months from application to decision date. Sub-grant funds will be available to awardees within 2 weeks of the award date.

The Great Lakes Partnership will have a simplified online application portal and submission process (designed to work well on phones and tablets as well as computers). For those with limited internet connectivity, with technology challenges, or who prefer submitting in a different format, the Great Lakes Partnership will offer standardized opportunities to submit proposals through phone conversations or by video, by emailing the information via PDF, Word, or scanned format (with standardized questions that must be addressed).

TMF uses Stellar Technology Solutions' iPhi software to segregate, track all funding and financial activities, and process more than 10,000 grants each year. TMF is able to quickly and seamlessly issue grant payments and payables. Below are select details of relevant processes and internal controls.

TMF's Grants Administration produces a Grant Approval Report from the core database and forwards it to the SVP Philanthropic Services or Chief Impact Officer (or their delegate) for review, and Finance Department staff for approval and signature, which provides final approval that a grant is authorized. Distributions are reported in quarterly Board memos.

Regarding the Finance Process, the Grant Approval Report is provided to the Finance Associate to maintain and file. The Accounting Manager approves the grants in the core database, which results in a debit to grant expense and a credit to grants payable. At the time of approval, the Accounting

EPA 000808

Manager also ensures that there are sufficient funds for the various accounts.

When the grantee has signed the Grant Agreement Letter (agreeing to the terms of the grant and any other conditions) and returned it to the Grants Administration, the contingency is marked complete, and the payment is made. Grants Administration runs a Distribution report from the core database of all grant recommendations in the Entered and Hold statuses that will be reviewed with the Manager of Grants Administration each week. Any grants that have been in the Entered or Hold status for over two weeks will be brought to the attention of the senior manager of the department who oversees the fund.

<u>List of Federally funded and/or Non-federally funded Assistance Agreements and</u> <u>Reporting History</u>

In 2022, as part of the U.S. Government's COVID relief funds, The Minnesota Department of Employment and Economic Development received funds to help rebuild core urban corridors that were impacted by the social unrest after the murder of George Floyd, as well as help to provide relief to business owners after COVID closures. TMF, in partnership with LISC Twin Cities, Propel Nonprofits, and the Metropolitan Economic Development Association, managed and administered grants for projects in Minneapolis. In total $29.5 million dollars will be distributed to applicants.

Leverage grants and guaranteed loans can be used eligible recipients for the following:

- Repair or renovation of real property

- Building construction

- Landscaping and streetscaping

- Demolition and site preparation

- Predesign and design

- Engineering

43

- Infrastructure

The Main Street Revitalization program grants are recommended for consideration through a community-centered process, with significant guidance from local stakeholder tables assembled to represent each of the business corridors.

TMF'S MWEJN Project has not directly worked on any federal grants but has leadership team members and network partners with federal grants experience. This includes Little Village Environmental Justice Organization (Executive Director Kim Wasserman serves on TMF'S MWEJN Project's Leadership Team and a co-investigator for an EPA Air Pollution Monitoring for Communities grant), People for Community Recovery (working with LVEJO on the EPA grant), Blacks in Green (designated as one of Region 5's TCTACs), and the Green Door Initiative (awarded a Department of Energy Inclusive Energy Innovation Prize). TMF'S RE-AMP Project has no direct experience working on federal grants, although many TMF'S RE-AMP Project members do have such experiences. Currently 4 TMF'S RE-AMP Project members are partners in the Region 7 TCTAC and 3 TMF'S RE-AMP Project members are partners in the Region 5 TCTACs.

TMF has a strong track record of meeting the reporting requirements of grants. As part of the Main Street/DEED state grant, TMF is required to submit periodic narrative and financial reports to the State of Minnesota. This reporting is required to receive reimbursement to provide grants to applicants. TMF is in compliance with all reporting requirements, is sufficiently managing state funds, while providing grants to over 60 businesses and developers. Further, the goals of the

$29 million worth of grants have been awarded in a timely manner and TMF, along with its partners, has successfully provided technical assistance to applicants, which are primarily BIPOC-owned or managed properties and institutions.

EPA 000810

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>**

<u>*Instructions*</u>*: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* ***Reports are due 30 calendar days after each quarterly reporting period (see table below)****. Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Minneapolis Foundation
Project Title: The Minneapolis Foundation TCGM Grant 1
UEI Number: FVP7MYH59L76
EPA Grant #:OOEO3682
EPA Project Officer: Cristina Presmanes

Project Period Start Date: April 1, 2024
Project Period End Date: September 30, 2024

Current Year of Project: One x   Two ☐   Three ☐
Reporting Period for current year:  One x   Two ☐   Three ☐   Four ☐
Reporting Period (start date, end date): April 1 to September 30, 2024

Date Report Submitted: 2/3/2025
Submitted by: Jumana Vasi

**EPA 000811**

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N] - YES

**Section 2. Financial Information**
Funds drawn down in reporting period: 0.00
Total funds drawn down to date: 0.00
Total EPA Funds remaining: $8 million

Total funding awarded to Statutory Partners to date: 0.00
Total funding awarded to Participant Support Costs to date: To date, no funding. We are still working on our contracts with subrecipients.
Total funding awarded to Contractors to date:  0.00
Total funding awarded to support outreach, including travel: 0.00

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
| NDN Collective | $1.8 million | 0.00 | 0.00 | $1.8 million | Work collaboratively with TMF to oversee and monitor all aspects of TCGM program implementation, paying particular attention to compliance |

EPA 000812

| | | | | | | with EPA and federal requirements and focusing on outreach and technical assistance to federally recognized tribes and indigenous communities. |
|---|---|---|---|---|---|---|
| | | | | | | |

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |
| | | We do not have Program Participant Support Costs. Our Regional Advisory Committee members are consultants. |
| | | |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| SalesForce | $85,000.00 | $0.00 | n/a | $85,000.00 |
| Financial services & audits | $120,000.00 | $0.00 | n/a | $120,000.00 |
| Quality Assurance Contractors | $225,000.00 | $0.00 | n/a | $225,000.00 |

EPA 000813

| Contractor Financial Status | | | |
|---|---|---|---|
| Regional Community Advisors (10) | $279,000.00 | $0.00 | n/a | $279,000.00 |
| MWEJN Urban Indiana TCGM outreach | $139,342.00 | $0.00 | n/a | $139,342.00 |
| MWEJN Urban Wisconsin TCGM outreach | $139,342.00 | $0.00 | n/a | $139,342.00 |
| MWEJN Urban Michigan TCGM outreach | $59,341.00 | $0.00 | n/a | $59,341.00 |
| MWEJN Urban Ohio TCGM outreach | $139,342.00 | $0.00 | n/a | $139,342.00 |
| MWEJN Urban Illinois TCGM outreach | $69,341.00 | $0.00 | n/a | $69,341.00 |
| MWEJN Urban TCGM Technical Assistance | $143,567.00 | $0.00 | n/a | $143,567.00 |
| RE-AMP Rural TCGM Technical assistance | $171,567.00 | $0.00 | n/a | $171,567.00 |
| RE-AMP Rural TCGM Communications Support | $8,000.00 | $0.00 | n/a | $8,000.00 |
| | | | | |

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? No
2. Do you have questions about allowable use of funds? No
3. Do you have any improper payments to report? No
4. Do you have a change in indirect cost rate? No
    a. Note: Prior approval is required before using a new rate.

**EPA 000814**

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

*Instructions:*

*Below, we provide three tables for you to provide information about your initial award. We provide separate tables for "people" and "technology" systems related support that you will provide to Grantmakers, as setting up each of these systems will be the focus of their initial awards and is where your initial activities will focus. We also provide a table regarding communications related activities, which will also be a pillar of your initial award.*

*More specifically, we ask you to address the following:*

1. ***System Component.*** *In the first column of each table, select a people systems, technology, or communication system component from the available drop-down list that you have worked on during the reporting period. Add rows for each system component you have worked on this quarter.*
2. ***Progress this Quarter.*** *For each systems component, provide a brief narrative description of the progress you have made during the reporting period.*
3. ***Barriers Encountered this Quarter.*** *For each systems component, provide a brief narrative description of any barriers you have encountered during the reporting period.*
4. ***Planned Focus for Next Quarter.*** *For each systems component, briefly describe what your focus will be for the upcoming reporting period.*

| Quarterly Progress Summary for People Systems Related Support | | | |
|---|---|---|---|
| **1. People System Component (e.g., )** | **Progress this Quarter** | **2. Barriers Encountered this Quarter** | **3. Planned Focus for Next Quarter** |
| Personnel | • Hired 4 new staff: TCGM Program Director, Finance Associate, Director of Rural & remote outreach, Director of Urban outreach<br>• NDN hired TCGM Initiative Coordinator | n/a | Begin hiring process for Grants Associate position. |

EPA 000815

| Organizational Structure | • Engaged audit consultant to help TMF develop policies and processes to comply with TCGM grant terms and conditions | n/a | Continue to build capacity and infrastructure for quality assurance management and compliance oversight |
|---|---|---|---|
| Partnerships | • Since April 1, held weekly calls with Partner leads to update on progress and make strategic decisions on program implementation<br>• In August, began weekly calls with outreach directors and grants administration to coordinate on outreach efforts<br>• Helf half-day virtual partner retreat on July 1, 2024<br>• Confirmed statutory partner representatives<br>• Outlined roles, responsibilities, and accountability for internal program implementation staff and NDN collective<br>• Drafted planning document outlining sub-grant process, timeline, and criteria for assessment of proposals<br>• Signed partnership agreement with NDN Collective, which was reviewed & approved by PO | | |
| Participatory Governance Processes | • Worked with NDN to recruit, interview, select, and onboarded 10-member Regional Advisory Committee so it includes: | n/a | |

EPA 000816

| | | | |
|---|---|---|---|
| | <ul><li>At least one representative from each Region 5 state</li><li>30% (3) identify as Native American or Indigenous,</li><li>30% (3) represent & are based in rural areas</li><li>40% (4) represent and are based in urban areas</li></ul><ul><li>All RAC members signed their independent consultant agreements and conflict of interest forms, both of which were reviewed and approved by our PO.</li><li>Starting on August 26, began monthly RAC meetings. These meetings include time for trust and team-building, with space to connect on a personal level.</li><li>Developed Community Agreements and a fist-to-five decision making process to support equitable engagement and provide a roadmap for dealing with conflicts and disagreements.</li><li>Meetings also prioritized time to discuss and create a shared understanding of TCGM processes, goals, & outcomes</li></ul> | | |
| Working groups | n/a | n/a | n/a |

EPA 000817

| Onboarding | Onboarded new TCGM staff, including those hired by statutory partners through meetings and sharing materials. Also onboarded Regional Advisory Committee (RAC) members. | n/a | Will continue to onboard new staff as they join. |
|---|---|---|---|
| Other: Engagement with the EPA, Regional Grantmakers, & TCTACs | • Met weekly with our PO to report on progress and ensure we were remaining in compliance related to budgeting, contracting, and program implementation<br>• Attended weekly EPA Grantmaker office hours<br>• Met with Region 5 RQAM to discuss quality assurance process and requirements<br>• Worked closely with PO & other EPA staff to determine process and requirements related to fixed amount awards for Tier 1 grants<br>• Attended 6/25 Virtual Orientation: TCTAC & Grantmaker Collaboration<br>• Worked with PO & EPA to learn about and implement Human Subjects Research requirements<br>• Worked with PO to adapt and submit workplan and budget for Grant 2<br>• 7/30: met with our PO & the Director, PHREO and Human | n/a | We will continue working closely with our PO, regional Grantmakers, and TCTACs to coordinate efforts and ensure that all disadvantaged communities are engaged and supported to submit a TCGM grant application. |

EPA 000818

|  | Subject Research Review to discuss HSR requirements |  |  |
|---|---|---|---|

| Quarterly Progress Summary for Technology Systems Related Support | | | |
|---|---|---|---|
| 1.   Technology System | 2.   Progress this Quarter | 3.   Barriers Encountered this Quarter | 4.   Planned Focus for Next Quarter |
| Financial Tracking | Began learning financial compliance requirements; established budget templates/tracking systems | n/a | Build out platform for subrecipients to request reimbursements |
| Funds Disbursement | • Developed & received PO approval for procurement checklist to use internally and with subrecipients | n/a | Will continue to develop the funds disbursement system in alignment with our Salesforce system buildout |
| Application Platform | • Reviewed online portal systems and selected Salesforce to be the interface between TMF's existing financial systems and the TCGM application portal.<br>• Worked with consultants to develop the Salesforce system to meet TCGM program needs<br>• Held weekly internal cross-program calls to inform portal development. Attendees included TCGM program staff, Grants Admin, Communications, and Finance | n/a | Complete and launch application platform |

EPA 000819

| | | | |
|---|---|---|---|
| | • Trained staff on Salesforce<br>• Conducted portal testing for end-user experience<br>• The Salesforce portal and system buildout is 90% complete | | |
| Grant tracking system | •The grant tracking system is designed in conjunction with the application platform, and is also 90% Complete | n/a | Finalize grant tracking system |
| Quality Assurance Processes | Began working on the Quality Management Plan and learning about quality assurance processes for our partnership as well as for grantees. Attended meetings on quality assurance with national Grantmakers, EPA Region 5. Communicated with other regional Grantmakers about quality assurance planning and resources. | n/a | Develop and submit a quality management plan. |
| Other: Application materials | • Worked with partners to develop application questions and reporting templates. Submitted those for Emergency ICR approval | • A major barrier was the time-consuming process for submitting application materials for ICR review, especially since we were working on a very tight deadline. The process of taking screenshots of every application questions, across 4 different application types, was very burdensome. The long wait for OMB approval delayed our plans to launch in September. | Launch applications once we receive ICR approval |

EPA 000820

| Quarterly Progress Summary for Communications Systems Related Support | | | |
|---|---|---|---|
| 1.   Communications System Component | 2.   Progress this Quarter | 3.   Barriers Encountered this Quarter | 4.   Planned Focus for Next Quarter |
| Mass email distributions | TMF sent three mass emails during the timeframe to help recruit members to our Regional Community Advisory Committee and encourage people to attend our environment-focused convening in October. We also created a sign-up form for people who are interested in receiving mass emails about this program. The RE-AMP & MWEJN Projects also sent multiple mass email alerts to their partners about the TCGM program and its launch. | n/a | We plan to use mass emails to alert our audiences when the applications are open for this opportunity, as well as share relevant content and resources for this program. |
| Website postings | We published our landing page for the program in May. We also created a blog post to help recruit members to our Regional Community Advisory Committee. | n/a | We will continue to regularly update our web presence with new resources and details as we prepare for our grant program opening up in the Fall of 2024. |
| Social Media postings | TCGM partners published content on social media to spread the word and recruit members for our Regional Community Advisory Committee; to welcome new staff members supporting the TCGM program and promote job postings for additional support staff; and to promote events featuring TCGM presentations. | n/a | We plan to share content and updates about public presentations related to TCGM, job postings for new staff to support the TCGM program, the opening of the application portal, and office hours and webinars for prospective applicants. |
| Public Meetings/Workshops | TCGM Partners presented at 8 virtual and 11 in-person meetings, ranging from 12-250 attendees per event: | n/a | We will continue to engage broadly and widely via in-person and virtual meetings across the region. We will look for |

EPA 000821

| | | | |
|---|---|---|---|
| | • May 13: presented to MI Healthy Climate Conference in Lansing, MI (in-person)<br>• May: Presented to community foundations and private philanthropy at in-person meetings in Indianapolis (5/7/24, Columbus (5/8/24), Detroit (5/9/24), and Milwaukee (5/29/24)<br>• June 10: Presented virtually at Region 5 EJ Meeting<br>• June 11: Presented virtually to the Council of MI Nonprofits<br>• June 17: Presented virtually to Regional Action Network, a group of community foundations based in Great Lakes states<br>• June 18: Presented to the Environment Committee of the Metropolitan Mayors Caucus<br>• July 23: Presented virtually at "Get the Money" meeting in Flint, MI at the request of the EPA<br>• July 25: Presented virtually to Great Lakes TCTAC regional partnership<br>• August 15: Presented at EPA Roadshow in Milwaukee<br>• September 19: In-person TCGM presentation to TMF Board members | | opportunities to connect to existing meetings whenever possible. |

EPA 000822

| | | | |
|---|---|---|---|
| | • September 17: In person presentation at RE-AMP annual meeting<br>• September 19: Virtual presentation at MWEJN member call<br>• September 22-26: Shared information about TCGM at Climate Week in NYC<br>• September 24-25: Presented at the Region 5 Tribal Brownfields Workshop in Cloquet, MN<br>• September 25: Presented virtually at MN Technical Assistance Collaborative<br>• September 26-27: Presented to the regional Healing Our Waters Conference in Chicago and hosted an informational table | | |
| Communications Plans & Materials: | Develop communications plan and materials, including:<br>• Plan for outreach to Native (rural & urban), urban, rural, & remote disadvantaged communities across Region 5<br>• Request for Application plan and materials<br>• Website, newsletter, and social media timelines<br>• Grant guidelines, FAQs, and other supporting materials | n/a | We will continue to update materials. We will also begin developing a crisis communications plan. |

EPA 000823

**Section 4. General Project Challenges and Course-Corrections**

1. Has your program encountered substantial problems or difficulties during this reporting period? Yes
   a. If yes, how have they been addressed or resolved?

The ICR review delays caused us to start grantmaking 10 weeks after our announced launch date. This reduces the total number of months we have available to implement the grant program. We are adjusting for this by planning to increase the number of grants we make in our first round in early 2025.

ICR delays also meant that we did not have an approved reporting template, which prevented us from submitting this report within 30 days of the end of the grant period.

2. Do changes need to be made to your workplan in the near future? No changes need to be made to Grant 1 timelines. We have made the necessary updates to the Grant 2 amendment.
   a. If so, please describe the changes you would like to make and the reason for each suggested change.

3. Have there been any major changes in project personnel from what you had described in your work plan? No
   a. If yes, please describe any changes in project personnel.


**VI. Feedback**

Please provide feedback about how EPA can better help you achieve your goals.

First, let us express our gratitude for the EPA, particularly our PO and colleagues in Region 5. It has been a great experience working with this team, which is always responsive, professional, knowledgeable, and helpful. We've already learned so much about federal systems and processes that we can share with partners across the region so our communities know how to effectively work with the federal government.

Second, we could use additional assistance related to cross-cutting regulations that apply to construction activities. Over half of our applicants – which represent capacity-constrained rural, urban and Indigenous communities – are interested in using the TCGM program to build tangible assets through renovation or construction. We could use additional support in helping grantees do the work their communities have prioritized while also reducing onerous requirements that were developed for major infrastructure and public works projects. Also, we do not have the capacity to review all grants for crosscutting regulations and could use extra support.

**EPA 000824**

Third, we receive a steady stream of questions from rural applicants whose communities are not showing up as disadvantaged on the IRA map. To address this, we would recommend that the IRA map expand disadvantaged communities to include zip codes, census tracts, and census blocks when <u>all</u> of the following apply:

1.    Communities have a population of 10,000 or less
2.    They are above 60% low income
3.    At least one additional threshold area is above 80%

It would also work if the EPA could provide this additional guidance for the TCGM program to ensure we get resources out to our most vulnerable rural places.

Thank you again for your guidance and support.

**VII. Optional Project Photos (not required)**

*Instructions*: *If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 000825

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>**

<u>*Instructions*</u>*: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* ***Reports are due 30 calendar days after each quarterly reporting period (see table below)****. Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Minneapolis Foundation
Project Title: The Minneapolis Foundation TCGM Grant 1
UEI Number: FVP7MYH59L76
EPA Grant #:OOEO3682
EPA Project Officer: Cristina Presmanes

Project Period Start Date: October 1, 2024
Project Period End Date: December 31, 2024

Current Year of Project: One x  Two ☐  Three ☐
Reporting Period for current year:  One x  Two ☐  Three ☐  Four ☐
Reporting Period (start date, end date): October 1 to December 31, 2024

Date Report Submitted: 2/3/2025
Submitted by: Jumana Vasi

**EPA 000826**

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N] - YES

**Section 2. Financial Information**
Funds drawn down in reporting period: $354,411.16
Total funds drawn down to date: $354,411.16
Total EPA Funds remaining: $7,645,588.84

Total funding awarded to Statutory Partners to date: 0.00
Total funding awarded to Participant Support Costs to date: To date, no funding. We are still working on our contracts with subrecipients.
Total funding awarded to Contractors to date: $3,800.00
Total funding awarded to support outreach, including travel: $228,632 (75% of personnel and fringe costs totaling $303,005 + $1,334 for travel + meeting signage of $45) We conservatively estimate that 75% of all staff time supports outreach in some way – building out our public-facing websites and grantmaking portal, developing and publishing communications materials, responding to emails, attending virtual and in-person meetings, developing powerpoint presentations and talking points, collecting data about the distribution and makeup of disadvantaged communities, etc.

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
| NDN Collective | $1.8 million | 0.00 | 0.00 | $1.8 million | Work collaboratively with TMF to oversee and monitor all aspects of TCGM program implementatio |

EPA 000827

| | | | | | n, paying particular attention to compliance with EPA and federal requirements and focusing on outreach and technical assistance to federally recognized tribes and indigenous communities. |
|---|---|---|---|---|---|
| | | | | | |

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |
| | | We do not have Program Participant Support Costs. Our Regional Advisory Committee members are consultants. |
| | | |

EPA 000828

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Salesforce | $85,000.00 | $0.00 | $0.00 | $85,000.00 |
| Financial services & audits | $120,000.00 | $3,800.00 | $3,800.00 | $116,200.00 |
| Quality Assurance Contractors | $225,000.00 | $0.00 | $0.00 | $225,000.00 |
| Regional Community Advisors (10) | $279,000.00 | $0.00 | $0.00 | $279,000.00 |
| MWEJN Urban Indiana TCGM outreach | $139,342.00 | $0.00 | $0.00 | $139,342.00 |
| MWEJN Urban Wisconsin TCGM outreach | $139,342.00 | $0.00 | $0.00 | $139,342.00 |
| MWEJN Urban Michigan TCGM outreach | $59,341.00 | $0.00 | $0.00 | $59,341.00 |
| MWEJN Urban Ohio TCGM outreach | $139,342.00 | $0.00 | $0.00 | $139,342.00 |
| MWEJN Urban Illinois TCGM outreach | $69,341.00 | $0.00 | $0.00 | $69,341.00 |
| MWEJN Urban TCGM Technical Assistance | $143,567.00 | $0.00 | $0.00 | $143,567.00 |
| RE-AMP Rural TCGM Technical assistance | $171,567.00 | $0.00 | $0.00 | $171,567.00 |

EPA 000829

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| RE-AMP Rural TCGM Communications Support | $8,000.00 | $0.00 | $0.00 | $8,000.00 |
| | | | | |

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? No
2. Do you have questions about allowable use of funds? No
3. Do you have any improper payments to report? No
4. Do you have a change in indirect cost rate? No (We are still drawing down less than the updated deminimus rate of 15%)
   a. Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

_Instructions:_
_Below, we provide three tables for you to provide information about your initial award. We provide separate tables for "people" and "technology" systems related support that you will provide to Grantmakers, as setting up each of these systems will be the focus of their initial awards and is where your initial activities will focus. We also provide a table regarding communications related activities, which will also be a pillar of your initial award._

_More specifically, we ask you to address the following:_
1. **System Component.** _In the first column of each table, select a people systems, technology, or communication system component from the available drop-down list that you have worked on during the reporting period. Add rows for each system component you have worked on this quarter._
2. **Progress this Quarter.** _For each systems component, provide a brief narrative description of the progress you have made during the reporting period._
3. **Barriers Encountered this Quarter.** _For each systems component, provide a brief narrative description of any barriers you have encountered during the reporting period._
4. **Planned Focus for Next Quarter.** _For each systems component, briefly describe what your focus will be for the upcoming reporting period._

EPA 000830

| Quarterly Progress Summary for People Systems Related Support | | |
| --- | --- | --- |
| 1. People System Component (e.g., ) | 2. Progress this Quarter | 3. Barriers Encountered this Quarter | 3. Planned Focus for Next Quarter |

| 1. People System Component (e.g., ) | Progress this Quarter | 2. Barriers Encountered this Quarter | 3. Planned Focus for Next Quarter |
| --- | --- | --- | --- |
| Personnel | Conducted recruitment and began hiring process for Grants Associate. Conducted interviews. | n/a | Hire and onboard Grants Associate. |
| Organizational Structure | n/a | n/a | n/a |
| Partnerships | • Continued to hold weekly calls with Partner leads to update on progress and make strategic decisions on program implementation<br>• Continued to hold weekly calls with outreach directors and grants administration to coordinate on outreach efforts<br>• Held in-person meeting with remote and local TCGM staff (including from the RE-AMP and MWEJN projects) and NDN Collective (statutory partner) to build trust & relationships and confirm shared goals and outcomes. Our EPA PO joined us for portions of this 2-day meeting.<br>• Trained partners on EPA grant requirements related to budgeting and procurement | n/a | Continue to collaborate on program outreach and implementation. |

EPA 000831

| | | | |
|---|---|---|---|
| | • Trained partners on the application portal<br>• Instituted biweekly calls with Great Lakes TCTAC to answer questions and address challenges arising from their work with applicants. | | |
| Participatory Governance Processes | • Continued to hold monthly RAC meetings from Oct-December.<br>• Confirmed grantmaking goals and priority criteria for sub-recipients<br>• Developed an assessment rubric for sub-grant applications<br>• | n/a | We will train RAC members on grant review:<br>• How to review grant recommendations<br>• How to use rubric<br>• Process for approving grants<br>• How to address conflicting recommendations |
| Working groups | n/a | n/a | n/a |
| Onboarding | n/a | n/a | We will onboard new grants associate. |
| Other: Engagement with the EPA, Regional Grantmakers, & TCTACs | • Met weekly with our PO to report on progress and ensure we were remaining in compliance related to budgeting, contracting, and program implementation<br>• Attended weekly EPA Grantmaker Office Hours with regional Grantmakers<br>• Regular communications with other regional Grantmakers to share | n/a | Continue to work closely with the EPA, Regional Grantmakers, and TCTACs |

EPA 000832

| | questions, ideas, and lessons learned<br>• Instituted biweekly calls with the Great Lakes Technical Assistance Center<br>• Instituted monthly calls with Great Lakes TCTAC, BIG Justice TCTAC, and EPN | | |
|---|---|---|---|

| Quarterly Progress Summary for Technology Systems Related Support | | | |
|---|---|---|---|
| 1.    Technology System | 2.    Progress this Quarter | 3.    Barriers Encountered this Quarter | 4.    Planned Focus for Next Quarter |
| Financial Tracking | Ongoing learning about financial compliance; began creating platform for subrecipients to request reimbursement | n/a | Full use of reimbursement platform |
| Funds Disbursement | Continue to fine-tune the system. | n/a | Distribute  at least 27 subrecipient grants ($5.6M) |
| Application Platform | 100% Complete<br>• Opened grantmaking portal as part of our December 5 | n/a | Continuous Improvement |

EPA 000833

| | program launch. No major issues arose. | | |
|---|---|---|---|
| Grant tracking system | 100% Complete | n/a | Continuous Improvement |
| Quality Assurance Processes | Submitted a draft quality management plan to the RQAM for review. Made revisions in response to feedback and submitted the final document on December 18, 2024. | n/a | Will implement the Quality Assurance Management Plan. |
| | | | |

| Quarterly Progress Summary for Communications Systems Related Support | | | |
|---|---|---|---|
| 1.  Communications System Component | 2.  Progress this Quarter | 3.  Barriers Encountered this Quarter | 4.  Planned Focus for Next Quarter |
| Mass email distributions | Eight mass emails were sent during this time that were centered around this grantmaking program. The first two emails had an average 55% open rate and 15% click through rate. The RE-AMP & MWEJN Projects also sent multiple mass | n/a | We plan on sending monthly emails to our distribution list for this program that will provide updates and resources to those who are interested. |

EPA 000834

| | | | |
|---|---|---|---|
| | email alerts to their partners about the TCGM program and its launch. | | |
| Website postings | During this time, the Great Lakes TCGM landing page was continuously updated, and one blog post was written and shared. Our application portal was also launched during this timeframe.<br>• On December 5, the first day of the TCGM program launch, we had our most visits to the TMF website in 2024.<br>• Created a video playlist for easy public access to all of our tutorials, webinars, and virtual office hour recordings.<br>• Developed and posted a video tutorial on how to use our online portal and submit a grant application | n/a | We will continue to regularly update our landing page with new resources, stories, and office hours/webinar opportunities as they develop. |
| Social Media postings | TCGM partners published content on social media related to a TCGM panel discussion at the October Minnesota Meeting, job postings for new staff to support the TCGM program, the opening of the application portal in December, and office hours and webinars for prospective applicants. | n/a | We plan to continue sharing updates about the TCGM program and related resources such as office hours that are designed for prospective applicants and others interested in the program. |
| Public Meetings/Workshops | TCGM Partners presented at 17 virtual and 6 in-person meetings.<br>1.  October 3: US Department of Energy. Participated as a discussant to share information about TCGM. | | Continue to hold regular office hours and present at virtual and in-person meetings at the regional/national level, as well as in rural, urban, and Indigenous communities. |

EPA 000835

| | | | |
|---|---|---|---|
| | 2. October 7: TCGM partners spoke at a panel at the Minnesota Meeting in Minneapolis, MN<br>3. October 15: Presentation to the Midwest EJ Network<br>4. October 22: Virtual presentation to Wisconsin Climate Table/1,000 Friends<br>5. October 24: Shared information at the MN Technical Assistance Coalition coffee hour<br>6. October 28-30: Network, tabling, and panel discussion at the National Congress of American Indians in Las Vegas, NV<br>7. October 30: In person panel discussion about TCGM at the Health and Environmental Funders Network (HEFN) annual meeting in North Carolina<br>8. November 7: Virtual attendance for a meeting hosted by Benton Harbor, MI. Answered TCGM questions<br>9. November 8: Virtual presentation to Rural Electric Cooperative Scorecards.<br>10. November 19: Virtual presentation to the Minnesota advisory committee to the Environmental & Natural Resources Trust Fund<br>11. November 20: Shared information at the MN | | |

EPA 000836

|  | Technical Assistance Collaborative monthly meet up |  |  |
|---|---|---|---|
|  | 12. November 20: In-person presentation to RE-AMP members across the Great Lakes region. |  |  |
|  | 13. December 3-4: Presented in person at Climate Adaptation Grant Writing Workshop hosted by the Ho-Chunk Nation in Black River Falls, WI |  |  |
|  | 14. December 9: Presented virtually to Dane County WI and surrounding areas in partnership with the Great Lakes TCTAC |  |  |
|  | 15. December 10: Held our Introductory TCGM Webinar with significant interest and great turnout: 489 registrations |  |  |
|  | • 363 Attendees (74% attendance rate) |  |  |
|  | • 182 Questions Asked |  |  |
|  | • Attendee Breakdown: |  |  |
|  | • 11 = Federally Recognized Tribes |  |  |
|  | • 116 = MI |  |  |
|  | • 58 = MI |  |  |
|  | • 51 = WI |  |  |
|  | • 36 = IL |  |  |
|  | • 27 = IN |  |  |
|  | • 23 = OH |  |  |
|  | • 10 = Other |  |  |
|  | • 65 = Link shared from registrant |  |  |
|  | 16. December 12: Invited by RAC member to presented virtually |  |  |

EPA 000837

| | | | |
|---|---|---|---|
| | to Black Appalachian Coalition and Friends, with significant attendance from Southeastern OH<br>17. December 13: Hosted first Office Hour virtual call on zoom<br>18. December 17: Hosted Budget Office Hours call on zoom<br>19. December 17: Presented virtually to RE-AMP steering committee<br>20. December 18: Introduced rural TCGM work to MN Technical Assistance Collaborative<br>21. December 19: Presented virtually to MN Regional Development Organizations Climate and Energy Groups and the Great Plains Institute<br>22. December 19: Hosted Quality Assurance Office Hours in partnership with Region 5<br>23. December 20: Hosted General Office Hours on zoom | | |
| Other: Communications Plan | • Continued to update communications plan and materials, including:<br>  • Plan for outreach to Native (rural & urban), urban, rural, & remote disadvantaged communities across Region 5<br>• Request for Application plan and materials<br>• Website<br>• Grant guidelines, FAQs, and other supporting materials | | Will continue to update and implement communications plans to ensure TCGM outreach to a wide range of rural, urban, and Indigenous communities across the region. |

EPA 000838

| | | | |
|---|---|---|---|
| | • Began developing a crisis communications plan for the TCGM partnership | | |
| Other: Application Materials | • Reviewed and finalized application process and materials for the general ICR<br>• Made application materials public during our program launch on December 5, 2024. | | No additional work on application materials needed moving forward |
| | | | |

**Section 4. General Project Challenges and Course-Corrections**
1.  Has your program encountered substantial problems or difficulties during this reporting period?
    a.  If yes, how have they been addressed or resolved?

<span style="color:red">Many Great Lakes TCGM applicants have expressed concerns related to implementing procurement policies for contracts over $10,000. For capacity-constrained organizations and those in remote and rural areas, it can be a significant burden to comply with even the simplified acquisition process. It would be helpful if there was either a timeframe connected (e.g., $10,000 per year for no more than 5 years) or acceptance of other types of documentation that support a strong rationale for choosing consultants or contractors with existing relationship with the community that also have the necessary skills and experience. This would reduce the time and energy spent on seeking bids or quotes for small projects, when this effort could go to project implementation.</span>

<span style="color:red">It has come to our attention that Region 7's grantmaking dollars will come from the National Grantmaker pot that RTI received, rather than the money set aside for each region. This puts our region at a disadvantage because we will not receive the supplemental grant dollars or the type of technical assistance that we expected from our national grantmaker. I do not see a solution to this unless there are additional dollars allocated to RTI for Region 7 to free up the funds they should be using to support Grantmakers in regions 4-7.</span>

**EPA 000839**

2. Do changes need to be made to your workplan in the near future?

   No changes need to be made to Grant 1 timelines. We have made the necessary updates to the Grant 2 amendment.

   a. If so, please describe the changes you would like to make and the reason for each suggested change.

3. Have there been any major changes in project personnel from what you had described in your work plan? No
   a. If yes, please describe any changes in project personnel.

**VI. Feedback**
Please provide feedback about how EPA can better help you achieve your goals.

First and foremost, we want to express our gratitude to EPA Region 5 for their guidance and support. This is our first federal grant and we have a lot to learn. Our Program Officer and OEJCR staff are unfailingly patient (even when we ask the same questions multiple times), kind (checking in to see how we are doing), and helpful (connecting us to internal experts, providing links to resources, helping us interpret terms & conditions, etc.). This support has helped us build the internal capacity to develop and implement a program that will share critical, asset-building resources with rural, urban, and Indigenous communities across Region 5 to address issues related to extreme weather events, public health, and environmental safety.

We want to flag that under section 2, the question "Total funding awarded to support outreach, including travel" cannot be exactly calculated, as we only track expenses by federal cost category and outreach-related expenses cut across multiple categories (personnel, fringe, travel, supplies, and contractual). In addition, outreach efforts cross multiple different types of work, including internal systems development and implementation, communications, program planning, etc.

We are awaiting approval of the General ICR so we can begin sharing reporting forms with grant applicants, so they know what information and data to plan for in their workplan and proposal.

**VII. Optional Project Photos (not required)**
*Instructions*: *If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 000840

**Grant 2:** Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>

*<u>Instructions</u>: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system. **Reports are due 30 calendar days after each quarterly reporting period (see table below)**. Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Minneapolis Foundation
Project Title: The Minneapolis Foundation TCGM Grant 2
UEI Number: FVP7MYH59L76
EPA Grant #: 01E03682
EPA Project Officer: Cristina Presmanes

Project Period Start Date: October 1, 2024
Project Period End Date: September 30, 2027

Current Year of Project: One x   Two ☐   Three ☐
Reporting Period for current year:  One x  Two ☐   Three ☐   Four ☐
Reporting Period (start date, end date): October 1, 2024 - December 31, 2024

Date Report Submitted: 4/30/2025 [Per appended email, PO confirmed report submission on this date]

Submitted by: Jumana Vasi

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N] - YES

**Section 2. Financial Information**
Funds drawn down in reporting period: $0.00
Total funds drawn down to date: $0.00
Total EPA Funds remaining: $52,000,000

Total funding awarded to Statutory Partners to date: $0.00
Total funding awarded to Participant Support Costs to date: $0.00
Total funding awarded to Contractors to date: $0.00
Total funding awarded to support subawards: $0.00

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
| NDN Collective | $300,000 | 0.00 | 0.00 | $300,000 | Providing outreach and technical assistance for applicants and subrecipients that are federally recognized tribes or indigenous-led entities. Also will assist with program evaluation. |

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |

EPA 000842

| | | There are no program participant support costs in this grant. |
|---|---|---|

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in budget) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Human Subjects Research Contractor | $245,295.00 | 0.00 | 0.00 | $245,295.00 |
| Rural Technical Assistance Contractor | $300,000.00 | 0.00 | 0.00 | $300,000.00 |
| Urban Technical Assistance Contractor | $300,000.00 | 0.00 | 0.00 | $300,000.00 |
| RE-AMP Rural Indiana TCGM outreach (2) | $159,677.00 | 0.00 | 0.00 | $159,677.00 |
| RE-AMP Rural Wisconsin TCGM outreach (2) | $159,677.00 | 0.00 | 0.00 | $159,677.00 |
| RE-AMP Rural Michigan TCGM outreach (2) | $159,676.00 | 0.00 | 0.00 | $159,676.00 |
| RE-AMP Rural Ohio TCGM outreach (2) | $159,676.00 | 0.00 | 0.00 | $159,676.00 |
| RE-AMP Rural Illinois TCGM outreach (2) | $159,676.00 | 0.00 | 0.00 | $159,676.00 |
| RE-AMP Rural Minnesota TCGM outreach (2) | $159,676.00 | 0.00 | 0.00 | $159,676.00 |
| | | | | |
| | | | | |

EPA 000843

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? No
2. Do you have questions about allowable use of funds? No
3. Do you have any improper payments to report? No
4. Do you have a change in indirect cost rate? No
   a. Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

| Proposed Workplan Activity & Description | Progress this Quarter | Barriers Encountered this Quarter | Planned Focus for Next Quarter |
|---|---|---|---|
| **Convene Regional Advisory Committee** to review and select grants and provide guidance on program direction | Identified and recruited 10 Regional Advisory Committee members in August – September 2024, which is before the start of this grant period and funded under TCGM Grant 1. Held monthly meetings from August – December 2024 | n/a | Continue to convene the Regional Advisory Committee to review and select grants and provide guidance on program direction |
| **Review and finalize TCGM grantmaking goals and process,** including: | Completed. Confirmed following target allocation of grants:<br>• At least 30% to Native and Indigenous communities<br>• At least 25% to rural communities | n/a | Implement approved TCGM grantmaking goals and processes |

EPA 000844

| | | | |
|---|---|---|---|
| • Target grant allocation to Native, rural/remote, & urban EJ communities<br>• Eligibility criteria<br>• Reporting requirements | • At least 30% to Urban communities<br><br>Confirmed priority criteria, for applicants who have one or more of the following characteristics:<br>• Federally recognized tribes<br>• Organizations with budgets under $5 million, and under $1 million for Tier 1 grants<br>• Communities with populations under 10,000<br>• Organizations formed within the last 5 years and with fewer than 10 FTE<br>• Communities that have been under a state of emergency within the last 5 years<br><br>Developed sub-grantee reporting template and submitted for ICR approval on 9/24/2024 | | |
| **Review and finalize application process and materials:**<br>• Application questions, format, and distribution methods<br>• Application review rubric | • Completed by September 2024, which is prior to the start of this grant period and is funded under TCGM Grant 1<br>• Received Emergency ICR approval for application materials on November 14, 2024<br>• Submitted materials for General ICR review. Approval pending. | n/a | Completed |

EPA 000845

| | | | |
|---|---|---|---|
| **Train RAC members on grant review (Grant 1 funded):**<br>• How to review grant recommendations<br>• How to use rubric<br>• Process for approving grants<br>• How to address conflict | Began in December 2024 | The delayed approval of the Emergency ICR (approved in mid-November, expected in September) delayed this training, so it will be complete in Q1 of 2025 | Continue to provide training, resources, and support to the RAC |
| **Public Launch of Great Lakes Partnership Program & Open Tier 2 and Tier 3 Applications**<br>• Full-scale media and communications launch of the Program, including website, newsletter, press releases, and media outreach to announce the opening of the program | • Completed. Launched all three grant tiers: 1, 2, and 3 on December 5, 2024.<br>• Held 9 virtual applicant "office hours", with nearly 500 registrants overall (274 registrants in January, 110 registrants in February, 110 registrants in March). Average attendance was:<br> o 35 participants in January (5 webinars)<br> o 22 participants in February (2 webinars)<br> • 41 participants in March (2 webinars) | n/a | Continue to update the website and disseminate public communications to spread the news of the TCGM grant program across all six Great Lakes states, and to all types of communities: federally recognized tribes, indigenous communities, rural communities, and urban communities |
| **Tiers 1, 2 and 3 Applications Accepted**<br>-Accepting applications on a rolling basis | • Ongoing<br>• Received 421 applications for Round 1 reviews, for the period 12/5/2024-1/31/2025 | n/a | Continue to accept applications on a rolling basis |

EPA 000846

| | | | |
|---|---|---|---|
| **Review intake forms on a rolling basis**<br>- Information from the Intake Forms will allow the Partnership to understand the eligibility, capacity, interests, and needs of potential applicants so we can identify and address both specific and collective challenges and assistance needs.<br>-Information gleaned from the Intake Forms will be aggregated to identify trends and analyzed to inform our communications, outreach, and technical assistance strategies. | • Ongoing<br>• Intake form reports submitted to partners on a regular basis, so they can analyze distribution of interest and stated needs | While we encouraged applicants to submit an intake form as early as possible, many submitted them along with their application, within the last 10 days of the deadline. For this reason, we were not always aware of support needs in a timely manner. | Continue to review intake forms on a rolling basis to guide outreach, technical assistance services, and communications |
| **Outreach to Native (urban & rural), rural, remote, & urban disadvantaged communities** | 1. TCGM Partners presented at 17 virtual and 6 in-person meetings.<br>2. December 10: Held our Introductory TCGM Webinar with significant interest and great turnout: 489 registrations<br> • 363 Attendees (74% attendance rate)<br> • 182 Questions Asked<br>Attendee Breakdown:<br> • 11 = Federally Recognized Tribes<br> • 116 = MI<br> • 58 = MI<br> • 51 = WI<br> • 36 = IL<br> • 27 = IN | Changes in the federal landscape and uncertainty have made outreach more challenging, as we often receive questions that we are unable to answer | Continue to conduct outreach to Native (urban & rural), rural, remote, and urban communities across the six Great Lakes states. |

**EPA 000847**

| | | | |
|---|---|---|---|
| | • 23 = OH<br>• 10 = Other<br>• 65 = Link shared from registrant | | |
| **Technical Assistance with Application Portal and Submitting Materials** | • Over 300 questions received by email or through the portal. Responses were provided through individualized messages and by updates to the website and frequently asked questions.<br>• During this time, the Great Lakes TCGM landing page was continuously updated, and one blog post was written and shared. Our application portal was also launched during this timeframe.<br>• On December 5, the first day of the TCGM program launch, we had our most visits to the TMF website in 2024.<br>• Created a video playlist for easy public access to all our tutorials, webinars, and virtual office hour recordings.<br>• Developed and posted a video tutorial on how to use our online portal and submit a grant application | n/a | Continue to provide technical assistance with application portal and for submitting materials |

EPA 000848

| | | | |
|---|---|---|---|
| **Rolling Application Review:** Review all applications and assess needs along with available sub-grant funds. -TMF Grants Admin, with possible consulting support, review and code proposals using scoring rubric to assess need and capacity | • Foundation staff are conducting eligibility reviews and identifying priority applications based on criteria developed by partners and approved by the Regional Advisory Committee | The large number of applications received – 421 for Round 1 – stretched internal capacity for conducting reviews | Continue to review applications on a rolling basis. |
| **Grant Decision-Making:** RAC will make decisions at regular intervals so there is no more than a 5-month turnaround time from application receipt to award date. | • Will begin Q1 2025 | n/a | Grant decision-making will begin after the close of the first review period that ends on 1/1/2025 |
| **Grant Monitoring:**<br>• Sub-Grants will originate from TMF and be monitored regularly (monthly or quarterly, as needed) by foundation Program Officers via check in calls and formal reports requested from sub-grantees.<br>• Grants monitoring will include financial reviews, ensuring subrecipients abide by EPA subaward policies, as well as progress on proposed | • Will begin monitoring grant progress after the first round of sub-grants are funded. The timeline will be determined by our access to grant dollars.<br>• Systems have been put in place to ensure that sub-grantees follow all requirements, including those related to procurement, finance, quality assurance, human subjects research, and cross-cutting regulations related to construction. | n/a | Grant monitoring will begin after the first round of sub-grants are funded. |

EPA 000849

| | | | |
|---|---|---|---|
| work. TMF Program officers will coordinate with relevant experts and engage resources from our contractors as well as from EPA, National TCGM, EnDyna, and TCTACs to provide support and ensure compliance with policies related to conflicts of interest, allowable drawdowns, procurement and contracting, Quality Assurance Plans, and Human Subject Research Requirements.<br>• Monitoring and progress will be assessed using a standardized checklist (to be developed) and the Workplan created by grantees | | | |
| **Performance Management and Reporting:**<br>• TMF will compile and report out on information collected from its Program Officers and from Collaborative partners<br>• TMF Program Officers will monitor sub-grant projects and collect data on progress, challenges, and successes. | • Will begin performance management and reporting on subawards after first round of sub-grants are funded. The timeline will be determined by our access to grant dollars. | n/a | Will begin performance management and reporting on subawards after first round of sub-grants are funded. The timeline will be determined by |

EPA 000850

| | | | |
|---|---|---|---|
| • TMF Program Officers will conduct periodic virtual/phone check-ins with subrecipients<br>• TMF will submit quarterly progress reports to the EPA<br>• TMF will submit Final Report to the EPA when project is completed | | | our access to grant dollars. |
| **Region 5 virtual town hall meeting**<br>To solicit feedback after the first 12-18 months of the start of grantmaking. | • Will be conducted in Fall 2025 or Spring 2026 | n/a | n/a |
| **Continuous Learning Activities:**<br>Building in time for reflection and review during regular meetings (of the Collaborative, RAC, and with the EPA & National TCGM) will provide the opportunity for all to learn and make adjustments to grant processes, performance, successes, and refinement of RFA and outreach | • Held separate weekly calls with our project partners, EPA PO, Great Lakes TCTAC, other regional grantmakers, and internal teams to reflect on progress and make course-corrections. | n/a | Will continue to hold weekly calls with our project partners, EPA PO, other regional grantmakers, and internal teams to reflect on progress and make course-corrections. |
| Initial award ($40 million for sub-grants) + amended award ($8 million for sub-grants): Estimated **First-Year Sub-Grant Decisions** ($21,500,000), 101 Grants projected: | • Planning for upcoming decision dates:<br>    ○ March/April 2025<br>    ○ July/August 2025 | n/a | We will select awardees on schedule. |

EPA 000851

| | | | |
|---|---|---|---|
| • Tier 1, noncompetitive = 22 grants of up to $75k (total $1.65 million)<br>• Tier 1, competitive = 24 grants of $150,000, (total $3.6 million)<br>• Tier 2 = 30 grants of up to $250,000 (total $7.5 million)<br>• Tier 3 = 25 grants of up to $350,000 (total $8.75 million) | | | |
| Initial award ($40 million for sub-grants) + amended award ($8 million for sub-grants): Estimated **Second Year Sub-Grant Decisions** ($22,150,000), 101 Grants projected:<br>• Tier 1, noncompetitive = 20 grants of up to $75k (total $1.5 million)<br>• Tier 1, competitive = 22 grants of $150,000, (total $3.3 million)<br>• Tier 2 = 33 grants of up to $250,000 (total $8.25 million)<br>• Tier 3 = 26 grants of up to $350,000 (total $9.1 million) | Projected Schedule of decisions:<br>• October/November 2025<br>• March/April 2026<br>• July/August 2026 | n/a | n/a |
| Initial award ($40 million for sub-grants) + amended award ($8 million for sub-grants): Estimated **Third Year Sub-Grant Decisions** ($4,350,000), 38 Grants projected:<br>• Tier 1, noncompetitive = 17 grants of up to $75k (total $1.225 million) | Projected Schedule of decisions:<br>• October 2026 | n/a | n/a |

EPA 000852

| • Tier 1, competitive = 21 grants of $150,000, (total $3.125 million) | | | |
|---|---|---|---|

**Section 4. General Project Challenges and Course-Corrections**
1.  Has your program encountered substantial problems or difficulties during this reporting period?
    a.  If yes, how have they been addressed or resolved?

Due to the Minneapolis Foundation's inability to access our obligated federal funds, the foundation has been using hundreds of thousands of its own reserve dollars to temporarily support its statutory partners in providing technical assistance to Program applicants and sub-recipients, and to retain key employees and independent contractors working on the Program across the Minneapolis Foundation and its partners. The Minneapolis Foundation has absorbed more than $310,000 in personnel expenses and other costs to continue our administration of the Program using limited reserve funds. It is not financially feasible for us to continue this type of funding support without access to the grant, as we will be forced to issue notices of termination to five full-time staff dedicated to the program without immediate relief.

2.  Do changes need to be made to your workplan in the near future?

    No.

    a.  If so, please describe the changes you would like to make and the reason for each suggested change.

3.  Have there been any major changes in project personnel from what you had described in your work plan? No
    a.  If yes, please describe any changes in project personnel.

**VI. Feedback**
Please provide feedback about how EPA can better help you achieve your goals.

EPA 000853

We are awaiting approval of the General ICR so we can begin sharing reporting forms with grant applicants, so they know what information and data to plan for in their workplan and proposal. Without the approval of the General ICR, or continuation of the Emergency ICR, we will also have to stop accepting new applications after the OMB expiration date of 5/31/2025.

Mainly, we are very grateful to work with all members of the EPA. We are especially appreciative of our PO, Cristina Presmanes, who is professional, responsive, and always willing to take the extra step to ensure that we have the information we need to implement a successful program and comply with all requirements and regulations. Her support and guidance are integral to ensuring that our program fulfils its promise to build thriving communities across our region.

**VII. Optional Project Photos (not required)**

_Instructions_: If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.

EPA 000854

**Grant 1: Thriving Communities Grantmaking Program (TGCM) Progress Report for** <u>Regional Grantmakers</u>

<u>Instructions</u>: *Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* **Reports are due 30 calendar days after each quarterly reporting period (see table below)**. *Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Minneapolis Foundation
Project Title: The Minneapolis Foundation TCGM Grant 1
UEI Number: FVP7MYH59L76
EPA Grant #: OOEO3682
EPA Project Officer: Cristina Presmanes

Project Period Start Date: April 1, 2024
Project Period End Date: March 30, 2027

Current Year of Project: One x  Two ☐  Three ☐
Reporting Period for current year:  One ☐  Two x  Three ☐  Four ☐
Reporting Period (start date, end date): January 1, 2025-March 31, 2025

Date Report Submitted: 4/30/2025
Submitted by: Jumana Vasi

**EPA 000855**

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N] - YES

**Section 2. Financial Information**
Funds drawn down in reporting period: $868,624.31
Total funds drawn down to date: $1,223,035.47
Total EPA Funds remaining: $6,776,964.53

Total funding awarded to Statutory Partners to date: $198,028.69
Total funding awarded to Participant Support Costs to date: $0.00 (No Participant Support Costs are projected)
Total funding awarded to Contractors to date: $113,848.44
Total funding awarded to support outreach, including travel: $595,179.19 (75% of personnel and fringe costs totaling $583,283.80 + $11,895.39 for travel. We conservatively estimate that 75% of all staff time supports outreach in some way – building out our public-facing websites and grantmaking portal;  developing and publishing communications materials; responding to emails; presenting at virtual and in-person meetings, developing PowerPoint presentations and talking points; collecting, analyzing, and sharing data about the distribution and makeup of disadvantaged communities, etc.

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status |
| --- |

EPA 000856

| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
|---|---|---|---|---|---|
| NDN Collective | $1.8 million | $198,028.69 | $198,028.69 | $1,601,971.31 | Work collaboratively with TMF to oversee and monitor all aspects of TCGM program implementation, paying particular attention to compliance with EPA and federal requirements and focusing on outreach and technical assistance to federally recognized tribes and indigenous communities. |

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |

EPA 000857

|  |  |  |
|---|---|---|
|  |  |  |
|  |  | We do not have Program Participant Support Costs. Our Regional Advisory Committee members are consultants. |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Salesforce | $85,000.00 | $80,687.50 | $80,687.50 | $4,312.50 |
| Financial Services & Audits | $120,000.00 | $3,800.00 | $0 | $116,200.00 |
| Quality Assurance Contractors | $225,000.00 | $0.00 | $0.00 | $225,000.00 |
| Regional Community Advisors (10) | $279,000.00 | $29,360.94 | $29,360.94 | $249,639.06 |
| MWEJN Urban Indiana TCGM outreach | $139,342.00 | $0.00 | $0.00 | $139,342.00 |
| MWEJN Urban Wisconsin TCGM outreach | $139,342.00 | $0.00 | $0.00 | $139,342.00 |
| MWEJN Urban Michigan TCGM outreach | $59,341.00 | $0.00 | $0.00 | $59,341.00 |
| MWEJN Urban Ohio TCGM outreach | $139,342.00 | $0.00 | $0.00 | $139,342.00 |
| MWEJN Urban Illinois TCGM outreach | $69,341.00 | $0.00 | $0.00 | $69,341.00 |

EPA 000858

| Contractor Financial Status | | | |
|---|---|---|---|
| MWEJN Urban TCGM Technical Assistance | $143,567.00 | $0.00 | $0.00 | $143,567.00 |
| RE-AMP Rural TCGM Technical assistance | $171,567.00 | $0.00 | $0.00 | $171,567.00 |
| RE-AMP Rural TCGM Communications Support | $8,000.00 | $0.00 | $0.00 | $8,000.00 |

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? No
2. Do you have questions about allowable use of funds? No
3. Do you have any improper payments to report? No
4. Do you have a change in indirect cost rate? No
   Note: Prior approval is required before using a new rate.


**Section 3. Progress Toward Objectives, Outputs and Outcomes**

*Instructions:*
*Below, we provide three tables for you to provide information about your initial award. We provide separate tables for "people" and "technology" systems related support that you will provide to Grantmakers, as setting up each of these systems will be the focus of their initial awards and is where your initial activities will focus. We also provide a table regarding communications related activities, which will also be a pillar of your initial award.*

*More specifically, we ask you to address the following:*
1. ***System Component.*** *In the first column of each table, select a people systems, technology, or communication system component from the available drop-down list that you have worked on during the reporting period. Add rows for each system component you have worked on this quarter.*
2. ***Progress this Quarter.*** *For each systems component, provide a brief narrative description of the progress you have made during the reporting period.*

EPA 000859

3. ***Barriers Encountered this Quarter.*** *For each systems component, provide a brief narrative description of any barriers you have encountered during the reporting period.*
4. ***Planned Focus for Next Quarter.*** *For each systems component, briefly describe what your focus will be for the upcoming reporting period.*

| Quarterly Progress Summary for People Systems Related Support | | | |
|---|---|---|---|
| 1. People System Component (e.g.,) | Progress this Quarter | 2. Barriers Encountered this Quarter | 3. Planned Focus for Next Quarter |
| Personnel | Maintained key staff hired for the TCGM program: Project Director, Finance Associate, Grants Associate, Urban Outreach Director, RE-AMP Project: Rural & Remote Outreach Director, and MWEN Project: Urban Outreach Director.<br><br>Engaged Foundation leadership and other staff (including IT, finance, communications, grants administration, etc.) to support project management and strategy, outreach and communications, grants management, compliance, and administration related to TCGM implementation.<br><br>Hired Grants Associate to support due diligence and grant management processes. | Inability to access our obligated federal funds through ASAP required us to:<br>• Approve, identify, utilize, and manage <u>reserve</u> funds to pay personnel and fringe expenses.<br>• Delay the hiring of new budgeted staff to support grants processing and administration<br><br>Also, we expected to be assigned at least 4 environmental corps/AmeriCorps members in Fall of 2024 and had planned accordingly. Not having these individuals further strained our capacity for implementing the program. | Support and coordinate all key and support staff to support project management and strategy, outreach and communications, grants management, compliance, and administration related to TCGM implementation. |
| Program Staff | • Provided oversight and coordination for partners in | Due to inability to hire budgeted staff, and without | • Continue to provide oversight and coordination for partners |

EPA 000860

|  |  |  |  |
|---|---|---|---|
|  | outreach and communications to potential applicants across six Great Lakes states across rural, urban, federally recognized tribes, and Indigenous communities<br>• Conducted eligibility reviews and due diligence for the 421 applications received in Round 1 of the rolling applications | expected environmental corps/ AmeriCorps members, staff were stretched in their capacity to implement the TCGM program. | in outreach and communications to potential applicants across six Great Lakes states across rural, urban, federally recognized tribes, and Indigenous communities<br>• Conducted eligibility reviews and due diligence for incoming applications |
| Organizational Structure | n/a | n/a | n/a |
| Partnerships | • Continued to hold weekly calls with Partner leads to update on progress and make strategic decisions on program implementation<br>• Continued to hold weekly calls with partner outreach directors and the foundation's grants administration to coordinate on outreach efforts<br>• Held virtual retreat with remote and local TCGM staff (including from the RE-AMP and MWEJN projects) and NDN Collective (statutory partner) to discuss program progress and adjustments to communications strategy. | Inability to access our obligated federal funds through ASAP required us to:<br>• Delay partner payments for agreed-upon tasks and deliverables.<br>• Delay in-person strategy meetings with partners | Continue to collaborate on program outreach and implementation with partners to ensure engagement and technical support across all six Great Lakes states and 37 federally recognized tribes. |

EPA 000861

| | | | |
|---|---|---|---|
| | • Continued biweekly calls with Great Lakes TCTAC to answer questions and coordinate responses. | | |
| Participatory Governance Processes | • Continued to hold monthly RAC meetings from Oct-December.<br>• Trained RAC members on grant review:<br>   • Overview of grant application structure & content<br>   • How to use the grantmaking rubric and portal<br>   • Process for approving grants<br>   • How to address conflicting recommendations<br>• Supported RAC in reviewing 54 applications from Round 1 applications | n/a | We will continue to support and convene the RAC to review and select at least 65 additional awardees by Fall 2025 |
| Working groups | n/a | n/a | n/a |
| Onboarding | • Onboarded new grants associate | n/a | No new staff to onboard. |
| Other: Engagement with the EPA, Regional Grantmakers, & TCTACs | • Met weekly with our PO to report on progress and ensure we were remaining in compliance related to budgeting, contracting, and program implementation | Termination of TCTAC grants reduced their ability to join meetings and support TCGM applicants, leading to inefficiencies and confusion about delegation of roles and responsibilities | Continue to work closely with the EPA, Regional Grantmakers, and TCTACs |

EPA 000862

| | | | |
|---|---|---|---|
| | • Attended weekly EPA Grantmaker Office Hours with regional Grantmakers to ask questions, share challenges, and share solutions and strategies<br>• Stayed in communication with other regional Grantmakers to share questions, ideas, and lessons learned | | |

| Quarterly Progress Summary for Technology Systems Related Support | | | |
|---|---|---|---|
| 1.   Technology System | 2.    Progress this Quarter | 3.    Barriers Encountered this Quarter | 4.    Planned Focus for Next Quarter |
| Financial Tracking | Implemented the financial tracking system. Created platform for subrecipients to request reimbursement. | n/a | Continuous improvement |
| Funds Disbursement | System developed. Continuous improvements are made as needed. | n/a | Continuous improvement |
| Application Platform | Application platform developed. Applications accepted on a rolling basis. 421 applications for the first review round that ended on 1/31/2025. 152 applications were received for the second review round that ended on 4/30/2025. Continuous improvements to the application platform are made as needed. | n/a | Continuous Improvement |

EPA 000863

| | | | |
|---|---|---|---|
| Grant tracking system | Implemented the grant tracking systems. Continuous improvements are made as needed. | n/a | Continuous Improvement |
| Quality Assurance Processes | Received approval for Quality Management Plan.<br><br>Staff managed and implemented quality assurance and compliance practices, including the following of conflict-of-interest policies, procurement policies, and financial tracking and reporting | n/a | Will implement the Quality Assurance Management Plan. |
| | | | |

| Quarterly Progress Summary for Communications Systems Related Support | | | |
|---|---|---|---|
| 1. Communications System Component | 2. Progress this Quarter | 3. Barriers Encountered this Quarter | 4. Planned Focus for Next Quarter |
| Mass email distributions | Three MailChimp emails were sent during this time that were centered around this grantmaking program. The emails had an average 59% open rate and 12% click through rate. We also sent mass emails through our grantmaking portal to remind people where they were in the grantmaking process and share relevant updates. | n/a | We will continue to send mass emails as needed to provide relevant updates and resources. |
| Website postings | • During this time, the Great Lakes TCGM landing page was updated as needed. | n/a | We will continue to regularly update our landing page with new resources, |

EPA 000864

| | | | |
|---|---|---|---|
| | • Continued to update our video playlist for easy public access to all of our tutorials, webinars, and virtual office hour recordings. | | stories, and office hours/webinar opportunities as they develop. |
| Social Media postings | • Partners provided updates and information via social media | n/a | We plan to share relevant updates and resources through social media as needed. |
| Public Meetings/Workshops | TCGM Partners presented at 16 virtual and 4 in-person meetings.<br>1. January 8: NDN Collective hosted Introductory TCGM online webinar<br>2. January 8: Presented virtually to Sierra Club chapters across 6 states.<br>3. January 9: Hosted How to use EJScreen Office Hours in partnership with Great Lakes TCTAC on zoom<br>4. January 10: Presented virtually to Wisconsin Local Government Climate Coalition<br>5. January 14: Presented virtually to IL TCTAC partners and local governments<br>6. January 15: Hosted Construction Office hours in partnership with Region 5 on zoom<br>7. January 16: Hosted general Office Hours on zoom<br>8. January 19: Presented in person at the BIG TCTAC TCGM Lunch and Learn | | Continue to hold regular office hours and present at virtual and in-person meetings at the regional/national level, as well as in rural, urban, and Indigenous communities. |

EPA 000865

| | |
|---|---|
| | 9.  January 21: Virtual presentation for EPA national call |
| | 10. January 23: Hosted general Office Hours call on zoom |
| | 11. January 28: Presented to Purdue Extension Community Development Organizations |
| | 12. January 30: Hosted general Office Hours call on zoom |
| | 13.  February 13: Hosted general Office Hours call on zoom |
| | 14. February 7: Presented on panel at convening hosted by MEJC & East Side Community Network |
| | 15. February 24: Presented on TCGM at Environmental Grantmakers Association Winter Briefing |
| | 16. February 25: Presented to Miami Valley Environmental Alumni Network |
| | 17. February 27: Hosted general Office Hours call on zoom |
| | 18. March 11: Presentation to Tribal Adaptation Menu Cohort |
| | 19. March 13: Hosted general Office Hours call on zoom |
| | 20. March 27: Hosted general Office Hours call on zoom |

TCGM partners also engaged the following groups:
- February 26: Environmental Capacity Builders Network.

EPA 000866

| | | | |
|---|---|---|---|
| | Engaged 8 environmental organizations<br>• March 2: Met with the Office of Rural Prosperity to explain the TCGM program and ask them to share outreach materials with rural groups<br><br>TCGM partners regularly engaged with private philanthropy to keep them updated on the program and gain assistance in outreach. Funders engaged included:<br>• Great Lakes Community Foundations Action Network, including Chicago Community Trust, Cleveland Foundation, Dayton Community Foundation, etc.<br>• C.S. Mott Foundation<br>• Crown Family Fund<br>• Joyce Foundation<br>• Margaret Cargill Foundation<br>• McKnight Foundation<br><br>TCGM partners engaged in planning for a presentation at the Council for Foundations in June 2025. | | |
| Sub-grantee meetings/trainings | 1. March 19: Introductory Webinar for selected sub-grantees<br>2. March 27: Introductory Webinar for selected awardees | | |

EPA 000867

| Other: Communications Plan | Continued to adjust and implement our communications plan and materials, including:<br>• Website<br>• Grant guidelines, FAQs, and other supporting materials<br>• Crisis communications plan for the TCGM partnership | n/a | Will continue to update and implement communications plans to ensure TCGM outreach to a wide range of rural, urban, and Indigenous communities across the region. |
|---|---|---|---|
| Other: Application Materials | Continued to use the application materials which have been approved by our PO and OMB | n/a | No additional work on application materials needed moving forward |
| Tracking outreach to urban, rural, federally recognized tribes, and indigenous communities | The statistics below demonstrate the effectiveness of outreach to all types of communities across the six Great Lakes states.<br>• A total of 421 applications were received in Round 1, with requests totaling over $109 million.<br><br>Round 1 application breakdown by state:<br>• Minnesota: 118 applications (28%)<br>• Michigan: 85 applications (20%)<br>• Illinois: 76 applications (18%)<br>• Ohio: 45 applications (11%)<br>• Wisconsin: 40 applications (10%)<br>• Indiana: 31 applications (7%)<br>• Multiple states & other: 26 applications (6%)<br><br>Round 1 application breakdown by type of community: | | Will continue to accept applications on a rolling basis and track the effectiveness of outreach to all types of communities across the six Great Lakes states. |

EPA 000868

- Federally recognized tribe: 16 applications (4%)
- Indigenous communities, rural or urban: 24 applications (6%)
- Urban & suburban communities: 274 (65%)
- Rural communities: 85 (20%)
- Multiple types of communities/other: 22 (5%)

Round 1 application breakdown by type of lead applicant:
- 501c3 nonprofits: 324 (77%)
- Local governments: 59 (14%)
- Institutions of higher education: 10 (2%)
- Federally recognized tribal government: 7 (2%)
- State recognized or other type of nonprofit: 13 (3%)
- Other: 7 (2%)

Round 1 application breakdown by primary issue area:
- Healthy food access: 22%
- Environmental health and safety: 19%
- Healthy and efficient homes: 9%
- Environmental job training: 8%
- Emergency preparedness and disaster resilience: 7%
- Energy access/affordability: 5%

EPA 000869

| | | | |
|---|---|---|---|
| | • Soil quality or land clean-ups/restoration: 5% <br> • Stormwater and flooding: 5% <br> • Water pollution: 4% <br> • Air pollution: 3% <br> • Drinking water access/affordability: 2% <br> • Other (e.g., addressing a very specific local issue, addressing a mix of multiple issue areas, etc.): 11% | | |
| Provide technical assistance | Provided technical assistance to applicants, including through group presentations, one-on-one meetings, and emails to answer questions regarding the application process, grant guidelines and timelines, allowable activities, and allowable expenses. | | Continue to provide technical assistance to applicants to answer questions regarding the application process, grant guidelines and timelines, allowable activities, and allowable expenses. |
| Soliciting Feedback | Collected and responded to questions and suggestions received by emails, portal questions, and during office hours. | | |

**Section 4. General Project Challenges and Course-Corrections**
1. Has your program encountered substantial problems or difficulties during this reporting period?
   a. If yes, how have they been addressed or resolved?


Due to the Minneapolis Foundation's inability to access our obligated federal funds, the foundation has been using hundreds of thousands of its own reserve dollars to temporarily support its statutory partners in providing technical assistance to Program applicants and sub-recipients, and to retain key employees and independent contractors working on the Program across the Minneapolis Foundation and its partners. The Minneapolis Foundation has absorbed more than $310,000 in personnel expenses and other costs to continue our administration of the Program using limited reserve funds. It is not financially feasible for us to continue this type of funding support without access to the grant, as we will be forced to issue notices of termination to five full-time staff dedicated to the program without immediate relief.

**EPA 000870**

2.  Do changes need to be made to your workplan in the near future?

    No.

    a.  If so, please describe the changes you would like to make and the reason for each suggested change.

3.  Have there been any major changes in project personnel from what you had described in your work plan? No
    a.  If yes, please describe any changes in project personnel.

**VI. Feedback**
Please provide feedback about how EPA can better help you achieve your goals.

We are awaiting approval of the General ICR so we can begin sharing reporting forms with grant applicants, so they know what information and data to plan for in their workplan and proposal. Without the approval of the General ICR, or continuation of the Emergency ICR, we will also have to stop accepting new applications after the OMB expiration date of 5/31/2025.

Mainly, we are very grateful to continue working with our PO, Cristina Presmanes, who is professional, responsive, and always willing to take the extra step to ensure that we have the information we need to implement a successful program and comply with all requirements and regulations. Her support and guidance is integral to ensuring that our program fulfils its promise to build thriving communities across our region.

**VII. Optional Project Photos (not required)**
_Instructions_: If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.

EPA 000871

**Grant 2: Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>**

*<u>Instructions</u>: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system. **Reports are due 30 calendar days after each quarterly reporting period (see table below)**. Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Minneapolis Foundation
Project Title: The Minneapolis Foundation TCGM Grant 2
UEI Number: FVP7MYH59L76
EPA Grant #: 01E03682
EPA Project Officer: Cristina Presmanes

Project Period Start Date: October 1, 2024
Project Period End Date: September 30, 2027

Current Year of Project: One x   Two ☐   Three ☐
Reporting Period for current year:  One x  Two ☐   Three ☐   Four ☐
Reporting Period (start date, end date): January 1, 2025-March 31, 2025

Date Report Submitted: 4/30/2025
Submitted by: Jumana Vasi

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N] - YES

**Section 2. Financial Information**
Funds drawn down in reporting period: $0.00 [ASAP access has been unavailable since at least March 7, 2025]
Total funds drawn down to date: $0.00
Total EPA Funds remaining: $52,000,000 [This report reflects the small budget adjustments approved on March 21, 2025]

Total funding awarded to Statutory Partners to date: $0.00
Total funding awarded to Participant Support Costs to date: $0.00
Total funding awarded to Contractors to date: $0.00
Total funding awarded to support subawards: $0.00

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
| NDN Collective | $1,300,000.00 | 0.00 | 0.00 | $1,300,000.00 | Providing outreach and technical assistance for applicants and subrecipients that are federally recognized tribes or indigenous-led entities. Also, will assist with program evaluation. |

EPA 000873

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |
| | | There are no Program Participant Support Costs in this grant. |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in budget) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Financial Services & Audits | $ 120,000.00 | $0.00 | $0.00 | $ 120,000.00 |
| Regional Community Liaisons (10) | $ 232,500.00 | $0.00 | $0.00 | $ 232,500.00 |
| Crosscutter & Compliance Contractor | $ 245,295.00 | $0.00 | $0.00 | $ 245,295.00 |
| Rural Technical Assistance Contractor | $ 300,000.00 | $0.00 | $0.00 | $ 300,000.00 |
| RE-AMP Rural Indiana TCGM outreach (2) | $ 159,677.00 | $0.00 | $0.00 | $ 159,677.00 |
| RE-AMP Rural Wisconsin TCGM outreach (2) | $ 159,677.00 | $0.00 | $0.00 | $ 159,677.00 |
| RE-AMP Rural Michigan TCGM outreach (2) | $ 159,676.00 | $0.00 | $0.00 | $ 159,676.00 |
| RE-AMP Rural Ohio TCGM outreach (2) | $ 159,676.00 | $0.00 | $0.00 | $ 159,676.00 |
| RE-AMP Rural Illinois TCGM outreach (2) | $ 159,676.00 | $0.00 | $0.00 | $ 159,676.00 |

EPA 000874

| | | | |
|---|---|---|---|
| RE-AMP Rural Minnesota TCGM outreach (2) | $ 159,676.00 | $0.00 | $0.00 | $ 159,676.00 |
| MWEJN Financial Accounting Contractor | $ 225,100.00 | $0.00 | $0.00 | $ 225,100.00 |
| MWEJN Communications Contractor | $ 215,000.00 | $0.00 | $0.00 | $ 215,000.00 |
| MWEJN Program Evaluation Contractor | $ 125,000.00 | $0.00 | $0.00 | $ 125,000.00 |
| MWEJN Trainer Fees for Program Grantees | $ 40,000.00 | $0.00 | $0.00 | $ 40,000.00 |
| Urban Technical Assistance Contractor | $ 300,000.00 | $0.00 | $0.00 | $ 300,000.00 |

Additional questions:
1.  Are you requesting a budget change that is greater than 10% of the overall budget? No
2.  Do you have questions about allowable use of funds? No
3.  Do you have any improper payments to report? No
4.  Do you have a change in indirect cost rate? No
    a.  Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

| Proposed Workplan Activity & Description | Progress this Quarter | Barriers Encountered this Quarter | Planned Focus for Next Quarter |
|---|---|---|---|
| | | | |

EPA 000875

| | | | |
|---|---|---|---|
| **Convene Regional Advisory Committee (RAC)** to review and select grants and provide guidance on program direction | • Convened the Regional Advisory Committee (RAC) 4 times (January 13, February 10, March 3, & March 17, 2025) to support their grant reviews and decision-making processes.<br>• The Collaborative provided program updates and sought input and feedback from the RAC. | n/a | Continue to convene the RAC to review and select grants and provide guidance on program direction |
| **Review and finalize TCGM grantmaking goals and process,** including:<br>• Target grant allocation to Native, rural/remote, & urban EJ communities<br>• Eligibility criteria<br>• Reporting requirements | • Completed<br>• Implemented approved TCGM grantmaking goals and processes | | Continue to implement approved TCGM grantmaking goals and processes |
| **Review and finalize application process and materials:**<br>• Application questions, format, and distribution methods<br>• Application review rubric | • Completed application materials by September 2024, which is prior to the start of this report period and is funded under TCGM Grant 1<br>• Submitted application and reporting materials for General ICR review. Approval pending.<br>• Completed application review rubric | | Awaiting OMB approval for submitted application and reporting materials. |
| **Train RAC members on grant review (Grant 1 funded):**<br>• How to review grant recommendations<br>• How to use rubric | • Completed:<br>   ◦ Provided overview of grant application structure & content<br>   ◦ Trained RAC on how to use the grantmaking rubric and portal | n/a | Continue to provide resources, and support to the RAC |

EPA 000876

| | | | |
|---|---|---|---|
| • Process for approving grants<br>• How to address conflict | • Trained on process for approving grants<br>• Provided support on how to address conflicting recommendations | | |
| **Public Launch of Great Lakes Partnership Program & Open Tier 2 and Tier 3 Applications**<br>• Full-scale media and communications launch of the Program, including website, newsletter, press releases, and media outreach to announce the opening of the program | • Completed. Launched all three grant tiers: 1, 2, and 3 on December 5, 2024. | n/a | Completed. Continue to update the website and disseminate public communications to spread the news of the TCGM grant program across all six Great Lakes states, and to all types of communities: federally recognized tribes, indigenous communities, rural communities, and urban communitie |
| **Tiers 1, 2 and 3 Applications Accepted**<br>-Accepting applications on a rolling basis | • Ongoing<br>• Received 421 applications by our Round 1 review deadline (1/31/2025)<br>• Received 150 applications by our Round 2 review deadline (3/30/2025) | n/a | Continue to accept applications on a rolling basis |

EPA 000877

| | | | |
|---|---|---|---|
| **Review intake forms on a rolling basis**<br>- Information from the Intake Forms will allow the Partnership to understand the eligibility, capacity, interests, and needs of potential applicants so we can identify and address both specific and collective challenges and assistance needs.<br>-Information gleaned from the Intake Forms will be aggregated to identify trends and analyzed to inform our communications, outreach, and technical assistance strategies. | • Ongoing<br>• Intake form reports submitted to partners on a regular basis, so they can analyze distribution of interest and stated needs | The large influx of applications – 421 – with the majority arriving 10 days before the 1/31/2025 review deadline, stretched our capacity for reviews. | Continue to review intake forms on a rolling basis to guide outreach, technical assistance services, and communications |
| **Outreach to Native (urban & rural), rural, remote, & urban disadvantaged communities** | As a result of our outreach, we received the following breakdown in applications from each constituency: (577 applications received from Dec 5, 2024-April 13, 2025):<br>ο  Urban: 346 (60%)<br>ο  Rural: 117 (20%)<br>ο  Suburban: 34 (6%)<br>ο  Federally Recognized Tribe 25 (4%)<br>ο  Indigenous Community (Urban): 18 (3%)<br>ο  Indigenous Community (Rural): 12 (2%)<br>ο  Multiple types of communities: 20 (3%)<br>ο  Other (specific community or constituency named): 5 (1%) | Changes in the federal landscape have made outreach more challenging, as we often receive questions that we are unable to answer. We also lack the support of our regional TCTAC partners who were instrumental in supporting outreach and | Continue to conduct outreach to Native (urban & rural), rural, remote, and urban communities across the six Great Lakes states. |

EPA 000878

| | | providing technical assistance to applicants. | |
|---|---|---|---|
| **Technical Assistance with Application Portal and Submitting Materials** | • Over 800 questions received by email or through the portal since December 5, 2024. Responses were provided through individualized messages and by updates to the website and frequently asked questions.<br>• The Great Lakes TCGM landing page was continuously updated<br>• Continued to update the video playlist with virtual office hour recordings. | Termination of Region 5 TCTACS creates added burden for our work and is confusing for grantseekers | Continue to provide technical assistance with application portal and for submitting materials |
| **Rolling Application Review:** Review all applications and assess needs along with available sub-grant funds. -TMF Grants Admin, with possible consulting support, review and code proposals using scoring rubric to assess need and capacity | Ongoing | The large influx of applications – 421 – with the majority arriving 10 days before the 1/31/2025 review deadline, stretched our capacity for reviews. | Continue to review applications on a rolling basis. |

EPA 000879

| | | | |
|---|---|---|---|
| **Grant Decision-Making:** RAC will make decisions at regular intervals so there is no more than a 5-month turnaround time from application receipt to award date. | The Regional Advisory Committee began reviewing its first batch of 54 grants. 19 grants recommended by the RAC, and 2 noncompetitive awards approved by the Foundation. Below is the review breakdown by state:<br>  o   Minnesota: 37%<br>  o   Illinois: 14%<br>  o   Michigan:16%<br>  o   Ohio: 16%<br>  o   Indiana: 9%<br>  o   Multiple: 5%<br>  o   Wisconsin: 2%<br><br>Below is the review breakdown by type of lead applicant:<br>  o   501(c)(3) nonprofit: 74%<br>  o   Federally recognized tribe: 12%<br>  o   Local government: 14%<br><br>Below is the review breakdown by community:<br>  o   Urban: 60%<br>  o   Rural: 14%<br>  o   Tribe or Indigenous community: 19%<br>  o   Multiple communities: 7%<br><br>Below is the review breakdown by primary issue area:<br>  o   Healthy food access: 33%<br>  o   Emergency preparedness and disaster resilience: 16% | The RAC's capacity to review grants stretched by the number of grants received. The collaborative is learning how best to support their careful and thoughtful reviews and move through as many as possible. | RAC will continue to make decisions at regular intervals |

EPA 000880

| | | | |
|---|---|---|---|
| | o Environmental health and safety: 14%<br>o Healthy and efficient homes: 14%<br>o Air pollution: 9%<br>o Other: 5%<br>o Stormwater and flooding: 5%<br>o Environmental job training: 2%<br>o Soil quality or land clean-ups/restoration: 2%<br><br>An additional 30 grants are under final review by the RAC and 5 are declined. | | |
| **Grant Monitoring:**<br>● Sub-Grants will originate from TMF and be monitored regularly (monthly or quarterly, as-needed) by foundation Program Officers via check in calls and formal reports requested from sub-grantees.<br>● Grants monitoring will include financial reviews, ensuring subrecipients abide by EPA subaward policies, as well as progress on proposed work. TMF Program officers will coordinate with relevant experts and engage resources from our contractors as well as from EPA, National TCGM, EnDyna, and TCTACs to provide support and ensure compliance with policies related | ● Will begin monitoring grant progress after the first round of sub-grants is funded. The timeline will be determined by our access to grant dollars.<br>● Systems have been put in place to ensure that sub-grantees follow all requirements, including related to procurement, finance, quality assurance, human subjects research, and cross-cutting construction regulations.<br>● A risk assessment template was developed to help in providing appropriate assistance and oversight to sub-grantees | Our inability to access our obligated federal funds is delaying the timeline for funding subawards, creating internal back-ups (as more selected awards are added to the list) and create burdens for applicants who must rework workplans and budgets to adapt to delays. These delays also mean that communities | Grant monitoring will begin after the first round of sub-grants are funded. |

EPA 000881

| | | | |
|---|---|---|---|
| to conflicts of interest, allowable draw-downs, procurement and contracting, Quality Assurance Plans, and Human Subject Research Requirements.<br>• Monitoring and progress will be assessed using a standardized checklist (to be developed) and the Workplan created by grantees | | must wait to receive the full benefits of these grants.<br>Also, loss of EnDyna and TCTACs increase burden in providing technical assistance to applicants and subgrantees | |
| **Performance Management and Reporting:**<br>• TMF will compile and report out on information collected from its Program Officers and from Collaborative partners:<br> o TMF Program Officers will monitor sub-grant projects and collect data on progress, challenges, and successes.<br> o TMF Program Officers will conduct periodic virtual/phone check-ins with subrecipients<br> o TMF will submit quarterly progress reports to the EPA<br> o TMF will submit Final Report to the EPA when project is completed | • Will begin performance management and reporting on subawards after first round of sub-grants are funded. The timeline will be determined by our access to grant dollars. | n/a | Will begin performance management and reporting on subawards after first round of sub-grants are funded. The timeline will be determined by our access to grant dollars. |

EPA 000882

| | | | |
|---|---|---|---|
| **Region 5 virtual town hall meeting**<br>To solicit feedback after the first 12-18 months of the start of grantmaking. | • Will be conducted in Fall 2025 or Spring 2026 | n/a | n/a |
| **Continuous Learning Activities:**<br>Building in time for reflection and review during regular meetings (of the Collaborative, RAC, and with the EPA & National TCGM) will provide the opportunity for all to learn and make adjustments to grant processes, performance, successes, and refinement of RFA and outreach | • Held separate weekly calls with our project partners, EPA PO, Great Lakes TCTAC, other regional grantmakers, and internal teams to reflect on progress and make course-corrections. | n/a | Will continue to hold weekly calls with our project partners, EPA PO, other regional grantmakers, and internal teams to reflect on progress and make course-corrections. |
| Initial award ($40 million for sub-grants) + amended award ($8 million for sub-grants): Estimated **First-Year Sub-Grant Decisions** ($21,500,000), 101 Grants projected:<br>• Tier 1, noncompetitive = 22 grants of up to $75k (total $1.65 million)<br>• Tier 1, competitive = 24 grants of $150,000, (total $3.6 million)<br>• Tier 2 = 30 grants of up to $250,000 (total $7.5 million)<br>• Tier 3 = 25 grants of up to $350,000 (total $8.75 million) | • Planning for upcoming decision dates:<br>  o May/June 2025<br>  o July/August 2025 | n/a | We will select awardees on schedule. |

EPA 000883

| | | | |
|---|---|---|---|
| Initial award ($40 million for sub-grants) + amended award ($8 million for sub-grants): Estimated **Second Year Sub-Grant Decisions** ($22,150,000), 101 Grants projected:<br><br>• Tier 1, noncompetitive = 20 grants of up to $75k (total $1.5 million)<br>• Tier 1, competitive = 22 grants of $150,000, (total $3.3 million)<br>• Tier 2 = 33 grants of up to $250,000 (total $8.25 million)<br>• Tier 3 = 26 grants of up to $350,000 (total $9.1 million) | Projected Schedule of decisions:<br><br>• October/November 2025<br>• March/April 2026<br>• July/August 2026 | n/a | n/a |
| Initial award ($40 million for sub-grants) + amended award ($8 million for sub-grants): Estimated **Third Year Sub-Grant Decisions** ($4,350,000), 38 Grants projected:<br><br>• Tier 1, noncompetitive = 17 grants of up to $75k (total $1.225 million)<br>• Tier 1, competitive = 21 grants of $150,000, (total $3.125 million) | Projected Schedule of decisions:<br><br>• October 2026 | n/a | n/a |

**Section 4. General Project Challenges and Course-Corrections**

**EPA 000884**

1. Has your program encountered substantial problems or difficulties during this reporting period?
   a. If yes, how have they been addressed or resolved?

Due to the Minneapolis Foundation's inability to access our obligated federal funds, the foundation has been using hundreds of thousands of its own reserve dollars to temporarily support its statutory partners in providing technical assistance to Program applicants and sub-recipients, and to retain key employees and independent contractors working on the Program across the Minneapolis Foundation and its partners. The Minneapolis Foundation has absorbed more than $310,000 in personnel expenses and other costs to continue our administration of the Program using limited reserve funds. It is not financially feasible for us to continue this type of funding support without access to the grant, as we will be forced to issue notices of termination to five full-time staff dedicated to the program without immediate relief.

We are also not able to fund selected sub-grantees, creating difficulties for their entities (local governments, federally recognized tribal governments, and community-based nonprofit organizations) as they must rework organizational workplans and budgets and adapt to ongoing funding uncertainties. This also delays important health, environment, and disaster prevention benefits to rural, urban, and federally recognized communities across the six Great Lakes states.

2. Do changes need to be made to your workplan in the near future?
   No.

   a. If so, please describe the changes you would like to make and the reason for each suggested change.

3. Have there been any major changes in project personnel from what you had described in your work plan? No
   a. If yes, please describe any changes in project personnel.

## VI. Feedback
Please provide feedback about how EPA can better help you achieve your goals.
We are awaiting approval of the General ICR so we can begin sharing reporting forms with grant applicants, so they know what information and data to plan for in their workplan and proposal. Without the approval of the General ICR, or continuation of the Emergency ICR, we will also have to stop accepting new applications after the OMB expiration date of 5/31/2025.

EPA 000885

Mainly, we are very grateful to continue working with our PO, Cristina Presmanes, who is professional, responsive, and always willing to take the extra step to ensure that we have the information we need to implement a successful program and comply with all requirements and regulations. Her support and guidance is integral to ensuring that our program fulfils its promise to build thriving communities across our region.

**VII. Optional Project Photos (not required)**

*Instructions*: *If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 000886

| | |
|---|---|
| **From:** | Fields, Robert |
| **To:** | Jo-Anne Stately; Greg Wenz; tkassa@mplsfoundation.org |
| **Cc:** | Presmanes, Cristina; Lobato, Mauricio |
| **Subject:** | Termination of EPA Assistance Award: 5N_00E03682-1 MINNEAPOLIS FOUNDATION |
| **Date:** | Friday, February 21, 2025 3:51:19 PM |
| **Attachments:** | EPA_5N_00E03682-1.pdf |
| | Termination_Memo_Template_Feb21.docx_v.1.docx_5N00E03682-1.docx |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Amy Sanders, Region 5 Senior Resource Official, sanders.amy@epa.gov.


Sincerely,

Robert Fields
Section Supervisor Assistance Section 1/GMO/
Region 5 Competition Advocate
US EPA
Mission Support Division
Region 5
Acquisition and Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, IL 60604
fields.robert@epa.gov
312-886-9017

Attachments:
Official EPA Award Document

Termination Memo

EPA 000888

5N - 00E03682 - 1    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 00E03682<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 5N | | DATE OF AWARD<br>02/21/2025 |
|---|---|---|---|---|
| | | TYPE OF ACTION<br>No Cost Amendment | | MAILING DATE<br>02/21/2025 |
| | | PAYMENT METHOD:<br>ASAP | | ACH#<br>PEND |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| MINNEAPOLIS FOUNDATION<br>80 S 8TH ST 800 IDS CENTER<br>MINNEAPOLIS, MN 55402<br>EIN: 41-6029402 | MINNEAPOLIS FOUNDATION<br>80 S 8TH STREET 800 IDS Center<br>Minneapolis, MN 55402 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Jo-Anne Stately<br>80 S EIGHTH ST 800 IDS CENTER<br>MINNEAPOLIS, MN 55402<br>**Email:** jstately@mplsfoundation.org<br>**Phone:** 612-672-3878 | Cristina Presmanes<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-3507<br>**Email:** Presmanes.Cristina@epa.gov<br>**Phone:** 312-353-8205 | Mauricio Lobato<br>Assistance Section 1, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604<br>**Email:** lobato.mauricio@epa.gov<br>**Phone:** 312-353-2515 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

The Minneapolis Foundation TCGM Grant 1

See Attachment 1 for project description.

| BUDGET PERIOD<br>04/01/2024 - 02/21/2025 | PROJECT PERIOD<br>04/01/2024 - 02/21/2025 | TOTAL BUDGET PERIOD COST<br>$ 8,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 8,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 02/21/2025 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division<br>OEJECR - Office of Environmental Justice and External Civil Rights<br>77 West Jackson Blvd., R-19J<br>Chicago, IL 60604-3507 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition and Assistance Branch<br>by Robert Fields - Award Official Delegate | DATE<br>02/21/2025 |
|---|---|

5N - 00E03682 - 1     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 00E03682 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,959,368 |
| 2. Fringe Benefits | $ 887,810 |
| 3. Travel | $ 172,701 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 40,360 |
| 6. Contractual | $ 1,578,842 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,800,000 |
| 9. Total Direct Charges | $ 7,439,081 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 560,919 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

EPA 000891

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 4/1/2024 - 3/31/2027 - 10% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip    % Fed    %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation. This is a Regional Grantmaker. The Minneapolis Foundation, partnered along with the NDN Collective, will institute a grantmaking program within the Region 5 states. This award will be used to develop the administrative and programmatic strength needed to award over 200 grants within Region 5, targeting areas such as rural communities, urban centers and tribal communities. The Minneapolis Foundation will develop a Quality Management Plan, create an application to support the grantmaking program, train their statutory partner on EPA requirements, identify and recruit 10 Regional Community Advisory Committee (RAC) members, and perform outreach in their targeted communities using these funds. The Minneapolis Foundation will use the money associated with this award to build up their grant making capacity and to cover administrative costs associated with grantmaking for the next three years.

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

# Administrative Conditions

FOLLOWING TERMS AND CONDITION HAVE BEEN ADDED AS FOLLOWS:

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

N/A



# OFFICE OF MISSION SUPPORT
## WASHINGTON, D.C. 20460

May 8, 2025

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement 5N00E03682-1 under 2 CFR 200.340

**FROM:**   EPA Award Official

**TO:**   Greg Wenz, Chief Financial Officer
The Minneapolis Foundation

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N00E03682-1 awarded to The Minneapolis Foundation. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 5N00E03682-1 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

**EPA 000897**

As part of this termination, EPA is waiving the following closeout reports:

- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), coyle.ann@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, dolan.sheila@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  Mauricio Lobato, EPA Grant Specialist
Cristina Presmanes, EPA Project Officer
Office of Environmental Justice, Community Health, and Environmental Review Division

EPA 000898

| | |
|---|---|
| **From:** | Fields, Robert |
| **To:** | psadmin@mplsfoundation.org; tkassa@mplsfoundation.org; Jo-Anne Stately; Greg Wenz |
| **Cc:** | Lobato, Mauricio; Presmanes, Cristina; Clarke, Rosita; Triantafillou, Kathy |
| **Subject:** | Termination of EPA Assistance Award: 5N01E03682-2 and Minneapolis Foundation |
| **Date:** | Thursday, May 1, 2025 7:23:45 PM |
| **Attachments:** | 5N01E03682_2_Termination_Memo_Template_Memo.docx |
| | EPA_5N_01E03682-2.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 5N01E03682-2 is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement. For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Robert Fields, Region 5, Assistance Section 1, Grants Management Officer at fields.robert@epa.gov.

Sincerely,



Robert Fields

Section Supervisor Assistance Section 1/GMO/

Region 5 Competition Advocate

US EPA

Mission Support Division

Acquisition and Assistance Branch

77 West Jackson Blvd., MA-10J

Chicago, IL 60604

fields.robert@epa.gov

312-886-9017



Attachments:
Official EPA Award Document
Termination Memo

EPA 000899



**REGION 5**

CHICAGO, IL 60604

May 8, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 5N01E03682-2 under 2 CFR 200.340

**FROM:**    EPA Award Official

**TO:**    Greg Wenz, Chief Financial Officer
        The Minneapolis Foundation

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N01E03682-2 awarded to The Minneapolis Foundation. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved

workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Anne Vogel at R5GrantTerminationDisputes@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, fields.robert@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15.

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Mauricio Lobato, EPA Grant Specialist
     Cristina Presmanes, EPA Project Officer

EPA 000901

5N - 01E03682 - 2    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 01E03682<br>MODIFICATION NUMBER: 2<br>PROGRAM CODE: 5N | DATE OF AWARD<br>05/01/2025 |
|---|---|---|
| | TYPE OF ACTION<br>No Cost Amendment | MAILING DATE<br>05/01/2025 |
| | PAYMENT METHOD:<br>ASAP | ACH#<br>51232 |

| RECIPIENT TYPE:<br>Not for Profit | Send Payment Request to:<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| RECIPIENT:<br>MINNEAPOLIS FOUNDATION<br>800 IDS CENTER 80 S 8TH ST<br>800 IDS Tower<br>MINNEAPOLIS, MN 55402<br>EIN:  41-6029402 | PAYEE:<br>MINNEAPOLIS FOUNDATION<br>80 S 8TH STREET 800 IDS Center<br>Minneapolis, MN 55402 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Jo-Anne Stately<br>80 S. 8th Street<br>800 IDS Center<br>Minneapolis, MN 55402-2100<br>**Email:** jstately@mplsfoundation.org<br>**Phone:** 612-672-3878 | Cristina Presmanes<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-3507<br>**Email:** Presmanes.Cristina@epa.gov<br>**Phone:** 312-353-8205 | Mauricio Lobato<br>Assistance Section, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604-3507<br>**Email:** lobato.mauricio@epa.gov<br>**Phone:** 312-353-2515 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Grantmaker Program (EJ TCGM)

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD<br>10/01/2024 - 05/01/2025 | PROJECT PERIOD<br>10/01/2024 - 05/01/2025 | TOTAL BUDGET PERIOD COST<br>$ 52,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 52,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 05/01/2025 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 52,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division<br>OEJECR - Office of Environmental Justice and External Civil Rights<br>77 West Jackson Blvd., R-19J<br>Chicago, IL 60604-3507 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official for Robert Fields - Section Supervisor, Grants Management Officer<br>by Robert Fields - Award Official Delegate | DATE<br>05/01/2025 |

5N - 01E03682 - 2     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 52,000,000 | $ 0 | $ 52,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 52,000,000 | $ 0 | $ 52,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 01E03682 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 686,424 |
| 2. Fringe Benefits | $ 203,465 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 1,907,106 |
| 7. Construction | $ 0 |
| 8. Other | $ 48,300,000 |
| 9. Total Direct Charges | $ 51,096,995 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 903,005 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 52,000,000 |
| 12. Total Approved Assistance Amount | $ 52,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 52,000,000 |

EPA 000904

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 10/1/2024 - 9/30/2027 - 15% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip    % Fed    %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

EPA 000905

# Administrative Conditions

**The Following Administrative Terms and Conditions Have Been Added:**

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

   b. Explanations on why established outputs/outcomes were not met; and

   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

**All Other Administrative Terms and Conditions Remain the Same**

## Programmatic Conditions

All Programmatic Terms and Conditions Remain the Same

5N - 02J63801 - 0    Page 1

| | | GRANT NUMBER (FAIN): 02J63801 | |
|---|---|---|---|
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** Cooperative Agreement | MODIFICATION NUMBER: 0 PROGRAM CODE: 5N | **DATE OF AWARD** 06/14/2024 |
| | | **TYPE OF ACTION** New | **MAILING DATE** 06/20/2024 |
| | | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| PHILANTHROPY NORTHWEST 600 UNIVERSITY ST STE 1725 SEATTLE, WA 98101-4120 EIN: 91-1110995 | PHILANTHROPY NORTHWEST 600 UNIVERSITY ST STE 1725 SEATTLE, WA 98101-4120 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Meredith Higashi 600 University St, Suite 1725 Seattle, WA 98101-4120 **Email:** dcrystal@philanthropnw.org **Phone:** 206-443-8436 | Martha Tomlinson 1200 Sixth Ave, Suite 155 Seattle, WA 98101-3144 **Email:** Tomlinson.MarthaScott@epa.gov **Phone:** 206-553-8696 | Lacey Davidson 1200 6th Ave., Suite 155 Seattle, WA 98101-3144 **Email:** davidson.lacey@epa.gov **Phone:** 206-553-0758 |

**PROJECT TITLE AND DESCRIPTION**

Northwest Network for Environmental Justice-Initial Award

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 03/01/2024 - 02/28/2027 | 03/01/2024 - 02/28/2027 | $ 8,000,000.00 | $ 8,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 06/28/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 8,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 10, EPA Region 10 Mail Code: 17-C04, 1200 Sixth Avenue, Suite 155 Seattle, WA 98101 | U.S. EPA, Region 10, Mission Support Division R10 - Region 10 1200 Sixth Ave, Suite 155 Seattle, WA 98101-3144 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Andrea Manion - Grants Management Officer | **DATE** 06/14/2024 |

5N - 02J63801 - 0    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 0 | $ 8,000,000 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 0 | $ 8,000,000 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 24124WB183 | 2226 | BSF5 | WF | 000W57XK1 | 4183 | - | - | $ 8,000,000 |
| | | | | | | | | | $ 8,000,000 |

**EPA 000910**

5N - 02J63801 - 0    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,228,715 |
| 2. Fringe Benefits | $ 742,595 |
| 3. Travel | $ 639,075 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 28,700 |
| 6. Contractual | $ 897,698 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,855,321 |
| 9. Total Direct Charges | $ 7,392,104 |
| 10. Indirect Costs: 0.00 % Base | $ 607,896 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 8,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

EPA 000911

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to Philanthropy Northwest (PNW) as a Regional Grantmaker. The recipient, along with partners, will use the initial award to establish and support the accessibility and equitable distribution of Environmental Justice Thriving Communities resources to historically underserved communities to improve environmental and community health and wellbeing through a pass-through subgrant program. Woven throughout the structure is a deliberate and intentional process to center community members in decision-making. During the project period, PNW's participatory governance approach will convene three groups: the Advisory Group, the Task Force and Peer Review Group, comprised of partners and community members. These groups will guide overall program development and implementation, help design applications and scoring rubrics, establish metrics for project outcomes, and evaluate applications. PNW will undertake strategic, targeted, and intentional outreach to ensure potential applicants throughout Region 10 are aware of the funding opportunity and encouraged to apply. The outreach strategy will include in-person events, webinars, a partner outreach toolkit, paid digital advertising, and regional-specific messaging. Additionally, four main systems will be used to support the efficient and effective grant award, disbursement, tracking, adjustment, and full expenditure: an easy-to-use grant application platform, a customized project and grants management system, and accounting software for financial management. PNW's plan for EPA's Environmental Justice Thriving Communities Grantmaking Program is anchored in PNW's core goal to disburse program funds expeditiously and equitably through the design and implementation of a simplified grantmaking process that: centers community voice and participatory grantmaking; leverages the knowledge and relationships of our partners; and addresses environmental justice issues for communities most in need.The activities in the Initial Award Phase include the following: recruit members and convene meetings of the Advisory Board, Task Force, and Peer Review group; co-design the grantmaking program including the application, evaluation criteria, and metrics; develop outreach strategy; launch project website; implement outreach activities such as in-person events, webinars, messaging toolkit, and media placements; establish project management tools including application portal, grants management system, and financial management system; establish a process for quality assurance project management with EPA regional office; develop and offer trainings for reviewers and subgrantees; provide technical assistance to applicants and subgrantees. The anticipated deliverables include established Advisory Board, Task Force, and Peer Review group comprised of partners and community members; project website; an outreach toolkit; simplified grant application; customized grants management system; established financial management system; developed financial management and data reporting training for subgrantees.

The expected outcomes include a grantmaking process established with participatory governance and an accessible grantmaking process.

The intended beneficiaries include historically underserved communities in Region 10 which includes Alaska, Idaho, Oregon, Washington, and 271 Tribal Nations.

This award will include subawards to three different entities. The subawards will support the design of the grantmaking program, expertise on data sovereignty for Tribal communities, outreach and communications to Tribal communities and other partners about the program, application review, access to a application platform, application reviewer scoring tool, technical assistance with the application, grants management including the review process, reporting requirements, and communications with grantees.

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2023-or-later.

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov

- MBE/WBE reports (EPA Form 5700-52A):  R10grants@epa.gov

- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: R10 grants@epa.gov

- Requests for Extensions of the Budget and Project Period, Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables, Amendment Requests, Requests for other Prior Approvals: Tomlinson.MarthaScott@epa.gov

- Administrative questions and issues: davidson.lacey@epa.gov

## B.  Pre-Award Costs

In accordance with 2 CFR 1500.9, the recipient may charge otherwise allowable pre-award costs (both Federal and non-Federal matching shares) incurred from **03/01/2024** to the actual award date provided that such costs were contained in the approved application and all costs are incurred within the approved budget period.

## C. New Recipient Training Requirement (ADDED 3/5/2024)

The recipient agrees to complete the EPA Grants Management Training for Applicants and Recipients and the How to Develop a Budget training within 90 calendar days of the date of award of this agreement.

The recipient must notify the Grant Specialist via email when the required training is complete.

For additional information on this training requirement, the recipient should refer to RAIN-2024-G01.

# Programmatic Conditions

Environmental Justice Thriving Communities Grantmaking (TCGM) Program Cooperative Agreement Terms and Conditions

A. PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

Performance Reports – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas:  1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of expenditures along with a comparison of the percentage of the project completed to the project schedule and an explanation of significant discrepancies shall be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA as soon as possible about problems, delays, or adverse conditions that which will materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

Performance Reports - Frequency

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer within 30 days after the reporting period (every three months). The reporting periods are March 1st to May 31st, June 1st to August 31st, September 1st to November 30th, and December 1st to February 28th each project year. Quarterly reports will be due on January 1st, April 1st, July 1st, and October 1st of each project year. The first report is due October 1, 2024 and will include any completed pre-award activities.

The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance. The final report shall document project activities over the entire project period.

Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(d). Examples of items that must be reported if the pass-through entity has the information available are:

1. Summaries financial and programmatic reports.

2. Summaries of findings from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Environmental results the subrecipient achieved, including a narrative discussion of impacts of program on improvement of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332(e), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including outreach, engagement, and implementation of feedback.

8. Summaries of capacity building activities for severely capacity constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

## B. EJ Grant Recipient Workshops (Virtual and/or In-Person)

All EJTCGM recipients will be required to attend at least one EJ Grantee training workshop hosted by your EPA Region. These trainings will assist all current EPA EJ grant recipients with strategic planning and project management of their cooperative agreements, as well as afford recipients opportunities to learn from their peers and other experts. Recipients will need to identify at least one authorized official to participate. Virtual workshops will utilize webinar technology that can be accessed via personal computer. A conference call line will be available for any recipient who does not have the technical capability (i.e. slow internet connection) to access the webinar. Your EPA Project Officer will keep you informed of the dates of the workshops. Each EPA Regional Office will tailor their workshop agenda to the environmental needs and priorities of workshop participants and local communities in the region. Workshops may include a mix of current and former EJ grant recipients, local community stakeholders, other EPA and federal program personnel, and other attendees. Workshop attendees will come together to provide perspective, insight, and lessons learned regarding environmental justice issues plaguing their communities and ways to address them. Recipients will need to identify at least one authorized representative to participate. Recipients are permitted to use awarded funds to pay for travel to the workshops.

## C. Review and Oversight

1. Products - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. It is at the EPA Project Officer's discretion to determine any change to the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## D. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJTCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work.* The periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates.

EPA 000915

E.   Cybersecurity Condition

Cybersecurity Grant Condition for Other Recipients, Including Intertribal Consortia

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(d), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

F.   Competency Policy

Competency of Organizations Generating Environmental Measurement Data

In accordance with Agency Policy Directive Number FEM-2012-02, Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,

Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

G. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance.  Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients must ensure that subrecipients acquire insurance to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

H.  Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

## I.  Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement a Quality Assurance (QA) planning document in accordance with this term and condition; and/or ensure sub-award recipients implement all applicable approved QA planning documents. **In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:**

**NOTE: The following selections are example plans to be determined before the Subsequent Award is made.**

## 1. Quality Management Plan (QMP)

a. Prior to beginning environmental information operations, the recipient must:

Option 1

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review,

Iii. Complete required training for approving QAPPs in collaboration with the region or in place of the region, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

**OR**

Option 2:

i. Submit a previously EPA-approved and current QMP,

ii. The EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the recipient and EPA Project Officer (PO) in writing if the QMP is acceptable for this agreement.

b. The recipient must submit the QMP within [30] days after grant award, and/or no more than [90] days after grant award.

[QAM may specify both timeframes or specify only one timeframe and remove the other from statement above.]

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

d. The recipient must submit a QMP crosswalk with the QMP.

## 2. Quality Assurance Project Plan (QAPP)

a. Prior to beginning environmental information operations, the recipient must:

Option 1

i. Develop a QAPP template for subgrantee use,

ii. Prepare QAPP in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

OR

Option 2

i. Submit a previously EPA-approved QAPP proposed to ensure the collected, produced, evaluated, or used environmental information is of known and documented quality for the intended use(s).

ii. The EPA Quality Assurance Manager or designee (hereafter referred to as QAM) will notify the recipient and EPA Project Officer (PO) in writing if the previously EPA-approved QAPP is acceptable for this agreement.

Option 3

i. Provide EPA a copy of the recipient-approved QAPP if the recipient has an EPA-approved Quality Management Plan and a current EPA delegation to review and approve QAPPs.

b. The recipient must submit the QAPP [Insert, e.g., 30] days after grant award, and/or no more than [Insert, e.g., 90/120/180] days after grant award.
(QAM may specify both timeframes or specify only one timeframe and remove the other for statement above.)

c. The recipient shall notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

d. The recipient must review their approved QAPP at least annually. The results of the QAPP review and any revisions must be submitted to the PO and the QAM at least annually and may also be submitted when changes occur

e. The recipient must submit a QAPP checklist with the QAPP.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

**J.  Use of Logos**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that Philanthropy Northwest received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

## K.  Paperwork Reduction Act

The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## L.  Substantial Involvement

EPA will be substantially involved in this agreement. Substantial involvement by the EPA Project Officer may include:

1.) Monthly telephone calls and other monitoring,

2.) Reviewing project phases and providing approval to continue to the next phase,

3.) Reviewing and commenting on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4.) Approving substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5.) Reviewing and commenting on the programmatic progress reports.

6.) Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend or direct the recipient to select any individual).

7.) Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8.) Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9.) EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10.) In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory

EPA 000919

bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

12.) Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

13.) EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

14.) Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

**M.  National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance**

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Nonprocurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Nonprocurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**N.  Initial Award Statutory Partnership Agreements -**

**Note: Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.**

Statutory Partnerships (SP): EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to Subsequent Award.

Partnering community-based organizations who submitted a signed Letter of Commitment during the application phase, as a policy matter, must also at a minimum specify their roles and responsibilities as a statutory partner (direct recipient and subrecipient) in the overall project, and finalize role and financial commitment from the direct recipient before receiving EPA funds. The statutory partnership agreement must be signed by both parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer, the EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Initial Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

5N - 02J63801 - 0     Page 13

**END OF DOCUMENT**



## WORKPLAN FOR INITIAL AWARD

**Project Title:** Northwest Network for Environmental Justice

**Project Geographic Area:** Region 10: Alaska, Idaho, Oregon, Washington & 271 Native tribes

**Grantmaker Information:** Philanthropy Northwest

Jill Nishi, Chief Executive Officer: (p) 206-498-1551 (e) jnishi@philanthropynw.org

600 University Street, Suite 1725
Seattle, WA 98101

### Brief Description of Grantmaker

Philanthropy Northwest (PNW) is a regional philanthropic network comprised of 150 funders across Alaska, Idaho, Montana, Oregon, Washington, and Wyoming. We represent and hold long-standing relationships with private, public, and community foundations, corporate philanthropy, and nonprofit and public sector funders across urban, rural, and Indigenous communities. Founded in 1976, Philanthropy Northwest seeks to facilitate philanthropic and cross-sector collaboration to build resilient, equitable, and inclusive communities. We are committed to moving more resources to communities historically furthest from opportunity, and who have experienced systematic underinvestment. Our programming helps funders re-design and shift the power dynamics inherent in historic grantmaking practices. Our national consultancy, The Giving Practice, supports philanthropic organizations to center diversity, equity, and inclusion in their practices.

### List of Community-based Nonprofit Partners

**Alaska**
- Alaska Conservation Foundation
- Denali Commission
- Rasmuson Foundation

**Idaho**
- Blue Cross of Idaho Foundation for Health

**Oregon**
- Nonprofit Association of Oregon
- Northwest Health Foundation

**Washington**
- Inatai Foundation
- Russell Family Foundation

**Tribes**
- Affiliated Tribes of Northwest Indians
- Native Americans in Philanthropy

**Region-wide**
- JustFund

### Project Abstract and Objectives

Together with partners that hold deep community relationships across Alaska, Idaho, Oregon, Washington, and 271 Native tribes, **Philanthropy Northwest's goal is to ensure the accessibility and equitable distribution of EPA's** *Environmental Justice Thriving Communities* **resources to historically underserved communities to improve environmental and community health and wellbeing.** The key to our approach is our ability to leverage powerful partnerships that uniquely contribute to a grantmaking process that builds on Philanthropy Northwest's previous success with rapidly and equitably dispersing public and private funds. Woven throughout is a deliberate and intentional process to center community members in decision-making. Our collective work will result in increased federal funding supporting racially and geographically diverse communities working on community-identified environmental justice issues. We also bring a strong track record of leveraging our platform to increase awareness of local community needs and solutions to place-based grantmakers who are positioned to provide additional funding to all EPA grant applicants, both funded and unfunded.

1

EPA 000922

PNW's plan for EPA's *Environmental Justice Thriving Communities Grantmaking Program* (EJ TCGM) is anchored by our core goal to disburse program funds expeditiously and equitably through the design and implementation of a simplified grantmaking process that: centers community voice and participatory grantmaking; leverages the knowledge and relationships of our partners; and addresses environmental justice issues for communities most in need.

## Workplan Purpose

The purpose of this funding is to provide the Initial Award of $8,000,000 to Philanthropy Northwest, Region 10 Grantmaker, as part of a bifurcated award for passthrough grantmaking activities authorized by CAA 138(b) to be funded by the Inflation Reduction Act (IRA) appropriations at the level totaling $50,000,000 divided into two awards of an Initial and Subsequent Award. This bifurcated award is derived from the same funding source but maintaining separate but overlapping timelines that meet the overall requirements of the award. The Initial Award grant funds will enable Philanthropy Northwest to perform the tasks needed to establish and carry out the proposed participatory governance, outreach, and system mobilization efforts for establishing the collection, review, selection, and distribution of the EJ Thriving Communities Subgrants.

## A.  PROGRAM DESIGN:  PARTNERSHIPS / COLLABORATION / PARTICIPATORY GOVERNANCE

Our process will be grounded in participatory grantmaking.[1] This framework puts decision-making into the hands of communities and adds legitimacy, public accountability, and a sense of agency and control over the process and decisions affecting communities. Our participatory grantmaking process will engage our partners using an *Advisory Group* and *Task Force* to co-design the program and a *Peer Review Group* to evaluate applications.

## Participatory Grantmaking and Governance Activities

We believe that there is a strong corollary relationship between community member involvement and program outcomes. Our participatory grantmaking will convene three groups: the *Advisory Group*, *Task Force*, and *Peer Review Group*.

**Advisory Group**. The Advisory Group will include our seven named in-kind philanthropic partners, our collaborative pass-through partners, and our EPA project officer. The Advisory Group will focus on ensuring the grant strategy, approach, application, and scoring rubrics adheres to our principles of simplicity, inclusivity, effectiveness and accessibility. The Advisory Group will advise on the application guidelines and questions, develop three scoring rubrics (one each for Phase I, Phase II, and Phase III grant) on non-environmental evaluation components, and establish metrics to define historically underserved communities intended to be served by the TCGM program. Grant information will use simple language and visuals to save applicants' time, ensure comprehension, and aid limited English speakers. In alignment with PNW's commitment to the Disability & Philanthropy Forum's Disability Inclusion Pledge,[2] we will develop materials to accommodate individuals with physical or invisible disabilities. We will translate materials into eight languages prevalent in the Northwest: Cambodian Khmer,[3] Chinese, Korean, Lao, Russian, Somali, Spanish, and Vietnamese.

---

[1] Gibson, Cynthia M. *Participatory Grantmaking: Has Its Time Come?* Ford Foundation, October 2017, https://www.fordfoundation.org/media/3599/participatory_grantmaking-lmv7.pdf.
[2] "Stepping Up Our Commitment to Disability Inclusion." *Philanthropy Northwest*, 16 May 2022, https://philanthropynw.org/news/stepping-our-commitment-disability-inclusion.
[3] For example, see the Cambodian Khmer translation of the application used in PNW's WA Equity Relief Fund for Nonprofits regranting project.

2

EPA 000923

### Committed Advisory Group Partners

**The Affiliated Tribes of Northwest Indians** (ATNI) is a nonprofit organization representing 57 Northwest tribal governments in Oregon, Washington, Idaho, Southeast Alaska, Northern California, and Western Montana. ATNI is a forum for sharing information on governmental and programmatic development for self-determination and self-sufficiency. As a ***collaborative pass-through partner***, they will support the design of the grantmaking process, perform outreach to tribes, and review applications.

**Native Americans in Philanthropy** (NAP) is a nonprofit organization promoting equitable and effective philanthropy in Native communities with more than 30 years of experience. Their network includes Native professionals in philanthropy, elected tribal leaders, Native youth leaders, and Native nonprofit leaders. Their Tribal Nations Initiative funds conservation and climate-related projects. Their private-public partnership with the Department of the Interior leverages philanthropic funding to secure federal opportunities for tribes. In addition to participating in both groups as a ***collaborative pass-through partner***, NAP will also support outreach to tribes and Native-led organizations and provide nominations for non-competitive grants.

**Alaska Conservation Foundation** (ACF) is a public foundation dedicated to protecting Alaska's vulnerable ecosystems and mitigating the impacts of climate change. Over four decades, they have awarded $58 million in grants while also supporting landscape-scale conservation, co-stewardship, and climate change adaptation efforts between tribes, communities, Indigenous organizations, agencies, and nonprofits. As an *in-kind partner*, they are committed to sharing their expertise in regranting federal and private dollars to tribes and Indigenous organizations to help us build an effective process that accommodates Alaska's unique context. They will also build awareness of the grant opportunity and identify reviewers amongst their partners.

**Denali Commission** (Commission) is a federal agency that supports infrastructure, economic development, and workforce training for rural Alaska. As an *in-kind partner*, they will bring their 25 years of experience supporting the needs of unserved, underserved, economically distressed, and historically disadvantaged Alaska Native communities.

**Rasmuson Foundation** (Rasmuson) is Alaska's largest state-wide private grantmaker committed to the promotion of a better life for Alaskans. Founded in 1955, the foundation is responding to several issues exacerbated by environmental and climate shifts, including food production and security, economic development on rural farms and fishing villages, healthcare, and housing. As an *in-kind partner*, they will bring their knowledge of ecological changes in Alaska, where over 27 communities are highly vulnerable to flood, erosion, permafrost degradation, and aggregated threats.

**Blue Cross of Idaho Foundation for Health** (BCIFH) is a nonprofit private foundation established by Blue Cross of Idaho in 2001 with a mission to address root causes that impact health. As an *in-kind partner*, they will bring expertise in addressing social determinants of health, especially in rural communities and with underserved populations. In addition, BCIFH will support outreach to prospective applicants in Idaho, especially amongst their current and past community partners.

EPA 000924

**Northwest Health Foundation** (NWHF) seeks to advance, support, and promote health in Oregon and Southwest Washington through partnerships with health and community leaders. As an *in-kind partner*, NWHF will bring lessons learned from their long-standing history of addressing the social determinants of health through programs and initiatives that center culturally specific organizations and programs. They will also conduct outreach to prospective grant applicants and publicize the funding opportunity through their existing networks in Oregon.

**Inatai Foundation** (Inatai) is a nonprofit public foundation that is committed to transforming the balance of power to ensure equity and racial justice across Washington and beyond. The foundation believes organizations and initiatives led by those most impacted by inequity have the best ideas and abilities for achieving equity. They have extensive experience with funding BIPOC-led and BIPOC-serving organizations, tribal nations, and small, community-based groups dedicated to racial justice that are new to receiving grant funding. As an *in-kind partner*, they will provide strategic advice on the development of grant guidelines, criteria, scoring, application, and review process to ensure each stage advances racial justice and environmental justice values, as well as dedicate staff to review applications.

**The Russell Family Foundation** (TRFF) is a nonprofit private family foundation dedicated to investing in people and places to advance environmental sustainability and address climate change in Washington. Throughout their 25-year history, they have worked collectively to support environmental and social justice organizations to improve equitable access to nature, water quality in the Puget Sound and Puyallup watersheds, environmental education, and climate-wise food systems. As an *in-kind partner*, they will contribute their expertise in environmental sustainability, climate change, and environmental justice to the grant development process and review.

**Task Force.** Alongside the Advisory Group, we will convene a Task Force. The Task Force may include some Advisory Group members, our collaborative pass-through partners Affiliated Tribes of Northwest Indians and Native Americans in Philanthropy, and other environmental justice leaders in the region. PNW will also invite community partners and movement leaders in the region with environmental justice expertise. The Task Force will work in tandem with the Advisory Group, focusing on different but complementary components of the grant application. The Task Force will focus on environmental impacts, measurement and outcomes, specifically by developing scoring rubrics for each grantmaking phase with environmental justice-specific evaluation criteria, designing applicant workplan templates, and establishing metrics for intended project outcomes. The Task Force members will convene for approximately 10-12 meetings in 2024, one meeting in 2025, one meeting in 2026, and conduct asynchronous work.

Since the Advisory Group and Task Force members will not evaluate applications, organizations affiliated with participating members will remain eligible to apply for funding. Task Force members who are community leaders or representing community organizations will receive honoraria from PNW in 2024 to recognize the significant time and expertise they are contributing over the course of this project. The honoraria amount will be consistent with PNW's existing honoraria guidance. Task Force members who are among our in-kind partner, TCTAC, or the national grantmaker organizations will not receive honoraria.

4

### Simplified Proposal Development & In-Take

**Open Call.** We will accept applications on an ongoing basis to enable prospective subgrantees to submit when they are ready. Using our partner JustFund's grantmaking platform, we will set up an open Request for Proposals (RFP) using proposal guidelines[4] that will include clear eligibility criteria, review timelines, expected announcement of selected subgrantees, project timelines, and anticipated reporting requirements and grant expectations. With full insight into review and project timelines, applicants can determine when to apply without the pressure to meet a fixed deadline.

#### Additional Committed Partners

**JustFund** is a nonprofit grants administrator with back-office infrastructure to support our grant application and peer review process. JustFund designed its grantmaking system with funders and organizers of color to simplify grantmaking and equitably and efficiently move money to communities driving transformational change. As a ***collaborative pass-through partner,*** JustFund will participate in the Advisory Group to ensure the program design is consistent with their Common Application platform, provide us use of the platform for application intake and review, manage our peer review process, and support communications to applicants and subgrantees around grant decisions.

**Nonprofit Association of Oregon** (NAO) is a nonprofit association that strengthens the collective voice, leadership, and capacity of Oregon-based nonprofits. They have built connections with rural, urban, and historically underserved communities through their ongoing trainings and capacity building work. They will provide *in-kind* support outside of the Advisory Group and Peer Review Group to review draft funding guidelines, publicize the grant opportunity, and conduct outreach to prospective applicants.

The guidelines will clearly distinguish between the three different project phases and funding amounts available and provide examples of projects for each phase. They will also inform applicants that they will only be eligible to receive one award so that we can maximize the diversity of our subgrantees. Finally, the guidelines will outline the information requested in each section of the application.

**Pre-Proposal Webinars.** We will host live, informational webinars to provide prospective applicants with guidance and detailed instructions.[5] The webinars will support prospective applicants in differentiating between the phases and provide examples to help prospective applicants assess where their project fits. Attendees will receive an overview of the grantmaking process, including the scoring rubrics, and an opportunity to ask questions. We will also assist prospective applicants to determine which phase best suits their project at its current stage. Afterwards, we will provide the webinar recording, transcripts, and slides, as well as translated transcripts and slides.

In addition, we will inform applicants of proposal development resources and more technical support available through our two Region 10 Thriving Communities Technical Assistance Centers (TCTACs): the Willamette Partnership/Northwest Environmental Justice Center and the University of Washington Center for Environmental Health Equity. We may also connect applicants to public resources such as

---

[4] For example, see Proposal Guidelines, also known as Frequently Asked Questions, for the WA Equity Relief Fund for Nonprofits regranting project.

[5] For example, see informational webinars posted online for applicants in the WA Equity Relief Fund for Nonprofits regranting project.

5

EJScreen, National Neighborhood Indicators Partnership, and health equity and social determinants of health data to help them build their case.

**Standard Base Proposal.** We will use a short, streamlined proposal to maximize accessibility and lower participation barriers for organizations with limited capacity. We will use JustFund's Common Application, which was designed in partnership with the Donors of Color Network[6] to move money quickly to communities that are chronically underfunded and historically excluded. We will balance ease of application completion with requesting sufficient information to evaluate each proposal.

JustFund currently has 152 environmental or climate justice organizations already on its platform within Region 10. Should they choose to apply, they will already have their base information entered, making their application process even simpler.

The application will have four core sections: a project summary, a project description, the organizational team, and proposed financial need. Each narrative question will have a bulleted list that outlines what information applicants should include. We will also request information about the organization, project location, and connection to underinvested communities. Using a simple narrative, each applicant will indicate how they intend to report on their progress towards stated goals.

Applicants seeking Phase I (Assessment), Phase II (Planning), and Phase III (Project Development) funding will use the basic common application, and also respond no more than three additional questions given the specific focus of these projects.

The application will be available as a downloadable Word document so applicants may preview questions and draft answers before submitting their proposal online. For applicants with limited online accessibility, we will mail and accept hard copy applications. Proposals may be submitted in any language and will be translated for the review process.

We will encourage applicants to apply for the maximum grant amount available for each phase. All Phase I subgrants will be fixed amount subawards for $150,000. This will allow potential grantees to budget project costs accurately and include adequate costs for reporting and evaluation.

**Supplemental Materials.** We will request a workplan where applicants can include their project activities, key implementation milestones, and a detailed budget. We will provide the template for this to ensure ease of use and consistency across all applicants.

Applicants also will be asked to demonstrate eligible organizational status, articles of incorporation, or other proof of eligibility, and to submit their organization's most recent IRS Form 990. This will confirm that all prospective subgrantees fall into one of EPA's eligible categories: nonprofit organizations including community-based and grassroot organizations; philanthropic and civic organizations with nonprofit status; federal- and/or state-recognized tribal governments; Native American organizations; local governments; and institutions of higher education. Recognizing that this information may be difficult for applicants to gather, we will provide guidance on how to obtain copies of these documents. Also, JustFund has a built-in reminder system, help center, and a human customer service department to support applicants with this documentation.

---

[6] "Home Page." *Donors of Color Network,* www.donorsofcolor.org. Accessed 21 Jun. 2023.

EPA 000927

## Community-Centered Review Process

In alignment with EPA's goals and our organizational commitment to move more resources to historically underinvested communities, our participatory grantmaking review process will prioritize *inclusion*. We will use a community-centered review process that will devolve decision-making to honor community expertise and voice. The review process will have three phases: an initial review, a community peer review, and a fund balancing process that includes a racial equity, geographic, and underserved communities review to determine funding recommendations.

**Initial Review.** Our proposed review process begins with screening applicants through two filters. The first is a 501(c)(3) verification using IRS Business Master File or IRS Publication 78 to ensure nonprofit eligibility. The second is Horizon Forum's Hate Screen, a due diligence tool that flags organizations that have been designated as a hate group by subject matter experts across various sectors. This Hate Screen is tailored for grantmaking institutions and includes nearly 200 unique organizations with corresponding tax IDs. As soon as an organization registers for an application account, JustFund automatically runs them through the Hate Screen. This ensures that projects that espouse hate and violence are filtered out at the onset. The screen is an annual subscription service covered by JustFund outside this grant.

**Peer Review Group**. The Peer Review Group will evaluate applications. In addition to our collaborative pass-through partners' staff (Affiliated Tribes of Northwest Indians and Native Americans in Philanthropy), community members who are BIPOC and/or have lived experiences with rural communities and/or environmental injustices will review applications to help equalize decision-making. We will disseminate a public request for peer reviewers, and ask our partners (eight in-kind partners, collaborative pass-through partners), TCTACS, additional nonprofit associations, existing environmental funder networks, and beyond to spread the opportunity. We will perform a conflicts of interest verification process prior to application review to avoid preferential treatment or knowledge of any applicant. In addition to a conflict check, all reviewers will be required to attend a reviewer orientation that includes a one-hour anti-bias training,[7] meet strict review timelines, and participate in a live peer review meeting.

For each review cycle, 3-5 members will comprise a single review team that will score between 15-20 applications within the same phase. The reviewers will independently score each application using a phase-specific rubric that will help reviewers easily associate aspects of potential projects with a corresponding score. They will record their score in a custom Smartsheet scoring tool.

After reviewers have scored each application separately, each team of reviewers will participate in a live scoring meeting to discuss their individual scores and work to reach a consensus recommendation on applications to be awarded. A trained facilitator will participate to help move each team to consensus, minimize bias and input consensus scores during the meeting. Facilitators may include PNW staff, other named EPA partners and recruited people from the public. While reviewers will discuss all applications during the application scoring meeting, the facilitator will give applications with the largest variance between individual scores the most time for discussion. As consensus is reached, all final scores will be visible to ensure transparency.

Co-developed with the Advisory Group and Task Force, the scoring rubrics[8] will allow for both quantitative and qualitative review. The rubrics may include mission alignment; eligibility and relevance of objectives; feasibility of completion; environmental justice results; and connection with underserved and underinvested communities within the proposed service area. Smaller organizational budget size and projects within rural or remote areas may be further considerations.

We successfully employed this community review process when we regranted federal Coronavirus Aid, Relief, and Economic Security (CARES) funding in 2020 via the Washington Equity Relief Fund for Nonprofits. We hosted up to 17 simultaneous, facilitated review team meetings via Zoom. We are equipped and ready to scale up or down based on the volume of grants received. Based on our experience, three is the optimal number of reviewers evaluating a single grant application, so the volume of applications received per cycle will dictate the number of teams needed.

Community members in each review cycle will receive honoraria to recognize their time and contributions to this effort.

**Accommodating Under-Connected Community Members.** To be inclusive of communities that are under-connected to the internet, we will print and mail review packets for the independent review. We will record and mail the training via U.S. Postal Service and schedule a subsequent phone conversation to answer any questions. Reviewers will mail back their scores for us to input. For the live application scoring meeting, reviewers with internet barriers will be invited to use our partners' physical offices as application reviewer hubs. These community reviewers will be offered on-site technology assistance so they may participate equitably. They will have their hotel, food, and mileage paid for in addition to the base honoraria.

**Fund Balancing Review.** We will refrain from automatically awarding the highest-ranked applications and eliminating applications below a certain threshold. Instead, the project team will conduct a final geographic and underserved communities review to analyze and eliminate potential bias. This review will examine all proposal scores, comparing individual and team scores to check for anomalies and discrepancies. This secondary analysis will help us minimize bias toward well-resourced organizations that have greater capacity or well written applications, recognizing that access to a grant writer or other proposal development resources does not always equate to the best project. We will also be sensitive to bias toward academic or evidence-based research, as Indigenous communities often use Traditional Ecological Knowledge or "other ways of knowing," as some Alaska Native elders call it, which values qualitative research findings.

Final decisions will be made by Philanthropy Northwest staff, and will use our grantmaking targets to ensure the greatest distribution to rural areas, tribes, and organizations led by and serving historically underserved communities. We will use data from the US Census, EJScreen, financial hardship based on Asset Limited, Income Constrained, Employed (ALICE), and COVID-19 impact to inform final grant awards.

## Feedback for Continuous Improvement

We anticipate continually refining the grantmaking program for greater accessibility, efficiency, and equitable distribution of funds. We will provide opportunities for feedback from all stakeholders by:

---

[8] For example, see the scoring rubric used in the WA Equity Relief Fund for Nonprofits regranting project.

EPA 000929

- Using brief anonymous electronic surveys funded outside of this grant for:
  - *Advisory Group, Task Force, and Peer Review Group members*: All members can complete an annual anonymous survey to assess participatory processes.
  - *Potential applicants*: A listserv of potential applicants, including those who signed up for webinars and organizations recommended by partners, will be invited to complete a short survey to measure accessibility.
  - *Applicants*: All applicants can complete a survey to assess the accessibility of the application and the time required to complete the application.
  - *Subgrantees*: All subgrantees will be asked about the grant award and monitoring process and support received from the project team.
- Providing opportunities such as virtual gatherings and check-in calls for feedback and constructive discussions on process improvements.
- Using our website and electronic communication to provide clear paths for escalating issues experienced by stakeholders, particularly applicants and subgrantees.

**Grant Award.** We will inform successful applicants with a grant agreement letter and assign them to a grants management team to support each subgrantee throughout the grants management lifecycle.

### Proposal Review Timing

To ensure we award funds as expediently and judiciously as possible, we propose the following review schedule, to be refined by the Advisory Group. Our schedule holds relatively evenly spaced review cycles to ensure applicants receive timely funding decisions. Each review cycle, consisting of the initial review, peer review, and fund balancing phases, will take approximately four weeks. The project team will then move from decision to award in another four weeks.

| Cycle | Application Opens/New Cycle Begins | Phase III | Phase II | Phase I | Notice of Award |
|---|---|---|---|---|---|
| 1 | 1-Oct-24 | · | | | 1-Mar-25 |
| 2 | 1-Jan-25 | · | · | · | 1-Jun-25 |
| 3 | 1-Feb-25 | · | · | · | 1-Jun-25 |
| 4 | 1-May-25 | | · | · | 1-Sep-25 |
| 5 | 1-Aug-25 | | · | · | 1-Dec-25 |
| 6 | 1-Nov-25 | | · | · | 1-Apr-26 |
| 7* | 1-Feb-26 | | | · | 1-Jun-26 |

*The final review cycle will be tied to the subsequent award.*

**October 2024-September 2025.** We will start accepting applications in October and will facilitate four cycles in the first year. In the first cycle, we will only review Phase III (Project Development) applications to ensure we provide sufficient implementation time for these two-year projects. Managing only one project type also gives the Advisory Group and Task Force the opportunity to assess the review process and make changes, seek clarifications, and add efficiencies as needed. We will follow this with a subsequent review cycle of all project types in January 2025 to ensure Phase I (Assessment) and Phase II (Planning) applicants are not left waiting.

EPA 000930

**October 2025-September 2026.** We will complete three more review cycles in the second year in October 2025, February 2026, and April 2026, with the first two tied to the initial administrative award. These cycles will also review nominations for non-competitive subawards for severely capacity-constrained community groups. Phase III (Program Development) projects will be ineligible in this second year, unless an applicant can demonstrate exceptional readiness, such as all permits received and construction contractors pre-selected from a competitive bid process that meets statutory requirements. Application review teams will give extra scrutiny to each project's proposed timeframe and feasibility to ensure projects can be completed within the allotted time.

We aim to make approximately 200 subawards.

## B. COMMUNICATIONS & OUTREACH TO UNDERSERVED, URBAN, RURAL, REMOTE, TRIBAL & CAPACITY CONSTRAINED COMMUNITIES THROUGHOUT THE GEOGRAPHIC AREA

Together with our partners, we will undertake strategic, targeted, and intentional outreach to ensure potential applicants throughout Region 10 are aware of available EPA funding and encouraged to apply. Our communications and outreach strategy will leverage the networks, relationships, and dissemination channels of our partners and the TCTACs. In all our outreach, we will use clear language that minimizes environmental, governmental, and philanthropic jargon.

**Communications Strategy.** Outreach will build on our existing digital reach through our social media channels, e-newsletters, and email campaigns as well as leverage the extensive distribution channels of our partners. We will prepare our existing communications platform, Mailchimp, and launch a landing page on our website that will be a hub for the key information about this project. Together with our Advisory Group and communications consultants, we will develop a communications strategy including a messaging framework, partner toolkit, and digital advertising strategy to support outreach to underserved, urban, rural, remote, tribal, and capacity-constrained communities.

We are hiring a senior manager of communications and outreach who will work closely with external consultants who specialize in community-centered campaigns. In alignment with our commitment to diversity, equity, and inclusion, we will proactively share the request for proposals with communications firms. We will develop the following outreach assets:

- *Partner outreach toolkit:* We will develop a unified message promoting the EJ Thriving Communities subgrants opportunity and produce a toolkit that includes specific adaptations for geographic location, language, and accessibility. The strategy and toolkit will include specific earned media templates for communications staff amongst our partner organizations and technical assistance, such as webinars.
- *Paid digital advertising:* Consultants will help us identify priority outlets and place media ads with a user-centered design framework, which prioritizes usability and audience characteristics.[9] Using JustFund's current contact list of environmental and climate justice organizations, we will create look-alike personas, or fictional characters that represent audience members, to optimize reach and engagement with social media and banner ads.
- *Media placement:* We will execute an earned media strategy to receive online, print, television, and radio media coverage in ethnic, regional, and mainstream outlets.

---

[9] User-Centered Design, *Wikipedia*, https://en.wikipedia.org/wiki/User-centered_design. Accessed 23 Jun. 2023.

EPA 000931

- *Messaging:* We will develop a set of key messages for partners to use when talking or writing about the funding opportunity, including cultural and language inclusive adaptations.

In coordination with trusted environmental justice community organizations and our partners, we will also build awareness in rural areas and communities without internet access through in-person meetings (including project staff travel) at community gatherings spaces, libraries, printed fliers, and phone outreach campaigns. Particularly in these communities and Indigenous and tribal communities, we will amplify outreach through PNW's expansive network in Region 10 and beyond, including with our collaborative pass-through partners Affiliated Tribes of Northwest Indians, Native Americans in Philanthropy, our national network of philanthropy-serving organizations, existing funders focused on the environment, and our 2020 Census networks.

## C.  SYSTEMS MOBILIZATION, PROJECT MANAGEMENT, TRACKING & REPORTING

Our program will use four main tools to support efficient and effective grant award, disbursement, tracking, adjustment, and full expenditure: JustFund's grant application platform, a customized Smartsheet-based project and grants management system, and Micro Information Products (MIP) Fund Accounting software.

**JustFund.** JustFund's grant application platform allows applicants to submit a common application form and required documentation. The common application process is targeted to take an hour to complete, significantly reducing applicant burden. Our partnership with JustFund also gives us access to 152 previously submitted applications for environmental justice work in Region 10. The platform also supports a robust peer review process, which we will complement with Smartsheet, and supports automatic hate screening and award decision communication to successful and unsuccessful applicants.

**Smartsheet**. We will use a customized Smartsheet to support the backend of our peer review process in conjunction with JustFund's platform, as well as allow the internal team to do necessary fund balancing calculations. Smartsheet is a collaborative, cloud-based project management system for planning, tracking, automating, and reporting. This system will manage the rebalancing of grants for geographical reasons, funding decisions, as well as overall project and task management for the internal team. One specific system improvement we will make is to track actual versus budgeted expenditures for each subgrant to flag low burn rates, so the project team can follow up with additional support.

**Grants Management System.** We will conduct an RFP to solicit bids from grants management systems vendors. The selected vendor's system will be used to manage the overall subgrantee grant cycle. This includes grant timelines; individual subgrant deliverables and timelines; subgrant reports; and feedback from grantees and other stakeholders. The system will track expenditures compared to the budget for each subgrant and flag for our project team low subgrant burn rates.

**MIP.** We will use our existing MIP accounting software and our financial management policy to manage the financial component of our grantmaking operations. MIP includes compliance and audit supportive features including improving accuracy through automating processes and reducing risk of human error; supporting compliance through double entry accounting and

11

automated audit trails; and providing transparency through easily supporting sharing financial data with auditors and grantors.

**Grantmaking Targets.** We will monitor the disbursement of competitive subgrants on an annual basis and aim for the following targets:

- Tribal governments and Native American organizations: at least 25% of funds
- Community-based organizations in Alaska: 10-30% of funds
- Community-based organizations in Idaho: 10-30% of funds
- Community-based organizations in Oregon: 10-30% of funds
- Community-based organizations in Washington: 10-30% of funds
- Projects located in rural areas: at least 15%

**Reporting Training.** Training subgrantees on reporting requirements will be crucial to successfully tracking subgrantees' projects and ensuring compliance with EPA requirements. Our team will provide subgrantees with training on reports through templates, webinars, and written documentation. The introductory training will be required for all subgrantee finance, administrative, and program staff, acknowledging that many organizations do not have trained financial staff, small organizations can have high turnover, and some organizations will need to hire new project staff. We will provide regular training and financial reporting support calls and follow up with emails and phone calls as needed.

In coordination with the EPA's and TCTACs' evaluation technical assistance, we will provide follow-up training to support the submission of final reports two to three months prior to the end of each subgrant. This timing ensures that grant funds are fully expended by grant end dates and acknowledges that subgrantees' capacity may be constrained once the grant funds are fully expended. All subgrantees will submit final performance reports documenting their accomplishments, outcomes, challenges, and any contextual changes during the grant period.

### D. OUTPUTS, OUTCOMES & PERFORMANCE MEASUREMENT

#### Grantmaker Performance Measurement Plan

Using JustFund and Smartsheet for data tracking, we will record progress toward our goal of disbursing program funds expeditiously and equitably to address environmental justice issues for communities most in need. We will coordinate with EPA and the national grantmaker on precise reporting requirements. We anticipate tracking the following outputs to measure our objectives as the Region 10 grantmaker:

| OBJECTIVES | OUTPUTS |
| --- | --- |
| Accessibility of Grantmaking Process | <ul><li>Number of outreach events completed</li><li>Number of proposal development supports provided</li><li>Number of proposals received (disaggregated by state, tribes)</li><li>Duration from review cycle to grant disbursal (each cycle)</li><li>Qualitative feedback received from applicants and subgrantees</li><li>Number of qualitative improvements to increase access to the grantmaking process</li></ul> |

EPA 000933

| Participatory Grantmaking Process | • # of partners engaged in the Advisory Group and Peer Review Group<br>• # of community members engaged in the Advisory Group and Peer Review Group |
|---|---|

### E. PROGRAMMATIC CAPABILITY

In addition to using tools to support the full expenditure of grant funds, our project team structure is meant to support the subgrantees to ensure compliant implementation and full expenditure of grant funds within the project period. Each subgrantee will have a dedicated project team consisting of a program officer who will provide support and supervision of programmatic components from review process through subgrant, and grant administrator, who will support subgrant contract development and financial components, particularly assisting subgrantees to submit compliant financial reports and maintain burn rates. The project teams will provide an avenue for efficiently communicating and addressing any project challenges, including making in-person technical assistance visits to some subgrantees. The team will ensure decisions are made, communicated, and documented in a timely fashion that does not disrupt implementation. The director of grants and finance and grantmaking director will provide additional expertise in compliance requirements, development of report templates, and right-sizing of processes that are implemented across the entire program. We will also contract a quality assurance specialist who will support subgrantees who are using and collecting environmental data to develop quality assurance project plans to meet EPA standards. The director of community partnerships will oversee our Advisory Group, Task Force, and Peer Review groups. The three program officers, three grant administrators, director of grants and finance, and senior manager of communications and outreach (mentioned earlier) will be newly hired for this project.

The levels of effort from PNW's leadership staff – including the CEO; executive sponsor; vice president of people, operations and finance; and vice president of marketing and communications – allow for strategic guidance and additional support to resolve challenges quickly and effectively. During weekly project team meetings, members will highlight challenges and issues to either resolve the issue or assign responsibility to individuals or smaller teams.

Our team members, who will be located in different parts of the region, will convene in-person in Seattle bi-annually and also conduct an annual core team planning conference. Team members will also travel to meet annually for a conference/meeting with the national grantmaker. In addition to travel, PNW's budget also includes technology supplies for our team members, subscriptions, membership, and professional development allocations to support team members' effective implementation of this project.

The chart below indicates the PNW staff roles with the TCGM program, with corresponding levels of effort dedicated to this project:

EPA 000934



### Senior Leadership Team Expertise

**Jill Nishi, Chief Executive Officer,** will hold overall accountability for the program. She has over 20 years of leadership experience in bringing people, resources, and great ideas together to build grantmaking strategies and investment portfolios in service of racial and economic equity. Previously, she served in various leadership capacities at the Bill & Melinda Gates Foundation, most recently as the director of strategy, planning, and management and chief of staff for the U.S. Program.

**Rachel Jackson, Vice President, People, Operations and Finance,** will oversee financial and grant operations management of the EPA cooperative agreement, as well as monitoring and reporting requirements. She brings 20 years of experience working in operational strategy, grants management, and philanthropy, including experience managing Center for Disease Control and Global Fund grants.

**Meredith Higashi, Chief of Staff & Vice President, Government Engagement,** will serve as the **executive sponsor** of the program to ensure the coordination of all functional areas, including financial, communications, grantmaking, and community partnerships, necessary to execute the administration of EPA's cooperative agreement and subgrants. She has more than 15 years of experience in public policy, legal advocacy, strategic communications, cross-sector partnerships, and engagement with diverse communities.

**Danielle Crystal** will serve as the **grantmaking director** of the program and oversee the grantmaking process. Danielle has over a decade of experience working in the social sector, specifically with philanthropy, community nonprofits, government, and businesses to promote equitable and healthy

14

communities. She also serves on the board of EarthGen, which supports youth, educators, and schools to become leaders for a healthy environment.

**Lyn Hunter** will bring her 17 years at Philanthropy Northwest to serve as **director of community partnerships**. She will manage the project's partnerships and community-based leaders. Her most recent experience was managing the Equity Relief Fund funded by the CARES Act. She co-managed the grantmaking team of external consultants, strategic partners, and internal staff and served as liaison with the Washington State Department of Commerce and philanthropic partners throughout the state. She also co-leads Building Community Philanthropy, a $12 million, decade-long statewide initiative funded by the Bill & Melinda Gates Foundation. She also serves on the board of Seattle Parks Foundation, which supports neighborhood-based efforts by bridging community to government agencies and providing fiscal services to grassroots groups that are primarily volunteer-led.

**Nancy Sanabria** will serve as a **senior advisor** in the design and implementation of our grant making process. Her background is in developing programming and capacity building for youth-serving nonprofits. Nancy brings 20 years of experience with managing federal programs, developing statewide initiatives, and facilitating workshops. At PNW, her team is responsible for delivering grantmaker trainings that are field standards, such as Grantmaking with an Equity Lens, Trust Based Philanthropy, Philanthropy 101, and Grantmaking Basics.

**Karen Westing, Vice President, Marketing and Communications,** will bring her 15 years of experience in professional storytelling to lead outreach and communications efforts. Karen will oversee all communications, marketing, and outreach for the project to ensure that there is widespread awareness among eligible applicants.

## F.   SCHEDULE OF ACTIVITIES

The activities and milestones in **bold** below will begin prior to PNW's subsequent award.

| Activity | Projected Timeframe/Due date |
|---|---|
| **Notify partners of award, draft and execute EPA cooperative agreement** | **March-June 2024** |
| **Recruit and confirm members of the Advisory Group and Task Force, comprising representatives from impacted communities and environmental justice organizations** | **March-May 2024** |
| **Solicit 3 bids and finalize contracts/budget for grants management system vendor** | **April-May 2024** |
| **Establish project management tools and communication (external channels)** | **April-May 2024** |
| **Project launch: convene the Advisory Group and Task Force to advise and co-design the grantmaking program, including eligibility criteria, application requirements and process, and evaluation metrics. Facilitate discussions to ensure community voices are central to the decision-making process and the program aligns with the needs of the most affected communities. Advisory Group meetings: April 8, April 24, May 8, May 22, June 5, June 14 and June 24. Task Force meetings: May 6, May 13, May 20, June 3, June 10, June 17 and June 24.** | **April-June 2024, ongoing** |
| Recruit to-be-hired positions (director, grants and finance; senior manager, communications and outreach; program officers (3); grants administrators (3)) and orient new staff; contract with a quality assurance specialist | April-July 2024 |

EPA 000936

| | |
|---|---|
| **Create conflict of interest policy** | **May 2024** |
| **Launch project landing page on PNW website, including contact info, FAQs and general timeline** | **May 2024** |
| **Finalize subawards with collaborative pass-through partners (Affiliated Tribes of Northwest Indians, Native Americans in Philanthropy, JustFund)** | **May-June 2024** |
| **Solicit 3 bids and finalize contracts/budget for PR agency contractor for communications outreach, messaging toolkit, media placement** | **May-June 2024** |
| **Work with selected grants management vendor to build system, train staff, develop systems and processes to manage data flows and use of system for subgrantees** | **May-August 2024** |
| **Create application questions for Task Force, applicants, and peer reviewers (EPA ICR)** | **June 2024** |
| **Create feedback surveys for Advisory Group, Task Force, applicants, and peer reviewers (EPA ICR)** | **June-July 2024** |
| **Recruit peer reviewers** | **June-September 2024** |
| **As part of their contracted position's scope of work, quality assurance specialist works with EPA project officers, national grantmaker, Region 10 TCTACs and other stakeholders to coordinate and align on training, templates, and other supports to guide how quality assurance project plans will be developed.** | **June-September 2024** |
| Finalize process for application data to flow to grants management system | July-August 2024 |
| Identify translation services for materials and webinars | July 2024, ongoing |
| Identify and implement outreach and publicity activities, including in-person or physical methods and channels for those under-connected to the internet | July 2024, ongoing |
| Develop financial management and data reporting training | August 2024 |
| Prepare and schedule necessary webinars for interested applicants | August 2024, ongoing |
| Prepare and schedule necessary webinars for interested applicants | August 2024, ongoing |
| Grantmaker reports to EPA | September 2024, ongoing quarterly |
| Disseminate feedback surveys for Advisory Group and Task Force | September 2024 |
| Establish system/process for including feedback and adjusting implementation of grant as needed | September 2024, ongoing |
| Create user/subgrantee trainings for the grantmaking platform | September 2024, ongoing |
| Open subgrants application submission process | October 2024 |
| Launch peer review orientation, including anti-bias and relevant trainings | October-November 2024 |

16

| | |
|---|---|
| Provide ongoing support for applicants/potential applicants, including applicants with limited resources or language barriers (e.g., translated materials, travel/accommodations for reviewers who are under-connected to the internet) | October 2024, ongoing |
| Disseminate feedback surveys for applicants | October-November 2024, ongoing |
| Review applications | January 2025, April 2025, July 2025, October 2025, February 2026, April 2026 |
| Disseminate feedback surveys for peer reviewers | February 2025, ongoing |
| Notify subgrantees | March 2025, June 2025, September 2025, December 2025, April 2026, June 2026 |
| Provide financial management and reporting training to subgrantees | March 2025, ongoing |
| Provide technical assistance and supportive monitoring visits to subgrantees | May 2025, ongoing |

17

EPA 000938

Appendix A: Budget Narrative: Initial Grant

| Overall budget | Description | Total |
|---|---|---|
| Personnel | The personnel budget includes 9 fully dedicated long-term positions, 1 fully dedicated interim assignment, 2 positions at 50% level of effort (LOE) and 6 positions ranging from 10-30% LOE.<br><br>For all staff starting in the month (March) an estimate for March has been included based on actuals time reported for the first two weeks of March.<br><br>Staff LOE totals 11.05 positions, based on LOE of all permanent staff members.<br><br>The specific positions are:<br><br>• **CEO (**15% LOE**)** will provide overall oversight of the project. (Month 1 to Month 24)<br>• **VP, People, Operations and Finance** (25%) will supervise the M&E, financial and grants analyst, support negotiations with partner organizations, input into finalization of grant award documents, data management templates, budget, and financial report templates among other things. (Month 1 to Month 24)<br>• The **VP, Marketing and Communication** (25%) will supervise the communications & outreach manager, manage the selection of the communications contractor, and provide strategic guidance on project branding. (Month 2 to Month 36)<br>• The **Senior Advisor, Participatory Grantmaking** (10%) will provide support to the grantmaking director in strategies and process for implementation of a participatory grant. (Month 2 to Month 24)<br><br>• **Chief of Staff** (50% LOE) will serve as the project's executive sponsor – managing reporting to and communication with the EPA and supervise the grantmaking director, director of community partnerships, and senior advisor, participatory grantmaking. (Month 1 to Month 24)<br>• The **Director of Community Partnerships** (50% LOE) will manage relationships with community representatives and philanthropic partners; including recruiting, training, and managing the advisory group and proposal review community advisory groups as | $3,228,715 |

https://usepa-my.sharepoint.com/personal/johnson_johanna_epa_gov/Documents/Grants/GHHI/Admin Record docs/PNW Initial $8M EJTCGM budget narrative 5_16_24.docx
Tomlinson, Martha Scott (she/her/hers)  5/9/2025 2:24 PM

**EPA 000939**

well as receiving and responding to feedback from all
community stakeholders. (Month 1 to Month 36)

- The **Director, People and Culture** (30% LOE) will be
responsible for hiring, orientation, performance
management, and professional development of the EJ
project team. (Month 6 to Month 24)
- The **HR Advisor,** at 10% LOE, while - the director,
people and culture is being recruited and onboarded
the HR Advisor will work with the VP, People
Operations and Finance to fulfill the responsibilities
listed above (Month 1 to Month 5).

Staff fully dedicated to the project:
- **Director of Grantmaking (**100%) responsible for
oversight of all programmatic work, this position will
supervise the 3 program officers and ensure
implementation of sub-awards in compliance with EPA
regulations. This position will facilitate annual grant
planning, process improvements in response to
feedback, support preparation of quarterly and annual
EPA reports and develop learning opportunities for
organizations receiving subawards. (Month 1 to Month
36)
- **3 Program Officers** (100%), located throughout the
region, each program officer will work with all
grantees from application through - grant close out -
including facilitating check in meetings, direct technical
assistance as well as referrals for TCTAC assistance,
(Month 5 to Month 36)
- The **Director, Grant and Finance** (100% from month 7
– 12, 80% from month 13 – 24. **The Interim Director
Grants and Finance** (also at 100%) transitions out in
month 6 as the new Director of Grants and Finance
transitions in. The Director Grants and Finance will
take the lead on ensuring PNW, subaward, and
subgrantee compliance by developing budgeting and
financial templates and training with support from a
financial consultant.  They will also be responsible for
requesting disbursements for EPA and supervising the
three grant administrators. The director will review
our subgrantee partner's invoices and financial
reports. (Month 7 to Month 36).
- The three **Grant Administrators (100%)** will support
subaward contract development, partner with
program officers in quarterly check in meetings, review
financial reports from sub-awardees flagging issues

https://usepa-my.sharepoint.com/personal/johnson_johanna_epa_gov/Documents/Grants/GHHI/Admin Record docs/PNW Initial $8M EJTCGM budget narrative
5_16_24.docx
Tomlinson, Martha Scott (she/her/hers)  5/9/2025 2:24 PM

**EPA 000940**

| | | |
|---|---|---|
| | and providing technical assistance to support receiving complete, accurate and timely reports, and support awardees to maintain burn rates. (Month 5 to Month 36)<br>• The **Communications & Outreach Manager (100%)** will manage internal and external communication related to the grant including developing outreach materials and maintaining social media platforms. They will also assist in organizing the publication of grant achievements. (Month 4 to Month 36) | |
| Fringe Benefits | Fringe benefits are calculated at 23% of the base salaries and includes:<br>• Medical insurance averaging $524.50 per person/ per month<br>• Dental Care - $44.75/ per person/ per month<br>• Short- and long-term Disability Insurance<br>• $660 per person per year work from home stipend (for employees who are not qualified as highly compensated employees, in 2024 that is employees with a basic salary below $155k per year)<br>• Public transportation benefit ($227 per year)<br>• Employer retirement contribution at 6% of salary starting 6 months into employment, Additional 2% employer matching contribution.<br>• Social Security contribution<br>• Medicare contribution | $742,595 |
| Travel | The travel budget used average GSA per diem rates for Seattle, Washington ($250), Portland, Oregon ($234), Boise, Idaho ($314) and Department of Defense per diem rates for Anchorage, Alaska ($350).<br><br>Flight costs were budgeted using average annual flight costs of $300 for Washington, Oregon, $400 for Idaho and $1000 for Alaska.<br><br>Travel was broken into the following categories:<br>• Outreach ($223,146) - to support outreach activities is budgeted to allow two people making 3 trips to Alaska and Idaho and 2 trips to Washington and Oregon per year as well as to allow for travel for conference participation 1 per state and 2 tribal focused conferences per year.<br>• Support visits: ($284,914) provides funds to support travel for technical assistance for in person visits to subaward projects that need support. The project | $639,075 |

https://usepa-my.sharepoint.com/personal/johnson_johahna_epa_gov/Documents/Grants/GHHI/Admin Record docs/PNW Initial $8M EJTCGM budget narrative 5_16_24.docx
Tomlinson, Martha Scott (she/her/hers)  5/9/2025 2:24 PM

**EPA 000941**

| | | |
|---|---|---|
| | estimates making a total of 206 awards including:46 Phase 1 Awards, 64 Phase II Awards, 36 Phase III Awards, 60 Non-Competitive awards. The project will prioritize supports visits to the 146 Phase I, II and III awards. We assumed that approximately 68% of sub awardees will require a support/technical assistance visit and budgeted based on 25 visits per state.<br>• Core team annual planning ($65,942) provides funds annually for a four-day annual planning conference, with travel costs for 10 people and 4 days.<br>• Travel to HQ ($45,891) Assumes five team members based outside of Seattle and will travel twice a year to HQ in the first year and three times a year in year 2; to support in-person meeting and planning.<br>• Travel to National EJ Grantmaker conference/meeting (19,181) assumes 5 people for 3 days attending a National Meeting organized by EPA to support the EJ thriving communities intermediary grant project. One trip is budgeted in year 1 the other in year 2. | |
| Other | Participant support costs are budgeted to include:<br>• $22,500, to provide honoraria of $2,250 per person for 10 community members/subject matter experts to support in developing application forms, evaluation rubrics and related materials, all in year 1.<br>• Reviewer Honoraria is budgeted at $130,000. The costs are based on an honorarium of $500 per reviewer per cycle with 40 reviewers per full cycle and 20 per small cycles, 7 review cycles are planned (1 small cycle is planned in Q3(Month 7-9) and one full cycle in Q4 (Month 10 – 12) 4 full cycles are planned in year 2 and 1 full cycle is planned in year 3.<br>• Reviewer accommodations are budgeted at $56,290 and includes: transportation allowances to support inclusion of reviewers from under connected communities: assuming 5 people per cycle for 1 day at $5,740 per cycle; captioning for review meetings assuming 2 people requiring captioning accommodation at $660 per cycle and a language accommodation assuming 5 people requiring live translation per cycle budgeted at $2250 per cycle. Total accommodation allowance pre cycle is $8,660. 7 review cycles are planned (1 cycle is planned in Q3(Month 7-9) and one cycle in Q4 (Month 10 – 12) 4 cycles are planned in year 2 and 1 cycle is planned in year 3. | $1,855,321 |

https://usepa-my.sharepoint.com/personal/johnson_johanna_epa_gov/Documents/Grants/GHHI/Admin Record docs/PNW Initial $8M EJTCGM budget narrative 5_16_24.docx
Tomlinson, Martha Scott (she/her/hers)  5/9/2025 2:24 PM

EPA 000942

- Professional development is budgeted at $1000 per project team member per year using the 11.05 LOE (the HR advisor is not included in the calculation as the position is with the project for less than 6 months) and an inflation factor coming to $34,698.
- Subscriptions and memberships are budgeted at $5,024 to include annual subscription access for the project team to helpful resources including Peak Grantmaking, Grant Makers for Effective Organization and Technology Alliance for Grantmakers.
- Venue rental for the annual planning meeting is budgeted at $8,000 for year one assuming $2,000 per day for a four-day meeting space rental.  The cost is escalated based on estimate for inflation for year 2 for a total cost of $16,368.
- Physical collaterals include printed versions of fliers, reports, and guidelines and are budgeted at $8,229 based on costs from similar projects.
- Recruitment advertising costs ($7,500) are included at an estimated $1,500 per position for 5 unique positions (the 3 grant admins and the 3 program officer positions are each treated as one unique position).
- Postage is budgeted at $7,200 based on previous costs for similar programs.
- Recruiting travel of $8,880 is to support new hire interviews.

Subawards ($1,388,145) covers the grants to our consortium partners. PNW will make subgrants to our pass-through partners including:
- Just Fund ($272,728 Direct Costs and $27,273 Indirect Costs)
- Native Americans in Philanthropy ($644,090 Direct Costs and $64,409 Indirect Costs)
- Affiliated Tribes of Northwest Indians ($345,133 Direct Costs and $34,513 Indirect Costs)

- Paid Media ($31,000) covers radio, print and web ads
- Grant Management System subscription is estimated at $82,500. An additional $50,000 is budgeted for system development/customization (See Contractual Section) based on average quotes from solicited systems.

EPA 000943

| | | |
|---|---|---|
| | • The Mailchimp subscription, which supports communication to potential applicants, applicants, community stakeholders, and grantees, is budgeted at $350 per month totaling $12,600.<br>• Smartsheet is budgeted at $13,125.<br>• Conference registration fees ($31,261) are included at $1,500 per conference and estimated at one conference per quarter in year 1. In year 2 and year 3, we estimated 6 conferences per year. | |
| Supplies | The supplies and commodities budget includes:<br>• Laptops for 11 staff totaling $24,200<br>• Remote workstations monitor and docking station for 9 staff. Totaling $4,500 | $28,700 |
| Contractual | Contractual costs are -<br><br>• Accounting services are budgeted at $42,000 to support documentation and updating financial onboarding to support compliance with EPA financial management compliance for the PNW team.<br>• $17,085 to develop a website landing page, based on previous cost for similar projects.<br>• $60,000 for communications agency support to develop and implement a messaging campaign and implement media placement.<br>• $4,420 to support reviewer anti–bias training, based on previous costs for similar work.<br>• $22,000 for data management and reporting training development and support, contractor to support development of templates, trainings, and guides for subrecipients training on reporting requirements.<br>• $17,653 for financial management training development and support, contractor development of templates, trainings, and guides for sub-awardee training on reporting requirements<br>• $9,500 for translation of our core documents into 8 languages based on similar costs for previous services<br>• $358,746 for Quality Assurance contractor will ensure the quality and reliability of PNW and subaward processes and outputs by developing, implementing, and maintaining quality assurance protocols and standards to ensure compliance with EPA guidelines in collaboration with the National Grantmaker's QA team. This will include supporting subrecipients to develop QA Plans and coordinating their review by the EPA. (Month 6 to Month 36) | $897,698 |

https://usepa-my.sharepoint.com/personal/johnson_johanna_epa_gov/Documents/Grants/GHHI/Admin Record docs/PNW Initial $8M EJTCGM budget narrative 5_16_24.docx
Tomlinson, Martha Scott (she/her/hers)  5/9/2025 2:24 PM

EPA 000944

Initial $8M Budget Narrative Revised 5/16/2024

| | | |
|---|---|---|
| | • $200,340 for a grant project management contractor to develop and support the customizations of the grant management system.<br>• The planned recruitment will be supported through recruitment agencies at the following amounts per position.<br> ○ Program Officers ($19,500)<br> ○ Grant Administrators ($18,000)<br> ○ Communications & Outreach Manager ($23,750)<br> ○ Director Grant and Finance ($35,000)<br> ○ Interim Director Grant and Finance ($19,704)<br>• Grant management system implementation is budgeted at $50,000 to support development and customization of the Grant Management System. | |
| Indirect Costs | • Indirect costs are based on 10% of modified total direct costs. And though it increases to 15% as of October 1, 2024, our computations are at 10% until the date the law changes and we can apply all the new rules. | $607,896 |
| Total Year 1 Budget | Total Budgeted Costs | $8,000,000 |
| | | |

https://usepa-my.sharepoint.com/personal/johnson_johahna_epa_gov/Documents/Grants/GHHI/Admin Record docs/PNW Initial $8M EJTCGM budget narrative 5_16_24.docx
Tomlinson, Martha Scott (she/her/hers)  5/9/2025 2:24 PM

**EPA 000945**

Constants and Rates                    Rates                            Legend $8M

| Rates | | |
|---|---|---|
| Current | as of 10/1/2024 | Description |
| 10% | 10% | De minimus IDC |
| 23% | 23% | Fringe |
| 1.046 | 1.046 | Inflation Rate |
| 5,000 | 5,000 | Capitalization floor |
| 1.0300 | 1.0300 | Annual Salary and Wage Raises on Jan 1 |
| 25,000 | 25,000 | Subaward Modified Total Direct Cost Cap |

- ***De minimis* Indirect Cost Rates** [200.414]
  - Increases the *de minimis* rate from 10 percent to fifteen percent over modified total direct costs (MTDC).
  - Recipients and subrecipients can elect a lower *de minimis* rate at their discretion, and modify the definition of MTDC to permit inclusion of the first $50,000 of any one subaward in the base.
  - Neither federal agencies nor pass-through entities may require recipients and subrecipients to use a *de minimis* rate lower than the standard, unless mandated by federal statute or regulation.

- **Fixed Amount Awards and Subawards** [200.201]
  - Requires, upon conclusion of a fixed amount award, the identification of activities that were not completed.
  - Increases from $250,000 to $500,000 the amount of fixed amount subawards that a recipient may provide with prior written approval from the federal agency (see Section 200.333).

- **Equipment-Related Thresholds** [200.313]
  - Increases the acquisition value threshold relevant to the equipment definition from $5,000 to $10,000.
  - Indian Tribes may use their own internal disposition procedures for use, management, and disposal of equipment, but must follow the regular guidance if they do not have set procedures.

| $8,000,000 | Year 1 Total | Y1 Q1 (Mar -May 2024) | Y1 Q2 June - Aug 24 | Y1 Q3 Sep 24 | Y1 Q3 Oct - Nov 24 | Y1 Q4 Dec 24 - Feb 25 | Year 2 (Mar 25 - Feb 26) | Year 3 (Mar 26 -Feb 27) | $40M for 36m adds (7m) Mar 27 - Sep 27 | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| **Salary and Fringe** | | | | | | | | | | |
| **Total Salary + Fringes** | 1,234,869 | 145,227 | 330,655 | 125,245 | 250,491 | 383,251 | $1,520,122 | $ 1,216,320 | $ - | $3,971,310 |
| **Supplies/Commodities** | | | | | | | | | | |
| Laptops | $24,200 | $24,200 | | | | | | | | 24,200 |
| Docking kits | $2,250 | $2,250 | | | | | | | | 2,250 |
| Monitors | $2,250 | $2,250 | | | | | | | | 2,250 |
| **Subtotal Supplies** | $28,700 | $28,700 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $28,700 |
| **Other** | | | | | | | | | | |
| Honoraria (task force members) | 22,500 | | 22,500 | | | | | | | 22,500 |
| Honoraria (40 reviewers per cycle @ $500 per reviewer per cycle) | 30,000 | | - | | 10,000 | 20,000 | 80,000 | 20,000 | | 130,000 |
| Reviewer Expenses/ Accomodations | 12,990 | | | | 4,330 | 8,660 | 34,640 | 8,660 | | 56,290 |
| Professional Development | 11,050 | 2,763 | 2,763 | | 2,763 | 2,763 | 11,558 | 12,090 | | 34,698 |
| Subscriptions and Memberships | 1,600 | 700 | 400 | 100 | 400 | | 1,674 | 1,751 | | 5,024 |
| Annual planning meeting venue rental | 8,000 | | 8,000 | | | | 8,368 | | | 16,368 |
| Physical collaterals (fliers, reports, guidelines) | 3,500 | - | 2,333 | 146 | 438 | 583 | 2,500 | 2,229 | | 8,229 |
| Recruitment Advertising Costs | 7,500 | 3,750 | 3,750 | | | | | | | 7,500 |
| Postage | 2,600 | 800 | 1,000 | 100 | 300 | 400 | 1,000 | 3,600 | | 7,200 |
| Recurring Travel | 8,880 | 8,880 | | | | | | | | 8,880 |
| Subawards (Detail on Other - Subaward tab) See other tab | 457,219 | | 181,218 | | 138,001 | 138,000 | 459,924 | 471,002 | | 1,388,145 |
| Paid Media (social media ads) See detail on tab other | 15,000 | | 5,000 | | 5,000 | 5,000 | 8,000 | 8,000 | | 31,000 |
| Smartsheet Subscription See other tab | 8,625 | 1,125 | 1,125 | 1,125 | 750 | 4,500 | 4,500 | | | 13,125 |
| Mailchimp Subscription See other tab | 8,400 | 1,050 | 1,050 | 1,050 | 1,050 | 4,200 | 4,200 | - | | 12,600 |
| Grant Management System Subscription See other tab | 52,500 | - | 7,500 | 7,500 | 7,500 | 7,500 | 30,000 | - | | 82,500 |
| Conference registration fees | 12,000 | 3,000 | 3,000 | | 3,000 | 3,000 | 9,414 | 9,847 | | 31,261 |
| **Subtotal Other Costs** | $662,364 | $22,068 | $239,639 | $10,021 | $173,531 | $217,106 | $655,778 | $537,178 | $0 | $1,855,321 |
| **Equipment** | | | | | | | | | | $0 |
| None | - | | | | | | | | | - |
| **Subtotal Equipment Costs** | - | - | - | - | - | - | - | - | - | - |
| **Travel** - list personnel, purpose, destination, and categorical cost calculation | | | | | | | | | | |
| Outreach travel - expand to include conferences | 71,063 | 11,844 | 23,688 | 5,922 | 11,844 | 17,766 | 74,332 | 77,751 | | 223,146 |
| Support Visits | | | | | - | | 189,943 | 94,971 | | 284,914 |
| Core Team Annual planning conference | 21,000 | | 21,000 | | | | 21,966 | 22,976 | | 65,942 |
| Remote Team travel to HQ | 10,900 | | | 1,817 | 3,633 | 5,450 | 17,102 | 17,889 | | 45,891 |
| Travel to National EJ Grantmaking Conference | 9,375 | | | | 9,375 | | 9,806 | | | 19,181 |
| **Subtotal Travel** | 112,338 | 11,844 | 44,688 | 7,739 | 24,852 | 23,216 | 313,149 | 213,588 | - | 639,075 |
| costs, publication | | | | | | | | | | |
| Accounting Services | 42,000 | 6,000 | 12,000 | 4,000 | 8,000 | 12,000 | | | | 42,000 |
| Website landing page | 17,085 | 17,085 | | | | | | | | 17,085 |
| Communications Agency (Development & Implementation of Messaging Toolkit), Media Placement | 35,000 | 8,750 | 8,750 | 2,917 | 5,833 | 8,750 | 12,500 | 12,500 | | 60,000 |
| Reviewer Anti-Bias Training | 1,920 | | 960 | 320 | 640 | | 1,500 | 1,000 | | 4,420 |
| Data Management and Reporting Training Development & Support | 20,000 | | 10,000 | 1,667 | 3,333 | 5,000 | 1,000 | 1,000 | | 22,000 |
| Financial Management Training Development & Support | 15,000 | | 7,500 | 1,250 | 2,500 | 3,750 | 1,350 | 1,303 | | 17,653 |
| Translation Services | 8,000 | 6,500 | 500 | 100 | 400 | 500 | 1,000 | 500 | | 8,500 |
| Quality Assurance Contractor | 110,000 | | 40,000 | 13,333 | 26,667 | 30,000 | 115,060 | 133,686 | | 358,746 |
| Grant Management System Implementation | 50,000 | | | 35,000 | 10,000 | 5,000 | | | | 50,000 |
| Grant Project Management contractor | 105,340 | 15,000 | 50,000 | 7,007 | 13,333 | 20,000 | 50,000 | 45,000 | | 200,340 |
| Recruitment Agencies | | | | | | | | | | - |
| Recruitment Agency Program Officers | 19,500 | | 9,750 | | 9,750 | | | | | 19,500 |
| Recruitment Agency Grant Administrators | 18,000 | | 9,000 | | 9,000 | | | | | 18,000 |
| Recruitment Agency Communications & Outreach Manager | 23,750 | | 11,875 | | 11,875 | | | | | 23,750 |
| Recruitment Agency Director Grant and Finance | 35,000 | | 17,500 | | 17,500 | | | | | 35,000 |
| Recruitment Agency Director Grant and Finance from Gibson and Assoc | 19,704 | 19,704 | | | | | | | | 19,704 |
| | | | | | | | | | | - |
| **Subtotal Contractual** | $520,299 | $73,039 | $177,835 | $65,593 | $118,832 | $85,000 | $182,410 | $194,989 | $0 | $897,698 |
| **Expenditure Total Direct Cost** | $2,558,570 | $280,878 | $792,817 | $208,598 | $567,705 | $708,572 | $2,671,459 | $2,162,075 | $0 | $7,392,104 |
| **Calculation of MTDC and Indirect Cost** | | | | | | | | | | |
| **MTDC Modified Total Direct Cost** | | | | | | | | | | |
| Expenditure Total Direct Cost | - | - | - | - | - | - | - | - | - | 7,392,104 |
| Adjustments for Unallowed Costs | 2,558,570 | 280,878 | 792,817 | 208,598 | 567,705 | 708,572 | 2,671,459 | 2,162,075 | | 0 |
| Subaward adjustment | | | | | | | | | | - |
| less subaward (Row 32) | (457,219) | - | (181,218) | | (138,001) | (138,000) | (459,924) | (471,002) | | (1,388,145) |
| add back Subaward Cap per Consortia grant (Other Subawards Tab Row 27) | 75,000 | | 75,000 | | | | | | | 75,000 |
| add back Subaward Cap per Small grant (Other Subawards Tab Row 28) | - | | | | | - | | | | - |
| **Total MTDC Modified Total Direct Cost** | 2,176,351 | 280,878 | 686,599 | 208,598 | 429,704 | 570,572 | 2,211,534 | 1,691,073 | | 6,078,959 |
| **Indirect cost** | | | | | | | | | | |
| To MTDC, Apply Indirect Rate De Minimus to Sep 30, 2024    10% | 117,607 | 28,088 | 68,660 | 20,860 | | | | | | 117,607 |
| To MTDC, Apply Indirect Rate De Minimus as of October 1, 2024    10% | 100,028 | | | | 42,970 | 57,057 | 221,153 | 169,107 | | 490,288 |
| **Total Indirect Cost** | 217,635 | 28,088 | 68,660 | 20,860 | 42,970 | 57,057 | 221,153 | 169,107 | | 607,896 |
| **Direct Cost and Indirect Cost Total for Grant** | $ 2,776,205 | $ 308,965 | $ 861,477 | $ 229,458 | $ 610,675 | $ 765,629 | $ 2,892,612 | $ 2,331,182 | $ - | $ 8,000,000 |

**Year**

**Personnel** - All PNW Staff dedicated or at a LOE on project.  Future year salary increases modified by

| Name | % Effort | Base Salary | Base Salary * LOE |
|------|----------|-------------|-------------------|
| Executive Sponsor, Chief of Staff and Government - Meredith Higas | 50% | $ 174,625.00 | 87,313 |
| Director, Grantmaking - Danielle Crystal | 100% | $ 130,000.00 | 130,000 |
| Program Officer WA/ Oregon, TBD | 100% | $ 95,000.00 | 95,000 |
| Program Officer Tribes, TBD | 100% | $ 95,000.00 | 95,000 |
| Program Officer Alaska/Idaho, TBD | 100% | $ 95,000.00 | 95,000 |
| Grant Administrator WA/OR, TBD | 100% | $ 75,000.00 | 75,000 |
| Grant Administrator Tribes, TBD | 100% | $ 75,000.00 | 75,000 |
| Grant Administrator AK/ID, TBD | 100% | $ 75,000.00 | 75,000 |
| Interim Director Grant and Finance 87 days Apr - Aug 2024 100% | | $ 80,819.52 | 80,820 |
| Director, Grant and Finance, TBD | 100% | $ 140,000.00 | 140,000 |
| Communication & Outreach Manager, TBD | 100% | $ 95,000.00 | 95,000 |
| Director, Community & Partnerships, Lyn Hunter | 50% | $ 132,000.00 | 66,000 |
| VP, People, Operations & Finance, Rachel Jackson | 25% | $ 218,715.00 | 54,679 |
| VP, Communications & Marketing, Karen Westing | 25% | $ 147,500.00 | 36,875 |
| Sr. Advisor Participatory Grantmaking, Nancy Sinabria | 10% | $ 152,500.00 | 15,250 |
| CEO, Jill Nishi | 15% | $ 308,595.00 | 46,289 |
| Director, People and Culture, TBD | 30% | $135,000 | 40,500 |
| HR Advisor, Pragya Madan | 10% | $124,800 | 12,480 |
| *LO*E totals 11.05 staff on project | 11.05 | | - |
| | | | - |
| | | | - |
| | | | - |
| | Subtotal **Personnel** | | **$950,849** |

| **Row 39  Combined Tab** | **Total Salary + Fringe** | |
|---|---|---|

| | Year 1 (Mar 24 - Feb 24) | | | | Q4 Dec 2024 to Feb 2025 wi | |
|---|---|---|---|---|---|---|
| r 1 | Y1 Q1 Mar -May 2024 | Y1 Q2 June - Aug 2024 | Y1 Q3 Sep 2024 | Y1 Q3 Oct - Nov 2024 | Dec-24 | 1/1/2024 Raise Month |

inflation factor (3%) effective January 1 of each year. **Budget numbers shown with salary and frin**

| Fringes @ 23% | Salary + Fringe | Salary + Fringe | | | Salary + Fringe | Salary + Fringe | Salary + Fringe |
|---|---|---|---|---|---|---|---|
| 20,082 | 20,242 | 26,849 | 8,950 | 17,899 | 8,950 | 9,218 |
| 29,900 | 30,033 | 39,975 | 13,325 | 26,650 | 13,325 | 13,725 |
| 21,850 | | 19,475 | 9,738 | 19,475 | 9,738 | 10,030 |
| 21,850 | | 19,475 | 9,738 | 19,475 | 9,738 | 10,030 |
| 21,850 | | 19,475 | 9,738 | 19,475 | 9,738 | 10,030 |
| 17,250 | | 15,375 | 7,688 | 15,375 | 7,688 | 7,918 |
| 17,250 | | 15,375 | 7,688 | 15,375 | 7,688 | 7,918 |
| 17,250 | | 15,375 | 7,688 | 15,375 | 7,688 | 7,918 |
| 18,589 | 43,420 | 55,988 | | | | |
| 32,200 | | | 14,350 | 28,700 | 14,350 | 14,781 |
| 21,850 | | 29,213 | 9,738 | 19,475 | 9,738 | 10,030 |
| 15,180 | 17,044 | 20,295 | 6,765 | 13,530 | 6,765 | 6,968 |
| 12,576 | 15,394 | 16,814 | 5,605 | 11,209 | 5,605 | 5,773 |
| 8,481 | 7,559 | 11,339 | 3,780 | 7,559 | 3,780 | 3,893 |
| 3,508 | 3,126 | 4,689 | 1,563 | 3,126 | 1,563 | 1,610 |
| 10,647 | 6,390 | 14,234 | 4,745 | 9,489 | 4,745 | 4,887 |
| 9,315 | | 4,151 | 4,151 | 8,303 | 4,151 | 4,276 |
| 2,870 | 2,020 | 2,558 | | | | |
| - | | - | - | - | - | - |
| - | | - | - | - | - | - |
| - | | - | - | - | - | - |
| - | | - | - | - | - | - |
| $284,020 | | | | | $125,245 | $129,003 |
| $1,234,869 | $145,226.90 | $330,655.26 | $125,245.31 | $250,490.63 | $383,250.66 | |

| ith Jan 1 raises | Year 2 (Mar 25 - Feb 26) | | Year 3 (Mar 26 -Feb 27) | | Y4 Close Out (Mar 27 - Sep |
| --- | --- | --- | --- | --- | --- |
| Feb-24 | Mar - Dec | Jan - Feb | Mar - Dec | Jan - Feb | Mar - Sept |
| ge combined. | | | | | |
| Salary + Fringe | Salary + Fringe | Salary + Fringe | Salary + Fringe | Salary + Fringe | Salary + Fringe |
| 9,218 | 92,180 | 18,989 | | | |
| 13,725 | 137,248 | 28,273 | 141,365 | 29,121 | |
| 10,030 | 100,296 | 20,661 | 103,305 | 21,281 | |
| 10,030 | 100,296 | 20,661 | 103,305 | 21,281 | |
| 10,030 | 100,296 | 20,661 | 103,305 | 21,281 | |
| 7,918 | 79,181 | 16,311 | 81,557 | 16,801 | |
| 7,918 | 79,181 | 16,311 | 81,557 | 16,801 | |
| 7,918 | 79,181 | 16,311 | 81,557 | 16,801 | |
| | | | | | |
| 14,781 | 118,244 | 24,358 | 97,433 | 20,071 | |
| 10,030 | 100,296 | 20,661 | 103,305 | 21,281 | |
| 6,968 | 69,680 | 14,354 | 71,770 | 14,785 | |
| 5,773 | 57,727 | 11,892 | | | |
| 3,893 | 38,931 | 8,020 | 40,099 | 8,260 | |
| 1,610 | 16,100 | 3,317 | | | |
| 4,887 | 48,870 | 10,067 | | | |
| 4,276 | 42,758 | 8,808 | | | |
| | | | | | |
| - | - | - | - | - | |
| - | - | - | - | - | |
| - | - | - | - | - | |
| - | - | - | - | - | |
| $129,003 | $1,260,466 | $259,656 | $1,008,557 | $207,763 | $0 |
| | | $1,520,122 | | $1,216,320 | $0 |

Summary for Narrative    Salary  
Fringe  
Total

| Total Project Costs |
| --- |
| $212,494 |
| $486,764 |
| $324,028 |
| $324,028 |
| $324,028 |
| $255,811 |
| $255,811 |
| 255,811 |
| $99,408 |
| $347,068 |
| $333,765 |
| $248,922 |
| $135,790 |
| $137,113 |
| $36,705 |
| $108,313 |
| $80,874 |
| $4,578 |
| $0 |
| $0 |
| $0 |
| $0 |
| **$3,971,310** |
| **$3,971,310** |

| |
| --- |
| - |
| 3,228,715 |
| 742,595 |
| 3,971,310 |

| Other Category | Annual Planning | Subscriptions & GMS |
|---|---|---|

**Annual planning meeting Venue**

| | Per day Cost | Days |
|---|---|---|
| | 2,000 | 4 |

| | Y1 Q1 Mar -May 2024 | Y1 Q2 June - Aug 2024 | Y1 Q3 Sep - No.v 2024 | Y1 Q4 Dec 24 - Feb 25 2024 |
|---|---|---|---|---|
| **Subscriptions** | | | | |
| Grant Management Software in Other and Contractual | | | | |
| Implementation/development (Contractual Row 59) | | | $35,000 | $10,000 |
| Subscription in Other Row 34 | | $7,500 | $7,500 | $7,500 |
| Total GMS | | **$7,500** | **$42,500** | **$17,500** |
| | | | | |
| Smartsheet (Initial 8M Row A32) | **$1,125** | **$1,125** | **$1,125** | **$750** |
| Mailchimp (Initial 8M Row 33) | **$1,050** | **$1,050** | **$1,050** | **$1,050** |

**Honoraria**

| | | | |
|---|---|---|---|
| Small Cycle (20 Participants) | 10,000 | | 1 |
| Full Cycle  (40 Participants) | 20,000 | | |
| | | | 10,000 |

**Review Accomodations**

| | | |
|---|---|---|
| No. of Cycles | | 1 |
| Cost per full cycle | 8,660 | |
| Cost per small cycle | | 4,330 |
| (Initial *M row 25) | | |

**Review Accomodations Detail**

| | Cycle Information | | | | Flights |
|---|---|---|---|---|---|
| | No.. of people | No. of cycles | No... of days | | |
| **Underconnected accomodation** | 5 | 4 | 1 | | 400 |
| | **No. of people** | **Cost per hour** | **hrs per meeting** | | |

| | | | | |
|---|---|---|---|---|
| **Audio Accomodation (captioning)** | 2 | 110 | 3 | 4 |
| **Language Accomodation** | 5 | 150 | 3 | 4 |

**Total Cost per Cycle**

**Paid Media**

Initial 8M Row 31

Description
Paid Media (social media ads)
NOTE: This breakdown provides a rough estimate of the number of ads we c

| | Approximate number of Ads | Estimated Amount |
|---|---|---|
| **Facebook/Instagram Ads**: $8,0 | 16-20 ads | 8,000 |
| **Google Ads**: $3,000 | 10-15 ads | 3,000 |
| **LinkedIn Ads**: $2,000 | 4-6 ads | 2,000 |
| **X Ads**: $1,000 | 2-4 ads | 1,000 |
| **Snapchat Ads**: $1,000 | 2-4 ads | 1,000 |
| Subtotal for Media Ads | | 15,000 |
| **Radio Ads for 6 weeks** | | 6,000 |
| **Print advertising (36 quarter page ads o** | | 13,333 |
| Total for all Ads | | 34,333 |

|  | $0 | $5,000 | $5,000 | $5,000 |
|---|---|---|---|---|

Recruiting Travel supporting Initial 8M Row 29

| Position Title | No. of candidates | Travel fare (accounting for airfare or land fare including parking) | Lodging (1 night) | Per diem - 2 days to account for travel | Total estimate |
|---|---|---|---|---|---|
| Senior Manager, Communication | 1 | $ 300 | $ 250 | $ 120 | $ 670 |
| Director, Grants & Finance | 3 | 300 | 250 | 120 | 2,010 |
| Program Officer (WA/OR) | 1 | 250 | 250 | 120 | 620 |
| Program Officer (Tribes) | 2 | 250 | 250 | 120 | 1,240 |
| Program Officer (AK/ID) | 2 | 250 | 250 | 120 | 1,240 |
| Grant Administrator (WA/OR) | 1 | 250 | 250 | 120 | 620 |
| Grant Administrator (Tribes) | 2 | 250 | 250 | 120 | 1,240 |
| Grant Administrator (AD/ID) | 2 | 250 | 250 | 120 | 1,240 |
| | | | | | $ 8,880 |

| Honoraria | Review Accomodation | Paid Media | Recruiting Travel |

Total

8000

| Year 2<br>Mar 25 - Feb 26<br>2025 - 2026 | Year 3<br>Mar 26 -Feb 27<br>2026 - 2027 | Close out<br>Y4 (7mo)<br>Mar 27 - Sep 27<br>2027 | Total No. of<br>Cycles | Total |
|---|---|---|---|---|
| $5,000 | | | | $50,000 |
| $30,000 | $30,000 | | | $82,500 |
| $35,000 | $30,000 | $0 | | $132,500 |
| $4,500 | $4,500 | | | $13,125 |
| $4,200 | $4,200 | | | $12,600 |
| | | | 1 | 10,000 |
| 1 | 4 | 1 | 6 | 120,000 |
| 20,000 | 80,000 | 20,000 | | 130,000 |
| 1 | 4 | 1 | | |
| 8,660 | 34,640 | 8,660 | | 51,960 |
| | | | | 4,330 |

| Cost per Cycle | | | | |
|---|---|---|---|---|
| Flight Cost | Per Diem | Ground<br>Transportation | space rental | Total per<br>cycle |
| | 350 | 200 | 200 | 5,750 |

EPA 000955

660

2,250

8,660

:ould run for each

$8,000          $8,000                    $31,000

EPA 000956

EPA 000957

**Other - Subawards**

| Subaward Budget | Total for 3 years of Subaward | | Y1 Total | Y1 Q1 Mar -May 2024 |
|---|---|---|---|---|
| Just Fund | | Direct | 90,910 | |
| | | Indirect | 9,091 | |
| | **300,000** | **Total** | 100,000 | |
| NAP | | Direct | 212,401 | |
| | | Indirect | 21,240 | |
| | **708,499** | **Total** | 233,641 | |
| ATNI | | Direct | 112,343 | |
| | | Indirect | 11,234 | |
| | **379,646** | **Total** | 123,577 | |
| | | | | |
| | **1,388,145** | | 457,219 | - |

| | | |
|---|---|---|
| Cross Check per March submission | 1,388,146 | |
| OOB | (1) | |

**Subaward MTDC Calculation**
Number of Consortium Grants
Number of Small Grants
Apply the Cap
  Subaward cap before October 1, 2024                     75,000
  Subaward cap as of October 1, 2024                          -

| Y1 Q2 June - Aug 24 | Y1 Q3 Sep | Y1 Q3 Oct IDC 15% | Y1 Q3 Nov 24 | Y1 Q4 Dec 24 - Feb 25 | Y2 | Y3 | |
|---|---|---|---|---|---|---|---|
| 36,364 | | 27,273 | | 27,273 | 90,909 | 90,909 | 272,728 |
| 3,636 | | 2,727 | | 2,727 | 9,091 | 9,091 | 27,273 |
| **40,000** | **-** | **30,000** | **-** | **30,000** | **100,000** | **100,000** | 300,000 |
| 77,855 | | 67,273 | | 67,273 | 212,562 | 219,127 | 644,090 |
| 7,786 | | 6,727 | | 6,727 | 21,256 | 21,913 | 64,409 |
| **85,641** | **-** | **74,000** | **-** | **74,000** | **233,818** | **241,040** | 708,499 |
| 50,525 | | 30,909 | | 30,909 | 114,642 | 118,148 | 345,133 |
| 5,053 | | 3,091 | | 3,091 | 11,464 | 11,815 | 34,513 |
| **55,578** | **-** | **34,000** | **-** | **34,000** | **126,106** | **129,962** | 379,646 |
| | | | | | | | |
| 181,218 | | 138,001 | | 138,000 | 459,924 | 471,002 | |

| 3 | | | | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| 75,000 | | | | - | - | - |

As we use IDC de minimus 10% or 15%, the grant DC and IDC has to be manually adjusted to match the to

**300,000**

**708,499**

**379,646**

EPA 000960

EPA 000961

**Travel**

| | No of trips | No of people | No of days | Total person day trips | Flight cost |
|---|---|---|---|---|---|
| Outreach Alaska | 3 | 2 | 4 | **24** | 1,000 |
| Outreach WA | 2 | 2 | 4 | **16** | 300 |
| Outreach ID | 3 | 2 | 4 | **24** | 400 |
| Outreach OR | 2 | 2 | 4 | **16** | 300 |

| conference Attendance | No of conferences | No of people | No of days | | Flights |
|---|---|---|---|---|---|
| conference Alaska | 1 | 2 | 3 | 6 | 1,000 |
| conference WA | 1 | 2 | 3 | 6 | 300 |
| conference ID | 1 | 2 | 3 | 6 | 400 |
| conference OR | 1 | 2 | 3 | 6 | 300 |
| Tribal Conference | 2 | 2 | 3 | 12 | 450 |

**Total Outreach travel including conferences**

| | 68% | | | | |
|---|---|---|---|---|---|
| Support Alaska | 25 | 2 | 3 | 150 | 1000 |
| Support WA | 25 | 2 | 3 | 150 | 300 |
| Support ID | 25 | 2 | 3 | 150 | 400 |
| Suppor't OR | 25 | 2 | 3 | 150 | 300 |

**Support Visits over 3 years**

| Travel to HQ | No of trips | No of people | No of days | | Flights |
|---|---|---|---|---|---|
| Alaska | 1 | 2 | 2 | 1 | 1,000 |
| Oregon | 1 | 1 | 2 | | 300 |
| Idaho | 1 | 1 | 2 | | 400 |
| Washington | 1 | 1 | 2 | | 250 |

| Annual Planning conference | People | Days | | Flights |
|---|---|---|---|---|
| Venue | 10 | 4 | 0 | 500 |
| Meals | | | | |
| Travel to National EJ Planning Me | 3 | 5 | | 800 |

| | no of people | no of cycles | No of days | | Flights |
|---|---|---|---|---|---|
| Underconnected accomodation | 5 | 4 | 1 | | 400 |
| | no of people | per hour | hrs per meeting | | |
| Audio Accomodation (captioning) | 2 | 110 | 3 | 4 | |
| Language Accomodation | | | | | |
| | 5 | 150 | 3 | 4 | |

| Flight Cost Total | Per Diem | Total Per Diem by person by day | Distance (miles) | Gas/Mileage | Total for Gas by dist by trips | Car Rental | Total Car Rental cost for trips all days |
|---|---|---|---|---|---|---|---|
| | | | | 0.655 | | per day | |
| **6,000** | 350 | **8,400** | 130 | 0.655 | **255.45** | 300 | *3600* |
| **1,200** | 250 | **4,000** | 300 | 0.655 | **393.00** | 300 | *2400* |
| **2,400** | 314 | **7,536** | 250 | 0.655 | **491.25** | 300 | *3600* |
| **1,200** | 234 | **3,744** | 400 | 0.655 | **524.00** | 300 | *2400* |

| Flight cost | Per Diem F | Per Diem cos | Distance (miles) | | Per Conferen | Per Year | |
|---|---|---|---|---|---|---|---|
| 2,000 | 350 | 2,100 | 130 | 0.655 | 85.15 | 300 | *900* |
| 600 | 250 | 1,500 | 300 | 0.655 | 196.50 | 300 | *900* |
| 800 | 314 | 1,884 | 250 | 0.655 | 163.75 | 300 | *900* |
| 600 | 234 | 1,404 | 400 | 0.655 | 262.00 | 300 | *900* |
| 1,800 | 300 | 3,600 | 400 | 0.655 | 524.00 | 300 | *1800* |
| 50000 | 350 | 52500 | 130 | 0.655 | 2,128.75 | 300 | *22,500* |
| 15000 | 250 | 37500 | 300 | 0.655 | 4,912.50 | 300 | *22,500* |
| 20000 | 314 | 47100 | 250 | 0.655 | 4,093.75 | 300 | *22,500* |
| 15000 | 234 | 35100 | 400 | 0.655 | 6,550.00 | 300 | *22,500* |

| Flight cost | Per Diem Rate | Per Diem cost Total | |
|---|---|---|---|
| 2,000 | 250 | 1,000 | 3,000 |
| 300 | 250 | 500 | 800 |
| 400 | 250 | 500 | 900 |
| 250 | 250 | 500 | 750 |

| | Per Diem | | Airport Transfers | | Ground Transport per day | |
|---|---|---|---|---|---|---|
| 5,000 | 350 | 14,000 | 200 | 2,000 | | |
| | | | 0 | | | |
| 2,400 | 350 | 5,250 | 200 | 600 | 75 | 1,125 |

200

EPA 000964

| Flight Cost | Per Diem | Ground Transportation | space rental | | |
|---|---|---|---|---|---|
| | 350 | 200 | 200 | 5,750 | 23,000 |
| | | | | per cycle | per year |
| | | | | 660 | 2,640 |
| | | | | 2,250 | 9,000 |
| | | | | 8,660 | **34,640** |

EPA 000965

|  | Total |
|---|---|

| $ | 18,255.45 |
| $ | 7,993.00 |
| $ | 14,027.25 |
| $ | 7,868.00 |
|  | $ | 48,143.70 |
| average trip costs | $ | 3,008.98 |

| $ | 5,085.15 |
| $ | 3,196.50 |
| $ | 3,747.75 |
| $ | 3,166.00 |
| $ | 7,724.00 |
| Total Annual | $ | 22,919.40 |
| average trip costs | $ | 3,819.90 |

| **Year 1** | **$** | **71,063.10** |

| $ | 127,128.75 |
| $ | 79,912.50 |
| $ | 93,693.75 |
| $ | 79,150.00 |
|  | $ | 379,885.00 |

**5,450**

**21,000**

**9,375**

EPA 000966

EPA 000967

275

275

| Effective | GL Code | Debit | estimate 2nd haf mar | March estimate |
|---|---|---|---|---|
| | 7880 | 0.00 | | |
| 3/12/2024 | 7880 | 100.00 | 100.00 | 200.00 |
| 3/15/2024 | 7100 | 1,375.05 | 1,375.05 | 2,750.10 |
| 3/15/2024 | 7100 | 952.54 | 952.54 | 1,905.08 |
| 3/15/2024 | 7100 | 1,428.29 | 1,428.29 | 2,856.58 |
| 3/15/2024 | 7100 | 1,701.18 | 1,701.18 | 3,402.36 |
| 3/15/2024 | 7100 | 300.96 | 300.96 | 601.92 |
| 3/15/2024 | 7100 | 668.66 | 668.66 | 1,337.32 |
| | | 6,526.68 | 0.00 | |
| Report Opening/Current Balance | | 0.00 | 0.00 | |
| Report Transaction Totals | | 6,526.68 | 0.00 | |
| Report Current Balances | | 6,526.68 | 0.00 | |
| Report Difference | | 6,526.68 | | |

| Description | Session ID | Name | Document Number |
|---|---|---|---|
| Opening Balance | | | |
| Accounting Services 3.6.24 - 3.12.24 | AP2403007 | Angelica Johnson | Johnson 3.12.24 |
| Payroll Crystal 3.15.24 | CD2403027 | Danielle Crystal | 2776 |
| Payroll Higashi 3.15.24 | CD2403027 | Meredith Higashi | 2780 |
| Payroll Hunter 3.15.24 | CD2403027 | Lyn Hunter | 2781 |
| Payroll Jackson 3.15.24 | CD2403027 | Rachel Jackson | 2782 |
| Payroll Madan 3.15.24 | CD2403027 | Pragya Madan | 2786 |
| Payroll Nishi 3.15.24 | CD2403027 | Jill NIshi | 2788 |

Transaction Total

EPA 000970

5N - 02J63901 - 1    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 02J63901<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 5N | DATE OF AWARD<br>12/20/2024 |
|---|---|---|---|
| | | TYPE OF ACTION<br>Augmentation: Increase | MAILING DATE<br>12/26/2024 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>PEND |

| RECIPIENT TYPE:<br>Not for Profit | Send Payment Request to:<br>rtpfc-grants@epa.gov |
|---|---|
| RECIPIENT:<br><br>PHILANTHROPY NORTHWEST<br>600 UNIVERSITY ST STE 1725<br>SEATTLE, WA 98101-4120<br>EIN: 91-1110995 | PAYEE:<br><br>PHILANTHROPY NORTHWEST<br>600 UNIVERSITY ST STE 1725<br>SEATTLE, WA 98101-4120 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Meredith Higashi<br>600 University St, Suite 1725<br>Seattle, WA 98101-3144<br>**Email:**<br>**Phone:** | Martha Tomlinson<br>1200 Sixth Ave, Suite 155<br>Seattle, WA 98101-3144<br>**Email:** Tomlinson.MarthaScott@epa.gov<br>**Phone:** 206-553-8696 | Lacey Davidson<br>1200 6th Ave., Suite 155<br>Seattle, WA 98101-3144<br>**Email:** davidson.lacey@epa.gov<br>**Phone:** 206-553-0758 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Northwest Network for Environmental Justice-Subsequent Award

This amendment adds $10,000,000 in EPA supplemental funding, fully funds the award, and updates all administrative and programmatic terms and conditions. The updated conditions do not apply retroactively to funds already expended; they apply only to unexpended funds and the new monies added to the agreement.

| BUDGET PERIOD<br>11/01/2024 - 10/31/2027 | PROJECT PERIOD<br>11/01/2024 - 10/31/2027 | TOTAL BUDGET PERIOD COST<br>$ 52,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 52,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 02/28/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 10,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 52,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 10, EPA Region 10<br>Mail Code: 17-C04, 1200 Sixth Avenue, Suite 155<br>Seattle, WA 98101 | U.S. EPA, Region 10, MSD<br>OEJECR - Office of Environmental Justice and External Civil Rights<br>1200 Sixth Ave, Suite 155<br>Seattle, WA 98101-3144 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| Digital signature applied by EPA Award Official Andrea Manion - Grants Management Officer | DATE<br>12/20/2024 |

EPA 000971

5N - 02J63901 - 1    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 42,000,000 | $ 10,000,000 | $ 52,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 42,000,000 | $ 10,000,000 | $ 52,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB097 | 2226 | BSF5 | WF | 000W57XK1 | 4140 | - | - | $ 10,000,000 |
| | | | | | | | | | $ 10,000,000 |

**EPA 000972**

5N - 02J63901 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 800,352 |
| 2. Fringe Benefits | $ 184,079 |
| 3. Travel | $ 673,502 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 39,700 |
| 6. Contractual | $ 745,481 |
| 7. Construction | $ 0 |
| 8. Other | $ 48,083,671 |
| 9. Total Direct Charges | $ 50,526,785 |
| 10. Indirect Costs: 0.00 % Base | $ 1,473,215 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 52,000,000 |
| 12. Total Approved Assistance Amount | $ 52,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 10,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 52,000,000 |

EPA 000973

# Administrative Conditions

**General Terms and Conditions**

The General Terms and Conditions of this agreement are updated in accordance with the link below. However, these updated conditions apply solely to the funds added with this amendment and any previously awarded funds not yet disbursed by the recipient as of the award date of this amendment. The General Terms and Conditions cited in the original award or prior funded amendments remain in effect for funds disbursed by the recipient prior to the award date of this amendment.

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later.

These terms and conditions are binding for disbursements and are in addition to or modify the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A.  Correspondence Condition

The terms and conditions of this agreement require the submittal of reports, specific requests for approval, or notifications to EPA.  Unless otherwise noted, all such correspondence should be sent to the following email addresses:

- Federal Financial Reports (SF-425):  rtpfc-grants@epa.gov

- MBE/WBE reports (EPA Form 5700-52A):  R10grants@epa.gov

- All other forms/certifications/assurances, Indirect Cost Rate Agreements, Requests for Extensions of the Budget and Project Period, Amendment Requests, Requests for other Prior Approvals, updates to recipient information (including email addresses, changes in contact information or changes in authorized representatives) and other notifications: R10grants@epa.gov

- Requests for Extensions of the Budget and Project Period, Quality Assurance documents, workplan revisions, equipment lists, programmatic reports and deliverables, Amendment Requests, Requests for other Prior Approvals: Tomlinson.MarthaScott@epa.gov

- Administrative questions and issues: davidson.lacey@epa.gov

## Programmatic Conditions

**Environmental Justice Thriving Communities Grantmaking (TCGM) Program Cooperative Agreement Terms and Conditions - SUBSEQUENT AWARD (UPDATED 10/07/24)**

**In addition to these programmatic Terms and Conditions, please refer to the General Terms and Conditions (in effect as of October 2024).**

**A. Eligibility Requirements for Subgrants**

Subgrant eligibility

Grantmakers have flexibility to determine certain priorities for eligible subrecipients and activities that best meet the needs of their respective regions, in consultation with EPA.  However, eligibility must fall within the following statutory and policy parameters:

Eligible Subrecipients are as follows:

- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories

Ineligible Subrecipients include:

- Individuals
- For-profit businesses, unless EPA's Award Official makes an exception based on factors such as those described in Appendix A of EPA's Subaward Policy.
- State governments
- Foreign entities of concern.

The term "foreign entity of concern" means a foreign entity that is—

(A) designated as a foreign terrorist organization by the Secretary of State under section 1189(a) of Title 8;

(B) included on the list of specially designated nationals and blocked persons maintained by the Office of Foreign Assets Control of the Department of the Treasury (commonly known as the "SDN list");

(C) owned by, controlled by, or subject to the jurisdiction or direction of a government of a foreign country that is a covered nation (as defined in section 4872(d)(2) of Title 10); or

(D) alleged by the Attorney General to have been involved in activities for which a conviction was obtained under  (i) chapter 37 of title 18 (commonly known as the "Espionage Act"); (ii) section 951 or 1030 of title 18; (iii) chapter 90 of title 18 (commonly known as the "Economic Espionage Act of 1996"); (iv) the Arms Export Control Act ( 22 U.S.C. 2751 et seq.); (v) section 224, 225, 226, 227, or 236 of the Atomic Energy Act of 1954 ( 42 U.S.C. 2274 , 2275, 2276, 2277, and 2284); (vi) the Export Control Reform Act of 2018 ( 50 U.S.C. 4801 et seq.); or (vii) the International Emergency Economic Powers Act ( 50 U.S.C. 1701 et seq.).

Eligible Beneficiaries

 As required by Clean Air Act Section 138 (CAA 138), codified at 42 U.S.C. 7438, activities carried out by the Grantmaker or funded by Grantmaker subawards must benefit disadvantaged communities, defined by the EPA Administrator as any community that meets at least one of the following characteristics:

- Identified as disadvantaged by the Climate and Economic Justice Screening Tool (CEJST);
- Any census block group that is at or about the 90th percentile for any of EJScreen's Supplemental Indexes when compared to the nation or state; and / or
- Any geographic area within Tribal lands as included in EJScreen, which include:
  - Alaska Native Allotments
  - Alaska Native Villages
  - American Indian Reservations
  - American Indian Off-reservation Trust Lands
  - Oklahoma Tribal Statistical Areas

Eligible activities

Grantmakers may engage in and fund only those activities that are authorized by CAA 138, which include:

- Community-led air and other pollution monitoring, prevention, and remediation, and investments in low- and zero emission and resilient technologies and related infrastructure;
- Workforce development that help reduce greenhouse gas emissions and other air pollutants;
- Mitigating climate and health risks from urban heat islands, extreme heat, wood heater emissions, and wildfire events;
- Climate resiliency and adaptation;
- Reducing indoor toxics and indoor air pollution; or
- Facilitating engagement of disadvantaged communities in State and Federal advisory groups, workshops, rulemakings, and other public processes.

Ineligible activities

Ineligible activities include, but are not limited to:

- Any activity that violates applicable federal civil rights statutes prohibiting discrimination, including but not limited to Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, Federal Water Pollution Control Act Amendments of 1972, and implementing EPA regulations.
- Lobbying, as defined at 2 CFR 200.450;
- Defense and prosecution of criminal and civil proceedings, claims, appeals and patent infringements,

as defined at 2 CFR 200.435;

- Carrying out protests, demonstrations, boycotts, or disinvestment campaigns; and
- Any activity to encourage actions that violate Federal, state or local law including, but not limited to, provisions relating to unlawful assembly, trespass, inciting violence, and failing to obey the lawful orders of law enforcement personnel.


## B. Establishing and Managing Subawards

Grantmakers are required to distribute eighty percent of their fifty-million-dollar award in three years through competitive and non-competitive subgrants to be completed within the project period of the subsequent award.  These awards should be to eligible subrecipients to carry out activities described in the Notice of Funding Opportunity that benefit disadvantaged communities as defined by the Administrator, in accordance with Clean Air Act 138(b)(1). Grantmakers making pass-through subawards must comply with applicable provisions of 2 CFR Part 200 and the EPA Subaward Policy. As a pass-through entity, the recipient agrees to:

1) Be responsible for selecting subrecipients and as appropriate conducting subaward competitions using a system for properly differentiating between subrecipients and procurement contractors under the standards at 2 CFR 200.331 and EPA's supplemental guidance in Appendix A of the EPA Subaward Policy.

    (a) For-profit organizations and individual consultants, in almost all cases, are not eligible subrecipients under EPA financial assistance programs and the pass-through entity must obtain prior written approval from EPA's Award Official for subawards to these entities unless the EPA- approved budget and work plan for this agreement contain a precise description of such subawards.

    (b) Stipends and travel assistance for trainees (including interns) and similar individuals who are not employees of the pass-through entity must be classified as participant support costs rather than subawards, as defined at 2 CFR 200.1 and described in EPA's Guidance on Participant Support Costs.

    (c) Subsidies, rebates, and similar payments to participants in EPA funded programs to encourage environmental stewardship are also classified as participant support costs as provided in 2 CFR 1500.1 and EPA's Guidance on Participant Support Costs.

2) Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by 2 CFR 200.332(b). EPA has developed a template for subaward agreements that is available in Appendix D of the EPA Subaward Policy.

3) Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier (UEI)." The UEI is required by 2 CFR Part 25 and 2 CFR 200.332(b)(1). Subrecipients are not required to complete full System for Award Management (SAM) registration to obtain a UEI. Information on how to obtain a UEI is available at the SAM Internet site: https://www.sam.gov/SAM/ and in EPA's General Term and Condition "System for Award Management and Universal Identifier Requirements" of the pass-through entity's agreement with the EPA.

4) Ensure that subrecipients are aware that they are subject to the same cross-cutting legal and policy requirements as the Grantmaker's award as required by 2 CFR 200.332(b)(2). These requirements include, among others:

    (a) Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable.

    (b) Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition passthrough entity's agreement with EPA entitled "Reporting Subawards and Executive Compensation." Page 8 of 42

    (c) Limitations on individual consultant fees as set forth in 2 CFR 1500.10 and the General Condition of

the pass-through entity's agreement with EPA entitled "Consultant Fee Cap."

(d) EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled "Management Fees."

(e) The Procurement Standards in 2 CFR Part 200 including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants). EPA provides general information on other statutes, regulations and Executive Orders on the Grants internet site at www.epa.gov/grants. Many Federal requirements are agreement or program specific and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

5) Ensure, for states and other public recipients, that subawards are not conditioned in a manner that would disadvantage applicants for subawards based on their religious character.

6) Establish and follow a system for evaluating subrecipient's risks of noncompliance or fraud as required by 2 CFR 200.332(c) and document the evaluation. When evaluating a subrecipient's risk, a passthrough entity should consider the following: (a) Prior experience with same or similar subawards (b) Results of previous audits; (c) Whether new or substantially changed personnel or systems, and; (d) Extent and results of any Federal agency or the pass-through entity's monitoring

7) Establish and follow a process for deciding whether to impose additional requirements on subrecipients based on risk factors as required by 2 CFR 200.332(d). Examples of additional requirements authorized by 2 CFR 200.208 include:

(a) Requiring payments as reimbursements rather than advance payments;

(b) Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance within a given period of performance;

(c) Requiring additional, more detailed financial reports;

(d) Requiring additional project monitoring;

(e) Requiring the non-Federal entity to obtain technical or management assistance, and

(f) Establishing additional prior approvals

8) Establish and follow a system for monitoring subrecipient performance that includes the elements required by 2 CFR 200.332(e) and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9) Establish and maintain an accounting system which ensures compliance with the $50,000 limitation on Modified Total Direct Costs per subaward, if applicable, for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

10) Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA), prior to awarding a subaward to a foreign or international organization, or a subaward to be performed in a foreign country even if that subaward is described in a proposed scope of work.

11) Obtain written approval from EPA's Award Official for any subawards that are not described in the approved work plan in accordance with 2 CFR 200.308.

12) Obtain the written approval of EPA's Award Official prior to awarding a subaward to an individual if the

EPA-approved scope of work does not include a description of subawards to individuals.

13) Establish and follow written procedures under 2 CFR 200.302(b)(7) for determining that subaward costs are allowable in accordance with 2 CFR Part 200, Subpart E and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

14) Establish and maintain a system under 2 CFR 200.332(e)(3) and 2 CFR 200.521 for issuing management decisions for audits of subrecipients that relate to Federal awards. However, the recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are reimbursed or mitigated through offset with allowable costs whether the recipient recovers those costs from the subrecipient or not.

15) As provided in 2 CFR 200.333, pass-through entities must obtain EPA approval to make fixed amount subawards. EPA is restricting the use of fixed amount subawards to a limited number of situations that are authorized in official EPA pilot projects. Recipients should consult with their EPA Project Officer regarding the status of these pilot projects. By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 14 above or will refrain from making subawards until the systems are designed and implemented.

## C.  PERFORMANCE REPORTING AND FINAL PERFORMANCE REPORT

### Performance Reporting – Content

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include brief information on each of the following areas: 1) A comparison of actual accomplishments to the outputs/outcomes established in the assistance agreement work plan for the period; 2) The reasons why established outputs/outcomes were not met; and 3) other pertinent information, including, when appropriate, analysis and explanation of cost overruns or high unit costs. This description may include overall best practices and/or lessons learned over the project performance period, and attachments and links for materials that may be helpful to other Environmental Grants recipients or similar organizations (e.g., tip sheets, "how-to" sheets, communication materials, outreach materials, web tools, etc.).

These reports shall cover work status, work progress, difficulties encountered, preliminary data results and a statement of activity anticipated during the subsequent reporting period, including a description of equipment, techniques, and materials to be used or evaluated. A discussion of cumulative and period comparison of project budget and expenditures, coupled with a comparison of the percentage of the project completed and in relation to project schedule and an explanation(s) of significant discrepancies must be included in the report. The report shall also include any changes of key personnel concerned with the project.

Additionally, the recipient agrees to inform EPA within 30 calendar days about problems, delays, or adverse conditions that may materially impair the ability to meet the outputs/outcomes specified in the assistance agreement work plan.

### Performance Reporting - Frequency

The recipient agrees to submit quarterly performance reports electronically to the EPA Project Officer on the designated quarterly due date(s). If **due date falls on a federal holiday or weekend, it is due the following business day.** The period end and due dates are listed in the below table.

| PERIOD ENDING | QUARTERLY DUE DATES |
|---|---|
| September 30 | October 31 |
| December 31 | January 31 |

| March 31 | April 30 |
| June 30 | July 31 |

The first quarterly report is due at the end of the first full quarter following the execution of the agreement, unless the recipient has incurred pre-award costs. If the recipient is authorized to incur pre-award costs, the grant performance period begins on the date costs were first incurred, and the recipient would provide a quarterly performance report following the end of the first full quarter after that date. Quarterly reports will continue thereafter and throughout the remainder of the performance period. The recipient must submit the final performance report no later than 120 calendar days after the end date of the period of performance as identified in this agreement. The final report must document all project activities occurring during the Period of Performance and as outlined in the executed agreement. However, please be advised that the statutory three-year performance period for this grant program may not be extended. Any costs incurred after the end of the performance period are the responsibility of the recipient and may not be charged to the grant.

## Subaward Performance Reporting

The recipient must report on its subaward monitoring activities under 2 CFR 200.332(e). Pass-through entity monitoring of the subrecipient must include:

1. Review of financial and programmatic reports.

2. Follow-up on action plans noting findings/deficiencies identified from site visits and/or desk reviews to ensure effective subrecipient performance.

3. Quantitative environmental results the subrecipient achieved, the place of performance (eg. Census Tract ID, zip code, latitude / longitude) and a narrative discussion of any qualitative improvements of environmental conditions in the target community.

4. Summaries of audit findings and related pass-through-entity management decisions.

5. Any disagreements or potential challenges with subrecipients that may interfere with the completion of subgrant performance, and actions the pass-through entity has taken to mitigate them.

6. Actions the pass-through entity has taken to correct deficiencies such as those specified at 2 CFR 200.332 (f), 2 CFR 200.208 and the 2 CFR Part 200.339 Remedies for Noncompliance.

7. Summaries of collaborative governance activities and impacts with communities, project partners, and Technical Assistance providers (TCTACs, contractors, etc.) including quantitative measures and place of performance of outreach, engagement, and implementation of feedback.

8. Quantity of, the place of performance and qualitative summaries of capacity building activities for severely capacity-constrained communities.

9. Summaries of reach in underserved communities, communities in urban, remote, and rural areas, and community stakeholders with the highest degree of burden and capacity constraints throughout the entire Geographic Area.

## Subaward Performance Reporting on Milestones of Activities for Fixed-Amount Awards

Grantmakers have limited reporting requirements for fixed-amount. The recipient must at minimum report on subrecipients' fixed-amount subaward milestones via the quarterly performance reports, as well as any other reporting requirements agreed upon by the Grantmaker and the fixed-amount subaward recipient, as described in the Fixed Amount Subaward memo. Fixed Amount Subaward Performance reporting will be in accordance with **applicable requirements specified in 2 CFR Parts 200 and 1500, which will apply to**

**EPA 000980**

fixed-amount subawards absent a case-specific exception requested by a Grantmaker, concurred by the OEJECR Project Officer and approved by OGD. Note: Each Grantmaker will define "Severely Capacity Constrained." Grantmakers will also design policies and procedures to limit the number of EJ Thriving Communities Subgrants that a single entity may receive within a specified time period to maximize the diversity and breadth of subrecipients.

**Examples of Fixed Amount Subaward Performance reporting include but are not limited to:**

1. Monitoring plans paid on a milestone basis with an initial amount paid prior to the development of the plan, followed by a second payment upon completion of the draft plan, with a final payment when the plan is complete.

2. Lump sum payments for equipment purchases (e.g. air monitoring devices) based on invoices provided by the subrecipient.

3. Upfront costs of no more than 25%, except with permission of the Project Officer, with subsequent milestone-based payments.  For example, sampling projects paid on a milestone basis with 25% for upfront expenses, 25% for data collection, 25% for data analysis, 25% for final report completion.

**Fixed-Amount Subaward Monitoring and Compliance**

**As provided in 2 CFR 200.102(c), the Award Official is authorized to waive or modify the following regulatory requirements for subrecipients receiving fixed-amount subawards:**

1. Competition requirements specified in 2 CFR Part 200 and Part 1500 with the exception of the statutory consultant fee cap implemented at 2 CFR 1500.10.

2. Records required to document personnel compensation under 2 CFR 200.430 and 2 CFR 200.431.

3. Financial requirements at 2 CFR 200.302(b) with the exception of accounting records and documentation required to demonstrate achievement of agreed upon milestones such as invoices for equipment or facility rental, fees paid, stipends earned, and similar fixed-amount transactions.

4. Internal controls described at 2 CFR 200.303 with the exception of an internal control protocol for ensuring that fixed-amount subrecipients only request payment from the pass-through entities upon completion of agreed upon milestones.

5. Property standards in 2 CFR Part 200 with the exception of 2 CFR 200.315 as implemented in EPA's General Term and Condition Data and Copyrighted Materials relating to EPA's "Federal Purpose" license in data and written materials produced with EPA funds.

6. Subrecipient and contractor determinations in 2 CFR 200.331 and corresponding provisions of the EPA Subaward Policy.

7. Indirect costs authorized by 2 CFR 200.332(b)(4). Fixed amount subrecipients do not incur indirect costs.

8. Reports on real or personal property required when closing out a subaward specified in 2 CFR 200.344(g).

**D. The pass-through entities must have pricing procedures that prevent subrecipients from "profiting" from fixed-amount subawards by precluding payments for "management fees" or other amounts in excess of anticipated costs for the activity.**

Grantmakers will use the following methods to ensure compliance for tracking and monitoring activities:

1. Establishing the content of periodic and final performance and financial reports for each fixed-amount

subaward.

2. Obtaining a budget description of planned expenditures to be refunded if an activity or event does not take place, a report or analysis is not completed, or the subrecipient does not otherwise perform as promised.

3. Certification in writing to the pass-through entity at the end of the fixed-amount subaward that the project or activity was completed, or the level of effort was expended. If the required level of activity or effort was not carried out, the amount of the fixed-amount subaward must be adjusted and any excess funds refunded.

4. Requiring prior written approval of the pass-through entity for any changes in principal investigator, project leader, project partner, or scope of effort.

## E. Review and Oversight

1. Work Product - The recipient agrees that any product (e.g., publication, outreach materials, training manuals) produced through this assistance agreement and made available for public view must be first reviewed by the EPA Project Officer for comment before release. The recipient shall make all final decisions on the product content.

2. Monthly Calls - The recipient shall consult with the EPA Project Officer on a monthly basis to obtain input on program activities and products produced. However, the recipient should make all final decisions on project implementation and product content. The EPA Project Officer has discretion to change the frequency with which calls are held.

3. Prior Approval - Any proposed changes to the project must be submitted in writing to the EPA Project Officer and Grant Specialist for EPA approval prior to implementation. The recipient incurs costs at its own risk if it fails to obtain written approval before implementing any changes.

## F. Post-Project Period Follow-up and Engagement

For no less than one year after completion of the project, the recipient agrees to periodically update its designated EPA Project Officer on current community-based and environmental justice work the recipient is performing and how/if that work relates to its now completed EJ TCGM project. These periodic updates may include (but are not limited to) recent local media reports, additional grant funding received, new initiatives, and developing partnerships. The EPA EJ Grants program is invested in the long-term success of each EJ Grant recipient and its long-term impact on addressing the disproportionate environmental and public health impacts plaguing their communities. These post-project period updates allow the EJ Grants program to provide past recipients with additional guidance about applicable funding opportunities, potential collaborations, and technical assistance that may assist recipients in their future work. Periodic updates also allow the program to track best practices that lead to greater project sustainability and long-term community revitalization for impacted community residents. The frequency of these periodic updates will be by mutual agreement and will be discussed with the recipient before the end of the project period. Recipients are also encouraged to continue providing updates and engaging with their EPA Project Officers beyond the additional year after the end of the project.

*NOTE – Compliance with this term & condition will not give the recipient priority during future EPA EJ grant competitions and is not a guarantee for future EPA grant funding. Additionally, the recipient agrees not to submit a claim for compensation to EPA for providing these updates. Project Officers are encouraged to engage with their Grantmakers to fulfill post-period follow-up, but are not to document non-compliance.

## G.  Cybersecurity Condition

(a) The recipient agrees that when collecting and managing environmental data under this assistance agreement, it will protect the data by following all applicable State or Tribal law cybersecurity requirements.

(b) (1) EPA must ensure that any connections between the recipient's network or information system and EPA

networks used by the recipient to transfer data under this agreement, are secure. For purposes of this Section, a connection is defined as a dedicated persistent interface between an Agency IT system and an external IT system for the purpose of transferring information. Transitory, user-controlled connections such as website browsing are excluded from this definition.

If the recipient's connections as defined above do not go through the Environmental Information Exchange Network or EPA's Central Data Exchange, the recipient agrees to contact the EPA Project Officer (PO) no later than 90 days after the date of this award and work with the designated Regional/Headquarters Information Security Officer to ensure that the connections meet EPA security requirements, including entering into Interconnection Service Agreements as appropriate. This condition does not apply to manual entry of data by the recipient into systems operated and used by EPA's regulatory programs for the submission of reporting and/or compliance data.

(2) The recipient agrees that any subawards it makes under this agreement will require the subrecipient to comply with the requirements in (b)(1) if the subrecipient's network or information system is connected to EPA networks to transfer data to the Agency using systems other than the Environmental Information Exchange Network or EPA's Central Data Exchange. The recipient will be in compliance with this condition: by including this requirement in subaward agreements; and during subrecipient monitoring deemed necessary by the recipient under 2 CFR 200.332(e), by inquiring whether the subrecipient has contacted the EPA Project Officer. Nothing in this condition requires the recipient to contact the EPA Project Officer on behalf of a subrecipient or to be involved in the negotiation of an Interconnection Service Agreement between the subrecipient and EPA.

## H.  Competency Policy

**Competency of Organizations Generating Environmental Measurement Data**

In accordance with Agency Policy Directive Number FEM-2012-02, <u>Policy to Assure the Competency of Organizations Generating Environmental Measurement Data under Agency-Funded Assistance Agreements,</u> Recipient agrees, by entering into this agreement, that it has demonstrated competency prior to award, or alternatively, where a pre-award demonstration of competency is not practicable, Recipient agrees to demonstrate competency prior to carrying out any activities under the award involving the generation or use of environmental data. Recipient shall maintain competency for the duration of the project period of this agreement and this will be documented during the annual reporting process.  A copy of the Policy is available online at https://www.epa.gov/sites/production/files/2015-03/documents/competency-policy-aaia-new.pdf or a copy may also be requested by contacting the EPA Project Officer for this award.

## I. Procurement Terms and Conditions

The recipient agrees to conduct all procurement actions under this assistance agreement in accordance with the procurement standards set forth in Title 2 CFR, Parts 200.317 through 200.327, 2 CFR Part 1500 and 40 CFR Part 33.  EPA provides additional guidance on complying with these requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements which is available at https://www.epa.gov/grants/best-practice-guide-procuring-services-supplies-and-equipment-under-epa-assistance.   Any costs incurred by the recipient under contracts and/or small purchases that EPA determines to be in noncompliance with EPA procurement standards shall be unallowable for Federal reimbursement.

As provided by 2 CFR 200.310 recipients or subrecipient must ensure that subrecipients acquire insurance equal to the amount of the purchased items to protect against loss, damage and theft if a subaward includes cost for equipment. Costs for such insurance are allowable under this agreement.

## J.  Geospatial Data Standards

All geospatial data created must be consistent with Federal Geographic Data Committee (FGDC) endorsed standards.  Information on these standards may be found at https://www.fgdc.gov/.

## K.  Quality Assurance

Authority: Quality Assurance applies to all assistance agreements involving environmental information as defined in 2 C.F.R. § 1500.12 Quality Assurance.

The recipient shall ensure that subawards involving environmental information issued under this agreement include appropriate quality requirements for the work. The recipient shall ensure sub-award recipients develop and implement the Quality Assurance (QA) planning documents in accordance with this term and condition; and ensure sub-award recipients implement all applicable approved QA planning documents. In consultation with your Project Officer and the Regional Quality Assurance Manager, select the appropriate plan based on the following options to implement in the Subsequent Award:

**NOTE: The Grantmaker will need to develop a management strategy for receiving, reviewing and assisting sub-award recipients with QAPP needs.**

**1. Quality Management Plan (QMP)**

a. Prior to reviewing Thriving Communities subgrant applications, the recipient must:

i. Develop a QMP,

ii. Prepare the QMP in accordance with the current version of EPA's Quality Management Plan (QMP) Standard. Submit the document for EPA review,

iii. Obtain EPA Quality Assurance Manager or designee (hereafter referred to as QAM) approval.

b. The recipient must submit the QMP within 90 days after grant award

c. The recipient must review their approved QMP at least annually. These documented reviews shall be made available to the sponsoring EPA organization if requested. When necessary, the recipient shall revise its QMP to incorporate minor changes and notify the EPA PO and QAM of the changes. If significant changes have been made to the Quality Program that affect the performance of environmental information operations, it may be necessary to re-submit the entire QMP for re-approval. In general, a copy of any QMP revision(s) made during the year should be submitted to the EPA PO and QAM in writing when such changes occur. Conditions requiring the revision and resubmittal of an approved QMP can be found in section 6 of EPA's Quality Management Plan (QMP) Standard.

**2. Quality Assurance Project Plan (QAPP)**

a. Prior to beginning environmental information operations, the recipient and/or sub-award recipient must complete one of the following:

Option 1

i. Develop a QAPP,

ii. Prepare QAPP in accordance with the current version of EPA's Quality Assurance Project Plan (QAPP) Standard,

iii. Submit the document for EPA review, and

iv. Obtain EPA Quality Assurance Manager approval.

**OR**

Option 2

i. Submit a previously EPA-approved QAPP proposed to ensure the collected, produced, evaluated, or used environmental information is of known and documented quality for the intended use(s).

ii. The EPA Quality Assurance Manager will notify the recipient and EPA Project Officer (PO) in writing if the previously EPA-approved QAPP is acceptable for this agreement.

b. The sub-award recipient must review their approved QAPP at least annually. The recipient shall notify the PO and QAM when substantive changes are needed to the QAPP. EPA may require the QAPP be updated and re-submitted for approval.

**For Reference:**

• Quality Management Plan (QMP) Standard and EPA's Quality Assurance Project Plan (QAPP) Standard; contain quality specifications for EPA and non-EPA organizations and definitions applicable to these terms and conditions.

• EPA QA/G-5: *Guidance for Quality Assurance Project Plans*.

• (QAM and/or PO may insert QA references that inform or assist the recipient here).

• EPA's Quality Program website has a list of QA managers, and Non-EPA Organizations Quality Specifications.

• The Office of Grants and Debarment Implementation of Quality Assurance Requirements for Organizations Receiving EPA Financial Assistance.

**L. Human Subjects Research Review Process**

(a) *Applications involving human subjects.* (1) Protecting the rights, safety, and welfare of human subjects involved in research supported by EPA grants is the responsibility of the institution which receives or is accountable to EPA for the funds awarded for the support of the project.

(2) Institutions engaged in research involving human subjects, with the exception of research eligible for exemption under 40 CFR 26.104, must submit to EPA for review, approval, and official acceptance, written evidence of a Federal wide Assurance (FWA) on file with the U.S. Department of Health and Human Services (HHS) or other agency that their institution will comply with regulatory provisions in the Common Rule (codified by EPA at as 40 CFR 26 Part A).

(3) Applicants must provide documentation with each proposal of research involving human subjects that it has been reviewed in accordance with the institution's assurance and in compliance with the Common Rule. Review and approval by the EPA Human Subject Research Review Official (HSRRO) to determine compliance with 40 CFR 26 and EPA Order 1000.17 (series) must occur before research involving human subjects may commence.

**M.  Program Income**

In accordance with 2 CFR 200.307(b) and 2 CFR 1500.8(b), the recipient is hereby authorized to retain program income earned during the project period.

Project Officers must choose one or more of the options below per their approval in the Finding Recommendation and delete the options not applicable. The default use of the program income under 2 CFR 1500.8(b) is "Addition."

The recipient agrees to use the following method for applying income:

1. Addition. Program income is added to the total allowable costs, increasing the overall total amount of the

award. Program income must be used for the original purpose of the award and under the conditions of the assistance agreement.

The recipient must provide as part of its [Insert Quarterly, Semi-annual, or Annual and Final] performance report, a description of how program income is being used. Further, a report on the amount of program income earned during the award period must be submitted with the [Insert Quarterly, Semi-annual, or Annual and Final] Federal Financial Report, Standard Form 425.

Note: During budget negotiations program offices may authorize the recipient to deduct costs incurred in generating program income from gross program income to determine net program income as provided at 2 CFR 200.307(d). In these cases the program income T&C must include the following additional statement:

In accordance with 2 CFR 200.307(d) costs incidental to generating program income may be deducted from gross income to determine program income, provided these costs have not been charged to the EPA award. The recipient must retain adequate accounting records to document that any costs deducted from program income comply with regulatory requirements.  Further, the recipient must report program income on the Federal Financial Report, SF425. The recipient should refer to the General Terms and Conditions "Federal Financial Reporting (FFR)" for more information on the SF 425.

## N.  Use of Logos and Icons

**Programmatic guidance for the appropriate use of the icons and logos either together, with other partner icons or individually will be provided.**

If the EPA logo is appearing along with logos from other participating entities on websites, outreach materials, or reports, it must **not** be prominently displayed to imply that any of the recipient or subrecipient's activities are being conducted by the EPA. Instead, the EPA logo should be accompanied with a statement indicating that Philanthropy Northwest or a subrecipient received financial support from the EPA under an Assistance Agreement. More information is available at: https://www.epa.gov/stylebook/using-epa-seal-and-logo#policy

### Grantmaker Icon

**The Thriving Communities Grantmaking Program (TCGM) Icon will be designed by the EPA with Grantmaker input and approved by the EPA PROTRAC process,** used to monitor the concept proposal, development, review and approval of EPA print, infographics, audio, video and social media content/products for internal and external release, as well as Esri Products (Story Maps and Hub sites) for external publishing only. PROTRAC ensures all content created is consistent, appropriate and in alignment with current agency messages, and follows EPA branding guidelines**. The icon will represent the "programmatic identity" of the Grantmaker program, and may be used alone or in conjunction with the EPA and grant recipient's logos' or individual Grantmaker's logo. The approved TCGM programmatic icon must remain intact and unmodified.**  Modifying icons to specifically identify a program office or region are not permitted. NOTE: Icons must be updated or removed per current agency policy/ guidelines.

## O.  Paperwork Reduction Act

The scope of work for this cooperative agreement includes a survey or other information collection of identical information from 10 or more parties. As provided by 5 CFR 1320.3(d), EPA is a sponsor of the information collection for purposes of obtaining approval from the Office of Management and Budget for collecting information.  The recipient agrees to assist EPA in complying with OMB procedures at 5 CFR Part 1320 for obtaining Information Collection Request authorization.  The recipient may not collect information until EPA obtains OMB approval. The Project Officer will advise the recipient when information collection may begin.

## P.  Substantial Involvement

EPA will be substantially involved in this agreement however, final decisions rest with the recipient. Substantial involvement by the EPA Project Officer may include:

1. Monthly telephone calls and other monitoring,

2. Review project phases and provide approval to continue to the next phase,

3. Review and comment on any documents, web content, or other materials developed under this agreement (the recipient will make final decisions on these matters),

4. Approve substantive terms included in contracts or subawards (EPA's Project Officer will not suggest, recommend, or direct the recipient to select any particular contractor or subrecipient except to the extent permitted in Section 10 of EPA's Subaward Policy).

5. Review and comment on the programmatic progress reports.

6. Consultation regarding the selection of key personnel (EPA's involvement is limited to reviewing the technical qualifications of key personnel and the recipient will make the final decisions on selection. EPA's Project Officer will not suggest, recommend, or direct the recipient to select any individual).

7. Collaboration with EPA on designing and implementing a project management process, which includes quality project oversight for funding subrecipients and a tracking and reporting process that reduces reporting burden on community recipients.

8. Collaboration on the preliminary design of the subaward competition, the submission and evaluation process, and the development of evaluation criteria. However, final decisions on the submission, evaluation process/criteria, and selection of subrecipients will be made by the recipient, rather than by EPA, provided statutory, regulatory, and EPA's Subaward Policy requirements are met.

9. EPA Project Officer must review and approve the subaward agreements with any Collaborating Entities that will assist in the direct development and implementation of the EJ Thriving Communities Subgrants program, including subawards to other nonprofits (non-Community Based Organizations), units of government, institutions of higher education, and/or medical service providers not covered by a statutory partnership to assist the Grantmaker by creating a local subaward competition or outreach to local communities.

10. In addition to the requirements in EPA's General Term and Condition "Disclosing Conflict of Interests," the recipient must submit a Conflict-of-Interest (COI) plan for approval by EPA's Project Officer for preventing, neutralizing, or mitigating conflicts of interest that may arise within the participatory governance framework of the project. The plan should describe controls for ensuring that representatives of community-based nonprofit organizations involved in the design and decision-making for the subawards program do not have relationships with organizations competing for subawards or receiving noncompetitive funding that create actual or apparent conflicts of interest. Example participatory governance activities could include advisory bodies composed of community-based nonprofit organizations that oversee and provide thought partnership on the development of the subaward process.

11. If a Conflict of Interest is Identified by the EPA, the Conflict-of-Interest Mitigation Plan will need to be approved by the Project Officer, in consultation with the Grant Specialist.

12. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

13. Review of proposed procurements in accordance with the Procurement Standards in 2 CFR Part 200.

14. EPA staff participation in monitoring performance and/or providing technical support for subrecipients that require additional technical assistance to meet project and/or workplan deliverables.

15. Joint operational involvement, participation, and/or collaboration between EPA and the recipient.

16. Informally referred to as the "Cap Amount Award Policy" and discussed on page 15 of the NOFO,

EPA 000987

Grantmakers should put policies in place that limit the number of times a particular Eligible Subrecipient can receive an EJ Thriving Communities Subgrant within a certain period of time. For example, a pass-through entity may decide that a recipient may not receive more than two EJ Thriving Communities Subgrants within the 3-year period of performance or a shorter interval as deemed appropriate by the pass-through entity. This plan will need to be approved by the Project Officer.

17. Prior to making subawards, Grantmakers can work with their Project Officers  to identify instructions and guidance on subaward policies to ensure that the burden on the Tier 1-3 and fixed-amount award Subrecipients is minimized. This includes resources such as the gmc_subaward_policy_appendix_d_subaward_agreement_template.pdf (epa.gov) (EPA does not mandate the use of this template.  Pass-through entities may use their own form of subaward agreements provided the requirements of 2 CFR 200.332(a) and 2 CFR 200.332(b) are met.)  And requirements that flow down to subgrantees such as "Unique Entity Identifier" (UEI) as required by 2 CFR Part 25 and 2 CFR 200.332(b)(1).

**Q.  National Programmatic Term and Condition for Fellowship, Internship Programs and Similar Programs Supported by EPA Financial Assistance**

1. EPA funds for this program may only be used for participant support cost payments, scholarships, tuition remission and other forms of student aid for citizens of the United States, its territories, or possessions, or for individuals lawfully admitted to the United States for permanent residence.

2. The recipient and program participants are responsible for taxes, if any, on payments made to or on behalf of individuals participating in this program that are allowable as participant support costs under 2 CFR 200.1 or 2 CFR 200.456 and scholarships and other forms of student aid such as tuition remission under 2 CFR 200.466. EPA encourages recipients and program participants to consult their tax advisers, the U.S. Internal Revenue Service, or state and local tax authorities regarding the taxability of stipends, tuition remission and other payments. However, EPA does not provide advice on tax issues relating to these payments.

3. Participant support cost payments, scholarships, and other forms of student aid such as tuition remission are lower tiered covered Non-procurement transactions for the purposes of 2 CFR 180.300 and EPA's Suspension and Debarment Term and Condition. Recipients, therefore, may not make participant support cost payments to individuals who are excluded from participation in Federal Non-procurement programs under 2 CFR Part 180. Recipients are responsible for checking the eligibility of program participants in the System for Award Management (SAM) or obtaining eligibility certifications from the program participants.

See EPA Guidance on Participant Support Costs.

**R.  Subsequent Award Statutory Partnership Agreements Letters of Commitment submitted with the application needed to be finalized prior to the submission of the Subsequent Award.** EPA requires that applicants selected for funding consideration provide copies of the executed final statutory partnership agreement to EPA's Project Officer for submission to the EPA Award Official prior to issuance of the Subsequent Award.

Any letters of commitment submitted in the application should be finalized into a final signed statutory agreement, which should include any updated stakeholder roles and responsibilities or revised award amounts.  The statutory partnership agreement must be signed by all relevant parties and specify which member of the partnership will enter into the assistance agreement with EPA for the purposes of accountability for the proper expenditure of federal funds, performance of the assistance agreement, liability for claims for recovery of unallowable costs incurred under the agreement and must specify roles in performing the proposed scope of work for the assistance agreement.  Executed Statutory Partnership Agreements will be submitted to EPA's Project Officer. The EPA Grants Management Officer or the EPA Award Official will issue written notification that this condition has been satisfied and that the recipient is authorized to draw down TCGM funds for the Subsequent Award in accordance with the standards described in the EPA General Term and Condition for the Automated Standard Application Payments (ASAP) and Proper Payment Draw Down during the initial award.

**S. Record Retention**

In accordance with 2 CFR § 200.334, recipients and subrecipients must retain for a period of three years all programmatic, financial, statistical, and all other records required under the terms of the agreement, unless a dispute or lawsuit has ensued. If a dispute or lawsuit has been initiated, all records must be retained for the duration of the dispute, until the matter is resolved and dispositioned, and for three years thereafter.

### T. Environmental Justice Thriving Communities Grantmaking Program Davis-Bacon Labor Standards

As provided in Section 314 of the Clean Air Act (42 USC § 7614) (DBRA), Davis-Bacon Act (42 USC §§ 3141-3144) labor standards apply to grants and cooperative agreements made under the Greenhouse Gas Reduction Fund. Accordingly, all laborers and mechanics employed by contractors or subcontractors on projects assisted under this award agreement shall be paid wages at rates not less than those prevailing for the same type of work on similar construction in the locality as determined by the Secretary of Labor in accordance with 40 USC Subtitle II, Part A, Chapter 31, Subchapter IV (Wage Rate Requirements).

Therefore, the pass-through entity must create a Davis-Bacon subgrant compliance plan to ensure that any entity that receives financial assistance complies with Davis-Bacon labor requirements where construction work is financed in whole or in part with such financial assistance.

If the recipient encounters a situation that presents uncertainties regarding DBRA applicability under this assistance agreement, the recipient must discuss the situation with the EPA Project Officer before authorizing work on the project.

In the event that a periodic project site visit, audit, or routine communication with subrecipient, program beneficiary, contractor, or subcontractor determines any instances of non-compliance or potential non-compliance with Davis-Bacon, the recipient agrees to discuss the situation with the EPA Project Officer for possible referral to DOL for guidance or enforcement action.

Note, the use of the term project in this term and condition is distinct from the use of the term project within the definition of qualified project under Clean Air Act Section 134(c)(3), which is broader and includes "any project, activity, or technology." 40 CFR 30.103 defines construction as "erection, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other improvements to real property, and activities in response to a release or a threat of a release of a hazardous substance into the environment, or activities to prevent the introduction of a hazardous substance into a water supply."

### 1. Program Applicability

a. Program Name: Environmental Justice Thriving Communities Grantmaking Program

b. Statute requiring compliance with Davis-Bacon: Clean Air Act Section 314, Labor Standards, codified as 42 U.S.C. § 7614.

c. Activities subject to Davis-Bacon: Activities subject to Davis-Bacon include certain construction costs and contractual costs. Construction costs may include:

    i. Building and / or upgrading existing structures and sites to improve community use while reducing GHG emissions and / or improving climate resilience;

    ii. Implementing structural and non-structural retrofits to enhance the resilience of community-serving buildings (e.g., raise the building elevation to reduce flood risk, improve cooling systems and / or insulation to reduce extreme heat risk);

    iii. Install energy efficiency measures such as insulation, double or triple glazed windows, "cool roofs" that reflect sunlight, and energy management systems in public buildings;

iv. Remediating or mitigating harmful substances in buildings, including lead, mercury, pesticides, radon, mold, PCBs (caulk, flooring, etc.), lead-based paint, asbestos, and other toxic substances;

v. Installing, upgrading, or replacing HVAC and / or filtration systems that improve indoor quality in schools, community-serving buildings, and single-and-multifamily homes;

vi. Targeted water infrastructure upgrades, including replacing private-side lead lines in homes, childcare facilities, schools, or other community-serving buildings; septic to sewer conversions; and installing water fountains at schools and parks; and

vii. Other activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of *Construction* at 40 CFR 33.103, as well as related architectural or engineering services.

With very few exceptions, recipients carry out construction projects by hiring contractors which typically include a general contractor and an architectural or engineering firm for design work and in some cases purchasing equipment for installation at the site. Hiring general contractors and other contractors performing activities described in the EPA Disadvantaged Business Enterprise (DBE) rule's definition of Construction at 40 CFR 33.103 will be categorized as "Construction."

d. Prevailing Wage Classification: Building

## 2. Davis-Bacon and Related Acts

Davis-Bacon and Related Acts (DBRA) is a collection of labor standards provisions administered by the Department of Labor, that are applicable to grants involving construction. These labor standards include the:

- Davis-Bacon Act, which requires payment of prevailing wage rates for laborers and mechanics on construction contracts of $2,000 or more;
- Copeland "Anti-Kickback" Act, which prohibits a contractor or subcontractor from inducing an employee into giving up any part of the compensation to which he or she is entitled; and
- Contract Work Hours and Safety Standards Act, which requires overtime wages to be paid for over 40 hours of work per week, under contracts in excess of $100,000.

## 3. Recipient Responsibilities When Entering Into and Managing Contracts:

a. Solicitation and Contract Requirements:

i. Include the Correct Wage Determinations in Bid Solicitations and Contracts: Recipients are responsible for complying with the procedures provided in 29 CFR 1.6 when soliciting bids and awarding contracts.

ii. Include DBRA Requirements in All Contracts: Include the following text on all contracts under this grant:

1. "By accepting this contract, the contractor acknowledges and agrees to the terms provided in the DBRA Requirements for Contractors and Subcontractors Under EPA Grants."

b. After Award of Contract:

i. Approve and Submit Requests for Additional Wages Rates: Work with contractors to request additional wage rates if required for contracts under this grant, as provided in 29 CFR 5.5(a)(1)(iii).

ii. Provide Oversight of Contractors to Ensure Compliance with DBRA Provisions: Ensure contractor compliance with the terms of the contract, as required by 29 CFR 5.6.

**4. Recipient Responsibilities When Establishing and Managing Additional Subawards:**

a. Include DBRA Requirements in All Subawards (including Loans):

    i. Include the following text on all subawards under this grant:

        1. "By accepting this award, the EPA subrecipient acknowledges and agrees to the terms and conditions provided in the DBRA Requirements for EPA Subrecipients."

b. Provide Oversight to Ensure Compliance with DBRA Provisions: Recipients are responsible for oversight of subrecipients and must ensure subrecipients comply with the requirements in 29 CFR 5.6.

**5.** The contract clauses set forth in this Term & Condition, along with the correct wage determinations, will be considered to be a part of every prime contract covered by Davis-Bacon and Related Acts (see 29 CFR 5.1), and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Department of Labor grants a variance, tolerance, or exemption. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law.

**U. Participation in an EPA-Sponsored Program Evaluation.**

As a condition of the receipt of the award under a NOFO, the recipient is required to cooperate with all EPA staff, contractors, or designated Recipients performing research or evaluation studies funded by EPA, if directed to do so by the Project Officer.

**V. Land Acquisition**

Land acquisition must comply with the Uniform Relocation Act and Federal Highway Administration's implementing regulations at 49 CFR Part 24 which requires grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements.

**W. Termination**

Notwithstanding the General Term and Condition "Termination," EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024), when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of Section 138 of the Clean Air Act, 42 USC § 7434 within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

**X. Statutory Partnership** (Added 11/25/24)

The recipient must seek prior written approval from the Award Official if it wants to change the statutory partner for this grant from the entity identified in the selected application documented in the Partnership Agreement.

Due to the competitve nature of the Thriving Communities Grantmaking program, EPA approval will only be provided in very limited circumstances at EPA's sole discretion, and will not be subject to dispute from the recipient. EPA approval is necessary to ensure that any proposed new statutory partner is an eligible

subrecipient with comparable qualifications/expertise/experience to the original statutory partner such that performance of the grant will not be adversely impacted.

Requests for approval must be sent, along with any requested documentation, to the EPA Award Official, who will consult with the EPA Project Officer. EPA decides in its sole discretion whether to consider and/or approve the request.

**END OF DOCUMENT**



## WORKPLAN FOR SUBSEQUENT AWARD

**Project Title:** Northwest Network for Environmental Justice

**Project Geographic Area:** Region 10: Alaska, Idaho, Oregon, Washington & 271 Native tribes

**Grantmaker Information:** Philanthropy Northwest

Jill Nishi, Chief Executive Officer: (p) 206-498-1551 (e) jnishi@philanthropynw.org

600 University Street, Suite 1725

Seattle, WA 98101

### Brief Description of Grantmaker

Philanthropy Northwest (PNW) is a regional philanthropic network comprised of 150 funders across Alaska, Idaho, Montana, Oregon, Washington, and Wyoming. We represent and hold long-standing relationships with private, public, and community foundations, corporate philanthropy, and nonprofit and public sector funders across urban, rural, and Indigenous communities. Founded in 1976, Philanthropy Northwest seeks to facilitate philanthropic and cross-sector collaboration to build resilient, equitable, and inclusive communities. We are committed to moving more resources to communities historically furthest from opportunity, and who have experienced systematic underinvestment. Our programming helps funders re-design and shift the power dynamics inherent in historic grantmaking practices. Our national consultancy, The Giving Practice, supports philanthropic organizations to center diversity, equity, and inclusion in their practices.

### List of Community-based Nonprofit Partners

**Alaska**

- Alaska Conservation Foundation
- Denali Commission
- Rasmuson Foundation

**Oregon**

- Nonprofit Association of Oregon
- Northwest Health Foundation

**Washington**

- Inatai Foundation
- Russell Family Foundation

**Idaho**

- Blue Cross of Idaho Foundation for Health

**Tribes**

- Affiliated Tribes of Northwest Indians
- Native Americans in Philanthropy

### Project Abstract and Objectives

Together with partners that hold deep community relationships across Alaska, Idaho, Oregon, Washington, and 271 Native tribes, **Philanthropy Northwest's goal is to ensure the accessibility and equitable distribution of EPA's *Environmental Justice Thriving Communities* resources to historically underserved communities to improve environmental and community health and wellbeing.** The key to our approach is our ability to leverage powerful partnerships that uniquely contribute to a grantmaking process that builds on Philanthropy Northwest's previous success with rapidly and equitably dispersing public and private funds. Woven throughout is a deliberate and intentional process to center community members in decision-making. Our collective work will result in increased federal funding supporting racially and geographically diverse communities working on community-identified environmental justice issues. We also bring a strong track record of leveraging our platform to increase awareness of local community needs and solutions to place-based grantmakers who are positioned to provide additional funding to all EPA grant applicants, both funded and unfunded.

PNW's plan for EPA's *Environmental Justice Thriving Communities Grantmaking Program* (EJ TCGM) is anchored by our core goal to disburse program funds expeditiously and equitably through the design and implementation of a simplified grantmaking process that: centers community voice and participatory grantmaking; leverages the knowledge and relationships of our partners; and addresses environmental justice issues for communities most in need.

## Workplan Purpose

The purpose of this funding is to provide the Subsequent Award of $52 million to Philanthropy Northwest, Region 10 Grantmaker, as part of a bifurcated award for passthrough grantmaking activities authorized by CAA 138(b) to be funded by the Inflation Reduction Act (IRA) appropriations at the level totaling $60,000,000 divided into two awards of an Initial and Subsequent Award (including $10 million Supplement). This bifurcated award is derived from the same funding source but maintaining separate but overlapping timelines that meet the overall requirements of the award. Of the Subsequent Award grant funds, $48 million will be distributed as EJ Thriving Communities Subgrants and $4 million will enable Philanthropy Northwest to perform the tasks needed to manage the grantmaking program from March 2027 (the end of the initial award) to October 2027.

## A.  SUB-AWARD DISTRIBUTION

As described in our initial award workplan, we will set up an open Request for Proposals (RFP) using proposal guidelines that will include clear eligibility criteria, review timelines, expected announcement of selected subgrantees, project timelines, and anticipated reporting requirements and grant expectations. With full insight into review and project timelines, applicants can determine when to apply without the pressure to meet a fixed deadline.

The guidelines will clearly distinguish between the three different project phases and funding amounts available. They will also inform applicants that they will only be eligible to receive one award so that we can maximize the diversity of our subgrantees.

We estimate disbursing approximately 250 sub-awards of four types:

- **Phase I (Assessment):** These $150,000 grants will support one-year projects involving gathering of information to understand an environmental justice problem before the development of a plan to take action to address and eventually resolve the problem.
- **Phase II (Planning):** These $250,000 grants will support one- to two-year projects where the sub-awardee is ready to create a community plan to address environmental justice issues. This includes developing partnerships with other organizations, holding planning meetings, and creating an action plan with goals, objectives, and steps to undertake.
- **Phase III (Project Development):** These $350,000 grants will support two-year projects for sub-awardees who already have a strong understanding of their local environmental and/or public health issues, have already formulated a community plan addressing those issues, and/or are now ready to implement the project on the ground.
- **Non-Competitive:** These $75,000 sub-awards will be distributed to severely capacity-constrained organizations for one-year projects. The set-aside of approximately 72 sub-awards in this category will assist in rebalancing our overall portfolio of grants in the second half of the grantmaking program. Eligible sub-awardees will be "severely capacity-constrained organizations," which we will define as organizations with budgets less than $500,000 **and** other

2

criteria to define "severely-capacity constrained" to be determined (to align with EJTCGM program and Justice40 goals) in order to serve a fund-balancing purpose. The fund-balancing need may look different for each funding cycle.

The approximate distribution of sub-grants is as follows:

| | ANNUAL SUB-GRANTS DISTRIBUTION | | | | | | THREE-YEAR TOTALS | |
| | Year 1: November 1, 2024- October 31, 2025 | | Year 2: November 1, 2025-October 31, 2026 | | Year 3 (2026-27) | | # | $ |
| | # of Sub-Grants | Annual Funding | # of Sub-Grants | Annual Funding | # of Sub-Grants | Annual Funding | # of Sub-Grants | Three-Year Total Funding |
|---|---|---|---|---|---|---|---|---|
| Phase I ($150K) | 55 | $ 8,250,000 | 0 | $ - | 0 | $ - | 55 | $ 8,250,000 |
| Phase II (up to $250K) | 77 | $ 19,250,000 | 0 | $ - | 0 | $ - | 77 | $ 19,250,000 |
| Phase III (up to $350K) | 43 | $ 15,050,000 | 0 | $ - | 0 | $ - | 43 | $ 15,050,000 |
| Non-Competitive ($75K) | 72 | $ 5,400,000 | 0 | $ - | 0 | $ - | 72 | $ 5,400,000 |
| TOTALS | 247 | $ 47,950,000 | 0 | $ - | 0 | $ - | 247 | $ 47,950,000 |

**Grantmaking Targets.** We will monitor the disbursement of competitive subgrants on an annual basis and aim for the following targets:

- Tribal governments and Native American organizations: at least 25% of funds
- Community-based organizations in Alaska: 10-30% of funds
- Community-based organizations in Idaho: 10-30% of funds
- Community-based organizations in Oregon: 10-30% of funds
- Community-based organizations in Washington: 10-30% of funds
- Projects located in rural areas: at least 15%

The supplemental funding will enable greater outreach into rural, remote, and tribal communities to achieve our grantmaking targets and an increased number of grants to support these communities. We will meet with community leaders or coalitions who can provide support as trusted messengers in these communities, providing honoraria or stipends for their engagement with us. We will have additional contractual support to design, translate, and produce core documents and marketing materials alongside our increased outreach.

## Community-Centered Review Process

In alignment with EPA's goals and our organizational commitment to move more resources to historically underinvested communities, our participatory grantmaking review process will prioritize *inclusion*. We will use a community-centered review process that will devolve decision-making to honor community expertise and voice. The review process will have three phases: an initial review, a community peer review, and a fund balancing process to determine funding recommendations. The supplemental funding in our subsequent award supports stipends for additional peer reviewers each cycle to accommodate the increased volume of applications we will receive with expanded outreach and higher grantmaking targets.

EPA 000995

**Fund Balancing Review.** We will refrain from automatically awarding the highest-ranked applications and eliminating applications below a certain threshold. Instead, the project team will conduct a final geographic and underserved communities review to analyze and eliminate potential bias. This review will examine all proposal scores, comparing individual and team scores to check for anomalies and discrepancies. This secondary analysis will help us minimize bias toward well-resourced organizations that have greater capacity or well written applications, recognizing that access to a grant writer or other proposal development resources does not always equate to the best project. We will also be sensitive to bias toward academic or evidence-based research, as Indigenous communities often use Traditional Ecological Knowledge or "other ways of knowing," as some Alaska Native elders call it, which values qualitative research findings.

**Non-Compete Pool.** The approximately 72 sub-awards designated for the fixed amount, non-competitive grants for severely capacity-constrained organizations will assist in rebalancing our overall portfolio of grants in the second half of our grantmaking program. After two grantmaking cycles (see chart below), gaps in geographic and Justice40 distribution goals will be identified to support the identification of severely capacity constrained grantees.

For these awards, eligible entities can be part of the non-compete pool through three methods: (1) entry from the competitive process, where we will review applicants declined from previous competitive cycles based on certain criteria such as capacity, financial reporting ability, and deliverables but with high scores related to alignment with EJTC program and Justice40 objectives and communities;  (2) nomination by an Advisory Group partner, who will encourage organizations that meet the eligibility criteria to submit a brief intake form, or complete the intake form on behalf of organizations as needed; or (3) self-identification based on the eligibility form and completion of the intake form that will be available on PNW's website.

Final decisions for all subawards will be made by Philanthropy Northwest staff who will score entries based on a rubric evaluating capacity constraints and weighted more heavily for areas needing to be shored up to support Justice40 goals (e.g., higher disadvantaged rates).

## Proposal Review Timing

Our review schedule holds relatively evenly spaced review cycles to ensure applicants receive timely funding decisions. Each review cycle, consisting of the initial review, peer review, and fund balancing phases, will take approximately eight weeks.

| Cycle | Application Opens/New Cycle Begins | Phase III | Phase II | Phase I | Notice of Award |
|-------|-----------------------------------|-----------|----------|---------|-----------------|
| 1 | 1-Oct-24 | · | | | Mar-25 |
| 2 | 1-Jan-25 | · | · | · | May -25 |
| | 1-Feb-25 | | · | · | Jun-25 |
| 4 | 1-Mar-25 | | | · | Jul-25 |

**B.  QUALITY MANAGEMENT PLAN**

4

During the subsequent award period, prior to review of applications beginning in January 2025, PNW's project team will have developed and received EPA's approval on our Quality Management Plan (QMP). With funding from the initial award, the QMP will document and implement our organization's plan and procedures related to quality assurance as the Region 10 grantmaker.

## C. ENVIRONMENTAL JUSTICE RESULTS: OUTPUTS, OUTCOMES & PERFORMANCE MEASUREMENT

### Subgrantee Performance Monitoring

We will work with the EPA and the National-West grantmaker to develop reporting expectations for subgrantees. To alleviate the reporting burden, we will advocate for allowing organizations with existing monitoring and evaluation frameworks and tools to use them. Our subgrantee tracking and measuring plan will embody the following principles:

- *Clear communication*: The project team will clearly communicate expectations and requirements through webinars on financial and programmatic reporting and technical assistance provided by program officers. Subgrantees will be encouraged to communicate honestly with the team so that challenges can be addressed.
- *Collaborative problem-solving*: The project team will help subgrantees address challenges.
- *Training and capacity building*: The project team will provide subgrantees with training and capacity building support, which may include technical assistance, coaching, and mentoring.
- *Flexibility:* The project team will be flexible and responsive to subgrantees' needs. This includes adapting to changes in their context and adjusting reporting requirements.

To ensure expectations are clear, we will help subgrantees finalize the workplan submitted with the application, which includes their activities, milestones, and budget, and include it in the grant agreement. We will accept both quantitative and qualitative evaluation approaches, requesting quantitative data collection where possible, yet valuing qualitative data in demonstrating progress toward stated goals. We will ensure subgrantees are aware of the resources in assisting them with data collection and evaluation, including the TCTACs. Capacity building, learning, and engaging community members will be key metrics of success given the program's commitment to nascent organizations and earlier stage project support.

We will balance data-informed practices and community-based principles to ensure effective supervision of subgrantee work and technical assistance to support their effective implementation. Each subgrantee will have a designated project team consisting of the program officer and grant administrator who will work closely with the subgrantee for the duration of the grant, which the subsequent award will ensure for the later grants distributed. Subgrantees will be required to request approval for substantial budget changes, defined as over 10% on any cost category, and will inform the team of non-substantial budget adjustments. The subgrantee will provide simple quarterly reports and the project team will have quarterly virtual check-in meetings. The reporting will also track budgeted to actual expenditures and support the project team to monitor burn rate. With a set of subgrantees, we will conduct technical assistance via in-person support visits.

EPA 000997

In the rare instance a subgrantee is non-communicative, inactivity will prompt a more hands-on approach, which may include more frequent meetings and/or more frequent reporting. Our project tracking system will flag subgrantees who are not spending down their grant fast enough. The project team will reach out with additional support to ensure effective and compliant expenditure of all grant funds before the end date. If spending the entire grant is not possible, we will reduce the grant amount and return unspent funds to the pool to regrant the remainder to other applicants, as timing allows.

**Reporting Training.** Training subgrantees on reporting requirements will be crucial to successfully tracking subgrantees' projects and ensuring compliance with EPA requirements. Our team will provide subgrantees with training on reports through templates, webinars, and written documentation. The introductory training will be required for all subgrantee finance, administrative, and program staff, acknowledging that many organizations do not have trained financial staff, small organizations can have high turnover, and some organizations will need to hire new project staff. We will provide regular training and financial reporting support calls and follow up with emails and phone calls as needed.

In coordination with the EPA's and TCTACs' technical assistance, we will provide follow-up training to support the submission of final reports two to three months prior to the end of each subgrant. This timing ensures that grant funds are fully expended by grant end dates and acknowledges that subgrantees' capacity may be constrained once the grant funds are fully expended. All subgrantees will submit final performance reports documenting their accomplishments, outcomes, challenges, and any contextual changes during the grant period.

**Subgrantee Reporting.** Financial reports from subgrantees will be received every three months, starting at the end of the second month with a goal of preventing any gaps in funding, which could be devastating for a subgrantee. In keeping with federal regulations, funding will be released to subgrantees within five days of receiving a federal disbursement.

**Environmental Justice Outcomes.** Given the short-term nature and modest size of our grants, we anticipate evaluating the impact of subgrantees' work by capturing the short-term outcomes in the chart below. These are early or leading indicators of success that should lead to the illustrative list of intermediate and long-term outcomes. We plan to refine these with the EPA, National-West grantmaker, subgrantees, and the TCTACs. We want to accommodate communities in self-defining their most pressing issues and actions, which may fall outside of the areas listed here, yet still embody environmental justice's intersection between environmental and human and community health.

EPA 000998

| MEASURED SHORT-TERM OUTCOMES (within project period) | INTERMEDIATE (6-12 months post-project) | LONG-TERM (change in condition +2 years) |
|---|---|---|
| **Wildfire/Smoke** | | |
| Restoration of # of acres of forest<br># of communities aware of fire-resilient forest management practices<br># of new community partnerships<br># of residents who know how to access local air quality information/forecasts<br># of trees/acres of forestland planted or protected<br># of residents/volunteers engaged in restoration | Increase in communities, residents, and landscapes resilient to wildfires | Decrease in: acres burned by uncontrolled wildfires; particulate air pollution from wildfire smoke across region; # of days of high air quality index rates |
| **Air Quality** | | |
| # of urban/rural/street trees planted<br>% increase in tree canopy coverage in neighborhood/community<br>Increase in residents aware of heat wave risk and emergency plans<br>Air quality measurements | Increase in # of residents living in communities with greater canopy coverage<br>Increase in community preparedness for heat waves | Decrease in: urban heat island effect; heat-related illness/death, especially amongst vulnerable populations; diesel particulate matter from streets |
| **Water Quality** | | |
| # of stream/river miles restored<br># of residents informed of local water quality issues<br># of residents/volunteers engaged in restoration<br>Acres of wetlands restored<br># of rain gardens/green infrastructure installed | Increase in local water quality<br>Increase in stormwater filtration | Increase in regional water quality<br>Increase in healthy streams for salmon and wildlife |
| **Indoor Air Quality** | | |
| # of education campaign actions (public meetings, media) and estimated reach<br># of residents informed of air quality, lead, and/or asbestos issues<br># of tools provided to renters/homeowners to mitigate risks | # of residents taking action to improve indoor air quality/mitigate lead/ asbestos exposure | Decrease in rates of asthma/respiratory illness and hospital visits |

## Grantmaker Performance Measurement Plan

Using our grants management systems for data tracking, we will record progress toward our goal of disbursing program funds expeditiously and equitably to address environmental justice issues for communities most in need. We will coordinate with EPA and the National-West grantmaker on our reporting requirements. With the subsequent award, we anticipate tracking the following outputs to measure against our objectives as the Region 10 grantmaker.

| OBJECTIVES | OUTPUTS |
|---|---|
| Distribution of funds across our regional footprint:<br>• Tribal governments and Native American organizations: at least 25% of funds<br>• Alaska: 10-30% of funds<br>• Idaho: 10-30% of funds<br>• Oregon: 10-30% of funds | • Total funds and # of subgrants distributed<br>• % of funds and # of subgrants distributed to each state, tribes<br>• % of funds and # of subgrants distributed to urban and rural<br>• % of funds and # of subgrants by phase |

7

EPA 000999

| | |
|---|---|
| • Washington: 10-30% of funds<br>• Projects located in rural areas: at least 15% | • Total # of subgrantees from different Justice40 communities<br>• Number and demographics of Justice40 subgrantees disaggregated by state and tribes |
| Project Type/Environmental Activities | % of funds and # of grants by type of project |

### Grantmaker Reporting & Dissemination

In our quarterly grantmaker reports to the EPA, we will synthesize subgrantees' reports to understand the aggregate impacts of the program, especially across environmental justice issues. We will openly share challenges, responses, and results as well as capture effective practices, lessons learned, and subsequent course corrections to demonstrate our commitment to improve our subgranting program over time, build our ongoing capacity, and share this information with the environmental justice community.

PNW's project team will recognize and celebrate subgrantees' successes and highlight impact, achievements, and lessons learned through social media channels and other platforms. These platforms may include our annual conference, which brings more than 300 philanthropy professionals together, and webinars with subgrantees, Advisory Group members, grantmaking foundations, and other stakeholders.

### D.  PROGRAM CLOSE-OUT

All sub-grant projects will be concluded by July 2027, with close out reports concluded by October 2027.

PNW will continue to highlight successful subgrantee projects to support sustainability, and to document and share best practices, success stories, and lessons learned from this program, including through paid media such as radio, print, and web advertisements. Upon completion of all sub-grantee projects and reports, PNW will prepare a final report to EPA on the Region 10 EJTC Grantmaking Program. We will conduct an evaluation of the key activities, outputs, outcomes, and associated communities reached across the entire program, with reflections on successes, challenges, and lessons from sub-awardees and PNW. We will also plan for post-grant annual reporting to our designated EPA project officer as requested by the EPA.

### E.  PROGRAM IMPLEMENTATION:  PARTNERSHIPS / COLLABORATION / PARTICIPATORY GOVERNANCE

Our process is grounded in participatory grantmaking.[1] This framework puts decision-making into the hands of communities and adds legitimacy, public accountability, and a sense of agency and control over the process and decisions affecting communities. With the subsequent award, we will continue to engage our participatory grantmaking partners in our Advisory Group (one of three groups in our overall

---

[1] Gibson, Cynthia M. *Participatory Grantmaking: Has Its Time Come?* Ford Foundation, October 2017, https://www.fordfoundation.org/media/3599/participatory_grantmaking-lmv7.pdf.

EPA 001000

grantmaking program, the others being our Task Force and Peer Review Group, whose efforts are covered under the initial award).

The Advisory Group includes our seven named in-kind philanthropic partners, our collaborative pass-through partners, and our EPA project officer. The Advisory Group's focus throughout this grantmaking program is to ensure the grant strategy, approach, application, and scoring rubrics adhere to our principles of simplicity, inclusivity, effectiveness, and accessibility. As part of the subsequent award workplan, the Advisory Group will provide input on strategy, processes and nominees for non-compete awards; support outreach and promotion; review and make recommendations on process improvement on application and rubric refinement; serve as points of connection with local organizations in their footprint; and advise and assist with close-out activities. Some Advisory Group members will also host Environmental Justice Climate Corps members.

### Advisory Group Partners

**The Affiliated Tribes of Northwest Indians** (ATNI) is a nonprofit organization representing 57 Northwest tribal governments in Oregon, Washington, Idaho, Southeast Alaska, Northern California, and Western Montana. ATNI is a forum for sharing information on governmental and programmatic development for self-determination and self-sufficiency. As a ***collaborative pass-through partner***, they will offer technical support to the project's program officers and grant administrators on culturally specific practices and protocols as they advise and assist with needs related to close-out activities.

**Native Americans in Philanthropy** (NAP) is a nonprofit organization promoting equitable and effective philanthropy in Native communities with more than 30 years of experience. Their network includes Native professionals in philanthropy, elected tribal leaders, Native youth leaders, and Native nonprofit leaders. Their Tribal Nations Initiative funds conservation and climate-related projects. Their private-public partnership with the Department of the Interior leverages philanthropic funding to secure federal opportunities for tribes. As a ***collaborative pass-through partner***, they will offer technical support to the project's program officers and grant administrators on culturally specific practices and protocols as they advise and assist with needs related to close-out activities.

**Alaska Conservation Foundation** (ACF) is a public foundation dedicated to protecting Alaska's vulnerable ecosystems and mitigating the impacts of climate change. Over four decades, they have awarded $58 million in grants while also supporting landscape-scale conservation, co-stewardship, and climate change adaptation efforts between tribes, communities, Indigenous organizations, agencies, and nonprofits. As an *in-kind partner*, they are committed to sharing their expertise in regranting federal and private dollars to tribes and Indigenous organizations to help us build an effective process that accommodates Alaska's unique context.

**Denali Commission** (Commission) is a federal agency that supports infrastructure, economic development, and workforce training for rural Alaska. As an *in-kind partner*, they will bring their 25 years of experience supporting the needs of unserved, underserved, economically distressed, and historically disadvantaged Alaska Native communities.

**Rasmuson Foundation** (Rasmuson) is Alaska's largest state-wide private grantmaker committed to the promotion of a better life for Alaskans. Founded in 1955, the foundation is responding to

9

several issues exacerbated by environmental and climate shifts, including food production and security, economic development on rural farms and fishing villages, healthcare, and housing. As an *in-kind partner*, they will bring their knowledge of ecological changes in Alaska, where over 27 communities are highly vulnerable to flood, erosion, permafrost degradation, and aggregated threats.

**Blue Cross of Idaho Foundation for Health** (BCIFH) is a nonprofit private foundation established by Blue Cross of Idaho in 2001 with a mission to address root causes that impact health. As an *in-kind partner*, they will bring expertise in addressing social determinants of health, especially in rural communities and with underserved populations.

**Northwest Health Foundation** (NWHF) seeks to advance, support, and promote health in Oregon and Southwest Washington through partnerships with health and community leaders. As an *in-kind partner*, NWHF will bring lessons learned from their long-standing history of addressing the social determinants of health through programs and initiatives that center culturally specific organizations and programs.

**Inatai Foundation** (Inatai) is a nonprofit public foundation that is committed to transforming the balance of power to ensure equity and racial justice across Washington and beyond. The foundation believes organizations and initiatives led by those most impacted by inequity have the best ideas and abilities for achieving equity. As an *in-kind partner*, they have extensive experience with funding BIPOC-led and BIPOC-serving organizations, tribal nations, and small, community-based groups dedicated to racial justice that are new to receiving grant funding.

**The Russell Family Foundation** (TRFF) is a nonprofit private family foundation dedicated to investing in people and places to advance environmental sustainability and address climate change in Washington. Throughout their 25-year history, they have worked collectively to support environmental and social justice organizations to improve equitable access to nature, water quality in the Puget Sound and Puyallup watersheds, environmental education, and climate-wise food systems. As an *in-kind partner*, they will contribute their expertise in environmental sustainability, climate change, and environmental justice to the program.

## F.  PROGRAMMATIC CAPABILITY

In addition to using tools to support the full expenditure of grant funds, our project team structure is meant to support the subgrantees to ensure compliant implementation and full expenditure of grant funds within the project period. Each subgrantee will have a dedicated project team consisting of a program officer who will provide support and supervision of programmatic components from review process through subgrant, and grant administrator, who will support subgrant contract development and financial components, particularly assisting subgrantees to submit compliant financial reports and maintain burn rates. The project teams will provide an avenue for efficiently communicating and addressing any project challenges, including making in-person technical assistance visits to some subgrantees. The team will ensure decisions are made, communicated, and documented in a timely fashion that does not disrupt implementation. The director of grants and finance and grantmaking director will provide additional expertise in compliance requirements, development of report templates, and right-sizing of processes that are implemented across the entire program. The director of

10

community partnerships will oversee our Advisory Group, Task Force, and Peer Review groups, and support relationships with additional community and organizational partners throughout this project. Four program officers (three for designated areas or communities in Region 10 and one for quality assurance), two grant administrators, director of grants and finance, and senior manager of communications and outreach will comprise additional project staff. We will also contract additional quality assurance and grant administration capacity to ensure subgrantees have robust support to meet compliance requirements.

The levels of effort from PNW's leadership staff – including the CEO; executive sponsor; vice president of people, operations and finance; and vice president of marketing and communications – allow for strategic guidance and additional support to resolve challenges quickly and effectively. During weekly project team meetings, members will highlight challenges and issues to either resolve the issue or assign responsibility to individuals or smaller teams.

Additionally, our project team will include Environmental Justice Climate Corps (EJCC) members hosted by PNW and/or some of our named Advisory Group partners.

Team members will conduct travel for outreach activities across the region, as well as in-person technical assistance visits to select sub-awardees. In addition, our team members, who will be located in different parts of the region, will convene in-person in Seattle twice in the seven-month period between March 2027 and September 2027 to support planning.

### Senior Leadership Team Expertise

**Jill Nishi, Chief Executive Officer,** will hold overall accountability for the program. She has over 20 years of leadership experience in bringing people, resources, and great ideas together to build grantmaking strategies and investment portfolios in service of racial and economic equity. Previously, she served in various leadership capacities at the Bill & Melinda Gates Foundation, most recently as the director of strategy, planning, and management and chief of staff for the U.S. Program.

**Rachel Jackson, Vice President, People, Operations and Finance,** will oversee financial and grant operations management of the EPA cooperative agreement, as well as monitoring and reporting requirements. She brings 20 years of experience working in operational strategy, grants management, and philanthropy, including experience managing Center for Disease Control and Global Fund grants.

**Meredith Higashi, Chief of Staff & Vice President, Government Engagement,** will serve as the **executive sponsor** of the program to ensure the coordination of all functional areas, including financial, communications, grantmaking, and community partnerships, necessary to execute the administration of EPA's cooperative agreement and subgrants. She has more than 15 years of experience in public policy, legal advocacy, strategic communications, cross-sector partnerships, and engagement with diverse communities.

**Danielle Crystal** will serve as the **grantmaking director** of the program and oversee the grantmaking process. Danielle has over a decade of experience working in the social sector, specifically with philanthropy, community nonprofits, government, and businesses to promote equitable and healthy communities. She also serves on the board of EarthGen, which supports youth, educators, and schools to become leaders for a healthy environment.

11

**Lyn Hunter** will bring her 17 years at Philanthropy Northwest to serve as **director of community partnerships**. She will manage the project's partnerships and community-based leaders. Her most recent experience was managing the Equity Relief Fund funded by the CARES Act. She co-managed the grantmaking team of external consultants, strategic partners, and internal staff and served as liaison with the Washington State Department of Commerce and philanthropic partners throughout the state. She also co-leads Building Community Philanthropy, a $12 million, decade-long statewide initiative funded by the Bill & Melinda Gates Foundation. She also served on the board of Seattle Parks Foundation, which supports neighborhood-based efforts by bridging community to government agencies and providing fiscal services to grassroots groups that are primarily volunteer-led.

**Nancy Sanabria** will serve as a **senior advisor** in the design and implementation of our grant making process. Her background is in developing programming and capacity building for youth-serving nonprofits. Nancy brings 20 years of experience with managing federal programs, developing statewide initiatives, and facilitating workshops. At PNW, her team is responsible for delivering grantmaker trainings that are field standards, such as Grantmaking with an Equity Lens, Trust Based Philanthropy, Philanthropy 101, and Grantmaking Basics.

**Karen Westing, Vice President, Marketing and Communications,** will bring her 15 years of experience in professional storytelling to lead outreach and communications efforts. Karen will oversee all communications, marketing, and outreach for the project to ensure that there is widespread awareness among eligible applicants.

## G.  SCHEDULE OF ACTIVITIES

The following activities and milestones are covered under the subsequent award workplan:

| Activity | Projected Timeframe/Due date |
|---|---|
| Create Cap Amount Award policy | September 2024 (prior to opening applications) |
| Open grant applications | October 2024 |
| Establish PNW's Quality Management Plan (QMP) | Prior to January 2025 |
| Contract subgrantees | March 2025; May 2025; June 2025; July 2025 |
| Subgrantees receive funds | May 2025; June 2025; July 2025; August 2025 |
| Receive and review subgrantee reports | Quarterly from start of subgrantee grant term; final report 90 |

12

| | |
|---|---|
| | days after term concludes |
| Submit reports to EPA (reports include subgrantees' reported activities beginning with July 1, 2025 quarterly report) | July 1, 2025; October 1, 2025; January 1, 2026; April 1, 2026; July 1, 2026; October 1, 2026; January 1, 2027; April 1, 2027; July 1, 2027 |
| Highlight successful subgrantee projects to support sustainability | Beginning with first cycle subgrantee reports starting July 2025; continuing through grantmaking program |
| Submit PNW's close-out report to EPA | January 1, 2028 |

13

EPA 001005

PI: Jill Nishi
App #:
Agency: Philanthropy Northwest
11/1/2024 - 10/31/2027

EJ TCGM Subsequent Budget

| | Grant Year 1 Total | Year 1 Nov 2024 - Oct 2025 | | | | Year 2 Nov 2025 - Oct 2026 | | Year 3 Nov 2026 - Oct 2027 | | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Y1 Q1 Nov - Jan 2024/2025 | Y1 Q2 Feb - Apr 2025 | Y1 Q3 May - Jul 2025 | Y1 Q4 Aug - Oct 2025 | Y2 Q1 Nov - Jan 2025/2026 | Y2 Q2-4 Feb - Oct 2026 | Y3 Q1 Nov - Jan 2026/2027 | Y3 Q2-4 Feb -Oct 2027 | |
| $52,000,000 | | | | | | | | | | |
| **Salary and Fringe** | | | | | | | | | | |
| Salary and Fringe | $  87,639.00 | - | 29,213 | 29,213 | 29,213 | 29,505 | 91,669 | 30,089 | 745,529 | 800,350 |
| | | | | | | | | | | 184,081 |
| **Total Salary + Fringes** | 87,639 | - | 29,213 | 29,213 | 29,213 | 29,505 | 91,669 | 30,089 | 745,529 | $984,431 |
| **Supplies/Commodities** | | | | | | | | | | |
| Laptops 10 volunteers | $22,000 | $22,000 | | | | | | | | 22,000 |
| Docking kits 10 volunteers | $5,200 | $2,500 | $2,700 | | | | | | | 5,200 |
| Monitors  10 volunteers | $2,500 | $2,500 | | | | | | | | 2,500 |
| Printing and Mailing Supplies | $5,004 | | $1,668 | $1,668 | $1,668 | $1,668 | $1,668 | $1,660 | $0 | 10,000 |
| Subtotal Supplies | $34,704 | $27,000 | $4,368 | $1,668 | $1,668 | $1,668 | $1,668 | $1,660 | $0 | $39,700 |
| **Other** | - | | | | | | | | | |
| Postage | - | | | | | | | | | - |
| Subawards (Detail on Other  - Subaward tab) | 32,800,000 | - | 10,166,667 | 19,966,666 | 2,666,667 | 15,200,000 | | | 30,000 | 48,030,000 |
| Participant Costs - outreach honoraria | 8,000 | | 2,750 | 2,750 | 2,500 | | | | | 8,000 |
| Peer Reviewer stipend - Participant Costs | 35,000 | 6,000 | 17,000 | 12,000 | | | | | | 35,000 |
| Paid Media (social media ads) | - | | | | | | | | 3,333 | 3,333 |
| Smartsheet Subscription | - | | | | | | | | 2,625 | 2,625 |
| Mailchimp Subscription | - | | | | | | | | 2,450 | 2,450 |
| Subtotal Other Costs | $32,843,000 | $6,000 | $10,186,417 | $19,981,416 | $2,669,167 | $15,200,000 | $0 | $0 | $40,671 | $48,083,671 |
| **Equipment** | | | | | | | | | | |
| None | - | | | | | | | | | - |
| Subtotal Equipment Costs | - | - | - | - | - | - | - | - | - | - |
| **Travel** - list personnel, purpose, destination, and categorical cost calculation | | | | | | | | | | |
| Travel to Headquarters | - | | | | | | | | 21,800 | 21,800 |
| Support Visits | 12,500 | | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | 230,834 | 186,143 | 434,477 |
| Outreach Travel | 47,376 | 5,922 | 23,688 | 5,922 | 11,844 | 17,766 | 74,332 | 77,751 | | 217,225 |
| Subtotal Travel | 59,876 | 5,922 | 28,688 | 10,922 | 14,344 | 20,266 | 76,832 | 308,585 | 207,943 | 673,502 |
| **Contractual** - for example: core facility costs, publication | | | | | | | | | | |
| Quality Assurance Contractor | 104,893 | | 29,179 | 37,857 | 37,857 | 37,857 | 140,485 | 160,257 | | 443,492 |
| Grant Project Management contractor | - | | | | | | | 20,000 | 20,000 | 40,000 |
| Grant Admin support | 157,265 | 52,421 | 34,948 | 34,948 | 34,948 | 52,421 | | | | 209,686 |
| Design Services | 2,250 | | 750 | 750 | 750 | 750 | 750 | 750 | 500 | 5,000 |
| Translation services | 5,000 | | 2,500 | 2,500 | | | | | | 5,000 |
| End of Project Evaluation | - | | | | | | | | 42,303 | 42,303 |
| Subtotal Contractual | $269,408 | $52,421 | $67,377 | $76,055 | $73,555 | $91,028 | $141,235 | $181,007 | $62,803 | $745,481 |
| | | | | | | | | | | |
| **Expenditure Total Direct Cost** | $33,294,627 | $91,343 | $10,316,063 | $20,099,274 | $2,787,947 | $15,342,467 | $311,404 | $521,341 | $1,056,946 | $50,526,785 |
| **Calculation of MTDC and Indirect Cost** | | | | | | | | | | |
| **MTDC Modified Total Direct Cost** | | | | | | | | | | |
| Expenditure Total Direct Cost | 33,294,627 | 91,343 | 10,316,063 | 20,099,274 | 2,787,947 | 15,342,467 | 311,404 | 521,341 | 1,056,946 | 50,526,785 |
| Adjustments for Unallowed Costs | | | | | | | | | | |
| Subaward adjustment | | | | | | | | | | |
| less subaward (Row 32) | (32,800,000) | - | (10,166,667) | (19,966,666) | (2,666,667) | (15,200,000) | | | (30,000) | (48,030,000) |
| less participant costs - peer reviewer stipend | - | (6,000) | (17,000) | (12,000) | | | | | | (35,000) |
| less participant costs - outreach | - | | (2,750) | (2,750) | (2,500) | | | | | (8,000) |
| add back Subaward Cap per Consortia grant (Other  Subawards Tab Ro | 6,300,000 | - | 3,650,000 | 2,650,000 | | 1,950,000 | - | | | 8,280,000 |
| add back Subaward Cap per Small grant (Other  Subawards Tab Row 2 | - | | | | | | | | 30,000 | 30,000 |
| **Total MTDC Modified Total Direct Cost** | 6,751,627 | 85,343 | 3,779,646 | 2,767,858 | 118,780 | 2,092,467 | 311,404 | 521,341 | 1,056,946 | 10,733,785 |
| **Indirect cost** | | | | | | | | | | |
| To MTDC, Apply Indirect Rate  De Minimus to Sep 30, 2024 | | | | | | | | | | - |
| To MTDC, Apply Indirect Rate  De Minimus as of October 1, 2024 | 15% | 1,012,744 | 12,801 | 566,947 | 415,179 | 17,817 | 313,870 | 46,711 | 78,201 | 21,689 | 1,473,215 |
| **Total Indirect Cost** | 1,012,744 | 12,801 | 566,947 | 415,179 | 17,817 | 313,870 | 46,711 | 78,201 | 21,689 | 1,473,215 |
| **Direct Cost and Indirect Cost Total for Grant** $ | 34,307,371 | $104,144 | $ 10,883,010 | $ 20,514,453 | $ 2,805,764 | $ 15,656,337 | $358,115 | $599,542 | $1,078,635 | $  52,000,000 |

**EPA 001006**

| $52 million | 11/1/2024 - 10/31/2025 | 11/1/2025-10/31/2026 | 11/1/2026-2/28/2027 |
|---|---|---|---|
| Personnel | 87,639 | 121,174 | 775,618 |
| Supplies | 34,704 | 3,336 | 1,660 |
| Other | 32,843,000 | 15,200,000 | 40,671 |
| Equipment | - | - | - |
| Travel | 59,876 | 97,098 | 516,528 |
| Contractual | 269,408 | 232,263 | 243,810 |
| **Total Direct Costs** | **33,294,627** | **15,653,871** | **1,578,287** |
| **Modified Total Direct Costs** | $ **6,751,627** | $ **2,403,871** | $ **1,578,287** |
| **Indirect Cost at 15%** | $ **1,012,744** | $ **360,581** | $ **236,743** |
| **Total Costs** | $ **34,307,371** | $ **16,014,452** | $ **1,815,030** |

| TOTAL | |
|---|---:|
| $ | 984,431 |
| $ | 39,700 |
| $ | 48,083,671 |
| $ | - |
| $ | 673,502 |
| $ | 745,481 |
| **$** | **50,526,785** |
| **$** | **10,733,785** |
| **$** | **1,473,215** |
| **$** | **52,000,000** |

**PNW Subsequent $52M Budget**
Salary Schedule
For the Grant Life beginning November 1, 2024 through October 2027

| | | | Baseline No 2024 s |
|---|---|---|---|

**Personnel** - All PNW Staff dedicated or at a LOE on project.  Future year salary increases modified by

| Name | % Effort | Base Salary | Base Salary * LOE |
|---|---|---|---|
| Executive Sponsor, Chief of Staff and Government - Meredith Higas | 50% | 190,818 | 95,409 |
| Director, Grantmaking - Danielle Crystal | 100% | 142,055 | 142,055 |
| Program Officer WA/ Oregon, TBD | 100% | 103,810 | 103,810 |
| Program Officer Tribes, TBD | 100% | 103,810 | 103,810 |
| Program Officer Alaska/Idaho, TBD | 100% | 103,810 | 103,810 |
| Grant Administrator WA/OR, TBD | 100% | 81,955 | 81,955 |
| Grant Administrator Tribes, TBD | 100% | 81,955 | 81,955 |
| Grant Administrator AK/ID, TBD | 100% | 81,955 | 81,955 |
| Director, Grant and Finance, TBD | 80% | 152,982 | 122,386 |
| Communication & Outreach Manager, TBD | 100% | 103,810 | 103,810 |
| Director, Community & Partnerships, Lyn Hunter | 50% | 144,240 | 72,120 |
| VP, People, Operations & Finance, Rachel Jackson | 25% | 238,995 | 59,749 |
| VP, Communications & Marketing, Karen Westing | 10% | 161,177 | 16,118 |
| Sr. Advisor Participatory Grantmaking, Nancy Sinabria | 5% | 166,641 | 8,332 |
| CEO, Jill Nishi | 15% | 337,211 | 50,582 |
| QA Program Officer (TBD) | 100% | 95,840 | 95,000 |
| Director, People and Culture, TBD | 15% | 147,519 | 22,128 |
| | | | |
| *Level of Effort (LOE)* | 11.5 | | - |
| | | | |
| **Subsequent $42M Row 9** | | **Total Salary +Fringe** | |

| | Year 1 | | | | Year 2 Nov 2025 - |
| | Nov 2024 - Oct 2025 | | | | |
| 23% | Y1 Q1 Nov - Jan 2024/2025 | Y1 Q2 Feb - Apr 2025 | Y1 Q3 May- Jul 2025 | Y1 Q4 Aug - Oct 2025 | Y2 Q1 Nov - Jan 2025/26 |

November 1, Salary

inflation factor (3%) effective January 1 of each year. **Budget numbers shown with salary**

| Fringes @ | Salary + Fringe | Salary + Fringe | Salary + Fringe | Salary + Fringe | Salary + Fringe |
|---|---|---|---|---|---|
| 21,944 | | | | | |
| 32,673 | | | | | |
| 23,876 | | | | | |
| 23,876 | | | | | |
| 23,876 | | | | | |
| 18,850 | | | | | |
| 18,850 | | | | | |
| 18,850 | | | | | |
| 28,149 | | | | | |
| 23,876 | | | | | |
| 16,588 | | | | | |
| 13,742 | | | | | |
| 3,707 | | | | | |
| 1,916 | | | | | |
| 11,634 | | | | | |
| 21,850 | | 29,213 | 29,213 | 29,213 | 29,505 |
| 5,089 | | | | | |
| - | | | | | |
| | | $29,213.00 | $29,213.00 | $29,213.00 | $29,505.00 |

| Year 2 | Year 3 | | | |
| ear 2 - Oct 2026 | Nov 2026 - Oct 2027 | | | |
| Y2 Q2-4 Feb - Oct 2026 | Nov - Jan 2026/2027 | Feb - Mar 2027 | Apr - Oct 2027 | Total |
| y and fringe combined. | | | | |
| Salary + Fringe | Salary + Fringe | Salary + Fringe | Salary + Fringe | Total for $42M Grant |
| | | | 48,897 | 48,897 |
| | | | 72,803 | 72,803 |
| | | | 53,203 | 53,203 |
| | | | 53,203 | 53,203 |
| | | | 53,203 | 53,203 |
| | | | 42,002 | 42,002 |
| | | | 42,002 | 42,002 |
| | | | 42,002 | 42,002 |
| | | | 62,723 | 62,723 |
| | | | 53,203 | 53,203 |
| | | | 36,962 | 36,962 |
| | | | 30,621 | 30,621 |
| | | | 8,260 | 8,260 |
| | | | 4,270 | 4,270 |
| | | | 25,923 | 25,923 |
| 91,669 | 30,089 | 31,473 | 73,437 | 343,812 |
| | | | 11,342 | 11,342 |
| | | | - | |
| | | | - | 0 |
| | | | | |
| **$91,669.00** | **$30,089.00** | **$31,473.00** | **$714,056.00** | **$984,431** |

| | Summary for Narrative | | |
| --- | --- | --- | --- |
| | Salary | 800,352 |
| | Fringe | 184,079 |
| | Total | 984,431 |

Salary Table with 3% Annual Raises

| 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|
| 174,625 | 179,864 | 185,260 | 190,818 |
| 130,000 | 133,900 | 137,917 | 142,055 |
| 95,000 | 97,850 | 100,786 | 103,810 |
| 95,000 | 97,850 | 100,786 | 103,810 |
| 95,000 | 97,850 | 100,786 | 103,810 |
| 75,000 | 77,250 | 79,568 | 81,955 |
| 75,000 | 77,250 | 79,568 | 81,955 |
| 75,000 | 77,250 | 79,568 | 81,955 |
| 140,000 | 144,200 | 148,526 | 152,982 |
| 95,000 | 97,850 | 100,786 | 103,810 |
| 132,000 | 135,960 | 140,039 | 144,240 |
| 218,715 | 225,276 | 232,034 | 238,995 |
| 147,500 | 151,925 | 156,483 | 161,177 |
| 152,500 | 157,075 | 161,787 | 166,641 |
| 308,595 | 317,853 | 327,389 | 337,211 |
| | | | |
| 135,000 | 139,050 | 143,222 | 147,519 |

EPA 001012

PNW Subsequent $42M EJ TCGM Grant
Other -  Subawards

**Other - Subawards**

| Subaward Budget | | Total for 3 years of Subaward | | | **Y1 Total** |
|---|---|---|---|---|---|
| Small Grants | | | Direct | $ | 41,739,131 |
| | 15% | | Indirect | | 4,278,261 |
| | | $ 48,000,001 | **Total** | $ | 32,800,001 |
| Consortium  Grants Close out | | | | | |
| NAP | | | Direct | $ | 17,391 |
| | | | Indirect | | 2,609 |
| | | | **Total** | $ | 20,000 |
| ATNI | | | Direct | $ | 8,696 |
| | | | Indirect | | 1,304 |
| | | 30,000 | **Total** | $ | 10,000 |
| | | $ 48,030,001 | | | |

**Subaward MTDC Calculation**

| | | | |
|---|---|---|---|
| Number of Consortium Grants at $50,000 | 2 | | |
| Number of Small Grants at $50k | 239 | | |
| | - | | |
| Apply the Cap | | $ 25,000 | |
| Subaward cap at %50K | | $ 50,000 | 4,680,000 |
| | | | 8,280,000 |

| | Year 1 Nov 2024 - Oct 2025 | | | Year 2 Nov 2025 - Oct 2026 | |
|---|---|---|---|---|---|
| Y1 Q1 Nov - Jan 2024/2025 | Y1 Q2 Feb - Apr 2025 | Y1 Q3 May - Jul 2025 | Y1 Q4 Aug - Oct 2025 | Nov - Jan 2025/2026 | Feb - Oct 2026 |
| | $ 8,840,580 | $ 17,362,319 | $ 2,318,841 | $ 13,217,391 | |
| | 1,326,087 | 2,604,348 | 347,826 | 1,982,609 | - |
| | $ 10,166,667 | $ 19,966,667 | $ 2,666,667 | $ 15,200,000 | $ - |
| | $ - | $ - | | $ - | |
| | - | - | - | - | - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | | $ - | |
| | - | - | - | - | - |
| | $ - | $ - | $ - | $ - | $ - |

| | 83 | 92 | | 64 | |
|---|---|---|---|---|---|
| | $ 500,000 | $ 1,850,000 | | $ 1,250,000 | |
| | 3,150,000 | 800,000 | | $ 700,000 | |
| | 3,650,000 | 2,650,000 | - | 1,950,000 | - |

EPA 001014

| | Year 3 | |
| | Nov 2026 - Oct 2027 | |
| Nov - Jan 2026/2027 | Jan - Oct 2027 | |
| - | | - |
| $ - | $ | - |
| | $ | 17,391 |
| - | | 2,609 |
| $ - | $ | 20,000 |
| | $ | 8,696 |
| - | | 1,304 |
| $ - | $ | 10,000 |

$ 48,000,001

2

30,000
-       30,000

EPA 001015

**Travel**

| Support Visits | No. of Visits | No of people | No of days | | Flights | Flight cost |
|---|---|---|---|---|---|---|
| | 22% | | | | | |
| Support Alaska | 8 | 2 | 3 | 48 | 1000 | 16000 |
| Support WA | 8 | 2 | 3 | 48 | 300 | 4800 |
| Support ID | 8 | 2 | 3 | 48 | 400 | 6400 |
| Support OR | 8 | 2 | 3 | 48 | 300 | 4800 |
| **Support Visits over 3 years** | 4 | | | | | $ 32,000.00 |
| | | | | | | 8600 |

| Travel to HQ | No of trips | No of people | No of days | | Flights | Flight cost |
|---|---|---|---|---|---|---|
| Alaska | 1 | 2 | 2 | 1 | 1,000 | 2,000 |
| Oregon | 1 | 1 | 2 | | 300 | 300 |
| Idaho | 1 | 1 | 2 | | 400 | 400 |
| Washington | 1 | 1 | 2 | | 250 | 250 |

EPA 001016

| Per Diem Rate | Per Diem cost Total | Distance (miles) | Milage Reimb Rate | Per Visit | Per Year | Total Car Rental |
|---|---|---|---|---|---|---|
| 350 | 16800 | 130 | 0.655 | 681.20 | 300 | *7,200* |
| 250 | 12000 | 300 | 0.655 | 1,572.00 | 300 | *7,200* |
| 314 | 15072 | 250 | 0.655 | 1,310.00 | 300 | *7,200* |
| 234 | 11232 | 400 | 0.655 | 2,096.00 | 300 | *7,200* |
| $ 1,148.00 | $ 55,104.00 | $ 1,080.00 | $ 2.62 | $ 5,659.20 | $1,200.00 | $ 28,800.00 |

| Per Diem Rate | Per Diem cost Total | |
|---|---|---|
| 250 | 1,000 | 3,000 |
| 250 | 500 | 800 |
| 250 | 500 | 900 |
| 250 | 500 | 750 |

EPA 001017

| Total Each | | Total |
|---|---|---|
| 40,681 | | |
| 25,572 | | |
| 29,982 | | |
| 25,328 | | |
| $ 121,563.00 | $ | **121,563** |

| | | Total |
|---|---|---|
| | $ | **5,450** |

EPA 001018

**Thriving Communities Grantmaking Program (TGCM) Progress Report for Regional Grantmakers**

<u>Instructions</u>: *Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system. Reports are due 30 days after each quarterly reporting period (see table below). For example, if your Project Period began on October 1st, then your first reporting period is October 1st through September 30th with your first progress report due on October 31st. Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer.*

|   | Quarterly Period | Quarterly Due Dates |
|---|---|---|
| 1 | October 1 - December 31 | January 31 |
| 2 | January 1 - March 31 | April 30 |
| 3 | April 1 - June 30 | July 31 |
| 4 | July 1 - September 30 | October 31 |

**Section 1. Administrative Information**
Recipient Name:  Philanthropy Northwest
Project Title: Northwest Network for Environmental Justic – Initial Award
UEI Number: CFDJSA2KV151
EPA Grant #: 02J63801
EPA Project Officer: Martha Scott Tomlinson

Project Period Start Date: 3/1/2024
Project Period End Date: 2/28/2027

Current Year of Project: One X   Two ☐   Three ☐
Reporting Period for current year:  One X   Two ☐   Three ☐   Four ☐
Reporting Period (start date, end date): 3/1/2024 - 8/31/2024

Date Report Submitted: October 1, 2024
Submitted by: Meredith Higashi, Philanthropy Northwest (Region 10 Grantmaker)

**Section 2. Financial Information**
Funds drawn down in reporting period: $23,838.82
Total funds drawn down to date: $23,838.82
Total EPA Funds remaining: $7,976,161.18

EPA 001019

Total funding awarded to Statutory Partners to date:  $0.00
Total funding awarded to Program Participants to date: $15,750.00
Total funding awarded to Contractors to date: $405,841.13
Total funding awarded to support outreach, including travel: $71.99

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | |
|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Affiliated Tribes of Northwest Indians (ATNI) | $379,646.00 | $0.00 | $0.00 | $379,646.00 |
| Native Americans in Philanthropy (NAP) | $708,499.00 | $0.00 | $0.00 | $708,499.00 |

In the table below, please provide more detailed financial information about each Program Participant included in your workplan:

| Program Participant Financial Status | | | | |
|---|---|---|---|---|
| Program Participant (name) | Total funds agreed upon (in Participant Agreement) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Irene Ruiz, Idaho Organization of Resource Councils | $2,250.00 (Task Force honorarium) | | | |
| Deleana Other Bull, Community Initiatives | $2,250.00 (Task Force honorarium) | | | |
| Beatrice Kiyaguri, African Young Dreamers | $2,250.00 (Task Force honorarium) | | | |
| Kristin Ostrom, Oregon Rural Action | $2,250.00 (Task Force honorarium) | | | |

EPA 001020

| | | | | |
|---|---|---|---|---|
| Susan Balbas, Na'ah Illahee Fund | $2,250.00 (Task Force honorarium) | | | |
| Jackie Leung, Micronesian Islander Community | $2,250.00 (Task Force honorarium) | | | |
| Anahma Shannon, Kawerak, Inc. | $2,250.00 (Task Force honorarium) | | | |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Erin Boehm (grants system analyst) | $200,000.00 | $0.00 | $0.00 | $200,000.00 |
| Erin Boehm (grants system analyst) | $6,400.00 | $0.00 | $0.00 | $6,400.00 |
| Fluxx (grants management system) | $142,236.73 | $0.00 | $0.00 | $142,236.73 |
| Gibson and Associates (recruitment agency) | $19,704.40 | $0.00 | $0.00 | $19,704.40 |
| Another Source (recruitment agency) | $37,500.00 | $0.00 | $0.00 | $37,500.00 |

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? **No**
2. Do you have questions about allowable use of funds? **No**
3. Are you drawing down funds timely and effectively? **Yes**
   a. If no, what challenges are you having drawing down funds?
4. Do you have a change in indirect cost rate? **No**
   a. Note: Prior approval is required before using a new rate.

EPA 001021

5.  Have you submitted the required Financial Status Report? **No. EPA has issued an extension to submit on 10/15/2024**
    a.  Note: EPA recipients must submit the Federal Financial Report (SF-425) at least annually.

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

*Instructions:*
*Below, we provide Tables for you to report information regarding your progress toward planned activities outputs and outcomes – separate tables are provided for the "people" and "technology" systems components of the Initial Award. In each of these Tables, we would like you to report progress toward key planned activities, outputs and outcomes, by Program Objective, as described in your currently approved work plan. For each output and outcome that you include, please also identify the entity that is leading (or led) that effort (e.g. the primary awardee, a Statutory Partner, a contractor, etc.) and a point of contact (POC). Please add a new row to the table for each activity.*

*Definitions of project activities, outputs and outcomes can be found in the TGCM request for applications (RFA). If you are reporting different metrics than originally proposed, please provide a brief narrative description of why (e.g., your activities needed to change due to conditions on the ground, which resulted in more effective metrics for your outputs or outcomes, etc.) at the end of this section.*

| People Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| **People system (e.g., personnel, organizational structure, partnerships, working groups, participatory governance processes, onboarding, etc.)** | **Program Objective** | **Activity** | **Output** | **Outcome** | **Organizational Lead (POC)** |
| Personnel and Organizational Structure | Ensure PNW has the staffing capacity to support implementation of the Thriving Communities Program | • Align organizational structure to support the staffing needs and capabilities for the Thriving Communities Program<br>• Recruited for several core project staff positions: senior | • Pre-existing PNW leadership staff took on roles as executive sponsor; grantmaking director; and director of community partnerships<br>• Hired an interim director, grants and finance in April 2024. | • New project staff were integrated into Thriving Communities Programs workstreams and the broader Philanthropy Northwest organization<br>• Completed Pre-Award | Rachel Jackson (Philanthropy Northwest) |

EPA 001022

| People Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| | | manager, communications and outreach; three program officers; and grants administrator<br>• Contracted grants systems analyst<br>• Began recruitment for permanent director of grants and finance | • Hired senior manager, communications and outreach in July 2024<br>• Hired three program officers (Alaska/Oregon; Idaho/Washington; Tribes) in July 2024<br>• Contracted a grants systems analyst in July 2024<br>• Hired grants administrator in August 2024<br>• Conducted new staff member onboarding and planning with pre-existing staff members | Certification processes including updating financial management policies and procedures<br>• Additional roles and capacity were directed toward launching communications materials; finalizing application and Request for Applications; and designing outreach and informational activities and programs<br>• Contract support ensured build out of our grants system | |
| Partnerships and Participatory Governance Processes | Leverage powerful partnerships to design a participatory grantmaking process that adds legitimacy, public accountability, | • Convened our Advisory Group of named partners<br>• Convened our Task Force of environmental justice | • The Advisory Group met 10 times between April and September 2024 to advise on application guidelines and | PNW's grant strategy, approach, application, and scoring rubrics align with our project's principles of simplicity, inclusivity, effectiveness and accessibility | Meredith Higashi (Philanthropy Northwest) |

EPA 001023

| People Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| | and a sense of agency and control over the process and decisions affecting communities | community leaders | questions, scoring rubrics, and outreach and support across the region<br>• PNW recruited nine community leaders across Region 10 to serve on our Task Force, which convened nine times between June and September 2024 to advise on environmental impacts, measurements and outcomes, specifically on rubrics for each grantmaking phase | | |

| Technology Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| Technology system (e.g., financial tracking, funds disbursement, application platform, grant tracking system, quality assurance processes, etc.) | Program Objective | Activity | Output | Outcome | Organizational Lead (POC) |

EPA 001024

| | | | | | |
|---|---|---|---|---|---|
| Application Platform/Grant Tracking System | Identify an application platform and grant tracking system that aligns with PNW's principles of simplicity, inclusivity, effectiveness and accessibility. | Solicited bids and finalize contracts/budget for grants management system vendor. | Selected and contracted with Fluxx in July 2024 as application platform and grants management system vendor. | Our application portal is designed for accessibility and simplification of application materials and information. | Danielle Crystal (Philanthropy Northwest) |
| Financial Tracking | Have a seamless and sophisticated system for tracking of grant funds | • Identified and contracted support for implementation of financial management system for seamless financial management.<br>• Set up Fluxx to send reports to the accounting program when invoices are received | • Identified SAGE Intaact/ Martus Budget to support financial management (new financial system)<br>• Fluxx set up to track subrecipient expenses at the cost category level, as well as subrecipient compliance | Accurately tracked expenses to support compliance and reporting | Rachel Jackson (Philanthropy Northwest) |
| Quality Assurance Processes | Managing the quality of environmental information through quality assurance plans and processes. | • Develop PNW's Quality Management Plan (QMP)<br>• Continue to coordinate with National-West Grantmaker | • By end of this reporting period, PNW had initiated work on our QMP<br>• By end of this | • Once approved, the QMP will plan, implement, and assess the effectiveness of our | Jill Nishi (QMP)/Meredith Higashi (QAPP) (Philanthropy Northwest) |

EPA 001025

| | | (Unite-EJ) on Quality Assurance Project Plan (QAPP) needs and resources that Unite-EJ will provide for the regional grantmakers | reporting period, PNW was still in coordination with the National-West Grantmaker about QAPP needs and support | quality assurance and quality control operations (policies, procedures, and roles).<br>• QAPP guidance will provide clarity of expectations and requirements for subgrantees on data gathering activities | |
|---|---|---|---|---|---|
| Project Management Tools | Ensure clear workflow and documentation of backend processes | Build customized Smartsheet tool for the Thriving Communities Program staff | Customized Smartsheet tool supports the backend of our peer review process (such as fund balancing) and internal workflow | Streamlined documentation of workflow and backend processes | Danielle Crystal (Philanthropy Northwest) |

1. Are you reporting on different metrics than proposed in your workplan? Yes or **No**
   a. If so, please describe why.

**Section 4. General Project Challenges and Course-Corrections**
   1. Please provide a narrative summary of the extent to which your activities/outputs/outcomes for this reporting period aligned with the milestones you had established for this period in your workplan.
      a. If there have been substantial changes from what you had planned (e.g., delays), please describe why those changes occurred.

EPA 001026

Philanthropy Northwest launched our governance and participatory grantmaking processes in April 2024, as anticipated in our workplan. Our strategy has been to leverage our network of partnerships and implement a participatory grantmaking model through the guiding principles of simplicity, inclusivity, effectiveness, and accessibility. We began by convening our Advisory Group, comprised of the named in-kind philanthropic and pass-through partners. Over the course of 10 meetings through September 2024, the Advisory Group provided guidance and feedback on application questions and our scoring rubrics, particularly with how we will evaluate applicants' projects for community benefit, community involvement, and community representation; provided strategic guidance on outreach and accessibility of the grantmaking program to applicants across the region; and supported us in navigating processes and considerations in standing up this program. In June 2024, we began to concurrently convene our Task Force, an advisory body of community-based environmental justice movement leaders across Region 10, to contribute guidance specifically on environmental justice-focused aspects of the application questions and scoring rubrics, and ways to reduce complexity and minimize the application burden. The Task Group met nine times from June-September 2024 and included representatives from our two pass-through entities Native Americans in Philanthropy and Affiliated Tribes of Northwest Indians, alongside eight other organizations in the region (Seeding Justice, Na'ah Illahee Fund, Kawerak, Oregon Rural Action, Idaho Organization of Resource Councils, AYDEP, Micronesian Islander Community, and Oregon Just Transition Alliance). The Advisory Group and Task Force efforts were led by our director of community partnerships and our grantmaking director.

Philanthropy Northwest's senior leadership team for this program entirely staffed this program during the spring and early summer, focusing on the Advisory Group, Task Force, bifurcated budgets and workplans, grants management system vendor procurement, application development, and recruitment of additional Thriving Communities Program staff members. In July, we welcomed four new project-focused staff members: senior manager of communications and outreach and three program officers (assigned to Alaska/Oregon, Idaho/Washington, and Tribes, respectively). We convened these new staff members in Seattle in late July for project onboarding, followed by a retreat with our full organizational team. In August, we welcomed a grants administrator to our staff, and brought our project team together in-person again for onboarding and planning. We have maintained weekly project team meetings, bi-weekly meetings of our leadership group (CEO; executive sponsor; vice president of people, operations and finance; grantmaking director; director of community partnerships; and vice president, marketing and communications). We have also continued weekly meetings with our EPA project officer since the beginning of the reporting period.

The final month of this reporting period was focused on developing general outreach information, including our [webpage](), FAQs, a toolkit, and a call for peer reviewers; finalizing our application and readying it in our Fluxx grants management system; preparing our RFA and rubrics; and identifying translation and other communications support. We also began coordination with our National-West Grantmaker (Unite-EJ) on QAPP resources, and have initiated our Quality Management Plan development. These activities continued following the end of this reporting period. We did not contract a quality assurance specialist during this reporting period. Our contracts with Fluxx and our grants system analyst are active but first payments were not made during this reporting period.

We expect to launch the application for Phase III grants in October 2024, and begin review of applications in January 2025.

<u>Any Substantial Changes</u>
The most substantial change to our planned activities was the withdrawal of JustFund in June 2024 as our application platform and grants management vendor. In our original proposal, we planned to use JustFund for their Common Application, which is rooted in trust-based values and is a simplified application for grantees. During the process of developing our application questions for ICR, we uncovered difficulties with the conciseness of the JustFund Common Application, limiting our ability to receive very specific information that we need for our grant. Given the mission of JustFund and the intended goals of the Common Application, the degree of modification was not feasible for them to make, and we mutually agreed that JustFund's tool would not suffice for the purpose of the Thriving Communities grant program. We initiated the procurement process and selected Fluxx as our grants management system in July 2024.

EPA 001027

2. Has your program encountered substantial problems or difficulties during this reporting period? **Yes** or No
   a. If yes, how have they been addressed or resolved?

The start up of this grantmaking program has been challenging, with the new structure and processes of this program for EPA often leading to unanticipated and evolving pivots and additions to grantmakers' preparations, requiring substantial time and capacity to process and execute. Some examples include:

- The bifurcated nature of the grant award added complexity to our budgeting and work planning.
- Unclear communication regarding the impact of the shift in the 2 CFR Part 200 regulations and impact on the program created significant work around adjusting the budget.
- The ICR processes – both the emergency and main – were moving on overlapping submission and feedback timelines, and EPA delays in the E-ICR process led to our deep concern and anxiety that we could not target definitive dates to finalize our materials and launch the grant program in October.
- The QAPP and QMP protocols are areas where we are conducting significant outreach to connect with resources and partners for support in navigating.
- The EJCC program was introduced with urgency in the early summer but final information about this program has been delayed.
- We continue to work towards clarity on where Philanthropy Northwest's role and capacities as Regional Grantmaker overlap with or transition to the National-West Grantmaker and the TCTACs.

In terms of addressing the challenges we have experienced, we have a strong relationship with our EPA Project Officer and have weekly check-in meetings that enable us to raise questions, feedback, or concerns in a timely way. We have focused on building our relationships with Unite-EJ and our two regional TCTACs, mutually recognizing that a regular cadence of meetings will benefit our collaborations throughout this program. Participating in the weekly EPA office hours has also been beneficial to us. We recognize that the substantial challenges we have encountered are not unique to Region 10, and hearing from other grantmakers has helped us to understand areas of common difficulties as well as how other grantmakers may be navigating those.

3. Do changes need to be made to your workplan in the near future? Yes or **No**
   a. If so, please describe the changes you would like to make and the reason for each suggested change.

4. Have there been any major changes in project personnel from what you had described in your work plan? Yes or **No**
   a. If yes, please describe any changes in project personnel.

5. How can your EPA Project Officer better support you?

Our EPA Project Officer (and other Region 10 EPA staff) has been very accessible throughout this process. Our leadership team has weekly virtual meetings with her, as well as ad hoc meetings as specific project questions arise. Our Project Officer joined some of our Advisory Group and Task Force meetings, and attended the onboarding session for our new staff members. Through our Project Officer, we have connected to other EPA staff for support with the EJScreen tool, quality

**EPA 001028**

assurance, and collaboration with the Region 10 Administrator on a possible joint public event. As we transition into launching the grantmaking program this fall, we hope our Project Officer will be able to maintain this level of accessibility.

**Section 5. Looking Ahead**

In the Table below, provide a high-level summary of planned noteworthy activities, outputs, and outcomes (if applicable) for the next quarter, consistent with your current workplan.  Please add a row to the table for each activity.

| Summary of planned activities for the next quarter | | | | |
|---|---|---|---|---|
| System (i.e., People or Technology Related Support) | Objective | Activity | Output | Outcome |
| Grantmaking | Conduct an accessible grantmaking process | Open applications in October 2024 and provide resources for prospective applicants | • Conduct webinar series in Fall 2024 to introduce the grantmaking program and provide more detailed information about application content, the application portal, budgets, work plans, technical assistance resources and more<br>• Receive applications for first round of Phase III applications, to begin review in January 2024 | Eligible subgrantee entities experience the process of applying for funds as "simple, inclusive, effective, and accessible" (our guiding design principles) |
| | | Promote Region 10's Thriving Communities Program | • PNW Thriving Communities team engages directly with communities in | PNW leverages our network and communications platforms to result in an applicant pool |

EPA 001029

| | | | place across the region<br>• PNW reaches into our longstanding philanthropic network and other cross-sector relationships to promote the program<br>• Launch event in collaboration with Region 10 Administrator | representative of the breadth of Region 10, especially rural and tribal areas |
|---|---|---|---|---|
| | Promote a participatory grantmaking process | Recruit and train Peer Reviewers | Have a bench of community-based Peer Reviewers across Region 10 ready to begin review of applications in January 2025 | Expeditious and equitable process of reviewing applications to disburse funds to Justice40 communities |
| Quality Assurance | Ensure clarity of expectations and requirements for subgrantees on data gathering activities | Establish PNW's Quality Management Plan and identify how QAPPs will be supported | Have an approved QMP and expertise and process for QAPPs by January 2025 | Environmental data collected is reliable, accurate, and consistent with the requirements set by EPA |
| Technology Related Support | | Train PNW's Thriving Communities staff on grants management system | Staff are proficient in how information is collected, tracked and analyzed | Information is collected and managed in a consistent and secure way to ensure integrity and equity |
| People | | Hire additional PNW positions to support implementation of the Thriving Communities Program | In Fall 2024, hire and onboard director of grants and finance, who will bring additional expertise in compliance requirements | |

**EPA 001030**

| | | | and management of PNW's award | |
|---|---|---|---|---|
| | | | | |

1.  Describe how your planned activities for the next quarter build on what you did in the previous quarter.

The next quarter will primarily focus on the launch of the grantmaking program, which all efforts in the prior quarter and reporting period were in support of preparing. We will be conducting significant outreach and promotion to communities across Region 10, including in collaboration with EPA and organizational partners. We will host a series of webinars to support interested applicants in evaluating this grant opportunity and navigating various aspects of the application.

2.  Describe the specific underserved communities that will be engaged or reached through your work in the next quarter.

We have three program officers dedicated to specific areas and communities in the region: Alaska and Oregon; Idaho and Washington; and Tribes. In collaboration with our senior manager of communications and outreach, the Thriving Communities leadership staff, and our pass-through and in-kind partners, our program officers will leverage relationships and networks across the region to promote the grant opportunity. We are focusing on Justice40 communities, particularly in rural and tribal areas. We will design multiple methods of outreach, such as in-person, virtual, web, print, and radio, to reach communities through ways they can best access.

**VI. Feedback**
If you have any additional feedback or comments for EPA, please note this here.

On Question 2, we shared some challenges we have experienced with processes and developments in this grantmaking program. We would like EPA to prioritize enhanced written communications with grantmakers to provide updates, deadlines, and requirements in a clearer way. Our team prioritizes attending the weekly optional office hours because we have sometimes obtained critical information there (for example, about extended ICR deadlines) that we would not have received in such a direct or timely manner. We also encourage EPA to share knowledge assets and templates (e.g., QMPs) widely with the regional grantmakers to create efficiencies and minimize redundancies in efforts.

**VII. Optional Project Photos (not required)**
*Instructions: You can submit pictures capturing images of key project activities and highlights with your progress report. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents.*
*Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 001031

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>**

*<u>Instructions</u>: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* **Reports are due 30 calendar days after each quarterly reporting period;** *reference the Terms and Conditions* **(also see table below)**. *Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report or need support with using the Salesforce system -- please contact your Project Officer for assistance. Note, this quarterly report is distinct from SF 425 Federal Financial Reporting which will also be required quarterly.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Philanthropy Northwest
Project Title: Northwest Network for Environmental Justice - Initial Award
UEI Number: CFDJSA2KV151
EPA Grant #:02J63801
EPA Project Officer: Martha Scott Tomlinson

Project Period Start Date: 3/1/2024
Project Period End Date: 2/28/2027

Current Year of Project: One **X**   Two ☐   Three ☐
Reporting Period for current year:  One ☐  Two **X**  Three ☐   Four ☐
Reporting Period (start date, end date, year): 9/1/2024  - 12/31/2024 (Note: our previous report was submitted for the period of 3/1/2024-8/31/24, so activities beginning 9/1/2024 are included in this report, which is different than the period in the table above.)

Date Report Submitted: January 31, 2025
Submitted by: Meredith Higashi, Philanthropy Northwest (Region 10 Grantmaker)

**EPA 001032**

**Section 2. Financial Information**
Funds drawn down in this reporting period: $967,726.76
Total funds drawn down to date: $991,565.58
Total EPA Funds remaining: $7,008,434.42

**Program management costs [this includes past quarterly reporting periods]**
Total funding drawn down for Personnel Costs to date: $593,127.51
Total funding drawn down for Statutory Partners to date: $0.00
Total funding drawn down for Participant Support Costs to date: $15,750.00
Total funding drawn down for Contract costs to date: $201,912.51
Total funding drawn down to support outreach, including travel: $960.31

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds |
|---|---|---|---|---|
| Affiliated Tribes of Northwest Indians (ATNI) | $379,646.00 | $0.00 | $0.00 | $379,646.00 |
| Native Americans in Philanthropy (NAP) | $708,499.00 | $0.00 | $0.00 | $708,499.00 |

In the table below, please provide more detailed financial information about each Program Participant included in your workplan:

| Program Participant Financial Status | | | | |
|---|---|---|---|---|
| Program Participant (name) | Total funds agreed upon (in Participant Agreement) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |

EPA 001033

| Irene Ruiz, Idaho Organization of Resource Councils | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |
|---|---|---|---|---|
| Deleana Other Bull, Community Initiatives | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |
| Beatrice Kiyaguri, African Young Dreamers | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |
| Kristin Ostrom, Oregon Rural Action | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |
| Susan Balbas, Na'ah Illahee Fund | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |
| Jackie Leung, Micronesian Islander Community | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |
| Anahma Shannon, Kawerak, Inc. | $2,250.00 (Task Force honorarium) | $2,250.00 | $2,250.00 | $0.00 |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds in contract agreement |
| Erin Boehm | $206,400 | $36,678 | $36,678 | $169,722 |
| Welter Consulting, LLC | $63,000 | $31,500 | $31,500 | $31,500 |
| CFO Selections LLC | $48,000 | $16,000 | $16,000 | $32,000 |
| Gibson and Associates | $22,062.51 | $22,062.51 | $22,062.51 | $0.00 |
| Another Source | $37,500 | $37,500 | $37,500 | $0.00 |
| Pyramid Communications | $35,000 | $17,500 | $17,500 | $17,500 |
| Scion Staffing | $19,000 | $19,000 | $19,000 | $0 |

EPA 001034

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Proteus Fund | $3,000 | $0 | $0 | $3,000 |
| Non Profit Professionals Now, Inc. | $15,000 | $15,000 | $15,000 | $0 |
| Languages Pro, LLC | $6,672 | $6,672 | $6,672 | $0 |

Additional questions:
1. Are you requesting a budget change across budget categories greater than 10% of the overall budget? **Yes**, a budget amendment is pending approval.
2. Do you have questions about allowable use of funds? **No**
3. Do you have any improper payments to report? **No**
   a. Do you have a change in indirect cost rate? **Yes.** An updated NICRA of 32.84% for 2024 and 32.72% for 2025 was approved on January 23, 2025.
   b. Note: Prior approval is required before using a new rate.
4. Have you submitted the required Financial Status Report? **No.** We have confirmation from our Project Officer that our first SF-425 is due on February 28, 2025.
   a. Note: EPA recipients must submit the Federal Financial Report (SF-425) at least annually.


**Section 3. Progress Toward Objectives, Outputs and Outcomes**

*Instructions:*
*Below, we provide Tables for you to report information regarding your progress toward planned activities outputs and outcomes – separate tables are provided for the "people" and "technology" systems components of the Initial Award. In each of these Tables, we would like you to report progress toward key planned activities, outputs and outcomes, by Program Objective, as described in your currently approved work plan. For each output and outcome that you include, please also identify the entity that is leading (or led) that effort (e.g. the primary awardee, a Statutory Partner, a contractor, etc.) and a point of contact (POC). Please add a new row to the table for each activity.*

*Definitions of project activities, outputs and outcomes can be found in the TGCM request for applications (RFA). If you are reporting different metrics than originally proposed, please provide a brief narrative description of why (e.g., your activities needed to change due to conditions on the ground, which resulted in more effective metrics for your outputs or outcomes, etc.) at the end of this section.*

EPA 001035

| People Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| **People system (e.g., personnel, organizational structure, partnerships, working groups, participatory governance processes, onboarding, etc.)** | **Program Objective** | **Activity** | **Output** | **Outcome** | **Organizational Lead (POC)** |
| Personnel and Organizational Structure | Ensure PNW has the staffing capacity to support implementation of the Thriving Communities Program | Opened recruitment for 2nd grant administrator | New grant administrator to begin in early 2025<br><br>Will post opportunity for Quality Assurance Program Officer position in early 2025 | Continued alignment of organizational structure to support the staffing needs and capabilities to effectively implement the Thriving Communities Program | Rachel Jackson (Philanthropy Northwest) |
| Partnerships and Participatory Grantmaking | Leverage powerful partnerships to design a participatory grantmaking process that adds legitimacy, public accountability, and a sense of agency and control over the process and decisions affecting communities | Continued to consult with Advisory Group of named partners as program further developed<br><br>Recruited and selected members of the Peer Review Group<br><br>Partnered with collaborative pass-through partner | Promoted and conducted outreach for members of the Peer Review Group through our website, social media, and e-news, in addition to word-of-mouth by our team members and partners at presentations and community engagements about the Thriving | Applications will be reviewed and scored by community members from Region 10, a process that builds trust in the decision-making process, fosters community-driven solutions, and encourages collaboration and capacity-building in grantmaking | Lyn Hunter (Philanthropy Northwest) |

EPA 001036

| People Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| | | Native Americans in Philanthropy to prepare for Peer Reviewer orientation and training for Round 1 of grantmaking | Communities program. Finalized a group of 29 peer reviewers for the Round 1 applications. | | |
| Policies | Ensure we have mechanisms to support compliance with program requirements | Establish conflict of interest policy<br><br>Establish cap award and fiscal agent policy | Received approval of our Conflict of Interest policy in October 2024<br><br>Finalized cap award and fiscal agent policy in September 2024 to limit any fiscal agents to up to five awards totaling no more than $1 million | Policies enhance clarity, consistency, transparency and integrity of program decisions | Meredith Higashi/Rachel Jackson (Philanthropy Northwest) |

| Technology Systems Quarterly Progress Summary | | | | | |
|---|---|---|---|---|---|
| Technology system (e.g., financial tracking, funds disbursement, application platform, grant tracking system, quality assurance processes, etc.) | Program Objective | Activity | Output | Outcome | Organizational Lead (POC) |

EPA 001037

| Application Platform/Grant Tracking System | Implement a grants management system that aligns with PNW's principles of simplicity, effectiveness and accessibility. | Design process for application data to flow to grants management system | The build-out of our Fluxx grants management system, on which we launched our RFP in October 2024 for Round 1 of grantmaking | An application portal designed to support accessibility and clarity for grant applicants and eventual sub-awardees | Danielle Crystal (Philanthropy Northwest) |
|---|---|---|---|---|---|
| Financial Tracking | Have a seamless and sophisticated system for tracking of grant funds | Prepared for implementation of SAGE Intacct financial management system. | The design, building and testing phases were all completed on time and successfully | We will be prepared to begin and complete the go-live phase of implementation in time for our first subawards | Rachel Jackson (Philanthropy Northwest) |
| Quality Assurance Processes | Managing the quality of environmental information through quality assurance plans and processes | Developed our Quality Management Plan

Began to consider in-house QA staffing needs | Completed the QMP and received signed approval by Region 10 RQAM on December 11, 2024

Distributed an RFA and procured bids for QA contract support | Once approved, the QMP will plan, implement, and assess the effectiveness of our quality assurance and quality control operations (policies, procedures, and roles)

QA Program Officer and expected contract support will ensure we have capacity and expertise to provide clear | Jill Nishi (QMP)/Danielle Crystal (QA staffing) (Philanthropy Northwest) |

EPA 001038

| | | | | guidance and support for subawardees on data-gathering activities | | |
| Project Management Tools | Ensure clear workflow and documentation of backend processes | Implemented Smartsheet tool for the Thriving Communities Program staff | Customized Smartsheet tool supports the backend of our peer review process (such as fund balancing) and internal workflow | Streamlined documentation of workflow and backend processes | Danielle Crystal (Philanthropy Northwest) |

1. Are you reporting on different metrics than proposed in your workplan? ~~Yes or~~ **No**
   a. If so, please describe why.

**Section 4. General Project Challenges and Course-Corrections**
1. Please provide a narrative summary of the extent to which your activities/outputs/outcomes for this reporting period aligned with the milestones you had established for this period in your workplan.
   a. If there have been substantial changes from what you had planned (e.g., delays), please describe why those changes occurred.

During this reporting period, we remained on track with the people and technology systems essential for readiness to open our grantmaking opportunity. We successfully launched our first round of Requests for Applications for Type III grants in October 2024. We accompanied the launch with updated content about our program and application resources on the PNW website; a series of five public webinars to support prospective applicants ((1) Program Overview; (2) Navigating the Grants Management Portal; (3) Tips on Using Online Tools and Databases; (4) Developing a Workplan; (5) Developing a Budget); and a media briefing (with 15 attendees) in partnership with the EPA Region 10 Administrator Casey Sixkiller; Erik Stegman, CEO of Native Americans in Philanthropy, our collaborative pass-through partner; and PNW CEO Jill Nishi.

In this first application round, which closed on December 15, 2024, we received 132 applicants for a total of $43.9 million in funding requests. The distribution of applications across Region 10 was as follows: 59 from Washington; 45 from Oregon; 26 from Alaska; two from Idaho. Among those figures, 27 applicants identified they primarily serve Indigenous or tribal communities (15 from Alaska; six from Oregon; six from Washington). Forty-four applicants identified that they serve rural communities, and 37 applicants said they serve "some" rural communities.

**EPA 001039**

As the application cycle remained open, we conducted outreach for our Peer Review Group – community members across Region 10 who would review and score applications. We finalized the set of 29 peer reviewers whom we would be prepared to train for their review process for Round 1 in January 2025.

Throughout the reporting period, we promoted the grantmaking program through multiple communications platforms, in-person and virtual presentations in Region 10, and direct conversations with prospective applicants. With the launch of our grantmaking program, PNW's website page on Thriving Communities was our most-visited page in Q4 2024, with more than 15,000 visits during that period. We received 2,997 impressions and 226 engagements on our social media posts. Our Thriving Communities e-newsletter reached 529 subscribers. Our three program officers conducted over 110 one-on-one meetings with individuals and organizations who reached out to them about the Thriving Communities Program using a dedicated calendar booking system. We also received between 300-350 inquiries about the grantmaking program to our general Thriving Communities email account.

Throughout the grant period, we continued to have weekly meetings with our EPA project officer, and to share information and coordinate routinely with the Region 10 TCTACs (including referring 100% of prospective applicants to them as a resource) and the other Thriving Communities West grantmakers.

Feedback We Received and Course-Corrections
In their engagements with organizations and tribes across Region 10, our program officers received positive feedback about PNW's intermediary role in reducing their barriers to accessing federal funding opportunities. Community members appreciated the workshops/presentations our team conducted, as well as the availability and ease of accessing our program officers for one-on-one engagement. Applicants shared that they found the information on our website to be clear about the application requirements and transparent about the grants process we are using.

We heard feedback during the Round 1 application phase that two-year audited financials were a burdensome requirement in the application, and we made plans to remove that requirement in subsequent application rounds. To further support the application process, we provided an application checklist in our RFA; simplified the document download function on our Fluxx application portal; and added additional help text throughout the application in Fluxx reminding applicants to save their progress often.

Challenges
*Quality Assurance Project Plans (QAPPs).* We gained clearer understanding of the processes for QAPPs by our sub-awardees; however, our understanding about the requirements of this process came after we had developed initial plans and projections for the timing of our grantmaking cycles, as well as our own capacity to support the volume of QAPPs that may be required by our sub-awardees. We needed to quickly adjust grantmaking cycle timelines and reassess staffing and contractor needs to support QAPPs, while our Round 1 was already

underway. We identified that we would utilize supplemental funding in our subsequent award (5N-02J63901-1) to secure more quality assurance support to be prepared for higher sub-awardee needs in this area.

*Coordination Across Grantmakers to Address Conflicts of Interest.* Each Grantmaker has established different contours of their grantmaking program, and the scope of our organizations' conflict of interest policies do not necessarily match evenly to ensure there is a clear Grantmaker for any eligible entity. We began discussions with the other West Grantmakers but did not resolve all questions during this reporting period.

In terms of addressing any challenges we experienced throughout the reporting period, we maintained a strong relationship with our EPA Project Officer who supported us in navigating questions, feedback, or concerns in a timely way. We participated in the weekly EPA Thriving Communities office hours to ensure we were abreast of any new developments in the program, and we also built stronger direct relationships with the other West grantmakers.

2. Has your program encountered substantial problems or difficulties during this reporting period? ~~Yes or~~ **No.**
   a. If yes, how have they been addressed or resolved?

3. Do changes need to be made to your workplan in the near future? ~~Yes or~~ **No.** PNW has submitted workplan revisions, along with a revised budget, that were described in the previous report and are pending approval.
   a. If so, please describe the changes you would like to make and the reason for each suggested change.

4. Have there been any major changes in project personnel from what you had described in your work plan? ~~Yes or~~ **No** (not during this reporting period)
   a. If yes, please describe any changes in project personnel.

5. How can your EPA Project Officer better support you?

Our EPA Project Officer (and other Region 10 EPA staff) has been very accessible throughout this process. Our leadership team has weekly virtual meetings with her, as well as ad hoc meetings as specific project questions arise. Our Project Officer has supported us in connecting with the appropriate EPA staff and resources who may be able to support our questions in more specific areas like quality assurance or compliance matters. We have appreciated our Project Officer's accessibility and look forward to continuing to work closely with her.

**Section 5. Looking Ahead**
In the Table below, provide a high-level summary of planned noteworthy activities, outputs, and outcomes (if applicable) for the next quarter, consistent with your current workplan. Please add a row to the table for each activity.

EPA 001041

| Summary of planned activities for the <u>next quarter</u> | | | | |
|---|---|---|---|---|
| System (i.e., People or Technology Related Support) | Objective | Activity | Output | Outcome |
| Grantmaking | Conduct an accessible grantmaking process, and distribute subawards broadly and equitably across Region 10 | We will make selections for Round 1 sub-awardees by March 2025. We will launch Round 2 of applications for <u>all three</u> grant types on January 1, 2025 (closing February 28, 2025); Round 3 for Type I and II grants on February 1, 2025 (closing March 31, 2025); and Round 4 for Type I grants on March 1, 2025 (closing March 31, 2025). During the next quarter, we will also review proposals for our non-competitive grants. | Selection of sub-awardees (approximately 250 total across grantmaking cycles) | Eligible organizations and tribes experience the process of applying for funds as "simple, inclusive, effective, and accessible" (our guiding design principles)<br><br>Selected sub-awardees have support and clarity of expectations, tools and resources from Philanthropy Northwest to implement their projects effectively |
| | Promote Region 10's Thriving Communities Program | We will continue outreach across Region 10 to promote the grant opportunity, through communications tools, presentations, and direct program officer engagement with communities. | PNW Thriving Communities team engages directly with communities in place across the region, with enhanced and concerted additional outreach in areas where we identify gaps in applications and | PNW leverages our network and communications platforms to result in an applicant and selected sub-awardee body representative of the breadth of Region 10, especially rural and tribal areas |

EPA 001042

| | | | visibility of the opportunity<br><br>PNW reaches into our longstanding philanthropic network and other cross-sector relationships to promote the program | |
|---|---|---|---|---|
| | Promote a participatory grantmaking process | Continue to recruit and train Peer Reviewers to conduct application review and scoring | Peer reviewers selected in Q4 2024 will review and score Round 1 applications<br><br>A bench of reviewers (approximately 240) will be ready for review of Rounds 2, 3, and 4 of our applications. | Expeditious and equitable process of reviewing applications to disburse funds to communities |
| Technology Related Support | | Continued development of our grants management system, including post-award processes, and training to PNW's Thriving Communities staff | Staff are proficient in how information is collected, tracked and analyzed | Information is collected and managed in a consistent and secure way to ensure integrity and equity |
| People | | Hire additional PNW positions to support implementation of the Thriving Communities Program | Hire and onboard a 2nd grant administrator in Q1 2025.<br><br>Hire and onboard a Quality Assurance program officer in Q1 2025 (funded by | Capacity to effectively and efficiently administer the volume of anticipated sub-awards.<br><br>Environmental data collected is reliable, accurate, and consistent with the requirements set by EPA |

EPA 001043

| | | | subsequent award, 5N-02J63901-1)<br><br>Procure contract support for quality assurance in Q1 2025 (funded by subsequent award, 5N-02J63901-1) | |
|---|---|---|---|---|

1. Describe how your planned activities for the next quarter build on what you did in the previous quarter.

The next quarter will focus on launching the remainder of our application cycles for all grant types, and on the grantmaking itself. We will be conducting significant outreach and promotion to communities across Region 10, including in collaboration with EPA and organizational partners. Based on lessons learned and information gathered from earlier outreach efforts and application cycles, we will course-correct to deepen and improve outreach in any areas that have been less connected to this grant opportunity. We will be increasing on-the-ground engagements throughout the region.

2. Describe the specific underserved communities that will be engaged or reached through your work in the next quarter.

We have three program officers dedicated to specific areas and communities in the region: Alaska and Oregon; Idaho and Washington; and Tribes. In collaboration with our senior manager of communications and outreach, the Thriving Communities leadership staff, and our pass-through and in-kind partners, our program officers will leverage relationships and networks across the region to promote the grant opportunity. We are particularly focused on rural and tribal areas. Based on application data from our first round of applications, we also will increase our emphasis on outreach in Idaho, the state where we received significantly fewer applications. We will consult with community members and partner organizations who can advise on specific outreach methods that resonate most in their particular communities.

**VI. Feedback**
If you have any additional feedback or comments for EPA, please note this here.

**VII. Optional Project Photos (not required)**
*Instructions:* You can submit pictures capturing images of key project activities and highlights with your progress report. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents.

EPA 001044

*Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 001045

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u>**

<u>*Instructions*</u>*: Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* ***Reports are due 30 calendar days after each quarterly reporting period (see table below)****.  Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report, or need support for using the Salesforce system -- please contact your Project Officer for assistance. Resources and support for using the Salesforce system are available if needed – please talk to your Project Officer. Note, this quarterly report is apart from SF 425 Federal Financial Reporting which will be required annually.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name:  Philanthropy Northwest
Project Title:  Northwest Network for Environmental Justice – Initial Award
UEI Number: CFDJSA2KV151
EPA Grant #: 02J63801
EPA Project Officer: Martha Scott Tomlinson

Project Period Start Date: 3/1/2024
Project Period End Date: 2/28/2027

Current Year of Project: One ☐   Two **X**   Three ☐
Reporting Period for current year:  One **X**   Two ☐   Three ☐   Four ☐
Reporting Period (start date, end date): 1/1/2025-3/31/2025

Date Report Submitted: April 30, 2025
Submitted by: Meredith Higashi, Philanthropy Northwest (Region 10 Grantmaker)

EPA 001046

I understand that if a Quality Assurance Project Plan is required for the project, I will have to draft and receive approval of a QAPP prior to beginning data collection.  NOTE - EPA Project Officers will work with all selected Grantmakers on quality assurance requirements. [Y/N] **Yes**

**Section 2. Financial Information**
Funds drawn down in reporting period: **$686,513.13**
Total funds drawn down to date: **$1,678,078.71**
Total EPA Funds remaining: **$6,321,921.29**

Total funding awarded to Statutory Partners to date: **$0.00**
Total funding awarded to Participant Support Costs to date: **$15,750.00**
Total funding awarded to Contractors to date: **$362,919.85**
Total funding awarded to support outreach, including travel: **$5,129.29**

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities |
| Native Americans in Philanthropy | $379,646.00 | $0.00 | $0.00 | $379,646.00 | Supported Round 1 peer reviewers' anti-bias and orientation trainings in January 2025, and Round 2 and 3 peer reviewers' anti-bias and orientation trainings in March 2025. |

EPA 001047

| | | | | | Throughout the quarter, conducted promotion of the grant opportunities and peer reviewer opportunities across their network. |
|---|---|---|---|---|---|
| Affiliated Tribes of Northwest Indians | $708,499.00 | $0.00 | $0.00 | $708,499.00 | Throughout the quarter, conducted promotion of the grant opportunities and peer reviewer opportunities across their network, including at their 2025 Winter Convention in January. |

In the table below, please provide more details about each Program Participant included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant activity (select from dropdown) | Expended this quarter | List all Program Participant Recipients + (optional narrative) |

EPA 001048

| Review and scoring of applications from Round 1 | $0.00 | Participant support costs drawn down during this period are included in the Subsequent Award (5N-02J63901-1) report. |
|---|---|---|

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds |
| Erin Boehm | $200,000 | $56,278 | $26,000 | $125,322 |
| Erin Boehm | $6,400 | $6,400 | $0 | $0 |
| Welter Consulting, LLC | $63,000 | $62,800 | $31,300 | $200 |
| CFO Selections LLC | $48,000 | $32,000 | $16,000 | $16,000 |
| Gibson and Associates | $22,062.51 | $22,062.51 | $0.00 | $0.00 |
| Another Source | $37,500 | $37,500 | $0.00 | $0.00 |
| Pyramid Communications | $60,000 | $48,100 | $30,600 | $11,900 |
| Scion Staffing | $19,000 | $19,000 | $0.00 | $0.00 |
| Proteus Fund | $3,000 | $3,000 | $3,000 | $0.00 |
| Non Profit Professionals Now, Inc. | $12,000 | $12,000 | ($3,000) REFUND | $0.00 |
| Languages Pro, LLC | $6,672 | $6,672 | $0.00 | $0.00 |
| Clark Nuber | $20,000 | $2,100 | $2,100 | $17,900 |
| Clark Nuber | n/a | $0.00 | $0.00 | n/a |
| Davis Wright Tremaine | n/a | $0.00 | $0.00 | n/a |

EPA 001049

| Carolyn Ho Consulting LLC | $19,000 | $4,000 | $4,000 | $15,000 |

Several contracts are cost shared between the initial and subsequent grants. "Total funds agreed upon" and "remaining funds in contract" reflect activity to date across both grants. "Total funds drawn down to date" and "drawdown in last quarter" reflect amount relevant to initial grant.

Additional questions:
1. Are you requesting a budget change that is greater than 10% of the overall budget? **No**
2. Do you have questions about allowable use of funds? **No**
3. Do you have any improper payments to report? **No**
4. Do you have a change in indirect cost rate?  **No. (We reported in our January 31, 2025, report for the prior period that an updated NICRA of 32.84% for 2024 and 32.72% for 2025 was approved on January 23, 2025.)**
   Note: Prior approval is required before using a new rate.

**Section 3. Progress Toward Objectives, Outputs and Outcomes**

_Instructions:_

_Below, we provide three tables for you to provide information about your initial award. We provide separate tables for "people" and "technology" systems related support that you will provide to Grantmakers, as setting up each of these systems will be the focus of their initial awards and is where your initial activities will focus. We also provide a table regarding communications related activities, which will also be a pillar of your initial award._

_More specifically, we ask you to address the following:_

1. **_System Component._** _In the first column of each table, select a people systems, technology, or communication system component from the available drop-down list that you have worked on during the reporting period. Add rows for each system component you have worked on this quarter._
2. **_Progress this Quarter._** _For each systems component, provide a brief narrative description of the progress you have made during the reporting period._
3. **_Barriers Encountered this Quarter._** _For each systems component, provide a brief narrative description of any barriers you have encountered during the reporting period._
4. **_Planned Focus for Next Quarter._** _For each systems component, briefly describe what your focus will be for the upcoming reporting period._

EPA 001050

| Quarterly Progress Summary for People Systems Related Support | | | |
|---|---|---|---|
| 1. People System Component (e.g., ) | Progress this Quarter | 2. Barriers Encountered this Quarter | 3. Planned Focus for Next Quarter |
| Personnel | We hired and onboarded a second grant administrator in January 2025.<br><br>We convened the Thriving Communities Program team in Seattle in February 2025 for program planning.<br><br>We conducted recruitment for a Quality Assurance program officer (position funded by subsequent award, 5N-02J63901-1) and Director, Grants and Finance. | We lost qualified candidates for the Quality Assurance program officer position due to candidates' concerns about the uncertain status of federal funding. When we received the termination notice for the initial award, we paused the recruitment process for this role. | Convene the Thriving Communities Program team in Seattle for program planning.<br><br>Continue the recruitment and hiring process for Director, Grants and Finance. |
| Partnerships | We continued to coordinate with Region 10 TCTACs, meeting with them twice during Q1.<br><br>Our contract PR firm supported us in the development and completion of a toolkit for partners to use to promote the Thriving Communities program and conduct outreach to potential sub-awardees in their states and networks. The toolkit included sample social media, e-newsletter, and website content.<br><br>In partnership with Clark Number (accounting services), we conducted | | We expect to further coordinate with national grantmaker, Institute for Sustainable Communities, on management of any conflicts of interest and resources available to regional grantmakers.<br><br>In partnership with Davis Wright Tremaine, we will conduct a webinar on grant agreement terms and conditions for Round 1 selectees. |

EPA 001051

| | | | |
|---|---|---|---|
| | a financial management training for Round 1 selectees in March 2025. | | |
| Participatory governance processes | 29 peer reviewers (community members across Region 10) received orientation and training, reviewed 132 Type III applications from Round 1, and met in facilitated meetings to score applications in January 2025.<br><br>We recruited 103 Round 2 peer reviewers, whom we organized and assigned to reviewer groups to begin review of 399 applications across all grant types in March 2025. We prepared for the peer review groups' consensus meetings in April.<br><br>We continued recruitment for Round 3 peer reviewers.<br><br>Round 2 and Round 3 peer reviewers received orientation, anti-bias training, and Fluxx training by PNW and Native Americans in Philanthropy staff in March. | We adjusted to recruit a higher number of peer reviewers per volume of applications to ensure we had ample on-call reviewers able to step if in any peer reviewers had last-minute scheduling changes. | Led by our peer review process, applications from Rounds 2 and 3 will be evaluated and scored. We will make sub-awardee selections. |

| Quarterly Progress Summary for Technology Systems Related Support | | | |
|---|---|---|---|
| 1.  Technology System | 2.  Progress this Quarter | 3.  Barriers Encountered this Quarter | 4.  Planned Focus for Next Quarter |
| Financial tracking | PNW transitioned to the Sage Financial Management System, enabling integration with the Fluxx | We encountered a lack of clarity regarding changes in reporting requirements, particularly in | We will continue efforts to fully integrate the Fluxx grant management system with Sage for payment processing. Full |

EPA 001052

| | | | |
|---|---|---|---|
| | Grant Management System. By mid-Q1, we established a simplified internal verification process for drawdowns, linking individual expenses directly within Sage rather than relying on manually created SharePoint links for each invoice. | distinguishing between drawdowns and grant expenditures, compounded by frequent and unpredictable disruptions in our ability to draw down funds. As a result, detailed cash flow management outside of the system has become necessary and is time-consuming. | implementation may extend into the subsequent grant period, depending on the resolution of current dispute of grant termination. |
| Application platform and grant tracking system (Fluxx) | We continued to implement the process we designed for application data to flow to the grants management system.<br><br>We configured Fluxx to align with the assigned applications for peer reviewers to ensure a seamless review process. We also captured and organized Conflicts of Interest information from reviewers to maintain transparency and integrity in the review process.<br><br>We continued to configure the Fluxx system for selectee/sub-awardee monitoring. | | We will continue to use Fluxx as the platform for peer reviewers in Rounds 2 and 3 to access the review their assigned applications.<br><br>We will configure the Fluxx blueprint for the award preparation and post-award processes, test the system, and update system processes and flows. |
| Project Management (Smartsheet) | Our customized Smartsheet tool supports the backend of our peer review processes and internal workflow. We utilized Smartsheet to organize applicant data and create dashboards for PNW staff to facilitate the final review, fund balancing, and selection of applicants (Round 1 during this reporting period). | | We will continue to implement Smartsheet to organize applicant data and facilitate PNW staff's final review, fund balancing, and selection of Round 2 and 3 applicants. |

EPA 001053

| | | | |
|---|---|---|---|
| Quality assurance processes | Onboarded quality assurance contractor Environmental Science Associates:<br>• Set up of project management tools and artifacts;<br>• Established communications protocols and a dashboard to track the status of the contract;<br>• Familiarized with PNW's Quality Management Plan;<br>• Preparation of questions for our program officers to support selectees with QAPP identification;<br>• Conducted working meetings to refine the scope of the work and schedule of workshops to selectees;<br>• Reviewed Round 1 selectee workplans to gain understanding of their QA needs;<br>• Created and prepared content for first workshop to selectees. | Following the termination notice on our initial award and the frozen status of subsequent award funds, we paused ESA's work for several weeks to enable us to prioritize more imminent expenses and review timelines and scope of deliverables. | |

| Quarterly Progress Summary for Communications Systems Related Support | | | |
|---|---|---|---|
| 1. Communications System Component | 2. Progress this Quarter | 3. Barriers Encountered this Quarter | 4. Planned Focus for Next Quarter |

EPA 001054

| | | | |
|---|---|---|---|
| Mass email distributions | Thriving Communities listserv emails:<br><br>• January 3: announcing opening of applications for all grant types, tips to apply, updates on website, webinars<br>• February 12: upcoming deadlines for Round 2 applications, recruitment for peer reviewers<br>• February 21: reminder of Round 2 deadline<br>• February 26: update on Round 2 deadline extension<br>• March 17: update on Round 3 deadline | | We will continue to use the Thriving Communities listserv to update stakeholders on program developments and resources, including to promote applications for the non-compete grants. |
| Website postings | We reorganized our Thriving Communities web page to make it more user-friendly. We reviewed and updated content to keep the information current. Updates were on January 23, February 7, and March 12. | | We will continue to monitor our website so that it reflects up-to-date information about program deadlines and resources. |
| Social media postings | We developed and implemented a paid social media advertising campaign on LinkedIn and Meta for ads running in Oregon and Washington. | | We will continue to use social media to promote the non-compete grant opportunity. |
| Physical collateral | In January we produced 500 postcards and mailed them to rural communities in Alaska and all 198 local municipalities in Idaho. | | |

EPA 001055

| | | | |
|---|---|---|---|
| Radio | We developed and produced radio public service announcements distributed in Alaska, Idaho, and Oregon. | | |
| Public meetings/workshops | Hosted webinars for prospective applicants:<br><br>• January 7: Applicant Webinar (24 registrants)<br>• January 9: Fluxx Portal (11 registrants)<br>• January 9: EJScreen and FAR Tools (7 registrants)<br>• January 9: How to Create a Workplan (41 registrants)<br>• January 15: Budget (15 registrants)<br><br>Outreach presentations<br><br>• January 14: presentation to University of Washington Center for Environmental Health Equity tribal outreach team for 17 people<br>• January 21: virtual presentation to four environmental education associations in Region 10 at the invitation of EPA<br>• January 21: virtual presentation to Northwest Environmental Grantmakers meeting to 17 people | | We will continue to take invitations or seek opportunities to speak at meetings about the Thriving Communities program, including the non-compete awards. |

EPA 001056

| | | | |
|---|---|---|---|
| | • January 26-30: presentations at Affiliated Tribes of Northwest Indians conference in Portland, OR, for two committees of 30 people each<br>• January 28: presentation for Climate Resilience Committee (OR) to tribal leaders and partner organizations from rural localities for 60 people<br>• February 3: presentation to Alaska Forum for the Environment for 50-60 people<br>• February 13: presentation at an event convened by Pierce County (WA) for Pierce County community-based organizations for 20 people<br>• February 27: panel presentation at Nonprofit Association of Oregon fundraising summit in Eugene, OR, for 200+ people<br>• March 25: presentation for Alaska Tribal Conference of Environmental Management for 40 people | | |

**Section 4. General Project Challenges and Course-Corrections**
1.  Has your program encountered substantial problems or difficulties during this reporting period? **Yes** or No

EPA 001057

a. If yes, how have they been addressed or resolved?

We received notice from EPA of the termination of our initial grant award on February 22, 2025. In addition, the Agency also sent Amendment 1 to Grant Number 02J63801. Amendment 1 states in pertinent part: "This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added."  It also states: "If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date." On March 13, 2025, Philanthropy Northwest provided EPA with our "Notice of Disagreement" with " with Amendment 1, the Agency's accompanying February 22, 2025 "Agency Decision," and with the termination of Philanthropy Northwest's grant agreement – reserving any and all rights under law and regulation to advance legal and factual grounds to support Philanthropy Northwest's forthcoming dispute of the "Agency Decision."

The dispute process on the termination of our initial award, as well as access to the account for our subsequent award funds, were not resolved by the end of this reporting period. During the pendency of the dispute process, PNW continued to fully operate the Thriving Communities program. This created a high level of uncertainty, stress, and diversion of valuable staff time in order to conduct scenario-planning and consider what programmatic timelines would need to be adjusted if they were impacted by the continued inaccessibility of the Thriving Communities funds.

2. Do changes need to be made to your workplan in the near future? Yes or **No**
   a. If so, please describe the changes you would like to make and the reason for each suggested change.

We reduced the total number of grantmaking cycles from seven to three, in part to build more time across each cycle to support the timeline for sub-awardees' QAPP approval and completion of the project within the program period, and notified our project officer during this reporting period. There is no change to the process for each grantmaking cycle.

3. Have there been any major changes in project personnel from what you had described in your work plan? **Yes** or No
   a. If yes, please describe any changes in project personnel.

PNW paused the recruitment process for a Quality Assurance Program Officer (a position funded by the subsequent grant award, 5N-02J63901-1) amidst the notice of termination of our initial grant award, inaccessibility of the subsequent grant funds, and pending "Notice of Disagreement" with the Agency's Decision.

**EPA 001058**

**VI. Feedback**

Please provide feedback about how EPA can better help you achieve your goals.

PNW's touch points with EPA have been significantly reduced this quarter. Our project officer met with us as she was able, but information from EPA was increasingly limited. Grantmaker office hours, which were very useful opportunities to hear updates from and discuss questions with Agency staff, became very infrequent. Over the quarter, there was limited overall information from EPA to support grantmakers in understanding the status of funding and the status of Agency decisions that impact our planning and implementation – including approval of PNW's pending initial grant re-budget, delayed confirmation on questions about the 80% threshold for subaward funding, and delayed resolution on grantmakers' pending Main ICR submissions. We hope for more frequent and detailed communication, directly to PNW and to the Thriving Communities grantmakers as a group, to help us better understand developments and decisions that have timely implications on our ability to successfully operate this program.

**VII. Optional Project Photos (not required)**

*Instructions: If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete the license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 001059

**Thriving Communities Grantmaking Program (TGCM) Progress Report for <u>Regional Grantmakers</u> Subsequent Awards**

*Instructions:* *Thriving Communities Grantmaking Program (TGCM) Cooperative Agreement (CA) recipients are required to submit quarterly progress reports via the Salesforce online reporting system.* **Reports are due 30 calendar days after each quarterly reporting period;** *reference the Terms and Conditions* **(also see table below)**. *Please answer all the questions in your report as thoroughly as possible. If you have any questions or concerns about completing this report or need support with using the Salesforce system -- please contact your Project Officer for assistance. Note, this quarterly report is distinct from SF 425 Federal Financial Reporting which will also be required quarterly.*

| Quarterly Period | Quarterly Due Dates |
|---|---|
| October 1 - December 31 | January 31 |
| January 1 - March 31 | April 30 |
| April 1 - June 30 | July 31 |
| July 1 - September 30 | October 31 |

*For example, if your Project Period began on October 1st, then your first reporting period is October 1st through December 31st with your first progress report due on January 31st. If a report due date falls on a weekend or holiday it should be submitted the following business day.*

**Section 1. Administrative Information**
Recipient Name: Philanthropy Northwest
Project Title: Northwest Network for Environmental Justice – Subsequent
UEI Number: CFDJSA2KV151
EPA Grant #: 5N-02J63901-1
EPA Project Officer: Martha Scott Tomlinson

Project Period Start Date: 11/01/2024
Project Period End Date: 10/31/2027

Current Year of Project: One **X**   Two ☐   Three ☐
Reporting Period for current year:  One ☐   Two **X**  Three ☐   Four ☐   (Period One reporting was waived, due 1/31/2025)
Reporting Period (start date, end date, year): January 1, 2025 - March 31, 2025

**Section 2. Financial Information**
Funds drawn down in this reporting period: **$27,139.89**
Total funds drawn down to date: **$27,139.89**

EPA 001060

Total EPA Funds remaining: **$51,972,866.11**

**Program management costs [this includes past quarterly reporting periods]**
Total funding drawn down for Personnel Costs to date: **$0.00**
Total funding drawn down for Statutory Partners to date: **$0.00**
Total funding drawn down for Participant Support Costs to date: **$12,000**
Total funding drawn down for Contract costs to date: **$12,280**
Total funding drawn down to support outreach, including travel: **$471.24**

In the table below, please provide more detailed financial information about each Statutory Partner included in your workplan:

| Statutory Partner Financial Status | | | | | |
|---|---|---|---|---|---|
| Statutory Partner (name) | Total funds agreed upon (in Statutory Partnership Agreement) | Total Funds drawn down in ASAP | Drawdown in last quarter | Remaining Funds | Description of activities during reporting period |
| **N/A** | | | | | |

In the table below, please provide more details about each Program Participant cost included in your workplan:

| Program Participant Support Costs | | |
|---|---|---|
| Program Participant Cost (select from dropdown) | Expended this quarter | Briefly describe program participants and their activities |
| Peer Reviewer Honoraria Round 1 | $12,000 | Round 1 peer reviewers were 103 community members across Region 10 who applied to participate in this role. Peer reviewers independently evaluated and scored each application (15 applications per reviewer) using a seven-criteria rubric. Teams of three reviewers then participated in a facilitated meeting to determine a final consensus score. |

EPA 001061

|  |  |  |
|---|---|---|
|  |  |  |

In the table below, please provide more detailed financial information about each contractor included in your workplan:

| Contractor Financial Status | | | | |
|---|---|---|---|---|
| Contractor (name) | Total funds agreed upon (in Contract) | Total Funds drawn down to date | Drawdown in last quarter | Remaining Funds in contract agreement |
| Languages Pro | $280 | $280 | $280 | $0 |
| Erin Boehm | $200,000 | $12,000 | $12,000 | $125,322 |
| Davis Wright Tremaine | n/a | $35,084 | $35,084 | n/a |
| CFO Selections LLC | $48,000 | $0 | $0 | $16,000 |
| Pyramid Communications | $60,000 | $0 | $0 | $11,900 |
| Clark Nuber Audit | $20,000 | $0 | $0 | $17,900 |
| Clark Number Grant Admin Support | n/a | $0 | $0 | n/a |
| Carolyn Ho Consulting LLC | $19,000 | $0 | $0 | $15,000 |
| Environmental Science Associates | $220,000 | $0 | $0 | $220,000 |

Several contracts are cost shared between the initial and subsequent grants. "Total funds agreed upon" and "remaining funds in contract" reflect activity to date across both grants. "Total funds drawn down to date" and "drawdown in last quarter" reflect amount relevant to subsequent grant.

Additional questions:
1. Are you requesting a budget change across budget categories greater than 10% of the overall budget? **No**
2. Do you have questions about allowable use of funds? **No**
3. Do you have any improper payments to report? **No**
4. Do you have a change in indirect cost rate? **No**
   a. Note: Prior approval is required before using a new rate.

EPA 001062

**Section 3. Progress Toward Project Objectives**

- In the table below provide information about how your planned project objectives are progressing under your subsequent award.
  - *More specifically, for each project objective from your work plan, we ask you to address the following:*
    1. ***Progress this Quarter.*** *For each objective, provide a brief narrative description of the progress you have made during the reporting period.*
    2. ***Barriers Encountered this Quarter.*** *For each objective, provide a brief narrative description of any barriers you have encountered during the reporting period.*
    3. ***Planned Focus for Next Quarter.*** *For each objective, briefly describe what your focus will be for the upcoming reporting period.*

| Quarterly Progress Summary for Project Objectives | | | |
|---|---|---|---|
| | **Progress this Quarter** | **1.  Barriers Encountered this Quarter** | **2.  Planned Focus for Next Quarter** |
| Review of applications | During this quarter we completed the review of Round 1 applications (all Type III grants). We selected 42 projects for funding, notifying Round 1 applicants of our decision on February 28.<br><br>We began the process of preparing these selectees for grant award. This process was still underway at the end of the reporting period.<br><br>We opened the Round 2 application period (for all grant types) on January 1 and closed | We received notice of termination of our initial grant award (to which we provided our "Notice of Disagreement") and our ASAP account for access to the subsequent award funds was frozen. PNW continued to fully operationalize the program and move forward on our Q1 review and notification timelines as resolution of these Agency actions remained pending. | We plan to convene Round 2 and Round 3 peer reviewers for facilitated meetings where they will confer and finalize their scores on applications, providing funding recommendations to PNW's Thriving Communities leadership team for final funding decision. |

EPA 001063

| | | | |
|---|---|---|---|
| | applications on March 7, and peer reviewers began independently evaluating and scoring applications.<br><br>We opened the Round 3 application period (for grant Types I and II) on February 1 and closed applications on March 31. | | |
| Contract sub-awardees | We began the process to prepare our Round 1 selectees for their grant agreements. This process includes kickoff meetings to establish the sub-awardee relationship with PNW; sub-awardee capacity assessment and review of grant and compliance guidelines (including QAPPs for relevant projects); financial management and subaward orientation trainings (including a financial management training on March 26); review and refinement of project workplans and budgets; and establishment of payment and reporting schedules. | | We plan to finish the award preparation phase and finalize grant agreements with the Round 1 selectees.<br><br>We will select Round 2 and 3 applicants and move into the award preparation phase with them. |

**Section 4: Community Outreach and Engagement**

- In the Table below, describe types of community outreach activities you engaged in during the reporting period.

EPA 001064

- More specifically, please tally the number of activities, by outreach type, completed during the reporting period.
- Furthermore, for each engagement type, provide:
  - The languages in which you engaged communities during the outreach,
  - The audiences targeted for that outreach, and
  - The number of participants reached.

| Quarterly Outreach Summary | | | | |
|---|---|---|---|---|
| **Outreach Type** | **# of activities completed** | **Languages in Which Engagement Occurred** | **Target Audiences** | **Number of participants** |
| Mass email distributions | 5 | English | Prospective applicants; organizations who could further promote the grant opportunities | 618 |
| Social media postings | 19 | English | Prospective applicants; organizations who could further promote the grant opportunities | 11,900 LinkedIn followers; 5,000 Facebook followers; 6,100 Twitter/X followers |
| Postcard mailings | 1 | English | Rural Alaska communities and Idaho municipalities | 500 |
| Informational meetings – specific audiences | 3 | English | Prospective applicants; environmental organizations and experts who could further promote the grant opportunities | 38<br><br>• January 14: presentation to University of Washington Center for Environmental Health Equity tribal outreach |

EPA 001065

| Quarterly Outreach Summary | | | | |
|---|---|---|---|---|
| | | | | team for 17 people<br>• January 21: virtual presentation to four environmental education associations in Region 10 at the invitation of EPA<br>• January 21: virtual presentation to Northwest Environmental Grantmakers meeting to 17 people |
| Conferences or convenings | 6 | English | Prospective applicants and organizations interested in learning more about the Thriving Communities program | 400+<br><br>• January 26-30: Presentations at Affiliated Tribes of Northwest Indians conference for two committees of 30 people each<br>• February 3: presentation to Alaska Forum for |

**EPA 001066**

| Quarterly Outreach Summary | | | | | |
|---|---|---|---|---|---|
| | | | | | the Environment for 50-60 people |
| | | | | | • February 13: presentation at an event convened by Pierce County (WA) for Pierce County community-based organizations for 20 people |
| | | | | | • February 27: panel presentation at Nonprofit Association of Oregon fundraising summit in Eugene, OR, for 200+ people |
| | | | | | • January 28: presentation for Climate Resilience Committee (OR) to tribal leaders and partner organizations from rural |

EPA 001067

| Quarterly Outreach Summary | | | | |
|---|---|---|---|---|
| | | | | localities for 60 people |
| | | | | • March 25: presentation for Alaska Tribal Conference of Environmental Management for 40 people |

- For the outreach activities described in the preceding Table, approximately what percentage were held in the following types of communities (should add up to 100%)?
    - **Urban: 42.5%**
    - **Rural: 45%**
    - **Remote: 12.5%**

Note: Most virtual programs were open to participants across urban, rural, and remote communities. The percentages above reflect activities that were in-person or specifically focused on a type of geographic community.

- For the outreach activities described in the preceding Table, approximately what percentage were held in Tribal communities (regardless of whether they are located in urban/rural/remote areas)?
    - **Tribal: 30%**

EPA 001068

- Below, we provide a table for you to provide information about your engagement with eligible sub-recipients[1] in your region during each phase of the grant-making process.

  More specifically, EPA would like for you to provide quantitative estimates of the following for the current reporting period:

  1. **Program Inquiries.** The number of inquiries, either by email, phone or in-person, your program has received about any aspect of your grant-making program (e.g., what projects and organizations are eligible, funding caps, application/evaluation/award processes).
  2. **Proposals received.** The total number of proposals you received.
  3. **Eligible proposals evaluated.** The number of eligible proposals that were evaluated (can be fewer than those received).
  4. **Grants awarded.** The number of grants awarded after evaluations are completed.

| Quarterly Grantmaking Engagement Summary | |
|---|---|
| **Grant-making Phase** | **Number** |
| **Program inquiries** | 48 email inquiries to our Thriving Communities inbox (thrivingcommunities@philanthropynw.org)<br><br>126 calls with our Thriving Communities |

---

[1] Eligible Subrecipients include:
- Nonprofit organizations
- Community-based and grassroots nonprofit organizations
- Philanthropic and civic organizations with nonprofit status
- Tribal governments (both federally recognized and state-recognized) and intertribal consortia (i.e., a partnership between two or more tribes that work together to achieve a common objective.)
- Native American Organizations (includes Indian groups, cooperatives, nonprofit corporations, partnerships, and associations that have the authority to enter into legally binding agreements)
- Local governments (as defined by 2 CFR 200.1 – includes cities, towns, municipalities, and counties, public housing authorities and councils of government)
- Institutions of higher education (e.g., private and public universities and colleges, including community colleges)
- Puerto Rico
- US Territories
- Freely Associated States (FAS) – including local governmental entities and local non-profit organizations in the Federated States of Micronesia, the Republic of the Marshall Islands, and Palau

EPA 001069

| | Program officers to request information, discuss interest in the program, or clarify questions about the program. This includes the following number of engagements with individuals or organizations in Region 10: 24 from Alaska; 17 from Idaho; 21 from Oregon; and 59 from Washington. |
|---|---|
| **Proposals received** | Round 1: 132<br>Round 2: 399<br>Round 3: 184<br>Total: 715 |
| **Eligible proposals evaluated** | 715 |
| **Grants awarded** | None (42 selected from Round 1 during reporting period) |

- Please provide brief narrative descriptions of the following regarding your engagement with eligible subrecipients this quarter:
  - Were there notable successes or was there evident progress you would like to share?

We selected 42 applicants from Round 1 (all Type III grants). Each moved into a multi-stage process for preparing them for grant awards and formalization as sub-recipients. PNW's program officers conducted individual kickoff calls with each of the 42 selectees. PNW also invited all Round 1 applicants to have feedback calls about their applications, and 39 applicants discussed feedback with our program officers, with the majority indicating they would re-apply in a subsequent round.

EPA 001070

- o Have there been any notable challenges in engaging subrecipients in any of the grant-making phases? If so, what were they and how are you adjusting your approach to address those challenges?

PNW notified 42 applicants from Round 1 of their selections for Type III grants on February 28, 2025. PNW's ASAP account and access to the sub-award funding has been paused since March 7, 2025. (Additionally, EPA notified PNW of the termination of our initial award on February 22, 2025, which PNW since provided EPA with "Notice of Disagreement.") PNW did not communicate the Thriving Communities funding status to the selectees during this reporting period but planned to do so in early April. We anticipated questions about the funding would arise – as selectees have been following news about federal funding nationally – and wanted to make sure we were transparent and able to provide information to support their decisions.

- o What is your likely focus for next quarter?

If we have access to the award funds, PNW will focus the next quarter on finalizing grant agreements with the Round 1 selectees and making our first sub-recipient awards, identifying Round 2 and Round 3 selectees and moving them into the award preparation phase, and closing out our pool of candidates for non-compete grants and reviewing their requests.

- While reaching out to or engaging eligible subrecipients, have you helped them connect with other entities to secure needed technical assistance? More specifically:
  - o How many total requests for technical assistance did you refer to another entity during this reporting period?: **11**
  - o How many of these TA requests were directed to:
    - ▪ Technical Assistance to Brownfields (TAB) Program: **None**
    - ▪ Thriving Communities Technical Assistance Center (TCTAC): **PNW communicates about the Region 10 TCTACs so that all eligible applicants and sub-recipients know that TA resources are available. There were 11 direct engagements with eligible organizations that our program officers referred to Region 10 TCTACs.**
    - ▪ Other TA providers (please briefly describe): **None**

- To help EPA get a better understanding of subrecipients' biggest areas of concern or satisfaction, provide a summary of the feedback you have received from eligible entities - at any stage of grant proposal development - about the grant application or management process in the Table below.
  - o More specifically, please provide a tally of the feedback you have received this reporting period by topic, and for each feedback topic, an overall summary of the feedback received as well as actions taken, if any, to address stated concerns.

| Feedback Summary | | | |
|---|---|---|---|
|  |  |  |  |

EPA 001071

| Feedback Summary | | | |
|---|---|---|---|
| Round 1 applicants who were declined funding | At least 33 | 39 applicants who we declined to select in Round 1 took us up on our invitation to have a call with our program officers to hear feedback about their applications. Of these 39, they expressed appreciation for the opportunity to discuss their applications and at least 33 said they would re-apply to a subsequent application round. | |
| Round 1 applicants and selectees | 2 | Some expressed concern about reapplying for a Thriving Communities grant in light of questions about whether the funding would come through. They were concerned about the status of other federally funded programs. | PNW will continue to provide relevant updates to keep selectees and applications informed about the Thriving Communities funding. |

**Section 5: Participatory Governance**

1. If applicable, describe how your statutory partners contributed to the effectiveness and efficiency of your grant-making program this reporting period. Please be as specific as possible.

Our statutory partners, Native Americans in Philanthropy (NAP) and Affiliated Tribes of Northwest Indians (ATNI), contributed essential support and expertise to our grantmaking program during this period. Both conducted outreach to promote the grant opportunity to eligible organizations and recruitment of peer reviewers across the region. For instance, ANTI conducted concentrated outreach at their winter convening in Portland, Oregon, in January. Additionally, NAP staff contributed to the design and delivery of anti-bias and orientation trainings for our peer reviewers for Round 1 (in January) and Round 2 (in March).

Other named partners in our Advisory Group conducted applicant outreach and peer reviewer recruitment across their networks, specifically in coordination with PNW's Thriving Communities communications staff. During Round 2, which yielded the highest volume of applications, several Advisory Group partners also supported the peer review process by serving as facilitators to help peer reviewers confirm their consensus scores

EPA 001072

on applications. The Advisory Group partners who participated as facilitators came from NAP, Rasmuson Foundation (AK), Northwest Health Foundation (OR), The Russell Family Foundation (WA), and Inatai Foundation (WA).

2. Describe how you used participatory governance to support the design and implementation of your grant-making program during this reporting period. Please be as specific as possible about whether and how one or more CBOs have been engaged in carrying out your work.

Our peer review process is a core pillar of our Thriving Communities grantmaking program. Peer reviewers are community members across Region 10 who have lived experience, expertise, and/or interest in local environmental issues and challenges and in participatory grantmaking. During this reporting period, we completed the peer review process for Round 1 applications with 29 reviewers and began the process for Round 2 with 103 reviewers. Peer reviewers implemented a scoring rubric, the design of which was informed by a Task Force of 11 leaders from community organizations in Region 10 in 2024, to evaluate and score applications. These recommendations were advanced to PNW's Thriving Communities leadership team for fund balancing and final decisions.

**Section 6: Characterization of Sub-awards**

We had no sub-awards as of the reporting period. Round 1 selectees were notified and began preparation toward sub-award agreements, but this process was not complete.

- In the excel worksheet template provided, we ask you to provide information about each of the subawards provided by your grantmaking program. Please keep all information provided in the spreadsheet in previous reporting periods and add information about subawards obligated during this reporting period. This worksheet is intended to capture all of the subawards made.
  - More specifically, for each subaward, we ask you to address the following:
    1. **Subrecipient name**
    2. **Subrecipient point of contact.** Provide the name of the main POC for the subaward.
    3. **Subrecipient POC email**
    4. **Subrecipient POC phone number**
    5. **Subrecipient address**
    6. **Subrecipient website**
    7. **Subrecipient UEI**
    8. **Subrecipient type.** Select from the available dropdown list.
    9. **Zip code of the subrecipient.** This should be location from which the grant is primarily being managed.

EPA 001073

10. **Zip code(s) served by the subaward.** This is where the activities of the subaward will take place/focus. This can be the same or different than the zip code of the subrecipient. Separate multiple zip codes with a semicolon.
11. **Number of people served by the subaward (estimate)**
12. **Subaward Tier.** Select from the available dropdown list.
13. **Date grant application received from subrecipient.** Indicate the month, day and year the grant application was first received by the Grantmaker.
14. **Date that grant funds were first obligated to the subrecipient.** Indicated the month, day and year that grant funds were first obligated to the subrecipient.
15. **Project start date**
16. **Project end date**
17. **Total subaward value ($)**
18. **Payment type.** Select from the available dropdown list.
19. **Grant status.** Select from the available dropdown list.
20. **Advanced payment.** Indicate if any advanced payments are associated with the subaward.
21. **Funds drawn down to date ($).** Report the cumulative amount drawn down through the reporting period.
22. **Project located in disadvantaged community.** Indicate whether the projects' activities will be focused on disadvantaged communities, as defined here: Inflation Reduction Act Disadvantaged Communities Map | US EPA.
23. **QAPP submittal.** Indicate the month, day and year that the QAPP for your project was submitted, or if a QAPP is not required.
24. **QAPP approval date.** If a QAPP is required for your grant, indicate the month, day and year that it was approved. Leave the field blank if a QAPP is not required or the QAPP has been submitted but not approved.
25. **Requires IRB review.** Indicate Y/N if the project includes elements that require Institutional Review Board (IRB) approval. This is typically required for projects that include human subjects research. If the project does require review and the review has been completed, change the status to 'complete'.
26. **Requires construction crosswalk review.** Indicate Y/N if the project includes elements that require a construction crosswalk review. If the project does require review and the review has been completed, change the status to 'complete'.
27. **A brief project description.** Please provide a one-paragraph description of the project, including its goals, activities, and key partners.
28. **Partnership organizations.** List any relevant to the subaward.
29. **The topics addressed in the subaward.** We show in separate columns all environmental issues indicated as a priority for funding from the NOFO. Select all that are being addressed by each subaward with an "X". Leave columns not relevant to the subaward blank**.**

EPA 001074

**Section 7. General Project Challenges and Course-Corrections**

1. Has your program encountered substantial problems or difficulties during this reporting period? **Yes** or No
   a. If yes, how have they been addressed or resolved?

   We received notice from EPA of the termination of our initial grant award on February 22, 2025. In addition, the Agency also sent Amendment 1 to Grant Number 02J63801. Amendment 1 states in pertinent part: "This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added."  It also states: "If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date." On March 13, 2025, Philanthropy Northwest provided EPA with our "Notice of Disagreement" with " with Amendment 1, the Agency's accompanying February 22, 2025 "Agency Decision," and with the termination of Philanthropy Northwest's grant agreement – reserving any and all rights under law and regulation to advance legal and factual grounds to support Philanthropy Northwest's forthcoming dispute of the "Agency Decision."

   The dispute process on the termination of our initial award, as well as access to the account for our subsequent award funds, were not resolved by the end of this reporting period. During the pendency of the dispute process, PNW continued to fully operate the Thriving Communities program. This created a high level of uncertainty, stress, and diversion of valuable staff time in order to conduct scenario-planning and consider what programmatic timelines would need to be adjusted if they were impacted by the continued inaccessibility of the Thriving Communities funds. This included possible delays to finalizing sub-award agreements with the Round 1 selectees who were notified of their successful applications during this reporting period.

2. Do changes need to be made to your workplan in the near future? Yes or **No**
   a. If so, please describe the changes you would like to make and the reason for each suggested change.

   We reduced the total number of grantmaking cycles from seven to three, in part to build more time across each cycle to support the timeline for sub-awardees' QAPP approval and completion of the project within the program period, and notified our project officer during this reporting period. There is no change to the process for each grantmaking cycle.

3. Have there been any major changes in project personnel from what you had described in your work plan? **Yes** or No
   a. If yes, please describe any changes in project personnel.

   PNW paused the recruitment process for a Quality Assurance Program Officer amidst the notice of termination of our initial grant award, inaccessibility of the subsequent grant funds, and pending "Notice of Disagreement" with the Agency's Decision.

EPA 001075

**Section 8. Feedback**

Please provide feedback about how EPA can better help you achieve your goals.

PNW's touch points with EPA have been significantly reduced this quarter. Our project officer met with us as she was able, but information from EPA was increasingly limited. Grantmaker office hours, which were very useful opportunities to hear updates from and discuss questions with Agency staff, became very infrequent. Over the quarter, there was limited overall information from EPA to support grantmakers in understanding the status of funding and the status of Agency decisions that impact our planning and implementation – including approval of PNW's pending initial grant re-budget, delayed confirmation on questions about the 80% threshold for subaward funding, and delayed resolution on grantmakers' pending Main ICR submissions (which for PNW included feedback forms and sub-awardee reporting templates). We hope for more frequent and detailed communication, directly to PNW and to the Thriving Communities grantmakers as a group, to help us better understand developments and decisions that have timely implications on our ability to successfully operate this program.

**Section 9. Optional Project Photos (not required)**

*Instructions: If you have high quality images that capture key project activities and highlights (e.g., those that you have or would use on your website or in a newsletter, or those produced by a professional photographer), you can attach them with your progress reports. When submitting photos, please complete a license agreement. This allows EPA & DOE to use your images for EPA & DOE website, reports, or other documents. Feel free to attach the photos on separate pages or in separate emails to your EPA Project Officer. Please submit the hi-resolution version of the photos, as the hi-res photos can be uploaded easily by EPA staff into our online EJ Grantee Spotlights and Story-maps.*

EPA 001076

| | |
|---|---|
| **From:** | Manion, Andrea |
| **To:** | Jill Nishi |
| **Cc:** | Regan, Mickey; Davidson, Lacey; Tomlinson, Martha Scott |
| **Subject:** | Termination of EPA Assistance Award: 5N 02J63801 Philanthropy Northwest |
| **Date:** | Saturday, February 22, 2025 1:06:13 PM |
| **Attachments:** | Termination_Memo 5N 02J63801 Feb22.pdf |
| | OMB Form 02J63801-1.pdf |

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants, Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mickey Regan, Deputy Director, Mission Support Division, EPA R10 at regan.mickey@epa.gov.

Sincerely,

Andrea (Ann) Manion
Grants Management Officer
U.S. Environmental Protection Agency, R10
1200 Sixth Avenue, Suite 155
Seattle, WA 98101
206-553-1087

Attachments:
Official EPA Award Document
Termination Memo



## OFFICE OF MISSION SUPPORT
### WASHINGTON, D.C. 20460

February 22, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 5N 02J63801 under 2 CFR 200.340

**FROM:**    Andrea Manion, Grants Management Officer

**TO:**    Jill Nishi, CEO

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N 02J63801 awarded to Philanthropy Northwest. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 5N 02J68301 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

**EPA 001078**

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Micky Regan, Regan.Mickey@epa.gov must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Manion.Andrea.L@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Lacey Davidson
     Martha Tomlinson

EPA 001079

5N - 02J63801 - 1    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY  Assistance Amendment | GRANT NUMBER (FAIN): 02J63801 | | |
|---|---|---|---|
| | MODIFICATION NUMBER: 1 | | DATE OF AWARD |
| | PROGRAM CODE: 5N | | 02/22/2025 |
| | TYPE OF ACTION No Cost Amendment | | MAILING DATE 02/22/2025 |
| | PAYMENT METHOD: ASAP | | ACH# PEND |

**RECIPIENT TYPE:**
Not for Profit

**Send Payment Request to:**
rtpfc-grants@epa.gov

**RECIPIENT:**

PHILANTHROPY NORTHWEST
600 UNIVERSITY ST STE 1725
SEATTLE, WA 98101-4120
EIN: 91-1110995

**PAYEE:**

PHILANTHROPY NORTHWEST
600 UNIVERSITY ST STE 1725
SEATTLE, WA 98101-4120

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Meredith Higashi | Martha Tomlinson | Lacey Davidson |
| 600 University St, Suite 1725 | 1200 Sixth Ave, Suite 155 | 1200 6th Ave., Suite 155 |
| Seattle, WA 98101-4120 | Seattle, WA 98101-3144 | Seattle, WA 98101-3144 |
| **Email:** dcrystal@philanthropnw.org | **Email:** Tomlinson.MarthaScott@epa.gov | **Email:** davidson.lacey@epa.gov |
| **Phone:** 206-443-8436 | **Phone:** 206-553-8696 | **Phone:** 206-553-0758 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Northwest Network for Environmental Justice-Initial Award

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD 02/22/2025 - 02/28/2027 | PROJECT PERIOD 03/01/2024 - 02/22/2025 | TOTAL BUDGET PERIOD COST $ 8,000,000.00 | TOTAL PROJECT PERIOD COST $ 8,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 06/28/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 10, EPA Region 10 Mail Code: 17-C04, 1200 Sixth Avenue, Suite 155 Seattle, WA 98101 | U.S. EPA, Region 10, Mission Support Division R10 - Region 10 1200 Sixth Ave, Suite 155 Seattle, WA 98101-3144 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official Andrea Manion - Grants Management Officer | DATE 02/22/2025 |
|---|---|

EPA 001080

5N - 02J63801 - 1    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA 001081

5N - 02J63801 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,228,715 |
| 2. Fringe Benefits | $ 742,595 |
| 3. Travel | $ 639,075 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 28,700 |
| 6. Contractual | $ 897,698 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,855,321 |
| 9. Total Direct Charges | $ 7,392,104 |
| 10. Indirect Costs: 0.00 % Base | $ 607,896 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

EPA 001082

## Administrative Conditions

**UNILATERAL TERMINATION**

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

END OF DOCUMENT

| | |
|---|---|
| **From:** | Manion, Andrea |
| **To:** | Jill Nishi |
| **Cc:** | dcrystal@philanthroynw.org; Davidson, Lacey; Tomlinson, Martha Scott; Chung, Angela |
| **Subject:** | Termination of EPA Assistance Award 5N-02J63901 Philanthropy Northwest |
| **Date:** | Thursday, May 8, 2025 3:46:12 PM |
| **Attachments:** | 5N-02J63901_Termination_Memo.pdf |
| | OMB Form 02J63901-2.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants, Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Angela Chung, Region 10 Senior Resource Official at chung.angela@epa.gov.

Sincerely,

Andrea (Ann) Manion
Grants Management Officer
U.S. Environmental Protection Agency, R10
1200 Sixth Avenue, Suite 155
Seattle, WA 98101
206-553-1087


Attachments:
Official EPA Award Document
Termination Memo



## OFFICE OF MISSION SUPPORT

### WASHINGTON, D.C. 20460

May 8, 2025

<u>MEMORANDUM</u>

**SUBJECT:**    Termination of EPA Assistance Agreement 5N-02J63901 under 2 CFR 200.340

**FROM:**       EPA Award Official

**TO:**         Jill Nishi, CEO
                (Recipient Authorized Organization Representative (AOR))

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N-02J63901 awarded to Philanthropy Northwest. This EPA Assistance Agreement is terminated effective immediately on the grounds that the remaining portion of the Federal award will not accomplish the EPA funding priorities for achieving program goals. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully

**EPA 001087**

review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO) Emma Pokon, R10-Dispute@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, manion.andrea.l@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc: Lacey Davidson (EPA Grant Specialist)
    Martha Tomlinson (EPA Project Officer)
    Danielle Crystal (Grantee Program Manager)

EPA 001088

5N - 02J63901 - 2    Page 1

| | | |
|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | **GRANT NUMBER (FAIN):** 02J63901 **MODIFICATION NUMBER:** 2 **PROGRAM CODE:** 5N | **DATE OF AWARD** 05/08/2025 |
| | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 05/08/2025 |
| | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| **RECIPIENT TYPE:** Not for Profit | **Send Payment Request to:** rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| PHILANTHROPY NORTHWEST 600 UNIVERSITY ST STE 1725 SEATTLE, WA 98101-4120 EIN: 91-1110995 | PHILANTHROPY NORTHWEST 600 UNIVERSITY ST STE 1725 SEATTLE, WA 98101-4120 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Danielle Crystal 600 University St, Suite 1725 Seattle, WA 98101-3144 **Email:** dcrystal@philanthroynw.org **Phone:** 206-443-8436 | Martha Tomlinson 1200 Sixth Ave, Suite 155 Seattle, WA 98101-3144 **Email:** Tomlinson.MarthaScott@epa.gov **Phone:** 206-553-8696 | Lacey Davidson 1200 6th Ave., Suite 155 Seattle, WA 98101-3144 **Email:** davidson.lacey@epa.gov **Phone:** 206-553-0758 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Northwest Network for Environmental Justice-Subsequent Award

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** 11/01/2024 - 05/08/2025 | **PROJECT PERIOD** 11/01/2024 - 05/08/2025 | **TOTAL BUDGET PERIOD COST** $ 52,000,000.00 | **TOTAL PROJECT PERIOD COST** $ 52,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 02/27/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 52,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 10, EPA Region 10 Mail Code: 14-D12, 1200 Sixth Avenue, Suite 155 Seattle, WA 98101 | U.S. EPA, Region 10, MSD OEJECR - Office of Environmental Justice and External Civil Rights 1200 Sixth Ave, Suite 155 Seattle, WA 98101-3144 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official Andrea Manion - Grants Management Officer | **DATE** 05/08/2025 |

EPA 001089

5N - 02J63901 - 2     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 52,000,000 | $ 0 | $ 52,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 52,000,000 | $ 0 | $ 52,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 02J63901 - 2     Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 800,352 |
| 2. Fringe Benefits | $ 184,079 |
| 3. Travel | $ 673,502 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 39,700 |
| 6. Contractual | $ 745,481 |
| 7. Construction | $ 0 |
| 8. Other | $ 48,083,671 |
| 9. Total Direct Charges | $ 50,526,785 |
| 10. Indirect Costs: 0.00 % Base | $ 1,473,215 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 52,000,000 |
| 12. Total Approved Assistance Amount | $ 52,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 52,000,000 |

EPA 001091

# Administrative Conditions

**UNILATERAL TERMINATION**

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

## Programmatic Conditions

All Programmatic Conditions Remain the Same

EPA 001093