IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, Inc., *et al.*, | * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | No. 1:25-cv-01096-ABA |
| ENVIRONMENTAL PROTECTION, AGENCY, *et al.*, | * * * | |
| DEFENDANTS. | * | |

******

**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER,
AND DENYING PLAINTIFFS' MOTION
FOR PRELMINARY INJUNCTION AND FOR SUMMARY JUDGMENT**

Upon consideration of the Defendants' Motion to Dismiss or Transfer or in the alternative for Summary Judgment, Plaintiffs' Motion for Preliminary Injunction and for Summary Judgment, any responses and the entire record in this case, finding good cause therefore, it is hereby:

**ORDERED**, that the Defendants' Motion to Transfer be and is hereby **GRANTED**;

**ORDERED**, that Plaintiffs' Motions for Preliminary Injunction and for Summary Judgment are hereby, **DENIED**; and it is further

**ORDERED**, that Clerk of Court shall **TRANSFER** this case to the Court of Federal Claims.


Dated: _____          _____
                                HONORABLE ADAM B. ABELSON
                                UNITED STATES DISTRICT JUDGE