IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, Inc., *et al.*, | * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | No. 1:25-cv-01096-ABA |
| ENVIRONMENTAL PROTECTION, AGENCY, *et al.*, | * * * | |
| DEFENDANTS. | * | |

\*\*\*\*\*\*

## NOTICE OF SUPPLEMENTAL AUTHORITY

On June 5, 2025, the Fourth Circuit granted the government's motion to stay the injunctions granted in *Sustainability Institute v. Trump*. No. 25-1575 (4th Cir. June 5, 2025) (attached as ECF \_\_\_). As this Court recalls, Plaintiffs in the instant case relied heavily on *Sustainability Institute* in their motion for summary judgment and at oral argument. In the Fourth Circuit's order granting a stay, the court agreed that "the Government is likely to succeed in showing that the district court lacked subject matter jurisdiction over Plaintiffs' claims." *Id.* at 3 (internal quotations omitted). The Fourth Circuit determined that the Tucker Act likely deprived the district court of jurisdiction and distinguished *Bowen v. Massachusetts*. *Id.* at 3–4 (citing *Bowen v. Massachusetts*, 487 U.S. 879 (1988)).

2

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:       /s/
        Molissa H. Farber (802255)
        Assistant United States Attorney
        36 S. Charles St., 4th Floor
        Baltimore, Maryland 21201
        410-209-4862
        Molissa.Farber@usdoj.gov

        *Counsel for Defendants*

Case 1:25-cv-01096-ABA   Document 52   Filed 06/05/25   Page 2 of 2