IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREEN & HEALTHY HOMES
INITIATIVE, INC., *et al.*,

    *Plaintiffs*,

v.

ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

    *Defendants*

Case No. 25-cv-1096-ABA

**ORDER**

For the reasons explained in the accompanying memorandum opinion, it is hereby ORDERED that:

1. Plaintiffs' motion for summary judgment (ECF No. 41) is GRANTED with respect to its APA claims (Counts 1 and 2), Defendants' cross-motion for summary judgment (ECF No. 44) on the same claims is DENIED, and the EPA's terminations of the initial and subsequent grants awarded to the three Plaintiffs are SET ASIDE;

2. Plaintiffs' motion for summary judgment (ECF No. 41) with respect to the constitutional and grant-termination regulation claims (Counts 3, 4, and 5), and Defendants' cross-motion for summary judgment (ECF No. 44), with respect to the same claims, are DENIED as moot;

3. Defendants' motion to dismiss for lack of jurisdiction and transfer this case to the Court of Federal Claims (ECF No. 44) is DENIED;

4. Plaintiffs' motion for preliminary injunction (ECF No. 2) is DENIED as moot;

5. Plaintiffs' consent motion for leave to file an amended proposed preliminary injunction (ECF No. 33) is DENIED as moot;

6. This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure; and

7. The Clerk is directed to close this case.

Date:  June 17, 2025

/s/
Adam B. Abelson
United States District Judge