IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| GREEN & HEALTHY HOMES INITIATIVE, INC., *et al.*,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-1096-ABA |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
IMMEDIATE COMPLIANCE WITH THE COURT'S JUNE 17 ORDER**

Plaintiffs Green & Healthy Homes Initiative, Inc., the Minneapolis Foundation, and Philanthropy Northwest hereby withdraw their June 27, 2025 Motion to Compel Immediate Compliance with the Court's June 17 Order (ECF 58), which has become moot as a result of Defendant EPA's subsequent actions.

On July 2, 2025, Defendants the United States Environmental Protection Agency and EPA Administrator Lee Zeldin responded to Plaintiffs' Motion. The Response stated that EPA's incorporation of "newer terms and conditions" within the two Assistance Amendments issued by EPA to each Plaintiff to reinstate the Plaintiff Organizations' grants was "inadvertent," ECF 60 at 1, para. 2, and that EPA was "in the process of rectifying the issue to remove the new administrative terms and programmatic conditions." *Id.*, para. 3.

On the same day Defendants filed their Response, July 2, EPA issued to each of the Plaintiff Organizations revised Assistance Amendments, replacing the Assistance Amendments that EPA had issued to the Plaintiff Organizations on June 23 and June 24. Consistent with

Defendants' Response, EPA's revised Assistance Amendments rectified the issue and removed the language inadvertently incorporating the newer terms and conditions.

Following EPA's removal of the language incorporating the newer terms and conditions into the Assistance Amendments, each of the Plaintiff Organizations initiated a pay request for payment under each of their respective grants. On July 3 and July 7, EPA paid the Plaintiff Organizations pursuant to those requests.

For the foregoing reasons, the Plaintiff Organizations hereby withdraw their June 27, 2025 Motion.

Dated: July 8, 2025                                                                 Respectfully submitted,

| /s/ Lora A. Brzezynski | /s/ Andrew D. Freeman |
|---|---|
| Lora A. Brzezynski (Bar No. 17837) | Andrew D. Freeman (Bar No. 03867) |
| Jessica C. Abrahams | Joshua N. Auerbach (Bar No. 26108) |
| Faegre Drinker Biddle & Reath LLP | Neel K. Lalchandani (Bar No. 20291) |
| 1500 K Street NW, Suite 1100 | Brown, Goldstein & Levy, LLP |
| Washington, DC 20005 | 120 E. Baltimore Street, Suite 2500 |
| Phone: 202-230-5000 | Baltimore, MD 21202 |
| Fax: 202-842-8465 | Phone: 410-962-1030 |
| jessica.abrahams@faegredrinker.com | Fax: 410-385-0869 |
| lora.brzezynski@faegredrinker.com | adf@browngold.com |
| | jauerbach@browngold.com |
| | nkl@browngold.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff Green & Healthy Homes* |
| *The Minneapolis Foundation* | *Initiative, Inc.* |

       /s/ Charles M. English Jr.
Charles M. English, Jr. (Bar No. 03621)
Jonathan A. DeMella
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206-757-8338
Fax: 206-757-7338
jonathandemella@dwt.com
chipenglish@dwt.com
*Attorneys for Plaintiff*
*Philanthropy Northwest*