FILED: July 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1808
(1:25-cv-01096-ABA)

_____

GREEN & HEALTHY HOMES INITIATIVE, INC.; MINNEAPOLIS FOUNDATION; PHILANTHROPY NORTHWEST

      Plaintiffs - Appellees

v.

ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator, United States Environmental Protection Agency

      Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-01096-ABA |
| Date notice of appeal filed in originating court: | 07/11/2025 |
| Appellant | Environmental Protection Agency; Lee Zeldin |
| Appellate Case Number | 25-1808 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |